

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Equal Employment Opportunity Commission    *
    Plaintiff(s)

vs.    *    Case No.: S02CV648

LA Weight Loss
    Defendant(s)    *

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Torphy-Donzella, am a member in good standing of the bar of this Court. My bar number is 10809. I am moving the admission of David E. Landau to appear *pro hac vice* in this case as counsel for LA Weight Loss.

We verify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| District of Columbia | December, 1978 |
| Pennsylvania | June, 1985 |
| USDC District of Columbia | December, 1978 |
| USDC Eastern District of Pennsylvania | June, 1985 |
| USDC Northern District of Illinois | June, 2000 |
| USCA District of Columbia Circuit | December, 1978 |
| USCA Third Circuit | June, 1985 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

DSB:837642.1/LAW024-158757

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.

Respectfully submitted:

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Elizabeth Torphy-Donzella | David E. Landau |
| Shaw & Rosenthal, LLP | Wolf, Block, Schorr and Solis-Cohen LLP |
| 20 S. Charles St., Baltimore, MD 21201 | 1650 Arch St., 22nd Fl., Phila., PA 19103 |
| (410) 752-1040 | (215) 977-2052 |
| FAX: (410) 752-8861 | FAX: (215) 405-2952 |

Prid_____
Plid 88180

*******************************************************************

## ORDER

√ GRANTED    ____ DENIED

_____05/14/02_____    _____
Date                   United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* for David E. Landau to be served upon the following by first class mail, postage prepaid, on May 8, 2002:

>   Gerald S. Kiel, Regional Attorney
>   Equal Employment Opportunity Commission
>   10 South Howard Street
>   Baltimore, MD 21201

_____