

FEE PAID

✓ FEE NOT PAID
~~SEND LETTER~~
federal agency

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Plaintiff | * | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor Plaintiff | * | |
| vs. | * | Civil Action No. S-02-CV-648 |
| LA WEIGHT LOSS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Tracy Hudson Spicer, am a member in good standing of the bar of this Court. My bar number is 08671. I am moving the admission of Suzanne L. Nyfeler to appear *pro hac vice* in this case as counsel for Plaintiff U.S. Equal Employment Opportunity Commission. We certify that:

1. The proposed admittee is a federal government attorney whom will be appearing on behalf of the Plaintiff in his official capacity. Accordingly, the fee for application for admission *pro hac vice* is not enclosed.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia | November 1996 |
| U.S. District Court for the Eastern District of Virginia | December 1996 |
| U.S. District Court for the Western District of Virginia | October 1999 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Tracy Hudson Spicer<br>Supervisory Trial Attorney<br>EEOC-Baltimore District Office<br>City Crescent Building, 3rd Floor<br>10 South Howard Street<br>Baltimore, Maryland 21201<br>Telephone: (410) 962-4623<br>Facsimile: (410) 962-4270/2817 | Suzanne Lenahan Nyfeler<br>Trial Attorney<br>EEOC-Richmond Area Office<br>830 East Main Street<br>Suite 600<br>Richmond, Virginia  23219<br>Telephone: (804) 771-2215<br>Facsimile: (804) 771-2222 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

✓ GRANTED ___ DENIED

Felicia C. Cannon

8-23-02

Date

by: _Lina Stavrou_

Clerk, United States District Court