**ORIGINAL**

____ FEE PAID

✓ FEE NOT PAID

~~SEND LETTER~~ federal agency

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Plaintiff | * | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor Plaintiff | * | |
| vs. | * | Civil Action No. S-02-CV-648 |
| LA WEIGHT LOSS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Tracy Hudson Spicer, am a member in good standing of the bar of this Court. My bar number is 08671. I am moving the admission of Ronald L. Phillips to appear *pro hac vice* in this case as counsel for Plaintiff U.S. Equal Employment Opportunity Commission. We certify that:

1. The proposed admittee is a federal government attorney whom will be appearing on behalf of the Plaintiff in his official capacity. Accordingly, the fee for application for admission *pro hac vice* is not enclosed.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Ohio | November 9, 1998 |
| U.S. District Court, Northern District of Ohio | January 5, 2001 |

U.S. District Court (Rev. 7/2001) - Pro Hac Vice                                                Page 1 of 3



3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Tracy Hudson Spicer | /s/ Ronald L. Phillips   Prid ★11008   Plid 2620 |
| Supervisory Trial Attorney | Trial Attorney |
| EEOC-Baltimore District Office | EEOC-Baltimore District Office |
| City Crescent Building, 3rd Floor | City Crescent Building, 3rd Floor |
| 10 South Howard Street | 10 South Howard Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21201 |
| Telephone: (410) 962-4623 | Telephone: (410) 962-4628 |
| Facsimile: (410) 962-4270/2817 | Facsimile: (410) 962-4270/2817 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

✓ GRANTED    ___ DENIED

Felicia C. Cannon

8-23-02
Date

by: _____

Clerk, United States District Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing Motions for Admission *Pro Hac Vice* of Ronald L. Phillips, Kenneth M. Golski and Suzanne L. Nyfeler was served, via regular mail, upon Elizabeth Torphy-Donzella, Shaw & Rosenthal, LLP, 20 S. Charles Street, Baltimore, MD 21201; David E. Landau, Wolf, Block, Schorr and Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103; and Kelly Hoelzer, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21201, on this day, the 22nd day of August 2002.

_____
TRACY HUDSON SPICER
Supervisory Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone: (410) 962-4623
Facsimile: (410) 962-4270/2817