IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>       Plaintiff<br><br>and<br><br>KATHY C. KOCH<br><br>       Intervenor/Plaintiff<br><br>   v.<br><br>LA WEIGHT LOSS<br><br>       Defendant | *<br>*<br>*<br>*<br>*<br>*   Civil No. S-02-CV-648<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2003 a copy of the Stipulation Governing Production of Certain Discovery Materials to be Designated as Lawyers Only, which was electronically filed in this case on March 18, 2003, was mailed via first class mail, postage prepaid, to: Kenneth M. Golski, Esq., Equal Employment Opportunity Commission, 200 Granby Street, Suite 739, Norfolk, VA  23410 and Suzanne Lenahan Nyfeler, Esq., Equal Employment Opportunity Commission, 830 E. Main Street, Suite 600, Richmond, VA  23219.

                                    _____/s/_____
                                    Kelly C. Hoelzer, Esquire
                                    Bar No. 25545
                                    OBER KALER GRIMES & SHRIVER
                                    A Professional Corporation
                                    120 E. Baltimore Street
                                    Baltimore, Maryland  21202-1643

                                    Attorneys for Intervenor/Plaintiff
                                    Kathy C. Koch

714670