IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | |
| | * |
| and | |
| | * |
| KATHY C. KOCH | |
| | * |
| Intervenor/Plaintiff | |
| | * |
| v. | Civil No. WDQ-02-CV-648 |
| | * |
| LA WEIGHT LOSS | |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the undersigned's appearance as counsel for Intervenor/Plaintiff Kathy C. Koch in the above-captioned matter. Pamela J. White, Esquire, and Ober, Kaler, Grimes & Shriver, a Professional Corporation, will remain as counsel for Intervenor/Plaintiff Kathy C. Koch.

_____/s/_____
Kelly Culp Hoelzer
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, Maryland 21201
(410) 685-1120

Attorneys for Intervenor/Plaintiff
Kathy C. Koch