IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | |
| | * |
| and | |
| | * |
| KATHY C. KOCH | |
| | * |
| Intervenor/Plaintiff | |
| | * |
| v. | Civil No. WDQ-02-CV-648 |
| | * |
| LA WEIGHT LOSS | |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2003 a copy of the Notice of Withdrawal of Appearance, which was electronically filed in this case on July 14, 2003, was mailed via first class mail, postage prepaid, to: Kenneth M. Golski, Esq., Equal Employment Opportunity Commission, 200 Granby Street, Suite 739, Norfolk, VA  23410 and Suzanne Lenahan Nyfeler, Esq., Equal Employment Opportunity Commission, 830 E. Main Street, Suite 600, Richmond, VA  23219.

                                                          /s/
                                             Kelly C. Hoelzer, Esquire
                                             Bar No. 25545
                                             OBER KALER GRIMES & SHRIVER
                                             A Professional Association
                                             120 E. Baltimore Street
                                             Baltimore, Maryland  21202-1643

                                             Attorneys for Intervenor/Plaintiff
                                             Kathy C. Koch