IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KATHY C. KOCH, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. )<br>) | Case No. WDQ-02-CV-648 |

**NOTICE OF SERVICE OF PLAINTIFF EEOC'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND MEMORANDUM IN SUPPORT OF MOTION**

TO:  David L. Gollin, Esq.            Pamela J. White, Esq.
     David Landau, Esq.               Ober, Kaler, Grimes & Shriver
     Wolf, Block, Schorr & Solis-Cohen LLP   120 East Baltimore Street
     1650 Arch Street, 22nd Floor     Baltimore, MD 21202-1643
     Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 14th day of August 2003, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by facsimile transmission, the Court's electronic filing system and regular U.S. Mail, Plaintiff EEOC's Motion to Compel Answers to Interrogatories and Production of Documents and its Memorandum in Support of Plaintiff EEOC's Motion to Compel Answers to Interrogatories and Production of Documents. In accordance with the Court's

1

electronic filing procedures, the Motion to Compel and Memorandum in Support are attached. Also, in accordance with the Court's electronic filing procedures regarding lengthy exhibits, the exhibits to Plaintiff EEOC's Memorandum in Support are not attached but have been served in paper form.

        Respectfully submitted,

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        GERALD S. KIEL (Bar No. 07770)
        Regional Attorney

        TRACY HUDSON SPICER (Bar No. 08671)
        Supervisory Trial Attorney

              /s/
        RONALD L. PHILLIPS
        Trial Attorney
        Baltimore District Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 962-4628
        Fax number: (410) 962-4270/2817
        E-mail address: RON.Phillips@eeoc.gov

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the Plaintiff EEOC's Notice of Service of Plaintiff EEOC's Motion to Compel Answers to Interrogatories and Production of Documents and Memorandum in Support of Motion was served, via facsimile transmission, the Court's electronic filing system and regular U.S. mail, to David L. Gollin, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, and to Pamela J. White, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202, on this day, the 14th day of August 2003.

                                                  /s/
                                       RONALD L. PHILLIPS
                                       Trial Attorney
                                       EEOC-Baltimore District Office
                                       City Crescent Building, 3rd Floor
                                       10 South Howard Street
                                       Baltimore, MD 21201
                                       Telephone number:  (410) 962-4628
                                       Facsimile number:   (410) 962-4270/2817
                                       E-mail address: RON.Phillips@eeoc.gov