IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) )   Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF EEOC'S MOTION TO COMPEL ANSWERS TO
INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Pursuant to the Federal Rule of Civil Procedure 37(a), Rule 104(8) of the Local Rules of the U.S. District Court for the District of Maryland, and agreement of counsel regarding the time frame permitted for filing, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") files the instant Motion to Compel Answers to Interrogatories and Production of Documents in the above-styled and numbered action. For the reasons set forth in the attached Memorandum in Support of this Motion, the EEOC respectfully requests that this Court enter an order directing Defendant LA Weight Loss ("Defendant") to answer certain discovery requests set forth in the EEOC's First Set of Interrogatories and First Request for Production of Documents.

The EEOC certifies that it has in good faith conferred with Defendant in an effort to secure the information and documents in question without Court action and that Defendant has failed to provide such information and documents.

        Respectfully submitted,

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        GERALD S. KIEL (Bar No. 07770)
        Regional Attorney

        TRACY HUDSON SPICER (Bar No. 08671)
        Supervisory Trial Attorney

             /s/
        RONALD L. PHILLIPS
        Trial Attorney
        Baltimore District Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 962-4623
        Facsimile number: (410) 962-4270/2817
        E-mail   address:   RON.Phillips@eeoc.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff EEOC's Motion to Compel Answers to Interrogatories and Production of Documents and Memorandum in Support of Plaintiff EEOC's Motion to Compel Answers to Interrogatories and Production of Documents were served, via facsimile transmission, the Court's electronic filing system and regular U.S. Mail, to David L. Gollin, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on this day, the 14th day of August 2003.

                                                            /s/
                                         RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817
E-mail address: RON.Phillips@eeoc.gov