IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH | : CIVIL ACTION NO.: S02-CV-648 |
| Applicant for Intervention, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS | : |
| Defendant. | : |

**NOTICE OF SERVICE OF DEFENDANT'S OPPOSITION TO PLAINTIFF EEOC'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND MEMORANDUM IN SUPPORT OF OPPOSITION**

TO:  Ronald L. Phillips, Esq.
U.S. Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Pamela White, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, Maryland 21201

PLEASE TAKE NOTICE that on this 12th day of September, 2003, in accordance with Local Rule 104.8(a), Defendant LA Weight Loss has served upon the parties, by U.S. Mail and the Court's electronic filing system, its Opposition to Plaintiff EEOC's Motion to

Compel Answers to Interrogatories and Document Productions and its Memorandum in Support thereof.

        SHAWE & ROSENTHAL, LLP

        /S/
        _____
        Elizabeth Torphy-Donzella
        20 S. Charles Street
        Baltimore, MD 21201
        (410) 752-1040

        and

        WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
        David E. Landau
        David L. Gollin
        1650 Arch Street, 22nd Floor
        Philadelphia, Pennsylvania 19103
        (215) 977-2000

        Attorneys for Defendant,
        LA Weight Loss Center

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Service to be served upon the following by first class mail, postage prepaid, as well as by the Court's electronic filing system, on September 12, 2003:

>Gerald S. Kiel, Regional Attorney
>Equal Employment Opportunity Commission
>10 South Howard Street
>Baltimore, MD 21201
>
>Attorney for Plaintiff
>
>Kelly C. Hoelzer
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21201
>
>Attorney for Applicant for Intervention

/S/
_____
Fiona Ong