IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| | : | |
| Plaintiff, | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| LA WEIGHT LOSS | : | |
| Defendant. | : | |

**APPENDIX TO DEFENDANT'S OPPOSITION TO PLAINTIFF
EEOC'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND PRODUCTION OF DOCUMENTS**

SHAWE & ROSENTHAL, LLP
Fiona Ong
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

AND

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
David E. Landau
David L. Gollin
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2052/2335

Attorneys for Defendant
LA Weight Loss

DSB:932388.1/LAW024-158357

- 2 -

## INDEX OF EXHIBITS

A. Letters Regarding LA Weight Loss's Supplemental Responses and Productions to the EEOC

B. Tomanovich v. Glen, 2002 U.S. Dist. LEXIS 14885 (S.D. Ill. 2002)

C. Heyward v. Samuel, 1998 U.S. App. LEXIS 30855 (4th Cir. 1998)

D. Devine v. Richmond Development and Housing Authority, 1997 U.S. Dist. LEXIS 15849 (E.D. Va. 1997)

E. White v. Rice, 1995 U.S. App. LEXIS 1204 (4th Cir. 1995)

F. Area Trainer Job Description

G. Counselor, Assistant Center Manager and Center Manager Job Descriptions

H. EEOC's Initial Disclosures of Persons Likely to Have Discoverable Knowledge

I. EEOC Investigator's Notes dated August 11, 2000

J. Rosen v. Tabby, 1996 U.S. Dist. LEXIS 16242 (E.D. Pa. 1996)

K. Cutler v. Varsity Contractors Inc., 1995 U.S. Dist. LEXIS 17564 (D. Oregon 1995)