# JOB DESCRIPTION

# AREA TRAINER

**Overview:** The Area Trainer is responsible for recruiting, hiring and training counselors for a multi-center area on the concepts of the LA Weight Loss Program, with an emphasis on client retention and program safety.

**Reports to:** Owner

**Education:** Graduate of an accredited School with a focus on nutrition, business or education.

**Experience:** A minimum of one year of experience in sales, teaching or the health field. Experience in a position with a great deal of client contact, plus the proven ability to train, coach and supervise other people is required. Relative long-term weight loss experience is preferred.

*Responsibilities/Accountabilities:*

1. **Program Knowledge:** Ensure proper implementation of the LA Weight Loss prescribed Program via a thorough understanding of the LA Weight Loss Program. Act as a resource for staff when questions arise.

2. **Business Plan:** Develop and adhere to a monthly business plan that establishes a course of action for meeting objectives. Demonstrate the ability to successfully implement all programs, policies and procedures from beginning to end.

3. **Service Standards:** Meet or exceed LA Weight Loss established standards (i.e., traffic, pounds lost, products purchased, retention-oriented behaviors, etc.).

4. **Recruitment:** Interview and hire new counselors based on reference checks and experience commensurate with job requirements; maintain adequate staffing levels through retention of staff.

5. **Training:** Train Counselors on Medical History, Meal Plans, Take-Off Phase, Program Explanation, Center Daily Visits, Supplements, Product Knowledge, Personalized Eating Profile, Problem Solving, Care Call, Stabilization, Maintenance and Telephone Procedures.

6. **Coaching:** Provide on-going staff development by setting clear expectations, offering positive feedback as well as areas to develop and formulate specific plans for improvement and growth.

7. **Follow-up:** Maintain contact with staff to monitor the effects of training, coaching sessions and all center functions.

8. **Inspire:** Promote confidence, morale and credibility to achieve company standards, goals and objectives.

9. **Special Projects:** Perform any special projects assigned by Owner.