# JOB DESCRIPTION

## COUNSELOR

**Overview:** The Counselor is responsible for monitoring the client's weight loss program and success, taking the medical history of new clients and conducting program explanations.

**Reports to:** Center Manager

**Education:** High school diploma required; preferably a graduate from an accredited school with a focus on dietetics or nutrition.

**Experience:** A minimum of one year experience working in the sales or service industry. A background working in a doctor's office or health related position with considerable client contact is helpful.

**Responsibilities/Accountabilities:**

1. **Program Knowledge:** Demonstrate a thorough understanding of the LA Weight Loss Program and the ability to answer all client questions accurately.

2. **Health History:** Accurately secure client's current health history. Review health status of new client and select appropriate meal plan.

3. **Take-Off Phase:** After choosing appropriate meal plan, clearly explain the first three days of the Take-Off Phase.

4. **Program Explanation:** Clearly explain the program guidelines to new clients utilizing the flip chart presentation. Introduce the supplements necessary on the program and the benefits of purchasing in bulk. Introduce additional product line and features and benefits of purchase.

5. **Service Standards:** Meet or exceed LA Weight Loss established service standards (i.e., pounds lost, client compliance, etc.).

6. **Client Center Visits:** Encourage clients to visit the center three times per week. Adheres to the three visit concept of:
   1st Visit – Program Overview
   2nd Visit – Positive reinforcement, positive changes
   3rd Visit – Summary/weekend plan
   Every four weeks – measurements

7. **Care Calls:** Perform weekly calls to clients who have not visited the center, clients who have just started the program and special situations requiring additional attention.

8. **Special Projects:** Perform any special projects assigned by the Center Manager. Employee must be flexible with respect to job duties relative to the needs of the business (i.e., answer the telephone, etc.).

# JOB DESCRIPTION

# ASSISTANT CENTER MANAGER

**Overview:** The Assistant Manager's function is to function as Manager in his or her absence.

**Reports to:** Center Manager or Owner

**Education:** High School Diploma required; some college preferred

**Experience:** A minimum of one to two years of sales in retail or restaurant management is recommended. Achievements in sales and management should be measurable.

### *Responsibilities/Accountabilities:*

1. **Service:** Is responsible to meet or exceed all service goals established by the manager and maintain excellent customer service.

2. **Sales :** The Assistant Manager is responsible for assisting the Center Manager in meeting or exceeding the revenue quotas established by the company. He or she is responsible to produce his or her personal percentage goal on the weekly center revenue.

3. **Management:** Should assist the Center Manager in observing, evaluating and analyzing center operations to identify problems and assist in establishing a game plan for improvement.

4. **Program Knowledge:** Must possess a thorough knowledge and understanding of all nutritional plans, medical conditions and corresponding company protocol. Should assist manager in supervising center personnel in proper chart documentation and act as the second source for staff questions.

5. **Operations:** Is required to adhere to all LA Weight Loss policies in operations including proper implementation of phone script, proper consultation procedures and proper medical histories, jet start explanations, program explanations and daily visits.

6. **Coaching:** Under the guidance and direction of the Center Manager should assist in coaching and developing staff for improved work performance.

7. **Administrative Management:** In conjunction with the Center Manager, insures the accurate and timely processing of all center paperwork and the prompt and accurate processing of all center revenue.

8. **Special Projects:** To perform all special projects assigned by the Center Manager or Owner.

# JOB DESCRIPTION

# CENTER MANAGER

**Overview:** The Center Manager is the impetus in the office for increasing revenue through proper sales implementation in both program and product. The second focus will be client retention through excellent client service. Both of these are achieved through ongoing training and coaching of all center personnel.

**Reports to:** Area Supervisor or Owner

**Education:** High school diploma required; college degree preferred

**Experience:** A background in sales with a focus in service, retail or hotel/restaurant management. A minimum of one to two years experience with measurable achievements in both sales and team building.

### *Responsibilities/Accountabilities:*

1. **Service:** In order to properly grow each center, the Manager is responsible to develop their staff to excel in customer service. This is achieved through effective observation and coaching of the in-center personnel. The other area of focus is to effectively manage the service statistics (i.e., frequency of client's visits; auditing charts for effective problem solving, total weight loss and average pounds lost, bulking supplements, maintaining actives, etc.).

2. **Sales:** The manager is responsible to meet or exceed the revenue quotas established by the company. This is achieved through effectively guiding the staff in achieving their individual Plan of Action (POA) in product and program sales, as well as meeting or exceeding statistical sales requirements established by the company. He or she is also responsible to produce the expected percentage of weekly revenue for the Manager.

3. **Policies and Procedures:** Must demonstrate the ability to successfully implement the company policies, procedures, nutritional programs and protocol established by the company.

4. **Program Knowledge:** Must possess a thorough knowledge and understanding of all nutritional plans, medical conditions and corresponding company protocol. Must supervise center personnel in proper chart documentation and act as the first source for any staff questions.

5. **Operations:** The Center Manager is required to adhere to all LA Weight Loss policies in operations to include: handling incoming information calls through proper implementation of the phone script; handling consultations through the effective and accurate implementation of the sales consultation; effective, professional and accurate medical history implementation, Jet Start explanation, program explanation and daily visits.

JOB DESCRIPTION
CENTER MANAGER
PAGE 2

6. **Supervision:** Takes direct responsibility for the Assistant Manager, Medical Assistants and Counselors.

7. **Training/Coaching:** To provide all center related training as needed, on-going staff development by providing positive and negative feedback on clearly established goals and expectations and to provide a plan for improved work performance and growth.

8. **Follow-Up:** The Manager must also follow-up with each staff member on all training and coaching to establish the employee's understanding of such.

9. **Administrative/Management:** To ensure the accurate and timely processing of all center paperwork to the Area Supervisor or Owner. This includes all week-ending reports, POA's, weekly statistical percentage analysis, product inventory and employee related documents. The Manager also ensures the prompt and accurate processing of all center revenue (i.e., daily deposits, petty cash, refunds, etc.).

10. **Personnel:** Must conduct 90-day and annual performance appraisals on Assistant Manager, Medical Assistant and Counselors that accurately reflect the staff's performance.

11. **Special Projects:** All projects assigned by the Area Supervisor or Owner should be performed with enthusiasm and accuracy.