

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

Pamela E. Hostetler
Direct Dial: (410) 962-4209
pamela.hostetler@eeoc.gov

May 20, 2002

**Via Facsimile and U.S. Mail**
David E. Landau, Esq.
David L. Gollin, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA19103-2097

Re:     EEOC v. LA Weight Loss Centers, Inc.,
          Civil Action No. S-02-CV-648

Dear Mssr.s Landau and Gollin:

Pursuant to the parties' discovery agreement approved by the Court, attached is the EEOC's initial disclosure of persons likely to have discoverable information. The names and addresses are based upon information in the EEOC's possession at this time.

Please feel free to call me at (410) 962-4209 if you have any questions.

Sincerely,

Pamela E. Hostetler



RECEIVED
MAY 28 2002

**Plaintiff EEOC's Initial Disclosure**
**of Individuals Likely to Have Discoverable Information**
EEOC v. LA Weight Loss Centers, Inc.,
Civil Action No. S-02-CV-648

Kathy Koch
One West View Drive
Upper Brookville, NY 11771
516-624-9494

Ms. Koch has knowledge of Defendant's recruiting, hiring and training policies. She also has knowledge of the facts relating to disciplinary and retaliatory acts taken against her.

Sandra Brown-Talavera
417 Oxford Street
Piscataway, NJ 08854

Ms. Brown-Talavera has knowledge of Defendant's recruiting, hiring and training policies. She also has knowledge of the facts relating to disciplinary and retaliatory acts taken against her.

Nina Catagnus
25 Raleigh Drive
Downingtown, PA 19335

Ms. Catagnus has knowledge of Defendant's recruiting, hiring and training policies. She also has knowledge of the facts relating to disciplinary and retaliatory acts taken against her.

Patricia Burroughs
27275 Old Village Road
Mechanicsville, MD 20659
301-884-8659

Ms. Burroughs has knowledge of Defendant's recruiting, hiring and training policies.

**The following individuals, employed in management positions during the time at issue in this case, have knowledge of recruiting and hiring practices. Some may have knowledge of disciplinary policies as well:**

Scott Moyer
255 Business Center Dr.
Suite 150
Horsham, PA 19044
215-773-1108

1

Vahan A. Karabajakian
255 Business Center Dr.
Suite 150
Horsham, PA   19044
215-773-1108

Karen P. Siegel
255 Business Center Dr.
Suite 150
Horsham, PA   19044
215-773-1108

Kristie O'Brien
255 Business Center Dr.
Suite 150
Horsham, PA   19044
215-773-1108

Eileen Stankunas
255 Business Center Dr.
Suite 150
Horsham, PA   19044
215-773-1108

Sandy Miller
255 Business Center Dr.
Suite 150
Horsham, PA   19044
215-773-1108

Lynn E. Portlock
1103 Chelmsford Cr.
Newark , DE   19713

Donna Furr

Anastasia (last name unknown)

Joy Freathy

Lezia Petrizio

Brenda Gibson

All corporate trainers listed in attachment A to Defendant's letter to EEOC dated 2/12/99.

**The following persons are potential class members who may have knowledge of hiring practices at issue in this case.**

Michael Joseph  Smith
684 Holiday Drive
Fortville, IN   46040
317-485-6126

Don Williams
8232 Crousore Road
Indianapolis, IN   46219
317-807-8174

Jonathan S. Atwater
406 East Pierce Street
Whitestown, IN   46075
317-769-5055

Timothy Baier
8391 Glen Highlands
Indianapolis,IN   46236
317-823-3938

Tim Myers

Eric M. Larios
865 Bellevue Road, H-4
Nashville, TN   37221

Brian J. Hackerd
1105 Basswood Circle
Bloomington, IN   47403
812-330-0171

Tim Gaunce
1504 N. Pennsylvania Street, Apt. 304
Indianapolis, IN   46202
317-638-0666

Phil D. Kinser, Jr.
3674 E. Bluebird Ln.
Bloomington, IN   47401
812-335-4111
812-334-8761
317-881-2612

Robert Boire
404 Woods Edge
West Lafayette, IN   47906-5731
765-497-4268

Robert Hailey
765-620-7793
765-962-7874

Frank Clark
317-898-4085

Eugene B. Jessup
644 Nichole Drive
Greenwood, IN   46146

Allen Breaux
3055 N. Meridian Street, #9B
Indianapolis, IN   46208
317-924-3666

Abdel Bouaichi
304 Granger Court
Fisher, IN   46036
317-842-9278

Shane K. Bell
945 Wyckford Drive, Apt. D
Indianapolis, IN   46214
317-271-7149

Ericson Conkling
765-643-9377

Donald Berkowski
317-299-2816

Matthew G. Oberle
12842 Mariners Point Court
St. Louis, MO   63141
314-434-1667
314-962-5960 (h)

Jonathan S. Brooks
402 Mid Trail Drive
Apt. C
Ballwin, MO   63011
636-386-3118
314-306-60055

Derek William McCrady
319 Glover
Alton, IL 62002
618-465-3570

Edgar J. Asher
11087 Graben Drive
St. Louis, MO   63047
314-739-4447

Earl Portong
314-952-4444

Darren F. Gaertner
12304 Inlet Ridge Drive
Maryland Heights, MO   63043
314-878-1039

Nicholas P.  Spitzer
14238-3 Willowbend Park
Chesterfield, MO   63017
314-207-0084
314-903-3539

Chuck Jabara
3757 Louis Street
St. Louis, MO  63116-4024
314-291-8572

Richard A. Armstrong
1580 Gallant Fox Dr.
Florissant, MO  63033
314-921-2287

Rickey Whitfield
5227 Palm, 2E
St. Louis, MO  63115
314-383-5650

Dan Fuller
314-388-1177
Florissant, MO

Terrance Carty
53 Clover Court
St. Charles, MO  63304
314-378-4429

Jason Hartrich
248 Sumner Blvd.
Collinsville, IL  62234
618-288-8812
618-344-1171 (h)

Reginald William Charles Cooper III
5937 Kennerly
St. Louis, MO  63112
314-382-1896

Allen Wayne Vest
11500 Hillsboro Victoria Road
Desoto, MO  63020
573-438-3131

**Plaintiff EEOC's Initial Disclosure**
EEOC v. LA Weight Loss Centers, Inc.,
Civil Action No. S-02-CV-648

Levi Lancaster
903 McCambridge
Madison, IL   62060
618-867-3031

Paul Roam
2902 Lemay Ferry Road, Apt. A
St. Louis, MO   63125
314-487-9824

Ryan Schmitz
5173 Goethe Avenue
St. Louis, MO   63109
314-351-9053

Kevin L. Karr
15017 C Baxter Village Drive
Chesterfield, MO   63017
314-230-6958

Daryl Black
2020 Wissant Lane
St. Louis, MO   146
314-434-2082

Amarjot K. Grewal
P.O. Box 336
Grover, MO   63040
636-458-5758

Brent C. Wallace
515 Apt. B Gillham
Troy, IL       62294
618-667-2650

Timothy Robinson
306 Fannie Avenue
St. Louis, MO 63125
314-638-8185

Gary K. Jackson
1295 Leisure Drive
Florissant, MO 63031

Philip C. Yeatts
14615 Rialto Drive, Apt. 206
Chesterfield, MO   63017
314-409-2234

Ken Schmidt
314?-845-9953

Michael Campbell
1150 Grove Street
Irvington, NJ   07111
973-372-5495

David Putman
57 Eraser Road
Moorestown, NJ  08057
856-222-1972

Keith Cho
1530 Ninth Street
Fort Lee, NJ   07024

Harry Henry
1171 Main Street, Apt D
Rahway, NJ   07065
732-680-9017

Stuart Aron
107 Rosebank Street
Lakewood, NJ  08701
732-901-8647

Mark  Deryng
23 Smith Street, #6,
Perth Amboy, NJ   08861
732-826-2206

Donald Smith
16 Pebble Lane
Willingboro, NJ   08046
609-541-8611

Carlito S. Atienza
15 Mulberry Street
Jersey City, NJ 07305
201-985-0247

Kevin Coyle
55 Elizabeth Lane
Buddlake, NJ   07824
973-691-8545

John Petko
148 Davis Road
Doylestown, PA   18901
215-348-2384

Steve Rowe
P.O. Box 451
Schaefferstown, PA   17088
and 35 N. Sheridan Road
Newmanstown, PA 17073
717-949-2000 (w)
610-589-1975 (h)

Randy Smith
109 Grandview Road
Centre Hall, PA   16828
814-384-3484

Ken Sachar
P.O. Box 248
West Chester, PA   19381
610-431-2653

David Shaw
1051 Smith Bridge Road
Glen Mills, PA   19342
610-459-5927

**Plaintiff EEOC's Initial Disclosure**
EEOC v. LA Weight Loss Centers, Inc.,
Civil Action No. S-02-CV-648

George Bankert
429 E. Rively Avenue
Aldan, PA   19018
610-259-2454

James Dalesio
2716 Clifton Drive
Bensalem, PA   19020
215-604-5993

John Fritz
3635 Bellaire Place
Philadelphia, PA   19154
215-632-1975

Eric McElroy
432 Liberty Street
Grove City, PA   16127
724-458-5731

Bruce McNamee
10100 Calera Road
Philadelphia, PA   19114
215-612-1793

Andrew Sanford
3830 Park Avenue
Philadelphia, PA   19140
215-228-4384

Jaime Witherup
46 Elm Avenue
Rockledge, PA   19046
215-379-3580

Bruce Goldstein
801 Willowpenn Dr, Apt. T-206
Southampton, PA   18966
215-355-3195

Andre Bell
15929 N. Dover Street
Philadelphia, PA   19121
215-769-4642

Raymond Dopytalski
4511 Melrose Street
Philadelphia, PA   19124-4115
215-289-2358

John H. Witmyer
1244 E. College Avenue
State College, PA   16801
814-234-5983

Bruce Hutchinson
320 Toftrees Avenue, #342
State College, PA   16803
814-867-5424

Bruce Bostian
288 Maple Street
Mifflinburg, PA   17844
520-966-4794

Tarek Mahmoud
633 Stoneledge Drive
State College, PA   16803
814-235-6263

Matthew Turley
617 Cricklewood Drive
State College, PA   16803
814-867-2052

Daniel Lenart
112 Warrior Court
Harrison City, PA   15636
724-744-2983

Jason A. Simms
755 Stallion Drive
Auburn, PA   17922
570-739-0011

John L. Petko
148 Davis Road
Doylestown, PA   18901
215-348-3484

Randy Smith
109 Grandview Rd.
P.O. Box 602
Center Hall, PA 16828
814-384-1278 (h)
717-242-2034

Larry Loper
621 W. 26th Street
Wilmington, DE   19802
302-762-1165

Olateju Olaniyi
10915 Huntcliff Dr, Apt G
Owings Mills, MD   21117
443-394–276

Felester Bunch
1407 Bermuda Dunes Court,
Bowie, MD
301-499-2450

William Clemson
1440 N. Street, N.W., #414
Washington, D.C.   20005
202-483-9278
703-476-0077

William Prochazka
6223 Everall Avenue
Baltimore, MD   21206
410-254-7894

Sean C. Purcell
2312 Caves Road
Owings Mills, MD   21117

Nicko Crockett
1308 Homewood Avenue
Baltimore, MD 21202

Dirk Lord
98 Yellowfield Blvd
Elkton, MD   21921

Quinton Lee
4103 Penhurst Avenue
Baltimore, MD   21215
410-367-3493

Dominic Allender
5333 King Aurthur Circle
White Marsh, MD   21237
410-574-6138

Darryl Owens
4367 Shamrock Avenue
Baltimore, MD   21206

Glenn McCallister
9805 Marriottsville Road
Randallstown, MD   21133
410-922-9314

Jermain Anthony Smith
1308 8th St. NW
Washington, D.C.  20001
202-238-0260 (h)
202- 463-6364 (w)

Chris Blaum
9429 Wild Rose Court
Mechanicsville, VA 23116
804-550-9771

**Plaintiff EEOC's Initial Disclosure**
EEOC v. LA Weight Loss Centers. Inc.,
Civil Action No. S-02-CV-648

John Hetzer
4627 Stuart Avenue
Richmond, VA   23226
804-360-7288

George Adkins
7511 Cimarron Court
Chesterfield, VA   23225

Fraites R. Constantine
4117 Bremner Blvd
Richmond, VA   23228
804-264-3204

Michael Swagger
2348 Hickory Creek Ct., Apt. 3A
Richmond, VA   23294
804-677-8580

Thomas Wm. Nuzzi, Jr.
3268 NE 17th St
Gresham, Oregon  97030
 or
P.O. Box 274
Bryantown, MD 20617
503-669-9828-h
301-645-5486

James Dean
909 Laura Lee Circle
Bear, DE 19701
302- 834-8397
800-864-6033, x230 (w)

Kirk Randolph Stuart
5 East Woodlawn Ave.
Buffalo, NY 14211
716- 892-6230

Philip Boccia
75 Lincoln Ave.
New Hyde Park, NY 11040
516- 326-7559

David Dorothy
101 Godney Street
Nyack, NY 10960
914- 353-5052

Paul Abramson
43A Heritage Dr.
New City, NY 10956
914- 634-1922

Kim Smith
161 Bearsall Dr., 5G
Mt. Vernon, NY   10552
914- 665-0881

John Thompson, III
573 73rd Street
Niagara Falls, NY  14304
716- 283-7215 (h)
716- 833-5226 (w)

Joseph Agro
3441 Lexington Ave
Mohegan Park, NY  10547
914- 528-3512

Morgan Clough
376 West Delavan Ave
Buffalo, NY   14213
716- 885-2720

James C. Glenn
255 Shumway Street
Buffalo, NY   14212
716- 854-1262

Stephen Bui
95 Snowberry Crest
Rochester, NY  14606
716- 426-3361

Walker Young
4370 Oran Station Road
Manlius, NY 13104
716- 389-6159

John Reissig
107 Adams Street
Rochester, NY 14604
716- 546-2813

David K. Brewster
3256 1st Place
Vero Beach, FL 32962
561-978-9737

David M DuHamel
1358 SW Dalton Avenue
Port St. Lucie, FL 34953
561-340-0003

Richard Altenburg
8775 20th Street, #343
Vero Beach, FL 32966
561-978-9202

Bennett J. Frumer
12723 NW 19th Manor
Coral Springs, FL 33071
954-501-5552
954-345-9611

Duane A. Rawlins
11034 Royal Palm Blvd
Coral Springs, FL 33065
954-227-7695

Cecil Butler, Jr.
2004 D SW 84th Avenue
North Lauderdale, FL 33068
954-722-7869

Darryl D. Thomas
1690 NW First Way
Pompano Beach, FL  33060
954-788-3511

Jeffrey P. Durazzo
6814 NW 28th Street
Margate, FL  33063
954-840-4007

Martin Cohen
16742 Valencia Ct.
Delray Beach, FL  33484
561-496-6242

Michael P. Waterman
8251 Lake Cypress Road
Lake Worth, FL  33467
561-969-9093

John L. Bing
19800 U.S. 1, # 808
Tequesta, FL  33469
561-744-3289

Richard A. Du'Four
954-972-0822

Gary Pflug
22340 Thousand Pines Lane
Boca Raton, FL  33428
800-238-1164

Noah E. Simon
1519 North Ocean Blvd., Apt. 508
Boca Raton, FL  33431
561-750-3298

Robert E. Ferguson
4505 So. Ocean Blvd., # 104
Highland Beach, FL  33487
561-272-7375

Grant J. Butler
820 NW 106 Terrace
Pembroke Pines, FL 33026
954-432-4237

Luis Aguila
21047 Sweetwater Lane North
Boca Raton, FL   33428
561-487-3009

Lewis J. Moskowitz
22381 Collington Drive
Boca Raton, FL   33428
561-477-3465

Gary E. Sloan
1051 Hillsboro Mile, #705E
Hillsboro Beach, FL   33062
305-942-3415

Harvey Sitnick
478 Fanshaw
Boca Raton, FL   33434
561-482-6559

Kenneth Stoller
6850 10th Avenue, North, Apt. 110
Lake Worth, FL   33467
561-966-3456

Juan Carlos Beltran
3430 Galt Ocean Drive, #1703
Fort Lauderdale, FL   33308
954-565-2989

Charles M. Liberatore
8048 NW 15th Manor
Plantation, FL   33322
954-916-0058

Michael G. Schwartz
537 Bayshore Drive #3
Fort Lauderdale, FL   33304
954-390-7609

Felix M. Millan
2431 Hayes Street
Hollywood, FL   33020
954-927-3033

Ricardo Colon
3015 NW 91st Avenue, Apt. 104
Coral Springs, FL   33065
954-255-5975

Thomas M. Martin
P.O. Box 030087
Ft. Lauderdale, FL   33303
954-561-3301

Paul Ashen
5164 NW 66th Lane
Coral Springs, FL   33067
954-344-7872

Geoffrey Luchs
5900 NW 44th Street, Apt. 514
Lauderdale, FL   33319
954-735-9398

Ron Chalhon
954-781-5165

Paul Riezenman
718-494-4149

Jeffrey Rose
570810 Arbor Club Way
Boca Raton, FL   33433
561-393-3755

Jeff Alpert
251 NE 38th Street, A-205
Oakland Park, FL   33334
954-561-7784

Dr. Mark F. Herman
962 Greenwood Road
Weston, FL   33327
954-384-8095

Angelo V. Fiorini
22855 Greenview Terrace
Boca Raton, FL   33433
561-391-8162

Joseph D. Romanello
10280 NW 2nd Ct.
Plantation, FL 33324
954-424-9544

Lee Doss
8979 Heron Walk, Sandestin
Destin, FL   541
850-267-3631

Anthony Michael Swiston
8670 NW 38th Street
Suite 272
Sunrise, FL   33351
954-749-9271

Dan Funks
724-423-4229

Bob Hamler
412-422-4489