email- jgreen@inte tive.net 8/11/00

John Green NJ
Brown- Talavera- mid appearance filed a lawsuit
(Talavera v. KANT Loss)    under State Law
race, retal.

call him (973) 258-____
after rejected (Aug 97)    Kolstad v

British - area Sup July 97 retaliated    retaliation    failure to hire
Black wks in central NJ.    men

Leora
Letho20 - NOV97 said to Talavera. can't have too blks in one location. working

then was retaliated against
Dec 97- (Oct 98) fired client    Eileen Stankunas
she knew that told she would be fired took action - smelled
retaliation company wide

they don't like pregnant women
she was instructed - division written rule that woman
prior demoted a newly    who
pregnant
Oct 97- she was pregnant    get ee

My client was instructed to do that
if pregnant
told in Aug 97
Kristi O'Brien not to hire men - as per Stankunas
said to Talavera    Jan 98    angry Scott Morie
26th    he was letter ltr
abt
take a cut/demoted    subjected to being dispose Eileen Gallagher
decision

**EEOC 00085**