IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : : | |
| Plaintiff, | : : | |
| and | : : | |
| KATHY KOCH | : : | CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : : | JURY DEMANDED |
| v. | : : | |
| LA WEIGHT LOSS | : : | |
| Defendant. | : : | |

## DEFENDANT LA WEIGHT LOSS'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and L.R. 104.13 of Local Rules of the United States District Court for the District of Maryland, Defendant LA Weight Loss files the instant Motion for Protective Order in this matter. For the reasons set forth in the attached Memorandum of Law in Support of Defendant LA Weight Loss's Motion for Protective Order, LA Weight Loss respectfully requests that this Court enter a protective order in the form proposed by LA Weight Loss with this Motion.

## CERTIFICATION OF ATTEMPTS TO RESOLVE DISPUTE

Pursuant to L.R. 104.8(c) of the Local Rules for the United States District Court for the District of Maryland, counsel for Defendant LA Weight Loss certifies that it attempted in good

- 2 -

faith to resolve this discovery dispute in the manner set forth in LA Weight Loss's Memorandum of Law in Support of Its Motion for Protective Order.

    Respectfully submitted,

    SHAWE & ROSENTHAL, LLP

    /s/
    _____
    Elizabeth Torphy-Donzella
    Bar No. Bar No. 10809
    20 S. Charles Street
    Baltimore, MD 21201
    (410) 752-1040

    AND

    WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
    David E. Landau
    David L. Gollin
    1650 Arch Street, 22nd Floor
    Philadelphia, PA  19103-2097
    (215) 977-2052/2335

    Attorneys for Defendant
    LA Weight Loss

Dated:   September 12, 2003

- 3 -

## CERTIFICATE OF SERVICE

I, Fiona Ong, Esquire, hereby certify that I caused a true and correct copy of the foregoing to be served upon the following by first class mail, postage prepaid, as well as by the Court's electronic filing system, on September 12, 2003:

>Ronald L. Phillips, Esquire
>U.S. Equal Employment Opportunity Commission
>Baltimore District Office
>10 South Howard Street, 3rd Floor
>Baltimore, MD 21201
>
>Attorneys for Plaintiff

And

>Pamela White, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21201
>
>Attorney for Intervenor/Plaintiff

/s/
_____
Fiona Ong

Dated:   September 12, 2003