IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS | : |
| Defendant. | : |

### APPENDIX TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

SHAWE & ROSENTHAL, LLP
Fiona Ong
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

AND

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
David E. Landau
David L. Gollin
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2052/2335

Attorneys for Defendant
LA Weight Loss

DSB:932442.1/LAW024-158357

## INDEX OF EXHIBITS

A. Declaration of Karen Siegel (accompanied by Exhibit 1 thereto)

B. EEOC's First Set of Requests for Production of Documents

C. Declaration of David L. Gollin, Esquire

D. Draft Confidentiality Stipulation and Order Provided to Koch and EEOC on June 3, 2003, by LA Weight Loss with accompanying cover e-mail

E. EEOC's Modified Draft Confidentiality Stipulation and Order to LA Weight Loss on July 2, 2003, with accompanying cover letter

F. Revised Confidentiality Stipulation and Order Provided to Koch and EEOC on August 4, 2003, by LA Weight Loss in effort to resolve discovery dispute with accompanying cover e-mail

G. Woven Electronics Corp. v. The Advance Group, Inc., 1991 U.S. App. LEXIS 6004, *11-*12 (4th Cir. 1991)

H. Marketing Assoc., Inc. v. Baker, 2000 U.S. Dist. LEXIS 2536, *5, ¶ 5 (M.D.N.C. 2000)

I. Bush v. Trim and Swim Health Spa, Inc., 1979 Tex App. LEXIS 3562, *3-*4 (Tex App. 1979)

J. PepsiCo, Inc. v. Redmond, 1995 U.S. Dist. LEXIS 19437, *63-*65 (N.D. Ill. 1994)

K. Jones v. Hamilton County Sheriff's Department, 2003 U.S. Dist. LEXIS 10100, * 19 (S.D. Ind. 2003)

L. Tomanovich v. Glen, 2002 U.S. Dist. LEXIS 14885, *20 (S.D. Ind. 2002)

M. Davis v. Precoat Metals, 2002 U.S. Dist. LEXIS 13851, *13 (N.D. Ill. 2002)