IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>and )<br>)<br>KATHY C. KOCH, )<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>LA WEIGHT LOSS, )<br>Defendant. )<br>_____/ | Case No. WDQ-02-CV-643 |

## NOTICE OF LENGTHY FILING

Exhibit J, which is attached to Defendant's Motion For Protective Order exists only in paper format and if scanned will be larger than 1.5 MB. The Exhibit will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

SHAWE & ROSENTHAL, LLP

/s/
_____
Elizabeth Torphy-Donzella
Bar No. Bar No. 10809
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

AND

       WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
       David E. Landau
       David L. Gollin
       1650 Arch Street, 22nd Floor
       Philadelphia, PA  19103-2097
       (215) 977-2052/2335

       Attorneys for Defendant
       LA Weight Loss

Dated:   September 12, 2003

## CERTIFICATE OF SERVICE

 I, Fiona Ong, Esquire, hereby certify that I caused a true and correct copy of the foregoing to be served upon the following by first class mail, postage prepaid, on September 12, 2003:

       Ronald L. Phillips, Esquire
       U.S. Equal Employment Opportunity Commission
       Baltimore District Office
       10 South Howard Street, 3rd Floor
       Baltimore, MD 21201

       Attorneys for Plaintiff

    And

       Pamela White, Esq.
       Ober, Kaler, Grimes & Shriver, P.C.
       120 East Baltimore Street
       Baltimore, Maryland 21201

       Attorney for Intervenor/Plaintiff


          /s/
       _____
       Fiona Ong