IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff | * | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor/Plaintiff | * | |
| v. | * | Civil No. S-02-CV-648 |
| LA WEIGHT LOSS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF PLAINTIFF KATHY C. KOCH'S MOTION
TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION
OF DOCUMENTS AND MEMORANDUM IN SUPPORT OF MOTION**

TO:  Tracy Hudson Spicer, Esquire   Elizabeth Torphy-Donzella, Esquire
     Ronald Phillips, Esquire        SHAWE & ROSENTHAL, LLP
     EQUAL EMPLOYMENT               20 S. Charles Street, 11th Floor
     OPPORTUNITY COMMISSION         Baltimore Maryland 21201
     Baltimore District Office
     10 South Howard Street          David E. Landau, Esquire
     Baltimore, Maryland 21201       David L. Gollin, Esquire
                                     WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP
                                     1650 Arch Street, 22nd Floor
                                     Philadelphia, Pennsylvania 19103

728713

PLEASE TAKE NOTICE that on this 16th day of September, 2003, in accordance with Local Rule 104, Plaintiff Kathy C. Koch has served upon the parties, by the Court's electronic filing system and regular U.S. Mail, Plaintiff Kathy C. Koch's Motion to Compel Answers to Interrogatories and Production of Documents and its Memorandum in Support of Plaintiff Kathy C. Koch's Motion to Compel Answers to Interrogatories and Production of Documents. In accordance with the Court's electronic filing procedures, the Motion to Compel and Memorandum in Support are attached, with Exhibits.

Respectfully submitted,

*Pamela J. White* (signature)

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

728713