IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | * |
| and | * |
| KATHY C. KOCH | * |
| Intervenor/Plaintiff | * |
| v. | Civil No. S-02-CV-648 |
| | * |
| LA WEIGHT LOSS | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**INTERVENOR/PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS**

Pursuant to Federal Rule of Civil Procedure 37(a), and Rule 104 of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff Kathy C. Koch files the instant Motion to Compel Answers to Interrogatories and Production of Documents in the above-styled and numbered action. For the reasons set forth in the attached Memorandum in Support of this Motion, Kathy C. Koch respectfully requests that this Court enter an order directing Defendant LA Weight Loss to answer certain discovery requests set forth in Kathy C. Koch's First Set of Interrogatories and First Request for Production of Documents.

Kathy C. Koch certifies that she has in good faith corresponded with Defendant in an effort to secure the information and documents in question without Court action and that Defendant has failed to provide such information and documents. Attached to this

728558

Motion are copies of the parties' correspondence reflecting or responding to the Plaintiff's attempts, listed as follows:

- July 11, 2003, White to Gollin
- July 18, 2003, White to Landau
- July22, 2003, Gollin to White
- July 30, 2003, White to Gollin
- August 5, 2003, Gollin to White
- August 25, 2003, Gollin to White
- September 5, 2003, White to Landau, Gollin
- September 8, 2003, Gollin to White
- September 9, 2003 White to Landau, Gollin (e-mail)
- September 9, 2003 Gollin to White (response to September 5)
- September 9, 2003 Gollin to White (response to September 9)

On September 5, 2003, Plaintiff's counsel offered Ms. Koch's Motion to Compel, with detail grounds and points in support. Defense counsel responded by letter dated September 9, 2003. However, Plaintiff's discovery appeared to have been resolved only as to Document Requests 14 and 18, with Defendant's commitment to produce certain documents. Accordingly, this Motion follows.

2

728558

Respectfully submitted,

*Pamela J White* (signature)

---

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

3

728558