# OBER|KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Pamela J. White**
pjwhite@ober.com
(410) 347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

July 11, 2003

### VIA FACSIMILE AND U.S. MAIL

David L. Gollin, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103

    Re:    *EEOC v. LA Weight Loss*
           Civil Action No.: WDQ-02-CV-648

Dear Mr. Gollin:

Enclosed please find Kelly Hoelzer's Notice of Withdrawal of Appearance to be filed with the Court. Going forward, I will be your direct contact with this firm as to our representation of Intervenor/Plaintiff Kathy Koch in this litigation. Accordingly, any questions or concerns you have regarding discovery, deposition dates or any other issues should be addressed to me directly.

Due to scheduling conflicts, Ms. Koch's deposition, which was tentatively scheduled for July 15, 2003, will be rescheduled; I expect that you will call me when you wish to do so. In the meantime, however, LA Weight Loss must complete its responses to our pending document requests, and advise of a new date for Lynn Portlock's deposition. I also have advised EEOC counsel of my calendar notes as relevant to your efforts with the EEOC to schedule witness depositions.

On other related subjects, your courtesy will be appreciated to advise me whether LA Weight Loss expects to address the contents of the EEOC's draft consent decree dated May 12, 2003, specifically as it pertains to my client.

Thank you for your attention.

Very truly yours,

*Pamela J. White*
Pamela J. White

PJW/cks
Enclosure
cc:    Ronald L. Phillips, Esquire

724135.1

**1903**
OBER|KALER
**2003**
*Forward thinking.*
*For the century ahead.*