# OBER | KALER
*A Professional Corporation*

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Pamela J. White**
pjwhite@ober.com
(410) 347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

July 18, 2003

David E. Landau, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103-2097

Re:   *EEOC v. LA Weight Loss*
      *Civil Action No. WDQ-02-CV-648*

Dear Mr. Landau:

I have received and thank you for your letter of July 14. I understand from that letter and your correspondence with the EEOC that LA Weight Loss Center, Inc. does not expect to enter into settlement discussions with Ms. Koch.

Nevertheless, as you suggest in your letter, I expect to address discovery matters with Mr. Gollin. I am particularly interested in reviewing the originals of documents returned directly to you in my last correspondence dated July 7, 1998. Though clearly responsive to Ms. Koch's Request for Production of Documents (Number 25), we have yet to receive those documents from Mr. Gollin.

Very truly yours,

*Pamela White* (signature)

Pamela J. White

PJW/cks
Enclosure

724836.1

**1903**
OBER | KALER
**2003**
*Forward thinking. For the century ahead.*

# OBER|KALER

A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699

**Pamela J. White**
pjwhite@ober.com
410-347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

July 7, 1998

**VIA FEDERAL EXPRESS**
David E. Landau, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Twelfth Floor Packard Building
111 South 15th Street
Philadelphia, PA 19102-2678

　　　　Re:　L.A Weight Loss Centers, Inc.'s Unlawful Termination of
　　　　　　Ms. Kathy Koch's Employment

Dear Mr. Landau:

　　Kathy Koch recently has proceeded to lodge her charge with the EEOC and, comtemporaneously with that effort, to review her notes and records for documentation relevant to her charge.

　　As you know, Ms. Koch's termination from employment in L.A Weight Loss's personnel department came abruptly and without prior notice. She was informed that her position with L.A was terminated - effective immediately - and was told to vacate the premises. Ms. Koch was extremely shaken and emotionally distraught by this treatment. As instructed, she departed the premises promptly.

　　While employed with L.A in the capacity of interviewer/trainer, she had been given the responsibility for handling numerous applicant and employee files and records. At the time of her termination, she had some of these records in her possession. Under the circumstances of her termination, she did not think to return the records prior to her departure.

　　Ms. Koch has now discovered that documents in her possession may be proprietary in nature. Such documents are now returned to your attention and further transmittal to Ms. Koch's former employer.

　　Please call me with any questions.

Very truly yours,

*Pamela J. White*

Pamela J. White

Enclosures

KDMCCANN:584286.1:7/7/98: 4:24 PM