**WolfBlock**

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David L. Gollin
Direct Dial: (215) 977-2335
Direct Fax: (215) 405-3935
E-mail:   dgollin@wolfblock.com

July 22, 2003

**VIA FACSIMILE AND**
**FIRST CLASS MAIL**

Pamela J. White, Esquire
Ober Kaler, P.C.
120 East Baltimore Street
Baltimore, MD 21202-1643

Re:   **EEOC and Koch v. LA Weight Loss**

Dear Pamela:

This letter is in response to your July 18, 2003 letter to David Landau. I notice that you did not provide potential dates for Kathy Koch's deposition. This deposition needs to be rescheduled. If we do not have potential dates by Monday, July 31, 2003, we will have no choice but to notice Ms. Koch's deposition.

Please call me if you would like to discuss this matter or any other issue pertaining to discovery. In the meantime, if you have any questions, please call me.

Sincerely,

David L. Gollin
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:   Ronald Phillips, Esquire

DSB:925133.1/LAW024-142120

Cherry Hill, NJ ■ Harrisburg, PA ■ Newark, NJ ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Wilmington, DE
Wolf, Block, Schorr and Solis-Cohen LLP
A Pennsylvania Limited Liability Partnership

JUL 24 2003