**OBER | KALER**
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Pamela J. White
pjwhite@ober.com
(410) 347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

September 5, 2003

## VIA FACSIMILE AND U.S. MAIL

David E. Landau, Esquire
David L. Gollin, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103

    *Re:*    *EEOC v. LA Weight Loss*
             Civil Action No.: WDQ-02-CV-648

Dear Counsel:

    When Kathy Koch was discharged from her employment with LA Weight Loss on March 12, 1998 by Lynne Portlock and Kristi O'Brien, she was required immediately to turn over her training materials and recruiting information. Those documents, such as her "flip chart" for training instruction, as well as documents subsequently returned to LA Weight Loss through its counsel on July 7, 1998, reflected Ms. Koch's work performance and related directly to her identification of her employer's discriminatory practices when trainers were instructed not to hire male counselors. Ms. Koch requires the production of those contemporaneous records and materials in order to prepare for trial of her claims and, more immediately, to prepare for her deposition in this action. Up to this point, however, LA Weight Loss has objected to virtually all of Ms. Koch's document requests.

    I have requested of Mr. Landau (in person during Scott Moyer's deposition on September 3 and by e-mail on September 4) a date next week when Ms. Koch and I will inspect original documents to be produced by LA Weight Loss to Ms. Koch. Documents requested for our

727944



*Forward thinking.* 1903 OBER|KALER 2003
*For the century ahead.*

OBER | KALER
A Professional Corporation

David L. Gollin, Esquire
September 5, 2003
Page 2

inspection are described above, in Mr. Gollin's letter dated August 5, 2003 and in the draft Motion to Compel, attached. I hope and expect that portions of the Motion may be mooted by your timely production for inspection; our inspection is intended to proceed quickly so as to allow Ms. Koch adequate time to prepare for her deposition. Otherwise, I expect to file the motion next week – and to request the assignment of a magistrate judge to address open discovery issues.

      I remain open to any suggestions and or comments you may have. I repeat my request that you provide me with a convenient date for review at your office in Philadelphia next week, on September 9, 10 or 11.

      Thank you for your attention.

                                      Very truly yours,

                                      Pamela J. White

PJW/cnb
Enclosure
cc:    Ronald L. Phillips, Esquire (w/enclosure)

725423.1