# WolfBlock

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David L. Gollin
Direct Dial: (215) 977-2335
Direct Fax: (215) 405-3935
E-mail:   dgollin@wolfblock.com

September 8, 2003

**VIA FACSIMILE AND**
**FIRST CLASS MAIL**

Pamela J. White, Esquire
Ober Kaler, P.C.
120 East Baltimore Street
Baltimore, MD 21202-1643

    Re:    EEOC and Koch v. LA Weight Loss

Dear Pam:

    This letter is in response to your September 5, 2003 letter and attached draft Motion to Compel in this matter. The letter and draft motion consisting of 29 pages covering various issues was sent and received after regular business hours on Friday, September 5, 2003. I was not able to review this draft until today, and, as you are aware, it would be impossible for LA Weight Loss to respond properly in less than one day. LA Weight Loss will provide a detailed response to the issues raised in your draft motion shortly.

                            Sincerely,

                            David L. Gollin
            For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:    Ronald Phillips, Esquire
        David Landau, Esquire

DSB:931907.1