# WolfBlock

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David L. Gollin
Direct Dial: (215) 977-2335
Direct Fax: (215) 405-3935
E-mail:    dgollin@wolfblock.com

September 9, 2003

**VIA FACSIMILE AND
FIRST CLASS MAIL**

Pamela J. White, Esquire
Ober Kaler, P.C.
120 East Baltimore Street
Baltimore, MD 21202-1643

   Re: <u>EEOC and Koch v. LA Weight Loss</u>

Dear Pam:

   This letter is in response to your e-mail of September 9, 2003 requesting that LA Weight Loss make certain originals of documents available for inspection by Ms. Koch.

   In your e-mail and the correspondence you attached thereto, you state that you wish to review the originals of the "training materials and recruiting information" such as Ms. Koch's "'flip chart' for training instruction" that Ms. Koch alleges she "turn[ed] over" to either Ms. Portlock or Ms. O'Brien upon the termination of her employment. You also demand an opportunity to review the originals of all proprietary documents improperly retained by Ms. Koch after the termination of her employment that you returned to David Landau on July 7, 1998.

   First, with respect to the "training materials and recruiting information" Ms. Koch alleges to have turned over to Ms. O'Brien or Ms. Portlock, a review of the files returned by you on June 7, 1998, shows that some of these documents apparently were not returned by Ms. Koch at the time she left the Company. At this time, the Company has found no evidence that Koch returned any documents at the time of her discharge as she alleges. Regardless, at the time of her discharge, LA Weight Loss had no knowledge of any complaint of retaliation by Ms. Koch and was not obliged to retain such documents. At that time, training materials and recruiting information were not treated as employment records by the Company and would not have been forwarded to corporate headquarters.

DSB:932093.1

Cherry Hill, NJ ■ Harrisburg, PA ■ Newark, NJ ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Wilmington, DE

Wolf, Block, Schorr and Solis-Cohen LLP
A Pennsylvania Limited Liability Partnership

SEP 1 2 2003

Pamela J. White, Esquire
September 9, 2003
Page 2


     Second, with respect to the information you returned to David Landau on June 7, 1998, we will gladly make this information available for your inspection at our offices at a mutually convenient time, including Thursday, September 11, 2003, as you proposed previously.

     I trust that this adequately addresses your concerns regarding this information.  If you have any questions, or if you would like to schedule a time to review this information, please call me or David Landau.

                  Sincerely,

                  David L. Gollin
        For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP


cc:    Ronald Phillips, Esquire
       David Landau, Esquire

DSB:932093.1