LAW OFFICES
**WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP**

TWELFTH FLOOR PACKARD BUILDING
111 SOUTH 15TH STREET
PHILADELPHIA, PA 19102-2678

(215) 977-2000
FACSIMILE: (215) 977-2334

DAVID E. LANDAU
DIRECT DIAL: (215) 977-2052
FACSIMILE: (215) 977-2740
E-MAIL: DLANDAU@WOLFBLOCK.COM

May 1, 1998

Pamela J. White, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

RE: <u>Kathy Koch</u>

Dear Ms. White:

    This law firm represents LA Weight Loss in connection with the claims of Kathy Koch. We are in receipt of your letter of April 21, 1998. We are currently evaluating the claim, and we will respond shortly. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

David E. Landau

DEL/cal

rec'd 5/4/98

DSB:499256.1

NEW YORK, NY • BLUE BELL, PA • CAMDEN, NJ • HARRISBURG, PA • NORRISTOWN, PA

EXHIBIT

B