LAW OFFICES

## WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

TWELFTH FLOOR PACKARD BUILDING
111 SOUTH 15TH STREET
PHILADELPHIA, PA 19102-2678

(215) 977-2000
FACSIMILE: (215) 977-2334

DAVID E. LANDAU
DIRECT DIAL: (215) 977-2052
FACSIMILE: (215) 977-2740
E-MAIL: DLANDAU@WOLFBLOCK.COM

June 4, 1998

Kathleen Duckett McCann, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Re: Kathy Koch

Dear Ms. McCann:

I am responding to your letter of May 29, 1998 concerning the claims of **Kathy Koch** against LA Weight Loss Centers, Inc. While the Company remains interested in resolving this matter amicably without resorting to an administrative claim or litigation, the Company rejects Ms. Koch's demand of $51,666 as excessive under the circumstances.

Ms. Koch was terminated for poor performance. The Company has engaged in no discriminatory or retaliatory actions towards Ms. Koch. Moreover, Ms. Koch was only employed by the Company for four and a half months. The Company believes a severance payment of $5,000 is a more appropriate amount to resolve this matter.

I would be happy to discuss this matter with you further.

Sincerely yours,

*[signature]*

David E. Landau

DEL:djs

DSB.505637.1

NEW YORK, NY • BLUE BELL, PA • CAMDEN, NJ • HARRISBURG, PA • NORRISTOWN, PA

EXHIBIT
C