# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 120980900 |

__MD. Commission on Human Relations__ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Mrs. Kathy C. Koch | HOME TELEPHONE (Include Area Code)<br>(301) 596-1011 |
|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>6172 Devon Drive, Columbia, MD 21044 | DATE OF BIRTH<br>04/18/47 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>L A Weight Loss Centers | NUMBER OF EMPLOYEES, MEMBERS<br>Cat D (501 +) | TELEPHONE (Include Area Code)<br>(215) 328-9250 |
|---|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>255 Business Center Drive, Suite 150, Horsham, PA 19044 | | COUNTY<br>091 |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | EARLIEST   LATEST<br>10/24/97   03/12/98<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I was hired as an Area Corporate Trainer on October 17, 1997, and because I complained that about the employer's failure to hire qualified male applicants, I was disciplined (March 06, 1998) and discharged (March 12, 1998).

II. I was informed that I was disciplined because of ineffective training. No reason was given for the discharge.

III. I believe that I have been discriminated against, because of retaliation for opposing a protected activity, in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
BALTO. DIST. OFFICE
EEOC
1998 JUN -8 A 10:13

EXHIBIT
D

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*[signature] Kathy C. Koch  6/8/98*<br>Date   Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

EEOC FORM 5 (Rev. 06/92)

**CHARGING PARTY COPY**