LAW OFFICES

# WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

TWELFTH FLOOR PACKARD BUILDING
111 SOUTH 15TH STREET
PHILADELPHIA, PA 19102-2678

(215) 977-2000
FACSIMILE: (215) 977-2334

AMY ANDERSON MIRAGLIA
DIRECT DIAL: (215) 977-2013
FACSIMILE: (215) 977-2740
E-MAIL: AMIRAGLIA@WOLFBLOCK.COM

January 6, 1999

**VIA OVERNIGHT DELIVERY**

Judy Navarro, Investigator
Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street
Third Floor
Baltimore, MD 21201

    RE:    Kathy C. Koch v. LA Weight Loss Centers, Inc.
            EEOC Charge No. 120980900

Dear Ms. Navarro:

    Enclosed is Respondent's Position Statement and Response to Request for Information dated November 3, 1998, in the above-captioned matter.

    In response to your November 25, 1998 letter which requested "All documents provided by Ms. Koch, through her attorney, Pamela J. White, to Mr. David E. Landau with the cover letter dated July 7, 1998 . . .", LA Weight Loss objects to the request on the grounds that the information requested is irrelevant to the allegations of this charge. Ms. Koch is claiming retaliation for alleged complaints that LA Weight Loss does not hire qualified male applicants. Whether the basis for her complaint is true is irrelevant. Therefore, unless the EEOC is investigating the underlying complaint, Respondent is unable to see how such information is relevant to Ms. Koch's claim of retaliation and will not provide such information at this time.

                                        Very truly yours,

                                        Amy Anderson Miraglia
                                For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:    David E. Landau, Esquire

DSB:612652.1

**EXHIBIT H**