# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699

**Pamela J. White**
pjwhite@ober.com
410-347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

January 25, 1999

**HAND-DELIVERED**
Ms. Judy Navarro, Investigator
U.S. Equal Opportunity Employment Commission
Baltimore District Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201

  Re: <u>Kathy Koch v. L.A. Weightloss Center</u>

Dear Ms. Navarro:

  Thank you for your time and attention to address the particulars of Ms. Kathy Koch's complaint of unlawful discrimination and retaliation by L.A. Weightloss Centers.

  Enclosed please find the information book and training manual with which Ms. Koch learned training procedures and provided training, respectively. Upon reviewing the training manual, in particular, you will notice many handwritten notations demonstrating Ms. Koch's attention to detail that she gave to her job with L.A. Weightloss. The post-it flags attached to various pages in the manual indicate sample documents that L.A. Weightloss required Ms. Koch to use in her training. You will note that, nearly without exception, all the names of counselors, employees and customers, as provided by L.A. Weightloss, are female. Ironically, men's names are only used on sample medical forms, where the doctor is male.

  You should also be aware that, at one time, we had returned certain proprietary records to the Respondent when discovered in Ms. Koch's possession after her hasty departure. We believe that certain of those documents may be useful to the EEOC. Ms. Koch recalls those documents included several applications of male candidates which Ms. Koch was discouraged from interviewing despite credentials comparing favorably to many of the female applicants Ms. Koch was permitted to hire. Perhaps of more concern to L.A. Weightloss are Ms. Koch's tracking sheets, by which she kept count of potential applicants and on which the names of men are summarily crossed off.

  Also in L.A. Weightloss Center's possession are "Telephone Procedure Expectations" sheets showing how Ms. Koch evaluated employees in detail. As late as February 24, 1998, Ms. Koch evaluated an employee named Sonya in Newark, and the Telephone Expectations sheet is filled out in detail. In addition, Ms. Koch's time sheet shows that she worked four 10-hour days for the week of February 23, 1998.

PJW:601588.1:1/22/99: 4:53 PM

**EXHIBIT I**

OBER|KALER
A Professional Corporation

Ms. Judy Navarro
January 25, 1999
Page 2

    We also recall that the documents returned to L.A. Weightloss referred to concerns or consequences of Lynne Portlock's changes to the training regimen. On or about March 10, 1998, Ms. Koch faxed to Lynne Portlock a test form that trainer Mary Ann used and her notes indicate that she was attempting to find an adequate final exam in view of the changes Lynn abruptly made to the training materials.

    All of these documents show that Ms. Koch gave great effort and attention to detail to her position at L.A. Weightloss Centers. They indicate clearly that Ms. Koch was a productive employee who followed procedures meticulously. Moreover, these documents should be in L.A. Weightloss Center's possession.

    If we can be of any assistance, please do not hesitate to call.

Sincerely,

Pamela J. White

PJW/tmb
Enclosures

CC: Ms. Kathy C. Koch

PJW:601588.1:1/22/99: 4:53 PM