IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | * |
| and | * |
| KATHY C. KOCH | * |
| Intervenor/Plaintiff | * |
| v. | * Civil No. S-02-CV-648 |
| | * |
| LA WEIGHT LOSS | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2003 a copy of Notice of Service of Plaintiff Kathy C. Koch's Motion to Compel Answers to Interrogatories and Production of Documents and Memorandum in Support of Motion, Intervenor/Plaintiff's Motion to Compel Production of Documents and Interrogatory Answers and Memorandum of Intervenor/Plaintiff in Support of Motion to Compel Production of Documents and Interrogatory Answers, which was electronically filed in this case on September 16, 2003, was mailed via first class mail, postage prepaid, to: Kenneth M. Golski, Equal Employment Opportunity Commission, 200 Granby Street, Suite 739, Norfolk, VA 23510, Gerald S. Kiel, U.S. Equal Employment Opportunity Commission, City Crescent Building, 10 S. Howard Street, Third Floor, Baltimore, MD 21201, Suzanne Lenahan Nyfeler, Equal Employment Opportunity Commission, 830 E. Main Street,

728726

Suite 600, Richmond, VA 23219 and Gwendolyn Young Reams, Equal Employment Opportunity Commission, City Crescent Building, 10 S. Howard Street, Third Floor, Baltimore, MD 21201.

*Pamela J. White*

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

728726