IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and KATHY C. KOCH, | ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) | |
| LA WEIGHT LOSS, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S REQUEST TO WITHDRRAW
MOTION FOR PROTECTIVE ORDER, WITH ORDER**

Defendant, L.A. Weight Loss, respectfully requests that the Court permit it to withdraw its Motion for Protective Order. The Motion has been mooted by the parties' agreement on a Confidentiality Stipulation and Order, which is being filed on even date with this Request.

Dated: October 3, 2003

                Respectfully submitted,

                /s/
                _____
                David L. Gollin, Esquire
                WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
                1650 Arch Street, 22nd Floor
                Philadelphia, PA  19103-2097
                (215) 977-2052

                Elizabeth Torphy-Donzella
                Shawe & Rosenthal, LLP
                20 S. Charles Street
                Baltimore, MD 21201
                (410) 752-1040

So Ordered this ____ day of October, 2003

                _____
                United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Request to Withdraw Motion for Protective Order, With Order was e-filed and thereby served upon the following:

>Ms. Pamela J. White
>Ober, Kaler, Grimes & Shriver
>120 E. Baltimore St., 5th Fl.
>Baltimore, MD  21202
>
>Tracy Hudson Spicer
>Supervisory Trial Attorney
>Equal Employment Opportunity Commission
>Baltimore District Office
>10 S. Howard Street, 3rd Floor
>Baltimore, MD  21201

/s/

Elizabeth Torphy-Donzella