**EXHIBIT A**

**CERTIFICATE OF CONFIDENTIALITY**

I, _____, declare under penalty of perjury under the laws of the United States, that:

1. My address is _____ _____.

2. My present employer is _____ _____.

3. My present occupation or job description is _____ _____.

**I HEREBY CERTIFY AND AGREE:** that I have read and understand the terms of the Stipulated Protective Order ("Stipulation") in the matter of the *Equal Employment Opportunity Commission and Kathy Koch v. LA Weight Loss*, United States District Court for the District of Maryland, Civil Action No. WDQ-02-CV-648; that I will not use or disclose to anyone any of the contents of any Confidential Information received under the protection of the Stipulation; and I agree to be bound by the terms and conditions of the Stipulation.

I understand that I am to retain all copies of any of the materials that I receive which have been designated as Confidential Information in a container, cabinet, drawer, room or other safe place in a manner consistent with this Stipulation, and that all copies are to remain in my custody until I have completed my assigned or legal duties, whereupon the copies are to be returned or destroyed as specified in the Stipulation. I acknowledge that such return or the subsequent destruction of such materials shall not relieve me from any of the continuing obligations imposed upon me by the Stipulation.

DSB:917267.3

- 2 -

     I hereby submit to the jurisdiction of the United States District Court for the District of Maryland for purposes of enforcement of the terms of the Stipulation and of this Certificate of Confidentiality.

_____    _____
(Date)                                                             (Signature)