IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : |
| | : |
| Plaintiff, | : |
| | : |
| and | : |
| | : CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : |
| | : |
| Applicant for Intervention, | : JURY DEMANDED |
| | : |
| v. | : |
| | : |
| LA WEIGHT LOSS | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE OF DEFENDANT'S OPPOSITION TO INTERVENOR/PLAINTIFF KATHY KOCH'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

TO:     Ronald L. Phillips, Esq.
        U.S. Equal Employment Opportunity Commission
        10 South Howard Street, 3rd Floor
        Baltimore, MD 21201

        Pamela White, Esq.
        Ober, Kaler, Grimes & Shriver, P.C.
        120 East Baltimore Street
        Baltimore, Maryland 21201

PLEASE TAKE NOTICE that on this 13th day of November, 2003, in accordance with Local Rule 104.8(a), Defendant LA Weight Loss has electronically served the parties its Opposition to Intervenor/Plaintiff Kathy Koch's Motion to Compel Answers to Interrogatories and Production of Documents.

SHAWE & ROSENTHAL, LLP


/S/
_____
Elizabeth Torphy-Donzella
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

and

WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
David E. Landau
David L. Gollin
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103
(215) 977-2000

Attorneys for Defendant,
LA Weight Loss Center


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Service was served this 13th day of November, 2003, electronically upon the following:

Ronald L. Phillips, Esq.
U.S. Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Pamela White, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, Maryland 21201

/S/
_____
Elizabeth Torphy-Donzella