IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : <br> : <br> : |
| Plaintiff, | : <br> : |
| and | : <br> : |
| KATHY KOCH | :    CASE NO.: WDQ 02-CV-648 <br> : |
| Intervenor/Plaintiff, | :    JURY DEMANDED <br> : |
| v. | : <br> : |
| LA WEIGHT LOSS | : <br> : |
| Defendant. | : <br> : |

**OPPOSITION TO INTERVENOR/PLAINTIFF
KATHY KOCH'S MOTION TO COMPEL ANSWERS
TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

            Respectfully submitted,

            SHAWE &ROSENTHAL, LLP
            Elizabeth Torphy-Donzella
            Federal Bar No. 10809
            20 S. Charles Street, 11th
            Baltimore, MD 21201
            (410) 752-1040

                AND

            WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
            David E. Landau
            David L. Gollin
            1650 Arch Street, 22nd Floor
            Philadelphia, PA 19103-2097
            (215) 977-2052/2335

            Attorneys for Defendant
            LA Weight Loss

Dated: November 13, 2003