# TABLE OF CONTENTS

**PAGE**

I. INTRODUCTION ...................................................................................................................1

II. FACTUAL BACKGROUND ................................................................................................3

    A. **LA Weight Loss Centers, Inc.** ..............................................................................3

    B. **Koch's Employment With LA Weight Loss** .......................................................3

        1. Koch is Hired by LA Weight Loss .................................................................3

        2. Koch's Poor Performance ...............................................................................4

        3. Koch's Demand Letter ....................................................................................5

    C. **Procedural History** ................................................................................................5

        1. The Initial Complaint .....................................................................................5

        2. Written Discovery Conducted by the EEOC .................................................6

        3. Intervention by Koch ......................................................................................6

        4. EEOC's Rule 30(b)(6) Deposition ..................................................................6

        5. LA Weight Loss's Initial Document Production ...........................................7

        6. Written Discovery Conducted by Koch .........................................................7

        7. Discovery Dispute Between LA Weight Loss and the EEOC .......................8

        8. Discovery Dispute between LA Weight Loss and Koch ...............................8

        9. The Instant Motion to Compel ......................................................................11

III. REQUESTS FOR PRODUCTION ....................................................................................13

IV. INTERROGATORIES .......................................................................................................34

V. THE MOTION TO COMPEL IS NOT SUBSTANTIALLY JUSTIFIED AND LA WEIGHT LOSS SHOULD BE AWARDED ITS ATTORNEY'S FEES AND COSTS ..................................................................................................................................42

VI. CONCLUSION ....................................................................................................................45