IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | : | |
| | : | |
| **Plaintiff,** | : | |
| and | : | |
| | : | **CASE NO.: WDQ 02-CV-648** |
| **KATHY KOCH** | : | |
| Intervenor/Plaintiff, | : | **JURY DEMANDED** |
| v. | : | |
| **LA WEIGHT LOSS** | : | |
| **Defendant.** | : | |

**APPENDIX TO INTERVENOR/PLAINTIFF
KATHY KOCH'S MOTION TO COMPEL ANSWERS
TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Respectfully submitted,

SHAWE &ROSENTHAL, LLP
Elizabeth Torphy-Donzella
Federal Bar No. 10809
20 S. Charles Street, 11th
Baltimore, MD 21201
(410) 752-1040

AND

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
David E. Landau
David L. Gollin
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2052/2335

Attorneys for Defendant
LA Weight Loss

# TABLE OF EXHIBITS

| | |
|---|---|
| Exhibit A | Deposition of Kristi O'Brien dated August 28, 2003 |
| Exhibit B | Deposition if Lynne Portlock dated September 25, 2003 |
| Exhibit C | Letter dated March 8, 1998 from Kathy Koch to Lynne Portlock |
| Exhibit D | Plaintiff's EEOC's First Request for Production of Documents to Defendant |
| Exhibit E | Plaintiff EEOC's First Set of Interrogatories |
| Exhibit F | Notice of 30(b)(6) Deposition |
| Exhibit G | 30(b)(6) Deposition of LA Weight Loss Centers through its designee Karen Siegel dated August 28, 2002 and September 19, 2002 |
| Exhibit H | Intervenor/Plaintiff's First Set of Interrogatories to Defendant LA Weight Loss |
| Exhibit I | Intervenor/Plaintiff's First Request for Production of Documents and Things |
| Exhibit J | Defendant's Responses to Intervenor/Plaintiff's First Request for Production of Documents and Things |
| Exhibit K | Defendants Answers to Intervenor/Plaintiff's First Set of Interrogatories |
| Exhibit L | Confidentiality Stipulation and Order |
| Exhibit M | Correspondence between EEOC and LA Weight Loss dated July 25, 2003 through October 28, 2003. |
| Exhibit N | Letter dated July 30, 2003 from Pamela White to David Gollin |
| Exhibit O | Letter dated August 5, 2003 from David Gollin to Pamela White |
| Exhibit P | Letter dated September 5, 2003 from Pamela White to David Landau with draft Motion to Compel attached. |
| Exhibit Q | Letter dated September 8, 2003 from David Gollin Pamela White. |
| Exhibit R | E-Mail dated September 9, 2003 from Pamela White to David Landau |
| Exhibit S | Letter dated September 9, 2003 from David Gollin to Pamela White in response to White's September 5, 2003 letter and attached draft Motion. |

| | |
|---|---|
| Exhibit T | Letter dated September 9, 2003 from David Gollin to Pamela White regarding White's September 9, 2003 e-mail requesting LA Weight Loss make certain documents available for inspection by Ms. Koch. |
| Exhibit U | E-mail dated September 10, 2003 from Pamela White to David Landau. |
| Exhibit V | Letter dated September 15, 2003 from Pamela White to David Gollin. |
| Exhibit W | Letter dated September 16, 2003 from David Gollin to Pamela White. |
| Exhibit X | E-mail dated September 24, 2003 from Pamela White to David Landau. |
| Exhibit Y | Defendant's Supplemental Answers to Intervenor/Plaintiff's First Set of Interrogatories. |
| Exhibit Z | Defendant's Supplemental Responses to Intervenor/Plaintiff's First Request for Production of Documents and Things |
| Exhibit AA | Securities and Exchange Commission v. Thrasher, 1996 WL 125661 (S.D.N.Y. 1996) |
| Exhibit BB | Davis v. Precoat Metals, 2002 U.S. Dist. LEXIS 13851 (N.D. Ill. 2002) |
| Exhibit CC | Letter dated October 21, 2003 from David Gollin to Ronald Phillips and Pamela White. |
| Exhibit DD | Confidential Interview of Lynne Portlock dated April 27, 2000. |
| Exhibit EE | Handwritten note dated March 12, 1998 from Lynne Portlock to Kathy Koch. |
| Exhibit FF | Hutchinson v. Pfeil, 1999 U.S. App. LEXIS 29523 (10th Cir. 1999) |
| Exhibit GG | Williams v. Cochran, 1999 U.S. App. LEXIS 4350 (6th Cir. 1999) |