IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>and )<br>)<br>KATHY C. KOCH, )<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>LA WEIGHT LOSS, )<br>Defendant. )<br>_____/ | Case No. WDQ-02-CV-643 |

## NOTICE OF LENGTHY FILING

Exhibits E, J, K, N, P, and Z, which are attached to Defendant's Opposition to Intervenor/Plaintiff Kathy Koch's Motion to Compel Answers to Interrogatories and Production of Documents exists only in paper format and because they are over 15 pages. The Exhibit will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date: November 13, 2003

                                          Respectfully submitted,

                                          SHAWE & ROSENTHAL, LLP

                                          _____/s/_____
                                        Elizabeth Torphy-Donzella
                                        Bar No. Bar No. 10809
                                        20 S. Charles Street
                                        Baltimore, MD 21201
                                        (410) 752-1040

                                   AND

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
David E. Landau
David L. Gollin
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103-2097
(215) 977-2052/2335

Attorneys for Defendant
LA Weight Loss

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Lengthy Filing was served this 13th day of November, 2003, by first class mail, postage prepaid upon the following:

Ronald L. Phillips, Esq.
U.S. Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Pamela White, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, Maryland 21201

/S/
_____
Elizabeth Torphy-Donzella