UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. S-02-CV-648 |
| v. | ) ) ) | |
| LA WEIGHT LOSS | ) ) ) ) | |
| Defendant. | ) ) | |

TO: David E. Landau
Wolf, Block, Schorr, and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103.

## NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Equal Employment Opportunity Commission ("EEOC") will take the deposition upon oral examination of Defendant LA Weight Loss, on the following matters:

1. LA Weight Loss' record retention policies and practices, from 1989 to the present, including: written policies on retention of employment documents, policies and practices regarding retention of job applications and related materials, dissemination and training on document retention policies, location and storage of job applications and related materials from all locations, policies and practices for

retention of training evaluation materials, policies and practices for retention of e-mails, policies and practices for retention of electronic personnel data, and policies and practices regarding retention and storage of personnel files.

2. LA Weight Loss' organizational structure from 1989 to the present, including: corporate structure, geographical regions, chain of authority, distribution of human resources responsibility, organizational responsibility for hiring, and organizational responsibility for training.

Pursuant to Rule 30(b)(6), LA Weight Loss is required to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and to set forth, for each person designated, the matters on which the person will testify.

The deposition will take place at the office of the United States Equal Employment Opportunity Commission at 10 South Howard Street, Baltimore, Maryland 21201, on May 30, 2002, commencing at 10:00 a.m., and continuing thereafter until completed.

Dated: May 20, 2002

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

GERALD S. KIEL
Regional Attorney
TRACY HUDSON SPICER
Supervisory Trial Attorney
PAMELA E. HOSTETLER
Trial Attorney
RICHARD J. MRIZEK
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore District Office
10 South Howard Street
Baltimore, Maryland 21201
(410)962-4260

## CERTIFICATE OF SERVICE

I hereby certify that true copies of Plaintiff EEOC's Notice of 30(b)(6) Deposition was placed in the U.S. Mail, first class and postage pre-paid, this 20th day of May 2002, addressed to the following counsel of record:

>Elizabeth Torphy-Donzella, Esq.
>Shawe & Rosenthal
>20 S. Charles Street
>Baltimore, MD 21201

>David E. Landau
>Wolf, Block, Schorr, and Solis-Cohen LLP
>1650 Arch Street, 22nd Floor
>Philadelphia, PA 19103

>*[signature]*
>Richard J. Mrizek, Esq.