```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
 2                 NORTHERN DIVISION
                       * * *
 3

   EQUAL EMPLOYMENT           : CIVIL ACTION
 4 OPPORTUNITY COMMISSION     :
            Plaintiff         :
 5       and                  :
   KATHY C. KOCH              :
 6 Intervenor/Plaintiff       :
                              :
 7       -vs-                 :
                              :
 8 LA WEIGHT LOSS             :
            Defendant         : NO. S-02-CV-648
 9
10                     * * *
11            30(b)(6) deposition of LA
12 WEIGHT LOSS CENTERS, through its
13 designee, KAREN P. SIEGEL, held in the
14 offices of EQUAL EMPLOYMENT OPPORTUNITY
15 COMMISSION, The Bourse Building, 111
16 South Independence Mall East, Suite 400,
17 Philadelphia, Pennsylvania  19106, on
18 Wednesday, August 28, 2002, beginning at
19 10:00 a.m., before Nancy D. Ronayne, a
20 Court Reporter and Notary Public in and
21 for the Commonwealth of Pennsylvania.
22          ESQUIRE DEPOSITION SERVICES
            1880 John F. Kennedy Boulevard
23                  15th Floor
         Philadelphia, Pennsylvania  19103
24               215-988-9191
```

Page 2

```
 1  APPEARANCES:
 2  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    BY: SUZANNE L. NYFELER, ESQUIRE
 3     830 East Main Street
       Suite 600
 4     Richmond, Virginia 23219
       (804) 771-2215
 5        AND
    KENNETH GOLSKI, ESQUIRE
 6     The Federal Building
       200 Granby Street
 7     Suite 739
       Norfolk, Virginia 23510
 8
       -- Representing the Plaintiff, Equal
 9     Employment Opportunity Commission
10
11  OBER KALER, PC
    BY: KELLY C. HOELZER, ESQUIRE
12     120 E. Baltimore Street
       Baltimore, Maryland 21202-1643
13     (410) 347-7353
14     -- Representing the
       Intervenor/Plaintiff
15
16
    WOLF, BLOCK, SCHORR and SOLIS-COHEN, LLP
17  BY: DAVID E. LANDAU, ESQUIRE
       DAVID L. GOLLIN, ESQUIRE
18     1650 Arch Street
       22nd Floor
19     Philadelphia, Pennsylvania 19103
       (215) 977-2052
20
       -- Representing the Defendant
21
22
23
24
```

Page 3

```
 1              I N D E X
 2
 3  WITNESS                        PAGE NO.
 4  KAREN P. SIEGEL
 5     Questioned by Ms. Nyfeler      5
 6
 7
 8          E X H I B I T S
 9
10  EXHIBIT NO.  DESCRIPTION       PAGE NO.
11  EEOC-1    Organizational Chart    137
12  EEOC-2    Call-in Form            155
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1         DEPOSITION SUPPORT INDEX
 2
 3  Direction to Witness Not to Answer
 4  Page  Line   Page  Line   Page  Line
 5             (NONE)
 6
 7
 8  Request for Production of Documents
 9  Page  Line   Page  Line   Page  Line
10   32    12    120    12    146   13
11  174    24    175     9
12
13
14  Stipulations
15  Page  Line   Page  Line   Page  Line
16    5   2-9
17
18
19
20  Question Marked
21  Page  Line   Page  Line   Page  Line
22             (NONE)
23
24
```

Page 5

```
 1              * * *
 2      (It is hereby stipulated and
 3   agreed by and among counsel for
 4   the respective parties that
 5   sealing, certification, and filing
 6   are waived; and that all
 7   objections, except as to the form
 8   of the question, are reserved
 9   until the time of trial.)
10              * * *
11      KAREN P. SIEGEL, after having
12   been first duly sworn, was
13   examined and testified as follows:
14              * * *
15      MR. LANDAU: We'd like to
16   read and sign.
17              * * *
18          EXAMINATION
19              * * *
20  BY MS. NYFELER:
21      Q.  Good morning, Ms. Siegel.
22  My name is Suzanne Nyfeler, I'm a trial
23  attorney for the Richmond area office for
24  the Equal Opportunity Commission.  I'm
```

```
 1                      VOLUME II
 2         IN THE UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF MARYLAND
 4                   NORTHERN DIVISION
 5                       * * *
 6  EQUAL EMPLOYMENT OPPORTUNITY  :  CIVIL ACTION
    COMMISSION,                   :
 7        Plaintiff               :
          and                     :
 8  KATHY C. KOCH,                :
          Intervenor/Plaintiff    :
 9        vs.                     :
    LA WEIGHT LOSS,               :
10        Defendant               :  NO. S-02-CV-648
                       * * *
11              SEPTEMBER 19, 2002
                       * * *
12           Continued Rule 30(b)(6) deposition of
13  LA WEIGHT LOSS CENTERS, through its designee, KAREN
14  P. SIEGEL, was held in the offices of the EQUAL
15  EMPLOYMENT OPPORTUNITY COMMISSION, The Bourse
16  Building, 111 South Independence Mall East, Suite
17  400, Philadelphia, Pennsylvania 19106, beginning at
18  10:05 a.m., before McKinley Wise, a Registered
19  Professional Reporter and an approved Reporter of
20  the United States District Court.
21                     * * *
22           ESQUIRE DEPOSITION SERVICES
             1880 John F. Kennedy Boulevard
23                   15th Floor
             Philadelphia, Pennsylvania 19103
24                  (215)  988-9191
```

Page 209

```
 1  APPEARANCES:
 2
 3    SUZANNE L. NYFELER, ESQUIRE
      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 4      830 East Main Street, Suite 600
        Richmond, Virginia 23219
 5      (804-771-2215)
              and
 6    KENNETH GOLSKI, ESQUIRE
        The Federal Building, Suite 739
 7      200 Granby Street
        Norfolk, Virginia 23510
 8
      -- Representing Plaintiff Equal Employment
 9      Opportunity Commission
10
      KELLY C. HOELZER, ESQUIRE
11    OBER KALER, PC
        120 East Baltimore Street
12      Baltimore, Maryland 21202-1643
        (410-347-7353)
13
      -- Representing Intervenor/Plaintiff
14
      DAVID E. LANDAU, ESQUIRE
15    WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP
        1650 Arch Street, 22nd Floor
16      Philadelphia, Pennsylvania 19103
        (215-977-2052)
17
      -- Representing Defendant and the witness
18
19  ALSO PRESENT:
20    KATHY C. KOCH
21              * * *
22
23
24
```

Page 210

```
 1              I N D E X
 2  Testimony of KAREN P. SIEGEL
 3  By Ms. Nyfeler              212
 4  By Mr. Golski               278
 5
 6              * * *
 7
 8           E X H I B I T S
 9  NO.    DESCRIPTION         PAGE
10
11  (None)
12
13              * * *
```

Page 211

```
 1         DEPOSITION SUPPORT INDEX
 2  Direction to Witness Not to Answer
 3  Page  Line   Page   Line
 4
 5  (None)
 6
 7
 8  Request for Production of Documents
 9  Page  Line   Page   Line
10
11  (None)
12
13
14  Questions Marked
15  Page  Line   Page   Line
16
17  (None)
18
19              * * *
```

Page 212

```
 1              * * *
 2       KAREN P. SIEGEL, resumed.
 3              * * *
 4            EXAMINATION
 5              * * *
 6  BY MS. NYFELER:
 7     Q.   Good morning, Ms. Siegel. This is
 8  Suzanne Nyfeler. I am, as I told you on August
 9  28, trial attorney with the Richmond area office
10  of the Equal Employment Opportunity Commission.
11  This is a continuation of your deposition from
12  August 28 in which you have agreed to be the
13  corporate designee for LA Weight Loss Centers for
14  the notice of deposition that was issued by the
15  Equal Employment Opportunity Commission.
16       Is that your understanding as well?
17     A.   Yes.
18       MS. NYFELER:  And I'll just note
19  for the record that we have here today Mr.
20  Ken Golski from the Equal Employment
21  Opportunity Commission Norfolk area office,
22  and I believe your counsel, Mr. Landau, is
23  here as well. And we also have --
24       MS. HOELZER:  Kelly Hoelzer, counsel
```

Page 213

1   for the plaintiff Kathy Koch, and Ms. Koch
2   is here as well.
3       I want to put on the record it is
4   not my intention to ask any questions.
5   BY MS. NYFELER:
6       Q.   It is also my understanding that the
7   oath that was provided to you back on August 28 is
8   still in effect today. Is that your understanding
9   as well?
10      A.   Yes.
11      Q.   And the same rules just generally
12  apply. If I ask you a question that you don't
13  understand, please ask me to clarify that
14  question. If you answer the question I've asked
15  I'm going to assume that you're answering the
16  question that I asked. Is that correct?
17      A.   Yes.
18      Q.   And are you presently taking any
19  medications or under any conditions that would
20  impair your ability to testify here today?
21      A.   No.
22      Q.   I want to start with the area of
23  location management and just bring you back to the
24  organizational structure, as I understand it, at

Page 214

1   LA Weight Loss with respect to management of the
2   locations and their hierarchy.
3       My understanding is that you have at
4   the location center managers; is that correct?
5       A.   Yes.
6       Q.   And that the center managers are
7   supervised by area managers; is that correct?
8       A.   Yes.
9       Q.   And the area managers are supervised
10  by regional managers?
11      A.   Yes.
12      Q.   And the regional managers are
13  supervised by divisional managers?
14      A.   At one point. The structure has
15  changed, but yes, there were divisional managers.
16  And, in fact, as we sit here today, a divisional
17  layer has been readded.
18      Q.   And the divisional managers are
19  supervised by general managers?
20      A.   Vice presidents.
21      Q.   So the divisional managers are
22  supervised by vice presidents?
23      A.   Yes.
24      Q.   The vice president of operations?

Page 215

1       A.   Yes.
2       Q.   So is there a title general manager
3   at all?
4       A.   At one time.
5       Q.   Now, because my understanding of the
6   organizational structure with respect to location
7   management has changed and the organization was
8   formed in 1997, I want to break down with you year
9   by year how the organizational structure has
10  changed starting with 1997. And when I ask these
11  questions, I'm really restricting you strictly to
12  the location management as you and I have just
13  discussed with respect to the center managers all
14  up the line to the vice president of operations.
15      A.   Okay.
16      Q.   Okay. Now, starting in 1997, can
17  you explain for me the organizational structure
18  for the location management?
19      A.   At that time we had center managers,
20  we had area managers, and from a title standpoint
21  regional might have been in '97, but late in '97.
22  And that was the extent of that layer, that
23  layering.
24      Q.   What do you mean when you say "from

Page 216

1   a title standpoint"?
2       A.   Well, I'm not sure whether the
3   regional manager was actually in place in '97 or
4   if it wasn't until the beginning of 1998.
5       Q.   And who was above the area managers
6   in 1997?
7       A.   The COO and the CEO would have been
8   above.
9       Q.   Can you tell me approximately how
10  many center managers you had in 1997?
11      A.   There would have been anywhere
12  from -- throughout the area, from 35 to, say, 50
13  maximum. As many centers as we had we would have
14  the center managers ideally.
15      Q.   And approximately how many area
16  managers did you have in 1997?
17      A.   So, again, anywhere from maybe five
18  to eight.
19      Q.   Was each area manager responsible
20  for overseing approximately five centers?
21      A.   Anywhere from, say, three to five.
22      Q.   And so then you didn't -- you either
23  did not have regional managers -- you might have
24  had one towards the end of 1997; correct? Then