# David L. Gollin

| | |
|---|---|
| **From:** | White, Pamela [pjwhite@ober.com] |
| **Sent:** | Wednesday, September 10, 2003 2:10 PM |
| **To:** | David Landau; David L. Gollin |
| **Cc:** | 'ron.phillips@eeoc.gov' |
| **Subject:** | RE: Documents |

Counsel: I received today both of your letters dated and faxed last evening, September 9. I will find the earliest opportunity to forward and review your correspondence with Ms. Koch, however, Ms. Koch' attention is now focused on her father-in-law who is gravely ill. The senior Mr. Koch took a turn for the worse yesterday such that I am unable to anticipate when Ms. Koch might be able to leave her responsibilities for his care at her home in New York in order to inspect LA Weight Loss documents in Philadelphia. I will not plan to review documents tomorrow unaccompanied by Ms. Koch. Perhaps you can advise me of the availability of the requested documents on any dates next week if Ms. Koch might be able to attend. Otherwise, I will respond to your letters as soon as practicable. Pamela J. White
410-347-7323
pjwhite@ober.com
O B E R | K A L E R
                Attorneys at Law

-----Original Message-----
From: White, Pamela
Sent: Tuesday, September 09, 2003 11:03 AM
To: 'David Landau'; 'dgollin@wolfblock.com'
Cc: 'ron.phillips@eeoc.gov'
Subject: RE: Documents


Counsel: Mr. Gollin's faxed letter of September 8 is received. Attached are convenience copies of my letters (July 18 and September 5) describing the originals of documents sought to be inspected this week with Ms. Koch. Thank you for your prompt attention. Pamela J. White
410-347-7323
pjwhite@ober.com
O B E R | K A L E R
                Attorneys at Law


> The information in this electronic transmission is confidential and
intended only for the addressee. Any use or disclosure by any other person is unlawful. This information is protected under attorney-client and attorney work product privileges. If you receive this electronic transmission in error, please notify us immediately by telephone (410-685-1120), and delete this message without making a copy.
>
>


-----Original Message-----
From: David Landau [mailto:dlandau@wolfblock.com]
Sent: Thursday, September 04, 2003 6:08 PM
To: pjwhite@ober.com
Subject: RE: Portlock Dep.


please send me a list of documents so I can locate the originals.

>>> "White, Pamela" <pjwhite@ober.com> 09/04/03 09:15AM >>>
Mr. Landau:

      Please provide me, immediately, a copy of the Magistrate's Order requiring your court appearance on the 15th.

      Second, please advise whether I may inspect original documents at your office with Ms. Koch on Tuesday Sept. 9, Wednesday, Sept. 10 or Thursday, Sept. 11.

1