# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Pamela J. White
pjwhite@ober.com
(410) 347-7323

**Offices In**
Maryland
Washington, D.C.
Virginia

September 15, 2003

**VIA FACSIMILE AND U.S. MAIL**

David L. Gollin, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103

    Re:    *EEOC v. LA Weight Loss*
            Civil Action No.: WDQ-02-CV-648

Dear Mr. Gollin:

    I have reviewed your letter of September 9 responding to mine of September 5 and Ms. Koch's Motion to Compel.

    Please proceed at your earliest convenience to provide me with the copies of documents that can now be provided to me, according to your letter.

    While Ms. Koch and I still expect to review original documents (see, e.g. Koch Requests 7, 8) at your office as soon as possible, Ms. Koch's difficult family (medical) circumstances make her schedule extremely uncertain. Accordingly, we must rely on photocopies to be provided as soon as practicable.

                               Very truly yours,

                                 Pamela J. White

PJW/cks
cc:    Ronald L. Phillips, Esquire

728616

**1903 OBER | KALER 2003**
*Forward thinking.*
For the century ahead.