# WolfBlock

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David L. Gollin
Direct Dial: (215) 977-2335
Direct Fax: (215) 405-3935
E-mail:     dgollin@wolfblock.com

September 16, 2003

Pamela J. White, Esquire
Ober Kaler, P.C.
120 East Baltimore Street
Baltimore, MD 21202-1643

        Re:    EEOC and Koch v. LA Weight Loss

Dear Pam:

        In light of Ms. Koch's inability to review these documents at our office and your request for production of copies, please find enclosed copies of the documents you returned to David Landau that were retained by Kathy Koch after the termination of her employment with LA Weight Loss. As you will see, these documents are bates labeled LA001 through LA412. These were the bates numbers assigned to these documents when they were produced to the EEOC during the administrative investigation into Ms. Koch's charge. In an effort to provide you with these documents as soon as possible, we have produced these documents before we had an opportunity to bates label them for production in this matter. In the near future we will provide you with a supplemental set of these documents which will include bates numbers that correspond to the productions in this matter. At that time, we would appreciate you replacing the present production with the properly bates labeled documents.

        If you have any questions, please call me.

                                        Sincerely,

                                        David L. Gollin
                        For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:     Ronald Phillips, Esquire (w/ encl.)
        David Landau, Esquire (w/o encl.)

DSB:933012.1

Cherry Hill, NJ ■ Harrisburg, PA ■ Newark, NJ ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Wilmington, DE
Wolf, Block, Schorr and Solis-Cohen LLP
A Pennsylvania Limited Liability Partnership

Pamela J. White, Esquire
September 16, 2003
Page 2


bc:     Elizabeth Torphy-Donzella, Esquire  (w/o encl.)

DSB:933012.1

Pamela J. White, Esquire
September 16, 2003
Page 3


bcc:    Karen Siegel

DSB:933012.1