# David L. Gollin

| | |
|---|---|
| From: | White, Pamela [pjwhite@ober.com] |
| Sent: | Wednesday, September 24, 2003 4:33 PM |
| To: | David Landau; David L. Gollin |
| Cc: | 'ron.phillips@eeoc.gov' |
| Subject: | RE: Documents and Koch Motion to Compel |

Counsel:
  David Gollin's voice message this afternoon is appreciated. Unfortunately, I have yet to review the recently produced documents with Ms. Koch, and am unable to discuss open discovery questions with you until I do so. Thank you for your patience. Pamela J. White
410-347-7323
pjwhite@ober.com
O B E R | K A L E R
        Attorneys at Law


> The information in this electronic transmission is confidential and
intended only for the addressee.  Any use or disclosure by any other person is unlawful.  This information is protected under attorney-client and attorney work product privileges.  If you receive this electronic transmission in error, please notify us immediately by telephone (410-685-1120), and delete this message without making a copy.
>
>


-----Original Message-----
From: White, Pamela
Sent: Tuesday, September 09, 2003 11:03 AM
To: 'David Landau'; 'dgollin@wolfblock.com'
Cc: 'ron.phillips@eeoc.gov'
Subject: RE: Documents


Counsel: Mr. Gollin's faxed letter of September 8 is received. Attached are convenience copies of my letters (July 18 and September 5) describing the originals of documents sought to be inspected this week with Ms. Koch. Thank you for your prompt attention. Pamela J. White
410-347-7323
pjwhite@ober.com
O B E R | K A L E R
        Attorneys at Law


> The information in this electronic transmission is confidential and
intended only for the addressee.  Any use or disclosure by any other person is unlawful.  This information is protected under attorney-client and attorney work product privileges.  If you receive this electronic transmission in error, please notify us immediately by telephone (410-685-1120), and delete this message without making a copy.
>
>


-----Original Message-----
From: David Landau [mailto:dlandau@wolfblock.com]
Sent: Thursday, September 04, 2003 6:08 PM
To: pjwhite@ober.com
Subject: RE: Portlock Dep.

1

please send me a list of documents so I can locate the originals.

>>> "White, Pamela" <pjwhite@ober.com> 09/04/03 09:15AM >>>
Mr. Landau:

   Please provide me, immediately, a copy of the Magistrate's Order requiring your court appearance on the 15th.

   Second, please advise whether I may inspect original documents at your office with Ms. Koch on Tuesday Sept. 9, Wednesday, Sept. 10 or Thursday, Sept. 11.

Pamela J. White
410-347-7323
410-547-0699
pjwhite@ober.com


O B E R | K A L E R
Attorneys at Law
www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

Pamela J. White
410-347-7323
410-547-0699
pjwhite@ober.com


OBER | KALER
Attorneys at Law
www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

2