

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

October 21, 2003

VIA FIRST CLASS MAIL
Ronald L. Phillips
Trial Attorney
EEOC - Baltimore Dsitrict Office
City Crescent Building, 3d Floor
10 South Howard Street
Baltimore, MD 21201


Pamela J. White, Esquire
Ober Kaler, P.C.
120 East Baltimore Street
Baltimore, MD 21202-1643

> Re: EEOC & Koch v. LA Weight Loss
> Civil Action No.: WDQ-02-CV-648

Dear Ron and Pam:

Please find enclosed LA Weight Loss's supplemental document production in this matter. This supplemental production is comprised of the following documents:

- LA-0106545 - LA-0106573 -- Lynne Portlock's Personnel File (*Confidential*);

- LA-0106575 - LA-0106662 -- Training Materials utilized by LA Weight Loss in 1998 (*Confidential*);

- LA-0107268 - LA-0107353 -- LA Weight Loss Employee Handbook from September 1998 with October 1999 supplements;

- LA-0107354 - LA-01077368 -- Training Materials utilized by LA Weight Loss in 1998 (*Confidential*);

DSB:938056.1

Ronald L. Phillips, Esquire
Pamela J. White, Esquire
October 21, 2003
Page 2

- LA-0107369 - LA-0107747 -- LA Weight Loss Corporate Training Manual in use during Kathy Koch's Employment with LA Weight Loss (*Confidential*).

In addition, with respect to the documents sought from the litigation files pertaining to Todd McCann, Nina Catagnus, Warren Walker and Sandra Brown-Talavera, I have included a privilege log of all documents withheld from production on the basis of confidentiality and privilege. As you are aware, a number of documents have already been produced from these files. All additional relevant, non-privileged, non-confidential documents are currently being prepared for production and will be produced in the very near future.

Finally, as we discussed, LA Weight Loss is prepared to produce 48 CD-Roms containing LA Weight Loss's confidential payroll information from ADP for 2001 and 2002. These CD-Roms will be produced at the EEOC's expense. The cost for copying each CD-Rom is $10.00 per CD for a total of $480.00. Once payment has been received, the 48 CD-Roms will be produced to the EEOC. The CD-Roms also were offered to Ms. Koch, however, Ms. Koch declined production of the CD-Roms stating that she would rely on the Commission's copies.

If you have any questions, or if you would like to discuss this matter, please call me.

Sincerely,

David L. Gollin

cc:   David Landau, Esquire (w/o encl.)

DSB:938056.1