3/12/98

Kathy Koch
Has Returned
Training material and
four keys —
to me today

Lynette

KK 0916