IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| KATHY C. KOCH, | ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) ) | |
| v. | ) ) | |
| LA WEIGHT LOSS, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF EEOC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) and (c), and for the reasons set forth in the attached Memorandum in Support of Plaintiff EEOC's Motion for Leave to File Amended Complaint, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully requests leave to file the attached Amended Complaint and Jury Trial Demand. Plaintiff EEOC has provided a copy of the instant Motion and all attachments to counsel for Defendant LA Weight Loss and Plaintiff-Intervenor Kathy C. Koch and requested consent to the filing of the Amended Complaint and Jury Trial Demand. Both Counsel for Defendant LA Weight Loss and Counsel for Plaintiff-Intervenor Kathy C. Koch have stated that their clients will not oppose the motion or filing of the Amended Complaint and Jury Trial Demand.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

ERIC S. DREIBAND
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

GERALD S. KIEL (Bar No. 07770)
Regional Attorney

_____/s/_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the Plaintiff EEOC's Motion for Leave to File Amended Complaint and attached Memorandum in Support of Plaintiff EEOC's Motion for Leave to File Amended Complaint, Amended Complaint and Jury Trial Demand, and Amended Complaint and Jury Trial Demand (Local Rule 103(6)(c) copy) were filed and served electronically on this day, the 10th day of December 2003.  The undersigned further certifies that a copy of each of the aforementioned documents was served, via regular mail, upon David L. Gollin, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch St., 22nd Floor, Philadelphia, PA 19103, and upon Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 E. Baltimore St., Baltimore, MD 21202, on this day, the 10th day of December 2003.

                                                                        /s/
                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, Maryland 21201
                                        Telephone number: (410) 962-4628
                                        Facsimile number: (410) 962-4270/2817