IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) ) Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

### PLAINTIFF EEOC'S MOTION TO BIFURCATE TRIAL AND DISCOVERY

Pursuant to Fed. R. Civ. P. 42(b) and for the reasons set forth in the attached Memorandum in Support of Plaintiff EEOC's Motion to Bifurcate Trial and Discovery, Plaintiff U.S. Equal Employment Opportunity Commission respectfully moves for bifurcation of the trial and discovery in this action and for entry of the attached proposed Order Regarding Bifurcation and Scheduling.

    Respectfully submitted,

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

    ERIC S. DREIBAND
    General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

GERALD S. KIEL (Bar No. 07770)
Regional Attorney

      /s/
_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

      /s/
_____
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the Plaintiff EEOC's Motion to Bifurcate Trial and Discovery, attached Memorandum in Support of Plaintiff EEOC's Motion to Bifurcate Trial and Discovery, and attached proposed Order Regarding Bifurcation and Scheduling were filed and served electronically on this day, the 10th day of December 2003. The undersigned further certifies that a copy of each of the aforementioned documents shall be served, via regular mail, upon David L. Gollin, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch St., 22nd Floor, Philadelphia, PA 19103, and upon Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 E. Baltimore St., Baltimore, MD 21202, on the 11th day of December 2003.

    /s/
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817