IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| | : | |
| Plaintiff, | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| LA WEIGHT LOSS | : | |
| Defendant. | : | |

**LA WEIGHT LOSS'S UNOPPOSED MOTION TO
EXTEND DEADLINE FOR RESPONDING TO PLAINTIFF
EEOC'S MOTION TO BIFURCATE TRIAL AND DISCOVERY**

Defendant, LA Weight Loss, by counsel, pursuant to Federal Rule of Civil Procedure 16(b) and L.R. 105.9 of the Local Rules of the United States District Court for the District of Maryland, respectfully requests that the deadline for filing its reply to Plaintiff EEOC's Motion to Bifurcate Trial and Discovery be extended from December 29, 2003, to and including January 20, 2004. Plaintiff EEOC has stated that it does not oppose this motion.

This extension is needed because of the upcoming holiday season and the complex legal and factual issues raised by Plaintiff's motion. Due to the substantial work that must be performed in preparing Defendant's reply, and the limited time available in light of the upcoming holidays, additional time is needed to complete the reply brief.

DSB:946192.1/LAW024-158357

Accordingly, LA Weight Loss respectfully requests that its Motion be granted.

>                    Respectfully submitted,
>
>                    /s/
>
>                    _____
>
>                    SHAWE &ROSENTHAL, LLP
>
>                    Elizabeth Torphy-Donzella
>                    Federal Bar No. 10809
>                    20 S. Charles Street, 11th
>                    Baltimore, MD 21201
>                    (410) 752-1040
>
>                              AND
>
>                    WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
>                    David E. Landau
>                    David L. Gollin
>                    1650 Arch Street, 22nd Floor
>                    Philadelphia, PA 19103-2097
>                    (215) 977-2052/2335
>
>                    Attorneys for Defendant

So Ordered this ____ day of _____, 2003

_____
J. William D. Quarles, Jr.
United States District Judge


Enter.
Copies to Counsel of Record

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing LA WEIGHT LOSS'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONDING TO PLAINTIFF EEOC'S MOTION TO BIFURCATE TRIAL AND DISCOVERY was electronically filed and thereby served this 17th day of December, 2003 upon:

>Ronald L. Phillips, Esquire
>U.S. Equal Employment Opportunity Commission
>Baltimore District Office
>10 South Howard Street, 3rd Floor
>Baltimore, MD 21201
>
>Attorneys for Koch
>
>and
>
>Pamela White, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21201
>
>Attorney for Intervenor/Plaintiff

/ s /
_____