IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| Plaintiff | * |
| and | * |
| KATHY C. KOCH | * |
| Intervenor/Plaintiff | * |
| v. | Civil No. S-02-CV-648 |
| | * |
| LA WEIGHT LOSS | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE OF INTERVENOR/PLAINTIFF
KATHY KOCH IN SUPPORT OF PLAINTIFF
<u>EEOC'S MOTION TO BIFURCATE TRIAL AND DISCOVERY</u>**

Intervenor/Plaintiff, Kathy C. Koch, by her attorneys Pamela J. White and Ober, Kaler, Grimes & Shriver, hereby files this response in support of Plaintiff EEOC's Motion to Bifurcate Trial and Discovery. Intervenor/Plaintiff Kathy C. Koch fully supports the EEOC's request for bifurcation of the trial and discovery in this action, for the reasons stated by the Motion, and favors entry of the proposed Order Regarding Bifurcation and Scheduling.

Respectfully submitted,

*Pamela J. White*
_____

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com