IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| and ) ) | |
| KATHY C. KOCH, ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, ) ) | |
| v. ) ) | |
| LA WEIGHT LOSS, ) ) | |
| Defendant. ) ) | |

### ORDER REGARDING JOINT MOTION TO EXTEND DISCOVERY

This day came on to be considered the parties' Joint Motion to Extend Discovery in the above-styled and numbered action. The Court finds that the Motion should be, and it is hereby, GRANTED. It is ORDERED that non-expert discovery in this action shall continue while Plaintiff EEOC's Motion to Bifurcate Trial and Discovery is pending before the Court. It is further ORDERED that all other deadlines set forth in the Court's Scheduling Order, as modified by its order signed on February 26, 2003, be extended indefinitely until such time that the Court enters a new scheduling order.

Signed and entered this ____ day of _____, 2003.

_____
HONORABLE WILLIAM D. QUARLES, JR.
United States District Judge