IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | |
| | * |
| and | |
| | * |
| KATHY C. KOCH | |
| | * |
| Intervenor/Plaintiff | |
| | * |
| v. | Civil No. S-02-CV-648 |
| | * |
| LA WEIGHT LOSS | |
| | * |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE OF PLAINTIFF KATHY C. KOCH'S
REPLY MEMORANDUM IN SUPPORT OF MOTION
TO COMPEL PRODUCTION
OF DOCUMENTS AND INTERROGATORY ANSWERS**

TO:   Tracy Hudson Spicer, Esquire        Elizabeth Torphy-Donzella, Esquire
      Ronald Phillips, Esquire            SHAWE & ROSENTHAL, LLP
      EQUAL EMPLOYMENT                    20 S. Charles Street, 11th Floor
      OPPORTUNITY COMMISSION              Baltimore Maryland 21201
      Baltimore District Office
      10 South Howard Street              David E. Landau, Esquire
      Baltimore, Maryland  21201          David L. Gollin, Esquire
                                          WOLF, BLOCK, SCHORR AND SOLIS-
                                          COHEN, LLP
                                          1650 Arch Street, 22nd Floor
                                          Philadelphia, Pennsylvania 19103

73577

PLEASE TAKE NOTICE that on this 13th day of January, 2004, in accordance with Local Rule 104, Plaintiff Kathy C. Koch has served upon the parties, by the Court's electronic filing system, Plaintiff Kathy C. Koch's Reply Memorandum in Support of Motion to Compel Production of Documents and Interrogatory Answers. In accordance with the Court's electronic filing procedures, the Reply Memorandum in Support of Motion to Compel is attached.

Respectfully submitted,

*Pamela J. White*

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

73577