IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT LA WEIGHT LOSS' MOTION FOR A PRE-TRIAL CONFERENCE**

Defendant LA Weight Loss moves that the Court schedule a pre-trial conference related to the issues raised in Plaintiff EEOC's Motion to Bifurcate Trial and Discovery and Defendant LA Weight Loss' response thereto. In support of its motion, Defendant relies on the Memorandum of LA Weight Loss in Response to Plaintiff EEOC's Motion to Bifurcate Trial and Discovery and in Support of Motion for Pre-Trial Conference.

| | |
|---|---|
|     /s/ |     /s/ |
| Elizabeth Torphy-Donzella | David Landau |
| SHAWE & ROSENTHAL, LLP | Larry Spector |
| 20 S. Charles St. | David Gollin |
| Baltimore, MD 21201 | Jennifer Blum Feldman |
| 410-742-1040 | WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP |
| | 1650 Arch Street, 22nd Floor |
| | Philadelphia, PA 19103-2097 |
| | 215-977-2049 |
| | |
| | **Attorneys for Defendant LA Weight Loss** |

Dated: January 20, 2004

DSB:950126.1/LAW024-158357