*[handwritten: Mid.   Do Not Hire →]*

7511 Cimarron Court
Chesterfield, Va 23225
804-323-1338

# George F. Adkins Jr.

---

**Experience**     1996–1998         Goldstein & Goldberg     Mechanicsviille, VA
**Manager**
**Responsibilities**
  Getting a copy of the daily truck schedule for my supervisors
  Check the log sheet to make sure all of my freight handlers have
    signed in
  Checking the dock to make sure it is clean
  Making sure all trucks are unloaded in a timely manner
  Calling in damage reports to all contracted carriers
  Making sure payroll is in by Saturday evening
  Making sure my supervisors are keeping an accurate record on their
    log sheets
  Keeping an accurate account of the employee point system
  Making sure that my supervisors have an accurate account of how
    each employee is doing on their trucks
  Making sure each contracted trailer has an invoice turned in with the
    daily log sheet
  Making sure my freight handlers as well as my supervisors are
    following their employee hand books
  Informing my superiors of when it is time to advertise for new
    employment
  Hiring and firing of all freight handlers and supervisors
  Giving yearly evaluations to all employees
  Finding new trucking carriers to give contracts to
  Enforcing the proper dress code for all employees
  Making sure that all employees have parked in the proper parking
    deck
  Making sure my supervisors have accounted for each payroll check
  Making sure my supervisors are treating the customers with respect
    and timely service
  Implementing training for all employees

         1994-1996         Community Press       Washington, DC
**Manager**
**Responsibilities**

EEOC 7508

Opening and closing the print shop daily
Call and visit clients daily to make sure our service was satisfactory
Give tours to all new and potential clients
Check time sheets to make sure they coordinated with the payroll
Coordinate daily meeting with my graphic designer, pressman, and production manager to make sure all jobs were scheduled to be finished on time
Assisting on giving out quotes on printing jobs
Assigning daily work schedule for each department
Creating quarterly market plans
Giving yearly evaluations to employees
Making sure that the stock for the week was never under or over Ordered
Going to printing seminars to make sure all of our equipment was never outdated
Implementing training for employees
Hiring and firing of employees
Enforcing good customer service relations
Making bank deposits on the daily basis
Making sure that deposits correspond with printing jobs being done
Finding new business for the company

1993-1994        First Virginia Bank        Richmond, VA
**Bank Teller**
**Responsibilities**
  Balancing out cash drawers at the beginning and end of each work day
  Providing customers with the knowledge of our services
  Providing customers with credits and debits to their accounts
  Help secure the bank at the end of each work day
  Balancing out the ATM each day
  Keeping up to date knowledge of all new bank procedures

**Education**    1991-1993        Norfolk State University        Norfolk, VA
- 60 hours completed in biology.
- Member of the Science club
- Member of the Computer club
- Member of Better Business Leaders of Tomorrow
1993-1994        Virginia Commonwealth University
  30 hours completed in finance
  42 hours needed for graduation

EEOC 7509

| | |
|---|---|
| **Interests** | Spending time with my wife and children |
| | Reading books |
| | Playing basketball, tennis, and softball |
| | Playing on the Internet |

**REFERENCES
UPON REQUEST**

EEOC 7510

# FRANK CICERO

136 Sherman Ave. Teaneck, NJ 07666
Home: (201) 836-0395 Mobile: (201) 315-1111

SUMMARY OF EXPERIENCE: Fourteen years in the wireless industry in the areas of customer service, technical support and consumer sales. Extensive experience establishing and maintaining dealer account relations.

Accomplishments: Presidents Club-Circle of Excellence 1995, 1998 & 2000

EMPLOYMENT HISTORY

**AT&T WIRELESS**, Paramus, New Jersey (1987 to Present)

*Account Executive* (1990 - Present)
Acted as primary contact between AT&T Wireless and assigned Dealer/Retail accounts.
Duties were centered on account management and achieving quotas for gross and net sales, wireless revenues and reducing churn.
Developed new sources of indirect distribution.
Provided 100% employee satisfaction through the development and mentorship of new and existing Junior Account Executives.
Prepare and present training materials, product enchancements and update information for all sales associates.
Develop and maintain monthly forecast plan and meeting schedule.
Other duties, as needed

*Senior Dealer Service Representative* (1987-1990)
Provided expertise in all core care competencies: billing solutions, education/training on AWS products and services, technical support and troubleshooting.
Processed new activation's for agent base.
Distributed telephone number inventory to agents and resellers.

**National Community Bank**, Maywood, New Jersey (1984-1987)

*Corporate Bank Clerk*:
Opened and billed and maintained safe deposit accounts.
Processed federal fund transfers.
Prepared monthly sales report.
Fulfilled all checkbook requests.

EDUCATION: KEAN COLLEGE, BA, Sociology, 1984

# VICTOR H. MAYER
5 Devon Drive
West Orange, NJ 07052

Tel: (973) 731-5194                                                              Fax: (973) 731-5194

## OBJECTIVE

To obtain a challenging position in an organization where I can effectively contribute my Management, Sales and Customer Service experience.

## SUMMARY OF QUALIFICATIONS

- Strong leadership, customer relations and communication skills.
- Team player with strong ability to work in high pressure situations.
- Excellent planning and prioritizing skills.
- Hard working, dedicated and committed to delivering high quality service.
- Self-starter and quick to learn new products and concepts.
- Willing to go the extra mile to achieve goals, quotas and objectives.
- Computer literate. Proficient with Windows 95 and DOS.

## EXPERIENCE

**Paralegal/Legal Assistant (1990-2000)**
MAYER & MAYER – COUNSELLORS AT LAW, Newark, NJ
- Interviewed clients for auto accident claims in preparation of insurance claims and litigations.
- Retrieved hospital records, police reports and insurance claims.
- Prepared summary reports, and handled collections.

**Clothing Salesman (1986-1989)**
JACK SCHWARTZ WHOLESALER'S OUTLET, Short Hills, NJ
- Sold clothing and accessories in busy men's apparel shop.
- Evaluated clients needs and assisted clients in making selections, while delivering high quality customer service.
- Handled merchandise and sales in men's department.
- Planned and organized inventory for maximum appeal.

**Owner/Operator (1983-1986)**
NUTS PLUS, Concord, CA
- Owned and managed a successful snack distribution business.
- Fully in charge of all aspects of operations including planning and implementing sales goals, marketing, delivery, packaging and servicing new and existing accounts.
- Developed client base by cold calling, prepared and delivered sales presentations and proposals.
- Followed up on orders, handled invoicing and inventory.

## EDUCATION

B.A. Psychology, Monmouth University, Long Branch, NJ
Paralegal Certificate, National Academy for Paralegal Studies, Seton Hall University, South Orange, NJ  GPA 4.0

# MARK SERNITSKY
519 South Park Drive
Perth Amboy, New Jersey 08861

Phone / fax (732)826-5676         marksernitsky@aol.com

## Summary
RESULTS-ORIENTED BUSINESS PROFESSIONAL WITH EXPERIENCE IN SALES AND MANAGEMENT. Ability to perform comfortably in a fast paced, deadline oriented work environment while successfully executing many complex tasks simultaneously as a team member as well as independently. Possess excellent organizational, interpersonal, written and verbal communication skills.

CONSECO SECURITIES (DIVISION OF CONSECO LIFE INSURANCE) MORRIS PLAINS, N.J.
## SECURITY TRADER    Series 7 and 63.       2000-2001
Stocks, options, T-bills, muni's, corporates, UIT's and mutual funds
 * Developed tracking system for all good till canceled orders for all corporate representatives across the United States to moniter, comply and update clients accounts according to Sec and Nasdaq regulations.
 * Won customer service award for saving the company a $10,000.00 loss.
 * Processed daily transactions around $500,000.00 a day.

LOWE'S HOME CENTER              1999-2000         Piscataway, N.J.
## GENERAL CONTRACTOR
Start-up from ground floor. Train staff, hire contractors, set standards for pricing, contract negotiation and installation of home improvements at customer home
 * involved in plumbing, electrical and carpentry
 * brought department, the first store in New Jersey, to one million dollars in the first year.
 * 30% over-budget profitability
 * responsible for profit and loss
 * developed company guidelines
 * supervised quality control and customer follow up.

BUCKMAN, BUCKMAN AND REED          1996-1999     Red Bank, N.J
## STOCK BROKER    Sell Stocks, Bonds and Mutual Funds
H.J. MEYERS                          1991-1996     Red Bank, N.J.
## STOCK BROKER    Sell Stocks, Bonds and Mutual Funds

BIRNAM WOODS LANDSCAPE DESIGNS      1990-1999     Perth Amboy, N.J.
## SALES MANAGER, OWNER
$500,000.00 a year, design and installation company
 * Built a business from the ground floor.
 * Trained and motivated a staff of twenty
 * Responsible for financing, negotiating, site coordination and quality control.
 * Member of New Jersey Landscaper Association

## EDUCATION
   MASTER'S DEGREE       Pepperdine university     Los Angeles, CA

   BACHELOR'S DEGREE     Kansas Wesleyan Univ      Salina, Kansas

Adam Fondrk
970 Edgewood Road
Beaver Falls, PA 15010

Phone # 724-843-7634 (home)
       412-671-7897 (cell)

Work Experience

   Owner- TCBY Yogurt
   09/01/96 to 12/30/00
   Responsibilities:  Inventory control, human resources, payroll, scheduling,
                      cost control, P&L's, and all the duties required to run
                      your own business.

General Manager

   Freshens Yogurt
   Pittsburgh International Airport
   Pittsburgh, PA
   09/01/92 to 06/01/96
   Area Supervisor: John Torrey
   Responsibilities:  Inventory control, ordering, scheduling, customer service,
                      human resources, P&L's, cash handling, and payroll.


Previous Experience: Managed a fast food restaurant (Burger King), full service
                     restaurants (Stone Crab Inn, Charlie's Courtside, and
                     Bobby Rubino's), and was in the steel industry for ten
                     years in supervision and management.

Education:

B.S. Biology
University of Wisconsin
Superior, Wisconsin

High School Diploma- Academic Courses
Leechburg High School
Leechburg, PA

## References

Marsha Barnett                   313-838-9197
Area Supervisor
TCBY Yogurt

Tony Trisula                     412-331-9446
Manager
Mckees Rock, PA

Lori Roadway                     570-283-5336
Area Supervisor
TCBY Yogurt

Alan H. Barnes
7 Warren Place
Waldwick, NJ 07463
Home 201-670-7430 Office 201-525-0488
Cell 201-925-1100 Fax 201-670-9127
E-mail: ACBARNES10@Hotmail.com

**Experience**
Sept 2001-present
**Tri-State Water** Hackensack, NJ Residential water treatment systems, **Sales manager**
- Test water using Department of Interior standards. Demonstrate to clients difference in treated water vs. tap water.
- Sell Water treatment systems in the home and commercial environment
- Currently the Number one salesman in the New Jersey Office.
- Recruit, hire, train and supervise sales staff
- Conduct daily sales meetings with heavy emphasis on sales training and closing techniques

Nov 2000 to Sept 2001
**BrainstormUSA Inc**. Queens, NY Educational software distributor, **District Sales Manager**
- Initiate, plan, and supervise new areas as our company distributes franchises
- Plan, coordinate, video taped, the entire sales presentation for training purposes
- Hire, train and supervised coach new sales people. Supervised five sales people
- Solicit schools by phone, visit schools and discuss educational programs to principals, visit classrooms and promote programs, generate leads, go on self generated appointments
- Sell programs in the home, average sale $2,000, closing ratio is forty two percent.

March 94 to November 2000
**Vulcan Basement Waterproofing of New Jersey Inc.** Newark, NJ **Chief Inspector/Salesman**
- Inspect, plan and sell water proofing in the home/commercial application based on qualified leads and self-generated referrals
- Train all new salesmen in the field as well as the nighttime telephone crew
- Planned and executed my sales presentation at the 1998 National Sales meeting for the national sales force.
- 1 in 3 closing ratio with average sale $3,800 (1/3rd higher then the next highest producer.)
- Extremely thorough follow up resulting in an average of three extra sales per month.
- Established strong networking utilizing Home Inspectors, Realtors and structural engineers
- Participate and on occasion run the weekly sales meeting
- Rewrote the presentation book which so dramatically increased my closing ratio that the sales manager reproduced it for every salesman in the company (56 salesmen)
- Awarded the Number one monthly salesman seven times for 1999 and six times for 2000
- Contribute articles to the West Bergen News, a Realtors Board Association newspaper, entitled "Doctor Basement". Articles appear in a question and answer format regarding basement related problems and directing business to Vulcan
- Send personal letters to every customer which includes copy's of work orders, installation dates, instructions and a reminder coupon to generate future business

April 1999 to Sept 1999
**Glowmaster Corporation.** Garfield, NJ Wholesale commercial kitchen supplies **National Sales Manager** (Did this during a drought and returned after millennium scare was over)
- Sales manager in charge of Y2K program (survival kits consisting of stoves, heaters and lights).
- Initiate Sales through National conventions, WebPages and industry magazines, 50% travel
- Coordinate national television commercials with Pax TV, The Military Channel, and American Media Group as

well as radio and industry yellow pages
•Responsible for 217 accounts.

June 1993 to March 1994
**Mid-Atlantic Water Proofing Corp., Inc.** Dover NJ **Senior Inspector/Sales**
•Estimate, plan and sell water proofing in the home/commercial application
•Inspect homes to determine if evidence of foundation/basement water or structural problems exists
•Recommend different methods of repair emphasizing Mid-Atlantic's methods
•Closing ratio 1 in 3 with average $1000.00 over par plus extra's

1992 to June 1993
**Craftmatic Adjustable Bed Corporation** Trevose, Pennsylvania **Field Salesman**
•In home sales of adjustable beds
•Closing ratio of one in two point five with average price per bed of $4,200
•Received award for highest volume of sales among forty-five salesmen for December 1992. Was on Top ten honorable mention newsletter five times
•Trained new sales force in central office and in field

1990 to 1992
**C-B-S Business Equipment Corporation** Hackensack, NJ Retail business equipment dealer **Corporate Sales Manager and Installation Coordinator**
•Corporate sales and installation coordinator
•Reported directly to the president
•Sales of office equipment to Fortune 500 companies
•Designed and implemented AutoCAD drawings for in-house design service
•Supervised and administered office/showroom, technical support and warehouse
•Installed and programmed computerized cash registers and IBM compatible computers
•Resolved customer hardware and software problems

1984-1990
**Alan Barnes Inc.** International Design Center L.I.C. N.Y. Office furniture wholesaler
**President and Sales Manager** (Family business, Father sold it when he retired)
•President and Sales Manager supervising five thousand foot showroom, forty thousand square foot warehouse (with eight million dollar inventory) and three salesmen
•Placed second in Rosemont's Panel System's quarterly National Sales contest ($940,000 in 1989)
•Developed new markets and established new accounts
•Implemented strategic sales and marketing plans for new and existing product lines
•Influenced new product development with the factory
•Trained field and inside sales force

**Education**
Fairleigh Dickenson University, Teaneck, New Jersey
Received BS in Business Management 1980
Completed 12 credits toward Masters degree
Xerox Learning Systems-Professional Selling Skills I and II
Proficient in WordPerfect, Excel, Publish it 97, and computers in general
Married, One child, Boy Scout Assistant Scout Master, Sunday School Teacher

**ROBERT J. GENOVESE**
**16 Bradford Place, Old Bridge, NJ 08857**
**(732) 607-2051**

**OBJECTIVE**
Seek employment which will utilize extensive demonstrated success management, sales management and customer relations.

**KEY QUALIFACTIONS**
- Twenty years successful sales and sales management in competitive automotive industry.
- Superior record effective problem-solving abilities/ knowledgeable in customer relations and market conditions.
- Excellent communication skills and ability to interface effectively with all levels of personnel and management.
- Familiar with creating and implementing successful corporate budgeting and advertising strategies.

**BUSINESS EXPERIENCE**

**Customer Relations Manager/In-Dealership Facilitator**
**Chrysler Plymouth-Jeep Eagle**
- Trained by RYAN/CSI-completed In Dealership Facilitation course, ongoing training by RYAN/CSI including "Fix it Right Seminars," 20 Group Meetings, etc.
- Successfully increased Sales Satisfaction Index (SSI) score from 82 to 97- Customer Satisfaction Index (CSI) score from 58-91.
- Maintained a consistent score in the 90's out of a possible score of 100 for "Condition on Delivery."
- Achieved Gold Status in the "Drive For Gold Program".
- Within 14 month period, advanced from "A" Dealer to "C" Dealer status.
- Won the "Ultimate Challenger" contest as the most improved dealer in the SSI/ CSI over 225 dealers in the New York Zone.
- Placed first in the "Fix It Right" contest all three consecutive quarters and won overall contest.
- Received several accolades from Chrysler.
- Other duties include Dealer Coordinator for Chrysler Shopper Contact Program: conduct Sales, Service and Prevention meeting; Pro-Active followings.

**ACCOUNT EXECUTIVE**
- Inside and outside sales representative for transportation company.
- Fully responsible for all sales aspects including obtaining new business, servicing accounts, advertising, direct mailing, telemarketing, etc.
- Trouble-shooting of any customer or vendor problems.

**LEASING AND SALES MANAGER**
- Leasing and sales manager responsible for all facets of leasing with the dealership including:
    * Expansion of customer base
    * Budgeting
    * Advertising
    * Supervising
    * Closing Deals
    * Training sales personnel in leasing procedures

- Previously BMW Sales Manager with additional responsibilities of:
    * Desk Management
    * Maintaining Gross
    * Allocation Control
    * Computer program capability on finance and leasing

- Summary of other past key responsibilities:
    * Designed and enacted advertising strategies to increase sales, leasing and showroom traffic.
    * Created innovative finance and leasing programs.
    * Continuously trained, developed and managed personnel to achieve their professional goals as well as company objectives.
    * Formulated budget sales forecasts.
    * Developed and implemented business plans, operating budget and commission plans.

**ACHIEVMENTS**
- Consistently exceeded quota for 18 consecutive years.
- Generated 125% sales and leasing increase.
- Skyrocketed overall sales from $90,000.00 to $ 480,000.00
- Numerous awards for top sales including:
    * Cadillac Crest Club Award
    * BMW Product knowledge Award
    * Oldsmobile Vanguard Award
    * Honda Bronze Chapter
    * Dodge Delta Sales Club

**OPERATIONS SUPERVISOR**
**Du Pont Glore Forgan, Inc. New York, NY**
- Broker-Sales Department
    * Fully responsible for clearing of securities both to and from in-town and out-of-town brokers.
    * Supervisor for fail control and transfer departments directing up to 60 employees.
    * Major responsibilities included personnel (hiring, training, counseling and termination), budgeting, controlling accounts, advising and assisting top management.
- Cashier-Control Section
    * Trainee designated to resolve problems in balancing.

**ACHEIVEMENTS**
    * Swiftly elevated in position from Cashier Operations Trainee to Supervisor within a nine months.
    * Managed an excess of 60 employees including five assistant Supervisors over term of position.

**EDUCATION**
**New York University-***Electronic Data Processing*
**New York City Community College-***Accounting and Business Courses*