IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| | : | |
| **Plaintiff,** | : | |
| and | : | |
| KATHY KOCH | : | CASE NO.: WDQ 02-CV-648 |
| **Intervenor/Plaintiff,** | : | JURY DEMANDED |
| v. | : | |
| LA WEIGHT LOSS | : | |
| **Defendant.** | : | |

## ORDER SCHEDULING PRE-TRIAL CONFERENCE

WHEREAS Defendant LA Weight Loss has filed with the Court a Motion for a Pre-Trial Conference; and

WHEREAS the Court finds that it would be productive at this time to address the issues raised in Plaintiff EEOC's Motion to Bifurcate Trial and Discovery and in the Memorandum of LA Weight Loss in Response to Plaintiff EEOC's Motion to Bifurcate Trial and Discovery and in Support of Motion for Pre-Trial Conference;

**IT IS** hereby **ORDERED** that on _____, 2004 at _____ a.m./p.m. counsel for the parties are ordered to appear before the Court for a court conference.

ENTERED: _____

_____
HONORABLE WILLIAM D. QUARLES, JR.
United States District Judge

DSB:949952.1/LAW024-158357