IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | : | |
| | : | |
| **Plaintiff,** | : | |
| and | : | |
| | : | **CASE NO.: WDQ 02-CV-648** |
| **KATHY KOCH** | : | |
| **Intervenor/Plaintiff,** | : | **JURY DEMANDED** |
| v. | : | |
| **LA WEIGHT LOSS** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW this    day of    , 2004, upon consideration of Plaintiff EEOC's Motion to Bifurcate Trial and Discovery, and the response thereto and request of Defendant LA Weight Loss for a pre trial conference, it is hereby ORDERED that:

1. By March 1, 2004 the EEOC shall identify to LAWL all of the members of the class.

2. Within 30 days thereafter (April 1, 2004), the EEOC shall produce to LAWL for each class member a copy of his resume or a written description of his qualifications as they existed at the time he sought employment at LAWL.

3. Within 90 days thereafter (July 1,2004), the EEOC shall identify those class members it will have testify on the pattern or practice of discrimination issue.

4. By December 31, 2004, a) the parties shall complete all discovery related to the Kathy Koch claim; and b) LAWL may depose (i) each of the class members who have been

DSB:950160.1/LAW024-158357

- 2 -

designated by the EEOC to testify on the pattern or practice of discrimination issue; and (ii) class members previously identified but not so designated up to that number which, in addition to those deposed pursuant to the prior clause (i), constitutes 30% of all class members, e.g., if the class as of the cut off date consists of 200 members, LAWL may depose 60 in addition to those designated by EEOC to testify on the pattern or practice issue.

**IT IS** hereby **ORDERED** that on _____, 2004 at _____ a.m./p.m. counsel for the parties are ordered to appear before the Court for a court conference.

ENTERED: _____

_____
HONORABLE WILLIAM D. QUARLES, JR.
United States District Judge