## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Plaintiff EEOC's Response to Defendant's Motion For a Pre-trial Conference and Reply to Memorandum of Defendant in Response to Plaintiff EEOC's Motion to Bifurcate Trial and Discovery was filed and served upon all parties via the Court's electronic filing system on this day, the 3rd day of February 2004. The undersigned further certifies that a copy of the aforementioned document shall be sent by regular U.S. mail to David Landau and David L. Gollin, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, and Pamela J. White, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202.

                                                          /s/
                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        EEOC-Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, MD 21201
                                        Telephone number:  (410) 962-4628
                                        Facsimile number:   (410) 962-4270/2817
                                        E-mail address: RON.Phillips@eeoc.gov