IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION : <br>         Plaintiff, : <br> : <br> and : <br> : <br> KATHY KOCH : <br>         Intervenor/Plaintiff, : <br> : <br> v. : <br> : <br> LA WEIGHT LOSS : <br>         Defendant. : <br> : | CASE NO.: WDQ 02-CV-648 <br><br> JURY DEMANDED |

## ORDER

**AND NOW** this ___ day of _____, 2004, upon consideration of the Motion of Defendant LA Weight Loss For Leave To File Reply Brief In Support of Motion for Pre-Trial Conference and Regarding EEOC Motion to Bifurcate, it is hereby ordered that said motion **BE AND HEREBY IS GRANTED.**

It is further ordered that the Reply Brief attached as Exhibit 1 to the Defendant's Motion **BE, AND HEREBY IS ACCEPTED FOR FILING** by the Clerk.

                                                                _____
                                                                William D. Quarles, Jr.
                                                                United States District Court Judge

ENTER

95486