IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | |
| | * |
| and | |
| | * |
| KATHY C. KOCH | |
| | * |
| Intervenor/Plaintiff | |
| | * |
| v. | Civil No. S-02-CV-648 |
| | * |
| LA WEIGHT LOSS | |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>LOCAL RULE 104.7 CERTIFICATE</u>**

Plaintiff Kathy C. Koch, by Pamela J. White and Ober, Kaler, Grimes & Shriver, hereby certifies that, despite Counsel's best efforts, the discovery disputes that are the subject of the foregoing Motion to Compel cannot be resolved without assistance of the Court.

The following timeline gives some sense of the nature of Ms. Koch's efforts – still unsuccessful to gain substantive interrogatory answers or identification of contemporaneous employment and investigatory documents:

- September 5, 2003, Plaintiff letter to Defendant, with draft discovery motion

- September 8, 2003, Defendant letter to Plaintiff

- September 9, 2003 Plaintiff e-mail to Defendant, as to certain documents

737908

- September 9, 2003 Defendant response to draft motion

- September 9, 2003 Defendant response to Plaintiff's e-mail of September 9, advising that Koch can look at certain original documents

- September 15, 2003: Plaintiff communication to Defendant (requesting production of documents referenced in Defendant's Sept. 9 letter)

- September 16, 2003:  **filed Koch Motion to Compel**

- September 16, 2003, Defendant produced documents

- October 16, 2003:  Plaintiff and Defendant teleconference

- October 21, 2003; Defendant produced additional documents

- October 27, 2003: Defendant's Supplemental Discovery Responses

- October 28, 2003: Defendant produced additional documents

- November 3, 2003: Plaintiff and Defendant teleconference

- November 4, 2003: Defendant produced additional documents

- November 13, 2003: **Defendant filed Opposition to Koch Motion to Compel**

- November 17, 2003: Defendant produced additional documents

- January 13, 2004: **Koch filed Reply to LA Opposition to  Motion to Compel**

- January 21, 2004: Plaintiff and Defendant teleconference

- January 27, 2004: Plaintiff and Defendant teleconference

- February 23, 2004: Defendant calls about prospect of supplemental interrogatory answers

737908

        Respectfully submitted,

*Pamela J. White*

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

Dated:  February 25, 2004

737908