## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                )
      Plaintiff, )
                                )
and )
                                )
KATHY C. KOCH, )         **Case No. WDQ-02-CV-648**
                                )
      Plaintiff-Intervenor, )
                                )
v. )
                                )
LA WEIGHT LOSS, )
                                )
      Defendant. )
_____ )

## ORDER

      This day came on to be considered Plaintiff EEOC's Motion to File Plaintiff EEOC's Memorandum in Rebuttal to Defendant's Sur-Reply Brief Regarding Motion to Bifurcate in the above-styled and numbered action. The Court finds that the Motion should be, and it is hereby, GRANTED. The District Clerk is directed to file Plaintiff EEOC's Memorandum in Rebuttal to Defendant's Sur-Reply Brief Regarding Motion to Bifurcate.

      Signed and entered this _____ day of _____, 2004.


                                  _____
                                  HONORABLE WILLIAM D. QUARLES, JR.
                                     United States District Judge