IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | |
| and ) ) ) | |
| KATHY C. KOCH, ) ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, ) ) ) | |
| v. ) ) ) | |
| LA WEIGHT LOSS, ) ) ) | |
| Defendant. ) ) | |

**NOTICE OF SERVICE OF PLAINTIFF EEOC'S SECOND MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND MEMORANDUM IN SUPPORT OF MOTION**

TO:  David L. Gollin, Esq.                Pamela J. White, Esq.
     David Landau, Esq.                   Ober, Kaler, Grimes & Shriver
     Wolf, Block, Schorr & Solis-Cohen LLP   120 East Baltimore Street
     1650 Arch Street, 22nd Floor         Baltimore, MD 21202-1643
     Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 10th day of March 2004, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by the Court's electronic filing system and regular U.S. Mail, Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents and its Memorandum in Support of Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents. In accordance with the Court's

electronic filing procedures, the Second Motion to Compel and Memorandum in Support are attached.

    Respectfully submitted,

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

    GERALD S. KIEL (Bar No. 07770)
    Regional Attorney

    TRACY HUDSON SPICER (Bar No. 08671)
    Supervisory Trial Attorney

    CORBETT L. ANDERSON
    Trial Attorney

    _____/s/_____
    RONALD L. PHILLIPS
    Trial Attorney
    Baltimore District Office
    City Crescent Building, 3rd Floor
    10 South Howard Street
    Baltimore, Maryland 21201
    Telephone number: (410) 962-4628
    Fax number: (410) 962-4270/2817

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the Plaintiff EEOC's Notice of Service of Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents and Memorandum in Support of Motion was served, via the Court's electronic filing system and regular U.S. mail, to David L. Gollin, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, and to Pamela J. White, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202, on this day, the 10th day of March 2004.

                   /s/
                RONALD L. PHILLIPS
                Trial Attorney
                EEOC-Baltimore District Office
                City Crescent Building, 3rd Floor
                10 South Howard Street
                Baltimore, MD 21201
                Telephone number:  (410) 962-4628
                Facsimile number:   (410) 962-4270/2817