IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **and** ) <br> ) <br> **KATHY C. KOCH,** ) <br> ) <br> **Plaintiff-Intervenor,** ) <br> ) <br> **v.** ) <br> ) <br> **LA WEIGHT LOSS,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. WDQ-02-CV-648 |

### PLAINTIFF EEOC'S SECOND MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rule of Civil Procedure 37(a), Rule 104(8) of the Local Rules of the U.S. District Court for the District of Maryland, and agreement of counsel regarding the time frame permitted for filing, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") files the instant Second Motion to Compel Answers to Interrogatories and Production of Documents in the above-styled and numbered action. For the reasons set forth in the attached Memorandum in Support of this Motion, the EEOC respectfully requests that this Court enter an order directing Defendant LA Weight Loss ("Defendant") to answer certain discovery requests set forth in the EEOC's Second Set of Interrogatories to Defendant and Second Request for Production of

Documents to Defendant.

    The EEOC certifies that it has in good faith conferred with Defendant in an effort to secure the information and documents in question without Court action and that Defendant has failed to provide such information and documents.

        Respectfully submitted,

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        GERALD S. KIEL (Bar No. 07770)
        Regional Attorney

        TRACY HUDSON SPICER (Bar No. 08671)
        Supervisory Trial Attorney

        CORBETT L. ANDERSON
        Trial Attorney

           /s/
        RONALD L. PHILLIPS
        Trial Attorney
        Baltimore District Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 962-4623
        Facsimile number: (410) 962-4270/2817

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents and Memorandum in Support of Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents were served, via the Court's electronic filing system and regular U.S. Mail, to David L. Gollin, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on this day, the 10th day of March 2004.

                                                                    /s/
                                           RONALD L. PHILLIPS
                                           Trial Attorney
                                           EEOC-Baltimore District Office
                                           City Crescent Building, 3rd Floor
                                           10 South Howard Street
                                           Baltimore, Maryland 21201
                                           Telephone number: (410) 962-4628
                                           Facsimile number: (410) 962-4270/2817