# United States District Court
## District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 16, 2004

TO COUNSEL OF RECORD

        Re: EEOC v. LA Weight Loss
            Civil No. WDQ 02-648

Dear Counsel:

        This letter will confirm that a motions hearing has been scheduled in this case for Wednesday, March 24, 2004 at 10:30 a.m. in Courtroom 3A.

                    Very truly yours,

                        /s/

                    William D. Quarles, Jr.
                    United States District Judge