IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,)<br>)<br>Plaintiff,)<br>)<br>and)<br>)<br>KATHY C. KOCH,)<br>)<br>Plaintiff-Intervenor,)<br>)<br>v.)<br>)<br>LA WEIGHT LOSS,)<br>)<br>Defendant.)<br>_____) | Case No. WDQ-02-CV-648 |

**NOTICE OF SERVICE OF PLAINTIFF EEOC'S MEMORANDUM IN REPLY TO DEFENDANT'S OPPOSITION TO EEOC'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS (FIRST SET)**

TO:David L. Gollin, Esq.Pamela J. White, Esq.
David Landau, Esq.Ober, Kaler, Grimes & Shriver
Wolf, Block, Schorr & Solis-Cohen LLP120 East Baltimore Street
1650 Arch Street, 22nd FloorBaltimore, MD 21202-1643
Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 22nd day of March 2004, in accordance with Local Rule 104(8)(a) and agreement of counsel regarding permissible time for service, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, via the Court's electronic filing system, this Notice and the attached Plaintiff EEOC's Memorandum in Reply to Defendant's Opposition to EEOC's Motion to Compel Answers to Interrogatories and Production of Documents. Plaintiff EEOC shall also serve copies upon each party via regular U.S. Mail on March 23, 2004.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

_____/s/_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney
CORBETT L. ANDERSON
Trial Attorney
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817