IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2004 MAR 24 P 2: 45

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
                Plaintiff,

—and—

KATHY KOCH
                Intervenor/Plaintiff,

v.

LA WEIGHT LOSS
                Defendant.

CASE NO.: WDQ 02-CV-648

JURY DEMANDED



MOTION "GRANTED" THIS 24 DAY OF Mar, 2004.
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

**MOTION OF DEFENDANT LA WEIGHT LOSS
FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT
OF MOTION FOR PRE-TRIAL CONFERENCE AND
REGARDING EEOC MOTION TO BIFURCATE**

    LA Weight Loss ("LAWL") hereby moves for leave to file the Reply of Defendant LA Weight Loss in Support of Motion for Pretrial Conference and regarding EEOC Motion to Bifurcate. The Brief is filed herewith as Exhibit 1  The grounds for the motion are as follows:

    On December   , 2003, plaintiff EEOC moved for bifurcation of trial and discovery asking the Court to enter a proposed 8 page Order Regarding Bifurcation and Scheduling and submitting a 12 page supporting Memorandum. The EEOC Motion and Memorandum raised important issues regarding defendant LAWL's rights to due process, a jury trial and procedural fairness in seeking a class wide determination of an aggregate punitive damages award prior to any determination that any individual had suffered any actual damages as a result of LAWL's alleged pattern or practice of discriminating against men in its hiring decisions.

#57
2/20