IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY   *
COMMISSION, et al.,   *
          Plaintiffs   *

v.                          *   Civil No. WDQ-02-648

LA WEIGHT LOSS,   *
          Defendant   *

\* \* \* \* \*

ORDER

Pursuant to the hearing of this date, and for the reasons stated at that hearing, it is this 24th day of March 2004, ORDERED that:

1. Plaintiff's unopposed Motion for Leave to File Amended Complaint (Paper No. 45) BE, and HEREBY is, GRANTED;

2. Plaintiff's Motion to Bifurcate Trial and Discovery (Paper No. 46) BE, and HEREBY is, GRANTED; and counsel shall propose an agreed upon Order by April 7, 2004;

3. The Joint Motion for Extension of Time to Complete Discovery (Paper No. 51) BE, and HEREBY is GRANTED, and counsel shall jointly propose a schedule by April 7, 2004;

4. Defendant's Motion for Pre-Trial Conference (Paper No. 53) BE, and HEREBY is GRANTED;

5. Intervenor Plaintiff Koch's Motion to Compel Discovery (Paper No. 58) BE, and HEREBY is, REFERRED to a Magistrate Judge for disposition; and

6. The Clerk shall MAIL a copy of this ORDER to counsel.

                                              WILLIAM D. QUARLES, JR.
                                              United States District Judge