David E. Landau
Direct Dial: (215) 977-2052
Direct Fax:  (215) 405-2952
E-mail:      dlandau@wolfblock.com

April 6, 2004

The Honorable William D. Quarles, Jr.
United States District Court
   for the District of Maryland
Garmatz Federal Courthouse
Suite 4415
101 West Lombard Street
Baltimore, Maryland  21201

      Re:   **EEOC v. LA Weight Loss Centers, Inc.**

Dear Judge Quarles:

      This law firm represents defendant LA Weight Loss Centers in the above matter.  The Court's Order of March 24, 2004 requires the parties to report back to the court with an agreed upon scheduling order by April 7, 2004.  The EEOC and LA Weight Loss have been working diligently on this Order.  They have not yet completed their work, in part because of the Jewish holidays today and tomorrow.  Accordingly, the parties respectfully request an extension of time until Monday, April 12, 2004 within which to report back to the court with a proposed scheduling order.

DSB:962338.1/LAW024-158357

Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations: Harrisburg, PA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable William D. Quarles
April 6, 2004
Page 2

    I am authorized to state that plaintiff EEOC and plaintiff intervenor Kathy Koch join in this request.

                                              Respectfully,

                                              David E. Landau

DEL/mj
cc:    Ronald L. Phillips, Esquire *(via facsimile)*
        Pamela J. White, Esquire *(via facsimile)*