**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **101 W. LOMBARD STREET** |
| **PAUL W. GRIMM** | **BALTIMORE, MARYLAND 21201** |
| **UNITED STATES MAGISTRATE JUDGE** | **(410) 962-4560** |
| | **(410) 962-3630 FAX** |

April 6, 2004

RE: *EEOC and Kathy Koch v. LA Weight Loss*, WDQ-02-0648.

**LETTER ORDER**

Dear Counsel:

Plaintiff's motion to compel Rule 33 and 34 discovery is ripe for ruling. (Paper Nos. 36, 42, 52 and 58). The Court has fully considered each party's briefs. The attached chart contains the Court's rulings (attachment 1), and is incorporated by reference.

With respect to Plaintiff, Kathy Koch's, request that attorney's fees be awarded, Plaintiff, will, within 11 calendar days, file a particularized statement of costs and attorney's fees incurred in filing her motion to compel, not exceeding five pages (exclusive of exhibits). Defendant then will have five business days, and five pages, to file any opposition. Thereafter, Plaintiff will have three business days, and three pages to file any reply.

In addition, it is apparent from responses to discovery motions that non-local counsel for Defendant lacks familiarity with the local rules and discovery guidelines for the United States District Court for the District of Maryland. Until such time that Defendant's non-local counsel certifies in writing that he and all other attorneys participating in this case have carefully read the local rules and discovery guidelines, non-local counsel may not further participate in discovery in this case.

Finally, all future discovery disputes will be handled by the attached procedures (attachment 2), which are incorporated by reference.

This is an order of the Court to be filed by the clerk as such.

/s/
Paul W. Grimm

United States Magistrate Judge