IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | )     Case No. WDQ-02-CV-648 ) |
| Plaintiff Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

## CERTIFICATION

I, David E. Landau, hereby certify that I and other attorneys at my firm participating in this matter have carefully read the Local Rules of Civil Procedure and discovery guidelines of the United States District Court for the District of Maryland.

_____
David E. Landau

DSB:962966.1/LAW024-158357