David E. Landau
Direct Dial: (215) 977-2052
Direct Fax:  (215) 405-2952
E-mail:      dlandau@wolfblock.com

April 9, 2004

Honorable Paul W. Grim
United States Magistrate Judge
United States District Court for the
District of Maryland
101 West Lombard
Baltimore, MD  21201

    Re:    <u>EEOC v. LA Weight Loss Centers, Inc.</u>

Dear Judge Grim:

    Pursuant to the Court's letter on April 6, 2004 enclosed is a courtesy copy of the Certification with respect to the review of the Local Rules and discovery guidelines, the original of which has been filed with the Clerk of the Court.

    Respectfully,

    David E. Landau

DEL/njp
cc:    Pamela J. White Esquire
       Ronald L. Phillips, Esquire

DSB:962968.1/LAW024-158357

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KATHY C. KOCH, )<br>)<br>Plaintiff Intervenor, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. ) | Case No. WDQ-02-CV-648 |

## CERTIFICATION

I, David E. Landau, hereby certify that I and other attorneys at my firm participating in this matter have carefully read the Local Rules of Civil Procedure and discovery guidelines of the United States District Court for the District of Maryland.

David E. Landau