**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| KATHY C. KOCH, | ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| LA WEIGHT LOSS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**NOTICE OF FILING OF ORDER REGARDING BIFURCATION AND SCHEDULING**

Pursuant to the Court's Order entered March 24, 2004, as modified by its Order of April

6, 2004, the parties hereby submit the attached Order Regarding Bifurcation and Scheduling

("Scheduling Order").  Plaintiff U.S. Equal Employment Opportunity Commission requests that the

Court enter the attached Scheduling Order as submitted.  Counsel for Plaintiff-Intervenor Kathy C.

Koch has authorized the undersigned to inform the Court that Koch also requests that the Court enter

the attached Scheduling Order as submitted.

Counsel for Defendant LA Weight Loss has authorized the undersigned to inform the Court

that Defendant agrees with the attached Scheduling Order with the exception of certain portions

thereof.  Defendant will separately file its objections to the portions of the Scheduling Order to

which it does not agree.

<div style="margin-left:50%">

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

CORBETT L. ANDERSON
Trial Attorney


_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Filing of Order Regarding Bifurcation and Scheduling and attached Order Regarding Bifurcation and Scheduling were filed and served electronically on this day, the 12th day of April 2004. The undersigned further certifies that a copy of each of the aforementioned documents shall be served, via regular mail, upon David Landau, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch St., 22nd Floor, Philadelphia, PA 19103, and upon Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 E. Baltimore St., Baltimore, MD 21202, on the 13th day of April 2004.


                                        /s/
                              RONALD L. PHILLIPS
                              Trial Attorney
                              Baltimore District Office
                              City Crescent Building, 3rd Floor
                              10 South Howard Street
                              Baltimore, Maryland 21201
                              Telephone number: (410) 962-4628
                              Facsimile number: (410) 962-4270/2817