```
       IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
                * * * * * * * *
EQUAL EMPLOYMENT                *
OPPORTUNITY COMMISSION,         *
       Plaintiff                *   Case No.
And                             * WDQ-02-CV-643
KATHY C. KOCH,                  *
       Plaintiff-               *
       Intervenor,              *
       vs.                      *
LA WEIGHT LOSS,                 *
       Defendant                *
                * * * * * * * *
```

DEPOSITION OF
BRUCE BOSTIAN
April 28, 2003



Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

16

1 another month and it continued to
2 happen, so I left.
3 Q.     And what did you do after that
4 in terms of employment?
5 A.     I was unemployed for I'd say
6 about a month.
7 Q.     And then what happened?
8 A.     I applied at LA Weight Loss
9 after, I believe it was Christmas.
10 So it would have been early 2000, I
11 applied there.  And then when I
12 didn't receive that job, I applied at
13 Terminix, and I was hired there.
14 Q.     And how long after you left
15 Sears did you start working for
16 Terminix?
17 A.     I'd say two --- I don't know.
18 I don't exactly know.
19 Q.     Would you say early January of
20 2000?
21 A.     I said I don't exactly know.
22 Q.     You don't know?
23 A.     No, it was not early January,
24 I started to work at Terminix, no.
25 Q.     Okay.  Can you place it at

17

all, was it in the spring?
A.    No, it was late January, perhaps early February.
Q.    Now, when you were at Sears, approximately how much per week were you making, including commissions?
A.    I'd say around $300, approximately.
Q.    And when you started at Terminix, what was your salary there?
A.    I was on --- salary was roughly $1,500 a month, plus commission.
Q.    Now, what was your job at Terminix?
A.    I was in sales.
Q.    So, can you give me a little bit more description? What does that mean at Terminix?
A.    What does it mean?
Q.    Yeah?
A.    I would go to your house and I would inspect your house, tell you what you had, and then I would sell you our service. I would cold call,

                                                        18

1   I would pass out flyers, I would
2   knock on doors.  Basically, I was
3   selling their product --- their
4   service.
5   Q.      And how long did you --- are
6   you still working for Terminix?
7   A.      No.
8   Q.      And how long did you work for
9   Terminix?
10  A.      Roughly, four months.
11  Q.      That would put us in May or
12  June?
13  A.      May.
14  Q.      Now, with your commissions,
15  approximately how much a month were
16  you making in those intervening
17  months?
18  A.      I don't recall.  I don't know.
19  Q.      Well, were you making any
20  sales at all in those months?
21  A.      Yes, I was actually top
22  salesman for two months.
23  Q.      And can you give me a
24  ballpark?
25  A.      Oh, I mean, what do you mean?

19

1 A year --- how much was I making a
2 year? How much was I making a month,
3 a check, I was getting paid every two
4 weeks, so that's $1,500 divided by
5 two, so $700, roughly around $900
6 every two weeks.  So that would be
7 $1,800 roughly a month.  Plus they
8 reimbursed you for gas and calling
9 cards, so you know, you can add that
10 stuff in.
11 Q.      Why did you stop working for
12 Terminix?
13 A.      I decided to move, that's why.
14 Q.      Where was Terminix?
15 A.      In Lewisburg, Pennsylvania.
16 Q.      And that was where the Sears
17 was as well?
18 A.      Sears was in Selinsgrove,
19 Pennsylvania.
20 Q.      And where did you move to?
21 A.      Pittsburgh.
22 Q.      And you moved to Pittsburgh.
23 Did you become employed in
24 Pittsburgh?
25 A.      Yes.

20

| | | |
|---|---|---|
| 1 | Q. | What did you do? |
| 2 | A. | I'm currently still a counselor. |
| 4 | Q. | What kind of counselor? |
| 5 | A. | For juvenile delinquents. |
| 6 | Q. | Who is your employer? |
| 7 | A. | The Academy. |
| 8 | Q. | Academy. Is that what it's called, the Academy? |
| 10 | A. | The Academy, T-H-E A-C-A-D-E-M-Y. The Academy. |
| 12 | Q. | Okay. Where is that located? |
| 13 | A. | Baldwin. |
| 14 | Q. | Do you have a street address? |
| 15 | A. | You want their address? |
| 16 | Q. | Yes. |
| 17 | A. | 900 Agnew Road. |
| 18 | Q. | And what's your salary there? |
| 19 | A. | This year? |
| 20 | Q. | Yes? |
| 21 | A. | It's $28,000. I'm up for a raise, my three year anniversary is next month. |
| 24 | Q. | What did you start out at? |
| 25 | A. | I believe it was $24,000, |

21

1  roughly.
2  Q.     Now, I want to go back for a
3  minute. When you were --- had left
4  Sears and were applying for jobs, did
5  you apply to a lot of jobs or a few
6  jobs?
7  A.     No. After I left Sears, I
8  applied to LA Weight Loss --- was my
9  first job that I applied to after I
10 left Sears.
11 Q.     So, you weren't like --- you
12 weren't sending out a bunch of
13 applications or anything like that?
14 A.     No.
15 Q.     And after LA Weight Loss, what
16 did you do?
17 A.     I worked at Terminix.
18 Q.     No, but did you send --- what
19 about the application process?
20 A.     After I filled out an
21 application and did an interview
22 there, what did I do?
23 Q.     No, you're misunderstanding.
24 Let me repeat the question. Looking
25 at your process for looking for a job

Sargent's Court Reporting Service, Inc.
(814) 536-8908