IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : Case No. WDQ-02-CV-643 |
| KATHY C. KOCH, | : |
| Plaintiff-Intervenor, | : |
| v. | : |
| LA WEIGHT LOSS | : |
| Defendant. | : |

### AFFIDAVIT OF KAREN SIEGEL

I, Karen Siegel, being duly sworn, hereby state as follows:

1. I am the Senior Vice President of Human Resources for LA Weight Loss Centers, Inc. ("LA Weight Loss" or the "Company").

2. In this capacity, I oversee the Company's payroll function and have access to the rates of pay for Company employees going back multiple years.

3. In January and February 2000, counselors in the areas of Mifflinburg and State College, Pennsylvania earned $8 per hour plus a ¾ percent commission based on personal revenue. Such counselors averaged between $18,000 and $21,000 annually.

4. In March 1998, counselors in the Baltimore, Maryland area earned $8 per hour plus a ¾ percent commission based on personal revenue. Such counselors averaged between $18,000 and $21,000 annually.

5.    In 1999, assistant center managers in the St. Louis, Missouri area earned $9 per hour plus a ¾ percent commission based on the center's revenue. Such assistant managers averaged between $30,000 and $32,000 annually.

6.    In 1999, center managers in the St. Louis, Missouri area earned $300 per week plus a ¾ percent commission based on the center's revenue. Such center managers averaged between $32,000 and $35,000 annually.

*Karen Siegel*
Karen Siegel

Sworn to and subscribed
before me this 6th day
of April, 2004.

_____
Notary Public

Notarial Seal
Lorie L. DeVuono, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Mar. 28, 2005

Member, Pennsylvania Association of Notaries

DSB:962271.2/LAW024-158357

- 2 -