617 Cricklewood Drive
State College, PA 16803
February 7, 2000

LA Weight Loss Center
Human Resource Manager
540 Westerly Parkway
State College, PA 16801

EXHIBIT
Turley #1
5/6/03 cf

Dear Sir or Madam:

I am writing to you in response to your ad published in the Centre Daily Times. I am looking to gain employment, beginning this May, working in a human service or health promotion related field.

Last May, I graduated from Penn State with a Bachelor of Science degree in BioBehavioral Health. I have enclosed a resume, briefly outlining some of my activities and accomplishments while in college. I am currently taking prerequisite classes for several graduate programs I have been considering for my future matriculation. I enjoy working with individuals of all ages and have gained a lot of experience in the area of nutritional assessment, both in and out of class.

I would like to meet with you and discuss possibilities for employment beginning this summer. I will contact you about setting up an interview. Thank you for your attention to my resume and for your consideration. I look forward to speaking to you in the near future.

Sincerely,

Matthew W. Turley
mwt4@psu.edu

Matthew W. Turley

617 Cricklewood Drive  
State College, PA 16803  
(814) 867-2052  
mwt4@psu.edu

609 Old Farm Lane  
State College, PA 16803  
(814) 238-1517

**OBJECTIVE:**
To gain experience in the domain of public heath; More specifically, I would like to work within the arena of human service and/or health promotion

**EDUCATION:**
The Pennsylvania State University  
Bachelor of Science in BioBehavioral Health  
Minor in Neuroscience  
Graduation Date: May 1999

**WORK EXPERIENCE:**

Center for Developmental and Health Genetics: Worked at Amy Gardner Lab (PSU) being responsible for the genetic success for a population of 150 inbred strains of *Drosophila melanogaster*. In addition to this research, I had the opportunity to work with a project testing the genetics of alcoholism in mice. (May 1988-May 99)

Penn State Dairy Research Barns: Responsible for the care of calves and recently calved cows. Experience gained through this position include blood taking, giving immunizations, feed mixing and distribution, machine operation, and milking. (Summer of 1999)

Know Your Numbers: A cardiovascular risk assessment project in the areas of health promotion. Responsibilities included aspects of health teaching and the recording/interpretation of various anthropometric data: (Jan 1998-present)

The Athletic Fitness Club: Worked as an aquatics instructor. Responsible for implementing swim instruction to various levels of swimmers (handicap through advanced), ages five-elder individuals. Also gained certification as a Red Cross Water Safety Instructor (1992-1997).

Science Park Recreation Association: Worked as a summer pool manager; responsibilities included the safety education, scheduling, maintenance, and social activities of roughly twenty lifeguard and front desk employees.

Alpha Ambulance: Achieved training as an Emergency Medical Responder and made numerous runs with the local ambulance service over a eighteen month period.

Alpha Fire Company: Acquired training in preventative safety and the extinguishing of house fires. Primary responsibilities included the hook-up of a hydrant to the trucks various hoses. Training also included a twenty-hour class on OSHA's Hazardous Materials training

**HONORS AND ACTIVITIES:**

Alpha Zeta Fraternity Social Chairman: As social chair and brother of AZ, a honorary, professional fraternity of the life sciences, my responsibilities included: organizing social events, scheduling entertainment, acquiring food and beverage refreshments, and general safety of events.

Intramural Sports Participant: Participated in several IM sports including football, soccer, golf, and softball.

EEOC 5879