```
         UNITED STATES DISTRICT COURT
          FOR THE MARYLAND DISTRICT
               OF PENNSYLVANIA
             * * * * * * * *
EQUAL EMPLOYMENT        *
OPPORTUNITY             *
COMMISSION,             *
     Plaintiff          *
and KATHY C. KOCH       *
     Plaintiff/         *   Case No.
     Intervener         *   WDQ-02-CV-643
     vs.                *
LA WEIGHT LOSS,         *
     Defendant          *
             * * * * * * * *

              DEPOSITION OF
           MATTHEW W. TURLEY
              May 6, 2003

                 ORIGINAL

   Any reproduction of this transcript
   is prohibited without authorization
       by the certifying agency.
```

Sargent's Court Reporting Service, Inc.
(814) 536-8908

11

```
 1  before.  But were you looking to
 2  start your new job in February when
 3  you looked at it or were you looking
 4  to start some time later?
 5  A.      I was looking to start the job
 6  at the beginning of the summer.
 7  Q.      Why were you waiting --- why
 8  did you not want to start until the
 9  beginning of the summer?
10  A.      Because I had a part-time
11  position that I was finishing up.
12  Q.      What was that position?
13  A.      It was a position with the
14  University in which I was doing some
15  research.
16  Q.      In terms of career plans, what
17  was your career orientation at that
18  point?
19  A.      At that point I had received a
20  degree in BioBehavioral Health, so I
21  was looking for a position medically
22  --- health related.
23  Q.      What's BioBehavioral Health?
24  A.      It's a mixture of psychology
25  and biology.
```

```
                                                    18
 1   A.      Yes, I applied for several
 2   jobs with family service agencies.
 3   Q.      What kind of jobs were those?
 4   A.      Jobs working with children,
 5   with behavioral problems, doing
 6   family counseling.
 7   Q.      And did you get any of those
 8   jobs?
 9   A.      Yes, I was given a job I
10   believe in May 2000.
11   Q.      You got a job in May 2000?
12   Who did you get a job with?
13   A.      Cen-Clear Child Services.
14   Q.      How do you spell that?
15   A.      C-E-N dash C-L-E-A-R.
16   Q.      What do they do?
17   A.      They provide therapeutic
18   activities for children in families
19   that are having problems, family
20   counseling, parent education.
21   Q.      And what was --- and you said
22   you got that in May 2000?
23   A.      Yes.
24   Q.      What was your position?
25   A.      The title was called a
```

19

1   Therapeutic Staff Support.
2   Q.     What did you do?
3   A.     I was assigned a certain
4   number of hours per week to work with
5   children and adolescents in the
6   community and once school started up
7   again I worked with them in the
8   schools.
9   Q.     Was that a full-time job?
10  A.     Yes.
11  Q.     How much were you paid?
12  A.     I believe $11 per hour. It
13  wasn't a salary position, it was ---
14  you only got paid when you had
15  contact with the individual.
16  Q.     So how many hours a week did
17  you work?
18  A.     It depended on whether or not
19  the client would show up or whether
20  or not the client was sick or whether
21  or not they were on vacation, but it
22  varied between 25 and 50.
23  Q.     How long did you work there?
24  A.     I believe a little over two
25  years.

20

1  Q.      Would it be fair to say ---
2  was there any kind of average, some
3  weeks 25, some weeks 50, would it
4  average out to 40 hours a week or 35
5  hours a week?
6  A.      I needed 30 hours a week to
7  receive medical benefits and I was
8  able to do that.
9  Q.      How much did you earn in the
10 year 2001 on an annual basis; do you
11 remember?
12 A.      I don't know.
13                ATTORNEY LANDAU:
14              I'm going to mark this
15         document Turley One.
16              (Deposition Exhibit
17              Turley One marked for
18              identification)
19 BY ATTORNEY LANDAU:
20 Q.      Could you take a look at it
21 and see if you recognize it?
22 A.      Yes.
23 Q.      Have you seen this document
24 before today, by the way, within the
25 last couple of weeks?

1  A.    No.
2  Q.    Is this the letter you sent to
3  LA Weight Loss Centers?
4  A.    Yes.
5  Q.    This was in response to an ad?
6  A.    Yes.
7  Q.    Now, it says in the first
8  paragraph that you were looking for
9  employment to begin in May, which you
10 testified to earlier.
11 A.    Yes.
12 Q.    Now, if you look in the next
13 paragraph, it says, I'm currently
14 taking pre-requisite classes for
15 several graduate programs I've been
16 considering for my future
17 matriculation, you see that?
18 A.    Yes.
19 Q.    Does this refresh your memory
20 that you were actually taking
21 graduate courses as of February 2000?
22 A.    Yes.
23 Q.    What graduate courses were you
24 taking?
25 A.    I believe I was taking classes

26

1  be in?
2  A.     Counselor education.
3  Q.     Master's?
4  A.     Yes.
5  Q.     Is that a one-year program?
6  A.     That is a two-year program.
7  Q.     When did you complete it?
8  A.     August 2002.
9  Q.     And when you completed that
10 you then resigned from Cen-Clear?
11 A.     Yes.
12 Q.     And where did you go to work?
13 A.     The Department of Labor in
14 York, Pennsylvania, the Office of
15 Vocational Rehabilitation.
16 Q.     Is that a State program?
17 A.     Yes.
18 Q.     What's your job there?
19 A.     I'm a Rehabilitation
20 Counselor.
21 Q.     Are you still there?
22 A.     Yes.
23 Q.     What are you earning now?
24 A.     $16.70 an hour.
25 Q.     Do you get benefits, health

27

1  insurance?
2  A.      Yes.
3  Q.      State retirement plan?
4  A.      Yes.
5  Q.      At the time you --- after you
6  did not receive a response from LA
7  Weight Loss --- let's go back to
8  December of 2000. Did you suffer any
9  kind of emotional distress because of
10 not receiving any kind of response
11 from LA Weight Loss Centers?
12 A.      No, I don't believe so.
13 Q.      Can you tell me your current
14 home address, please?
15 A.      It is 120 Seth Court,
16 Wrightsville, PA, 17368.
17 Q.      I had asked you previously
18 about if you had any further contact
19 with LA Weight Loss, and you said no.
20 Prior to the EEOC contacting you, did
21 you have any facts to tell me of why
22 LA Weight Loss might not have
23 contacted you prior to the --- in
24 other words, think about before the
25 EEOC contacted you. At that time,