1

```
 1       IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MARYLAND
                       - - -
 3  EQUAL EMPLOYMENT                :
    OPPORTUNITY COMMISSION,         :    ORIGINAL
 4  and KATHY KOCH                  :
                                    :
 5            v.                    :
                                    :
 6  L.A. WEIGHT LOSS                :NO. WDQ-02-CV-648
                       - - -
 7               August 13, 2003
                       - - -
 8
 9              Videoconference deposition
10  of REGINALD COOPER taken pursuant to
11  notice, was held at the offices of
12  Esquire Deposition Services, 1800 JKF
13  Boulevard, beginning at 11:10 a.m., on
14  the above date, before Melissa Fritz, a
15  Professional Court Reporter and
16  Commissioner in the Commonwealth of
17  Pennsylvania.
                       - - -
18
19
20
            ESQUIRE DEPOSITION SERVICES
21                  15th Floor
        1880 John F. Kennedy Boulevard
22      Philadelphia, Pennsylvania 19103
                 (215) 988-9191
23
24
```

1    Q.    When was that?
2    A.    You're asking the time
3 frame, when it was?
4    Q.    Yes. When did you apply for
5 a position with L.A. Weight Loss?
6    A.    From my recollection, it
7 would have to be between the years of '97
8 to '98.
9    Q.    Did you apply only one time
10 to L.A. Weight Loss or did you apply more
11 than one time?
12   A.    More than one time.
13   Q.    How many times did you apply
14 for a position with L.A. Weight Loss?
15   A.    Twice.
16   Q.    Both times, were you
17 applying for the position of assistant
18 manager?
19   A.    Both times, I was applying
20 for management. Yes, I was.
21   Q.    Let's discuss each time in
22 turn. The first time that you applied
23 for a position with L.A. Weight Loss, do
24 you remember when that was?

55

1  Q.   You mentioned that your
2  employment with Productive Business
3  Service ended in November of 1997.  Why?
4  A.   The owner was deceased.
5  Q.   Did the company close after
6  that?
7  A.   No.  His wife just moved
8  back to Houston with the company.
9  Q.   So after working at
10 Productive Business Service, what was
11 your next employment?
12 A.   Illinois Title Loan.
13 Q.   When did you begin working
14 with Illinois Title Loan?
15 A.   November of '97.
16 Q.   What was your title with
17 Illinois Title Loan?
18 A.   I was an executive loan
19 manager.
20 Q.   What were your job duties as
21 executive loan manager?
22 A.   I reviewed all of the title
23 loans before they left the store.  I had
24 a staff of eight.  I dealt with the

ESQUIRE DEPOSITION SERVICES

1    A.    Yes.

2    Q.    Did you hold that title or
3 that position throughout your tenure with
4 the company?

5    A.    Yes.

6    Q.    For how long were you
7 employed with Illinois Title Company?

8    A.    Three years.

9    Q.    Into 2000 then?

10   A.    Correct.

11   Q.    So you were employed with
12 Illinois Title Loan at the time you
13 applied for a position with L.A. Weight
14 Loss?

15   A.    Yes. I was looking for a
16 change.

17   Q.    As executive loan manager,
18 what was your rate of pay?

19   A.    I started off at $13.75 and
20 received bonuses annually.

21   Q.    What was the bonus
22 structure?

23   A.    It was an annual percentage
24 of my gross of my store. Like $2,000

```
 1        Q.      Then your pay went to $14.75
 2 per hour?
 3        A.      Right.  It stayed there
 4 until I left the company because
 5 basically the stores in the St. Louis
 6 metropolitan area were closing.
 7        Q.      Approximately, if you can,
 8 what was your annual earnings while
 9 employed with Illinois Title Loan
10 Company?
11        A.      Approximately 33 or 34 or
12 somewhere in there.
13        Q.      That's thousand dollars a
14 year, $33,000 or $34,000 a year?
15        A.      Yes, sir.  I'm going
16 actually, yes.
17        Q.      That's inclusive of your
18 hourly rate and end of year bonuses?
19        A.      Correct.  The end of year
20 bonuses were not guaranteed if your store
21 didn't make a hire sale.
22        Q.      So there was a threshold?
23        A.      Yes.  I had to meet a
24 certain threshold to get that bonus.
```