# SHAWE ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

Electronic Letterhead

April 23, 2004

**Elizabeth Torphy-Donzella**
etd@shawe.com
410-843-3458

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court for the District of Maryland, Northern
101 W. Lombard Street
Baltimore, MD 21201

Re:   EEOC v. LA Weight Loss
      Civil Action No.: WDQ-02-CV-648

Dear Judge Grimm:

On April 12, 2004, Defendant, LA Weight Loss, inadvertently failed to redact Exhibit C to its Memorandum Concerning Objections to the Proposed Scheduling Order filed by the EEOC on that date. The exhibit included an applicant's social security number.

Defendant respectfully requests that the Court permit a redacted version of Exhibit C (Application of Bruce Bostian) to be filed and to replace the previously filed exhibit. Thank you for your assistance, and please accept our apologies for the oversight.

Sincerely,

SHAWE & ROSENTHAL, LLP

|S|


Elizabeth Torphy-Donzella

cc:  Pamela J. White, Esq. (electronically)
     Ronald L. Phillips, Esq. (electronically)
     David Landau, Esq. (electronically)

# REPLACES EXHIBIT C TO ITS MEMORANDUM CONCERNING OBJECTIONS TO THE PROPOSED SCHEDULING ORDER FILED BY THE EEOC

K Sanlord

# APPLICATION FOR EMPLOYMENT
PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

DATE 1/18/00

## PERSONAL INFORMATION

NAME (LAST NAME FIRST): Bostian, Bruce W
SOCIAL SECURITY NO.: [redacted]
PRESENT ADDRESS: 288 Maple St.
CITY: Mifflinburg
STATE: PA
ZIP CODE: 17844
PERMANENT ADDRESS: 288 Maple St.
CITY: Mifflinburg
STATE: PA
ZIP CODE: 17844
PHONE NO.: (570) 966-4794
REFERRED BY: Paper

## EMPLOYMENT DESIRED

POSITION: Sales
DATE YOU CAN START: 1/19/00
SALARY DESIRED: $10.00 hr
ARE YOU EMPLOYED? No
IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? Yes
EVER APPLIED TO THIS COMPANY BEFORE? No

| NAME AND LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|
| GRAMMAR SCHOOL: Lewisburg, Lewisburg, PA 17837 | 8 | Yes | general |
| HIGH SCHOOL: Lewisburg, Lewisburg, PA 17837 | 4 | Yes | College |
| COLLEGE: Indiana University of PA | 5 | Yes | Criminology |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | |

## GENERAL

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS:
Work with people alot

U.S. MILITARY OR NAVAL SERVICE:
RANK:

## FORMER EMPLOYERS
(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 10/10/99 TO 11/23/99 | Sears | Com. | Sporting Goods | lied to by Boss |
| FROM 5/6/99 TO 9/13/99 | Ocean City Police, 6501 Coastal Highway | $9.50 | Officer | End of Season |
| FROM TO | | | | |
| FROM TO | | | | |

Adams

(CONTINUED ON OTHER SIDE)

MAR 1994

EEOC 5936

**REFERENCES**
GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR

| | NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|---|
| 1 | Eric Emerson 937 4383760 | Dayton, OH | lawyer | 7 |
| 2 | Mike Barbartio | 8 James rd. NJ | sales | 14 |
| 3 | Brad Cianetti 440 877 0115 | 6091 Pittsburgh st. PA | sales | 6 |

**AUTHORIZATION**

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL
I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.
I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

DATE 1/18/00   SIGNATURE [signed]

INTERVIEWED BY _____   DATE _____

— DO NOT WRITE BELOW THIS LINE —

**REMARKS**

| NEATNESS | | CHARACTER | |
|---|---|---|---|
| PERSONALITY | | ABILITY | |

| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |
|---|---|---|---|---|
| | | | | |

APPROVED 1 _____ 2 _____ 3 _____
EMPLOYMENT MANAGER    DEPT HEAD    GENERAL MANAGER

THIS APPLICATION FOR EMPLOYMENT IS SOLD ONLY FOR GENERAL USE THROUGHOUT THE UNITED STATES. ADAMS ASSUMES NO RESPONSIBILITY AND HEREBY DISCLAIMS ANY LIABILITY FOR THE INCLUSION IN THIS FORM OF ANY QUESTIONS OR REQUESTS FOR INFORMATION UPON WHICH A VIOLATION OF LOCAL, STATE AND/OR FEDERAL LAW MAY BE BASED. IT IS THE USER'S RESPONSIBILITY TO ENSURE THAT THIS FORM'S USE COMPLIES WITH APPLICABLE LAWS, WHICH CHANGE FROM TIME TO TIME

EEOC 5937

286 Maple Street
Mifflinburg, PA 17844
(570) 966-4794

# Bruce W. Bostian

| | | |
|---|---|---|
| **Education** | 1994-1999 | Indiana University of Pennsylvania   Indiana, PA |
| | B.A., Criminology. | |
| **Professional experience** | 1999 | Ocean City Police Department   Ocean City, MD |

**Seasonal Police officer**
- Patrol boardwalk
- Community policing
- Performed physical arrests
- Certified in fire arms, self-defense tactics and CPR

**Extracurricular activities**

Spring 1994 – High School pier leadership member.

1994-1999 - Played football for Indiana University of Pennsylvania.

1998-1999 – Defensive football captain.

**Interests and activities**

Physical fitness, computers, running, outdoors, and biking

**Volunteer experience**

Summer 1996 – Youth counselor for inner city kids in the setting of college life.

Summers of 1997 & 1998 – Volunteer at football camps.

\* References available upon request