IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

Case No. WDQ-02-CV-648

### ORDER REGARDING MOTION TO STRIKE EXHIBITS

This day came on to be considered, in the above-styled and numbered action, Plaintiff U.S. Equal Employment Opportunity Commission's Motion to Strike Exhibits attached to Defendant LA Weight Loss's Memorandum Setting Forth Objections of Defendant LA Weight Loss to Proposed Scheduling Order Filed by EEOC on April 12, 2004.

The Court finds that the Motion should be, and it is hereby, GRANTED.

It is ORDERED that the following exhibits shall be stricken from the record of this action: (1) Exhibit D to Defendant's Memorandum Setting Forth Objections of Defendant LA Weight Loss to Proposed Scheduling Order Filed by EEOC on April 12, 2004, which is the Affidavit of Karen Siegel (Document No. 74, Attachment #4); and (2) the first page of Exhibit C to Defendant's Memorandum Setting Forth Objections of Defendant LA Weight Loss to

Proposed Scheduling Order Filed by EEOC on April 12, 2004, which contains a social security number (Document No. 74, Attachment #3).

    Signed and entered this _____ day of _____, 2004.

                                                        _____
                                                         HONORABLE WILLIAM D. QUARLES, JR.
                                                                United States District Judge