IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff | * | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor/Plaintiff | * | |
| v. | | Civil No. S-02-CV-648 |
| | * | |
| LA WEIGHT LOSS | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE OF INTERVENOR/PLAINTIFF KATHY KOCH TO OBJECTIONS OF DEFENDANT LA WEIGHT LOSS TO PROPOSED SCHEDULING ORDER**

Intervenor/Plaintiff, Kathy C. Koch, by her attorneys Pamela J. White and Ober, Kaler, Grimes & Shriver, a Professional Corporation, hereby responds to the Objections of Defendant LA Weight Loss To Proposed Scheduling Order Filed by the EEOC on April 12, 2004 Regarding Bifurcation. Ms. Koch fully supports the proposed form of Order Regarding Bifurcation and Scheduling filed by the parties in this action for the reasons stated in the briefs previously submitted on the EEOC's Motion to Bifurcate, LA Weight Loss' Motion for Pre-Trial Conference, and the reasons advanced at argument before the Court on March 24, 2004. At that hearing, the Court heard that there is no sound reason to "trifurcate" the claims of Kathy Koch from the "Stage I" trial of the

741739.1

EEOC's liability claims. No just or economic reason exists to delay trial of Ms. Koch's six year-old claims of retaliatory discharge.

LA Weight Loss' Memorandum Setting Forth Objections adds nothing new to support segregation of Koch's claims, but merely references its previously filed briefs and arguments made at the Court's March 24, 2004 hearing on these matters and decided by the Court's Order of Bifurcation. Accordingly, Intervenor/Plaintiff Kathy C. Koch favors entry of the proposed Order, submitted by the EEOC on April 12, 2004 Regarding Bifurcation and Scheduling.

Respectfully submitted,

*Pamela J. White*

Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

741739.1