# SHAWE ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
410-752-1040
410-752-8861
shawe.com

Electronic Letterhead

Elizabeth Torphy-Donzella
etd@shawe.com
410-843-3458

April 23, 2004

The Honorable ~~Paul W. Grimm~~ Quarles
United States Magistrate Judge
United States District Court for the District of Maryland, Northern
101 W. Lombard Street
Baltimore, MD 21201

Re:   EEOC v. LA Weight Loss
      Civil Action No.: WDQ-02-CV-648

Dear Judge ~~Grimm~~:

On April 12, 2004, Defendant, LA Weight Loss, inadvertently failed to redact Exhibit C to its Memorandum Concerning Objections to the Proposed Scheduling Order filed by the EEOC on that date. The exhibit included an applicant's social security number.

Defendant respectfully requests that the Court permit a redacted version of Exhibit C (Application of Bruce Bostian) to be filed and to replace the previously filed exhibit. Thank you for your assistance, and please accept our apologies for the oversight.

Sincerely,

SHAWE & ROSENTHAL, LLP

|S|

Elizabeth Torphy-Donzella

cc:   Pamela J. White, Esq. (electronically)
      Ronald L. Phillips, Esq. (electronically)
      David Landau, Esq. (electronically)

Paper #80