IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : : | |
| Plaintiff, | : : | |
| and | : : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : : | |
| Intervenor/Plaintiff, | : : | JURY DEMANDED |
| v. | : : | |
| LA WEIGHT LOSS | : : | |
| Defendant. | : : | |

**ORDER**

This day came on to be considered, in the above-captioned matter, Defendant LA Weight Loss's Motion To Extend Deadline For Responding To Plaintiff EEOC's Motion To Strike Exhibits.

The Court finds that the Motion should be and it is hereby, GRANTED.

It is ORDERED that Defendant LA Weight Loss shall have up to and including May 7, 2004, in which to file its Opposition To Plaintiff EEOC's Motion To Strike Exhibits.

It is FURTHER ORDERED that as Defendant has attached as Exhibit A to its Motion for Extension a copy of Defendant's Opposition To Plaintiff EEOC's Motion To Strike Exhibits, the Opposition shall be deemed filed as of the date of the filing of Defendant's Motion for Extension.

DSB:967110.1/LAW024-158357

- 2 -

Signed and entered this _____ day of _____, 2004

                                                        _____
                                                        HONORABLE WILLIAM D. QUARLES, JR.
                                                              United States District Judge