

$50 FEE PAID
#120429
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
STRICT COURT
F OF MARYLAND

2004 MAY 0 P 3:21

EEOC and Kathy C. Koch
      Plaintiff(s)

Case No.: WDQ-02-CV-648

vs.

LA Weight Loss
      Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Torphy Donzella, am a member in good standing of the bar of this Court. My bar number is 10809. I am moving the admission of Jonathan D. Wetchler, Esquire to appear *pro hac vice* in this case as counsel for LA Weight Loss.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | May 20, 2002 |
| Supreme Court of Pennsylvania | June 22, 1984 |
| Supreme Court of Texas (Inactive) | October 30, 1981 |
| U.S. Court of Appeals for the 3d Circuit | March 28, 1997 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court No times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



EEOC and Kathy Koch,

                          Plaintiffs,            Case No. WDQ-02-CV-648

v.

LA Weight Loss,

                          Defendants.

## ADDITIONAL STATE COURTS AND/OR US COURTS IN GOOD STANDING FOR JONATHAN D. WETCHLER, ESQUIRE

| Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the 5th Circuit | November 19, 1982 |
| U.S. District Court for the E.D. of Pennsylvania | 1984 |
| U.S. District Court for the S. D. of Texas | April 12, 1982 |
| U.S. District Court for the E. D. of Texas | December 9, 1983 |

DSB:968525.1/000001-102007

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Elizabeth Torphy-Donzella | Jonathan D. Wetchler, Esquire |
| Printed Name | |
| Shawe + Rosenthal, LLP | Wolf, Block, Schorr & Solis-Cohen LLP |
| Firm | Firm |
| 20 S. Charles St., 11th Flr | 1650 Arch St., 22 Fl, Phila., PA 19103 |
| Baltimore, Md. 21201 | |
| Address | Address |
| 410-752-1040 | (215) 977-2134 |
| Telephone Number | Telephone Number |
| 410-752-8861 | (215) 405-3734 |
| Fax Number | Fax Number |

/ok

*************************************************************************

**ORDER**

☒ GRANTED    ☐ DENIED

5-20-04                    Felicia C. Cannon
Date                       Clerk, United States District Court
                           by: _[signature]_