IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) ) Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) |



MOTION "DENIED" THIS 25 DAY OF ____, 2004
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

## MOTION TO STRIKE EXHIBITS

For the reasons set forth below, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves that the Court strike the following exhibits attached to Defendant LA Weight Proposed Scheduling Order Filed by EEOC on April 12, 2004.

### Affidavit of Karen Siegel

The Affidavit of Karen Siegel, attached as Exhibit D to Defendant's memorandum objecting to the proposed scheduling order in this case, relies upon information that Defendant has refused to disclose to EEOC in response to discovery requests and has denied is within its possession, custody or control. A party that without substantial justification fails to disclose discoverable information may not use such information as evidence on a motion. See Fed. R. Civ. P. 37(c)(1). Defendant should not be permitted to deny EEOC access to discoverable material and then rely on that same