Case 1:02-cv-00648-WDQ   Document 91   Filed 05/27/2004   Page 1 of 2



$50 - FEE PAID
#7804032
____ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<u>EEOC et al</u>
       **Plaintiff(s)**

vs

<u>LA Weight Loss</u>
       **Defendant(s)**

Case No.: <u>WDQ-02-CV-648</u>

## MOTION FOR ADMISSION *PRO HAC VICE*

I, <u>Elizabeth Torphy-Donzella</u>, am a member in good standing of the bar of this Court. My bar number is <u>10809</u>. I am moving the admission of <u>Larry H. Spector</u> to appear *pro hac vice* in this case as counsel for <u>defendant</u>.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania | April 8, 1976 |
| Eastern Dist. of PA | April 28, 1976 |
| U.S. Court of Appeals for the Third Circuit | September 8, 1977 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court <u>0</u> times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice    Page 1 of 3

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature

Elizabeth Torphy - Donzella
Printed Name

Shawe & Rosenthal, LLP
Firm

20 S. Charles Street
Baltimore, MD 21201
Address

410-752-1040
Telephone Number

410-752-8861
Fax Number

PROPOSED ADMITTEE
_____
Signature

Larry H. Spector
Printed Name

Wolf, Block, Schorr & Solis-Cohen, LLP
Firm

1650 Arch Street
Philadelphia, PA 19103
Address

215-977-2049
Telephone Number

215-405-2949
Fax Number

********************************************************************

**ORDER**

☒ GRANTED          ☐ DENIED

5-26-04
Date

Felicia C. Cannon
Clerk, United States District Court
by: Lisa Stevens