IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | * | |
| COMMISSION | * | |
| Plaintiff | | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor/Plaintiff | * | |
| v. | * | Civil No. S-02-CV-648 |
| LA WEIGHT LOSS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits B and E, which are attachments to Intevenor/Plaintiff's Memorandum in Support of Motion for Sanctions exists only in paper format and if scanned will be fifteen pages or more in length.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

_____
Pamela J. White, Bar No. 00181
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21201
Telephone Number: (410) 347-7323
Facsimile Number: (410) 547-0699
E-mail address: pjwhite@ober.com

Attorneys for Intervenor/Plaintiff
Kathy C. Koch

745144