# Kathy Koch
6172 Devon Drive
Columbia, Maryland 21044
(301) 596-1011

March 8, 1998

Lynne Portlock
L A Weight Loss Centers
255 Business Center Drive
Suite 150
Horsham, PA

Dear Lynne,

    I respectfully, but adamantly disagree with the issuance of the Employee Warning Notice which you gave to me on Friday, March 6, 1998. It is clear that the purpose of issuing the Warning Notice was to create a fallacious paper trail to achieve unknown alternate purposes since I have not followed company hiring policy. This is to advise you that I have this morning initiated a formal complaint with the U. S. Equal Employment Opportunity Commission to protest the employment policies of L A Weight Loss Centers.

    Concerning the specific points noted on the Warning, please note the following:

    Point One: In addition to doing a Service Training, you directed me to work with Chaz on phone script and problem solving as well as Program Explanation and with Donielle on problem solving and Program Explanation. I was told to work through lunch with Chaz and volunteered to stay late every night with both employees as their schedule allowed. When neither of them was available, I ran traffic on the floor since the Center was

short staffed.

During my Service Training, two trainees (Julia and Melissa) were in an automobile accident and missed an entire day of training. This unfortunate situation called for me to train them on missed materials while the rest of the class role-played Medical Histories, Prep Explanation, Phone Script and Program Explanation. Each student was assigned a flip chart and appropriate folder and tools. Each trainee was required to take a "client" though the steps of initial contact until Program Explanation and Chart Work-up were completed. All of these steps had been explained in previous trainings as well as role-played not only by me but by each of the trainees.

When the students completed the training (which began on February 23, 1998) they had received scores on the Service Training Exam ranging from a low of mid-80s to a high of almost 100%. They were more than prepared to go to the next step which is in-center observation and hands-on practice. When they left my training they were neither confused nor unprepared as evidenced by their test scores.

Point Two: Without prior discussion with me, you entered the training session and interrupted the class and insisted that a student do an actual medical history right then and there. Everytime the center needed a medical history, another trainee was pulled from training. Trying to make a disruptive situation a learning experience, I had those trainees bring back to class their actual medical history so the class could discuss them for learning purposes. The students were enthusiastic about this approach.

Point Three: You required that I perform an actual Program Explanation during one day of training. This resulted in my having to leave the training class. Again, I assigned my students role-play of Phone Script, Medical History With Prep, Program Explanation with emphasis on bulking not only the sups but the health and weight enhancers as well. I returned approximately thirty minutes after the assignment to find my students all doing well. There were no questions. As evidenced by their test scores, they were not only given the material, but processed it correctly.

Point Four: After you gave me the Warning Notice and you commenced

training me, you belittled me by having me "fetch" your lunch - specifying the type of bread you wanted and the type of cheese you didn't want. Thereafter, when I talked to you about the Warning Notice, I asked you why you hadn't talked to me about this earlier. I asked why you choose a "write-up." I reminded you that I always did what you asked and often far exceeded your request. I asked you why you never sat in on a training session. I asked you why no-one from the corporate training department attended one of my classes. You responded that you were very busy. When I inquired if I had done anything to indicate that I would not be receptive to instruction or guidance from you, you replied "no." I asked why you chose to write me up. You said "That's the way it is."

Point Five: Finally, when you had done everything possible to break my morale, you then subjected me to several incidents of intolerable humiliating sexual harassment.

With all due respect, the wrong individual has been given a Warning Notice. I hereby request that the Warning Notice be removed from my file. Should you refuse to do so, fairness would dictate that pending a final resolution of this matter, a copy of this letter be placed in my file with the Warning Notice.

I have always been and remain ready to continue my job in a professional manner.

*[handwritten: spoke with Kathy Amanov]*

Sincerely,

*Kathy Koch*

Kathy Koch

LA-0010334