1  A.  Correct. So --

2  Q.  What criticisms of her performance do you have, may you yet have of Kathy Koch's performance on those dates?

6  A.  I'm trying to remember who was in training and I don't remember, because that would tell me -- she wasn't -- the training wasn't being done the way we had the cards and the flip chart and I don't remember who was in that training.

13  Q.  You can't remember the specific items on the agenda --

15  A.  No.

16  Q.  -- that you observed?

17  A.  No.

18  Q.  You can't remember the specific elements of her use of the flip chart or the cards with which you had some issue?

22  A.  I don't remember all the specifics, no.

24  Q.  You don't know whether it

486

1 related to the work of the phlebotomist
2 or OSHA regulations?
3    A.   We're in training.
4    Q.   Yes.  That's part of
5 training, isn't it?
6    A.   No.  The phlebotomist is
7 trained afterwards on our OSHA.  That's
8 an element that comes out afterwards.
9    Q.   Well, take a look at the
10 serving training agenda, Exhibit-23, and
11 tell me whether that's assists to refresh
12 your recollection as to specific
13 problems, criticisms of her performance
14 that you had based on your observations
15 on March 10th and/or 11th.
16    A.   I don't specifically
17 remember.
18    Q.   So you don't remember the
19 basis for your decision to terminate her
20 for poor performance, do you?
21    A.   No.
22    Q.   That's correct, you do not
23 recall?
24    A.   That is correct.