UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

June 8, 2004

RE: *EEOC and Kathy Koch v. LA Weight Loss*, WDQ-02-0648.

## LETTER ORDER

Dear Counsel:

Yesterday, June 7, 2004, Plaintiff submitted a motion for sanctions that violated the procedures by which discovery disputes in this case are governed. *See* Paper No. 70, Letter Order dated April 6, 2004.[1] Specifically, Plaintiff neither adhered to the page limit required by the discovery procedures, nor did she request permission to exceed the allotted page limit. Any further violations will result in the filing being returned to Plaintiff without action.

Having been filed, however, any opposition will be filed by Defendant within 11 calendar days, and will be formatted in accord with Local Rule 102.2. Any reply will be filed by Plaintiff within five business days, and will not exceed 10 pages, double spaced.

This is an order of the Court to be filed by the clerk as such.

/s/
Paul W. Grimm
United States Magistrate Judge

---

[1] The discovery procedures state that motions are not to exceed five pages. Notwithstanding, exclusive of exhibits, Plaintiff's memorandum filed in support of the motion for sanctions numbers 29 pages.