```
 1         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
 2
    -------------------------------x
 3  EQUAL EMPLOYMENT OPPORTUNITY   :  CASE NO.
    COMMISSION,                    :
 4         Plaintiff,              :  WDQ-02-CV-648
              AND                  :
 5  KATHY C. KOCH,                 :
           Plaintiff-Intervenor,   :
 6                                 :
              VS.                  :
 7                                 :
    LA WEIGHT LOSS,                :
 8         Defendant.              :
    -------------------------------x
 9
10        Oral deposition of KRISTI O'BRIEN,
11   held at the offices of the Equal
12   Employment Opportunity Commission, Bourse
13   Building, Suite 400, 111 South
14   Independence Mall East, Philadelphia,
15   Pennsylvania, on Thursday, August 28,
16   2003, beginning at 9:35 a.m., before
17   Debra J. Weaver, a Federally Approved
18   Registered Professional Reporter,
19   Certified Realtime Reporter and Certified
20   Shorthand Reporter.
21
              ESQUIRE DEPOSITION SERVICES
22         1880 John F. Kennedy Boulevard
                     15th Floor
23             Philadelphia, PA   19103
                  (215) 988-9191
24
```

Page 258

```
 1      Q.  Did she say that she was not
 2  going to follow your instructions?
 3      A.  I don't recall.  I don't
 4  remember if she said that or not.  She
 5  told me she disagreed with me.  And I
 6  don't remember if after that she said,
 7  but I'll do it or I disagree with you and
 8  I'm going to continue doing it this way.
 9  I don't remember.
10      Q.  Okay.  So you remember she
11  disagreed with you but you don't remember
12  whether she expressed whether or not she
13  was going to defy your instructions?  Is
14  that your testimony?
15      A.  Right.  Yes.
16      Q.  Don't you think you would
17  remember that?
18          MR. LANDAU:  Objection.
19  Argumentative.
20  BY MR. PHILLIPS:
21      Q.  That's okay.  You can
22  answer.
23      A.  I don't remember.  I
24  remember having a conversation with her
```

Page 259

```
 1  and her disagreeing that the agenda
 2  should have been set up this way and that
 3  certain things should come before other
 4  things.  That's what I remember about the
 5  conversation.  Whether she in the end --
 6  I mean, again, I deal with hundreds of
 7  people, lots of trainers, and at the end
 8  of these kinds of conversations, I have
 9  someone say, well, quite honestly, I'm
10  going to continue doing it this way
11  because I think it's more effective, or I
12  see your point and I'm going to do it the
13  way you want me to do it.  And I don't
14  remember ultimately what her response
15  was.
16      Q.  Have you ever had anyone
17  else express to you that they disagreed
18  with you with respect to the agenda and
19  how the training should be conducted, any
20  other trainers express that view to you,
21  that they disagreed with you?
22      A.  Sure.
23      Q.  Were any of those trainers
24  ever fired to your knowledge?
```

Page 260

```
 1      A.  No.  As a matter of fact, I
 2  mean, it's the opposite.  Typically, if I
 3  get feedback like that, then on my next
 4  conference call or in a meeting I will
 5  ask them what they think and if they feel
 6  that the agenda should be changed, if it
 7  would be more effective taught another
 8  way.
 9      Q.  Because we want to improve
10  the program?
11      A.  Sure.  Because if something
12  is not working, I want to know and I want
13  to change it.  That's one of the reasons
14  our training programs change a lot
15  because we're always looking to improve
16  our training program.
17      Q.  So you encourage different
18  viewpoints to see if there are new ideas
19  we can use to improve the program, right?
20      A.  Yes.
21      Q.  So the fact that Ms. Koch
22  may have disagreed with you regarding the
23  agenda and how much time you spend on an
24  item, that fact did not warrant firing?
```

Page 261

```
 1      A.  No.
 2      Q.  Let's talk about the next
 3  item.  You mentioned there was an
 4  inconsistency within Mrs. Koch's
 5  territory with respect to chart work-ups.
 6  How did you come to know that there was
 7  such a problem?
 8      A.  Lynne Portlock told me.
 9      Q.  Okay.  Did you ever have any
10  personal knowledge of how Ms. Koch was
11  performing that training with respect to
12  chart work-ups?
13      A.  What do you mean by personal
14  knowledge?
15      Q.  Did you ever see Ms. Koch
16  performing training on chart work-ups?
17      A.  No.
18      Q.  Did you ever ask Ms. Koch,
19  describe for me how you're performing
20  training on chart work-ups?
21      A.  I don't remember.
22      Q.  Do you recall the specific
23  problem that Lynne Portlock communicated
24  to you regarding chart work-ups?
```

Page 262

1    A.   She reported those three
2  performance areas in one conversation,
3  that these were her issues, that she had
4  employees that were in the field not
5  prepared to conduct and feeling competent
6  and comfortable conducting the daily
7  visits, the medical histories and the
8  chart work-ups.
9    Q.   Well, did you ever think to
10 ask Kathy Koch, what are you doing with
11 respect to chart work-ups?  I mean, was
12 that ever something that -- do you recall
13 doing that?  Do you recall asking her?
14   A.   I believe that Lynne had
15 some coaching sessions.  At the point
16 that I got the call, Lynne had told me
17 that she already had these conversations
18 with Kathy and that these things were
19 being corrected.
20   Q.   Okay.  But listen to my
21 question.  Have you ever had any
22 conversation where you asked Kathy Koch,
23 what are you doing with respect to
24 training people on chart work-ups?  I

Page 263

1  know about Lynne.
2    A.   I don't remember.
3    Q.   Okay.  Let's talk about
4  medical histories.  What was the problem
5  there with medical histories, training on
6  medical histories?
7    A.   The problem, from what I
8  understood, is that the employees leaving
9  Kathy's training program did not feel
10 prepared to conduct medical histories,
11 daily visits, chart work-ups, PEs.
12   Q.   How did you learn of that
13 problem?
14   A.   From Lynne Portlock.  And,
15 evidently, I think at one point she had
16 employees put in writing that they
17 weren't prepared, like did a training
18 evaluation, how prepared were you coming
19 out of training class, is there anything
20 that we can do better, something like
21 that.  So I had read training evaluations
22 from participants in Kathy's training
23 class.
24   Q.   Okay.  Did you personally

Page 264

1  observe Kathy Koch performing training on
2  the issue of medical histories?
3    A.   No.
4    Q.   Did you ever look at a tape
5  of her performing training?
6    A.   No.
7    Q.   Artist's rendering of her
8  performing training?
9    A.   No.
10   Q.   Did you ever ask Kathy Koch,
11 what are you doing with respect to
12 training people on medical histories?
13   A.   I don't remember.  I'm sure
14 I would have because, you know, I talked
15 to Kathy about Lynne calling me and
16 having these concerns.
17   Q.   But do you remember
18 specifically sitting here today asking
19 Kathy Koch, how are you training
20 employees on medical histories?
21   A.   I don't remember that.  No,
22 I don't remember it.
23   Q.   Did you take any notes of
24 your telephone conversations with Ms.

Page 265

1  Koch?
2    A.   I don't remember if I did or
3  not.  Most of the time I did.  But I
4  don't remember specifically if I did
5  that.
6    Q.   Most of the time with Ms.
7  Koch or most of the time --
8    A.   In general.
9    Q.   With anybody?
10   A.   Yes.
11   Q.   Where did you keep those
12 notes?
13   A.   I had a notepad, similar to
14 that.
15   Q.   Did you have a procedure for
16 what you did with those notes?
17   A.   No.
18   Q.   Did you ever have
19 circumstances where you took notes of
20 conversations involving allegations of
21 training deficiencies other than Ms.
22 Koch?  Do you recall taking notes during
23 any conversation --
24   A.   Yes.

Page 266

1   Q.  -- other than Ms. Koch?
2   A.  Yes.
3   Q.  Okay.  What did you do with
4   those notes?
5   A.  Well, for a while I'd save
6   those pads, but then eventually I'd
7   probably discard them.  If it was a
8   corrective counseling session, if it was,
9   you know, something that I felt needed to
10  go into their employee file, I'd put it
11  in their employee file.
12  Q.  Would a training deficiency,
13  would that fall within the category of
14  things that need to go in an employee's
15  file?
16  A.  Yes.
17  Q.  Do you recall putting any
18  notes regarding Kathy Koch in her file?
19  A.  I don't believe I did.
20  Q.  Generally, how long would
21  you keep those notes?
22  A.  Not long.  A couple months.
23  Q.  Did you ever receive any
24  instruction from anybody at the company

Page 267

1   that you need to keep all of your notes
2   regarding Kathy Koch, if any?
3   A.  No.
4   Q.  Okay.  So it's fair to say
5   that, with respect to medical histories
6   then, that your recollection is that you
7   got the information on training problems
8   from Lynne Portlock?
9   A.  Yes.
10  Q.  Okay.  What specifically was
11  it about the medical history that was
12  Lynne's concern?  Was it what you just
13  talked about with the employees
14  complaining that they were not adequately
15  prepared?
16  A.  Yes.
17  Q.  Well, you mentioned that you
18  reviewed the employee statements?
19  A.  Yes.
20  Q.  Did you talk to the
21  employees --
22  A.  No.
23  Q.  -- who wrote those
24  statements?

Page 268

1   A.  No.
2   Q.  Did you talk to Kathy about
3   those statements?
4   A.  I don't remember.
5   Q.  And you testified earlier,
6   you never actually went out and looked at
7   how Kathy Koch was performing the medical
8   history training, right?
9   A.  Yes.
10  Q.  As a matter of fact, you've
11  never observed her performing any
12  training, correct?
13  A.  Correct.
14  Q.  So you were relying on what
15  Lynne Portlock was telling you, correct?
16  A.  Correct.  She was her active
17  supervisor.
18  Q.  Did you have other occasions
19  during that time frame where an area
20  supervisor contacted you and said, I've
21  got a problem with a trainer, with their
22  training performance?
23  A.  I don't recall.  No.  Not
24  right now.

Page 269

1   Q.  Do you recall any instance
2   ever of that happening in your entire
3   career?
4   A.  Sure.  Yes.
5   Q.  Okay.  And are those some of
6   the instances we talked about earlier,
7   for example, Marci Goldshlack?  That's
8   what we're talking about?
9   A.  Yes.
10  Q.  Other than Marci Goldshlack,
11  do you remember any instances of an area
12  supervisor, or a regional supervisor or a
13  general manager, contacting you and
14  saying, got a problem with a trainer,
15  training performance is not good, or
16  words to that effect, there's a problem
17  with her training, other than Ms.
18  Goldshlack and Ms. Koch?
19  A.  Yes.
20  Q.  Okay.  Who are the trainers?
21  A.  One I'm thinking of right
22  now is Laura Terrell.  She was New York.
23  I'd have to think about it.  But, yes,
24  I've received calls in the past about

Page 274

1  that you had with respect to Ms. Koch in
2  1998?
3      A.  No.
4      Q.  Okay.  How are they
5  different?
6      A.  I was not as active with the
7  trainers as the directors of training are
8  now or in the last three years.  The
9  person that was giving them feedback,
10 critiquing them, working with them was
11 their supervisor.
12     Q.  Okay.  I want to go back
13 to -- I think we had covered the problems
14 you were seeing or the problems that you
15 were made aware of with respect to Ms.
16 Koch with respect to inconsistencies with
17 the agenda in her territory, within her
18 territory.  You also mentioned some
19 inconsistencies with her approach that
20 you believe was taking place as compared
21 to other territories.  Because, remember,
22 where he talked about within the
23 territory, inconsistency among centers,
24 and then we talked about -- we set aside

Page 275

1  for a moment the inconsistency between
2  territories.  Now I want to go back to
3  that.  What were the problems that you
4  became aware of on that issue?  Was it
5  the same ones we just talked about?
6      A.  Yes.  Because our goal was
7  that our training plan was our training
8  plan, and that if we had certain topics
9  outlined for day one, that's what we
10 wanted taught on day one through day
11 five.  So that we had a way of managing
12 what was being taught in our training
13 classes company-wide.
14     Q.  Okay.  So is it fair to say
15 that when you talked about the issue of
16 not following the training agenda that,
17 regardless of whether we're talking about
18 consistency between centers or
19 consistency between territories and
20 trainers, what you were talking about was
21 the issues of the program explanation,
22 chart work-up, medical history, correct?
23     A.  Yes.
24     Q.  Okay.  With respect to

Page 276

1  following the agenda, was there any other
2  specific item that was of concern?
3      A.  I believe her approach with
4  the center level employees and her
5  ability to get along with them and have
6  them learn from her.  There was a
7  conflict with the center level employees.
8      Q.  Okay.  How did you learn of
9  that?
10     A.  Lynne Portlock.
11     Q.  What did Lynne say to you
12 about that issue?
13     A.  I don't remember
14 specifically, but, in general, that her
15 employees didn't like Kathy, didn't
16 want -- that she had some requests that
17 some of her employees did not want her
18 back in their centers.  You know, she
19 didn't want her employees upset.  You
20 know, she was, you know, afraid of losing
21 them, some of them quitting over it,
22 those type of issues.
23     Q.  Did she say that someone had
24 specifically threatened to quit if there

Page 277

1  wasn't something done to remedy Ms.
2  Koch's performance?  Did she say that,
3  someone had been threatening to quit?
4      A.  She said that she was
5  worried about her visiting centers
6  because she was upsetting them.  And the
7  last thing that she could do is lose
8  employees over this.
9      Q.  Okay.  So she said she was
10 upsetting employees?
11     A.  Yes.
12     Q.  Did she say what Ms. Koch
13 was doing that was upsetting people?
14     A.  Again, she commented on her
15 approach, how she approved them.
16     Q.  What was wrong with the
17 approach, according to Ms. Portlock?
18     A.  I don't remember
19 specifically what she said.  In general,
20 it was about her being -- interrupting
21 them, just as I said earlier, being --
22 not creating a positive learning
23 environment.
24     Q.  I mean, I understand that