IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KATHY C. KOCH, )<br>)<br>Plaintiff Intervenor, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS CENTERS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. WDQ-02-CV-648<br>(Magistrate Judge Paul W. Grimm) |

## **NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit G, which is an attachment to Defendant LA Weight Loss's Response to Intervenor/Plaintiff's Motion for Sanctions exists only in paper format and is 15 pages or longer. It will be filed with the Clerks Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

DSB:972863.4/LAW024-142120

- 2 -

                                             Respectfully submitted,

                                             _____/s/_____

David Landau
Larry Spector
Jonathan Wetchler
David Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2052

Elizabeth Torphy-Donzella
Bar No. 10809
SHAWE & ROSENTHAL, LLP
20 S. Charles St.
Baltimore, MD 21201
410 742 1040

**Attorneys for Defendant
LA Weight Loss Centers, Inc.**

Dated: June 21, 2004