IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>KATHY C. KOCH,<br><br>    Plaintiff Intervenor,<br><br>v.<br><br>LA WEIGHT LOSS CENTERS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. WDQ-02-CV-648<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRIVILEGE LOG OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.

| DOCUMENT DATE | AUTHOR | RECIPIENT | DESCRIPTION | BASIS |
|---|---|---|---|---|
| May 13, 1998 | Karen Siegel | David Landau, Esq. | Redacted Handwritten Notes on a fax cover sheet from Ms. Siegel to Mr. Landau regarding the transmission of documents pertaining to legal advice requested by client on unrelated claim. | Attorney-Client Privilege |
| May 19, 1998 | David Landau, Esq. | Karen Siegel | Attachment to fax cover sheet containing draft of letter prepared by counsel for client review and comment containing attorney's mental impressions of | Attorney-client privilege and attorney work product |

DSB:970002.1/LAW024-142120

|  |  |  | Koch's claim of retaliation |  |
|---|---|---|---|---|
| June 4, 1998 | David Landau, Esq. | Karen Siegel | Portions of memorandum containing attorney's mental impressions related to settlement discussions with Plaintiff's counsel | Attorney-client privilege and attorney work product |
| December 6, 1999 | Amy Miraglia, Seq. | Karen Siegel | Redacted portion of letter from attorney to client re: mental impressions of counsel | Attorney-client privilege and attorney work product |

_____
David Landau
David Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2049

Elizabeth Torphy-Donzella
SHAWE & ROSENTHAL, LLP
20 S. Charles St.
Baltimore, MD 21201
410 742 1040

**Attorneys for Defendant LA Weight Loss**

Dated: May 28, 2004