### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KATHY C. KOCH, )<br>)<br>Plaintiff Intervenor, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS CENTERS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. WDQ-02-CV-648 |

## NOTICE OF APPEAL

Notice is hereby given that LA Weight Loss Centers, Inc., defendant in the above captioned case, appeals to the United States Court of Appeals for the Fourth Circuit the May 25, 2004 Order Regarding Bifurcation and Scheduling (Docket No. 89).

- 2 -

                          Respectfully submitted,

                        _____/s/_____

David Landau
Larry Spector
Jonathan Wetchler
David Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2052

Elizabeth Torphy-Donzella
Bar No. 10809
SHAWE & ROSENTHAL, LLP
20 S. Charles St.
Baltimore, MD 21201
410 742 1040

**Attorneys for Defendant
LA Weight Loss Centers, Inc.**

Dated: June 24, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Defendant LA Weight Loss Centers, Inc.'s Notice of Appeal to be filed with the Court and served electronically on this day, the 24th day of June 2004, upon the parties set forth below:

> Pamela J. White, Esquire
> Ober, Kaler, Grimes & Shriver, P.C.
> 120 East Baltimore Street
> Baltimore, Maryland 21201
>
> Attorney for Intervenor/Plaintiff
>
>
> Ronald L. Phillips, Esquire
> U.S. Equal Employment Opportunity Commission
> Baltimore District Office
> 10 South Howard Street, 3rd Floor
> Baltimore, MD 21201
>
> Attorneys for Plaintiff

> _____/s/_____
> David Gollin

Dated:   June 24, 2004