**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KATHY C. KOCH, | ) | Case No. WDQ-02-CV-648 |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LA WEIGHT LOSS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**SECOND NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Kenneth M. Golski, Trial Attorney, will no longer serve as

counsel of record for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") in the

above-styled and numbered action.  Plaintiff EEOC hereby submits the substitution of counsel of

Cecile C. Quinlan, Senior Trial Attorney, who will replace Mr. Golski as counsel of record for

Plaintiff EEOC.  Ms. Quinlan's contact information is as follows:

> Cecile C. Quinlan (Bar No. 06072)
> Senior Trial Attorney
> EEOC-Baltimore District Office
> City Crescent Building, 3rd Floor
> 10 South Howard Street
> Baltimore, Maryland 21201
> telephone: (410) 962-4239
> facsimile: (410) 962-4270/2817

All other counsel of record for Plaintiff EEOC shall remain the same.

Respectfully submitted,

       /s/
TRACY HUDSON SPICER
Supervisory Trial Attorney
CORBETT L. ANDERSON
Senior Trial Attorney
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone:  (410) 962-4623
Facsimile:   (410) 962-4270/2817

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Second Notice of Substitution of Counsel was filed and served electronically on this day, the 28th day of June 2004. The undersigned further certifies that a copy of the aforementioned document shall be served, via regular mail, upon David L. Gollin, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch St., 22nd Floor, Philadelphia, PA 19103, and upon Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 E. Baltimore St., Baltimore, MD 21202, on the 29th day of June 2004.


                    /s/
        _____
        RONALD L. PHILLIPS
        Trial Attorney
        Baltimore District Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 962-4628
        Facsimile number: (410) 962-4270/2817