**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

June 30, 2004

RE: *EEOC and Kathy Koch v. LA Weight Loss*, WDQ-02-0648.

**LETTER ORDER**

Dear Counsel:

 Pursuant to its Order of June 23, 2004, Paper No. 98, the Court conducted a telephone hearing on June 29, 2004, to hear additional argument and rule on Plaintiff Intervenor Koch's motion for sanctions, which was ripe for ruling. (Paper Nos. 94, 97 and 100). The hearing was transcribed by a court reporter, and a copy of the transcript was ordered to be produced to the undersigned by counsel for Koch within 10 days of the hearing. It will be filed with the clerk once produced.

 For the reasons stated during the hearing, which are incorporated herein by reference, Koch's motion is granted in part, and denied in part. Each party will be responsible for its own costs and attorneys' fees associated with the motion. Because I find that the relief granted was sufficiently less than what was requested, it would be unjust to require Defendant to pay Koch's costs and counsel's fees. *See* Fed. R. Civ. P. 37(b)(2).

 Pursuant to Local Rule 301.5a, this Order will not be stayed by the undersigned in the event any exceptions are filed with Judge Quarles.

 This is an Order of the Court to be filed with the clerk as such.

_____/s/_____
Paul W. Grimm
United States Magistrate Judge
