IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EEOC

vs.     :   CRIMINAL DOCKET NO. WDQ-02-648

LA Weight Loss Centers, Inc., et al.

## ORDER

IT IS ORDERED this _30th_ day of June, 2004, pursuant to Rule 11(e) of the Federal Rules of Appellate Procedure, that the record in this case is retained for the use by this Court in ongoing litigation.

THE COURT FURTHER ORDERS that the Interlocutory Notice of Appeal of the appellants, **EEOC v. LA Weight Loss Centers, Inc.** received 6/24/04 and any transcripts which may be ordered for the purposes of appeal are excepted from this Order and will be transmitted to the United States Court of Appeals, for the Fourth Circuit, together with a copy of this Order, the docket entries and copies of such pleadings as the parties may designate, such copies to be furnished by the parties within two (2) weeks of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE