IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Plaintiff | * | |
| and | * | |
| KATHY C. KOCH | * | |
| Intervenor/Plaintiff | * | |
| v. | * | Civil No. Q-02-CV-648 |
| LA WEIGHT LOSS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Intervenor/Plaintiff, Kathy C. Koch.

I certify that I am admitted to practice in this court.

/s/_____
Carla N. Bailey, Trial Bar No. 26367
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland  21202-1643
Telephone No. 410-685-1120
Facsimile No. 410-547-0699

Attorney for Intervenor/Plaintiff, Kathy C. Koch

746963