
not required

FEE PAID
FEE NOT PAID
(SEND LETTER)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>KATHY C. KOCH,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LA WEIGHT LOSS,<br><br>Defendant. | Case No. WDQ-02-CV-648 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Tracy Hudson Spicer, am a member in good standing of the bar of this Court. My bar number is 08671. I am moving the admission of M. Jean Clickner to appear *pro hac vice* in this case as counsel for Plaintiff U.S. Equal Employment Opportunity Commission. We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | 1999 |
| Third Circuit Court of Appeals | 1990 |
| US District Court/WD PA | 1990 |
| Pennsylvania Supreme Court | 1985 |

1



2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3 The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court

5 The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court

6. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings

7. The proposed admittee is a federal government attorney whom will be appearing on behalf of the Plaintiff in her official capacity. Accordingly, the fee for application for admission *pro hac vice* is not enclosed.

Respectfully submitted,

MOVANT
_____
Tracy Hudson Spicer
Supervisory Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone: (410) 962-4623
Facsimile: (410) 962-4270/2817

PROPOSED ADMITTEE
_____
M. Jean Clickner
Senior Trial Attorney
EEOC-Pittsburgh Area Office
1001 Liberty Ave., Suite 300
Pittsburgh, PA 15222

Telephone: (412) 644-6439
Facsimile: (412) 644-4935

*******************************************************************************

**ORDER**

✓ GRANTED        DENIED

7-13-04
_____
Date

Felicia C. Cannon
_____
Clerk, United States District Court
by Lena Stevison

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing Motion for Admission *Pro Hac Vice* was served via regular mail upon David L. Gollin, Wolf, Block, Schorr and Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103; and Pamela J. White, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202, on this day, the 13th day of July 2004.

                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        EEOC-Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, Maryland 21201
                                        Telephone:  (410) 962-4628
                                        Facsimile:  (410) 962-4270/2817