cdi3E

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FILED:
July 12, 2004

TRANSCRIPT ORDER ACKNOWLEDGMENT

TO: Paul Mackaro
cc: Stephanie Savoy
    Clerk, US District Court

RE: 04-1814 EEOC v. LA Weight Loss Cntr
    CA-02-648-1-WDQ




A Transcript Order for this case was received by the court of appeals on 7/8/04.

Under the Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit, the transcript will be due on 9/10/04. If it is filed after that date, financial sanctions will be applicable.

This transcript will be deemed ordered and due on the above date if a response is not mailed within 7 days of receipt of this Acknowledgment by the reporter. Do not return this form if the Transcript Order is clear, you are the proper person from whom a transcript should be ordered, satisfactory financial arrangements have been made, the date of the order appears correct and the order is otherwise clear and correct.

If there are problems with the Transcript Order, check the appropriate box below and return a copy to the court of appeals and a copy to the district court reporter coordinator.

    Criminal Justice Act funds have not been approved (CJA 24)

    Motion for transcript at government expense has not been granted [28 U.S.C. section 753(f)]

    Satisfactory financial arrangements have not been made.
    Reason: [ ] Deposit not received   [ ] Other (specify)

_____

[   Transcript Order is unclear - proceedings requested should be more specific or dates of proceedings are incorrect.

]   Transcript Order has not been received by reporter or, [ ] was received after Transcript Order was received by court of appeals

]   Other (specify)

_____



UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JUL 14 2004

TRANSCRIPT ORDER

DISTRICT OF MARYLAND
BY _____ DEPUTY

READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style L.A. Weight Loss Centers, Inc. v. Equal Employment Opportunity Commiss.
District Ct. No. WDQ-02-648   District Maryland
Date Notice of Appeal filed June 29, 2004   Ct. of Appeals No. not yet assigned
Name of Court Reporter/Electronic Rec. _____
Address of Reporter _____

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT - DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER. IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45. ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANT'S DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL. A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

PROCEEDING                              HEARING DATE(S)

☐ Voir Dire
☐ Opening Statement (Plaintiff)
☐ Opening Statement (Defendant)
☐ Closing Argument (Plaintiff)
☐ Closing Argument (Defendant)
☐ Opinion of Court
☐ Jury Instructions
☐ Sentencing
☐ Bail Hearing
☐ Pre-Trial Proceedings (specify)

☐ Testimony (specify)

☒ Other (specify)   March 24, 2004 motions Hearing

FILED
JUL 8 2004
U.S. Court of Appeal.
Fourth Circuit

TOTAL ESTIMATED PAGES _____

NOTE: FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
☒ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)   Stephanie Savoy of U.S. D.Ct. advises she w. contact Reporter Paul MacKr.
☐ Criminal Justice Act. A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies.)
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
☐ Advance payment waived by court reporter.
☐ Federal Public Defender - no CJA Form 24 necessary.

Signature _____   Typed Name Elizabeth Torphy-Donzella
Address Shawe Rosenthal, 20 S. Charles Street, 11th Floor, Baltimore, MD 21201
Telephone No. 410-843-3458   Date Mailed to Reporter 6-29-2004
Clerk