IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) ) Case No. WDQ-02-CV-648 |
| Plaintiff Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS CENTERS, INC., | ) ) |
| Defendant. | ) ) |

## DESIGNATION OF RECORD ON APPEAL

Pursuant to this Court's July 1, 2004, Order, defendant LA Weight Loss Centers, Inc. and plaintiff EEOC hereby designate the following docket entries as the record on appeal, copies of which are attached hereto.

| DOCKET NUMBER | DOCUMENT NAME AS REFLECTED ON CIVIL DOCKET |
|---|---|
| | CIVIL DOCKET FOR CASE # 1:02-cv-00648-WDQ |
| 1 | COMPLAINT; DEMAND for jury trial by EEOC |
| 4 | ANSWER to Complaint by LA Weight Loss |
| 10 | MOTION to Intervene as a Plaintiff by Kathy C. Koch with proposed Complaint of |

DSB:975828.1/LAW024-158357

|  | Intervenor/Plaintiff and Prayer for Jury Trial |
|---|---|
| 12 | ORDER GRANTING as unopposed Motion to Intervene as a Plaintiff by Kathy C. Koch |
| 20 | STIPULATION and ORDER to Amend Intervenor's Complaint and "APPROVAL" |
| 21 | INTERVENOR'S FIRST AMENDED COMPLAINT |
| 23 | ANSWER by LA Weight Loss to First Amended Complaint |
| 46 | MOTION to Bifurcate Trial and Discovery by EEOC |
| 50 | RESPONSE to MOTION to Bifurcate Trial and Discovery Filed by Kathy C. Koch |
| 53 | MOTION Pre-Trial Conference by LA Weight Loss |
| 54 | RESPONSE re MOTION Pre-Trial Conference filed by Kathy C. Koch |
| 55 | REPLY to Reponse to Motion re MOTION Pre-Trial Conference, Motion to Bifurcate Trial and Discovery filed by EEOC |
| 57 | MOTION for Leave to File Reply Brief in Support of Motion to Bifurcate by LA Weight Loss |
| 59 | RESPONSE in Opposition re Motion for Leave to File Reply Brief in Support of Motion for Pre-Trial Conference Regarding EEOC Motion to Bifurcate or, in the alternative, Motion to File Memorandum in Rebuttal to Defendant's Sur-Reply Brief filed by EEOC |
| 64 | REPLY BRIEF in Support re MOTION Pre-Trial Conference and regarding EEOC motion to bifurcate filed by LA Weight Loss |

| | |
|---|---|
| 65 | ORDER granting Unopposed Motion of plaintiff for Leave to file amended complaint, granting Motion of plaintiff to Bifurcate trial and discovery. . . |
| 66 | AMENDED COMPLAINT against all defendants, filed by EEOC |
| 73 | NOTICE by Equal Employment Opportunity Commission of Filing of Order Regarding Bifurcation and Scheduling |
| 74 | Defendant's Objections to Proposed Scheduling Order Filed by the EEOC on April 12, 2004, Regarding Bifurcation by LA Weight Loss |
| 78 | NOTICE by EEOC of filing of Rebuttal to Defendant's Memorandum Setting Forth Objections to Proposed Scheduling Order |
| 79 | RESPONSE re Memorandum to Objections of Defendant LA Weight Loss to Proposed Scheduling Order filed by Kathy C. Koch |
| 89 | ORDER Regarding Bifurcation and Scheduling |
| 96 | ANSWER to Amended Complaint by LA Weight Loss |
| 99 | NOTICE OF APPEAL by LA Weight Loss |
| 103 | ORDER "DIRECTING" that the Interlocutory Notice of Appeal received 6/24/04 and any transcripts which may be ordered for the purposes of appeal are excepted from this Order and will be transmitted to the USCA together with a copy of this Order, the docket entries and copies of such pleadings as the parties may designate, such copies to furnished by the parties within two weeks of the date of this order. |

Respectfully submitted,

*David Landau*

David Landau
Larry Spector
Jonathan Wetchler
David Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2052

Elizabeth Torphy-Donzella
Bar No. 10809
SHAWE & ROSENTHAL, LLP
20 S. Charles St.
Baltimore, MD 21201
410 742 1040

**Attorneys for Defendant
LA Weight Loss Centers, Inc.**

*Ronald L. Phillips* /ETD w/ authoriz.

Ronald L. Phillips
U.S. Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
410 962 4628

Paul D. Ramshaw
U.S. Equal Employment Opportunity Commission
Room 7018, 1801 L. Street NW
Washington, DC 20507
202 663 4737

**Attorneys for Plaintiffs**

Dated: July 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2004, I caused a true and correct copy of the foregoing Designation of Record on Appeal to be served upon the following via first-class postage pre-paid mail:

>Pamela J. White, Esquire
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21201
>
>*Attorney for Intervenor/Plaintiff*

Elizabeth Torphy Donzella

Dated: July 14, 2004

DSB:975828.1/LAW024-158357

- 5 -