IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  ) ) ) | |
| Plaintiff,  ) ) | |
| and  ) ) | |
| KATHY C. KOCH,  ) | Case No. WDQ-02-CV-648 |
| ) ) | |
| Plaintiff Intervenor,  ) ) | |
| v.  ) ) | |
| LA WEIGHT LOSS CENTERS, INC.,  ) ) | |
| Defendant.  ) ) | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit B, which is an attachment to *Defendant LA Weight Loss Center Inc.'s Memorandum of Law in Support of Objections to Magistrate Judge's Recommendation of June 24, 2004, On Plaintiff Intervenor Kathy Koch's Motion for Sanctions* exists only in paper format and is 15 pages or longer. It will be filed with the Clerks Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

DSB:976370.1/LAW024-142120

- 2 -

Respectfully submitted,

_____/s/_____
David Landau
Larry Spector
Jonathan Wetchler
David Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2052

Elizabeth Torphy-Donzella
Bar No. 10809
SHAWE & ROSENTHAL, LLP
20 S. Charles St.
Baltimore, MD 21201
410 752 1040

**Attorneys for Defendant
LA Weight Loss Centers, Inc.**

Dated: July 19, 2004