EXHIBIT
PORTLOCK-3
SBC 9/25/03

Julia N. Palmer

(1) How many times (in training) were the following role-played?

① phone script          ? w/trainers: twice ; w/partners: 10+th
② p.e.                  ? five times
③ medical history       ? over ten times
④ product price list    ? twice
⑤ herb dosage           ? twice
⑥ ledger card           ? twice

(2) If you could change the training, how would you have changed the training to make it more effective?

If I could change the training, I would make it more effective by having ~~never~~ more role-playing, eventual hands-on training (med. history, program explanation, phone script), then ~~testing~~ paperwork testing - 3 days before last day of training, and hands-on testing - 2 days before last day of training. Concentration on what needs to be learned should be through trainer (this was done). Memorization was effective for test purposes, and ~~this~~ short type of job purposes. Quizzes should be given throughout.

LA-0010335

3/10 Missy

Notes

~~Other~~

① How many times in training? were the following roleplayed

Phone Script? twice

PE? 3 times / 4

Medical History? continued through the whole training

Product Price list? twice

Enter vitamins
herbal dosage? twice

Back of ledger card? twice

②) If you could change the training to help? How would you change the training to make it effective? Spend more time on role playing gives you a general idea what its going to actually be like. Less stress about passing the test.

LA-0010336

How training went:

Robin

- When training started everything was on a positive note. Started w/phone script. We went over who answers the phone + what order. We also went over chain of command in the center. Then on about 3rd or fourth day we were introduced to the phone script we went around the room + everyone read the phone script (a paragraph each) then on the last day of training the reason for the phone script was introduced such as; build rapport, maintain control. I felt we should have gone over the phone script the first day from beginning to end. Explaining it is the life line of our business. Also the importance of a SOA. The importance of a SOA was never explained such as urgency - why it is so important to get the client in when they are still excited. We also did roll playing w/phone

- training on PE.
  When we were trained on PE's Cathy did a PE + went through the flip chart + did a PE 1X then when she was done she had us rehearse 1X on eachother. The part I found confusing, after PE was explained to us + we had to do a PE out of training we were not taught how to work up a chart we were taught drop sequences but we were not shown how to work up a chart + that there was a fast food list or a frozen food list + how to explain them. We also were not shown what go paper work goes in a client folder or a dem folder. We also were not shown how to mark supps purchased or that the whole top of the treatment chart should be filled out such as name, center, by

- Inventory sheet + peg sheet.
  Cathy was sick one day + had to leave for the doctor so she had to rush + show us the peg sheet + how to write in what supps were taken this training consist for about 5 min. max.

3/10/98

Out of training          Newark

Prepared for

1) Medical Histories
2) Greeting Clients in A positive friendly fashion

Not as well Prepared for

1) Phone Script / Chain of Command for Phone
2) Flow / how to conduct daily visit
3) Color coding in daily visit / workup of new charts
4) Drop Sequence
5) Product pricing
6) Enhancer Dosage
7) How to Document Lead bookings
8) Program Explanation Presentation
9) Writing up sales on Peg sheet.



LA-0010338

- PE - not enough roll playing
- pricing of floor prices not made clear
- how to explore a daily visit and correct charting
- phone script more roll playing + overcoming concerns.
- job description for each person
- I found when we did a medical history we never did one from start to finish.
- more training on work ups - what goes in the folders
- what goes in client folder + dem folder
- supps given out - inventory sheet
- I found training alittle confusing at times. When I looked back to refer to my notes the had changed from the original explanation.

*A. Hallman*

LA-0010339

BronJuleen

Needed for Training

— More training on PE's

— Knowledge of pricing on floor as well as PE's.

— Questions to ask on a daily visit

— Proper documentation of med x form (complete a whole med x at 1 time)

— Tele. script — more roll play & reasons for SDA's

— Job description of what each player does in center.

— Proper documentation of daily + purchase ~~order~~ & token block.

— all product costs.