# EMPLOYEE WARNING NOTICE


EXHIBIT
Porthock-2
SBC 9/25/03

NAME: Kathy Koch
WARNING DATE: 3/6/98

**VIOLATIONS**
- [ ] ATTENDANCE
- [ ] CARELESSNESS
- [ ] CONDUCT
- [ ] INSUBORDINATION
- [ ] PERSONAL WORK
- [ ] REFUSAL TO WORK OVERTIME
- [ ] SAFETY
- [ ] TARDINESS
- [ ] UNAUTHORIZED ABSENCE
- [x] WORK QUALITY
- [ ] WILLFUL DAMAGE TO COMPANY PROPERTY
- [ ] OTHER

**WARNINGS PREVIOUSLY**

| WARNING # | DATE | ORAL | WRITTEN | SIGNED |
|---|---|---|---|---|
| 1 | 3/4/98 |  | X |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |

**COMPANY STATEMENT**
Ineffective training. Kathy's employee training on 2/23/98 did not cover PE's with Roll play. Not enough time was spent on phone script, not enough time zones.
Signed: Lynne Portlock
Title: Area supervisor
Date: 3/6/98

**EMPLOYEE STATEMENT**
- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.
REASONS: I respectfully disagree with this statement
Signed: Kathy C. Koch
Date: 3/6/98

**ACTION TAKEN**
On 3/6/98 - day was spent covering effective training with Kathy and will be followed on 3/9/98 training

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _____ DATE _____
SUPERVISOR Lynne E Portlock DATE 3/6/98

- [ ] This form was refused by Employee

SUPERVISOR _____ DATE _____

If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, it must be maintained in a separate medical file and treated as confidential in accordance with applicable law and regulations.

Adams                Employee Warning Notice

LA-0010330

was spent - on homework of wk-up to where entire class had a full understanding of supplement prices and savings cost of health enhancers and wt. enhancers was not covered.

- Kathy's training left employee's confused. and not enough knowledge to place them in a center the following wk -

Therefor I had to spend an entire day covering material that wasn't properly covered

LA-0010331