**Kathy Koch**
6172 Devon Drive
Columbia, Maryland 21044
(301) 596-1811

March 8, 1998

Lynne Portlock
L A Weight Loss Centers
255 Business Center Drive
Suite 150
Horsham, PA

Dear Lynne,

I respectfully, but adamantly disagree with the issuance of the Employee Warning Notice which you gave to me on Friday, March 6, 1998. It is clear that the purpose of issuing the Warning Notice was to create a fallacious paper trail to achieve unknown alternate purposes since I have not followed company hiring policy. This is to advise you that I have this morning initiated a formal complaint with the U. S. Equal Employment Opportunity Commission to protest the employment policies of L A Weight Loss Centers.

Concerning the specific points noted on the Warning, please note the following:

Point One: In addition to doing a Service Training, you directed me to work with Chaz on phone script and problem solving as well as Program Explanation and with Donielle on problem solving and Program Explanation. I was told to work through lunch with Chaz and volunteered to stay late every night with both employees as their schedule allowed. When neither of them was available, I ran traffic on the floor since the Center was



LA-0010332

training me, you belittled me by having me "fetch" your lunch - specifying the type of bread you wanted and the type of cheese you didn't want. Thereafter, when I talked to you about the Warning Notice, I asked you why you hadn't talked to me about this earlier. I asked why you choose a "write-up." I reminded you that I always did what you asked and often far exceeded your request. I asked you why you never sat in on a training session. I asked you why no-one from the corporate training department attended one of my classes. You responded that you were very busy. When I inquired if I had done anything to indicate that I would not be receptive to instruction or guidance from you, you replied "no." I asked why you chose to write me up. You said "That's the way it is."

Point Five: Finally, when you had done everything possible to break my morale, you then subjected me to several incidents of intolerable humiliating sexual harassment.

With all due respect, the wrong individual has been given a Warning Notice. I hereby request that the Warning Notice be removed from my file. Should you refuse to do so, fairness would dictate that pending a final resolution of this matter, a copy of this letter be placed in my file with the Warning Notice.

I have always been and remain ready to continue my job in a professional manner.

*[handwritten: spoke with Kathy Amano v/ that]*

Sincerely,

*Kathy Koch*

Kathy Koch