IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY          *
COMMISSION
                    Plaintiff          *

and
                                       *

KATHY C. KOCH
                                       *      Civil No. S-02-CV-648
                    Intervenor/Plaintiff
                                       *

        v.
                                       *

LA WEIGHT LOSS
                                       *
                    Defendant
*     *     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits A, B and D, which are attachments to the Memorandum of Intervenor Plaintiff

Koch Opposing Objections of LA Weight Loss to Findings and Recommendation by Judge

Grimm on June 29, 2004 exist only in paper format and if scanned will be fifteen pages or more

in length.  They will be filed with the Clerk's Office in paper format.

        I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the document identified above.


August 2, 2004                    _____
                                  Pamela J. White, Bar No. 00181
                                  Carla N. Bailey, Bar No. 4714
                                  Ober, Kaler, Grimes & Shriver
                                  120 East Baltimore Street
                                  Baltimore, Maryland  21201
                                  Telephone Number: (410) 347-7323
                                  Facsimile Number: (410) 547-0699
                                  E-mail address: pjwhite@ober.com


U.S. District Court (1/6/2003) Notice of Filing of Lengthy Exhibit