

## Karen Siegel
Director of Human Resources
Phone #: 215-773-1108
Fax #: 215-328-9251

*Corporate Office*
255 Business Center Drive, Suite 150
Horsham, PA 19044

Company: _____

Attention: __Amy MIRAGLIA_____

Number of Pages: __14__  Date: __1/5/98__
(Including this page)

**Memo:**

---

### CONFIDENTIALITY NOTICE

This communication is intended for the sole use of the person to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure.

Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited.

If you have received this communication in error, please phone this office immediately (if necessary, call collect at the number listed above) and either destroy the communication or return it to the above address.

MAR-24-98 WED 09:06 AM   NE PORTLOCK                 368 3409      P.01

3/10/98

<u>Out of training</u>          Newark

<u>Prepared for</u>

1) Medical Histories
2) Greeting Clients in A positive friendly fashion

<u>Not as well Prepared for</u>

1) PhoneScript / Chain of Command for Phone
2) Flow / how to conduct daily visit
3) Color coding in daily visit / workup of new charts
4) Drop Sequence
5) Product pricing
6) Enhancer Dosage
7) How to Document LeAd bookings
8) Program Explanation Presentation
9) Writing up sales on Reg sheet.



④

JAN 05 '99 17:54                              215 328 9251         PAGE.02

MAR-24-98 WED 09:07 AM  L NE PORTLOCK    1 368 3409    P.02

More training needed in:

— PE - not enough roll playing

— pricing of floor prices not made clear

— how to explore a daily neat and correct charting

— phone script more roll playing + overcoming concerns.

— job description for each person.

— I found when we did a medical history we never did one from start to finish.

— more training on work ups - what goes in the folders

— what goes in client folder + dem folder

— suppo given out - inventory sheet

— I found training a little confusing

JAN 05 '99 17:54    215 328 9251    PAGE.03

refer to my notes that had changed from the original explanation.

A. Hallman

---

Bren/Gwen

Needed for Training

— more training on PT's
— Knowledge of pricing on floor as well as PE's.
— Questions & ask on a daily basis
— Proper documentation of med x form (complete a whole med x at home)
— Tele. script — more roll play & reasons for SOA's
— Job description of what each player does in center
— Proper documentation of daily + ~~~ ~ taken block.

— all product costs.

01/05/99  00:02 FAX 215 328    LA WEIGHT LOSS CORP    @006/014
MAR-24-98 WED 09:09 AM  NNE PORTLOCK    1   8 3409    P.01

MAR-11-98 08:33 AM    LA WEIGHT LOSS CENTER    3027388561    P.01



3/10/98
Newark
LA Weight Loss

Faith Joslyn and Carol Stant are referral clients who came to our center on the recommendation of previous clients (Dawn Filardo & Emily Bichler) with whom they work at MBNA. Both women come in consistently 2-3x per week and are on target with both supplement and weight loss enhancers, and bringing diaries.

Carol and Faith came into the center today for their visit and requested Sonya for their counseling. They were very curious as to the position and credentials of the person with whom they visited on Friday (3/6) when they were last in the Center. Sonya explained that Kathy Koch, who had seen them for their visit on 3/2 was the corporate trainer. Both women expressed surprise at her position considering their dissatisfaction + disappointment in the service they received. They stated that they felt very unmotivated and somewhat demoralized when they left. After reviewing their diaries Kathy pronounced their menu "Boring, boring, boring" and assured them that they would never lose should they continue to eat that way.

①

JAN 05 '99 17:55    215 328 9251    PAGE.06

MAR-24-98 WED 09:09 AM  LNE PORTLOCK   368 3489   P.02

Carol and Faith stated that they were discouraged from having their visit together as they would not receive good service that way. (Carol and Faith occasionally like to come in together if they both are on their lunch break or are en route to or from work together.) The women explained to Sonya that Kathy told them that the dietary suggestions and recommendations given by previous counselor to facilitate weight loss were not going to work (ie spacing out entrees and higher fat/sodium foods). Carol and Faith stated that they left the center feeling discouraged and confused after being told to do the opposite of what other counselors had recommended especially since previous suggestions had been helpful to them and beneficial to their progress. While leaving the center on Friday Faith stopped to ask another counselor (Judy) who this woman was and if she knew what she was talking about.

Today during their counseling visit both Carol and Faith freely admitted

01/05/99  08:08 FAX 215 328 ...      LA WEIGHT LOSS CORP                    ⌠006/014
MAR-24-98 WED 09:11 AM  ...NE PORTLOCK              368 3489                 P.01
MAR-11-98 09:36 AM      LA WEIGHT LOSS CENTER       3027380561               P.02

to having gone off plan over the weekend (for the first time in 10 weeks), out of mere frustration at what took place on Friday.

Both clients stated that they would rather not see Kathy for a daily visit, even if that meant waiting longer for another counselor to become available.

Carol and Faith requested that this incident be reported to the Center manager and supervisor so that it might not happen again. They further stated that they had no objection to speaking directly to the Manager and/or Supervisor themselves.

Brenda — Manager
Sonya — Asst Manager

Carol Stant
  Wk (302) 421-3052
  Hm (302) 456-5701

Faith Joslyn
  Wk (302) 421-3446
  Hm (302) 292-1851

MAR-24-98 WED 09:12 AM  L NE PORTLOCK                    1 368 3409      P.02

MAR-13-98 08:57 AM       LA WEIGHT LOSS CENTER    3027380561            P.01

3/12/98

Compiled from feedback from Missy + Julie

Did not have a clear understanding of:

- Product cost (regular + Bulk.)

- Days that Labs may be taken.

- Scheduling a Jet Start / PE + time
  - Pink Coupon

- Stabilization Instructions (did not know there were 6 different worksheets)

- Lengths of Break (PB/DB)
  - when to use & How often they are used.

- Documentation In chart of purchases and product taken and/or owed

In training...

- Med. Hx - practiced throughout training

- PE - Pres___  __ ___

JAN 05 '99 17:56                              215 328 9251         PAGE.09

(given cop[y] to study)          one [perso]n (w/other trainee)

- <u>Work up</u> – "briefly touched upon" – Sample on board but
      No <u>hands on</u> practice

- <u>Breaks</u> – were explained last minute (rushed)
      No practice situations or examples

```
**************************************************************
                                                               *
               TRANSACTION REPORT                              *
                              MAR-12-98 FRI 08:51 AM           *
                                                               *
         FOR: LYNNE  PORTLOCK        1 302 368 3409            *
     _____ *
         RECEIVE                                               *
                                                               *
   DATE  START    SENDER           PAGES    TIME     NOTE      *
   _____   *
   MAR-12 08:49 AM 3027380561          1    1'54"    OK        *
                                                               *
**************************************************************
```

MAR-24-98 WED 09:18 AM   NNE PORTLOCK                  1    68 3489          P.01

How training went:                                                               ROBIN

- When training started everything was on a positive note. We started w/ phone script. We went over who answers the phones & what order. We also went over chain of command in the center. Then on about 3rd or fourth day we were introduced to the phone script. We went around the room + everyone read the phone script (a paragraph each) then on the last day of training the reason for the phone script was introduced such as; build rapport, maintain control. I felt we should have gone over the phone script the first day from beginning to end. Explaining it is the life line of our business. Also the importance of a SOA. The importance of a SOA was never explained, such as why it is so important to get the client in when they are still excited. We also did roll playing w/phone.

- training on PE.
When we were trained on PE's Cathy did a PE & went through the flip chart + did a PE 1x then when she was lucy she had us rehearse 1x on eachother. The part I found confusing, after PE was explained to us + we had to do a PE out of training we were not taught how to work up a chart we were taught drop sequences but we were not shown how to work up a chart + that there was a fast food list or a frozen food list + how to explain them. We also were not shown what paper work goes in a client folder or a dem folder. We also were not shown how to mark supps purchased or that the whole top of the treatment chart should be filled out such as name, center, ly

- Inventory sheet + peg sheet.
Cathy was sick one day + had to leave for the doctor so she had to rush + show us the peg sheet + how to write in what supps were taken. This training consist  
                                       of about 5 min. max.

MAR-24-98 WED 09:32 AM    THE PORTLOCK           1   368 3489         P.01

Julia N. Palms

(1) How many times (in training) were the following roles played?

① phone script         ? w/trainer: twice ; w/partner: 10 times
② p.e.                 ? few times
③ medical history      ? over ten times
④ product price list   ? twice
⑤ herb dosage          ? twice
⑥ ledger card          ? twice

(2) If you could change the training, how would you have changed the training to make it more effective?

If I could change the training, I would make it more effective by having more role-playing, eventual hands-on training (med. history, program explanation, phone script), then paperwork testing 3 days before last day of training, and hands-on testing 2 days before last day of training. Concentration on what needs to be learned should be through trainer (this was done). Memorization was effective for purposes, and this type of job purposes. Quizzes should be given throughout.



