**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | : | |
| **COMMISSION** | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **and** | : | |
| | : | **CASE NO.: WDQ 02-CV-648** |
| **KATHY KOCH** | : | |
| | : | |
| **Intervenor/Plaintiff,** | : | **JURY DEMANDED** |
| | : | |
| **v.** | : | |
| | : | |
| **LA WEIGHT LOSS** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**LA WEIGHT LOSS'S UNOPPOSED MOTION TO
EXTEND DEADLINE FOR RESPONDING TO INTERVENOR
PLAINTIFF KOCH'S MEMORANDUM OPPOSING OBJECTIONS OF
LA WEIGHT LOSS TO FINDINGS AND RECOMMENDATION BY JUDGE GRIMM**

Defendant, LA Weight Loss, by counsel, pursuant to Federal Rule of Civil Procedure

16(b) and L.R. 105.9 of the Local Rules of the United States District Court for the District of

Maryland, respectfully requests that the deadline for filing its reply to the Memorandum of

Intervenor Plaintiff Koch Opposing Objections of LA Weight Loss to Findings and

Recommendation by Judge Grimm of June 29, 2004 be extended from August 16, 2004, to and

including August 30, 2004.  Intervenor Plaintiff Koch has stated that she does not object to this

motion.

This extension is necessary because lead counsel for LA Weight Loss is bound for trial in

another matter through the week of August 23rd.  Further, LA Weight Loss's remaining counsel

with knowledge and responsibility for the issues encompassed in Defendant's Objections and

Intervenor Plaintiff's Opposition are unavailable to timely respond due to preplanned vacation

schedules.  As such, this brief two (2) week extension is required to complete the reply brief.

Accordingly, LA Weight Loss respectfully requests that its Motion be granted.

Respectfully submitted,

/s/

_____

SHAWE &ROSENTHAL, LLP

Elizabeth Torphy-Donzella
Federal Bar No. 10809
20 S. Charles Street, 11th
Baltimore, MD 21201
(410) 752-1040

AND

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
David E. Landau
Larry H. Spector
David L. Gollin
Aliza R. Karetnick
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2052

Attorneys for Defendant

So Ordered this _____ day of _____, 2004

_____
J.  William D. Quarles, Jr.
United States District Judge

Enter.
Copies to Counsel of Record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing LA Weight Loss's Unopposed Motion

To Extend Deadline For Responding To Intervenor Plaintiff Koch's Memorandum Opposing

Objections Of LA Weight Loss To Findings And Recommendation By Judge Grimm  was

electronically filed and thereby served this 12th day of  August 2004 upon:

> Ronald L. Phillips, Esquire
> U.S. Equal Employment Opportunity Commission
> Baltimore District Office
> 10 South Howard Street, 3rd Floor
> Baltimore, MD 21201
>
> Attorneys for Plaintiff
>
> and
>
> Pamela White, Esq.
> Ober, Kaler, Grimes & Shriver, P.C.
> 120 East Baltimore Street
> Baltimore, Maryland 21201
>
> Attorney for Intervenor/Plaintiff

/ s /
_____

David L. Gollin