NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

August 12, 2004

MANDATE

FILED ENTERED

AUG 6 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

TO: Clerk, District Court/Agency

FROM: Carina Domeika Ida
      Deputy Clerk

RE: 04-1814 EEOC v. LA Weight Loss Cntr
    CA-02-648-1-WDQ

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON .

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[X] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number


cc:  John Mills Barr
     Larry H. Spector
     Jonathan David Wetchler
     David Lee Gollin
     Aliza Rebecca Karetnick
     Paul D. Ramshaw
     Pamela Janice White
     Carla N. Bailey
     Ronald L. Phillips
     Tracy Hudson Spicer

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 12, 2004

No. 04-1814
CA-02-648-1-WDQ

FILED        ENTERED

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;

    Plaintiff - Appellee

AUG  6 2004

and

DISTRICT OF MARYLAND    DEPUTY

KATHY C. KOCH

    Intervenor/Plaintiff - Appellee

LA WEIGHT LOSS CENTERS, INCORPORATED

    Defendant - Appellant

O R D E R

Appellant has filed a motion to dismiss, and appellees have filed responses stating no objection.

The Court dismisses this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate

For the Court - By Direction

/s/ Patricia S. Connor

———————————
CLERK

A True Copy, Teste
Patricia S. Connor, Clerk
BY
    Deputy Clerk