IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| KATHY C. KOCH, | ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff Intervenor, | ) ) | |
| v. | ) ) | |
| LA WEIGHT LOSS CENTERS, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S REPLY TO
PLAINTIFF INTERVENOR KATHY C. KOCH'S OPPOSITION TO OBJECTIONS**

Plaintiff Kathy C. Koch's opposition to LA Weight Loss Centers, Inc.'s ("LAWL") objections is nothing more than a nineteen-page flawed recitation of procedural history and deposition transcripts. Koch conspicuously fails to respond to even one of LAWL's five objections to Magistrate Grimm's June 24, 2004, Order and Recommendation. LAWL will not, therefore, waste this Court's time contesting Koch's version of the facts of this case or reiterating its objections. Rather, LAWL will stand on the Objections to Magistrate Judge's Recommendation of June 24, 2004, and Memorandum of Law in support thereof filed with this Court on July 19, 2004.

DSB:982032.1/LAW024-158357

Respectfully submitted,

_____/s/_____
Elizabeth Torphy-Donzella
Federal Bar. No. 10809
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
410 752 1040

David E. Landau
Larry H. Spector
Aliza R. Karetnick
David L. Gollin
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
1650 Arch St, 22d Floor
Philadelphia, PA 19103-2097
215 977 2049

Attorneys for Defendant
LA Weight Loss Centers, Inc.

Dated:  August 30, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Reply was electronically filed and thereby served this 30th day of August, 2004 upon:

>Ronald L. Phillips, Esquire
>U.S. Equal Employment Opportunity Commission
>Baltimore District Office
>10 South Howard Street, 3rd Floor
>Baltimore, MD 21201
>
>Attorneys for Koch

and

>Pamela White, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21201
>
>Attorney for Intervenor/Plaintiff

/ s /
_____