

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270

October 1, 2004

**VIA HAND DELIVERY AND ELECTRONIC FILING**

Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      Re:    Mediation request in <u>EEOC & Kathy C. Koch v. LA Weight Loss</u>, Case No. WDQ-02-CV-648

Your Honor:

The parties in the above-styled and numbered action have communicated regarding the topic of potential settlement and have determined that they desire Court-sponsored mediation in a further effort to resolve the case. Therefore, pursuant to Local Rule 607(1) the parties request designation of a United States Magistrate Judge to conduct a mediation in this matter. The parties advise the Court that given the complexity of the case they anticipate that more than one day may be required. The parties also advise that based on the present discovery schedule in this case, the best dates for a mediation would be in October or early November, the Court's schedule permitting. Thank you.

Sincerely,

Ronald L. Phillips
Trial Attorney
EEOC-Baltimore District Office
10 S. Howard St., 3rd Floor
Baltimore, MD 21201
(410) 962-4628

Pamela J. White  *By Ronald L. Phillips per authorization*
Pamela J. White, Esq.
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St.
Baltimore, MD 21202
(410) 347-7323
Counsel for Plaintiff-Intervenor Kathy C. Koch

*David Landau* By Ronald L. Phillips
per authorization

David Landau, Esq.
Wolf, Block, Schorr & Solis-Cohen, LLP
1650 Arch St., 22nd Floor
Philadelphia, PA 19103
(215) 977-2000
Counsel for Defendant LA Weight Loss