# WolfBlock

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David E. Landau
Direct Dial: (215) 977-2052
Direct Fax: (215) 405-2952
E-mail:   dlandau@wolfblock.com

October 29, 2004

Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court for the
District of Maryland
101 West Lombard
Baltimore, MD  21201

Re:   **EEOC v. LA Weight Loss Centers, Inc.**
      **Civil Action No. WDQ-02-648**

Dear Judge Grimm:

The Court has scheduled a settlement conference in this matter for December 21, at 10:00 a.m.  I am writing to inform Your Honor that I will be leaving the country on a pre-paid family trip at 7:00 a.m. the next day.  Accordingly, I will not be able to participate in the settlement conference much past 5:00 p.m. that day so that I may travel back to Philadelphia.  I am willing to start the settlement conference earlier in the day at 9:00 a.m. if that is convenient.

Respectfully,

David E. Landau

DEL/mj
cc:   Pamela J. White Esquire *(via facsimile)*
      Ronald L. Phillips, Esquire *(via facsimile)*
      Elizabeth Torphy Donzella, Esquire *(via facsimile)*

PHL:5014594.1/LAW024-158357