**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

December 17, 2004

RE: *EEOC/Koch v. LA Weight Loss*
    WDQ-02-648

## MEMORANDUM FOR COUNSEL

Dear Counsel:

    Given Mr. Landau's need to leave not later than 5:00 P.M. on Tuesday, it may facilitate the settlement negotiations if local counsel for the defendant were able to remain after that time, if progress is still possible.

    Thank you for considering this suggestion.

Sincerely,

/S/
Paul W. Grimm
United States Magistrate Judge