IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * |
| Plaintiff, | * |
| and KATHY C. KOCH, Plaintiff Intervenor | * |
| v. | *   CIVIL NO.: WDQ-02-648 |
| LA WEIGHT LOSS CENTERS, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending is the Defendant's appeal of United States Magistrate Judge Paul W. Grimm's Order granting in part, and denying in part, Plaintiff Intervenor's motion for sanctions. Because no error is found, it is, this 7th day of January 2005, ORDERED that:

1. Judge Grimm's Order granting in part, and denying in part, the Plaintiff Intervenor's motion for sanctions BE, and HEREBY IS, AFFIRMED; and

2. The Clerk of the Court shall send copies of this Order to counsel for the parties.

                                                                                               /s/
                                          William D. Quarles, Jr.
                                          United States District Judge