

20 S. Charles Street
11th Floor
Baltimore, MD 21201
**P:**  410-752-1040
**F:**  410-752-8861

**shawe.com**

Electronic Letterhead

February 24, 2005

**Bruce S. Harrison**
harrison@shawe.com
410-843-3456

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

**Re:    EEOC v. LA Weight Loss**
         **Civil Action No.: WDQ-02-CV-648, USCA Case Number  04-1814**

Dear Judge Grimm:

This will serve to confirm that a conference has been scheduled on March 11, 2005 at 2:30 p.m. in your Chambers.  Attending will be myself and Ms. Pamela White.

Sincerely,

SHAWE & ROSENTHAL, LLP

|S|


Bruce S. Harrison

BSH/lam
cc:    Ms. Felicia C. Cannon
Doc.112265