IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

KATHY KOCH,

    Intervenor/Plaintiff,

v.

LA WEIGHT LOSS CENTERS, INC.,

    Defendant.

CASE NO.: WDQ 02-CV-648

JURY DEMANDED

## ORDER

AND NOW, this 26th day of July, 2005, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Joint Motion to Extend Discovery and Modify Schedule is GRANTED.

Quarles, J

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2005 JUL 26 P 12:06
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

PHL:5178876.1/LAW024-158357

- 4 -