IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) ) Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

### NOTICE OF SERVICE OF PLAINTIFF EEOC'S THIRD MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND MEMORANDUM IN SUPPORT OF MOTION

TO:   Aliza R. Karetnick, Esq.           Pamela J. White, Esq.
      David Landau, Esq.                  Ober, Kaler, Grimes & Shriver
      Wolf, Block, Schorr & Solis-Cohen LLP   120 East Baltimore Street
      1650 Arch Street, 22nd Floor        Baltimore, MD 21202-1643
      Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 5th day of October 2005, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by the Court's electronic filing system, Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories and its Memorandum in Support of Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories. In accordance with the

Court's electronic filing procedures, the Third Motion to Compel and Memorandum in Support are attached.

                                        Respectfully submitted,

                                        EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION

                                        GERALD S. KIEL (Bar No. 07770)
                                        Regional Attorney

                                        TRACY HUDSON SPICER (Bar No. 08671)
                                        Supervisory Trial Attorney

                                                    /s/
                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, Maryland 21201
                                        Telephone number: (410) 962-4628
                                        Fax number: (410) 962-4270/2817

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the Plaintiff EEOC's Notice of Service of Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories, Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories, and Memorandum in Support of Motion was served, via the Court's electronic filing system, upon Aliza R. Karetnick, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, and upon Pamela J. White, Ober, Kaler, Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202, on this day, the 5th day of October 2005.  The undersigned further certifies that a copy of the aforementioned documents will be sent, via regular mail, to Aliza R. Karetnick, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on the 6th day of October 2005.

                                                              /s/
                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        EEOC-Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, MD 21201
                                        Telephone number:  (410) 962-4628
                                        Facsimile number:   (410) 962-4270/2817