IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KATHY C. KOCH, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. )<br>_____) | Case No. WDQ-02-CV-648 |

**PLAINTIFF EEOC'S THIRD MOTION TO COMPEL
ANSWERS TO INTERROGATORIES**

Pursuant to the Federal Rule of Civil Procedure 37(a), Rule 104(8) of the Local Rules of the U.S. District Court for the District of Maryland, and agreement of counsel regarding the time frame permitted for filing, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") files the instant Third Motion to Compel Answers to Interrogatories in the above-styled and numbered action. For the reasons set forth in the attached Memorandum in Support of this Motion, the EEOC respectfully requests that this Court enter an order directing Defendant LA Weight Loss ("Defendant") to answer certain discovery requests set forth in the EEOC's Third Set of Interrogatories to Defendant.

The EEOC certifies that it has in good faith conferred with Defendant in an effort to secure the information in question without Court action and that Defendant has failed to provide such information.

                Respectfully submitted,

                EQUAL EMPLOYMENT OPPORTUNITY
                COMMISSION

                GERALD S. KIEL (Bar No. 07770)
                Regional Attorney

                TRACY HUDSON SPICER (Bar No. 08671)
                Supervisory Trial Attorney

                      /s/
                _____
                RONALD L. PHILLIPS
                Trial Attorney
                Baltimore District Office
                City Crescent Building, 3rd Floor
                10 South Howard Street
                Baltimore, Maryland 21201
                Telephone number: (410) 962-4623
                Facsimile number: (410) 962-4270/2817

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories and Memorandum in Support of Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories were served, via the Court's electronic filing system, to Aliza R. Karetnick, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on this day, the 5th day of October 2005. The undersigned further certifies that a copy of the aforementioned documents will be sent, via regular mail, to Aliza R. Karetnick, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on the 6th day of October 2005.

                                                  /s/
                                      RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817