# EXHIBIT A

**1. Randy Acosta:**

Acosta applied for the position of Assistant Manager in the Northern Virginia area on August 20, 2001. Acosta was given a pre-interview screening. He was not hired because he was unprofessional and LAWL had concerns about his employment history. Traci Murphy was hired to fill the position of Assistant Manager on November 21, 2001. The Regional Manager at that time was Christine Shannon. The Area Manager at that time was Crystal Nickoles. The Center Manager at that time was Maryann Arantoo, who is still employed at LAWL. Kathy Perry was the Regional Trainer at the time of Acosta's application.

**2. Scott Dauman:**

Dauman applied for a sales counselor position by faxing his resume on November 11, 2001, to the Long Island East center. On December 6, 2001, Tara Wenz was hired to fill the position of Sales Counselor at that center. The Area Manager at the time of Dauman's application was Natalie Goldberg. The Center Manager at that time was Lisa Russo.

**3. Bradley Davenport:**

Davenport applied for a Sales Manager position by faxing his resume to the Coral Springs center on July 23, 2001. The position was filled by Michele Lesch on the same day that Davenport applied.

**4. Edwin Davila:**

Davila applied for a Regional Manager position advertised on Hotjobs.com by submitting a cover letter and resume on or around December 31, 2001. Etta Stevenson was promoted to Regional Manager on January 2, 2002.

**5. Gregory DeFerro:**

DeFerro applied for a Sales Manager position in the Philadelphia area by faxing his resume to LAWL's corporate offices on or around September 27, 2001. DeFerro applied in response to an advertisement in Hotjobs.com.

**6. Christopher Diel:**

Diel applied for a Sales Trainer position in the St. Louis area by faxing a cover letter and resume on or around January 10, 2001.

**7. Marcus DiRenzo:**

DiRenzo applied for a part-time sales position with LAWL by faxing a resume to LAWL on or around April 15, 2002, in response to an advertisement in the News Journal. Upon information and belief, DiRenzo applied for a position in the Dover/Newark, Delaware area.

**8. Robert Dlouhy:**

Dlouhy applied for an Area Manager position in Cleveland by faxing his resume to LAWL's corporate offices on or around October 6, 2000. Karen Loscar was promoted to fill the position of Area Manager on June 19, 2000. The Regional Manager at the time of Dlouhy's application was Heather Lohr.

Dlouhy applied for an Area Manager position in Cleveland on January 16, 2002, by submitting his resume on CareerBuilder.com. Shirley Williams was promoted on February 15, 2002, to the position of Area Manager.

**9. Michael Dorsey:**

Dorsey applied for the position of Counselor in the Indiana region by faxing his resume to LAWL on or around April 16, 2002. Kimberly Clark was the Regional Manager at that time. Renae Olivas was the Area Manager at that time. The Center Manager position was vacant at the time that Dorsey applied. The Regional Trainer was Cheryl Fike-Hankins, who is still employed with LAWL.

**10. Drew Durawa:**

Durawa applied for the position of Sales Trainer in the Northern New York area by submitting a cover letter and resume to LAWL's corporate offices on or around January 11, 2001. Alicia D'Arienzo was promoted to fill the Sales Trainer position on or around February 19, 2001.

**11. Alan Eckstein:**

Eckstein applied for the position of Area Manager in the Eastern Maryland area by faxing a cover letter  and resume to LAWL's corporate offices on or around October 31, 2001. Eckstein applied in response to an advertisement on Monster.com. Cynthia Taylor was hired to fill the position of Area Manager for that region on or around January 7, 2002. Patty Houston, who is still employed at LAWL, was the Regional Manager at the time of Eckstein's application.

Eckstein applied for a corporate position with LAWL on or around January 21, 2002, by faxing a cover letter and resume in response to a Monster.com advertisement. Renee Fitch was hired to fill that position on March 25, 2002.

**12. James Paul:**

Paul applied for the position of Center Manager in the St. Louis area by faxing a cover letter and resume to LAWL on or around October 2, 2001. Susan Morrow was hired to fill the position of Center Manager on November 5, 2001. The Regional Trainer at the time of Paul's application

was Maureen Pavelec. The positions of Regional Manager, Area Manager, and Center Manager were vacant at the time of application.

### 13. Michael Campagnolo:

Campagnolo applied for the position of Center Manager in the Boston/Springfield area by submitting a resume and completing an application at the Boston center on February 6, 2002. Campagnolo was given an interview. He was not hired because LAWL decided that other candidates better matched the job specifications. Campagnolo was sent a letter on February 7, 2002, thanking him for interviewing with LAWL and explaining why he was not selected for the position. The Regional Manager at that time was Tevis Runyan. The Area Manager of Boston North at that time was Kelli Peterson, who is still employed at LAWL. The Area Manager of Boston South at that time was Erika Bowes. The Regional Trainer at that time was Heidi Correia (formerly Heidi Medeiros).

### 14. Ronald Chalhon:

Chalhon applied for a position with LAWL by faxing his resume on September 23, 1997. Chalhon did not indicate the position or area for which he was applying.

### 15. Frank Cicero:

Cicero applied for the position of Center Manager in the New Jersey area through HotJobs.com on August 23, 2002. Upon information and belief, Cicero's application was for the Jersey City Center. Amy Ribnicky was hired to fill the position of Center Manager at the Jersey City Center on October 7, 2002. Cicero applied for the position of Area Manager for the North Central Jersey Area through HotJobs.com on December 4, 2002. Cicero was given a pre-interview screening. Amy Ribnicky was promoted to fill the position of Area Manager on December 16, 2002. The Regional Manager at that time was Linda Collins. The Area Manager at that time was Melissa Fink.

### 16. James Colleson:

James Colleson applied for a position with LAWL by submitting an employment application on August 8, 2001. Colleson did not indicate the position or area for which he was applying.

### 17. Kirk Coverdill:

Coverdill applied for a position with LAWL by submitting a resume. Coverdill did not indicate the position or area for which he was applying.

### 18. Anthony Cutelli:

Cutelli applied for the position of Sales Trainer in the St. Louis area by submitting his resume on January 28, 2001. Anita Rezek was hired to fill the position of Trainer in the St. Louis area on February 19, 2001. The Regional Manager at that time was Merrill Dove. The Area Managers at that time were Brennan Adams and Shani Poole, who is currently on a leave of absence.

### 19. Kevin Dallas:

Dallas applied for the position of Sales Trainer in the St. Louis area by faxing his resume to LAWL on January 30, 2001. Anita Rezek was hired to fill the position of Trainer in the St. Louis area on February 19, 2001. The Regional Manager at that time was Merrill Dove. The Area Managers at that time were Brennan Adams and Shani Poole, who is currently out on a leave of absence.

### 20. Stewart Aron:

Aron applied for a phlebotomist position with LAWL by faxing his resume in response to a newspaper advertisement. Aron also completed an in-person application for employment in the New Jersey area. Upon information and belief, Aron was not offered a position with LAWL because his inconsistent work history as evidenced by his resume.

### 21. Drew Arvary:

Arvary applied for the position of Sales Counselor in the North Jersey area by faxing his resume to LAWL on May 23, 2001. Upon information and belief, there were no open Sales Counselor positions in that market at that time.

### 22. Scott Beattie:

Beattie applied for the position of Area Manager in the West Dallas area by faxing his resume to LAWL on May 28, 2003. Upon information and belief, Beattie was not hired because he had no relevant sales experience. Renee Eden was hired for the position of Area Manager in the Dallas area on September 8, 2003. The Regional Manager at that time was Lori Lane, who is still employed at LAWL. The Regional Trainer at that time was Jessica Coulombe. Beattie also faxed his resume to LAWL on April 29 (year unknown). The cover letter with this submission stated "Re: Results oriented Facilitator."

### 23. Craig Benson:

Benson applied for a position in the Dallas/Fort Worth area with LAWL by faxing his resume to LAWL on April 28, 2002, and September 3, 2002. Benson did not state what position (s) he was applying for.

### 24. John Benvengo:

Benvengo applied for the positions of Area Manager and Director of Training by sending an email to LAWL's Human Resources Department on September 16, 2001. Upon information and

belief, Benvengo applied for a position in the New York area. Erin Kennedy was hired to fill the position of Area Manager in the New York area on September 20, 2001. Upon information and belief, the position of Director of Training was not available at the time Benvengo applied. Marissa Favara, an LAWL employee, was promoted to the position of Director of Training on October 15, 2001.

### 25. James Bilskie:

Bilskie applied for the position of Sales Counselor at the Indy/Muncie center through HotJobs.com on February 16, 2002. Melitta Allen was hired for the position of Sales Counselor at the Indy/Muncie center on March 25, 2002. The Regional Manager at that time was Kimberly Clark. The Area Manager at that time was Renae Olivas. The Center Manager at that time was Emiel Wilson. The Regional Trainer at that time was Cheryl Fike-Hankins, who is still employed at LAWL.

### 26. Dennis Bivens:

Bivens applied for the position of Sales Manager in the St. Louis area through HotJobs.com on March 18, 2002. Upon information and belief, Bivens was not hired because he had no relevant sales experience. Kevin Robinson was hired for the position of Sales Manager of the North County center on April 1, 2002. The Regional Manager at that time was Kimberly Marsala. The Area Manager at that time was Kim Frost. The Regional Trainer at that time was Rochelle Hobson.

Bivens applied for the position of Sales Manager in the St. Louis area through HotJobs.com a second time on September 30, 2002. Julie Reiso was hired for the position of Sales Manager of the St. Peters center on December 9, 2002. The Regional Manager at that time was Kimberly Marsala. The Area Manager at that time was Shani Poole, who is currently on a leave of absence. The Regional Trainer at that time was Rochelle Hobson.

### 27. Eric Bobish:

Bobish applied for a position with LAWL by faxing his resume to LAWL on October 1, 2001. Upon information and belief, Bobish was applying for the position of Sales Counselor in the Boston area. Ronalee Sayers was hired to fill the position of Sales Counsel at the Chelmsford center on October 2, 2001. Karen Gove was hired to fill the position of Sales Counselor at the Nashua center on October 15, 2001. There were no open Sales Counselor positions at the Lawrence center at that time. The Regional Manager at that time was Tevis Runyan. The Area Manager at that time was Kelli Peterson, who is still employed at LAWL. The Center Manager of the Chelmsford center at that time was Tammy Johns. The Center Manager of the Nashua center at that time was Christine Legault. The Regional Trainer at that time was Kerry Turner.

### 28. Aaron Boemisch:

Boemisch applied for the position of Sales Manager in the St. Louis area by submitting his resume via email on March 11, 2002. Kevin Robinson was hired for the position of Sales Manager of the North County center on April 1, 2002. The Regional Manager at that time was

Kimberly Marsala. The Area Manager at that time was Kim Frost. The Regional Trainer at that time was Rochelle Hobson.

**29. Bradley Bongiorni:**

Bongiorni applied for the position of Franchise Field Operations Manager through HotJobs.com on January 6, 2002. Bongiorni's minimum annual salary requirement was $65,000, which, upon information and belief, was more than the position of Franchise Field Operations Manager paid. Renee Fitch was hired to fill the position of Franchise Field Operations Manager on March 25, 2002. Bongiorni applied for the position of Assistant Sales Manager in the Pittsburgh area through HotJobs.com on December 23, 2002. Upon information and belief, Bongiorni was not hired because he had no relevant sales experience.

**30. Rex Bonham:**

Bonham applied for a position with LAWL by faxing two copies of his resume to LAWL on January 14, 2002. Upon information and belief, Bonham was applying for the position of Area Supervisor in the Indianapolis area. Upon information and belief, there were no positions open for Area Supervisors in the Indianapolis area at that time. The Regional Manager at that time was Kimberly Clark.

**31. Phillip Bonnell:**

Bonnell applied for the position of Sales Manager of the Muncie center by faxing his resume to LAWL on February 13, 2002. Christine Green was hired to fill the position of Sales Manager of the Muncie center on March 25, 2002. The Regional Manager at that time was Kimberly Clark. The Area Manager at that time was Renae Olivas. The Regional Trainer at that time was Cheryl Fike-Hankins, who is still employed at LAWL.

**32. Bruce Bostian:**

Bostian applied for a Sales Counselor position with LAWL by submitting his resume and an application for employment on or around January 18, 2000. Mr. Bostian was interviewed by LAWL at or around that time, but the job was not offered to him.

**33. Timothy Brown:**

Brown applied for a Trainer position by faxing his resume to LAWL on September 13, 2000, and then mailing his resume to LAWL on September 19, 2000. Upon information and belief, LAWL sent a card to Brown in response to his submission.

**34. Antonio Conway:**

Upon information and belief, Conway applied for a Sales Counselor position with LAWL on two occasions: July 2001 and July 2002. Conway was applying for positions in the Northern Virginia area, specifically Manassas and Burke, respectively. The Regional Manager at that time was Christine Shannon. The Area Manager at that time was Courtney Cole. The Center Manager(s) at that time were Kim Bellone and Maryann Arastoo, who is still employed at

LAWL. The Regional Trainer at that time was Kathy Perry. Upon information and belief, Conway was not hired because he did not have any relevant sales experience.

### 35. Paul Griffin:

Griffin applied for the positions of Trainer and Sales Manager in the Northern New Jersey area by submitting his resume and an employment application on November 14, 2001. The Regional Manager at that time was Nancy Gordon. The Area Manager at that time was Melissa Finck, who is still employed at LAWL. The Regional Trainer at that time was Danae Maxwell, who is still employed at LAWL.

### 36. James Gruber:

Gruber applied for a position with LAWL by submitting his resume and an employment application on May 5, 2002. Upon information and belief, Gruber was applying for the position of Sales Manager of the Peoria/Bloomington center. Shelly Nilsson was hired to fill the position of Sales Manager of the Peoria/Bloomington center on June 17, 2002. Marissa Levine was the Regional Manager at that time. Rochelle Hobson was the Regional Trainer at that time.

### 37. Aaron Hinkle:

Hinkle applied for the position of Assistant Sales Manager by faxing his resume to LAWL on June 26, 2002. Upon information and belief, Hinkle was applying for a position at the Quakertown center. Nicole Hughes was hired to fill the Assistant Sales Manager position in the Quakertown center on June 2, 2002. The Regional Manager at that time was Dawn Lang. The Area Manager at that time was Jill Yaindl, who is still employed at LAWL. The Center Manager at that time was Faith Breslin. The Regional Trainer at that time was Dorothy Roth, who is still employed at LAWL.

### 38. Michael Mulfall:

Mulfall applied for a position with LAWL by faxing his resume to LAWL. Mulfall did not indicate the position or area to which he was applying.

### 39. Lee Pecoraro

Pecoraro applied for the position of Field Recruiter in the Pittsburgh/Cleveland area by faxing his resume to LAWL on April 25, 2001. Pecoraro also submitted another version of his resume to LAWL at some other time. Upon information and belief, Pecoraro had no related sales experience. Jami Cucinotta was hired to fill the position of Field Recruiter in the Pittsburgh/Cleveland area on August 6, 2001. The Regional Manager at that time was Heather Lohr.

### 40. Troy Spuhler:

Spuhler applied for the position of Area Manager in the Philadelphia area through HotJobs.com on August 28, 2000. Lisa Goldberg was promoted to fill the position of Area Manager in the

Philadelphia area on December 11, 2000. The Regional Manager at that time was Lesia Petrizio, who is still employed at LAWL. The Regional Trainer at that time was Diane Wolf.

**41. Edward Abrahams:**

Abrahams applied for the position of Area Manager on July 6, 2000, by faxing his resume to LAWL. He applied in either the Philadelphia or the South/Central New Jersey regions. The position was open until February 26, 2001, when Jen Ganney and/or Eileen Kurtz were promoted on March 13, 2000, and March 2, 2001, respectively.

**42. John Ackely:**

Ackely applied for a Sales Manager position through Career Builder Network on November 1, 2001, in Cherry Hill, New Jersey. The position remained vacant until September 30, 2002, when Jennifer Dowe was hired.

**43. George Adkins:**

Adkins applied for a Center Manager position in the Virginia area/Midlothian Turnpike center on June 17, 1999, by submitting a resume and application in response to a newspaper advertisement.

**44. Luther Adkins:**

Adkins applied for an Area Manager position by faxing his resume on May 15, 2001, in response to the South Bend Tribune advertisement. Upon information and belief, LAWL did not hire Adkins because he was over-qualified for an Area Supervisor. The position was filled by Sandy Lash. Kimberly Clark was the Regional Manager at that time.

**45. Henry Albu:**

Albu submitted his resume by fax on July 10, 2000, to Lori at the New York Times Sunday paper. Upon information and belief, Albu applied for a center management position and was not hired because he had no related sales experience. Angela Meyers was promoted from within before receipt of Albu's fax.

**46. Samuel Ambrose:**

Upon information and belief, Ambrose applied for a management-level position in the Boston area by faxing a resume on October 10, 2001. Upon information and belief, that resume was forwarded from LAWL's corporate headquarters to Christine Burnard, the Regional Manager for the Boston area.

**47. Ray Andrew:**

Andrew applied as a Sales Counselor by submitting a resume online on April 11, 2002, for a position at Fairbourn. Upon information and belief, Ashley Nugent was hired to fill the position. Faith Kitrionos was the Regional Manager at the time of the application. Robin Sype was the Area Manager at the time of the application. Sype is currently employed with LAWL. Kathryn

Stuyvesant was the Center Manager for the center.  Heidi Bilonick was the Regional Trainer at the time of Andrew's application.

**48. John Anjos:**

Anjos applied for a Trainer position in Boston on October 23, 2000.  Anjos was interviewed by Kristi O'Brian.  Heidi Coreia was hired in Boston on July 19, 2001.  Kerry Turner was hired as a Trainer on July 30, 2001.  The Director of Training was Merrill Done.

**49. Vincent Ashley:**

Ashley applied for a Sales Manager position in the Richmond, VA on May 16, 2002.  Nicholas Capehart was promoted to Manager on September 3, 2002.

**50. Jay Christopher Auffant:**

Auffant applied for an Area Manager position in the New York/North Jersey area on August 2, 2001.  The position was filled by Christine Vogt, who was promoted from within on September 4, 2001.  Lisa Lubic was Regional Manager at the time of the application.  The Regional Trainer at the time of application was Amy Toneatti.

**51. Alan Barnes:**

Barnes applied for a position as Center Manager in the Northern New Jersey area by faxing his resume on February 24, 2002.  Rosemary Lopez was hired on April 1, 2002, to fill the position.  The Regional Trainer at the time of the application was Danae Maxwell.

**52. Paul Barton:**

Barton applied for a position as Sales Counselor in the New Jersey area by faxing his resume on June 11, 2002.  Jennie Mercado was hired on July 8, 2002.  The Regional Manager at the time of application was Linda Collins.  The Area Manager at the time of application was Melissa Fink.  The Regional Trainer at the time of application was Robyn Kelleher, who is still employed with LAWL.

**53. Brian Cicco:**

Cicco applied for a position as an Area Supervisor by submitting his resume on the internet on July 9, 2000, for in the New Jersey/Philadelphia region.  Heather Metzger was hired on March 27, 2000, to fill the position.  The Regional Manager at the time of application was Lesia Petrizio.  Petrizio is still employed with LAWL.  The Regional Trainers at the time of application were Sonya Millington and Rochelle Shakti.

**54. Stephen Comins:**

Comins applied for the position of Sales Counselor in the North Boston region by faxing his resume on February 4, 2002.  LAWL spoke with Comins by phone on March 1, 2002, and determined that he had poor phone demeanor.  Deborah Luter-Manning was hired to fill the

position on February 8, 2002. Luter-Manning was an employee referral. The Regional Manager at the time of application was Tevis Runyon, who is still employed with LAWL. The Area Manager at the time of application was Kelly Paterson, who is still employed with LAWL. The Center Manager at the time was Diane Stewart. Stewart is still employed with LAWL. The Regional Manger at the time of application is Heidi Medeiros, now Correia.

**55. Daniel Deffendall:**

Deffendall applied for the position of Sales Counselor by submitting an application and resume on June 27, 2001, at the Palm Beach Garden center. Bonnie Jacobson filled the position on July 2, 2001. Jacobson was a Manager demoted to Counselor and took the only open Counselor position. The Regional Manager at the time of application was Eileen Kurtz. The Area Manager at the time of application was Kathy Wilkinson. The Regional Trainer at the time of the application was Mary Heinz.

**56. Neil Diamond:**

Diamond applied for a position as Area Manager in the Long Island/East region on April 10, 2001, by faxing his resume. Sally Riker was promoted from within to fill the position. The Regional Manager at the time of application was Debbie Sherman. The Regional Trainer at the time of application was Denise Frueh, who is currently employed with LAWL.

**57. Neil Donachie:**

Donachie emailed a resume on January 7, 2002, for a position as Regional Manager in the New Jersey/Central and North region. Linda Collins and Dawn Carey were promoted to fill the position. A corporate restructuring caused there to be two positions. The Regional Trainer at the time of application was Shari Ball, who is still employed with LAWL.

**58. Richard Hemmeian:**

Richard Hemmeian submitted a resume on March 14, 2002, for a position as Sales Manager in the Colombia region. Hemmeian was given a pre-interview screening. Christine Shaffer was hired to fill the position on April 17, 2002. The Regional Manager at the time of application was Patty Houston, who is still employed with LAWL. The Area Manager at the time of application was Cindy Taylor. The Regional Trainer at the time of application was Maureen Pavelec.

**59. Christopher Higgins:**

Higgins applied for a position as a Counselor on November 21, 2000, in the Youngstown center. Higgins did not follow the instructions in the ad and applied in person to the center. The position was no longer available when Higgins applied. On November 6, 2000, Margaret Strange was hired to fill the position. Lisa Tygart was the Regional Manager at the time. Heather Cook was the Area Manager at that time. Keana Dripps was Center Manager at the time. Tammy Sanders was the Regional Trainer at the time of application and.

**60. Dean Simms:**

Simms applied for the position of Sales Counselor in the Springfield, Ohio area on April 4, 2002, by submitting a resume and application. Simms was interviewed. He was not offered a position because he had a poor appearance and was unprofessional. On April 29, 2002, Barbara Love was hired to fill the Sales Counselor position. The Regional Manager at the time of the application was Faith Kitrinos. The Area Manager at the time of application was Robin Sipe, who is still employed with LAWL. The Center Manager at the time of application was Holly Schuler. The Regional Trainer at the time of application was Heidi Bilonich.

**61. Sly Sylvester:**

Sylvester applied for the position of Trainer in the Western Pennsylvania area on June 19, 2000. The position was filled by Tammy Sanders on the same date Sylvester's application was faxed.

**62. Rahul Jaiswal:**

Jaiswal applied for the position of Sales Counselor by faxing his resume to LAWL on June 3, 2002. Upon information and belief, Jaiswal's application was for the Indy/Castleton center. Jaiswal was given a pre-interview screening. Jaiswal was looking for a salary around $35,000. Christopher Young was hired to fill the Sales Counselor position in the Richmond, Indiana center on July 15, 2002. Greer Kalleres was hired to fill the Sales Counselor position in the Castleton, Indiana center on July 15, 2002. Dalene Almeida was hired to fill a Sales Counselor position in Indiana on July 15, 2002. The Regional Manager at that time was Kimberly Sharpton (formerly Kimberly Clark). The Area Manager at that time was Renae Olivas. The Regional Trainer at that time was Cheryl Fike-Hankins, who is still employed at LAWL.

**63. Lea Jacobs:**

Upon information and belief, Jacobs applied for an independent contractor/recruiter position by faxing his resume to LAWL on March 4, 2001. There was no such position available.

**64. Marvin Joran:**

Joran applied for a position with LAWL by submitting his resume to LAWL. Joran did not indicate the position or area for which he was applying. Upon information and belief, Joran was not offered a position with LAWL because he did not have any relevant sales experience.

**65. Michael Jackson:**

Jackson applied for the position of Sales Counselor in the Delaware area by faxing his resume to LAWL on June 6, 2002. Nicola Baldini was hired for the position of Sales Counselor in the Brandywine, Delaware center on August 4, 2002. The Regional Manager at that time was Dawn Lang. The Area Manager at that time was Patricia Meola. The Regional Trainer at that time was Elizabeth Stauffer.

**66. Sean Huff:**

Huff applied for the position of Sales Counselor in the Central Pennsylvania-South area through HotJobs.com on April 2, 2002. Sylvia Boone was hired for the position of part-time Sales Counselor in the Central Pennsylvania-South/Camp Hill center on April 22, 2002. The Regional Manager at that time was Kim Fabie, who is still employed at LAWL. The Area Manager at that time was Diane Rizio, who is still employed at LAWL. The Center Manager at that time was Leslie Thumma. The Regional Manager at that time was Sue Roberts, who is still employed at LAWL.

**67. Joseph Hudak:**

Hudak applied for a Trainer position by faxing his resume to LAWL on January 16, 2001, and again on January 22, 2001. Upon information and belief, Hudak was applying for a position in the Cleveland, Ohio area. Rebecca Pickings was hired for the position of Trainer in the Cleveland, Ohio area on February 19, 2001. The Regional Manager at that time was Heather Lohr.

**68. Christian Hood:**

Hood applied for a position with LAWL by submitting his resume along with a handwritten note. Hood did not indicate the position or area to which he was applying. Upon information and belief, Hood was not offered a position with LAWL because he had no sales experience.

**69. Brian Hill:**

Hill applied for a position with LAWL by faxing his resume to LAWL on April 4, 2002. Upon information and belief, Hill was applying for the position of Center Manager of the Dublin, Ohio center. Kristen Essex was hired for the position of Center Manager of the Dublin, Ohio center on April 29, 2002. The Regional Manager at that time was Faith Kitrinos. The Regional Trainer at that time was Heidi Bilonick.

**70. Kenneth Gorski:**

Gorski applied for the position of Franchise Operations Manager through HotJobs.com on October 18, 2001. Jennifer June was promoted to the position of Franchise Operations Manager on February 28, 2002.

**71. Robert Henry:**

Henry applied for the position of Center Manager by submitting his resume to LAWL on January 14, 2002. Upon information and belief, Henry was applying for the position of Center Manager in the Youngstown, Ohio center. Kristen Ezzo was hired for the position of Center Manager of the Youngstown, Ohio center on January 21, 2002. The Regional Manager at that time was Kelly Palatas, who is still employed at LAWL. The Area Manager at that time was Alexis Gasparovich.

**72. Jeffrey Gretz:**

Gretz applied for a position with LAWL by faxing his resume to LAWL.

**73. Brian Gray:**

Gray applied for the positions of Area Manager and Sales Trainer by submitting his resume to LAWL on October 30, 2000. Upon information and belief, Gray was applying for a position in the Philadelphia area. Lisa Golberg was promoted to the position of Area Manager on December 11, 2000. Lisa Domitrovits was promoted to the position of Area Manager on January 8, 2001.

**74. John Grandizio:**

Grandizio applied for the position of Area Manager through HotJobs.com on July 29, 2000. Heather Metzger was promoted to the position of Area Manager for the Oxford, East Norriton, Lansdale and Bensalem area on July 17, 2000.

**75. Larry Gor:**

Gor applied for a position with LAWL by faxing his resume to LAWL on September 3, 1996.

**76. David Goodwin:**

Goodwin applied for the position of Sales Trainer by faxing his resume to LAWL on June 18, 2000. Goodwin applied for the position of Regional Trainer on July 30, 2000. Goodwin applied for the position of Sales Trainer on October 22, 2000. Upon information and belief, no position was available at the time of Goodwin's applications. Upon information and belief, LAWL sent a card to Goodwin in response to each of his submissions.

**77. Mike Goldin:**

Goldin applied for the position of Sales Manager by faxing his resume to LAWL on November 15, 2001. Upon information and belief, Goldin was applying for the Middletown, New York center. Iraida Rodriquez was promoted to the position of Manager of the Middletown, New York center on December 26, 2001. The Regional Manager at that time was Lisa Lubic. The Area Manager at that time was Melissa Finck. The Regional Trainer at that time was Danae Maxwell.

**78. Robert Genovese:**

Genovese applied for the position of Area Manager by faxing his resume to LAWL on June 4, 2001. Upon information and belief, Genovese was applying for a position in the New York Metro area. Tara Dorsey was promoted to the position of Area Manager of the New York Metro area on June 12, 2001. The Regional Manager at that time was Debbie Sherman.

**79. Timothy Gaunce:**

Gaunce applied for a position with LAWL by submitting his resume to LAWL.

**80. Richard Garcia:**

Garcia applied for a position with LAWL by submitting an employment application on July 31, 2003. Upon information and belief, Garcia was applying for the position of Assistant Manager of the Brandywine, Delaware center. Upon information and belief, Rachel Smith was promoted to the position of Assistant Manager of the Brandywine, Delaware center. The Regional Manager at that time was Leslie Thumma, who is still employed at LAWL. The Area Manager at that time was Amy Ackey, who is still employed at LAWL. The Center Manager at that time was Ruth Morton, who is still employed at LAWL. The Regional Trainer at that time was Betty Hazell.

**81. Adam Fondrk:**

Fondrk applied for a position with LAWL by submitting his resume to LAWL.

**82. Richard Fitzpatrick:**

Fitzpatrick applied for the position of Area Manager of the Boston area through HotJobs.com on March 5, 2002. Corey Nappa was promoted to the position of Area Manager of the Boston area on April 8, 2002. The Regional Manager at that time was Tevis Runyan.

**83. Gary Faden:**

Faden applied for a position with LAWL by faxing his resume to LAWL on November 12, 2001. Upon information and belief, Faden was applying for the position of Center Manager of the Matawan, New Jersey center. Gina Talamo was hired for the position of Center Manager of the Matawan, New Jersey center on December 3, 2001. The Regional Manager at that time was Nancy Gordon. The Area Manager at that time was Christie Ferguson. The Regional Trainer at that time was Robyn Kellher.

**84. Kevin Moran:**

Moran applied for the position of Director of Sales Training by faxing his resume to LAWL on August 16, 2001. Upon information and belief, no position was available.

**85. Dennis Murphy:**

Murphy applied for the position of Trainer in the St. Louis area by faxing his resume to LAWL on January 29, 2001. Upon information and belief, no position was available.

**86. John Petko:**

Petko applied for a position with LAWL by submitting his resume to LAWL.

**87. David Plevich:**

Plevich applied for the position of Area Manager in the West Virginia/Pennsylvania area by faxing his resume to LAWL on January 29, 2001. Upon information and belief, no position was

available in the Pennsylvania area. The LAWL center in West Virginia was a franchise operation and not corporate.

**88. Douglas Rifenburg:**

Rifenburg applied for the position of Sales Trainer in the Buffalo, New York area by faxing his resume to LAWL on January 11, 2001. Alicia D'Arienzo, a trainer for the Rochester/Syracuse area, was promoted to cover the Buffalo area on February 19, 2001.

**89. William Regal:**

Regal applied for the position of Regional Recruiter by faxing his resume to LAWL on February 4, 2002. Upon information and belief, Regal was applying for a position in the Cleveland area. Zoe Johnson was hired as the Regional Recruiter of the Cleveland area on February 18, 2002. The Regional Manager at that time was Jami Cucinotta.

Regal applied for the position of Area Manager by faxing his resume to LAWL on March 28, 2002. Upon information and belief, Regal was applying for a position in the West Cleveland area. Shirley Williams was promoted to the position of Area Manager of the West Cleveland area on June 10, 2002. The Regional Manager at that time Jami Cucinotta.

**90. Leo Ryan:**

Upon information and belief, Ryan applied for a position with LAWL by faxing a copy of his resume to LAWL on January 1, 2002, and a different version of his resume on January 5, 2002. Upon information and belief, Ryan spoke with an LAWL employee on June 7, 2002.

**91. William Rydzynski:**

Rydzynski applied for the position of Area Manager of the Delaware area by faxing his resume to LAWL on January 7, 2002. Debra Hillard was promoted to the position of Area Manager of the Delaware/Maryland area. The Regional Manager at that time was Patty Houston, who is still employed at LAWL.

**92. Todd Schifferle:**

Schifferle applied for a position with LAWL by submitting his resume to LAWL.

**93. Patrick Sharkey:**

Sharkey applied for the position of Area Manager of the Delaware area by faxing his resume to LAWL on January 7, 2002. Debra Hillard was promoted to the position of Area Manager of the Delaware/Maryland area. The Regional Manager at that time was Patty Houston, who is still employed at LAWL.

**94. Gregory Snyder:**

Synder applied for the position of Regional Recruiter by faxing his resume to LAWL on March 23, 2001. Upon information and belief, Synder was applying for a position in the Indiana area. Hilary Woodford was hired for the position of Regional Recruiter in the Indiana area on November 27, 2001. The Regional Manager at that time was Kimberly Clark.

Synder applied for the position of Franchise Field Operations Manager through HotJobs.com on January 15, 2002. Renee Fitch was hired for the position of Franchise Field Operations Manager on March 25, 2002.

**95. Romualdo Villafane:**

Villafane applied for the position of Regional Recruiter by faxing his resume to LAWL on September 25, 2001, and October 16, 2001. Upon information and belief, Villafane was applying for a position in the Philadelphia area. Kathy Moore was hired for the position of Regional Recruiter in the Philadelphia area on November 12, 2001.

**96. Kenneth Wachsman:**

Wachsman applied for the position of Area Manager of the Northern/Central New Jersey area by faxing his resume to Lori Brodie on August 16, 2001. Robyn Kelleher was hired for the position of Area Manager of the Northern/Mid/Central New Jersey area on August 9, 2001. The Regional Manager at that time was Nancy Gordon.

**97. Monte Walker:**

Walker applied for a position with LAWL by submitting his resume to LAWL on December 5, 2001. Walker was applying for a management position in the lower Fort Wayne, Indiana area. Walker received a pre-interview screening. Upon information and belief, there were no management positions available in the Fort Wayne area.

**98. Timothy Walter:**

Walter applied for a position with LAWL by faxing his resume to Valerie Moore on April 24, 2001. Upon information and belief, Walter was applying for a Trainer position in the St. Louis area. Anita Rezek was hired for the position of Trainer in the St. Louis area on February 19, 2001.

**99. Mel Weiss:**

Upon information and belief, Weiss applied for a position with LAWL by faxing his resume to LAWL on November 30, 2000.

Weiss applied for a position with LAWL through CareerBuilder on December 11, 2002. Upon information and belief, Weiss applied for the position of Franchise Operations Manager. Melissa Finck was promoted to the position of Franchise Operations Manager on November 4, 2002.

**100. Edward Wolf:**

Wolf applied for the position of Area Supervisor of the Cleveland area by faxing his resume to LAWL on October 9, 2000. Upon information and belief, LAWL sent a card to Wolf in response to his submission. The position of Area Supervisor of the Cleveland area was not available at that time. The Regional Manager at that time was Lisa Tygart.

**101. Bernard Youberg:**

Youberg applied for a position with LAWL by faxing his resume.

**102. Charles Young:**

Young applied for the position of Area Manager in the Boston area by faxing his resume to LAWL on June 5, 2001. Upon information and belief, there was no Area Manager position in the Boston area available at that time. The Regional Manager at that time was Tevis Runyan.

**103. Brian Sisk:**

Sisk applied for a Trainer position in the Youngtown, Ohio area by faxing his resume to LAWL on September 8, 2000. Upon information and belief, LAWL sent a card to Sisk in response to his submission. Tammy Sanders was promoted to the position of Area Trainer in the Youngtown, Ohio area on July 17, 2000. The Regional Manager at that time was Lisa Tygart.

**104. Daniel Slocum:**

Slocum applied for the position of Area Manager of the South/Central New Jersey area by faxing his resume to LAWL on August 21, 2000. Upon information and belief, LAWL sent a card to Slocum in response to his submission. Eileen McGuire was hired for the position of Area Manager of the Central New Jersey area on January 8, 2001. The Regional Manager at that time was Sheryl Reynolds.

**105. Lewis Shinkle:**

Shinkle applied for the position of Trainer in the Center Jersey area by faxing his resume to LAWL on June 21, 2000. Shari Monson was hired to fill the position of Regional Trainer in the New York Metro area on December 1, 2000.

**106. Michael Weinstein:**

Weinstein applied for a position with LAWL by submitting his resume to LAWL.

**107. Peter Van Etten:**

Van Etten applied for a Trainer position by faxing his resume to LAWL on October 30, 2000. Upon information and belief, Van Etten was applying for a position in the New York area. Shari Monson was hired to fill the position of Trainer in the New York metro area on December 1, 2000. The Regional Manager at that time was Jennifer June, who is still employed at LAWL.

**108. Darin Funk:**

Funk applied for a position with LAWL in the Peoria center by submitting his resume to LAWL on June 11, 2002. The Regional Manager at that time was Marissa Levine. The Regional Trainer at that time was Rochelle Hobson.

**109. Brian Higgins:**

Higgins applied for a position with LAWL through HotJobs.com on December 20, 2001.

**110. Michael Iberis:**

Iberis requested additional information on a Trainer position and faxed his resume to LAWL on September 11, 2000. Upon information and belief, LAWL sent a card to Iberis in response to his submission. Stacy Henry was promoted to the position of Trainer of the North Hills center on April 23, 2001.

**111. Nicholas Lake:**

Lake applied for a position with LAWL by faxing his resume to LAWL on April 16, 2000. Upon information and belief, Lake was applying for a Sales Manager position in the New York area. Marissa Favara was promoted to the position of Manager in that area on August 14, 2000.

Lake applied for a position with LAWL by faxing his resume to LAWL on March 3, 2002. Upon information and belief, Lake was applying for a Manager position in the New York metro area. Barbara Pisano was hired for the position of Manager of the Sheepshead Bay center on June 24, 2002. The Area Manager at that time was Christine Scherer. The Regional Trainer at that time was Natalie Harrel.

Lake applied for the position of Sales Manager in the New Jersey area through HotJobs.com on August 21, 2002. The Area Manager at that time was Christine Scherer. The Regional Trainer at that time was Natalie Harrel.

**112. Leonard Marino:**

Marino applied for a position with LAWL by faxing his resume to LAWL on August 28, 2000, September 10, 2000, and June 25, 2001.

**113. Barry McGlumphy:**

McGlumphy applied for the position of Corporate Sales Trainer in Pittsburgh, PA by submitting his resume to LAWL on September 24, 2001. Upon information and belief, no position was available.

**114. David Northcutt:**

Northcutt applied for the position of Sales Manager in the Fort Wayne, IN area by faxing his resume to LAWL on December 18, 2001. Upon information and belief, no position was available.

Northcutt applied for the position of Franchise Field Operations Manager through HotJobs.com on January 16, 2002. Renee Fitch was hired for the position of Franchise Field Operations Manager on March 25, 2002.

**115. Ronald Praydis:**

Praydis applied for the position of Sales Manager in the Baltimore area through Career Builder on October 1, 2001. Nicole Sterling was hired for the position of Sales Manager of the Perry Hall center on October 15, 2001. The Regional Manager at that time was Patty Houston, who is still employed at LAWL. The Area Manager at that time was Irene Walters. The Regional Trainer at that time was Tricia Elser.

**116. Rocco Russo:**

Russo applied for the position of Trainer by submitting his resume to LAWL on November 10, 2000. Upon information and belief, LAWL sent Russo a card in response to his submission.

Russo applied for the position of Trainer in the Hermitage, PA/Youngstown, Ohio area by sending his resume to LAWL on January 29, 2001, and February 4, 2001. Upon information and belief, someone from LAWL attempted to reach Russo by phone. Russo filled out an employment application on February 5, 2001. Upon information and belief, Russo was interviewed for the Trainer position. Stacy Henry was promoted to the position of Trainer on April 23, 2001.

**117. Michael Vito:**

Vito applied for a Sales/Sales Management position with LAWL by faxing his resume to LAWL on October 4, 2001. Upon information and belief, LAWL sent Vito a card in response to his submission. Nicole Sterling was hired for the position of Manager of the Perry Hall center on October 15, 2001. The Regional Manager at that time was Patty Houston, who is still employed at LAWL. The Area Manager at that time was Irene Walters. The Regional Trainer at that time was Tricia Elser.

**118. Joseph Wright:**

Wright applied for the position of Franchise Field Operations Manager in the Indianapolis area by faxing his resume to LAWL on January 20, 2002. Renee Fitch was hired for the position of Franchise Field Operations Manager on March 25, 2002.

**119. Steve Kaufman:**

Kaufman applied for the position of Regional Manager in the St. Louis area by faxing his resume to LAWL on November 25, 2001. Kimberly Marsala was promoted to the position of Regional Manager of the St. Louis area on February 4, 2002.

**120. Joseph Kennedy:**

Kennedy applied for the position of Trainer in the Rochester, New York area by faxing his resume to LAWL on March 25, 2002. Carol Geis was hired for the position of Trainer in the Rochester area on April 29, 2002. The Regional Manager at that time was Ginger Wallace. The Rochester Area Manager at that time was Kathryn Allberry-Gibson, who is still employed at LAWL.

**121. Larry Kinnie:**

Kinnie applied for the position of Center Manager in Philadelphia by faxing his resume to LAWL on July 16, 2002, and on October 11, 2002. Jill Verbin was hired for the position of Center Manager of the Grant Avenue center on August 12, 2002. The Regional Manager at that time was Dawn Lang. The Area Manager at that time was Lisa Goldberg. The Regional Trainer at that time was Jodi Ward.

**122. Keith Korin:**

Korin applied for the positions of Area and Regional Manager in Northern Virginia through HotJobs.com on January 15, 2002. Sherry Wine was hired for the position of Area Manager in Northern Virginia on February 4, 2002. The Regional Manager at that time was Etta Stevenson. The Regional Trainer at that time was Kathy Miranda.

**123. Dominic Ledbetter:**

Ledbetter applied for the position of Assistant Manager in the St. Louis area through HotJobs.com on May 20, 2003. Danielle Brison was hired for the position of Assistant Manager of the Bridgeton center on May 27, 2003. The Regional Manager at that time was Kimberly Marsala. The Area Manager at that time was Lynn Johnson, who is still employed at LAWL. The Center Manager of the Bridgeton center at that time was Shayla Sims. The Regional Trainer at that time was Rochelle Hobson.

**124. John Leisenring:**

Leisenring applied for the position of Area Manager in the Boston area by faxing his resume to LAWL on October 11, 2001. Erika Bowes was promoted to the position of Area Manager of the Boston Central area in December 2001. The Regional Manager at that time was Tevis Runyan.

**125. Christopher Linhart:**

Linhart applied for the position of Manager in the South Indiana area by emailing his resume to LAWL on March 14, 2002. Debra Mongan was hired for the position of Manager of the

Greenwood center on March 23, 2002. The Regional Manager at that time was Kimberly Clark. The Area Manager at that time was Renae Olivas.

**126. Robert Lipton:**

Lipton applied for the position of Manager in the North-Central New Jersey area by faxing his resume to LAWL on June 9, 2002. Meredith Patrick was hired for the position of Manager of the Secaucus center on August 19, 2002. The Regional Manager at that time was Linda Collins. The Area Manager at that time was Melissa Finck. The Regional Trainer at that time was Jacquita Hayes.

**127. David Long:**

Long applied for the position of Manager in Dayton, Ohio by faxing his resume to LAWL on May 7, 2002. Ruby Warren was hired for the position of Manager in Dayton, Ohio on May 13, 2002. The Regional Manager position at that time was unfilled. The Area Manager at that time was Robin Sipe, who is still employed at LAWL. The Regional Trainer at that time was Rhonda Hubbard.

**128. Brian Martin:**

Martin applied for a position with LAWL by faxing his resume to LAWL on September 25, 2002.

**129. Ralph Martin:**

Martin applied for a position in sales or management in Virginia by faxing his resume to LAWL on May 13, 2002. Upon information and belief, there was no Manager position available. Anne Real was hired for the position of Sales Counselor in Fredericksburg, Virginia on June 17, 2002.

**130. William Masterson:**

Masterson applied for a management position with LAWL by sending his resume to LAWL on July 5, 2001. Upon information and belief, Masterson was applying for a position in the North New Jersey area. Upon information and belief, there were no available center management positions in that area at that time.

**131. Pascal Masino:**

Masino applied for the position of Trainer through HotJobs.com on July 19, 2000.

**132. John Maston:**

Maston applied for the position of Trainer through HotJobs.com on June 14, 2000. Upon information and belief, LAWL sent a card to Maston in response to his submission.

**133. Nicholas McClellan:**

McClellan applied for the position of Assistant Manager by calling LAWL and by faxing his resume to Hillary Wood Ford at LAWL on April 16, 2002. Nikki Winter was hired for the position of Assistant Manager of the Dublin center on August 12, 2002. The Regional Manager at that time was Faith Kitrinos. The Regional Trainer at that time was Heidi Bilonick.

**134. Thomas McClellan:**

McClellan applied for a sales position in the Dallas, Texas area by faxing his resume to LAWL.

**135. Jon McGilberry:**

McGilberry applied for a position with LAWL by submitting an employment application on March 29, 2002.

**136. Peter Merchant:**

Merchant applied for the position of Area Manager in the Long Island, New York area by faxing his resume to LAWL on September 24, 2001. Natalie Goldberg was promoted to the position of Area Manager in that area on September 17, 2001.

**137. Gary Miller:**

Miller applied for the position of Area Manager in New Jersey by faxing his resume to LAWL on June 4, 2001.

**138. Kevin Molbury:**

Molbury applied for the position of Area Manager in the Metro New York area by faxing his resume to LAWL on September 9, 2001.