IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | |
| Plaintiff, | : : | |
| and | : : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH | : : | |
| Intervenor/Plaintiff, | : : | JURY DEMANDED |
| v. | : : | |
| LA WEIGHT LOSS CENTERS, INC. | : : | |
| Defendant. | : : | |

**NOTICE OF SERVICE OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S
MEMORANDUM IN OPPOSITION TO EEOC'S SECOND MOTION TO COMPEL
ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

To:   Ronald L. Phillips
      United States
      Equal Employment Opportunity Commission
      City Crescent Building, 3rd Floor
      10 South Howard Street
      Baltimore, MD  21201

      Pamela J. White
      Ober, Kaler, Grimes & Shriver
      120 East Baltimore Street
      Baltimore, MD  21202

PLEASE TAKE NOTICE that on October 18, 2005, in accordance with local Rule

104(8)(a) and agreement of counsel, defendant LA Weight Loss Centers, Inc. ("LAWL") served

upon the parties, by the Court's electronic filing system and via United States Mail, Defendant

LA Weight Loss Centers, Inc.'s Memorandum in Opposition to EEOC's Second Motion to

- 2 -

Compel Answers to Interrogatories and Production of Documents.  In accordance with the Court's procedures, the Memorandum is attached.

          Respectfully submitted,

          SHAW & ROSENTHAL, LLP

          /s/
          Elizabeth Torphy-Donzella
          20 South Charles Street, 11th Floor
          Baltimore, MD  21201
          (410) 752-1040

          WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
          David E. Landau
          Aliza R. Karetnick
          1650 Arch Street, 22nd Floor
          Philadelphia, PA  19103
          (215) 977-2000

          Attorneys for Defendant
          LA Weight Loss Centers, Inc.

## CERTIFICATE OF SERVICE

      I, Elizabeth Torphy-Donzella, hereby certify that on October 18, 2005, a copy of LA Weight Loss Centers, Inc.'s Memorandum in Opposition to Plaintiff EEOC's Second Motion to Compel Answers to Interrogatories and Production of Documents was served via the Court's electronic filing system and United States Mail, to:

Ronald L. Phillips
United States
Equal Employment Opportunity Commission
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD  21201


Pamela J. White
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202


                                                    /s/
                                       Elizabeth Torphy-Donzella