IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | |
| Plaintiff, | : : | |
| and | : : | |
| KATHY KOCH | : : : | CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : : | JURY DEMANDED |
| v. | : : : | |
| LA WEIGHT LOSS CENTERS, INC. | : : | |
| Defendant. | : : | |

**NOTICE OF SERVICE OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF EEOC'S THIRD <u>MOTION TO COMPEL ANSWERS TO INTERROGATORIES</u>**

To:   Ronald L. Phillips
      United States
      Equal Employment Opportunity Commission
      City Crescent Building, 3rd Floor
      10 South Howard Street
      Baltimore, MD  21201

      Pamela J. White
      Ober, Kaler, Grimes & Shriver
      120 East Baltimore Street
      Baltimore, MD  21202

PLEASE TAKE NOTICE that on October 24, 2005, in accordance with local Rule 104(8)(a) and agreement of counsel, Defendant LA Weight Loss Centers, Inc. ("LAWL") served upon the parties, by the Court's electronic filing system and via United States Mail, Defendant LA Weight Loss Centers, Inc.'s Memorandum in Opposition to

Plaintiff Equal Employment Opportunity Commission's ("EEOC") Third Motion to Compel Answers to Interrogatories. In accordance with the Court's procedures, the Memorandum is attached.

           Respectfully submitted,

           SHAW & ROSENTHAL, LLP

           _/s/_____
           Elizabeth Torphy-Donzella
           20 South Charles Street
           Baltimore, MD  21201
           (410) 752-1040

           WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
           David E. Landau
           Aliza R. Karetnick
           1650 Arch Street – 22nd Floor
           Philadelphia, PA  19103
           (215) 977-2000

           Attorneys for Defendant
           LA Weight Loss Centers, Inc.

**CERTIFICATE OF SERVICE**

I, Elizabeth Torphy-Donzella, hereby certify that on October 24, 2005, a copy of Defendant LA Weight Loss Centers, Inc.'s Memorandum in Opposition to Plaintiff EEOC's Third Motion to Compel Answers to Interrogatories was served via the Court's electronic filing system and United States Mail, to:

Ronald L. Phillips
United States Equal Employment Opportunity Commission
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD  21201

Pamela J. White
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202

/s/ Elizabeth Torphy-Donzella
Elizabeth Torphy-Donzella