IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>and  )<br>)<br>KATHY C. KOCH,  )<br>)<br>Plaintiff-Intervenor,  )<br>)<br>v.  )<br>)<br>LA WEIGHT LOSS,  )<br>)<br>Defendant.  )<br>_____ ) | Case No. WDQ-02-CV-648 |

### NOTICE OF SERVICE OF PLAINTIFF EEOC'S REPLY MEMORANDUM REGARDING PLAINTIFF'S SECOND MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

TO:   Aliza R. Karetnick, Esq.              Pamela J. White, Esq.
      David Landau, Esq.                     Ober, Kaler, Grimes & Shriver
      Wolf, Block, Schorr & Solis-Cohen LLP  120 East Baltimore Street
      1650 Arch Street, 22nd Floor           Baltimore, MD 21202-1643
      Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 31st day of October 2005, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by the Court's electronic filing system, the attached Memorandum in Reply to Defendant's Memorandum in Opposition to Plaintiff's Second Motion to Compel Answers to Interrogatories and Production of Documents.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

GERALD S. KIEL (Bar No. 07770)
Regional Attorney

TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile  number:  (410)  962-4270/2817

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Plaintiff EEOC's Notice of Service of Reply Memorandum Regarding Plaintiff's Second Motion to Compel Answers to Interrogatories and Production of Documents and attached Plaintiff EEOC's Memorandum in Reply to Defendant's Memorandum in Opposition to Plaintiff's Second Motion to Compel Answers to Interrogatories and Production of Documents were served, via the Court's electronic filing system, upon Aliza R. Karetnick, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on this day, the 31st day of October 2005. The undersigned further certifies that copies of the aforementioned documents will be mailed to the aforementioned counsel via regular mail on November 1, 2005.

                                                                /s/
                                          RONALD L. PHILLIPS
                                          Trial Attorney
                                          EEOC-Baltimore District Office
                                          City Crescent Building, 3rd Floor
                                          10 South Howard Street
                                          Baltimore, Maryland 21201
                                          Telephone number: (410) 962-4628
                                          Facsimile number: (410) 962-4270/2817