IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| and ) ) | |
| KATHY C. KOCH, ) ) | Case No. WDQ-02-CV-648 |
| Plaintiff-Intervenor, ) ) | |
| v. ) ) | |
| LA WEIGHT LOSS, ) ) | |
| Defendant. ) ) | |

### NOTICE OF SERVICE OF PLAINTIFF EEOC'S REPLY MEMORANDUM REGARDING PLAINTIFF'S THIRD MOTION TO COMPEL ANSWERS TO INTERROGATORIES

TO:  Aliza R. Karetnick, Esq.            Pamela J. White, Esq.
     David Landau, Esq.                  Ober, Kaler, Grimes & Shriver
     Wolf, Block, Schorr & Solis-Cohen LLP   120 East Baltimore Street
     1650 Arch Street, 22nd Floor        Baltimore, MD 21202-1643
     Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 4TH day of November 2005, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by the Court's electronic filing system, the attached Memorandum in Reply to Defendant's Memorandum in Opposition to Plaintiff's Third Motion to Compel Answers to Interrogatories.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

GERALD S. KIEL (Bar No. 07770)
Regional Attorney

TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile   number:   (410)   962-4270/2817

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Plaintiff EEOC's Notice of Service of Reply Memorandum Regarding Plaintiff's Third Motion to Compel Answers to Interrogatories and attached Plaintiff EEOC's Memorandum in Reply to Defendant's Memorandum in Opposition to Plaintiff's Third Motion to Compel Answers to Interrogatories were served, via the Court's electronic filing system, upon Aliza R. Karetnick, Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097; and Pamela J. White, Ober, Kaler, Grimes and Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643, on this day, the 4th day of November 2005.

                                                              /s/
                                        RONALD L. PHILLIPS
                                        Trial Attorney
                                        EEOC-Baltimore District Office
                                        City Crescent Building, 3rd Floor
                                        10 South Howard Street
                                        Baltimore, Maryland 21201
                                        Telephone number: (410) 962-4628
                                        Facsimile number: (410) 962-4270/2817