IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| and | : <br> : |
| KATHY KOCH, | : CASE NO.: WDQ-02-CV-648 <br> : <br> : |
| Intervenor/Plaintiff, | : JURY DEMANDED <br> : |
| v. | : <br> : |
| LA WEIGHT LOSS CENTERS, INC., | : <br> : |
| Defendant. | : |

**NOTICE OF SERVICE OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S
MOTION TO COMPEL ANSWERS
TO INTERROGATORIES AND DOCUMENT REQUESTS**

TO:   Ronald L. Phillips
U.S. Equal Employment Opportunity Commission
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD  21201

PLEASE TAKE NOTICE that on this day, the 29th day of December 2005, in accordance with Local Rule 104(8)(a), defendant LA Weight Loss Centers, Inc. ("LAWL") has served upon plaintiff U.S. Equal Employment Opportunity Commission, by the Court's electronic filing system and via United States Mail, its Motion to Compel Answers to Interrogatories and Document Requests and its Memorandum in Support thereof.  In keeping with the Court's procedures, the Motion and Memorandum are attached hereto.

        Respectfully submitted,

        _____/s/_____
        David E. Landau
        Aliza R. Karetnick
        Wolf, Block, Schorr and Solis-Cohen LLP
        1650 Arch Street - 22nd Floor
        Philadelphia, PA  19103
        (215) 977-2124

        Elizabeth Torphy-Donzella
        Shawe & Rosenthal, LLP
        20 South Charles Street, 11th Floor
        Baltimore, MD  21201
        (410) 752-1040

        Attorneys for Defendant
        LA Weight Loss Centers, Inc.

Date: December 29, 2005

**CERTIFICATE OF SERVICE**

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the foregoing Notice of Service of Defendant LA Weight Loss Centers, Inc.'s Motion to Compel Answers to Interrogatories and Documents Requests to be served via the Court's electronic filing system and United States Mail, postage pre-paid, upon:

>Ronald L. Phillips
>U.S. Equal Employment Opportunity Commission
>City Crescent Building, 3rd Floor
>10 South Howard Street
>Baltimore, MD  21201

Dated:  December 29, 2005                                    /s/

                                                                              Elizabeth Torphy-Donzella