IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : : : | |
| Plaintiff, | : : | |
| and | : : | |
| **KATHY KOCH,** | : : : | CASE NO.: WDQ-02-CV-648 |
| Intervenor/Plaintiff, | : : | JURY DEMANDED |
| v. | : : : | |
| **LA WEIGHT LOSS CENTERS, INC.,** | : : : | |
| Defendant. | : : | |

### DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to Federal Rule of Civil Procedure 37(a) and Rule 104(8) of the Local Rules of the United States District Court for the District of Maryland, defendant LA Weight Loss Centers, Inc. ("LAWL") files this Motion to Compel Answers to Interrogatories and Document Requests (the "Motion"). For the reasons set forth in the attached Memorandum, LAWL respectfully requests that this Court enter an order directing plaintiff United States Equal Employment Opportunity Commission ("EEOC") to answer certain discovery requests propounded in LAWL's Fourth and Fifth Sets of Interrogatories to Plaintiff and Third Set of Requests for Production of Documents to Plaintiff.

LAWL certifies that it has in good faith conferred with EEOC in an effort to resolve this discovery dispute and procure the discovery at issue without this Court's intervention. LAWL further certifies that EEOC has failed to provide such discovery.

        Respectfully submitted,

        _____/s/_____
        David E. Landau
        Aliza R. Karetnick
        Wolf, Block, Schorr and Solis-Cohen LLP
        1650 Arch Street - 22nd Floor
        Philadelphia, PA 19103
        (215) 977-2124

        Elizabeth Torphy-Donzella
        Shawe & Rosenthal, LLP
        20 South Charles Street, 11th Floor
        Baltimore, MD 21201
        (410) 752-1040

        Attorneys for Defendant
        LA Weight Loss Centers, Inc.

Date: December 29, 2005

**CERTIFICATE OF SERVICE**

      I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the foregoing Defendant LA Weight Loss Centers, Inc.'s Motion to Compel Answers to Interrogatories and Documents Requests to be served via the Court's electronic filing system and United States Mail, postage pre-paid, upon:

>Ronald L. Phillips
>U.S. Equal Employment Opportunity Commission
>City Crescent Building, 3rd Floor
>10 South Howard Street
>Baltimore, MD  21201

Dated:  December 29, 2005

                                                /s/

                                          Elizabeth Torphy-Donzella