IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. )<br>_____ ) | Case No. WDQ-02-CV-648 |

**NOTICE OF SERVICE OF PLAINTIFF EEOC'S MEMORANDUM IN OPPOSITION TO DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND DOCUMENT REQUESTS**

TO:   Aliza R. Karetnick, Esq.
      David Landau, Esq.
      Wolf, Block, Schorr & Solis-Cohen LLP
      1650 Arch Street, 22nd Floor
      Philadelphia, PA 19103-2097

PLEASE TAKE NOTICE that on this day, the 21ST day of January 2006, in accordance with Local Rule 104(8)(a) and agreement of counsel, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") has served upon the parties, by the Court's electronic filing system, Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion to Compel Answers to Interrogatories and Document Requests and attached Exhibits 1-7. In accordance with the Court's electronic filing procedures, the Memorandum in Opposition and Exhibits are attached to this Notice.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

GERALD S. KIEL (Bar No. 07770)
Associate Regional Attorney

TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney

CORBETT L. ANDERSON
Trial Attorney

          /s/
RONALD L. PHILLIPS
Trial Attorney
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Fax number: (410) 962-4270/2817

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Notice of Service Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion to Compel Answers to Interrogatories and Document Requests, Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion to Compel Answers to Interrogatories and Document Requests, and attached Exhibits was served, via the Court's electronic filing system, upon Aliza R. Karetnick, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, on this day, the 21st day of January 2006. The undersigned further certifies that a copy of the aforementioned documents shall be sent, via regular first class mail, to Aliza R. Karetnick, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, on the 23rd day of January 2006.

                                                           /s/  
                                                RONALD L. PHILLIPS  
                                                Trial Attorney  
                                                EEOC-Baltimore District Office  
                                                City Crescent Building, 3rd Floor  
                                                10 South Howard Street  
                                                Baltimore, MD 21201  
                                                Telephone number: (410) 962-4628  
                                                Facsimile number: (410) 962-4270/2817