IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,        ) <br> ) <br> Plaintiff,                ) <br> ) <br> v.                    ) <br> ) <br> LA WEIGHT LOSS,            ) <br> ) <br> Defendant.            ) <br> _____) | Case No. WDQ-02-CV-648 |

### INDEX OF EXHIBITS TO PLAINTIFF EEOC'S MEMORANDUM IN OPPOSITION TO DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND DOCUMENT REQUESTS

Exhibit No. 1:   Letter from David Landau, Esq. to Tracy Hudson Spicer, EEOC Supervisory Trial Attorney dated July 20, 2005

Exhibit No. 2:   E-mail from Ronald L. Phillips, EEOC Trial Attorney, to Aliza Karetnick, Esq. dated October 4, 2005

Exhibit No. 3:   Letter from Ronald L. Phillips, EEOC Trial Attorney, to Aliza R. Karetnick, Esq. dated November 18, 2005

Exhibit No. 4:   Declaration of Ronald L. Phillips

Exhibit No. 5:   EEOC v. General Motors Corp., No. 4:96CV01547, 1997 WL 807862 (E.D. Mo., Nov. 24, 1997)(unpublished)

Exhibit No. 6:   EEOC v. Plessey, Inc., No. 78-1383, 1981 WL 2441 (D. Kan., Apr. 30, 1981)(unpublished)

Exhibit No. 7:   EEOC v. The Pasta House Co., No. 4:94CV1715, 1996 WL 120648 (E.D. Mo., Jan. 29, 1996)(unpublished)