# WolfBlock

1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

David E. Landau
Direct Dial:      (215) 977-2052
Direct Fax: (215) 405-2952
E-mail:     dlandau@wolfblock.com

July 20, 2005

**VIA FAX AND FIRST CLASS MAIL**
Tracy Hudson Spicer
U.S. Equal Employment Opportunity
Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Re:   <u>EEOC and Koch v. LA Weight Loss Centers, Inc.</u>

Dear Tracy:

I am following up on Aliza Karetnick's correspondence with respect to the EEOC's response to LAWL's fourth set of interrogatories. As a participant in the May 26, 2005, conference call, I share Aliza's understanding of the parties' agreement that a discovery dispute exists and that EEOC would await receipt of a letter detailing LAWL's dissatisfaction with EEOC's interrogatory answers. The EEOC's recollection differs and I understand the EEOC contends our right to pursue complete answers has been waived. It appears that the parties have a good faith misunderstanding of what was agreed to during that conference call.

We would like to bring closure to this issue. Accordingly, we reiterate our request that EEOC respond to LAWL's interrogatories with fact-specific answers and renew our offer to convene a conference call to discuss and clarify the interrogatories, to the extent necessary. Although we believe this is not a dispute to burden the Court with, LAWL will move to compel and ask the Court to determine whether there has been a waiver of rights under these circumstances.

PHL:5192528.1/LAW024-158357

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Tracy Hudson Spicer
July 20, 2005
Page 2

    Please let Aliza or me know by July 22 whether EEOC will agree to an amicable resolution of this discovery issue.

                                            Sincerely,

                                            David E. Landau

DEL/tc
cc:    Ronald L. Phillips, Esquire
        Aliza R. Karetnick, Esquire

PHL:5192528.1/LAW024-158357