**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | |
| | : | |
| Plaintiff, | : | |
| and | : | |
| | : | **CASE NO.: WDQ 02-CV-648** |
| **KATHY KOCH,** | : | |
| Intervenor/Plaintiff, | : | **JURY DEMANDED** |
| v. | : | |
| **LA WEIGHT LOSS CENTERS, INC.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of January, 2006, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Joint Motion to Extend Discovery and Modify Schedule is GRANTED.

_____
Quarles, J.