FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JAN 26 P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

KATHY KOCH,

    CASE NO.: WDQ 02-CV-648

    Intervenor/Plaintiff,    JURY DEMANDED

v.

LA WEIGHT LOSS CENTERS, INC.,

    Defendant.

---

## ORDER

AND NOW, this _26th_ day of January, 2006, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Joint Motion to Extend Discovery and Modify Schedule is GRANTED.

Quarles, J.