## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| **Plaintiff,** | : : | |
| and | : : | CASE NO.: WDQ-02-CV-648 |
| KATHY KOCH, | : : | |
| **Intervenor/Plaintiff,** | : : | JURY DEMANDED |
| v. | : : | |
| LA WEIGHT LOSS CENTERS, INC., | : : | |
| **Defendant.** | : : | |

### NOTICE OF SERVICE OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S REPLY TO EEOC'S OPPOSITION TO MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND DOCUMENT REQUESTS

TO: Ronald L. Phillips
U.S. Equal Employment Opportunity Commission
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201

PLEASE TAKE NOTICE that on this day, the 20th day of February 2006, in accordance with Local Rule 104(8)(a), defendant LA Weight Loss Centers, Inc. ("LAWL") has served upon plaintiff United States Equal Employment Opportunity Commission, by the Court's electronic filing system and via United States Mail, its Reply to EEOC's Opposition to Motion to Compel Answers to Interrogatories and Document Requests. In keeping with the Court's procedures, the Reply is attached hereto.

-2-

        Respectfully submitted,

        _____/s/_____

David E. Landau
Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street - 22nd Floor
Philadelphia, PA  19103
(215) 977-2124

Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal, LLP
20 South Charles Street, 11th Floor
Baltimore, MD  21201
(410) 752-1040

Attorneys for Defendant
LA Weight Loss Centers, Inc.

Date: February 20, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the foregoing Notice of Service of Defendant LA Weight Loss Centers, Inc.'s Reply to EEOC's Opposition to Motion to Compel Answers to Interrogatories and Documents Requests to be served via the Court's electronic filing system and United States Mail, postage pre-paid, upon:

> Ronald L. Phillips
> U.S. Equal Employment Opportunity Commission
> City Crescent Building, 3rd Floor
> 10 South Howard Street
> Baltimore, MD 21201

Dated: February 20, 2006               /s/
                                        Elizabeth Torpy-Donzella