# EXHIBIT D



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

Tracy Hudson Spicer
Direct Dial: (410) 962-4623
tracy.spicer@eeoc.gov

July 5, 2005

**Via Facsimile and U.S. Mail**
Aliza R. Karetnick
Wolf, Block, Schorr, and Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

Re:   <u>EEOC v. LA Weight Loss Centers, Inc.</u>,

Dear Aliza,

I am in receipt of your correspondence of June 20th in which you express your client's dissatisfaction with the EEOC's May 4th responses to Defendant's April 5th Fourth Set of Interrogatories. The Commission has considered your objections and has determined that they are untimely. Maryland Local Rules of Procedures 104.8 set forth the steps by which a party may pursue a Motion to Compel. Pursuant to the rule, dissatisfaction with a discovery response and attempts to resolve said dispute are to be done within 30 days of receipt of the response. At no time prior to your June 20th correspondence did you request nor did the EEOC grant an extension to the time frames set forth in Local Rule 104.8. Accordingly, LAWL's objections to the EEOC responses were waived as of June 3, 2005.

Please feel free to call me at (410) 962-4623 if you have any questions.

Sincerely,

Tracy Hudson Spicer