IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | : | CASE NO.: WDQ-02-CV-648 |
| KATHY KOCH, | : | |
| | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY**

A motion to compel discovery was served on plaintiff United States Equal Employment Opportunity Commission ("EEOC"). The motion is attached to the notice of service of motion to compel discovery filed in this case as Paper No. 145. A response was served and is attached to the notice of service of response to motion to compel discovery filed in this case as Paper No. 146. A reply was served and it attached to the notice of service of reply to response filed in this case as Paper No. 149.

Counsel have conferred and have been unable to resolve the parties' dispute regarding the insufficiency of EEOC's answers to Interrogatory Nos. 32 and 33. This issue is addressed in detail in the motion to compel at pages 2-5, the response at pages 9-16, and in the reply at pages 1-9.

A certificate of compliance with Local Rule 104.7 is attached hereto.

Wherefore, it is requested that the court review the motion to compel, response and reply and rule on the issues set forth above.

                                        Respectfully submitted,

                                        _____/s/_____
                                        David E. Landau
                                        Aliza R. Karetnick
                                        Wolf, Block, Schorr and Solis-Cohen LLP
                                        1650 Arch Street - 22nd Floor
                                        Philadelphia, PA  19103
                                        (215) 977-2124

                                        Elizabeth Torphy-Donzella
                                        Bar No. 10809
                                        Shawe & Rosenthal, LLP
                                        20 South Charles Street, 11th Floor
                                        Baltimore, MD  21201
                                        (410) 752-1040

                                        Attorneys for Defendant
                                        LA Weight Loss Centers, Inc.

Date: March 9, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the foregoing Defendant LA Weight Loss Centers, Inc.'s Motion to Compel and Certificate of Compliance with Local Rule 104.7 to be served via the Court's electronic filing system and United States Mail, postage pre-paid, upon:

>Ronald L. Phillips
>U.S. Equal Employment Opportunity Commission
>City Crescent Building, 3rd Floor
>10 South Howard Street
>Baltimore, MD 21201

Dated: March 9, 2006                              /s/
                                                  Elizabeth Torphy-Donzella
130256