IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ-02-CV 648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

**DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LR 104.7**

Counsel for LA Weight Loss Centers, Inc certifies that she made the following attempt to resolve the dispute regarding discovery before filing the Motion to Compel.

Before undertaking the pre-filing of the motion electronically, Counsel for LA Weight Loss, on June 20, 2005, sent EEOC a letter detailing the ways in which EEOC's discovery responses were inadequate. The letter invited EEOC to confer by phone/in person. In response, EEOC sent a letter stating that Defendant's objections were untimely.

After the parties completed their pre-filings, Aliza R. Karetnick, attorney for LA Weight Loss Centers, Inc., and Ronald L. Phillips, attorney for United States Equal Employment Opportunity Commission, held a conference call on Monday, March 6, 2006, at 12:00 p.m., during which the parties tried to resolve their differences. The attempt was unsuccessful.

Respectfully submitted,

        /s/
_____
David E. Landau
Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street - 22nd Floor
Philadelphia, PA  19103
(215) 977-2124

Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal, LLP
20 South Charles Street, 11th Floor
Baltimore, MD  21201
(410) 752-1040

Attorneys for Defendant
LA Weight Loss Centers, Inc.

Date: March 9, 2006