IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. )<br>_____) | Case No. WDQ-02-CV-648 |

**PLAINTIFF EEOC'S NOTICE TO THE COURT IN RESPONSE
TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") files this Notice to the Court in Response to Defendant LA Weight Loss's Motion to Compel Discovery ("Motion") to notify the Court that in addition to the page numbers listed by the Defendant in its Motion, Pages 6-7 of Plaintiff EEOC's Memorandum in Opposition to the instant Motion (Attachment #1 to Document No. 146) are also pertinent to the parties' dispute.

                              Respectfully submitted,

                              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                              JACQUELINE H. MCNAIR
                              Regional Attorney

                              GERALD S. KIEL
                              Associate Regional Attorney

TRACY HUDSON SPICER
Supervisory Trial Attorney

CORBETT L. ANDERSON
Trial Attorney

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 962-4628
Facsimile number: (410) 962-4270/2817