IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS, )<br>)<br>Defendant. )<br>_____ ) | Case No. WDQ-02-CV-648 |

**INDEX OF EXHIBITS TO PLAINTIFF EEOC'S MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Exhibit No. 1:   Defendant's Notice of Deposition

Exhibit No. 2:   FTC v. U.S. Grant Resources, LLC, No.Civ.A. 04-596, 2004 WL 1444951 (E.D. La., Jun. 25, 2004)(unpublished)

Exhibit No. 3:   SEC v. Rosenfeld, No. 97 CIV. 1467 (RPP), 1997 WL 576021 (S.D.N.Y., Sept. 16, 1997)(unpublished)

Exhibit No. 4:   United States v. District Council of New York City, No. 90 CIV. 5722 (CSH), 1992 WL 208284 (S.D.N.Y., Aug. 18, 1992)(unpublished)

Exhibit No. 5:   RTC v. Kazimour, No. C 92-0188, 1993 WL 13009325 (N.D. Iowa, Nov. 16, 1993)(unpublished)

Exhibit No. 6:   SmithKline Beecham Corp. v. Apotex Corp., No. 98 C 3952, 2000 WL 116082 (N.D. Ill., Jan. 24, 2000)(unpublished)