

1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

April 6, 2006

**VIA HAND DELIVERY**

The Honorable Judge Paul W. Grimm
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:   United States Equal Employment Opportunity Commission
             & Kathy Koch v. LA Weight Loss Centers, Inc.,
             Case No.: WDQ-02-CV-648

Dear Judge Grimm:

    On behalf of plaintiff United States Equal Employment Opportunity Commission ("EEOC") and defendant LA Weight Loss Centers, Inc. ("LAWL"), I write to seek a stay of all further proceedings concerning EEOC's Motion for Protective Order, which was filed with the Court on March 22, 2006. Per Your Honor's instructions, LAWL's response is due on or before April 10, 2006. In light of the Court's recent Order, however, the parties believe that the deposition at issue in EEOC's motion may be moot or resolved without intervention. Kindly advise if Your Honor prefers the parties file a formal motion to stay.

                                      Respectfully submitted,

                                      Aliza R. Karetnick
                        For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

ARK
cc:   Ronald L. Phillips (via fax and first class mail)
       Bruce J. Harrison
       David E. Landau

PHL:5351777.1/LAW024-158357