IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. WDQ-02-CV-648 ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION TO EXTEND EXPERT DISCOVERY AND MODIFY SCHEDULE**

Pursuant to the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's May 25, 2004, Order Regarding Bifurcation and Scheduling (the "Order"), Plaintiff U.S. Equal Employment Opportunity Commission and Defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order extending all expert discovery dates in this matter, as well as the dates for filing of dispositive motions, oppositions and cross-motions, by one (1) month.

In support of this Motion, the Parties state that Plaintiff EEOC has recently learned, and has informed Defendant, that an expert EEOC has employed in this case is having a family medical emergency which, coupled with related care-giving responsibilities and professional responsibilities, has rendered that expert unable to provide a Rule 26 report on April 24th, which is the date that EEOC is required to provide such reports to Defendant under the current scheduling order. The Parties agree that these circumstances warrant a brief extension of the current scheduling order dates

by one (1) month.

Accordingly, for good cause shown, the Parties request that the Order be modified as follows: Plaintiff EEOC shall name expert witnesses and serve Defendant LA Weight Loss Centers, Inc. with expert report(s) on or before May 26, 2006; Defendant LA Weight Loss Centers, Inc. shall name expert witnesses and serve Plaintiff EEOC with expert report(s) on or before June 26, 2006; expert discovery shall be completed by August 25, 2006; dispositive motions with respect to Stage I issues shall be filed on or before September 25, 2006; and Plaintiff EEOC shall file its opposition and cross motion, if any, on or before October 25, 2006.

        Respectfully submitted,

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        Tracy Hudson Spicer (Bar No. 08671)
        Supervisory Trial Attorney

        _____/s/_____
        Ronald L. Phillips
        Trial Attorney
        Baltimore Field Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 962-4628
        Facsimile number: (410) 962-4270/2817

        LA WEIGHT LOSS CENTERS, INC.

        _____/s/_____
        Elizabeth Torphy-Donzella, Esq.
        Shawe & Rosenthall LLP
        20 South Charles Street
        Baltimore, MD 21201
        Tel: (410) 752-1040
        Fax: (410) 752-8861

>David E. Landau, Esq.
>Aliza Karetnick, Esq.
>Wolf, Block, Schorr and Solis-Cohen LLP
>1650 Arch Street, 22nd Floor
>Philadelphia, PA  19103
>Tel:  (215) 977-2000
>Fax:  (215) 405-3724
>Attorneys for Defendant LA Weight Loss Centers, Inc.

Dated:  April 18, 2006