IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| and | : | |
| KATHY KOCH, | : | CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| Defendant. | : | |

## JOINT MOTION TO EXTEND DISCOVERY AND MODIFY SCHEDULE

Pursuant to the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's May 25, 2004, Order Regarding Bifurcation and Scheduling (the "Order"), plaintiff EEOC and defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order extending the Parties' time for expert discovery.

In support of this Motion, the Parties represent that they have diligently engaged in expert discovery. To date, EEOC has produced its expert report and all data or information considered.

Notwithstanding, the Parties require additional time to complete expert discovery. The following factors give rise to this Motion: (1) EEOC will not complete its answer to LAWL's Interrogatory No. 32 until June 30, 2006;[1] (2) LA Weight Loss Centers, Inc.'s expert(s) may consider EEOC's answer and/or any report evaluating that answer; and (3) the Parties will require at least 60 days, as previously provided, within which to complete expert discovery and depositions. LA Weight Loss Centers, Inc. anticipates that it will have no fewer than five expert witnesses.

Accordingly, the Parties respectfully request that the Order be modified as follows: (1) LA Weight Loss Centers, Inc. shall name expert witnesses and serve EEOC with expert report(s) considering EEOC's answer to Interrogatory No. 32 and/or any evaluation of that answer on or before July 31, 2006; (2) expert discovery shall be completed by October 2, 2006; (3) dispositive motions with respect to Stage I issues shall be filed on or before November 2, 2006; and (4)

---

[1] Expert reports not involving EEOC's answer to Interrogatory No. 32 will be disclosed in accordance with a schedule agreed upon the parties.

EEOC shall file its opposition and cross motion, if any, by December 4, 2006.

                                    /s/
Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD  21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Aliza Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2000
Fax:  (215) 405-3724

                                    /s/
Tracy Hudson Spicer
Ronald L. Phillips
United States Equal Employment
Opportunity Commission
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD  21201
Tel:  (410) 962-4623
Fax:  (410) 962-4270/2817

Dated:  June 27, 2006

- 4 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : | |
| Plaintiff, : | |
| and : | |
| : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH, : | |
| Intervenor/Plaintiff, : | JURY DEMANDED |
| v. : | |
| LA WEIGHT LOSS CENTERS, INC., : | |
| Defendant. : | |

## ORDER

AND NOW, this _____ day of June, 2006, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Joint Motion to Extend Discovery and Modify Schedule is GRANTED.

_____
Quarles, J.