IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. WDQ-02-CV-648 |
| LA WEIGHT LOSS, ) ) | |
| Defendant. ) ) | |

**JOINT MOTION TO EXTEND DATE FOR DISCLOSURE OF REBUTTAL EXPERT**

Pursuant to the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's October 2, 2006, Letter Order regarding expert discovery ("Letter Order"), Plaintiff U.S. Equal Employment Opportunity Commission and Defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order modifying the date set forth in the Letter Order for EEOC to disclose its rebuttal expert report regarding Defendant's expert David Jones, Ph.D.

In support of this Motion, the Parties state that at the September 27, 2006, hearing the Parties' counsel were unaware that EEOC had not yet received certain voluminous electronic files as a part of Rule 26(a)(2)(B) data disclosure regarding the Jones Report. Defendant anticipates production of these files to EEOC by Tuesday, October 10, 2006. In addition, EEOC received Rule 26(a)(2)(B) disclosure of additional hard copy documents regarding the Jones Report after the September 27th hearing (on Saturday September 30th). In light of the aforementioned additional production of expert

materials, and the importance of those materials, the Parties agree that EEOC's expert should be afforded additional time to consider them as part of his expert analysis. However, the Letter Order currently requires disclosure of EEOC's rebuttal report by not later than October 10, 2006, and the Parties agree that such date will not afford an opportunity for analysis of the newly-disclosed materials.[1]

Accordingly, for good cause shown, the Parties request that the Letter Order be modified to permit disclosure of any EEOC rebuttal report regarding Dr. Jones by not later than **October 25, 2006.**

          Respectfully submitted,

          EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION

          Tracy Hudson Spicer (Bar No. 08671)
          Supervisory Trial Attorney

          /s/
          Ronald L. Phillips
          Trial Attorney
          Baltimore Field Office
          City Crescent Building, 3rd Floor
          10 South Howard Street
          Baltimore, Maryland 21201
          Telephone number: (410) 962-4628
          Facsimile number: (410) 962-4270/2817

---

[1] The Parties anticipate joint submission of a revised Scheduling Order regarding all other deadlines referenced in the Letter Order in the near future. However, the instant Joint Motion is necessitated by the impending October 10th deadline.

LA WEIGHT LOSS CENTERS, INC.

/s/
Aliza Karetnick, Esq.
David E. Landau, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2000
Fax:  (215) 405-3724

Attorneys for Defendant LA Weight Loss Centers, Inc.