IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : |
| Plaintiff, | : : |
| and | : : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 : |
| Intervenor/Plaintiff, | : JURY DEMANDED : |
| v. | : : |
| LA WEIGHT LOSS CENTERS, INC., | : : |
| Defendant. | : : |

**JOINT MOTION TO EXTEND EXPERT DISCOVERY AND MODIFY SCHEDULE**

Pursuant to the Court's October 2, 2006, Letter Order, the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's May 25, 2004, Order Regarding Bifurcation and Scheduling (the "Order"), plaintiff EEOC and defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order extending the Parties' time for expert discovery and adjusting the deadlines for dispositive motions accordingly.

- 2 -

Specifically, the Parties request that the Order be modified as follows: (1) EEOC shall submit its rebuttal to LA Weight Loss Centers, Inc.'s expert, David Jones, Ph.D., on or before October 30, 2006[1]; (2) expert discovery shall conclude on or before January 5, 2007; (3) the Parties' Rule 26(e) disclosures shall be submitted on or before January 5, 2007; (4) dispositive motions with respect to Stage I issues shall be filed on or before February 2, 2007; and (4) EEOC

---

[1] The parties again ask the Court to extend the deadline for this rebuttal because of unanticipated logistical problems with delivery of electronic data pursuant to Rule 26(a)(2)(B).

shall file its opposition and cross motion, if any, on or before March 5, 2007.

                /s/
Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Aliza Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2000
Fax: (215) 405-3724

                /s/
Tracy Hudson Spicer
Ronald L. Phillips
United States Equal Employment Opportunity Commission
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Tel: (410) 962-4623
Fax: (410) 962-4270/2817

Dated: October 19, 2006