**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **and** | : | |
| | : | **CASE NO.: WDQ 02-CV-648** |
| **KATHY KOCH,** | : | |
| | : | |
| **Intervenor/Plaintiff,** | : | **JURY DEMANDED** |
| | : | |
| **v.** | : | |
| | : | |
| **LA WEIGHT LOSS CENTERS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

AND NOW, this _____ day of October, 2006, it is hereby ORDERED that plaintiff

Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s

Joint Motion to Extend Expert Discovery and Modify Schedule is GRANTED and the Order

Regarding Bifurcation and Scheduling is modified as follows:

(1) EEOC shall submit its rebuttal to LA Weight Loss Centers, Inc.'s expert, David

Jones, Ph.D., on or before October 30, 2006;

(2) expert discovery shall conclude on or before January 5, 2007;

(3) the Parties' Rule 26(e) disclosures shall be submitted on or before January 5, 2007;

(4) dispositive motions with respect to Stage I issues shall be filed on or before February

2, 2007; and

(5) EEOC shall file its opposition and cross motion, if any, on or before March 5, 2007.


_____

The Honorable Paul W. Grimm