# EXHIBIT C

PHL:5488301.1/LAW024-158357

**WolfBlock**

1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

May 18, 2006

## VIA OVERNIGHT MAIL

Ronald Phillips
U.S. Equal Employment Opportunity
Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Re: EEOC and Koch v. LA Weight Loss Centers, Inc.

Dear Ron:

Enclosed is LAWL's supplemental production of electronic hiring/recruiting and payroll information. Specifically, LACD 0282 contains the Interview Schedule and Feedback spreadsheet current through May 2006. LACD 0283 contains up-to-date ADP data in Excel format, as well as 2005 YTD information.

Please call me if you have any questions or if you have any trouble accessing the data.

Sincerely,

Aliza R. Karetnick
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

ARK
Enclosures

PHL:5380789.1/LAW024-158357

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership