UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

November 27, 2006

RE:   EEOC v. L.A. Weight Loss Centers, Inc.
      WDQ-02-648

*LETTER ORDER*

Dear Counsel:

I am in receipt of Defendant's motion to preclude the Equal Employment Opportunity Commission ("EEOC") from using or relying upon a new expert report from Elvira Sisolak, filed on November 22, 2006. Briefing on this motion will proceed as follows:

1.   EEOC's response in opposition Defendant's motion shall be filed by close of business today, MONDAY, NOVEMBER 27, 2006.

2.   Defendant's reply shall be filed no later than close of business tomorrow, TUESDAY, NOVEMBER 28, 2006.

3.   A telephone hearing on the merits of Defendant's motion will be held on WEDNESDAY, NOVEMBER 29, 2006 AT 1 P.M. Counsel for Defendant will please initiate the call and arrange for a court reporter to transcribe the hearing.

Although informal, this is an Order of the Court and shall be docketed as such.

/S/
Paul W. Grimm
United States Magistrate Judge

kmw