IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> and : <br> : <br> KATHY KOCH, : <br> : <br> Intervenor/Plaintiff, : <br> : <br> v. : <br> : <br> LA WEIGHT LOSS CENTERS, INC., : <br> : <br> Defendant. : <br> _____: | CASE NO.: WDQ 02-CV-648 <br><br> JURY DEMANDED |

## ORDER

AND NOW, this _____ day of December, 2006, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Joint Motion to Extend Expert Discovery and Modify Schedule is GRANTED and the Order Regarding Bifurcation and Scheduling is modified as follows:

(1) expert discovery shall conclude on or before February 9, 2007;

(3) the Parties' Rule 26(e) disclosures shall be submitted on or before February 14, 2007;

(4) dispositive motions with respect to Stage I issues shall be filed on or before March 9, 2007; and

(5) EEOC shall file its opposition and cross motion, if any, on or before April 6, 2007.

_____
The Honorable Paul W. Grimm