IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff | * |
| and | * |
| KATHY C. KOCH | * |
| Intervenor/Plaintiff | * |
| v. | Civil No. WDQ-02-CV-648 |
| | * |
| LA WEIGHT LOSS CENTERS, INC. | * |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the undersigned's appearance as counsel for Intervenor/Plaintiff Kathy C. Koch in the above-captioned matter. Carla N. Murphy, Esquire, and Ober, Kaler, Grimes & Shriver, a Professional Corporation, will remain as counsel for Intervenor/Plaintiff Kathy C. Koch.

_____/s/_____
Pamela J. White
Bar No. :  00181
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland  21202-1643
Phone: (410) 685-1120
Fax:    (410) 547-0699
Email: pjwhite@ober.com

Attorneys for Intervenor/Plaintiff
Kathy C. Koch