IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH, | : | |
| | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), defendant LA Weight Loss Centers, Inc. respectfully requests that the Court grant summary judgment on all claims contained in plaintiff Equal Employment Opportunity Commission's Amended Complaint. In support, LA Weight Loss Centers, Inc. hereby incorporates the accompanying Memorandum of Law in

- 2 -

Support of Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment.

                                                    /s/  
                                   Elizabeth Torphy-Donzella  
                                   Shawe & Rosenthall LLP  
                                   20 South Charles Street  
                                   Baltimore, MD 21201  
                                   Tel: (410) 752-1040  
                                   Fax: (410) 752-8861

                                   David E. Landau  
                                   Jonathan D. Wetchler  
                                   Aliza R. Karetnick  
                                   Wolf, Block, Schorr and Solis-Cohen LLP  
                                   1650 Arch Street – 22nd Floor  
                                   Philadelphia, PA 19103  
                                   Tel: (215) 977-2000  
                                   Fax: (215) 405-3724

March 9, 2007

- 3 -

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment to be filed and served electronically on March 9, 2007. I further certify that a copy of the motion shall be served via first class mail upon:

> Ronald L. Phillips
> EEOC
> Baltimore District Office
> 10 South Howard Street, 3rd Floor
> Baltimore, MD 21201

/s/
Elizabeth Torphy-Donzella
