IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : Plaintiff, : : and : : KATHY KOCH, : : Intervenor/Plaintiff, : : v. : : LA WEIGHT LOSS CENTERS, INC., : : Defendant. : : | CASE NO.: WDQ 02-CV-648 JURY DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment, accompanying memorandum of law and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____

PHL:5565598.1/LAW024-158357