IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| and | : | |
| KATHY KOCH, | : | CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| Defendant. | : | |

# EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT

## VOLUME I OF II (A-Z)

## INDEX OF EXHIBITS
## VOLUME I OF II (A THROUGH Z)

**Description of Exhibit**                                                                                                            **Tab**

1. Deposition of Vahan Karian ............................................................ A
2. Center List ..................................................................................... B
3. Deposition of Joni Fabie ................................................................ C
4. Deposition of Laurinda Beavers ..................................................... D
5. Deposition of Lesia Petrizio ............................................................ E
6. Deposition of William P. Doyle, III ............................................... F
7. Expert Report of Robert L. Tanenbaum, Ph.D. .............................. G
8. Deposition of Elaine Bussoletti ...................................................... H
9. LAWL's Organizational Chart by Market ..................................... I
10. Area Supervisor and Regional Manager Job Descriptions ............. J
11. Deposition of Christiane Burnard ................................................... K
12. Guide to Selecting the Best ............................................................ L
13. Report on the Hiring of Men by LA Weight Loss Centers, Inc. by Elvira Sisolak ........................................................................... M
14. Deposition of Karen Siegel, September 19, 2002, Vol. II .............. N
15. Deposition of Karen Siegel, November 11, 2004 ........................... O
16. Deposition of Nicola Fryer, November 22, 2005 ........................... P
17. Expert Report by Seymour Adler, containing Review of Recruitment and Selection Process .................................................................... Q
18. Deposition of Michelle Blum ......................................................... R
19. Deposition of Karen Siegel, August 28, 2002 ................................ S
20. Deposition of Karen Siegel, March 31, 2005, Vol. II .................... T
21. Deposition of Nicola Fryer, February 2, 2006 ............................... U

| **Description of Exhibit** | **Tab** |
| --- | --- |
| 22. LACD 0275, Screen Prints | V |
| 23. Sample Screen Print from Document Management System | W |
| 24. Expert Report by Margaret S. Stockdale | X |
| 25. Labor Force 2000 Detailed Occupation by Residence by Sex by Race/Ethnicity | Y |
| 26. Analysis of Report on the Hiring of Men by LA Weight Loss Centers, Inc. by Seymour Adler | Z |