# EXHIBIT B

NIELSEN NUMBERS - CORPORATE CENTERS

| Number | Name | Target Date |
|---|---|---|
| 000 00 | Corporate | |
| 000 01 | Horsham | |
| 000 55 | Market to be Determine | |
| 000 75 | Allentown Warehouse Closed | |
| 000 83 | Nutritional Sciences Corp | |
| 000 84 | Martin Rosenthal Whse | |
| 000 85 | DL Distribution Whse | |
| 000 86 | Action Duplication Whse | |
| 000 87 | Lang Whse | |
| 000 88 | Chicago Whse | |
| 000 89 | Edner Whse NV | |
| 000 90 | Smith Eagle Whse PA | |
| 000 91 | At Home - PA | |
| 000 99 | Warehouse | |
| 001 00 | Philadelphia, PA | 27 |
| 001 01 | Hamilton, NJ | |
| 001 02 | Bensalem | |
| 001 04 | Willow Grove | |
| 001 06 | Pottstown | |
| 001 07 | Allentown | |
| 001 08 | Cherry Hill, NJ | |
| 001 09 | Springfield | |
| 001 10 | Newark, DE | |
| 001 11 | Turnersville, NJ | |
| 001 12 | Northfield | |
| 001 13 | Reading | |
| 001 14 | Bala Cynwyd | |
| 001 15 | Center City | |
| 001 16 | Lansdale | |
| 001 17 | Brandywine, DE | |
| 001 18 | Exton | |
| 001 19 | Warrington | |
| 001 20 | Easton | |
| 001 21 | Quakertown | |
| 001 22 | Burlington, NJ | |
| 001 23 | Oxford Valley | |
| 001 24 | Port Richmond | |
| 001 25 | Grant Ave | |
| 001 26 | Princeton, NJ CLOSED | |
| 001 27 | Vineland, NJ | |
| 001 28 | King of Prussia | |
| 001 29 | Plymouth Meeting | |
| 001 30 | South Philadelphia | |
| 001 31 | Chadds Ford CLOSED | |
| 001 98 | Training Room | |
| 001 99 | Philadelphia Market | |
| 002 00 | Harrisburg, PA | 8 |
| 002 01 | Harrisburg | |
| 002 02 | Camp Hill | |
| 002 03 | York | |
| 002 04 | Lancaster | |
| 002 05 | Chambersburg | |
| 002 06 | Lebanon | |
| 002 07 | Hanover | |
| 002 08 | Carlisle | |
| 002 98 | Harrisburg Training Center | |
| 002 99 | Harrisburg Market | |
| 003 00 | Wilkes Barre, PA | 7 |
| 003 01 | Wilkes Barre | |
| 003 02 | Scranton | |
| 003 03 | Stroudsburg | |
| 003 04 | Williamsport | |
| 003 05 | Sunbury | |
| 003 06 | Pottsville | |
| 003 07 | Hazleton | |
| 003 98 | Training Room | |
| 003 99 | Wilkes Barre Market | |

| Number | Name | Target Date |
|---|---|---|
| 004 00 | Binghamton, NY | 1 |
| 004 01 | Binghamton | |
| 004 71 | See Ctr # 01006 | |
| 004 98 | Training Room | |
| 004 99 | Binghamton Market | |
| 005 00 | Elmira, NY | 1 |
| 005 01 | Elmira | |
| 005 98 | Training Room | |
| 005 99 | Elmira Market | |
| 006 00 | Pittsburgh, PA | 7 |
| 006 01 | North Hills | |
| 006 02 | Century III | |
| 006 04 | Monroeville | |
| 006 05 | Beaver | |
| 006 06 | Greensburg | |
| 006 11 | South Hills | |
| 006 13 | Butler | |
| 006 98 | Training Room | |
| 006 99 | Pittsburgh Markekt | |
| 007 00 | New York Metro | 44 |
| 007 01 | Brick, NJ | |
| 007 02 | Clifton, NJ | |
| 007 03 | Edison, NJ | |
| 007 04 | Freehold, NJ | |
| 007 07 | East Brunswick, NJ | |
| 007 08 | West Caldwell, NJ | |
| 007 09 | Union, NJ | |
| 007 10 | Lynbrook | |
| 007 11 | E Northport (Commack) | |
| 007 12 | Manhattan | |
| 007 13 | Hicksville | |
| 007 14 | Staten Island | |
| 007 15 | Centereach | |
| 007 16 | Forest Hills | |
| 007 17 | Ramsey, NJ | |
| 007 18 | Bayside CLOSED | |
| 007 19 | Upper East Side | |
| 007 20 | Mt Kisco | |
| 007 22 | Bayshore | |
| 007 23 | Scarsdale | |
| 007 26 | Bayridge | |
| 007 27 | New Hyde Park | |
| 007 28 | Wayne, NJ | |
| 007 29 | Yonkers | |
| 007 31 | Shepsherd Bay | |
| 007 32 | Mohegan Lake | |
| 007 33 | Brooklyn Heights (Court St) | |
| 007 35 | Riverhead | |
| 007 37 | Roxbury, NJ | |
| 007 38 | Somerville, NJ | |
| 007 39 | Sayville | |
| 007 41 | Poughkeepsie | |
| 007 42 | Middletown CLOSED | |
| 007 43 | Fairfield, CT | |
| 007 46 | Rochelle Park, NJ | |
| 007 47 | Whippany, NJ Satellite | |
| 007 48 | Lindenhurst | |
| 007 49 | Danbury, CT | |
| 007 51 | Toms River, NJ | |
| 007 52 | Upper West Manhattan | |
| 007 54 | Jersey City, NJ | |
| 007 55 | Norwalk, CT | |
| 007 56 | Lower Manhattan | |
| 007 57 | Kingston Satellite | |
| 007 59 | Stamford CT | |
| 007 60 | Bronx Central | |
| 007 98 | NY Metro Training Center | |
| 007 99 | New York Metro Market | |

| Number | Name | Target Date |
|---|---|---|
| 008 00 | Baltimore MD | 8 |
| 008 01 | Glen Burnie | |
| 008 02 | Towson | |
| 008 04 | Catonsville | |
| 008 05 | Bel Air | |
| 008 07 | Pikesville | |
| 008 08 | Annapolis | |
| 008 09 | Perry Hall | |
| 008 10 | Columbia | |
| 008 98 | Training Room | |
| 008 99 | Baltimore Market | |
| 009 00 | Washington DC | 15 |
| 009 02 | Laurel, MD | |
| 009 03 | Fairfax, VA | |
| 009 04 | Alexandria, VA | |
| 009 05 | Manassas, VA | |
| 009 06 | Herndon, VA | |
| 009 07 | Rockville, MD | |
| 009 09 | Gaithersburg, MD | |
| 009 10 | Waldorf, MD | |
| 009 11 | Landover, MD | |
| 009 12 | Georgetown, DC | |
| 009 13 | Oxon Hill, MD | |
| 009 15 | Fredericksburg, VA | |
| 009 16 | Burke, VA CLOSED | |
| 009 17 | Bowie, MD | |
| 009 18 | Woodbridge, VA | |
| 009 20 | Greenbelt, MD | |
| 009 98 | Training Room | |
| 009 99 | Washington DC Market | |
| 010 00 | Syracuse, NY | 5 |
| 010 01 | Camillus CLOSED | |
| 010 02 | Clay | |
| 010 03 | Dewitt | |
| 010 04 | Ithaca | |
| 010 06 | Oswego Satellite | |
| 010 71 | Auburn | |
| 010 98 | Training Room | |
| 010 99 | Syracuse Market | |
| 011 00 | Rochester, NY | 5 |
| 011 01 | Fairport | |
| 011 02 | Greece | |
| 011 03 | Henrietta | |
| 011 04 | Webster | |
| 011 71 | Geneva Satellite | |
| 011 98 | Training Room | |
| 011 99 | Rochester Market | |
| 012 00 | Altoona, PA | 3 |
| 012 01 | Altoona | |
| 012 02 | Johnstown | |
| 012 03 | State College | |
| 012 98 | Training Room | |
| 012 99 | Altoona/Johnstown Market | |
| 013 00 | Buffalo, NY | 4 |
| 013 01 | Cheektowaga | |
| 013 02 | Tonawanda | |
| 013 03 | W. Seneca | |
| 013 04 | Batavia | |
| 013 98 | Training Room | |
| 013 99 | Buffalo Market | |

| Number | Name | Target Date |
|---|---|---|
| 014 00 | Miami, FL | 10 |
| 014 01 | Aventura | |
| 014 03 | Sweetwater | |
| 014 04 | Coral Springs | |
| 014 05 | Plantation | |
| 014 06 | Pembroke Pines | |
| 014 08 | Hialeah | |
| 014 09 | Coral Gables | |
| 014 10 | Kendall | |
| 014 11 | Cutler Ridge (Falls) | |
| 014 12 | Hollywood | |
| 014 98 | Training Room | |
| 014 99 | Miami Market | |
| 015 00 | Nashville, TN | |
| | Transferred to Franchise 70400 | |
| 016 00 | Palm Beach, FL | 5 |
| 016 01 | West Palm | |
| 016 02 | Palm Beach Gardens (N Palm) | |
| 016 03 | Boynton Beach | |
| 016 04 | Jensen Beach | |
| 016 05 | West Boca | |
| 016 98 | Training Room | |
| 016 99 | Palm Beach Market | |
| 017 00 | Utica, NY | 1 |
| 017 01 | Utica | |
| 017 98 | Training Room | |
| 017 99 | Utica Market | |
| 018 00 | Indianapolis, IN | 10 |
| 018 01 | Castleton | |
| 018 02 | Greenwood | |
| 018 03 | E. Washington IN | |
| 018 04 | Speedway | |
| 018 05 | Muncie | |
| 018 06 | Carmel | |
| 018 07 | Anderson Satellite | |
| 018 08 | Kokomo | |
| 018 09 | Lafayette  Satellite | |
| 018 10 | Bloomington, IN | |
| 018 98 | Training Room | |
| 018 99 | Indianapolis Market | |
| 019 00 | Richmond VA | 3 |
| 019 01 | Midlothian | |
| 019 02 | Colonial Heights | |
| 019 03 | Broad St (Richmond) | |
| 019 98 | Training Room | |
| 019 99 | Richmond Market | |
| 020 00 | St. Louis MO | 8 |
| 020 01 | Florissant | |
| 020 02 | Sunset Hills | |
| 020 03 | Fairview Hgts, IL | |
| 020 04 | St Charles | |
| 020 07 | LeMay Ferry (Arnold Park) | |
| 020 08 | Balwin Plaza | |
| 020 10 | Creve Coeur | |
| 020 11 | Brentwood | |
| 020 98 | St Louis Training Center | |
| 020 99 | St Louis Market | |
| 021 00 | Erie, PA | 1 |
| 021 01 | Erie | |
| 021 98 | Training Room | |
| 021 99 | Erie Market | |

46 - DIV

LA-0250464

**Column 1** — Target Date

| Code | Location | Target Date |
|---|---|---|
| 022 00 | Watertown, NY | 1 |
| 022 01 | Watertown | |
| 022 98 | Training Room | |
| 022 99 | Watertown Market | |
| 023 00 | Ft. Wayne, IN | 2 |
| 023 01 | Ft. Wayne | |
| 023 02 | Lower Ft. Wayne | |
| 023 98 | Training Room | |
| 023 99 | Ft Wayne Market | |
| 024 00 | Youngstown, OH | 3 |
| 024 01 | Youngstown | |
| 024 02 | Warren | |
| 024 03 | Sharon, PA | |
| 024 98 | Training Room | |
| 024 99 | Youngstown Market | |
| 025 00 | Albany, NY | 6 |
| 025 01 | Albany | |
| 025 02 | Clifton Park | |
| 025 03 | Schenectady | |
| 025 04 | Troy | |
| 025 05 | Pittsfield, MA Satellite | |
| 025 06 | Newburgh | |
| 025 71 | Glenn Falls, NY | |
| 025 98 | Training Room | |
| 025 99 | Albany Market | |
| 026 00 | Cleveland, OH | 10 |
| 026 01 | Lakewood CLOSED | |
| 026 02 | North Olmsted | |
| 026 03 | Canton, OH | |
| 026 04 | Akron | |
| 026 05 | Parma | |
| 026 06 | Strongsville | |
| 026 07 | Mayfield Heights | |
| 026 08 | Elyria | |
| 026 09 | Mentor | |
| 026 10 | Bedford Hgts | |
| 026 11 | Mansfield | |
| 026 98 | Training Room | |
| 026 99 | Cleveland Market | |
| 027 00 | Boston, MA | 19 |
| 027 01 | Chelmsford | |
| 027 02 | Weymouth | |
| 027 03 | Canton, MA | |
| 027 04 | Needham | |
| 027 05 | Brockton | |
| 027 06 | Dedham | |
| 027 07 | Braintree Satellite | |
| 027 08 | Woburn | |
| 027 09 | Nashua, NH | |
| 027 11 | Framingham | |
| 027 12 | Saugus | |
| 027 13 | Manchester, NH | |
| 027 14 | Chestnut Hill (Brookline) | |
| 027 15 | Marlborough | |
| 027 16 | Lawrence | |
| 027 17 | Dorchester | |
| 027 18 | Beverly | |
| 027 19 | Hyannis | |
| 027 20 | Government Plaza | |
| 027 98 | Training Room | |
| 027 99 | Boston Market | |
| 028 00 | South Bend IN | 2 |
| 028 01 | South Bend | |
| 028 02 | Elkhart | |
| 028 98 | Training Room | |
| 028 99 | South Bend Market | |

**Column 2** — Target Date

| Code | Location | Target Date |
|---|---|---|
| 029 00 | Peoria/Bloomington IL | 2 |
| 029 01 | Peoria | |
| 029 02 | Bloomington, IL | |
| 029 98 | Training Room | |
| 029 99 | Peoria/Bloomington Market | |
| 030 00 | Dayton, OH | 5 |
| 030 01 | Fairborn | |
| 030 02 | Centerville | |
| 030 03 | Salem | |
| 030 04 | Springfield, OH | |
| 030 05 | | |
| 030 06 | Richmond, IN | |
| 030 98 | Training Room | |
| 030 99 | Dayton Market | |
| 031 00 | Springfield MA | 1 |
| 031 01 | Springfield, MA | |
| 031 98 | Training Room | |
| 031 99 | Springfield/Holyoke Market | |
| 032 00 | Dallas/Ft Worth TX | 12 |
| 032 01 | Hurst | |
| 032 02 | Arlington | |
| 032 03 | Benbrooke | |
| 032 04 | Valley View CLOSED | |
| 032 05 | University Park | |
| 032 06 | West Plano | |
| 032 07 | East Plano | |
| 032 08 | Watauga | |
| 032 09 | Irving | |
| 032 10 | Mesquite | |
| 032 11 | Denton | |
| 032 12 | Duncanville, TX | |
| 032 13 | Vista Ridge | |
| 032 14 | Lake Worth, TX | Q3-05 |
| 032 15 | North Arlington CLOSED | |
| 032 98 | Dallas Training Center | |
| 032 99 | Dallas Market | |
| 033 00 | Columbus OH | 5 |
| 033 01 | New Rome | |
| 033 02 | North Columbus | |
| 033 03 | Pickerington | |
| 033 04 | Dublin | |
| 033 05 | Heath Satellite | |
| 033 98 | Training Room | |
| 033 99 | Columbus Market | |
| 034 00 | Providence, RI | 5 |
| 034 01 | North Providence | |
| 034 02 | Seekonk, MA | |
| 034 03 | Woonsocket | |
| 034 04 | Warwick | |
| 034 05 | Fall River, MA | |
| 034 98 | Training Room | |
| 034 99 | Providence Market | |
| 035 00 | Springfield IL | 3 |
| 035 01 | Champaign, IL | |
| 035 02 | Springfield, IL | |
| 035 03 | Decatur, IL | |
| 035 04 | Quincy, IL. Satellite | Q3-05 |
| 035 98 | Training Room | |
| 035 99 | Springfield Market | |
| 036 00 | Louisville, KY | |
| | Transferred to Franchise 75600 | |

**Column 3** — Target Date

| Code | Location | Target Date |
|---|---|---|
| 037 00 | Chicago IL | 22 |
| 037 01 | Skokie, IL | |
| 037 02 | Schaumburg, IL | |
| 037 03 | Calumet City, IL | |
| 037 04 | Arlington Heights, IL | |
| 037 05 | Deerfield, IL | |
| 037 06 | Woodridge, IL | |
| 037 07 | Lincoln Park, IL | |
| 037 08 | Joliet, IL | |
| 037 09 | Oaklawn (Burbank), IL | |
| 037 10 | Naperville, IL | |
| 037 11 | Oak Park, IL | |
| 037 12 | East Dundee, IL | |
| 037 13 | Bloomingdale, IL | |
| 037 14 | Merrillville, IN | |
| 037 15 | Orland Park, IL | |
| 037 16 | Vernon Hills, IL | |
| 037 17 | Downtown Chicago Satellite | |
| 037 18 | Lombard, IL | |
| 037 19 | Waukegan, IL | |
| 037 20 | Chicago Heights, IL | |
| 037 21 | Crystal Lake, IL | |
| 037 22 | Chatham Village, IL | |
| 037 98 | Chicago Training Center | |
| 037 99 | Chicago Market | |
| 038 00 | Cincinnati OH | 5 |
| 038 01 | Kenwood, OH | |
| 038 02 | Tri County OH | |
| 038 03 | Colerain, OH | |
| 038 04 | Florence, KY | |
| 038 05 | Beechmont, OH | |
| 038 98 | Training Room | |
| 038 99 | Cincinnati Market | |
| 039 00 | Sacramento CA | 7 |
| 039 01 | Citrus Heights, CA | |
| 039 02 | Arden Howe, CA | |
| 039 03 | Folsom, CA | |
| 039 04 | Modesto, CA | |
| 039 05 | Elk Grove, CA | |
| 039 06 | Roseville, CA | |
| 039 07 | Stockton, CA | |
| 039 98 | Training Room | |
| 039 99 | Sacramento Market | |
| 040 00 | Seattle WA | 12 |
| 040 01 | Kent WA | |
| 040 02 | Puyallup, WA | |
| 040 03 | Lynnwood, WA | |
| 040 04 | Everett, WA | |
| 040 05 | Seekonk, WA | |
| 040 06 | Federal Way, WA | |
| 040 07 | Tacoma, WA | |
| 040 08 | Bellevue, WA | |
| 040 09 | Bellingham, WA | |
| 040 10 | Tukwila, WA | |
| 040 11 | Olympia, WA | |
| 040 12 | Bremerton, WA | |
| 040 98 | Training Room | |
| 040 99 | Seattle Market | |
| 041 00 | Hartford CT | |
| 041 01 | Waterbury, CT | Q3-05 |
| 041 02 | Manchester, CT | Q3-05 |
| 041 98 | Training Room | |
| 041 99 | Hartford Market | |

**Column 4** — Target Opening

| Code | Location | Target Opening |
|---|---|---|
| 042 00 | Kansas City MO/KS | 6 |
| 042 01 | Independence, MO | |
| 042 02 | Overland Park, KS | |
| 042 03 | Lenexa-Shawnee, KS | |
| 042 04 | Kansas City, MO | Satellite |
| 042 05 | Lee's Summit, MO | |
| 042 06 | North Kansas City, MO | |
| 042 07 | St. Joseph MO | Q3-05 |
| 042 08 | Lawrence, KS | Q3-05 |
| 042 09 | Topeka, KS | Q3-05 |
| 042 98 | Training Room | |
| 042 99 | Kansas City Market | |
| 043 00 | Frame Relay | DO NOT USE |
| 044 00 | Frame Relay | DO NOT USE |
| 045 00 | Houston TX | 10 |
| 045 01 | Woodlands, TX | |
| 045 02 | Sugarland, TX | |
| 045 03 | Willowbrook, TX | |
| 045 04 | Baybrook, TX | |
| 045 05 | Royal Oaks, TX | |
| 045 06 | East Houston, TX | |
| 045 07 | Innerloop, TX | |
| 045 08 | Katy, TX | |
| 045 09 | Lake Jackson, TX | |
| 045 10 | Deerbrook, TX | |
| 045 98 | Training Room | |
| 045 99 | Houston Market | |
| 046 00 | Virginia Beach VA | 2 |
| 046 01 | Greenbriar, VA | |
| 046 02 | Newport News VA | Q3-05 |
| 046 03 | Hampton VA | |
| 046 98 | Training Room | |
| 046 99 | Virginia Beach Market | |
| 047 00 | San Francisco CA | 5 |
| 047 01 | Blossom Hill, CA | |
| 047 02 | Santa Clara, CA | |
| 047 03 | San Leandro, CA | |
| 047 04 | Antioch, CA | |
| 047 05 | Santa Rosa, CA | |
| 047 06 | San Pablo, CA | Q3-05 |
| 047 07 | Dublin, CA | Q3-05 |
| 047 08 | Pleasant Hill, CA | Q3-05 |
| 047 98 | Training Room | |
| 047 99 | San Francisco Market | |
| 048 00 | Columbia/Jefferson City MO | |
| 048 01 | Columbia, MO | Q3-05 |
| 048 02 | Jefferson City, MO | Q3-05 |
| 048 98 | Training Room | |
| 048 99 | Columbia/Jefferson City Market | |
| 080 00 | eCommerce | |
| 080 01 | eCommerce | Q3-05 |
| 087 00 | Frame Relay | DO NOT USE |
| 088 00 | Frame Relay | DO NOT USE |
| 089 00 | Frame Relay | DO NOT USE |

10/4/2005

LA-0250465

| | | | Target Date |
|---|---|---|---|
| 691 | 00 | NWL dba LAWLC FL, Inc. | 11 |
| 691 | 99 | Tampa Market | |
| | | Bradenton, FL | |
| | | Brandon, FL | |
| | | Carrollwood, FL (Northdale) | |
| | | Clearwater, FL | |
| | | Lakeland, FL | |
| | | Largo, FL | |
| | | Sarasota, FL | |
| | | Spring Hill, FL | |
| | | St. Petersburg, FL | |
| | | Temple Terrace, FL | |
| | | Westshore, FL | |
| | | | |
| 693 | 00 | NWL dba LAWLC AL, Inc. | 4 |
| 693 | 01 | Pensacola, FL | |
| 693 | 02 | Hattiesburg, MS | |
| 693 | 03 | Jackson, MS (Odyessey) | |
| 693 | 05 | Mobile, AL (old #69300) | |
| 693 | 99 | LAWLC AL, Inc Market | |
| | | | |
| 702 | 0 | FINAO Inc. | 4 |
| 702 | 01 | FINAO Market | |
| 702 | 90 | Omaha, NE (La Vista) | |
| 702 | 91 | Westridge, NE | |
| 702 | 92 | Council Bluffs, IA | |
| 702 | 93 | Grand Island, NE | Satellite |
| | | | |
| 708 | 0 | JT, Inc. | 1 |
| 708 | 01 | JT Market | |
| 708 | 90 | Lincoln, NE | |
| | | | |
| 710 | 00 | ZT, Inc. | 1 |
| 710 | 01 | Sioux City, IA | |
| 710 | 99 | ZT Market | |
| | | | |
| 712 | 00 | AT, Inc. | 3 |
| 712 | 01 | West Wichita, KS | |
| 712 | 02 | East Wichita, KS | |
| 712 | 03 | Salina, KS | Satellite |
| 712 | 99 | AT Market | |
| | | | |
| 730 | 00 | Nat'l Weight Loss of AL | 3 |
| 730 | 01 | Slidell | |
| 730 | 02 | Metairie | |
| 730 | 03 | West Bank, LA | |
| 730 | 99 | Nat'l Weight Loss of AL Market | |
| | | | |
| 755 | 00 | K Four | 15 |
| 755 | 01 | Southfield, MI (Northland) | |
| 755 | 02 | Farmington, MI | |
| 755 | 03 | Livonia, MI | Satellite |
| 755 | 04 | Novi, MI | |
| 755 | 05 | Dearborn MI | |
| 755 | 06 | Pontiac, MI | Satellite |
| 755 | 07 | Rochester Hills, MI | |
| 755 | 08 | Clinton Township, MI | |
| 755 | 09 | East Pointe, MI | |
| 755 | 10 | Warren, MI (Madison Hgts) | |
| 755 | 11 | South Gate | |
| 755 | 12 | Canton, MI | |
| 755 | 13 | Ann Arbor, MI (Ypsilanti) | |
| 755 | 15 | Toledo, OH | |
| 755 | 16 | Airport Hwy (Holland), OH | |
| 755 | 99 | K Four Market | |
| | | | |
| 766 | 00 | Western Central Michigan | 8 |
| 766 | 02 | Grand Rapids, MI | |
| 766 | 04 | Portage, MI | |
| 766 | 05 | Lansing, MI | |
| 766 | 06 | Muskegon, MI | |
| 766 | 07 | Jackson (Monroe St), MI | Satellite |
| 766 | 08 | Flint, MI | |
| 766 | 09 | Saginaw, MI | |
| 766 | 10 | Midland, MI | Satellite |
| 766 | 99 | Western Central Michigan Market 10/4/2005 | |

LA-0250466