# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

- - -

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | CIVIL ACTION |
| Plaintiff | : | |
| V. | : | |
| LA WEIGHT LOSS, | : | |
| Defendant | : | NO. WDQ-92-CV-648 |

- - -

December 15, 2005

- - -

Oral deposition of JONI MARIE FABIE, held at the Equal Employment Opportunity Commission, The Bourse Building, 21 South Fifth Street, Suite 400, Philadelphia, Pennsylvania 19106, commencing at 9:36 a.m. on the above date, before Teresa M. Beaver, a Federally-Approved Registered Professional Reporter and a Notary Public in the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 JFK Boulevard
12th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

Page 10

1  was September 7th, 1999. Does that sound
2  correct?
3      A.  Yes.
4      Q.  Have you received any Equal
5  Employment Opportunity training at any
6  time during the course of your employment
7  at LA Weight Loss?
8      A.  Many, many times.
9      Q.  Can you tell me how many?
10     A.  I can't remember exactly.
11 It's just something that is covered over
12 and over.
13     Q.  Have the trainings that
14 you've received over and over, basically
15 been the same information or has the
16 information in those trainings been
17 different in any way?
18     A.  EEOC training never changes.
19 That's something that's been
20 solid.
21     Q.  What are the topics that are
22 covered in that training?
23     A.  That LA Weight Loss has a
24 zero tolerance for LA Weight – for any

Page 11

1  discrimination at all.
2      That we don't discriminate
3  against women, men, age, race, gender,
4  sexual preference, religion. And that we
5  are fair and equal employer. And teach
6  us basic interviewing skills.
7      Q.  And when you say teaches you
8  basic interview skills, what kind of
9  skills specifically are taught in that
10 context?
11     A.  For EEOC?
12     Q.  Correct.
13     A.  What I just told you before;
14 those basics of equal opportunity
15 employment used in interviewing. Never
16 changes. Those are basic, fundamental
17 skills that have not ever changed since
18 my time with the company.
19     Q.  Have you been given training
20 on prohibited questions? For example,
21 don't ask someone if they have multiple
22 sclerosis or something like that?
23     A.  Oh, yes. We've been told
24 questions. There are certain questions

Page 12

1  that you can and cannot ask. There are
2  certain questions that you can ask to
3  acquire information legally; without any
4  discrimination.
5      Q.  Okay. When you've attended
6  these trainings, who do you recall being
7  present? And when I ask that, we can
8  talk about specific individuals, but
9  first, I just want to ask about what
10 level of personnel? Is it management
11 personnel? Is it everybody? And within
12 management, what levels?
13     MR. WETCHLER: Object to the
14     form. You can answer.
15     THE WITNESS: Who has been
16     present at each and every meeting?
17     I can't remember exactly. I can
18     tell you that human resources has
19     been involved in many of my
20     trainings as a supervisor when I
21     began interviewing with the
22     company.
23     As well as my giving their
24     information down to my employers

Page 13

1  in meeting and workshops as well.
2  BY MR. PHILLIPS:
3      Q.  When was the first time you
4  received EEO training?
5      A.  I don't remember exactly. I
6  couldn't give you a date.
7      Q.  Do you recall what job title
8  you had when you received EEO training?
9      A.  Area supervisor.
10     Q.  Area supervisor. Who
11 conducted the training?
12     A.  I don't remember exactly.
13     Q.  Was it human resources?
14     A.  I couldn't answer that
15 exactly.
16     Q.  And you became an area
17 supervisor in what year?
18     A.  I don't remember.
19     Q.  How long had you been with
20 the company when you became an area
21 supervisor?
22     A.  How long was I with the
23 company before I became an area
24 supervisor?

Joni Marie Fabie

Page 14

1  Q. Yes.
2  A. I was hired in '99. I
3  tracked -- if I tracked my progress --
4  '01.
5  Q. Okay. And how long after
6  you became an area supervisor did you
7  receive EEO training?
8    MR. WETCHLER: Object to the
9    form. Object to lack of
10   foundation. You can answer.
11   MR. PHILLIPS: Go ahead.
12   THE WITNESS: I don't
13   remember the exact date.
14 BY MR. PHILLIPS:
15  Q. Can you give me an estimate
16 of months?
17  A. I can tell you that
18 interviewing and recruiting, when you
19 become an area supervisor, are one of the
20 most important things in our positions.
21 And it is covered in a very timely manner
22 upon your promotion.
23  Q. When you say interviewing
24 and recruiting, that included an EEO

Page 15

1 component?
2  A. Yes. Everything human
3 resource related.
4  Q. Did you receive any training
5 materials at any point in your
6 employment, specifically referencing
7 Equal Employment Opportunity?
8  A. Yes.
9  Q. Have you previously -- well,
10 are you currently in possession of those
11 materials?
12  A. No. Old materials, no.
13  Q. So, older materials you've
14 just discarded?
15  A. We have evolved with new and
16 updated materials all the time.
17  Q. Other than the topics that
18 you've already covered, the fact that the
19 company has articulated a zero tolerance
20 policy for discrimination, which the fact
21 that it's done in the context of a hiring
22 and recruiting training, the
23 identification of different kinds of
24 discrimination that are prohibited by

Page 16

1 company policy and legal questions or
2 illegal questions or improper questions,
3 for interviewing, do you -- did you
4 receive training on any other aspect of
5 equal employment opportunity?
6  A. Equal opportunity employment
7 training covers what I explained earlier;
8 that is, we are a fair interview company.
9 We are a fair employer. We don't
10 discriminate at all.
11   That's -- it's totally --
12 equal opportunity is totally separate
13 from other human resource related issues.
14  Q. And when I talk about other
15 areas of training within equal employment
16 opportunity, let me give you an example
17 that's not directly relevant but that's
18 just an example to illustrate.
19   Have you ever received any
20 training on reasonable accommodations
21 under the Americans with Disabilities
22 Act?
23  A. I am not aware of that.
24  Q. Are you familiar with the

Page 17

1 concept of reasonable accommodation?
2  A. No.
3  Q. Have you ever received any
4 training on the topic of gender
5 stereotype or sex stereotype?
6  A. Could you explain what you
7 mean by that?
8  Q. Sure. What I mean is
9 drawing conclusions about somebody's sex
10 or gender -- drawing a conclusion about
11 someone because of their sex or gender,
12 that may not necessarily be true?
13  A. Could you repeat that one
14 more time?
15  Q. Sure.
16  A. I'm trying to follow this.
17  Q. First of all, sitting here
18 today, do you have an understanding of
19 the term gender stereotype?
20  A. Yes.
21  Q. What is your understanding?
22  A. Gender stereotype, from what
23 I understand, is just because somebody is
24 a particular gender, male or female, do I

5 (Pages 14 to 17)

Page 94

```
 1  center level, supporting the company,
 2  promoting the company, the products, the
 3  program for the success of our clients.
 4         That's a general summation.
 5  I don't go into details of the job
 6  description in the beginning. I just let
 7  them know that it's the assistant manager
 8  position.
 9     Q.   At what point do you go into
10  details, if at all, about the specific of
11  the position?
12     A.   Usually --
13         MR. WETCHLER: Objection.
14     Asked and answered. You can
15     answer.
16         THE WITNESS: Usually the
17     second interview or if I feel they
18     are a quality candidate.
19  BY MR. PHILLIPS:
20     Q.   Basically the same as the
21  earning expectation? It's at the --
22     A.   Yes.
23     Q.   Okay. How was your
24  description of the center manager
```

Page 95

```
 1  position different in your interview
 2  presentations in June of 2004?
 3     A.   Well, center manager is
 4  responsible for all operations in the
 5  center, in the course of a day, in the
 6  course of a week, meeting, exceeding
 7  sales calls, expectations. Hiring -- not
 8  hiring -- training, developing their
 9  employees. Providing an exceptional
10  level of service to the clients to grow
11  the business, grow the applicant.
12     Q.   Back in June of 2004, what
13  did you tell candidates about what the
14  company sells? What does the company do?
15         MR. WETCHLER: Objection.
16     Lack of foundation. You can
17     answer.
18  BY MR. PHILLIPS:
19     Q.   In June of 2004, during
20  interviews, did you tell candidates about
21  the specific nature of the product and
22  services that LA Weight Loss provides?
23     A.   They always understand that
24  this is a sales business, an emotional
```

Page 96

```
 1  sales business; where in order to be
 2  successful, the ability to build rapport
 3  instantly with a client immediately, in
 4  the consultation, over the phone, the
 5  initial phone call itself, I emphasize
 6  telephone skills required.
 7         And we show people how to
 8  eat real foods to change their life, to
 9  lose weight, to be healthier, to be
10  whatever their goal is; through following
11  the program and having products available
12  to assist them along the way.
13     Q.   What products?
14     A.   LA Lights, supplements.
15     Q.   LA Lights are the bars?
16     A.   Yes.
17     Q.   And supplements, it's like a
18  vitamin pill?
19     A.   Yes.
20     Q.   Is part of a sales counselor
21  job to sell supplements and LA Lights?
22     A.   Yes.
23     Q.   Is that part of the job of
24  all people who work in a center?
```

Page 97

```
 1     A.   Our job is to promote the
 2  program and the products, to make weight
 3  loss as fast and easy as possible for our
 4  clients.
 5     Q.   Are people required to buy
 6  the products to be a part of the program?
 7     A.   No.
 8     Q.   Have they ever been required
 9  to buy the products to be a part of the
10  program?
11     A.   No.
12     Q.   What's the main source of
13  revenue for a center at LA Weight Loss?
14  What aspect?
15     A.   We split it up between
16  service, which is selling programs and
17  product sales. It's approximately 60 --
18  40/60 split.
19     Q.   Between the program versus
20  the products?
21     A.   Yes.
22     Q.   What is buying in bulk?
23     A.   Buying in bulk is when a
24  client chooses to pre-purchase in advance
```

Page 98

1 anything she wants. And that way she has
2 it. It's available without the hassle of
3 having to pull her check box out for --
4 every time.
5    Q.  Is there a sales
6 presentation done on those products by
7 center level employees?
8    A.  Yes.
9    Q.  Is there a particular
10 package, as far as -- I'm trying to
11 understand the business here.
12        Is there a particular, like
13 package like X number of bars or X number
14 of supplements or is it just sort of open
15 ended?
16    A.  We first determine, through
17 a medical history, if she's even eligible
18 for them.
19    Q.  Okay.
20    A.  And then we determine the
21 best products for her that she's eligible
22 to take. And if she chooses to work them
23 into her program, that's great, you know.
24 We're going to teach her how, why, you

Page 99

1 know, the benefits of doing that, in
2 combination with the most important
3 thing, which is learning how to eat for
4 the rest of your life.
5        The goal of this program is
6 not to take a supplement. The goal of
7 this program is to learn a healthy eating
8 lifestyle that she'll never have to be in
9 a weight loss center again.
10   Q.  How much does the program
11 cost?
12   A.  It's different. It's based
13 on how many pounds you want to lose, your
14 health condition.
15   Q.  Is there like a weekly
16 charge? A weekly fee to be enrolled?
17   A.  It is charged by week, the
18 number of weeks.
19   Q.  And that varies, depending
20 on what program you are on?
21   A.  Yes.  We take into
22 consideration age, medical conditions.
23   Q.  Like heart conditions,
24 diabetes? That kind of thing?

Page 100

1    A.  Yes, because some medical
2 conditions tend to lose weight slower
3 than a healthy man or woman.
4    Q.  Counselors learn to take
5 into account medical conditions?
6    A.  Yes.
7    Q.  They learn that in service
8 training; correct?
9    A.  Yes.
10   Q.  A counselor is not required
11 to come in with knowledge of medicine,
12 anatomy, nutrition? That's all things
13 that can be covered in training; correct?
14   A.  We will train them technical
15 information on the LA Weight Loss
16 program.
17   Q.  What is the range, in terms
18 of the prices of the program, per week?
19       MR. WETCHLER: Object to the
20 form. You can answer.
21       THE WITNESS: The average
22 program cost is probably -- it
23 depends how much the cost per week
24 is.

Page 101

1       Right now we're selling the
2 program only $3 a week or only $7
3 a week and it's a great time for
4 everybody to get started.
5       MS. SIEGEL: Join today.
6       THE WITNESS: Exactly.
7       MS. SIEGEL: Sorry.
8       THE WITNESS: Be down ten
9 pounds before the holiday; not up.
10 BY MR. PHILLIPS:
11   Q.  Gives you room to work with
12 for the holidays.
13   A.  Yeah. Plus, they have
14 confidence, you know, the new year, they
15 are set. They have it already.
16       But the average program, on
17 a normal, full price week, could be
18 anywhere, from again, if they don't have
19 a lot of weight to lose, 450 up to 500,
20 $600. It just depends.
21   Q.  450 to $500 --
22   A.  On average. For their
23 length of all their weeks of service.
24   Q.  So, there's a set number of

Page 118

1  to come down here.
2      Q.  To give deposition
3  testimony?
4      A.  Yeah; whatever.
5      Q.  Were you aware, prior to
6  this time, that LA Weight Loss had ever
7  been sued for gender discrimination
8  against men?
9      A.  No.
10     Q.  Were you ever aware at any
11 time prior to this time, that you -- that
12 you were informed of the need to give
13 deposition testimony, that LA Weight Loss
14 had been investigated by a government
15 agency for gender discrimination against
16 men?
17     A.  No.
18     Q.  Prior to and excluding any
19 communications with counsel, prior to
20 being informed that you were to give a
21 deposition in this case, were you ever,
22 at any point, asked any questions by
23 anyone at LA Weight Loss concerning
24 gender discrimination against males?

Page 119

1      A.  No.
2      Q.  What is your current home
3  address?
4      A.  560 Ducane Road, York,
5  Pennsylvania.
6      Q.  How long have you resided
7  there?
8      A.  Year and a half.
9      Q.  Do you reside anywhere else
10 for any part of the year?
11     A.  Hotel rooms.
12     Q.  Other than the hotel rooms?
13     A.  No.
14     Q.  Do you maintain a residence
15 anywhere?
16     A.  No.
17     Q.  Do you own that property?
18     A.  Yes.
19     Q.  Prior to today, it appears
20 that you provided documents to counsel
21 for production in this case? Is that
22 correct?
23     A.  Yes. My human resources
24 folder in my e-mail briefcase.

Page 120

1      Q.  Other than the documents
2  that you provided, through counsel, and I
3  will just set them down in front of you
4  so you can see them -- other than these
5  documents, have you possession of any
6  documents concerning, for example,
7  testimony given while an employee of LA
8  Weight Loss?
9      A.  No.
10     Q.  Have you ever given
11 testimony while employed at LA Weight
12 Loss?
13     A.  No.
14     Q.  Do you keep any diaries
15 concerning your hiring or recruitment
16 activities at LA Weight Loss?
17     A.  No.
18     Q.  Have you ever kept such
19 diaries?
20     A.  No.
21     Q.  Or journals or personal
22 notebooks?
23     A.  No.
24     Q.  Have you ever kept applicant

Page 121

1  logs during your employment at LA Weight
2  Loss?
3      A.  No.
4      Q.  And when I say an applicant
5  log, I'm specifically referring to a log
6  noting names and other information
7  regarding people who have applied for
8  employment at LA Weight Loss?
9      A.  No, I have not.
10     Q.  Have you ever received any
11 training, coaching, or other instruction
12 pertaining to keeping of or disposition
13 of applications and resumes?
14     A.  Yes.
15     Q.  When is the first time you
16 received such instruction?
17     A.  As an area supervisor.
18     Q.  Who provided the instruction
19 to you?
20     A.  Human resources.
21     Q.  Were there documents
22 associated with the instruction?
23     A.  I don't remember.
24     Q.  Tell me what instruction you

Page 122

1  received on that topic.
2      A.  That you hold on to nothing.
3  Everything gets sent to human resources.
4      Q.  When you say everything,
5  what do you mean by everything?
6      A.  Interview applications,
7  notes, resumes.
8      Q.  Is it your testimony that
9  you followed that instruction?
10     A.  Yes.
11     Q.  So, is it fair to say that
12 your testimony today is that all
13 applications, all resumes, all interview
14 notes, all documents related to your
15 hiring activities were forwarded to human
16 resources after you finished with them?
17         MR. WETCHLER:  Objection.
18     Lack of foundation. Object to the
19     form. You can answer.
20         THE WITNESS:  To the best of
21     my knowledge, that I carry no
22     human resource papers around.
23 BY MR. PHILLIPS:
24     Q.  Including applications,

Page 123

1  resumes, interview notes?
2      A.  Yes. I don't have room for
3  all of it. I do not hold on to it.
4      Q.  Did you ever keep telephone
5  logs of leads on candidates for
6  employment? Not a general log, but did
7  you ever keep notes on telephone leads?
8      A.  Telephone leads, there was a
9  period of time, I do not remember when,
10 when we had recruiting hotlines, where we
11 had to manually retrieve our leads.
12     Q.  Is this when you were an
13 area supervisor?
14     A.  I don't remember.
15     Q.  Do you recall how long the
16 system was set up?
17     A.  It didn't live long. It was
18 a lot of work.
19     Q.  Was there a particular form
20 that you use to record these telephone
21 calls?
22     A.  Human resources provided us
23 with a form for us to stay organized,
24 yes; with these voice mails.

Page 124

1      Q.  Which candidates were
2  recorded on those forms?
3      A.  I do not know.
4      Q.  I mean were all candidates
5  recorded on these forms or some?
6      A.  Whoever left a voice mail.
7      Q.  Do you have a recollection
8  of what the volumes of calls you were
9  receiving during a given time period was;
10 during a week, for example, how many
11 calls you would field?
12     A.  It depended if I even ran an
13 ad. The toll free number was attached to
14 an ad or they could fax the resume
15 directly to human resources.
16         But I do not remember
17 numbers.
18     Q.  And what did you do with
19 those documents after you finish with
20 them, the lead sheets?
21     A.  Send them to HR.
22     Q.  Did you keep separate notes
23 of those telephone leads or was it all
24 recorded on the form?

Page 125

1      A.  One form.
2      Q.  Who did you send those
3  sheets to in HR? Was there a specific
4  individual?
5      A.  It was just -- we have a
6  Monday mail bag system, where we have
7  specific envelopes for specific
8  departments; supervisors have been
9  trained to compile everything for that
10 week, that two weeks, however long they
11 have them and just forward them. And
12 they go to corporate.
13     Q.  Did you retain photocopies?
14     A.  No.
15     Q.  Do you know of -- you
16 mentioned newspaper ads.
17         You made the decision to run
18 those ads?
19     A.  I just consulted human
20 resources for the positions that I needed
21 ads for. They did it.
22     Q.  During this time period, was
23 the company using Executive Search Group?
24 Do you know?

Page 142

1  the Lancaster was approximately shy of a
2  year.
3      Q. What was your next position?
4      A. Area supervisor.
5      Q. CPA south?
6      A. Yes.
7      Q. Just shy of a year; so,
8  we're talking about promotion the area
9  supervisor in early 2001?
10     A. Yes.
11     Q. I'm not playing memory games
12 with you here. I'm looking at your
13 personnel file and not all of these
14 changes are reflected in your file.
15         Who made the decision to
16 promote you to area supervisor, if you
17 know?
18     A. Kim Fabie was the one who
19 promoted me; because I took Amy White's
20 job.
21     Q. What happened to Ms. White?
22     A. She was demoted.
23     Q. Do you know why?
24     A. No.

Page 143

1      Q. By Amy White, we're
2  referring to the one who was your
3  supervisor; correct?
4      A. Yes.
5      Q. Were you ever a supervisor
6  of any area of LA Weight Loss, other than
7  CPA south?
8      A. I was -- I got promoted to a
9  regional supervisor.
10     Q. Setting that aside, when you
11 were at the level of area supervisor, was
12 this any area that you ever supervised
13 other than CPA south?
14     A. No.
15     Q. How long were you an area
16 supervisor before you became a regional?
17     A. I believe I was promoted to
18 regional in the beginning of 2003.
19 Approximately two years.
20     Q. And we already discussed
21 that as a regional, your territory had
22 parts of Maryland -- I'm sorry -- parts
23 of Delaware --
24     A. Philadelphia.

Page 144

1      Q. Philadelphia --
2      A. And CPA south.
3      Q. And CPA south?
4      A. Yes.
5      Q. What parts of Philadelphia?
6      A. I had Philly suburban and --
7  which included Delaware and I had
8  Philly -- we restructured several times.
9  Philadelphia at that time was broken up
10 into four different areas. And what I
11 initially had changed into it. I don't
12 remember. They realigned a couple of
13 times.
14     Q. What parts of Delaware?
15     A. At that time, Dover,
16 Brandywine and Newark.
17     Q. When you say Philadelphia
18 suburban, what centers are you talking
19 about?
20     A. Grant Avenue -- I've been
21 out of Philly for so long -- South
22 Philly, Port Richmond, Center City -- I
23 can remember if it's area specific. I
24 just remember some of the centers.

Page 145

1      Q. Okay. Okay.
2      A. I've been removed from
3  Philly for too long. I don't remember.
4      Q. Was it the centers that sort
5  of ring the southern part of the city?
6      A. Southern and then somewhat
7  into the northeast, Turnpike Extension.
8      Q. How long were you a regional
9  supervisor?
10     A. I don't remember when I was
11 promoted to a divisional.
12     Q. Was it a brief period of
13 time?
14     A. It was -- I'd be guessing.
15 It was over a year.
16     Q. Okay.
17     A. I believe.
18     Q. I will represent to you that
19 company records show that you were
20 promoted from regional to divisional,
21 effective February 3rd, 2003.
22         Does that date sound about
23 right?
24     A. Yes.

Page 182

1  A. The application is another.
2  And the interview is another. That's the
3  recruitment process.
4      I mean it's -- it's unfair
5  for me to say that the resume is going to
6  be the same as the interview.
7      Q. Right. But what I'm asking
8  is: Do you consider those same factors
9  that you've just mentioned in the context
10 of the interview? Do you ask about those
11 things?
12     A. I review those, when I'm
13 reviewing their -- you asked me about
14 reviewing the information when I do an
15 interview.
16     When I review a resume, when
17 I review an application, those are the
18 things that I look at.
19     Q. Are those things you look at
20 in deciding when whether or not to hire a
21 person for counselor?
22     A. They could be factors, yes.
23     Q. Do you consider anything
24 beyond those things that you've just

Page 183

1  testified to?
2      MR. WETCHLER: Object to the
3  form. You can answer.
4      THE WITNESS: If they -- if
5  they have certain skills that I
6  feel that would make them a good
7  fit to fill the needs of my
8  centers to produce the results
9  that I need, based -- if they
10 have -- they don't even have to
11 have all of them, but if they have
12 qualities that I find are
13 acceptable for me, in this
14 position that I'm looking for, the
15 interview then would further allow
16 me to determine their
17 compatibility to the position.
18 BY MR. PHILLIPS:
19     Q. What other factors do you
20 look at either on paper or during the
21 interview to determine compatibility for
22 the position of counselor?
23     A. I just focus in on their
24 past work experience; their

Page 184

1  responsibilities. I mean everything, as
2  I stated earlier, are things that we
3  cover in an interview, or I look at.
4      Q. Do you assess anything else
5  beyond past work experience during the
6  interview?
7      MR. WETCHLER: Object to the
8  form. You can answer.
9      THE WITNESS: No.
10 BY MR. PHILLIPS:
11     Q. Do you look at their
12 interpersonal skills?
13     A. Oh, yes; their -- I mean
14 when -- now, when it comes to the
15 interview itself?
16     Q. Right.
17     A. Their communication skills,
18 their ability to build a relationship
19 with me; as I am not a stringent, up
20 tight interviewer. I want my interviewee
21 to be very comfortable and relaxed so I
22 can see their true personality come out.
23     Because the relationship and
24 the rapport instantly that they build

Page 185

1  with me weighs heavily on my decision if
2  they can sit in front of a client and
3  help them with their weight loss problem.
4      Q. Have you ever conducted an
5  interview in a location other than at an
6  LA Weight Loss center?
7      A. Yes.
8      Q. Where?
9      A. Maybe at a neighboring
10 coffee shop, if I'm interviewing for a
11 position that is in that center. I wish
12 to practice discretion and not have
13 anybody overhear.
14     Q. Is it a regular part of your
15 practice to do interviews off site?
16     A. No.
17     Q. Is there anything else you
18 look for during the interview other than
19 answers to questions about job
20 experience? Communication skills and
21 ability to build a relationship with you?
22     A. Uh-huh. When it comes to
23 the interview itself, because of the
24 nature of our sales industry, and the

Page 186

1  clientele that we deal with, I also like
2  to put them in situational type
3  questions, revolving around weight.
4      Q.  So, hypotheticals?
5      A.  Yes, hypotheticals or
6  situations.
7      Q.  Are there any set types of
8  hypotheticals that you ask as a general
9  practice?
10     A.  In every interview, no. It
11 depends on the interview. I only do
12 situationals if I feel they possess some
13 qualities to make them a candidate for
14 the position.
15     Q.  Give me an example of the
16 situation of what you use.
17     A.  I like them to share with me
18 their weight loss successes, personally.
19         I like them — or some
20 people have never had any. I like them
21 to share their weight loss challenges or
22 failures with me, to determine if they
23 truly have empathy, sensitivity,
24 compassion.

Page 187

1          Then I also like to put them
2  in a situation where I place them 100
3  pounds overweight right now.
4      Q.  If you were 100 pounds
5  overweight sitting here today, what would
6  you give to lose that weight? Is that
7  the kind of question?
8      A.  I would probably end it with
9  that. But I would really get more
10 emotionally involved first. I'd want
11 them just to sit there and think about it
12 for a second; where I'm putting 100
13 pounds on you right now. And just think
14 about how your life would change.
15         What you would wear, how you
16 would feel, confidence in your ability to
17 perform a job at work. The relationships
18 in your life.
19         What would be your thoughts
20 going to a party with your spouse? What
21 would you wear? What would you want to
22 wear?
23         And then I would get them to
24 start openly expressing their version,

Page 188

1  their perception of how weight would
2  change their life; to see if they are
3  po — possess emotional capabilities of
4  understanding what a potential client
5  would go through, so they can better
6  service them.
7      Q.  Have you asked that kind of
8  question of male candidates?
9      A.  Absolutely.
10     Q.  Okay. So, we've talked
11 about your interview of the application
12 or the resume and things that you look
13 for?
14     A.  Uh-huh.
15     Q.  We have talked about the
16 interview and specifically, we talked
17 about hypothetical questions and you've
18 given an example?
19     A.  Yes.
20     Q.  Assessing communication
21 skills, assessing the ability to build a
22 relationship with you as well as answers
23 to questions about prior job experience.
24         Any other factors in the

Page 189

1  decision to hire a counselor?
2          MR. WETCHLER: Object to the
3  form.
4          THE WITNESS: It would all
5  depend on the success of the
6  second interview.
7          But then we would get into
8  the client flow on telephones, how
9  important they are, in answering
10 scripts. I'd put them in role
11 play situations.
12         I would show them our
13 magazine that we use to present to
14 a new client; showing the
15 difference between selling a
16 product and just selling service.
17         I would talk a lot about the
18 emotional question that you need
19 to have with the client, as you
20 get her to express herself through
21 effective questioning, to open up
22 and get her to see that she needs
23 to lose weight because her weight
24 has absolutely changed her life.

Page 190

1  BY MR. PHILLIPS:
2  Q. What is this magazine?
3  A. It's just a --
4  Q. Like a brochure?
5  A. Yes, that outlines the
6  basics of the program.
7  Q. And it's used in the
8  centers?
9  A. For consultations.
10 Q. Is it just words or does it
11 have pictures in it?
12 A. Mostly words. There's some
13 pictures.
14 Q. Does it have pictures of
15 clients?
16 A. Yes.
17 Q. Like before and after kind
18 thing?
19 A. Not before and after.
20 Q. Pictures of people in the
21 centers?
22 A. Not people. Pictures of
23 centers, no. Just pictures of scenes.
24 People being happy. It's a positive

Page 191

1  presentation.
2  Q. Have you used this often as
3  a way of facilitating job interviews?
4  A. Not often. Sometimes.
5  Q. Sometimes?
6  A. When I need them to --
7  usually, it's always during the second
8  interview, where I really want them to
9  have a full understanding of the initial
10 sale. It's an emotional sale. It's an
11 intangible sale.
12 Q. Do you know of anyone else
13 using the book or the handout for
14 interviews?
15 A. I have coached to make sure
16 that -- the reason why I use this is
17 because when they leave these interviews,
18 when I feel they are a quality candidate,
19 I want them to have a true understanding
20 of the nature of our business.
21      So, there is no doubt when
22 they are sitting in my training class, I
23 never want to hear an applicant say I
24 didn't realize it was like this. I've

Page 192

1  learned my lessons before.
2  Q. You use these in second
3  interview, generally?
4  A. Sometimes.
5  Q. Have you ever used it in the
6  first interview?
7  A. No.
8  Q. Has anyone with the company
9  ever suggested to you that you could --
10 that you should do this?
11 A. No.
12 Q. I mean for example, has
13 there been any guidelines that suggest --
14 A. No.
15 Q. -- here are different
16 techniques that you could use to
17 introduce people to the way the business
18 works?
19 A. No. Simply my interview
20 style, where I want a full understanding
21 of our sales.
22      MR. PHILLIPS: If you could
23    note at this point on the record,
24    a request for document, we would

Page 193

1     request a copy of that brochure,
2     since it has been used in the hire
3     process.
4  BY MR. PHILLIPS:
5  Q. When you are looking for --
6  when you are looking at a person's work
7  history, prior job experience, what kind
8  of prior job experience are you looking
9  for, for counselor?
10 A. For a sales counselor?
11 Q. Yes.
12 A. You look for experience
13 dealing with customers; customer service
14 for sales and/or sales oriented.
15      In a range of industries,
16 the personality will definitely determine
17 whether they have the ability.
18 Q. So, you assess their
19 potential for good sales based on your
20 observation of their personality? Is
21 that what you are saying?
22 A. Well, their resume will say
23 one thing. And then the interview, you
24 know, when I discuss their details of

Page 198

1  Q. Well, I'm asking. What
2  industry, other than retail, is there any
3  other kind of industry that you are
4  looking for when hiring a counselor?
5      MR. WETCHLER: Objection.
6  Asked and answered. You can
7  answer again.
8      THE WITNESS: I'm not
9  looking for one particular
10 industry.
11     I am looking for the
12 qualifications that they possess
13 in order to fill my needs.
14     And it can be found in a
15 wide range of industries.
16 BY MR. PHILLIPS:
17 Q. This was previously marked
18 as Bernard Exhibit 7.
19     Look at the document with
20 sufficient detail to determine whether
21 you've ever seen that before and then
22 I'll draw your attention to particular
23 pages.
24 A. Yes.

Page 199

1  Q. Okay. Have you had an
2  opportunity to review Bernard Exhibit 7?
3  A. Yes.
4  Q. Do you recognize it?
5  A. Yes.
6  Q. What is it?
7  A. It is a workshop on -- it's
8  our latest workshop on recruiting,
9  interviewing skills.
10 Q. Do you use this document?
11 A. Do I reference it at every
12 interview, no.
13 Q. Have you used it as a
14 guidance for your own hiring activities?
15 A. I am aware of a lot of
16 information and forms available to me in
17 this document.
18 Q. Do you use any of it?
19 A. I use them -- do I use them
20 specifically?
21 Q. Yes.
22 A. Do I pull this guide out
23 during interview?
24 Q. Not during an interview. Do

Page 200

1  you review it as a part of your overall
2  hiring duties in order to inform you
3  regarding conducting interviews or
4  conducting hiring?
5      MR. WETCHLER: Object to
6  form. You can answer.
7  BY MR. PHILLIPS:
8  Q. You can answer.
9  A. This is simply a guideline,
10 more geared towards a newer supervisor;
11 to help them sharpen and improve their
12 interviewing skills.
13     A lot of this information in
14 here are things that I have knowledge, I
15 have acquired through the years, already
16 in my experience interviewing.
17     But they always have updated
18 interviews guides and information and
19 documentation and tools as well; as well
20 a suggestion for interviewing and
21 recruiting.
22 Q. Turn to Page 5; bottom
23 center of the page, Page 5.
24 A. Uh-huh.

Page 201

1  Q. If you could look at Pages 5
2  through 8.
3  A. Uh-huh.
4  Q. And let me know when you are
5  done.
6  A. Yes.
7  Q. Okay. Do you -- first of
8  all, let me draw your attention to the
9  industry column on the left-hand side.
10 A. Uh-huh.
11 Q. You were referencing, in
12 your testimony earlier, with respect to
13 the position of counselor, a number of
14 industries that you look for.
15     The first industry,
16 accessories and apparel, are you familiar
17 with generally with what kind of industry
18 that is?
19 A. Yes.
20 Q. Is that an industry that you
21 were referencing, among the many
22 industries that you were referencing in
23 your prior testimony?
24 A. Yes. A lot of these