# EXHIBIT D

Case 1:02-cv-00648-WDQ    Document 177-8    Filed 03/09/2007    Page 1 of 9

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

vs.                         No. WDQ-02-CV-648

LA WEIGHT LOSS,

    Defendant.
_____/

Deposition of

LAURINDA BEAVERS

January 26, 2006

Reported by:
CARRIE PEDERSON
CSR No. 4373, RPR, RMR, CRR
Philadelphia Job No. 182146
Sacramento Job No. 51354

### Page 34

```
10:10  1   interviewing or hiring anymore. I'll
10:10  2   occasionally -- if I'm in a location and someone
10:10  3   needs a second interview done or I can be
10:10  4   helpful, I will, but I only usually participate
10:10  5   in the interviews of the upper management, which
10:10  6   would be managers, area supervisors.
10:11  7       Q  Do you have a practice of participating
10:11  8   in the interviews for all of the managers?
10:11  9       A  No, I don't necessarily do all the
10:11 10   managers.
10:11 11       Q  Other than availability, is there a
10:11 12   method for choosing which ones to interview?
10:11 13       A  Well, for Sacramento, at this point we're
10:11 14   promoting most people from within.
10:11 15       Q  Uh-huh.
10:11 16       A  So we find out who's interested, have an
10:11 17   interview, that's normally conducted by the area
10:11 18   supervisor and the regional. Once in awhile I
10:11 19   will be there for that, but it's very, very rare.
10:11 20       Q  Do you interview all of the area
10:11 21   supervisor candidates?
10:11 22       A  Yes, I have.
10:11 23       Q  Do you still do any interviewing for
10:11 24   counselors?
10:12 25       A  Again, very, very rarely.
```

### Page 35

```
10:12  1       Q  You rely on your regionals and your area
10:12  2   supervisors to do that?
10:12  3       A  Correct.
10:12  4       Q  With respect to the Seattle market, is
10:12  5   this also true, that you -- well, let's break it
10:12  6   down.
10:12  7          For the Seattle market, is it also true
10:12  8   that after the market opened, that you have still
10:12  9   conducted interviews for all the area supervisor
10:12 10   candidates?
10:12 11       A  Yes, I believe I have.
10:12 12       Q  And is it also true that you have
10:12 13   occasional participation at the center manager
10:12 14   level conducting interviews?
10:12 15       A  Yes.
10:12 16       Q  And is it also true that after Seattle
10:12 17   opened and all the first employees were in place,
10:13 18   that your interviewing at the assistant level or
10:13 19   below has tapered off?
10:13 20       A  Yes.
10:13 21       Q  So you rarely do that?
10:13 22       A  I rarely do. When I would would be in a
10:13 23   situation where we were having an open house and
10:13 24   we had interviews set up and we needed an extra
10:13 25   person, maybe the regional was doing it at one
```

### Page 36

```
10:13  1   end of the state, I was doing it at the other, so
10:13  2   I would do it for the whole day there, but it's
10:13  3   not as often as it used to be.
10:13  4       Q  And is this the same basic level of
10:13  5   participation, what you've just described, for
10:13  6   the San Francisco market after it opened?
10:13  7       A  Yes.
10:13  8       Q  Consistency. Means we'll be here for
10:13  9   less time today.
10:13 10       A  And I'm doing the same thing starting in
10:13 11   LA.
10:14 12       Q  Did Ms. Pope transfer out here
10:14 13   specifically to be the regional in San Francisco?
10:14 14       A  Yes, she did, with the intent of then
10:14 15   transferring to Los Angeles to be the divisional
10:14 16   manager there.
10:14 17       Q  Has that happened?
10:14 18       A  Yes.
10:14 19       Q  At any time since you began your
10:14 20   employment at LA Weight Loss, have you
10:14 21   personally -- first of all, let me make sure
10:14 22   we're on the same page as far as terminology.
10:14 23   I'm going to refer to "training" --
10:14 24       A  Okay.
10:14 25       Q  -- the word called "training," and what
```

### Page 37

```
10:14  1   I'm referring to there is a sort of -- regardless
10:15  2   of how many attendees, a sort of formal classroom
10:15  3   type instruction.
10:15  4       A  Okay.
10:15  5       Q  I'll also use a term called "coaching,"
10:15  6   and when I say "coaching," I mean a sort of
10:15  7   one-on-one on the job providing information about
10:15  8   what someone should be doing.
10:15  9       A  I understand.
10:15 10       Q  Okay. Since you started at LA Weight
10:15 11   Loss, have you personally conducted any training
10:15 12   on hiring?
10:15 13       A  Yes.
10:15 14       Q  When?
10:15 15       A  I don't recall the exact time.
10:15 16       Q  Where?
10:15 17       A  In Seattle, Sacramento.
10:15 18       Q  Who were the attendees?
10:15 19       A  Area supervisors, regionals.
10:16 20       Q  Within the general category hiring, what
10:16 21   subject matter was covered?
10:16 22       A  How to review a resume, how to follow
10:16 23   the Selecting The Best guidelines for the
10:16 24   questions that are outlined there to ask, the
10:16 25   legality issues, what you're not to ask, how to
```

Page 38

```
10:16  1   probe with answers to questions.
10:16  2       Q Anything else?
10:16  3       A How the process works with the open house
10:17  4   and the internal recruitment.
10:17  5       Q Anything else?
10:17  6       A Not that I can remember.
10:17  7       Q With respect to the legality subject
10:17  8   matter, what did you teach people to not ask?
10:17  9       A Pretty much what was outlined in the
10:17 10   Selecting The Best training, it's all in there,
10:17 11   just answered any additional questions they had
10:17 12   of "what if's" and maybe would point out some
10:17 13   things that I had run into in the past.
10:17 14       Q I won't make this an exhibit, but this
10:17 15   was previously marked Bernard Exhibit 7. I just
10:17 16   want the witness to look at it for identification
10:17 17   purposes. Oop. Wrong copy. Let me give you a
10:18 18   different copy.
10:18 19       A I'm like, "Someone wrote in this one."
10:18 20       Q Yeah.
10:18 21       A It's okay. Mine has writing in it, too,
10:18 22   I'm sure, at one point.
10:18 23       Q These are answers to questions given to
10:18 24   me by another witness, what that was. Okay.
10:19 25       A Yes, I'm familiar with it.
```

Page 39

```
10:19  1       Q Okay. So you've had a chance to review
10:19  2   Bernard Exhibit 7?
10:19  3       A Yes.
10:19  4       Q And is this the instructional materials
10:19  5   that you were referring to in your prior
10:19  6   testimony?
10:19  7       A Yes.
10:19  8       Q Okay. I may ask you some more questions
10:19  9   about that, but we'll leave that for now.
10:19 10       Other than that training, do you recall
10:20 11   giving any other trainings on hiring?
10:20 12       A Trainings, no.
10:20 13       Q Okay. Now I assume that you've given
10:20 14   coaching.
10:20 15       A Correct.
10:20 16       Q Okay. How frequently have you done that?
10:20 17       A Quite frequently when I'm in the process
10:20 18   of interviewing, when I'm actively involved in
10:20 19   it.
10:20 20       Q What level of employees do you give
10:20 21   coaching to?
10:20 22       A Regionals, area supervisors.
10:20 23       Q Do you recall there being any particular
10:20 24   events that precipitated you giving coaching to
10:20 25   employees?
```

Page 40

```
10:20  1       A It's generally when they're new in their
10:20  2   position. It's part of the training process.
10:20  3       Q So it's reinforcement of the training
10:21  4   that you've given, for example?
10:21  5       A Correct.
10:21  6       Q Have all of the individuals who have held
10:21  7   position of area supervisor and above in
10:21  8   Sacramento received training on Selecting The
10:21  9   Best? Do you know?
10:21 10       A No, I don't know.
10:21 11       Q Do you use Selecting The Best when you do
10:21 12   coaching, or is it more just sort of informal,
10:21 13   verbal?
10:21 14       A I use the principles from Selecting The
10:21 15   Best.
10:21 16       Q I see.
10:21 17       A Some of them could be more informal,
10:21 18   especially at this point we're growing, even
10:21 19   continual. I just promoted two new area
10:22 20   supervisors, and I'm not sure if they've had the
10:22 21   training part of it at this point.
10:22 22       Q Okay. But you articulate some of the
10:22 23   principles from Selecting The Best in your
10:22 24   coaching?
10:22 25       A Absolutely.
```

Page 41

```
10:22  1       Q Are you aware of any training materials
10:22  2   on hiring that LA Weight Loss has published since
10:22  3   Selecting The Best?
10:22  4       A No.
10:22  5       Q Do you ever have occasion to have
10:22  6   coaching discussions with your subordinates on
10:22  7   the topic of equal employment opportunity? Have
10:22  8   you ever had occasion to have that kind of
10:22  9   discussion?
10:22 10       A Not that I can remember. Specifically to
10:22 11   equal opportunity that isn't addressed in a
10:23 12   general form?
10:23 13       Q In what general form?
10:23 14       A Just what the guidelines are? I guess --
10:23 15   can you ask the question differently?
10:23 16       Q Yeah. Do you recall having any
10:23 17   discussions at any point outside of a training --
10:23 18       A Okay.
10:23 19       Q -- with any of your regional or area
10:23 20   supervisors on the topic of equal employment
10:23 21   opportunity?
10:23 22       A No, not outside of a training or coaching
10:23 23   circumstance.
10:23 24       Q Do you recall in a coaching circumstance
10:23 25   having that kind of discussion about EEO?
```

Page 42

```
10:23  1    A  I don't remember specifically, but I can
10:23  2    recall if I'm doing an interview with another
10:23  3    employee and they would start to maybe ask a
10:23  4    question that could lead to inappropriateness,
10:23  5    that I would give them the feedback that, "We
10:23  6    can't go there further."
10:24  7    Q  Do you recall any particular question
10:24  8    that caused you to raise that issue?
10:24  9    A  I do. I can't remember who it was with,
10:24 10    but it was looking at an area supervisor, and I
10:24 11    can't remember which one, was recognized a high
10:24 12    school where an applicant had gone and her
10:24 13    question was innocently, "Oh, when did you
10:24 14    graduate?"
10:24 15    Q  Uh-huh.
10:24 16    A  And I had to say, "You know, you can't
10:24 17    really go that way because that could indicate
10:24 18    age and could get into an area of
10:24 19    discrimination," so...
10:24 20    Q  Yeah, when they graduated from high
10:24 21    school is a fair statement of age.
10:24 22    A  Exactly. So those are the kinds of
10:24 23    situations where in a training coaching would be
10:24 24    given.
10:24 25    Q  Are you aware of any of your subordinates
```

Page 43

```
10:24  1    in your market receiving formal training on
10:24  2    hiring from any source other than yourself?
10:24  3    A  Yes.
10:24  4    Q  What source?
10:25  5    A  It would be through our conferences that
10:25  6    we have.
10:25  7    Q  The annual conferences?
10:25  8    A  Annual sales conference or supervisors
10:25  9    conference, or I believe we did – they did
10:25 10    receive training, I wasn't at the training, but
10:25 11    just recently in Chicago at the new training
10:25 12    center.
10:25 13    Q  Have you received any training yourself
10:25 14    at LA Weight Loss on hiring?
10:25 15    A  Yes.
10:25 16    Q  From whom?
10:25 17    A  I don't recall who did the first training
10:25 18    I attended. It was in one of our conferences in
10:25 19    Bermuda in '03, and then another training would
10:25 20    be in Las Vegas in – I believe it was
10:26 21    December '04, a lot of other just coaching
10:26 22    through Elaine or Vahan.
10:26 23    Q  Did any of the annual conferences contain
10:26 24    an equal opportunity component, the training?
10:26 25    A  Yes.
```

Page 44

```
10:26  1    Q  What was said about EEO at those
10:26  2    conferences?
10:26  3    A  It was a review of the guidelines, more
10:26  4    general review of the guidelines, we had
10:26  5    workbooks that outlined everything.
10:26  6    Q  Were there workbooks dedicated to equal
10:26  7    employment opportunity only?
10:26  8    A  I don't remember that specifically.
10:26  9    Q  Do you recall if the materials – what
10:26 10    they looked like, if they were one page, five
10:26 11    pages, 20?
10:26 12    A  No, I don't. I don't remember.
10:26 13    Q  And when you say "general guidelines,"
10:27 14    are you referring to, "We don't discriminate on
10:27 15    the basis of X, Y and Z"?
10:27 16    A  Yes.
10:27 17    Q  "And A, B and C"?
10:27 18    A  Yes.
10:27 19    Q  And was there also discussion that
10:27 20    prohibited questions?
10:27 21    A  Yes.
10:27 22    Q  Do you recall there being discussion of
10:27 23    any other topics beyond prohibited questions
10:27 24    that, "We don't discriminate on the basis of X, Y
10:27 25    and Z"?
```

Page 45

```
10:27  1    A  Not that I remember, no.
10:27  2    Q  What kind of coaching have you received
10:27  3    from Mr. Karian, K-A-R-I-A-N?
10:27  4    A  I have done interviews with him, so I was
10:27  5    able to see the type of questions he would ask
10:28  6    for responses, he was able to sit with me while I
10:28  7    did an interview, we were able to compare how we
10:28  8    would rate, on our rating sheets, the interview.
10:28  9    Q  Okay. Anything else?
10:28 10    A  No.
10:28 11    Q  What kind of questions did Mr. Karian ask
10:28 12    during these interviews?
10:28 13    A  Sales-related questions, questions about
10:28 14    the applicant's background as far as positions
10:28 15    they've held. Those are two that I can remember.
10:28 16    Q  Any others?
10:28 17    A  Not that I can recall, no.
10:28 18    Q  Did you ever discuss the topic of empathy
10:29 19    in a candidate with Mr. Karian?
10:29 20    A  With?
10:29 21    Q  With Mr. Karian?
10:29 22    A  No, not specifically that I can remember.
10:29 23    Q  Do you recall Mr. Karian ever mentioning
10:29 24    empathy as something to look for?
10:29 25    A  Not that I can remember.
```

Page 114

```
12:30  1   A In San Pablo.
12:30  2   Q Okay.
12:30  3   A Which may be after the dates you're even
12:30  4   referring to.
12:30  5   Q San Pablo is --
12:30  6   A In the East Bay.
12:30  7   Q Yeah. Okay. So erring on the side of
12:30  8   caution in terms of not underestimating the
12:30  9   number of males, it appears that either by first
12:30 10   name or by specific listing as male, that there
12:30 11   were about 11 males during that time frame in
12:30 12   those two markets, at some point during those
12:30 13   two -- that time period. Does that figure of 11
12:30 14   sound off base to you, too low, too high, or does
12:30 15   it sound about right?
12:30 16   A If it's in the payroll records, it's most
12:30 17   likely pretty correct.
12:31 18   Q Okay.
12:31 19   A I don't personally have my own records
12:31 20   that indicate that it's higher or lower.
12:31 21   Q Okay. Do you have any information that
12:31 22   would cause you to believe it's been higher than
12:31 23   that?
12:31 24   A No.
12:31 25   Q Okay. So if you do the math, you know, I
```

Page 115

```
12:31  1   won't ask you to do the math, I'll represent to
12:31  2   you that if you figure out the percentage, it
12:31  3   ends up being about 3.7 percent male during that
12:31  4   time period, and I guess my question to you is do
12:31  5   you have any sense of why it's that low?
12:31  6   A No.
12:31  7   Q You would agree with me that males make
12:31  8   up about half the population in the United States
12:32  9   roughly?
12:32 10   A I believe below half, but --
12:32 11   Q Well over 40 percent; would you agree
12:32 12   with that?
12:32 13   A Yes.
12:32 14   Q Okay. Do you have any sense of what
12:32 15   proportion of the candidates who have applied for
12:32 16   jobs in your market have been male? Do you have
12:32 17   any sense of that?
12:32 18   A It's definitely a lot lower than females
12:32 19   that apply, but I don't have specific statistics.
12:32 20   Q To your knowledge, has anyone made an
12:32 21   effort to track that?
12:32 22   A To my knowledge, no.
12:32 23   Q It doesn't mean someone hasn't done it?
12:32 24   A Yeah.
12:32 25   Q I'm just asking whether you know.
```

Page 116

```
12:32  1   A Yeah, I don't know that.
12:32  2   Q Okay. About what proportion of the
12:32  3   candidates who come to the open houses are female
12:32  4   in your experience?
12:32  5   A In my experience, it's probably 90
12:32  6   percent.
12:32  7   Q Okay. Do you have any sense of what
12:32  8   proportion of the candidates who submit directly
12:33  9   to human resources, to corporate are male?
12:33 10   A No, I have no idea.
12:33 11   Q Is the reason for that that in the field,
12:33 12   you all get the end results of the screening
12:33 13   process done by corporate? Correct?
12:33 14   A Correct.
12:33 15   Q Okay. So you only know what percentage
12:33 16   of the candidates who have made it through the
12:33 17   screening process are male, theoretically that's
12:33 18   all you could know?
12:33 19   A Correct.
12:33 20   Q Okay. Do you have any sense of what
12:33 21   proportion of those candidates who have made it
12:33 22   through the corporate screening process have been
12:33 23   male?
12:33 24   A That come to my interviews?
12:33 25   Q That are set up for interview by
```

Page 117

```
12:33  1   corporate.
12:33  2   A It's similar to the ones that would come
12:33  3   to open house percentage-wise.
12:33  4   Q Okay. So females would make up around 90
12:33  5   percent roughly?
12:33  6   A Correct.
12:33  7   Q Okay. Have you ever formed any opinions
12:34  8   or thoughts about how it is, then, that males are
12:34  9   such a low percentage in the employees?
12:34 10   A I don't know if I've formed any opinions
12:34 11   about it, but being in this industry for almost
12:34 12   20 years now, it has always been that way, so it
12:34 13   doesn't surprise me. It's similar to the reason
12:34 14   that our clientele -- the percentage is much
12:34 15   higher of our clientele is women versus men. I
12:34 16   don't really know why, it's just always been that
12:34 17   way.
12:34 18   Q Now the company does, to your knowledge,
12:34 19   track demographic information on clients, for
12:34 20   example, like, you know, their gender?
12:34 21   A Yes.
12:34 22   Q Okay. Do you have any sense of what the
12:34 23   gender breakdown is of the clientele?
12:34 24   A I don't have any of those statistics,
12:35 25   I've never been made aware of them, but, again,
```

## Page 118

```
12:35  1   just in my experience, it's usually our clientele
12:35  2   is about -- I'd say about the same, it's about 10
12:35  3   percent male, 90 percent female.
12:35  4       Q  Now you said in your experience as far as
12:35  5   the employees, it's always been that way, and you
12:35  6   mentioned you'd been in the industry for 20
12:35  7   years, so I want to ask you, then, since you've
12:35  8   mentioned that, was it that way at Jenny Craig?
12:35  9       A  Yes.
12:35 10       Q  Do you have any sense of why it was that
12:35 11   way at Jenny Craig?
12:35 12       A  No.
12:35 13       Q  Are you aware of any lawsuits against
12:35 14   Jenny Craig at any time for gender discrimination
12:35 15   against men?
12:35 16       A  I don't remember if it was a lawsuit or a
12:36 17   complaint. It was nothing that I had any
12:36 18   information to. I just have a slight
12:36 19   recollection that there could have been
12:36 20   something, and I want to say it happened in
12:36 21   Boston.
12:36 22       Q  Okay.
12:36 23       A  That's all I know.
12:36 24       Q  How did you come to have general
12:36 25   information?
```

## Page 119

```
12:36  1       A  I believe it was just from another
12:36  2   employee or someone discussing it. I don't know
12:36  3   any of the details or if it's even true.
12:36  4       Q  Okay. So this is just information that
12:36  5   some other employee provided to you?
12:36  6       A  Correct.
12:36  7       Q  Did that employee -- do you have any
12:36  8   sense of why that employee was telling you that
12:36  9   there was a possible complaint in Boston?
12:36 10       A  No, I can't even remember who would have
12:36 11   told me that.
12:36 12       Q  Okay. That was my next question. Okay.
12:36 13   Do you recall how you learned of this, what your
12:36 14   position was at the time?
12:36 15       A  I really don't. It must have been maybe
12:36 16   ten years ago.
12:36 17       Q  Were you in HR at the time?
12:37 18       A  No.
12:37 19       Q  Okay. Do you recall having any
12:37 20   discussions at Jenny Craig about this issue, why
12:37 21   the proportion of males seemed to be lower?
12:37 22       A  No.
12:37 23       Q  Were you ever aware of anyone engaging in
12:37 24   discrimination at Jenny Craig on the basis of
12:37 25   sex?
```

## Page 120

```
12:37  1       A  No.
12:37  2       Q  And this is not a case about Jenny Craig,
12:37  3   okay? I'm just trying to understand what your
12:37  4   explanation or your thoughts were on this issue.
12:37  5   Have you ever noted that there's any difference
12:38  6   between male and female candidates as far as
12:38  7   their interest in the jobs at LA Weight Loss once
12:38  8   you get them in for the interview?
12:38  9       A  Once I get them in for the interview?
12:38 10       Q  Yeah.
12:38 11       A  No, not specifically.
12:38 12       Q  Do you discuss with candidates the job
12:38 13   duties in the center related to measuring and
12:38 14   weighing employees? I'm sorry. Clients?
12:38 15       A  Not in the interview normally, no.
12:38 16       Q  Okay. Have you noticed any difference at
12:39 17   all, looking at the pool of male candidates that
12:39 18   you've interviewed and looking -- at LA Weight
12:39 19   Loss and looking at the pool of female candidates
12:39 20   that you've interviewed, have you noticed any
12:39 21   trends or any differences between those two
12:39 22   groups?
12:39 23       A  No.
12:39 24       Q  Have you noticed -- do female candidates
12:39 25   come in with a lower salary expectation, for
```

## Page 121

```
12:39  1   example?
12:39  2       A  No.
12:39  3       Q  Money is important to everybody.
12:39  4       A  Not as a -- I mean, yes, to answer your
12:39  5   question, money is important to everybody, but in
12:39  6   both pools, the male and the female, there's some
12:39  7   that -- you know, it's some who have a real high
12:39  8   expectation, some who don't, but it's not limited
12:39  9   to one group.
12:39 10       Q  Okay. It's just a mixed bag?
12:39 11       A  Correct.
12:39 12       Q  Do you have any sense of whether male
12:39 13   candidates are more or less qualified in general
12:40 14   than the female candidates in applying your
12:40 15   criteria?
12:40 16       A  No. There are some that are very
12:40 17   qualified in each group, and there's some that
12:40 18   are absolutely not qualified in each group.
12:40 19       Q  Can you think of anything that would
12:40 20   explain why it is that -- you know, let's go with
12:40 21   what you've said, you know, roughly 90 percent --
12:40 22   and I'm not going to hold you to an exact number
12:40 23   because you don't have the information in front
12:40 24   of you, but in your experience, roughly 90
12:40 25   percent of the candidates have been female. Do
```

## Page 182

```
03:23  1   be a dependable employee, you have to be able to
03:23  2   do several things at once, you are responsible
03:23  3   for profitability along with employee development
03:24  4   and management.
03:24  5       Q Anything else you can think of?
03:24  6       A Not that I can think of right now.
03:24  7       Q By the way, do you have specific
03:24  8   recollection of Ms. Brown filling out an
03:24  9   application form?
03:24 10       A I don't because when I first met her, we
03:24 11   met at a restaurant, and I did not bring an
03:24 12   application with me. However, Stephanie Rose did
03:24 13   her second interview, so it most likely should
03:24 14   have or would have happened when she met with her
03:24 15   for the second interview.
03:24 16       Q Okay. But --
03:24 17       A I do have recollection of Catherine not
03:24 18   filling out an application with me.
03:24 19       Q And is it fair to say that sitting here
03:24 20   today, you have never seen or been told that she
03:24 21   filled one out? Do you have personal knowledge
03:25 22   of her filling one out?
03:25 23       A I do not have personal knowledge, no.
03:25 24       Q Okay. Again, that was the process at
03:25 25   LA Weight Loss at the time --
```

## Page 183

```
03:25  1       A Yes.
03:25  2       Q -- that a candidate would fill out an
03:25  3   application?
03:25  4       A Absolutely.
03:25  5       Q Other than Ms. Brown, because you met her
03:25  6   at a restaurant, are you aware of any instance
03:25  7   where a candidate at LA Weight Loss was
03:25  8   interviewed, to your knowledge, where they did
03:25  9   not fill out an application form?
03:25 10       A Yes.
03:25 11       Q How many times did that happen?
03:25 12       A None an exact number. It's not very
03:25 13   often.
03:25 14       Q Any particular circumstances when that
03:25 15   happens?
03:25 16       A Yes.
03:25 17       Q What is that?
03:25 18       A The example I stated earlier, we're
03:25 19   waiting for a packet to arrive at a hotel, it's
03:25 20   late or it never gets delivered, we may -- there
03:25 21   may not be applications for the first few
03:25 22   candidates to fill out. We try to, during a
03:26 23   second interview, get those, then, done, but I
03:26 24   don't believe it always, every time, absolutely
03:26 25   gets done.
```

## Page 184

```
03:26  1       Q We don't need to mark this, this has
03:26  2   previously been marked as an exhibit, and I'm
03:26  3   actually not going to want it attached, but we'll
03:26  4   just have the witness review it, previously
03:26  5   marked Bernard Exhibit 8. If you could take a
03:26  6   look at that document to the extent you can read
03:26  7   it, Ms. Beavers.
03:26  8       A Is this a test of mine?
03:26  9       Q And let me know if you can recognize it.
03:27 10       A I cannot read it, and I do not recognize
03:27 11   it, no.
03:27 12       Q So you've never seen any pamphlet that
03:27 13   has looked like this?
03:27 14       A No.
03:27 15       Q Okay. All right. You can go ahead and
03:27 16   hand it back to me. David can keep his copy.
03:27 17       (Discussion off the record.)
03:27 18   BY MR. PHILLIPS:
03:27 19       Q Have you ever heard of a training module
03:27 20   or workbook at LA Weight Loss regarding hiring
03:27 21   called "Hiring Right From The Start"?
03:27 22       A Yes.
03:27 23       Q Okay. When did you become familiar with
03:27 24   that document?
03:27 25       A I believe that was the title of the
```

## Page 185

```
03:27  1   training that we attended at the Bermuda
03:27  2   conference in summer of '03.
03:28  3       MR. PHILLIPS: Again, we'll not make this
03:28  4   an exhibit, but I'll show it to the witness.
03:28  5   This was previously marked Bernard Exhibit 5.
       6   BY MR. PHILLIPS:
03:28  7       Q Take a look at that and let me know if
03:28  8   you recognize it.
03:31  9       A Okay.
03:31 10       Q You've now had an opportunity to review
03:31 11   Bernard Exhibit 5?
03:31 12       A Yes.
03:31 13       Q Do you recognize this as being the
03:31 14   "Hiring Right From The Start" training module
03:31 15   that you referenced earlier, or workbook?
03:32 16       A Yes.
03:32 17       Q And do you recall, then, receiving
03:32 18   training on that at the Bermuda conference?
03:32 19       A Yes.
03:32 20       Q Did you have an understanding at the time
03:32 21   of who that training was intended for at
03:32 22   LA Weight Loss?
03:32 23       A The conference was a supervisor's
03:32 24   conference.
03:32 25       Q Uh-huh.
```

Page 186

```
03:32  1    A  So supervisors.
03:32  2    Q  Who conducted the training on this module
03:32  3  in particular?
03:32  4    A  I do not remember. I was only a couple
03:32  5  months new at the company, and there was a lot of
03:32  6  new faces. I don't remember.
03:32  7    Q  Do you recall if it was someone in the
03:32  8  human resources department? I'm asking if you
03:32  9  can identify the department.
03:32 10    A  I really don't remember.
03:32 11    Q  Who was present at the training where
03:33 12  this material was used? Was it other
03:33 13  supervisors?
03:33 14    A  Yes. I believe it was everybody who was
03:33 15  at the conference, if I remember correctly, it
03:33 16  was one large training.
03:33 17    Q  Do you recall if Ms. Bussoletti was
03:33 18  present?
03:33 19    A  Yes, she would be there.
03:33 20    Q  Do you recall if Mr. Karian was present
03:33 21  at this training in particular?
03:33 22    A  I do not recall if he was present at that
03:33 23  training, no.
03:33 24    Q  Do you recall if Ms. Bernard was present?
03:33 25    A  I honestly didn't know anybody besides
```

Page 187

```
03:33  1  Elaine that well. I recall Ms. Bernard was at
03:33  2  the conference. Can I, in my mind, honestly say
03:33  3  I picture her sitting in that seat at this
03:33  4  conference? No, I do not recall.
03:33  5    Q  Do you recall Ms. Seigel being present?
03:33  6    A  No.
03:33  7    Q  Do you recall Ms. Fryer being present?
03:33  8    A  No.
03:33  9    Q  At Jenny Craig when you were an HR
03:34 10  manager --
03:34 11    A  Yes.
03:34 12    Q  -- did you have responsibility for
03:34 13  training on hiring?
03:34 14    A  Yes.
03:34 15    Q  Did you have responsibility for designing
03:34 16  training programs regarding hiring?
03:34 17    A  We would -- no, I didn't.
03:34 18    Q  Okay. Did you have responsibility for
03:34 19  implementing training programs on hiring that
03:34 20  were designed by their people?
03:34 21    A  Yes.
03:34 22    Q  Did you have responsibility for EEO
03:34 23  compliance?
03:34 24    A  Yes.
03:34 25    Q  Taking a look at Exhibit 5, based on your
```

Page 188

```
03:34  1  experiences doing human resources, is there
03:34  2  anything you see in that document that is
03:35  3  problematic from an EEO perspective?
03:35  4        MR. LANDAU: Object to the question.
03:35  5  She's not here to --
03:35  6        THE WITNESS: I am not an expert. I
03:35  7  don't know.
03:35  8  BY MR. PHILLIPS:
03:35  9    Q  I'm not saying that you are an expert.
03:35 10  What I'm asking is is there anything in Exhibit 5
03:35 11  that you see is problematic from an EEO
03:35 12  perspective?
03:35 13    A  Not anything I could specifically point
03:35 14  to with complete confidence that it was not
03:35 15  appropriate.
03:35 16    Q  Well, and I'm not asking questions about
03:35 17  the motivation for the reasons why something is
03:35 18  written. What I'm asking you is looking at the
03:35 19  paper, having reviewed it, is there anything that
03:35 20  you see that is problematic from an EEO
03:35 21  perspective?
03:35 22        MR. LANDAU: Same objection.
03:35 23  BY MR. PHILLIPS:
03:35 24    Q  You can answer.
03:35 25    A  I just don't know if my EEO -- I used to
```

Page 189

```
03:35  1  be much better at it, I used it all the time. I
03:35  2  haven't had the experience with looking at
03:36  3  documents from that perspective for awhile,
03:36  4  something I may wonder if it's questionable. It
03:36  5  may or may not be. I don't know.
03:36  6    Q  Okay.
03:36  7    A  I don't have the expertise. I don't feel
03:36  8  confident in my expertise right now to make
03:36  9  those.
03:36 10    Q  Okay. Well, earlier, when you were
03:36 11  examining the exhibit, you pointed to
03:36 12  somewhere --
03:36 13    A  Uh-huh.
03:36 14    Q  -- to Mr. Landau. What were you pointing
03:36 15  to?
03:36 16    A  I pointed to "I would like you to decide
03:36 17  if you would like to come to work for me assuming
03:36 18  I were to offer you the job."
03:37 19    Q  Why were you pointing to that?
03:37 20    A  I've just never said that, that was new
03:37 21  to me.
03:37 22    Q  Okay.
03:37 23    A  I've never seen that dialogue or didn't
03:37 24  remember seeing it in Bermuda.
03:37 25    Q  Do you regard EEO compliance as part of
```