# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | |
|---|---|
| EQUAL EMPLOYMENT | : CASE NO. |
| OPPORTUNITY COMMISSION | : WDQ 02-CV-648 |
| Plaintiff | : |
| | : |
| v. | : |
| LA WEIGHT LOSS | : |
| CENTERS, INC. | : |
| Defendant | : |

- - -

January 13, 2006

- - -

Videotaped oral deposition of WILLIAM P. DOYLE, III, taken pursuant to notice, was held at the offices of THE EQUAL EMPLOYMENT OFFICES, The Bourse Building, 5th & Market Streets, Fourth Floor, Philadelphia, PA, beginning at 11:08 a.m., on the above date, before Nancy D. Ronayne, a Professional Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard-12 Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

WILLIAM P. DOYLE,

Page 62

1    MR. PHILLIPS: I'll let you
2    keep that, David, I know you don't
3    have any.
4    MR LANDAU: I have a little
5    collection.
6  BY MR. PHILLIPS:
7    Q.  So it's fair to say then
8  that prior to becoming an area supervisor
9  you did not receive any training or
10 coaching on the topic of hiring from
11 anyone at LA Weight Loss?
12   MR LANDAU: Object to the
13   form.
14   THE WITNESS: Could you
15   rephrase that question a little
16   please.
17   MR. PHILLIPS: Sure.
18 BY MR. PHILLIPS:
19   Q.  Is it a fair statement that
20 you did not receive any formal training
21 from LA Weight Loss on hiring before you
22 became an area supervisor?
23   A.  That's correct.
24   Q.  And it's fair to say that

Page 63

1  you were never given any coaching
2  instruction from other managers on hiring
3  prior to being an area supervisor?
4    A.  Correct.
5    Q.  Okay. Because it was not
6  your job?
7    A.  Correct.
8    Q.  After you were promoted to
9  area supervisor did you receive any
10 training on the hiring process at LA
11 Weight Loss?
12   A.  Yes.
13   Q.  How many trainings?
14   A.  One.
15   Q.  Can you describe that
16 training for me; when was it?
17   A.  The end of April after I
18 accepted the position to take the area
19 supervisor in Dayton and it was a day
20 long training in the Kamilla, New York
21 center.
22   Q.  Who conducted the training?
23   A.  Michelle Blum.
24   Q.  And was anyone else present

Page 64

1  at that training other than yourself and
2  Ms. Blum?
3    A.  Yes.
4    Q.  Who else was present?
5    A.  Other area supervisors in
6  the Northern New York region.
7    Q.  Were you provided with any
8  materials associated with that training?
9    A.  Yes.
10   Q.  Can you describe the
11 materials for me; what were they?
12   A.  It's a white book with
13 staples up the middle folded in half.
14 It's I believe the title is Area
15 Supervisor Resource Manual or Training
16 Manual something along those lines.
17   Q.  What topics were covered in
18 the training specific to hiring?
19   A.  Specific to hiring only?
20   Q.  Yes.
21   A.  The interview process, the
22 questions you can ask, the questions you
23 can't ask. What to look for in somebody.
24 That's basically in a nut shell.

Page 65

1    Q.  What were you told about
2  what to look for in someone?
3    A.  The same thing I was told in
4  the orientation, high energy,
5  enthusiastic, the ability to show and
6  feel empathy for clients, sales can be a
7  plus.
8    Q.  Oh, prior sales experience?
9    A.  Correct. Somebody with a
10 little bit of edge so they can think
11 quick on their toes. That's basically
12 it.
13   Q.  Were you told about any
14 particular -- other than sales generally,
15 were you told anything about any
16 particular kind of prior job experience
17 to look for in a candidate?
18   A.  People skills, somebody who
19 has worked with the public in the past.
20   Q.  Were you told any particular
21 industries to look for, job experience in
22 any particular industries?
23   A.  Emotional sales, cosmetics,
24 hair care products, hairdressers,

17 (Pages 62 to 65)

WILLIAM P. DOYLE,

Page 66

1  waitresses and bartenders.
2     Q.  Anything else?
3     A.  Not that I recall.
4     Q.  Was this in writing or was
5  this verbally presented or both?
6     A.  I — I recall it being
7  verbally presented.
8     Q.  By Ms. Blum?
9     A.  Yes.
10    Q.  Do you agree with that list?
11    A.  Yes.
12    Q.  You think that those are
13 people who work out particularly well as
14 employees of LA Weight Loss?
15    A.  They can, yes.
16    Q.  Have you ever been a
17 bartender?
18    A.  Yes.
19    Q.  You have?
20    A.  Yes.
21    Q.  Okay.  You didn't mention
22 that earlier, was that one of —
23    A.  It was one of the little odd
24 jobs, it was a friend's bar and I filled

Page 67

1  in a couple of nights when he wasn't able
2  to work.
3     Q.  Just handed you a drink
4  manual and put you to work?
5     A.  It was an older crowd so
6  yes.
7     Q.  Poured a lot of beer?
8     A.  Yes, yes.
9     Q.  Have you ever been a food
10 server?
11    A.  No.
12    Q.  Ever been a hairdresser?
13    A.  No.
14    Q.  Ever sold hair care products
15 or cosmetics?
16    A.  No.
17    Q.  You've done very well for
18 yourself not withstanding all that.
19    A.  Thank you.
20    Q.  Have you ever had any
21 negative experiences with employees who
22 you knew to have job experience in
23 cosmetic sales?
24    A.  Not that I recall.

Page 68

1     Q.  Have you ever had any
2  negative experiences with any employees
3  who had job experience in hair care or
4  hairdressing, hair care products or
5  hairdressing?
6     A.  Not that I recall.
7     Q.  Have you ever had any
8  negative experiences with employees --
9  you start to see a pattern here -- have
10 you ever had any negative experiences
11 with any employees with food service
12 background to your knowledge?
13    A.  Not that I recall.
14    Q.  When you say that those
15 persons with experience in those
16 backgrounds, cosmetics, hair care
17 products, hairdressers, food service,
18 bartenders, that those people can be
19 successful employees at LA Weight Loss,
20 what's the basis for that statement?
21    A.  Experience dealing with the
22 public and that would be it.
23    Q.  So the common denominator
24 then among all of these people are these

Page 69

1  are people who deal with the public on a
2  daily basis?
3     A.  Correct.
4     Q.  Is it fair to say then inner
5  personal skills are extremely important
6  at LA Weight Loss?
7     A.  Elaborate on inner personal
8  skills please.
9     Q.  The ability to have positive
10 interaction with clients?
11    A.  Yes.
12    Q.  As an area supervisor, how
13 do you determine whether someone has that
14 ability to have positive interaction with
15 clients, a candidate, how do you
16 determine that?
17    A.  With an interview.
18    Q.  Are there any set questions
19 that you ask in interviews?
20    A.  Yes.
21    Q.  What are those?
22    A.  What is — what was your
23 favorite job, what was your least
24 favorite job and why.  Who was your

18 (Pages 66 to 69)

WILLIAM P. DOYLE,

Page 166

1  gender been a factor in any decision made
2  about your employment at LA Weight Loss?
3    A.  No.
4    Q.  Have you ever been told that
5  it was?
6    A.  No.
7    Q.  Have you ever received since
8  -- well, strike that.
9        At any time in your
10 employment at LA Weight Loss have you
11 received any training on equal employment
12 opportunity?
13   A.  Yes.
14   Q.  Are you familiar with that
15 term, equal employment opportunity?
16   A.  Yes.
17   Q.  And you understand that it
18 means non-discrimination?
19   A.  Correct.
20   Q.  Have you received any
21 training from human resources on that?
22   A.  There was a specific
23 conference call over the summer of 2005
24 for all area supervisors and regional

Page 167

1  supervisors in regards to the hiring
2  practices and coaching and developing and
3  a basic general conference call,
4  unfortunately, I was on vacation that
5  week. So I have the e-mail, I have the
6  information but I was not actually on the
7  conference call.
8    Q.  What was -- was the e-mail
9  just an e-mail with attached like
10 documents?
11   A.  Correct. Yes.
12   Q.  Was it a long e-mail or a
13 short e-mail?
14   A.  Honestly I don't remember
15 it's in my in box somewhere.
16   Q.  What were the attachments?
17   A.  I don't remember.
18   Q.  Other than that have you
19 ever received any training from human
20 resources on equal employment opportunity
21 at LA Weight Loss?
22   A.  No.
23   Q.  When you first were hired
24 with the company you received a handbook?

Page 168

1    A.  Yes.
2    Q.  Do you recall the handbook
3  having an EEO statement in it?
4    A.  I believe it does, yes.
5    Q.  But no block of instruction
6  other than what you've already testified
7  to?
8    A.  Correct.
9    Q.  Apart from formal training
10 by human resources have you ever received
11 any other training or coaching concerning
12 equal employment opportunity or
13 non-discrimination?
14   A.  No. Well, I apologize,
15 training as in somebody other than the HR
16 department, is that what you're saying?
17   Q.  Training by someone other
18 than the HR department or informal
19 coaching by someone other than the HR
20 department?
21   A.  The meeting that I attended
22 in April of '05 that I've already
23 testified to with Michelle Blum, yes,
24 that was covered in there.

Page 169

1    Q.  What did she say about EEO
2  at that meeting?
3    A.  That we are a
4  non-discriminating company, we hire
5  somebody due to qualifications and
6  attitude and overall ability to perform
7  the job regardless of anything else.
8    Q.  We talked about your past
9  jobs and I just want to go back to that
10 for a minute. The job at Junction?
11   A.  Yes.
12   Q.  Have you found that any of
13 the skills or abilities that you acquired
14 at that job or any of the aspects of that
15 job at Junction that those have been
16 helpful to you in working at LA Weight
17 Loss?
18   A.  Yes.
19   Q.  What?
20   A.  My supervisor at the
21 Junction Jeff Mary worked for the Pyramid
22 Corporation and did a lot of hiring and
23 interviewing and coaching and motivating
24 the salespeople for Pyramid. He's -- he

43 (Pages 166 to 169)

ESQUIRE DEPOSITION SERVICES

WILLIAM P. DOYLE,

Page 174

1  during the consultation?
2      A.  We establish a goal weight,
3  we establish when that's going to happen.
4  We talk about any medical conditions or
5  medications that they may be taking at
6  the time.  Any allergies that they may
7  have.  Some people can't do our program
8  due to medical conditions.  Once that's
9  all done and out of the way we talk to
10 them about how long they've been thinking
11 about losing the weight, what struck
12 their interest, what's the driving force.
13 Is your husband making comments, is your
14 wife a weight loss guru and continuous
15 health food nut and you go home and eat a
16 cheeseburger and french fries every
17 night, I mean what's your home life like.
18 How important it is to them, any programs
19 that they've may have tried in the past
20 or have them rate it on a scale of one to
21 10 as to whether or not 10 is being the
22 most important or one this really isn't
23 very important to you.
24      We're done with the

Page 175

1  questionnaire we move on to our one on
2  one magazine which explains our program
3  step by step to them.  First page inside
4  cover introduces them to Dr. Boyd Lyles
5  who backs LA Weight Loss.  Next page,
6  wow, I should remember this, shouldn't I.
7  The next page talks about the three phase
8  program and how it's personalized to
9  them.  Goes into a little bit of detail
10 as far as the weight loss, the one on one
11 counseling, the blood pressure, the
12 measurements, the personal eating profile
13 which is going to analyze their eating
14 behaviors.  The fact that we calculate
15 how much weight they've loss each and
16 every time they come into the center to
17 make sure they're losing exactly how
18 they're supposed to and if they're not we
19 need to fix it.
20      Once they're done with their
21 weight loss we flip the page and talk
22 about stabilization and how we stabilize
23 our clients at their weight that they're
24 comfortable at.  And then the third and

Page 176

1  final and most important part of the
2  program is our maintenance, teaching our
3  clients how to maintain this.  We tell
4  them it's a life style change because it
5  is, we're changing the way they're going
6  to eat forever, this isn't a diet.
7      The next page we talk about
8  is the LA Lights and how important the
9  soy protein is to their success and how
10 it's going to aid them if they're
11 medically eligible to use them.  And we
12 talk about the herbal supplements that we
13 offer and how they will also if they're
14 medically eligible aid them in their
15 weight loss.
16      And then the final page just
17 let's them know hey, we're going to do a
18 medical history today, we're going to get
19 your doctor's information because we may
20 need to contact your physician if we have
21 to alter anything.  Talk to them about
22 setting up an appointment for a blood
23 draw.  We have phlebotomists in each of
24 the centers to draw their blood and check

Page 177

1  all their thyroid and their cholesterol
2  and things of that nature.
3      Set up two appointments,
4  their next visit to the center which is
5  the program explanation and then their
6  personal success visit which is at their
7  one-week check point to make sure they're
8  doing okay on the program 1 week into it.
9  And also at that visit it's their
10 opportunity to save on their LA Lights,
11 they can buy them ahead of them instead
12 of buying week to week and save anywhere
13 from 10 to 30 percent off on them.
14     Q.  What happens during a daily?
15     A.  It's accountability.  It's
16 we go over their food diary, we weigh
17 them in.  We make sure they're getting
18 all their foods in.  Support.  If we see
19 they've gone up 2 pounds in 2 days
20 there's a reason for it, we find out why.
21 We do some advance problem solving with
22 our clients, let them come up with the
23 can solutions to fix the problem.  But of
24 course we guide them into the solution

45 (Pages 174 to 177)

WILLIAM P. DOYLE,

Page 178

1  that's going to fix it. If we need to
2  tie products into it to help them and
3  they really need the help that we can
4  offer them with our products we talk to
5  them about the products. We take a blood
6  pressure once a week. We do measurements
7  every 4 weeks. Ask them if there's
8  anything else that we can help them with
9  and see you in 2 days. Was that all
10 right?
11     Q.  You would know a lot better
12 than I.
13         MR. LANDAU: Sign up, are
14     you kidding me.
15         THE WITNESS: Would that be
16     cash, check or credit card, sir?
17     (A discussion off the record
18     occurred.)
19 BY MR. PHILLIPS:
20     Q.  What, why is bowel movements
21 relevant, what does that have to do with
22 anything?
23     A.  Constipation is --
24 constipation is generally the first road

Page 179

1  block at weight loss. When somebody has
2  a bowel movement they're getting rid of
3  things that their body doesn't need.
4  When you eat unhealthy food, high fat
5  food, high carbohydrate food you go to
6  the bathroom more. When you eat very low
7  fat foods, lot of fresh fruits and
8  vegetables generally you have less waste
9  for your body to get rid of so you go to
10 the bathroom less. So that's a question
11 that we ask every time.
12     Q.  Have you ever counseled any
13 men?
14     A.  Yes.
15     Q.  Men clients?
16     A.  Yes. Yes.
17     Q.  Is that an issue that's
18 raised at those sessions as well?
19     A.  It's raised with every
20 client.
21     Q.  With every client?
22     A.  Yes.
23     Q.  How is the menstrual cycle
24 relevant, what's that relevant to?

Page 180

1      A.  Generally couple days prior
2  to a woman starting her menstrual cycle
3  she will retain water because her body is
4  going to start fighting some things off
5  so it needs the water and it's going to
6  hold onto it and you're going to see the
7  scale go up a little bit sometimes. And
8  women realize it, they come in and they
9  talk about being blotted and they're
10 retaining water in their hands or their
11 ankles or around their midsection and we
12 have a lot of little tips that we can
13 give them to help them get rid of that
14 water retention.
15     Q.  And that's the menstrual
16 cycles and the impact on weight loss,
17 that's something that's part of your
18 service training, correct?
19     A.  Correct.
20     Q.  And you learned that right
21 from the start when you worked at LA?
22     A.  I believe it was either in
23 service training or it was the first day
24 that my, my trainer who followed up who

Page 181

1  did my training, Sheila, she came into
2  the Watertown center I think it was my
3  first day in the center and worked with
4  me in setting up my desk, making sure I
5  had all the menu plans. I watched her do
6  a couple of daily visits and then she
7  watched me do some daily visits. And
8  yes, it was right at the beginning. And
9  I have three sisters so I know.
10     Q.  Even if you didn't have
11 three sisters though that's just
12 something that's covered as part of your
13 training?
14     A.  Absolutely, absolutely.
15     Q.  Again, just to educate
16 myself, what are some of the most common
17 reasons given, you earlier on we were
18 talking about the initial consultation
19 when a perspective client comes in and
20 obviously they're not some of them aren't
21 sure whether or not they even want to be
22 on the program, there's a sales aspect of
23 this, correct?
24     A.  Correct.

46 (Pages 178 to 181)

ESQUIRE DEPOSITION SERVICES