## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

## NOTICE OF LENGTHY FILING

Exhibits G, L, M, Q, X, Z, AA, and DD which are attached to Defendant's Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: March 9, 2007

2

      /s/
_____
Elizabeth Torphy-Donzella, Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD  21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Aliza Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2000
Fax:  (215) 405-3724

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Lengthy Filing was served on March 9, 2007, by first class mail, postage prepaid, upon:

>Ronald L. Phillips
>EEOC
>Baltimore District Office
>10 South Howard Street, 3rd Floor
>Baltimore, MD  21201

/S/

_____
Elizabeth Torphy-Donzella

150533