# EXHIBIT I



# Maryland/DC & Virginia

- Elaine Bussoletti, COO, 6/24/02
  - Diane Rizio, VP, Operations, 1/31/05
    - Patty Houston, Divisional Manager, Philadelphia & MD/DC/VA, 11/28/06
      - Available, Regional Manager, Philadelphia/Baltimore, 11/28/06
        - Julie Gaines, Area Supervisor, Baltimore, 7/24/06
          - Bel Air, MD TRAINING ROOM
          - Catonsville, MD
          - Glen Burnie, MD
          - Perry Hall, MD
          - Pikesville, MD
          - Towson, MD
      - Natalie Bryant, Regional Manager, MD/DC/NOVA, 10/23/06
        - Karl Saunders, Area Supervisor, SE Maryland, 10/23/06
          - Bowie, MD
          - Greenbelt, VA
          - Landover, MD
          - Oxon Hill, MD
          - Waldorf, MD
          - Woodbridge, VA
        - Sue Kane, Area Supervisor, NW Maryland, 12/11/06
          - Annapolis, MD
          - Columbia, MD
          - Gaithersburg, MD
          - Laurel, MD
          - Rockville, MD
        - Available, Area Supervisor, Northern Virginia, 10/23/06
          - Alexandria, VA
          - Fairfax, VA
          - Herndon, VA
          - Manassas, VA
      - Available, Regional Manager, Southern Virginia, 12/11/06
        - Rebecca Wyatt, Area Supervisor, Richmond, 12/11/06
          - Broad Street, VA
          - Colonial Heights, VA
          - Fredericksburg, VA
          - Midlothian, VA TRAINING ROOM
        - Available, Area Supervisor, Virginia Beach, 1/16/06
          - Greenbrier, VA
          - Hampton, VA
          - Newport News, VA
          - Chesapeake, VA
          - Williamsburg, VA
      - Nicole Perez, Director of Training, MD/DC/VA
        - [Hampton, Richmond, Virginia Beach training sites]
        - Aurore Antoine, Trainer, Maryland, 2/14/05

# Texas



Dallas/Valley View Regional Training Center

Texas

3 of 14

I A 0401959

12/27/2006





# Northern New York

# Pittsburgh/Ohio



# New York Metro

- Elaine Bussoletti, COO, 8/24/02
  - Chris Burnard, Senior VP, Operations, 1/31/05
    - Jenne June, Sr. Divisional Manager, NY Metro/Florida/Michigan, 11/3/03
      - Manhattan Training Room
      - Jennifer Loesch, Regional Manager, NY Metro, 12/4/06
        - Rena Baxter, Area Supervisor, NYC, 9/4/06
          - Upper West, NY
          - Manhattan, NY
          - Lower Manhattan, NY
        - Cheryl Cusell, Area Supervisor, Brooklyn, 3/2006
          - Bayridge, NY
          - Brooklyn Heights, NY
          - Sheepshead Bay, NY
          - Staten Island, NY
        - Available, Area Supervisor, Queens, 10/2/06
          - Central Bronx, NY
          - Forest Hills, NY
          - Scarsdale, NY
          - Yonkers, NY
        - Available, Area Supervisor, Mid Hudson, 12/26/06
          - Mohegan Lake, NY
          - Newburgh, NY
          - Poughkeepsie, NY
      - Kathy Garey, Regional Manager, Central Jersey, 12/26/06
        - Ramona Aziz, Area Supervisor, North Jersey, 10/23/06
          - Union, NJ
          - Rochelle Park, NJ
          - Jersey City, NJ
          - Clifton, NJ
        - Available, Area Supervisor, N Central Jersey, 12/26/06
          - Somerville, NJ
          - Ramsey, NY
          - Roxbury, NJ
          - West Caldwell, NJ
          - Wayne, NJ
        - Melissa Gogstad, Area Supervisor, Central Jersey, 11/20/06
          - Brick, NJ
          - East Brunswick, NJ
          - Edison, NJ
          - Freehold, NJ
          - Toms River, NJ
      - Nancy Waldman, Regional Manager, Long Island, 6/19/05
        - Marisa Jackson, Area Supervisor, LI East, 10/2/05
          - Centereach, NY
          - Bayshore, NY
          - Sayville, NY
          - Riverhead, NY
        - Available, Area Supervisor, LI West, 12/4/06
          - New Hyde Park, NY TRAINING ROOM
          - Lynbrook, NY
          - Lindenhurst, NY
          - Hicksville, NY TRAINING ROOM
          - East Northport, NY
      - Marissa Favara, Director of Training, NY Metro, Florida, MI, 7/5/04
        - Kenneth Weinheim, Trainer, Long Island, 10/2/06
        - Pat Harrison, Trainer, Queens/NYC & Brooklyn, 1/9/06
        - Patti Ann McKinney, Trainer, North/North Central Jersey & Mid Hudson, 10/23/06

12/27/2006    7 of 14    NY Metro

LA 0401963



Florida

LA 0401964

8 of 14

12/27/2006



# St. Louis



LA 0401966

10 of 14

12/27/2006





LA 0401968

