# EXHIBIT J



# JOB DESCRIPTION

### Position Title:
REGIONAL MANAGER

### Position Purpose
A Regional Manager is responsible for managing the overall operations of a multi-area region according to the standards and practice established by the company. The focus of the Regional Manager is to maintain the integrity of corporate policies and procedures and to meet or exceed regional goals by developing and implementing plans that maximize sales and profitability.

### Authority Relationship
The Regional Manager reports to the Vice President, Operations or Franchise Owner

### Education and Experience Required
Successful Regional Managers will have excellent communication, interpersonal and motivational skills and a minimum of five (5) years' experience in the sales and service industry with a strong emphasis on multi-tasked operations. A college education and previous successful area level or multi-unit employment experience is preferred.

### Principal Duties and Responsibilities

#### Service
Ensure client service is provided in a professional, positive, efficient and timely manner through effective management of area management personnel

Respond to client service issues and initiate client refunds as necessary

#### Sales
Ensure performance standards established by the company are met in each center and in each area within given region

Develop and implement a weekly and monthly Plan of Action (POA) to meet area and regional objectives and established sales quotas

Analyze statistics to identify needs for additional coaching and direction to improve performance

#### Program Knowledge
Possess a thorough knowledge and understanding of the company programs and products and act as a resource for staff questions as necessary

LA 0401951



**JOB DESCRIPTION**
REGIONAL MANAGER
Page 2

### Operations Management

Ensure all staff within region comply with company policies and procedures and OSHA rules and regulations

Plan, develop and facilitate training workshops and meetings on a regular basis

Observe and evaluate center staff to identify and improve any operational concerns.

Assume responsibility for accurate and timely reporting of product/merchandise inventory levels

Audit client charts regularly to ensure proper documentation and client success

### Administrative & Financial Management

Submit all administrative and financial reporting timely as required

Assume responsibility for accurate and timely statistical reporting by center staff as required or otherwise requested

Assume fiduciary responsibility for each center by ensuring cash and receivables are handled appropriately and that daily deposits are accurate and made timely

Responsible for ensuring total regional statistics are submitted to corporate office and Vice President, Operations daily at the end of each center business day

### Personnel Management

Assume direct responsibility for the actions of Area Supervisors, Center Manager, Assistant Managers, Counselors and Medical Assistants within designated region

Ensure adequate staffing levels are maintained through retention and recruit candidates whose background and qualifications match the duties of the position for which they are being considered

Ensure all center staff receives accurate and effective training on company policies, procedures, program and products

Provide on-going staff development by offering positive and constructive feedback and on-going training opportunities

Conduct employee performance evaluations as necessary ensuring each employee receives an evaluation following completion of the orientation period and at least annually thereafter

Counsel and discipline employees as necessary with guidance from Corporate Human Resources

### Special Assignments

Perform other duties and special projects and assignments as directed

LA 0401952

**JOB DESCRIPTION**
REGIONAL MANAGER
Page 3

### Essential Physical Requirements

The physical demands described are a representation of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

*While performing this job, the **Regional Manager** must have the ability to:*

Communicate with clients, visitors and co-workers

Read, count and write accurately to complete required documentation

Freely access all areas of weight loss centers

Operate and use all equipment necessary to run the store

Move or handle supplies throughout centers and/or training centers weighing 0-50 pounds

Stand or sit in a vehicle for long periods of time

Work varied hours/days to perform functions of the position

### Work Environment

Generally pleasant working environment that may be demanding at times

Regional travel as position requires; occasional national travel

**NOTE:** This job description is based on management's assessment of the requirements and functions of the job, however it is not an exhaustive list of all the elements of the job. Management reserves the right on a temporary or indefinite basis to make reasonable requests or changes to this job description to meet the company's needs.

LA 0401953

# JOB DESCRIPTION

### Position Title:

AREA SUPERVISOR

### Position Purpose

An Area Supervisor is responsible for managing the overall operations of a multi-center area according to the standards and practice established by the company. The focus of the Area Supervisor is to maintain the integrity of corporate policies and procedures and to meet or exceed area goals by developing and implementing plans that maximize sales and profitability.

### Authority Relationship

The Area Supervisor reports to the Regional Supervisor

### Education and Experience Required

Successful Area Supervisors will have excellent communication, interpersonal and motivational skills and a minimum of five (5) years' experience in the sales and service industry with a strong emphasis on multi-tasked operations. A college education and previous successful center level employment experience is preferred

### Principal Duties and Responsibilities

*Service*

Ensure client service is provided in a professional, positive, efficient and timely manner through effective management of center personnel

Respond to client service issues and initiate client refunds as necessary

*Sales*

Ensure performance standards established by the company are met in each center in each center within given area

Develop and implement a weekly and monthly Plan of Action (POA) to meet center objectives and established sales quotas

Analyze statistics to identify center staff who requires additional coaching and direction to improve performance

*Program Knowledge*

Possess a thorough knowledge and understanding of the company programs and products and act as a resource for staff questions as necessary

LA 0401954

**JOB DESCRIPTION**
AREA SUPERVISOR
Page 2

### Operations Management

Ensure all center staff complies with company policies and procedures and OSHA rules and regulations

Plan, develop and facilitate training workshops and meetings on a regular basis

Observe and evaluate center staff to identify and improve any operational concerns.

Assume responsibility for accurate and timely reporting of product/merchandise inventory levels

Audit client charts regularly to ensure proper documentation and client success

### Administrative & Financial Management

Submit all administrative and financial reporting timely as required

Assume responsibility for accurate and timely statistical reporting by center staff as required or otherwise requested

Assume fiduciary responsibility for each center by ensuring cash and receivables are handled appropriately and that daily deposits are accurate and made timely

Responsible to submit total area statistics to Regional Supervisor daily at the end of each center business day

### Personnel Management

Assume direct responsibility for the actions of Center Manager, Assistant Managers, Counselors and Medical Assistants

Maintain adequate staffing levels through retention and recruit candidates whose background and qualifications match the duties of the position for which they are being considered

Ensure all center staff receives accurate and effective training on company policies, procedures, program and products

Provide on-going staff development by offering positive and constructive feedback and on-going training opportunities

Conduct employee performance evaluations as necessary ensuring each employee receives an evaluation following completion of the orientation period and at least annually thereafter

Counsel and discipline employees as necessary with guidance from Corporate Human Resources

### Special Assignments

Perform other duties and special projects and assignments as directed

LA 0401955



**JOB DESCRIPTION**
AREA SUPERVISOR
Page 3

### Essential Physical Requirements

The physical demands described are a representation of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

*While performing this job, the **Area Supervisor** must have the ability to:*

Communicate with clients, visitors and co-workers

Read, count and write accurately to complete required documentation

Freely access all areas of weight loss centers

Operate and use all equipment necessary to run the store

Move or handle supplies throughout centers and/or training centers weighing 0-50 pounds

Stand or sit in a vehicle for long periods of time

Work varied hours/days to perform functions of the position

### Work Environment

Generally pleasant working environment that may be demanding at times

Regional travel as position requires; occasional national travel

**NOTE:** *This job description is based on management's assessment of the requirements and functions of the job, however it is not an exhaustive list of all the elements of the job. Management reserves the right on a temporary or indefinite basis to make reasonable requests or changes to this job description to meet the company's needs.*

LA 0401956