# EXHIBIT N

VOLUME II

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

* * *

```
EQUAL EMPLOYMENT OPPORTUNITY  :   CIVIL ACTION
COMMISSION,                   :
        Plaintiff             :
        and                   :
KATHY C. KOCH,                :
        Intervenor/Plaintiff  :
        vs.                   :
LA WEIGHT LOSS,               :
        Defendant             :   NO. S-02-CV-648
```
* * *

SEPTEMBER 19, 2002

* * *

Continued Rule 30(b)(6) deposition of LA WEIGHT LOSS CENTERS, through its designee, KAREN P. SIEGEL, was held in the offices of the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, The Bourse Building, 111 South Independence Mall East, Suite 400, Philadelphia, Pennsylvania 19106, beginning at 10:05 a.m., before McKinley Wise, a Registered Professional Reporter and an approved Reporter of the United States District Court.

* * *

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

Page 221

1  Q. So it goes like this. Let me just
2  paraphrase, if I can.
3     Center managers. Then they were
4  supervised by area managers. Then the area
5  managers were supervised by regional managers.
6  The regional managers were supervised by
7  divisional managers. The divisional managers were
8  supervised by Eileen Stankunas, who was supervised
9  by the COO, who was supervised by the CEO?
10  A. Okay. At that point the COO
11  position didn't exist in the same capacity. We
12  didn't have a COO. Scott Moyer had moved into the
13  franchise realm and Vahan was the CEO and he --
14  basically he was who they reported to.
15  Q. "They" being the divisional
16  managers?
17  A. Well, no. Eileen Stankunas.
18  Everyone, quite honestly.
19  Q. Right. Well, I understand the CEO
20  was obviously the supervisor of everybody, but I'm
21  really talking in terms of --
22  A. From a layering, yes.
23  Q. So did Eileen Stankunas have a title
24  at that time?

Page 222

1  A. Again, at that point she was
2  probably considered a general manager.
3  Q. So she wouldn't have been vice
4  president of operations at that point?
5  A. No.
6  Q. And in 1999 was Eileen Stankunas
7  supervised by the COO?
8  A. Part of the year.
9  Q. Moving forward to 2001, can you
10  please go over with me the organizational
11  structure of the center management starting with
12  the center managers?
13  A. Center manager; area manager;
14  regional manager; divisionals, which eventually
15  became VPs of operations; and then two general
16  managers. Company was geographically divided, so
17  we have two general managers.
18  Q. Then was anybody over the general
19  managers?
20  A. Again, Vahan, the CEO.
21  Q. Now, I'm sorry, but I need to go
22  back to 2000 because I neglected to ask you. How
23  many center managers do you have in the year 2000?
24  A. Approximately between 200 -- around

Page 223

1  200.
2  Q. And approximately how many area
3  managers did you have in the year 2000?
4  A. Between 35 and 40.
5  Q. And approximately how many regional
6  managers did you have in the year 2000?
7  A. Anywhere from, say, 10 to 15.
8  Q. Approximately how many divisional
9  managers did you have in the year 2000?
10  A. Three or four.
11  Q. Leaping forward to 2001,
12  approximately how many center managers did you
13  have in the year 2001?
14  A. Can we go back? How many do I have
15  at the end of 2000?
16  Q. You have 200 in the year 2000,
17  approximately.
18  A. So at the end of 2001, approximately
19  230, between 230 and 240.
20  Q. And approximately how many area
21  managers did you have in the year 2001? You had
22  approximately 35 to 40 in the year 2000.
23  A. Not many more. So between 40 and
24  45.

Page 224

1  Q. And approximately how many regional
2  managers did you have in the year 2001? 10 to 15
3  in the year 2000.
4  A. Between 15 and 20.
5  Q. So you had approximately 15 to 20
6  regional managers in the year 2001 and
7  approximately how many divisional managers did you
8  have in the year 2001?
9  A. Four to five.
10  Q. And approximately how many general
11  managers did you have in the year 2001?
12  A. Two.
13  Q. Now moving forward to 2002, the
14  present year, can you tell me if the
15  organizational structure of the location
16  management has changed from year 2002 to year
17  2001?
18  A. Yes.
19  Q. Let's go through it then. If you
20  can start with the center managers, who supervises
21  the center managers in 2002?
22  A. Area managers, regional managers,
23  VPs at that point, VPs of operation. But, again,
24  we have added a divisional layer back in.

Page 265

1  Q. Was the same hiring authority that
2  you previously testified to with respect to
3  regional managers, area managers, and director of
4  training responsible for hiring traveling
5  trainers, area trainers --
6  A. Yes.
7  Q. -- service supervisors throughout
8  the course of 2000 and 2002?
9  A. Yes.
10 Q. Now, does LA Weight Loss have a
11 policy on inhouse hiring or inhouse job posting?
12 A. There is not a formalized policy on
13 that, no.
14 Q. Is there an informal policy?
15 A. No.
16 Q. Is there any preference that's
17 provided to LA Weight Loss employees if they apply
18 for positions that are lateral or considered
19 promotions within the company?
20 A. I don't understand the question.
21 Q. Do you have any policies on filling
22 available positions with respect to posting it or
23 publishing it to the public at large or do you
24 disseminate it out to the inhouse employees first?

Page 266

1  A. No. The posting for positions is
2  done externally.
3  Q. So externally meaning that it is
4  distributed out to the public?
5  A. Yes.
6  Q. Move you forward to policies and the
7  practices that LA Weight Loss has on retention of
8  records.
9      Now, we've discussed the -- I know
10 previously you mentioned in your testimony that
11 there was a policy in place as of at least late
12 1998 --
13 A. Yes.
14 Q. -- on record retention. I want to
15 move you back to 1997, when the company was first
16 formed?
17 A. Okay.
18 Q. What is the LA Weight Loss -- is
19 there a LA Weight Loss policy in 1997 on retaining
20 records?
21     And I'm talking about records with
22 respect to job applications, personnel files, and
23 anything to do with employees generally. I'm not
24 talking about pay records. Okay.

Page 267

1      MR. LANDAU: Can you break that
2  down?
3      MS. NYFELER: Yes.
4  BY MS. NYFELER:
5  Q. Let's go to job applications.
6      In 1997 did LA Weight Loss have a
7  policy on retaining records of job applications?
8  A. I do not believe so, no.
9  Q. Is that a no?
10 A. No.
11 Q. In 1998 did LA Weight Loss have a
12 policy on retaining job applications?
13 A. Time frame in 1998?
14 Q. Let's start January of 1998.
15 A. No.
16 Q. When did the policy -- well, was
17 there a policy in 1998 that was created on
18 retaining job applications?
19 A. Yes.
20 Q. And when was that created?
21 A. It was created in late '98.
22 Q. What is "late '98"?
23 A. Like November of '98 when the --
24 Q. So from January of 1998 to November

Page 268

1  of 1998, did LA Weight Loss have a policy on
2  retaining job applications?
3  A. No.
4  Q. Now, when that policy was created in
5  November of 1998, when was it distributed to the
6  employees?
7  A. It would have been distributed some
8  time in 1999. When the recruitment manual went
9  out to field management, to the upper management,
10 it would have been after that point. So some time
11 in 1999 the policy was actually disseminated to
12 the field.
13 Q. When in 1999 was it disseminated to
14 the field?
15 A. I would say some time around March.
16 Q. Where is that record-retention
17 policy -- is that record-retention policy with
18 respect to job applications reduced to writing
19 somewhere?
20 A. Yes.
21 Q. Where is that document?
22 A. It's in the training manual on
23 recruitment and hiring.
24 Q. Was the policy that was created in

16 (Pages 265 to 268)

**Page 269**

1  November of 1998 on retaining job applications
2  disseminated to the corporate offices before 1999?
3      A.   No.
4      Q.   So was it disseminated to everybody
5  at LA Weight Loss at the same time?
6      A.   Yes.
7      Q.   And was there any job positions in
8  particular that received copies of this policy or
9  did everybody receive it?
10     A.   The supervisors, regional managers,
11 area managers and up.
12     Q.   Now I'm going to move forward to
13 record-retention policies on personnel files on
14 employees. I'm not including pay records. I'm
15 really only including the personnel files.
16     A.   Okay.
17     Q.   Now, in 1997 did LA Weight Loss have
18 a policy on retaining personnel files?
19     A.   I don't believe so, no.
20     Q.   In 1998, starting in January, moving
21 to November of 1998, did LA Weight Loss have a
22 policy on retaining personnel files?
23     A.   No.
24     Q.   Was there a policy created in

**Page 270**

1  November of 1998 on retaining personnel files?
2      A.   Yes.
3      Q.   And is that also contained in the
4  recruitment and hiring manual?
5      A.   No.
6      Q.   Is there a written policy --
7      A.   No.
8      Q.   -- for retaining personnel files?
9      A.   No.
10     Q.   So is the policy communicated?
11     A.   Yes. By me because I oversee
12 payroll now at this point. I now am in charge of
13 record retention for employee files. So we -- all
14 employee files are retained.
15     Q.   And all employee files are
16 maintained in your office?
17     A.   No.
18     Q.   All personnel files. I'm not
19 talking about pay records.
20     A.   No. I understand. The personnel
21 files, no, 1999 and forward are retained in our
22 office. Anything prior to '99 is retained in our
23 warehouse, our storage warehouse.
24     Q.   That's a storage warehouse in Blue

**Page 271**

1  Bell?
2      A.   No. Allentown, Pennsylvania.
3      Q.   Now, you just testified that there
4  was a policy created on retaining personnel files
5  around November of 1998; is that correct?
6      A.   Well, actually when I started in
7  April of '98, immediately that was one of the
8  first things, to make sure just communicated to
9  payroll at that point the retention of personnel
10 files and cleaning out the inactive files. Every
11 file was -- everything was all together,
12 inactives, actives, the whole nine yards, and it
13 was sort of like a personnel file audit, if you
14 will, to separate inactives and actives and
15 keeping all of them. So it kind of started at
16 that point.
17     Q.   Were all personnel files maintained
18 in payroll?
19     A.   Up to that point?
20     Q.   Yes.
21     A.   To my knowledge, yes. Or if it
22 wasn't, anything that we had would have been in
23 storage. Any personnel files that weren't in
24 personnel would have been in storage at that

**Page 272**

1  point.
2      Q.   So is it your testimony that the
3  practice at LA Weight Loss prior to April of '98
4  was to take any personnel documents and maintain
5  them in payroll and not at the centers?
6      A.   Yes, I believe so.
7      Q.   You believe so. But that's not an
8  answer.
9      A.   Okay. Yes. But I -- I don't have
10 control over -- or at that time point there was no
11 control over if somebody held any additional
12 documents at the center level. But there were
13 personnel files on each and every employee held at
14 corporate.
15     Q.   Were those files complete? In other
16 words, were all documents pertaining to an
17 employee at LA Weight Loss prior to 1998 forwarded
18 to personnel records?
19     A.   Prior to 1998?
20     Q.   Excuse me. Prior to April of '98.
21     A.   Can you please say that again?
22     Q.   Did LA Weight Loss have a practice
23 prior to April of 1998 of providing copies of all
24 documentation relating to employees, personnel at