# EXHIBIT P

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

NORTHERN DIVISION

----------------------x
EQUAL EMPLOYMENT          : CIVIL ACTION
OPPORTUNITY               :
COMMISSION,               : NO. S02-CV-648
    Plaintiff,            :
                          :
KATHY KOCH,               :
    Intervenor/           :
    Plaintiff,            :
                          :
    v.                    :
                          :
LA WEIGHT LOSS,           :
    Defendant(s).         :
----------------------x

    Tuesday, November 22, 2005

    Oral deposition of NICOLA
FRYER, held at the offices of EEOC,
Bourse Building, 21 South 5th Street,
Philadelphia, Pennsylvania, on Tuesday,
November 22, 2005, beginning at 9:00
a.m., on the above date, before Debra J.
Weaver, a Federally Approved RPR, CRR,
CSR of NJ (No. XI 01614) and Delaware
(No. 138-RPR, Expiration 1/31/08), and a
Notary Public of New Jersey, Pennsylvania
and Delaware.



    ESQUIRE DEPOSITION SERVICES
        Four Penn Center
       1600 JFK Boulevard
          Suite 1210
  Philadelphia, Pennsylvania 19103
       (215) 988-9191

Page 190

1  have helped out with recruiting.
2      Q.  Even though she was in the
3  training department?
4      A.  Sure.
5      Q.  Do you know of any other
6  people in the training department who
7  conducted hiring during your tenure at LA
8  Weight Loss?
9      A.  Specifically, no, but it
10 does happen.
11     Q.  Is that considered a part of
12 the trainer's job?
13         MR. WETCHLER:  Object to the
14     form.  Object to lack of
15     foundation.  You can answer.
16 BY MR. PHILLIPS:
17     Q.  As a part of your job as a
18 human resources manager, are you required
19 to know what the job duties of a trainer
20 are?
21     A.  I'm familiar.
22     Q.  And specifically with
23 respect to any job duties with respect to
24 recruiting or hiring, are you required in

Page 191

1  your job to know what their duties would
2  be in those areas, recruiting and hiring?
3          MR. WETCHLER:  Object to the
4      form.  You can answer.
5          THE WITNESS:  They don't
6      have necessary -- to my
7      recollection, they don't have
8      specific responsibilities listed
9      in their job description with
10     regard to that, but, again, they
11     are trained on it.  They provide
12     training to all of our employees
13     as they come in the door.  They're
14     very familiar with what we're
15     looking for, what the job is.
16     And, they, again, do sometimes
17     help out in the event -- it's not
18     their primary responsibility, but
19     they do help out in the event that
20     a circumstance comes up that we
21     need help.
22 BY MR. PHILLIPS:
23     Q.  With respect to what
24 functions?  Help with respect to what?

Page 192

1      A.  Most recently, you know, if
2  an area supervisor has to go somewhere,
3  for coverage, calls out sick, they may
4  conduct interviews.
5      Q.  Have center managers ever
6  conducted hiring at LA Weight Loss?
7          MR. WETCHLER:  Object to the
8      form.  Object to lack of
9      foundation.  You can answer the
10     question.
11         MR. PHILLIPS:  Let me go
12     back.
13 BY MR. PHILLIPS:
14     Q.  As a human resource manager,
15 is it part of your job duties to know who
16 at LA Weight Loss is participating in the
17 hiring process?  Is that part of your job
18 to know that?
19         MR. WETCHLER:  Object to the
20     form.  You can answer.
21         MR. PHILLIPS:  You can
22     answer.
23         THE WITNESS:  I am familiar,
24     yes.

Page 193

1  BY MR. PHILLIPS:
2      Q.  And, again, I'll return to
3  my question.  During your tenure at LA
4  Weight Loss, have you known of center
5  managers participating in the hiring
6  process in any way?
7          MR. WETCHLER:  Object to
8      form.  Object to lack of
9      foundation.  You can answer.
10         MR. PHILLIPS:  Go ahead.
11         THE WITNESS:  There have
12     been discussions with regard to
13     having them be a part of it.  And,
14     again, occasionally they will
15     conduct an interview here or there
16     in lieu of an area supervisor or
17     regional manager being available
18     or an emergency coming up.  But,
19     typically, I don't recall that we
20     ever implemented a manager
21     recruiting program.
22 BY MR. PHILLIPS:
23     Q.  Did managers ever receive
24 training on hiring?