# EXHIBIT U

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------

EQUAL EMPLOYMENT            :
OPPORTUNITY COMMISSION      :
                            :
     vs.                    : Case No.
                            : WDQ-0-CV-648
LA WEIGHT LOSS, INC.        :

------

February 2, 2006

------

Oral Deposition of NICOLA M. FRYER, 30(b)(6) witness for LA Weight Loss, Inc., held in the offices of the Equal Employment Opportunity Commission, 4th Floor, The Bourse Building, Philadelphia, Pennsylvania 19106, beginning at approximately 2:00 p.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public of the Commonwealth of Pennsylvania.

------

ESQUIRE DEPOSITION SERVICES
1600 John F. Kennedy Boulevard
Four Penn Center, 12th Floor
Philadelphia, Pennsylvania  19103
(215) 988-9191

Page 6

1  before, Ms. Fryer?
2     A.  No.
3     Q.  Having said that, have you
4  been involved in producing electronic
5  recruiting materials to the EEOC in this
6  case?
7     A.  Minimally.
8     Q.  Okay. You are familiar
9  with a recruiting database that is
10 currently kept at LA Weight Loss in
11 Microsoft Office Access format?
12    A.  Yes.
13    Q.  What is the name of that
14 database as it is used in-house? What
15 will you call it?
16    A.  What do we call it?
17    Q.  Yes.
18    A.  Or what's its file name?
19    Q.  Well, tell me what you call
20 it.
21    A.  The database.
22    Q.  Just the database?
23    A.  Yes.
24    Q.  Okay. Then I will refer to

Page 7

1  it from now on as the database; okay?
2     A.  Okay.
3     Q.  I want to sort of shortcut
4  some of this stuff, so I will ask you
5  pretty direct questions.
6         Is it true that that system
7  has been in place since the fourth
8  quarter of 2004?
9     A.  It may have been used in
10 September of '04, but definitely by the
11 fourth quarter of '04.
12    Q.  Okay. So possibly
13 September but not earlier than September
14 of 2004; correct?
15    A.  I don't believe so.
16    Q.  Certainly not earlier than
17 the summer of 2004?
18    A.  No.
19    Q.  What is the purpose for the
20 database?
21    A.  To track and manage our
22 recruitment process.
23    Q.  Within LA Weight Loss who
24 has access to that database? Who was

Page 8

1  able to access it?
2     A.  The recruiters, the admin,
3  myself, the accounting manager, and a
4  financial analyst.
5     Q.  Who is the financial
6  analyst?
7     A.  Jose Porras.
8     Q.  Have there been any
9  predecessors to Mr. Porras?
10    A.  Yes. There was a Michael
11 Long.
12    Q.  Did he also have access to
13 the database?
14    A.  He did.
15    Q.  Who are the current admin
16 personnel?
17    A.  Lauren Toft-Donohue,
18 D-O-N-O-H-U-E.
19    Q.  And has she been the admin
20 person with access to the database since
21 the start of its use?
22    A.  Yes.
23    Q.  She is HR admin; correct?
24    A.  Yes.

Page 9

1     Q.  She is in human resources?
2     A.  Correct.
3     Q.  Regarding the individuals
4  that you listed, the admin, the
5  financial analyst, the recruiters, as
6  well as yourself and Ms. Siegel, are
7  there any restrictions on what parts of
8  the database that any of those
9  individuals have access to? Are there
10 any limitations on any of those people?
11    A.  I just want to correct. I
12 didn't say Ms. Siegel and I don't
13 believe it is on Ms. Siegel's machine.
14    Q.  Okay.
15    A.  Is there any limitations to
16 what they can access? No.
17    Q.  Okay.
18    A.  Let me correct that. There
19 is a front end and a back end. The
20 recruiters, myself, and Lauren do not
21 have access to the back end. We only
22 have access to the front end to enter
23 information.
24    Q.  Tell me what the back end

Page 22

1    it happens so infrequently, I'm not
2    sure.
3        Q.   I'm trying to think of
4    other reasons why someone might be in
5    the Rejected folder. Tell me if this
6    has ever happened. Have there ever been
7    occasions where the company did a
8    posting, as of fourth quarter of '04 --
9    well, first, let me back up.
10           This system of keeping
11   candidates in these respective
12   folders -- Pre-Screen Good, Pre-Screen
13   Rejected, and Rejected -- this is
14   something that was adopted during the
15   same time frame as the database;
16   correct?
17       A.   Correct.
18       Q.   Okay. Since the time of
19   adopting this system of keeping
20   candidate information, have there been
21   occasions where a job was posted, people
22   responded, and then there was a
23   determination made that the company
24   wasn't going to fill that job?

Page 23

1        A.   Yes.
2        Q.   Okay. In those
3    circumstances what happens to the
4    applications? When I say
5    "applications," I mean any materials
6    received electronically or from other
7    source from a candidate.
8        A.   They will still be
9    evaluated. And if it is someone that
10   the recruiter would be interested in
11   calling, they would be placed in a keep-
12   on file. They are instructed to set up
13   a keep-on file personal folder in their
14   Outlook.
15       Q.   Okay. Do you know whether
16   the recruiters have in fact done that?
17       A.   They will only do it if it
18   happens.
19       Q.   Do you know of any specific
20   instance where that has been done?
21       A.   I haven't seen it, no.
22           MR. PHILLIPS:  To the extent
23   there are keep-on file folders that are
24   kept by recruiters or anyone else at LA

Page 24

1    Weight Loss, we would request production
2    of those in electronic form.
3            THE WITNESS:  They would
4    have been included in the recruiters'
5    e-mails.
6    BY MR. PHILLIPS:
7        Q.   In the recruiter e-mails?
8        A.   Uh-huh, that you received.
9        Q.   How would those folders be
10   included? I'm not talking about the
11   underlying materials that go in the
12   folder; I'm talking about the folder
13   itself.
14       A.   It's a personal folder,
15   it's electronic, and it's in their
16   Outlook.
17       Q.   Okay.
18       A.   I don't know if you are
19   familiar with them personally, but there
20   are personal folders set up. And if one
21   exists, it would be in those personal
22   folders which were already sent over.
23       Q.   I will have to review our
24   materials, because I'm not sure that I

Page 25

1    recall getting production of any e-mails
2    from the actual recruiters themselves or
3    any of their e-mail databases or
4    accounts.
5            Pre-Screen Rejected, as
6    we've already talked about, those are
7    the individuals who have in fact been
8    telephone-screened?
9        A.   Correct.
10       Q.   And are the recruiters
11   given instructions on how to determine
12   whether someone should go into that
13   category? Is there a set of
14   instructions anywhere that shows them
15   how to do that? Like is there a
16   pre-screening manual?
17       A.   There's just a recruitment
18   training manual.
19       Q.   Do you know when that
20   recruitment training manual was
21   published?
22           MR. WETCHLER:  You have to
23   answer in words. You are shaking your
24   head.

7 (Pages 22 to 25)

Page 46

```
 1  We talked about employee referrals, we
 2  talked about walk-ins, and we talked
 3  about people who actually went through
 4  the Recruiting Department.
 5      A.  An example is -- I can
 6  think of is occasionally a client may
 7  turn into an employee. That may not be
 8  reflected here.
 9      Q.  So a client who applied out
10  in the field?
11      A.  Correct.
12      Q.  Can you think of any other
13  examples?
14      A.  Not off the top of my head.
15      Q.  Is there any separate
16  tracking system for individuals who
17  apply out in the field and have not gone
18  through a recruiter?
19      A.  There is no electronic
20  format, no.
21      Q.  Is there paper?
22      A.  They would send an
23  application and it would be retained or
24  whatever information they submitted to
```

Page 47

```
 1  the field.
 2      Q.  This table Applicants, has
 3  this been continuously in use since the
 4  Access database was created?
 5      A.  Yes.
 6      Q.  I'm not talking about the
 7  back end or the data fields -- and by
 8  "fields" here I'm referring to Name ID,
 9  Date, Name, Phone #, those are the
10  fields -- but the actual data elements
11  contained in each field. Who does the
12  entry for those?
13      A.  The recruiters.
14      Q.  What instructions are they
15  given for the data entry on this table?
16      A.  To enter as much of the
17  information as they receive from the
18  applicant.
19      Q.  And they are required to
20  enter all of the applicants that they
21  process?
22      A.  Yes, they are.
23      Q.  Other than the recruiters,
24  does anyone else enter data codes into
```

Page 48

```
 1  this table, Applicants table?
 2      A.  What do you mean by "data
 3  codes"?
 4      Q.  I mean the electronic data
 5  that appears as symbols, like A-A-R-O-N,
 6  Aaron Clegg. I mean the information.
 7  Does anyone else fill information out in
 8  this table other than the recruiters?
 9      A.  Lauren Toft, the
10  administrative assistant.
11      Q.  Under what circumstances?
12      A.  She enters the feedback if
13  they were interviewed.
14      Q.  I see. How is that
15  information transmitted to her?
16      A.  Either through e-mail or
17  verbally.
18      Q.  Who is the source of that
19  information?
20      A.  The interviewer.
21      Q.  Okay. So the person out in
22  the field doing the hiring?
23      A.  Correct.
24      Q.  I want to go through some
```

Page 49

```
 1  of the data fields or headings or column
 2  headings and ask you questions about
 3  that. There's a heading here that says
 4  Name ID. Do you see that?
 5      A.  Yes.
 6      Q.  What is that?
 7      A.  That is a record number
 8  that is automatically assigned by
 9  Access.
10      Q.  Okay. Is it assigned in
11  numerical sequence, one, two, three, and
12  so on?
13      A.  Yes.
14      Q.  So this isn't a randomized
15  number; it is one that is done in
16  sequence of time?
17      A.  Correct.
18      Q.  So, for example, you see
19  where it says Aaron Gomez, the fourth
20  line down?
21      A.  Yes.
22      Q.  Row, I should say. And you
23  see the Name ID 93?
24      A.  Yes.
```