# EXHIBIT V

| Name ID | Date | Name | Phone # | email | Alternate # | Market | Center | Center #2 | Center #3 |
|---|---|---|---|---|---|---|---|---|---|
| 54598 | 7/27/2005 | Kenneth Gregory | 646-271-4959 | Kennethjgregory@aol.com | | BALTIMORE | LANDOVER | | |
| 54599 | 7/27/2005 | Sara Chronister | 814-280-7512 | | | CPA CENTRAL | STATE COLLEGE | | |
| 54600 | 7/27/2005 | Ashley Powell - VA | 8047443439 | booash1@aol.com | 8048781927 | RICHMOND | MIDLOTHIAN | | |
| 54601 | 7/27/2005 | Sharanda Loney | 8043032456 | boo323@excite.com | 8046779512 | RICHMOND | | | |
| 54602 | 7/27/2005 | MALINI SINGH | 856) 296-5690 | | | PHILADELPHIA | | | |
| 54603 | 7/27/2005 | Ashleee Watts | 3133475133 | | | DETROIT | | | |
| 54604 | 7/27/2005 | Bobby Mayhugh-OH | 6147463198 | | | COLUMBUS | | | |
| 54605 | 7/27/2005 | Jacqueline Gillyard | 8042753841 | JGillyard0001@email.vccs.edu | | RICHMOND | | | |
| 54606 | 7/27/2005 | Karen Blbart | 2618017 | | | COLUMBUS | | | |
| 54607 | 7/27/2005 | Erika Reece | 314-367-4129 | erikareece@yahoo.com | 314-368-5801 | ST LOUIS | | | |
| 54608 | 7/27/2005 | Michelle Belle | 8042913646 | HPCMICHELLE@AOL.COM | | RICHMOND | | | |
| 54609 | 7/27/2005 | Joy Moody | 6148933374 | | | COLUMBUS | | | |
| 54610 | 7/27/2005 | Donna Hall | 316-682-4147 | Rhaevon@cox.net | | Wichita | | | |
| 54611 | 7/27/2005 | Neil Stewart | 7705216359 | | | CINCINNATI, OH | | | |
| 54612 | 7/27/2005 | Elisabeth King | 8047400228 | eking@hollins.edu | | RICHMOND | | | |
| 54613 | 7/27/2005 | Draper Matthews | 8048145373 | dmatthews@trcrichmond.com | | RICHMOND | | | |
| 54614 | 7/27/2005 | Heather Milton | 8043493084 | hmmilton92085@yahoo.com | | RICHMOND | | | |
| 54615 | 7/27/2005 | Jacqueline Rodriguez,NJ | | | | NEW YORK | WAYNE | | |
| 54616 | 7/27/2005 | Ralph Hayles | 2102402643 | | | CLEVELAND | | | |
| 54617 | 7/27/2005 | Latoya Fuller | 8042690875 | fuller5783@comcast.net | | RICHMOND | | | |
| 54618 | 7/27/2005 | Elizabeth Cichocki | 215-333-3505 | ECichocki135@aol.com | | PHILADELPHIA | Grant Ave | Port Richmond | Bensalem |
| 54619 | 7/27/2005 | Eva Blake | 8044750660 | shineurlvlght@aol.com | | RICHMOND | MIDLOTHIAN | | |
| 54620 | 7/27/2005 | Crystal Cunningham - VA | 8049379157 | SASHA4180@YAHOO.COM | | RICHMOND | | | |
| 54621 | 7/27/2005 | Kato Shelby | 6143486291 | | | COLUMBUS | | | |
| 54622 | 7/27/2005 | JEREMY SCHLADWEILER | 302-981-3718 | | | PHILADELPHIA | | | |
| 54623 | 7/27/2005 | Troy Hoover | 6142069268 | | | COLUMBUS | | | |
| 54624 | 7/27/2005 | NICOLE ARNOLD | 510-734-3379 | | | San Francisco | | | |
| 54625 | 7/27/2005 | Jodie Wyant | 3042882766 | Jwyant01@aol.com | | BALTIMORE | GAITHERSBURG | | |
| 54626 | 7/27/2005 | Anna Kapralova | 718-975-6353 | | | NEW YORK | UPPER EAST SIDE | | |
| 54627 | 7/27/2005 | Sara Gustafson | 2022365631 | Alecto79@gmail.com | | BALTIMORE | GAITHERSBURG | | |
| 54628 | 7/27/2005 | LaShawn Thompson | 610-779-8622 | | | PHILADELPHIA | READING | | |
| 54629 | 7/27/2005 | Lauren Raynish | 2487621655 | lw25899B@sju.edu | | DETROIT | | | |
| 54630 | 7/27/2005 | Nicole Bouler | 4109762383 | nicolebouler@yahoo.com | | BALTIMORE | GLEN BURNIE | NEWARK | SPRINGFIELD |
| 54631 | 7/27/2005 | Gregory Rigopoulos | 718-428-0825 | | | NEW YORK | MANHATTAN | | |
| 54632 | 7/27/2005 | JULIE DAVIS - PA | 215-266-9517 | INFO@YOGASUPPLIES.COM | | PHILADELPHIA | BRANDYWINE | LANDOVER | GEORGETOWN |
| 54633 | 7/27/2005 | Mary Chalk | 3015766474 | murchalk@yahoo.com | | BALTIMORE | GREENBELT | | |
| 54634 | 7/27/2005 | ROBERT VALENTINE | 3237552309 | | | PHILADELPHIA | | | |
| 54635 | 7/27/2005 | NICOLE STROTHER | 215-741-3839 | European77@msn.com | | PHILADELPHIA | OXFORD VALLEY | | |
| 54636 | 7/27/2005 | Robert Skolnik | 516-799-4576 | | | NEW YORK | HICKSVILLE | | |

Microsoft Access - [Applicants : Table]

| Center # | Recruiter | Position | Result | Source | Background/Experience | Comments | Date Updated | Result2 |
|---|---|---|---|---|---|---|---|---|
| | Kristy Ortenzi | AM | Prescreened-Good | Speared | | | 7/27/2005 | Interview Scheduled |
| | Hope Shafer | SC | Prescreened-Rejected | Applied | | | 7/27/2005 | |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Janelle Perry | SC | Rejected | Applied | | | 7/27/2005 | |
| | Denise Tull | MA | Rejected | Applied | | | 7/27/2005 | |
| | Denise Tull | SC | Rejected | Applied | | | 7/27/2005 | |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Denise Tull | AM/CM | Rejected | Applied | | | 7/27/2005 | |
| | Hope Shafer | SC | Left Message | Applied | in school now - part time | | 7/27/2005 | emailed |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Denise Tull | MA | Rejected | Applied | | | 7/27/2005 | |
| | Hope Shafer | SC | Sent to Field | Applied | | | 7/27/2005 | |
| | Denise Tull | AM/CM | Rejected | Applied | | | 7/27/2005 | |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Jamie Wilson | SC | Left Message | Speared | | 9/8 - lmm to see if still interested in i | 7/27/2005 | Left Message |
| | Heather Stanki | SC | Left Message | Speared | | | 7/27/2005 | emailed |
| | Denise Tull | AM/CM | Rejected | Applied | Lives in Texas | | 7/27/2005 | |
| Bensalem | Jamie Wilson | SC | Prescreened-Rejected | Speared | | | 7/27/2005 | |
| | Janelle Perry | MA | Left Message | Applied | | left vm3x and e-mailed. | 7/27/2005 | Left Message |
| | Jamie Wilson | SC | Left Message | Speared | | | 7/27/2005 | Left Message |
| | Jamie Wilson | SC | emailed | Speared | | | 7/27/2005 | No Call Back |
| | Denise Tull | AM/CM | Rejected | Applied | | | 7/27/2005 | |
| | Janelle Perry | MA | Rejected | Applied | | | 7/27/2005 | |
| | Denise Tull | SC | Rejected | Applied | | | 7/27/2005 | |
| | Janelle Perry | CM | Keep on File | Applied | | | 7/27/2005 | |
| | Jamie Wilson | SC | Left Message | Applied | | 8/7 - lmm to schedule intv | 7/27/2005 | Prescreened-Good |
| | Heather Stanki | AM | Left Message | Applied | | | 7/27/2005 | Interview Scheduled |
| | Jamie Wilson | SC | Left Message | Applied | | | 7/27/2005 | Left Message |
| | Janelle Perry | AM | Keep on File | Applied | | | 7/27/2005 | |
| | Denise Tull | SC | Prescreened-Rejected | Applied | 35K | | 7/27/2005 | Prescreened-Rejected |
| | Jamie Wilson | SC | Left Message | Applied | | | 7/27/2005 | Prescreened-Rejected |
| | Heather Stanki | SC | Left Message | Applied | | salary | 7/27/2005 | |
| SPRINGFIELD | Janelle Perry | SC | Interview Scheduled | Applied | | | 7/27/2005 | Rejected |
| GEORGETOWN | Jamie Wilson | SC | Interview Scheduled | Applied | | | 7/27/2005 | |
| | Janelle Perry | MA | Rejected | Applied | | | 7/27/2005 | |
| | Janelle Perry | MA | Left Message | Applied | | left vm and e-mailed. She left a vm b: candidate was very unprofessional | 7/27/2005 | Left Message |
| | Heather Stanki | SC | Prescreened-Rejected | Applied | | | 7/27/2005 | |

Record: 1 of 79810

Microsoft Access - [Applicants : Table]

| Result2 | Result3 | Result4 | Result5 | Date Updated2 | Date Updated3 | Date Updated4 | Date Updated5 | Male | Female |
|---|---|---|---|---|---|---|---|---|---|
| Interview Scheduled | | | | 7/27/2005 | | | | | |
| Left Message | Prescreened-Rejected | | | 8/1/2005 | 8/4/2005 | | | | ☑ |
| Left Message | Left Message | No Call Back | | 8/3/2005 | 8/24/2005 | 8/30/2005 | | | ☑ |
| | | | | | | | | | |
| Left Message | Left Message | No Call Back | | 8/3/2005 | 8/9/2005 | 8/24/2005 | | ☑ | |
| emailed | Left Message | Left Message | Prescreened-Rejected | 8/9/2005 | 8/23/2005 | 9/2/2005 | 10/26/2005 | | ☑ |
| Left Message | emailed | No Call Back | | 8/3/2005 | 8/24/2005 | 8/30/2005 | | | ☑ |
| | | | | | | | | | |
| Left Message | Left Message | No Call Back | | 8/3/2005 | 8/9/2005 | 8/24/2005 | | | ☑ |
| Left Message | Prescreened-Rejected | | | 8/3/2005 | 8/9/2005 | | | | ☑ |
| Left Message | Prescreened-Good | Prescreened-No Call Back | | 8/3/2005 | 8/9/2005 | 8/19/2005 | | ☑ | |
| emailed | | No Call Back | | 7/29/2005 | 8/26/2005 | 9/2/2005 | | | ☑ |
| Left Message | Left Message | No Call Back | | 8/3/2005 | 8/9/2005 | 8/18/2005 | | | ☑ |
| Left Message | Interview Scheduled | No Show | | 8/3/2005 | 8/9/2005 | 8/11/2005 | | | ☑ |
| No Call Back | | | | 8/24/2005 | | | | | |
| | | | | | | | | | |
| Prescreened-Good | Interview Scheduled | Cancelled Interview | | 7/28/2005 | 8/5/2005 | 8/11/2005 | | | ☑ |
| Interview Scheduled | Rejected | | | 7/27/2005 | 7/28/2005 | | | ☑ | |
| Left Message | Prescreened-Rejected | | | 8/2/2005 | 8/5/2005 | | | | ☑ |
| | | | | | | | | | |
| Prescreened-Rejected | | | | 7/28/2005 | | | | | ☑ |
| Prescreened-Rejected | | | | 7/28/2005 | | | | | ☑ |
| | | | | | | | | | |
| Rejected | | | | 8/10/2005 | | | | ☑ | |
| | | | | | | | | | |
| Left Message | Prescreened-Good | Left Message | Interview Scheduled | 8/1/2005 | 8/2/2005 | 8/4/2005 | 1/12/2006 | ☑ | |

Record: 45881 of 79810