# EXHIBIT W

**R:\LAWeight - HRCDs\LACD0157\Brooklyn-North Jersey\Candidates\Pre-Screen Good**

File  Edit  View  Favorites  Tools  Help

Back • ⊙ • ⤴ ○ Search ⌂ Folders ⌂ ⌂ × ⌕ ▦•

Address: R:\LAWeight - HRCDs\LACD0157\Brooklyn-North Jersey\Candidates\Pre-Screen Good

Folders:
- LAWeight - HRCDs
  - LACD0157
    - Brooklyn-North Jersey
      - Candidates
        - Pre-Screen Good
          - Ramirez, Astrid 051205_files
        - Pre-Screen Rejected
        - Rejected
          - Finan, Paul 070605_files
          - Lee, Marcia 111104_files
          - Rysdeck, Tiffany 063005_files
    - Broward-Palm
      - Candidates
        - Pre-Screen Good
        - Pre-Screen Rejected
        - Rejected
          - Laroche, rachel 050505_files
    - Central Pennsylvania
      - Candidates
        - Pre-Screen Good
        - Pre-Screen Rejected
        - Rejected
  - LACD0158
    - Chicago
      - Candidates
        - Pre-Screen Good
        - Pre-Screen Rejected
          - Steiger, Brittany072105_files
        - References
        - Rejected
          - Abdalla, Ashraf050905_files
          - Amos, Tanshelda041905_files
          - Farrow, Edwina070105_files
          - Riddle, Ricquia013105_files
  - Field Management
    - Area Supervisor
      - Baltimore
        - Prescreen Good
        - Prescreen Rejected

| Name | Size | Type | Date Modified |
|---|---|---|---|
| Ramirez, Astrid 051205_files | | File Folder | 2/22/2006 1:53 PM |
| Albano, Kathleen 072105.pdf | 137 KB | Adobe Acrobat 7.0 ... | 7/27/2005 4:19 PM |
| AlexanderRizzo, Dawn 072905.doc | 162 KB | Microsoft Word Doc... | 8/2/2005 4:03 PM |
| Alicea, Elizabeth 092704.pdf | 171 KB | Adobe Acrobat 7.0 ... | 9/27/2004 10:37 AM |
| Allen, Shawn 030205.pdf | 182 KB | Adobe Acrobat 7.0 ... | 3/3/2005 12:48 PM |
| Amabile, Rose 082205.pdf | 133 KB | Adobe Acrobat 7.0 ... | 8/23/2005 6:00 PM |
| Arkadj, Alexis 042705.pdf | 159 KB | Adobe Acrobat 7.0 ... | 4/28/2005 4:30 PM |
| Bailey, Tonya 041305.pdf | 172 KB | Adobe Acrobat 7.0 ... | 4/13/2005 1:42 PM |
| Bajkowsky, Jennifer 050405.pdf | 164 KB | Adobe Acrobat 7.0 ... | 5/11/2005 4:21 PM |
| Banzon, Kathleen 063005.pdf | 177 KB | Adobe Acrobat 7.0 ... | 6/30/2005 4:57 PM |
| Baram, Tatiana 031605.pdf | 179 KB | Adobe Acrobat 7.0 ... | 3/21/2005 10:29 AM |
| Barnett, Ishieka 051905.pdf | 164 KB | Adobe Acrobat 7.0 ... | 5/23/2005 5:55 PM |
| Barrier, Taccara 092704.pdf | 143 KB | Adobe Acrobat 7.0 ... | 9/27/2004 11:26 AM |
| Bealer, Lorraine 092005.pdf | 180 KB | Adobe Acrobat 7.0 ... | 9/20/2005 5:01 PM |
| Beard, Krystle 051905.pdf | 225 KB | Adobe Acrobat 7.0 ... | 5/24/2005 8:22 AM |
| Beatty, Latief 042805.pdf | 174 KB | Adobe Acrobat 7.0 ... | 5/5/2005 3:16 PM |
| Beckford, Abeba 042205.pdf | 160 KB | Adobe Acrobat 7.0 ... | 4/26/2005 5:31 PM |
| Beiros, Susana 030105.pdf | 180 KB | Adobe Acrobat 7.0 ... | 3/2/2005 3:31 PM |
| Benizio, Franca 122904.doc | 146 KB | Microsoft Word Doc... | 12/29/2004 2:54 PM |
| Benizio, Franca 122904.pdf | 47 KB | Adobe Acrobat 7.0 ... | 12/29/2004 2:55 PM |
| Bernstein, Bettina 110804.pdf | 176 KB | Adobe Acrobat 7.0 ... | 11/10/2004 12:47 PM |
| Bertoldo, Susan 091505.pdf | 222 KB | Adobe Acrobat 7.0 ... | 9/16/2005 4:19 PM |
| Bex, Sandra 110104.pdf | 163 KB | Adobe Acrobat 7.0 ... | 11/8/2004 11:49 AM |
| Blakesmore, Desiree 042705.pdf | 189 KB | Adobe Acrobat 7.0 ... | 4/28/2005 4:17 PM |
| Bourdier, Brenda 050605.pdf | 166 KB | Adobe Acrobat 7.0 ... | 5/9/2005 4:58 PM |
| Bowden, Kim 041205.pdf | 173 KB | Adobe Acrobat 7.0 ... | 4/14/2005 10:25 AM |
| Briano, Roxanne 011705.pdf | 132 KB | Adobe Acrobat 7.0 ... | 1/26/2005 3:33 PM |
| Briggs, Paula 042205.pdf | 173 KB | Adobe Acrobat 7.0 ... | 4/26/2005 5:38 PM |
| Brown, Elaine 011205.pdf | 123 KB | Adobe Acrobat 7.0 ... | 1/12/2005 6:01 PM |
| Brown, Selene 060605.pdf | 174 KB | Adobe Acrobat 7.0 ... | 6/7/2005 9:44 AM |
| Bulles, Ada 081805.pdf | 169 KB | Adobe Acrobat 7.0 ... | 8/23/2005 9:03 AM |
| Bunton, Katrina 050305.pdf | 132 KB | Adobe Acrobat 7.0 ... | 5/3/2005 5:18 PM |
| Caldwell, ChristiAhn 072205.pdf | 126 KB | Adobe Acrobat 7.0 ... | 7/25/2005 5:30 PM |
| Camacho, Joanna 072805.doc | 116 KB | Microsoft Word Doc... | 7/29/2005 8:56 AM |
| Camacho, Joanna 072805.pdf | 65 KB | Adobe Acrobat 7.0 ... | 7/29/2005 8:57 AM |
| Cao, Wendy 081905.pdf | 173 KB | Adobe Acrobat 7.0 ... | 8/22/2005 5:41 PM |
| Capellan, Yuliana 081205.doc | 109 KB | Microsoft Word Doc... | 8/15/2005 9:51 AM |
| Capellan, Yuliana 081205.pdf | 179 KB | Adobe Acrobat 7.0 ... | 8/15/2005 9:52 AM |
| Carpenter-Tisi, Nicole 100404 Pr... | 138 KB | Adobe Acrobat 7.0 ... | 10/12/2004 10:31 AM |

306 objects (Disk free space: 20.9 GB)    48.7 MB    Local intranet