# EXHIBIT Y

LaborForce 2000
Detailed Occupation by Residence by Sex by Race/Ethnicity
United States

Page 1 of 2

| Detailed occupation | Code | Sex | Total | Total Minority | White, Not Hispanic or Latino | Hispanic or Latino | Black, Not Hisp. | Asian, Not Hisp. | NH or OPI, Not Hisp. | AI or AN, Not Hisp. | Two or More Races & Some Other, Not Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Minority | | | | |
| Medical Assistants and Other Healthcare Support Occupations | 365 | M: | 72,705 | 30,080 | 42,625 | 9,320 | 13,885 | 4,495 | 80 | 465 | 1,835 |
| | | F: | 531,510 | 149,185 | 382,325 | 55,160 | 67,085 | 14,505 | 480 | 3,215 | 8,740 |
| | | T: | 604,220 | 179,270 | 424,950 | 64,480 | 80,970 | 19,000 | 560 | 3,680 | 10,575 |
| | | M: | 12.0% | 5.0% | 7.1% | 1.5% | 2.3% | 0.7% | 0.0% | 0.1% | 0.3% |
| | | F: | 88.0% | 24.7% | 63.3% | 9.1% | 11.1% | 2.4% | 0.1% | 0.5% | 1.4% |
| | | T: | 100.0% | 29.7% | 70.3% | 10.7% | 13.4% | 3.1% | 0.1% | 0.6% | 1.8% |

Includes Phlebotomist + Weight-Reduction Specialist (personal Service)

Source: U.S. Census Bureau, Census 2000 Special EEO File.
3/23/2006

© 2004 EEOVisions, Inc.
Build# n.1512.12957

LaborForce 2000
Detailed Occupation by Industry by Worksite by Sex by Race/Ethnicity
United States
Electronics and Appliance Stores, Except Camera and Photographic Supplies

| Detailed occupation | Code | Sex | Total | Total Minority | White, Not Hispanic or Latino | Minority | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hispanic or Latino | Black, Not Hisp. | Asian, Not Hisp. | NH or OPI, Not Hisp. | AI or AN, Not Hisp. | Two or More Races & Some Other, Not Hispanic |
| Sales and Parts Sales | Group | M: | 171,710 | 39,090 | 132,620 | 13,660 | 12,505 | 8,195 | 250 | 480 | 4,000 |
| | | F: | 61,784 | 15,374 | 46,410 | 5,244 | 5,940 | 2,590 | 40 | 295 | 1,265 |
| | | T: | 233,494 | 54,464 | 179,030 | 18,904 | 18,445 | 10,785 | 290 | 775 | 5,265 |
| | | M: | 73.5% | 16.7% | 56.8% | 5.9% | 5.4% | 3.5% | 0.1% | 0.2% | 1.7% |
| | | F: | 26.5% | 6.6% | 19.9% | 2.2% | 2.5% | 1.1% | 0.0% | 0.1% | 0.5% |
| | | T: | 100.0% | 23.3% | 76.7% | 8.1% | 7.9% | 4.6% | 0.1% | 0.3% | 2.3% |

Source: U.S. Census Bureau, Census 2000 Special EEO File.
3/23/2006

© 2004 EEOVisions, Inc.
Build** 1512.12957

Page 3 of 13

LaborForce 2000
Detailed Occupation by Industry by Worksite by Sex by Race/Ethnicity
United States
Motor Vehicle and Parts Dealers

| Detailed occupation | Code | Sex | Total | Total Minority | White, Not Hispanic or Latino | Hispanic or Latino | Minority: Black, Not Hisp. | Asian, Not Hisp. | NH or OPI, Not Hisp. | AI or AN, Not Hisp. | Two or More Races & Some Other, Not Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales and Parts Sales | Group | | | | | | | | | | |
| | | M: | 419,995 | 79,645 | 340,350 | 37,500 | 26,995 | 6,425 | 190 | 1,685 | 6,850 |
| | | F: | 50,309 | 9,284 | 41,025 | 4,130 | 3,235 | 635 | 60 | 295 | 929 |
| | | T: | 470,304 | 88,929 | 381,375 | 41,630 | 30,230 | 7,060 | 250 | 1,980 | 7,779 |
| | | M: | 89.3% | 16.9% | 72.4% | 8.0% | 5.7% | 1.4% | 0.0% | 0.4% | 1.5% |
| | | F: | 10.7% | 2.0% | 8.7% | 0.9% | 0.7% | 0.1% | 0.0% | 0.1% | 0.2% |
| | | T: | 100.0% | 18.9% | 81.1% | 8.9% | 6.4% | 1.5% | 0.1% | 0.4% | 1.7% |

Source: U.S. Census Bureau, Census 2000 Special EEO File.
3/23/2006

© 2004 EEOVisions, Inc.
1512.12957

Page 1 of 13

LaborForce 2000
Detailed Occupation by Industry by Worksite by Sex by Race/Ethnicity
United States
Building Material and Garden Equipment and Supplies Dealers

| Detailed occupation | Code | Sex | Total | Total Minority | White, Not Hispanic or Latino | Hispanic or Latino | Minority | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Black, Not Hisp. | Asian, Not Hisp. | NH or OPI, Not Hisp. | AI or AN, Not Hisp. | Two or More Races & Some Other, Not Hispanic |
| Sales and Parts Sales | Group | M: | 247,348 | 33,043 | 214,305 | 16,460 | 10,035 | 2,584 | 270 | 854 | 2,840 |
| | | F: | 72,920 | 8,935 | 63,985 | 4,060 | 2,550 | 735 | 10 | 440 | 1,040 |
| | | T: | 320,268 | 41,978 | 278,290 | 20,520 | 12,585 | 3,319 | 280 | 1,294 | 3,880 |
| | | M: | 77.2% | 10.3% | 66.9% | 5.1% | 3.1% | 0.8% | 0.1% | 0.3% | 0.9% |
| | | F: | 22.8% | 2.8% | 20.0% | 1.3% | 0.8% | 0.2% | 0.0% | 0.1% | 0.3% |
| | | T: | 100.0% | 13.1% | 86.9% | 6.4% | 4.0% | 1.0% | 0.1% | 0.4% | 1.2% |

Source: U.S. Census Bureau, Census 2000 Special EEO File.
3/23/2006

© 2004 EEOVisions, Inc.
Build 9.1512.12957

Page 4 of 13