# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

- - - - - - - - - - - - - - - - - X

EQUAL EMPLOYMENT OPPORTUNITY     :

COMMISSION,     :

          Plaintiff,     :

KATHY C. KOCH,     : Case No

          Intervenor/Plaintiff, : WDQ-02-CV-648

    v.     :

L.A. WEIGHT LOSS CENTERS, INC.,    :

          Defendant.     :

- - - - - - - - - - - - - - - - - X   Pages 1-232



DEPOSITION OF JOY FREATHY
District of Columbia
Tuesday, February 1, 2005




Reported by:  Marijane Simon, RDR

Job No. 165168

Page 74

1  placed in the area manager position?
2      A.  Not qualified.
3      Q.  Was there any other candidate,
4  internal or external, who you thought should have
5  been placed in the job other than Kris?
6      A.  No, because I wasn't given the
7  opportunity.
8      Q.  Are you aware of who -- I'll start
9  over.
10      Are you aware of whether there were
11  other internal candidates for the area manager
12  position that April was given?
13      MR. KIYONAGA:  Who were considered?
14      THE WITNESS:  Yeah, could you -- I'm
15  sorry.
16      MR. WETCHLER:  Sure, sure.
17      BY MR. WETCHLER:
18      Q.  Were there any people who you
19  considered to be candidates for the area manager
20  position that April was put in?
21      MR. KIYONAGA:  You mean persons who've
22  expressed an interest in the position or persons

Page 75

1  who would be qualified for the position?
2      MR. WETCHLER:  People Ms. Freathy
3  considered to be candidates for the job for any
4  reason.
5      THE WITNESS:  Sitting right here
6  today, not to my recollection.
7      BY MR. WETCHLER:
8      Q.  Were there any candidates -- Let me
9  start again.  Were there any people who you viewed
10  as candidates for the job of area manager that
11  Kris was put in?
12      MR. KIYONAGA:  Let me just ask for
13  clarification.  When you say "candidate," what I'm
14  getting -- Do you mean applicants or persons
15  who've expressed interest in a position or persons
16  who had the requisite qualifications who, if they
17  did express interest, they would be candidates?
18      MR. WETCHLER:  I mean specifically
19  persons who Ms. Freathy, as the manager for the
20  region, believed should be considered as
21  candidates for the job based upon whatever
22  criteria she chose to apply.

Page 76

1      THE WITNESS:  Whether or not they had
2  expressed an interest?
3      MR. WETCHLER:  That's right.
4      THE WITNESS:  May I clarify my
5  statement?
6      MR. WETCHLER:  Sure.
7      THE WITNESS:  Okay.  There were, I'm
8  sure, quite a few people within the region that
9  were more qualified than both of these women, but
10  I was not given the opportunity to interview other
11  individuals because these two women were forced on
12  me by Vahan.
13      BY MR. WETCHLER:
14      Q.  Did you express to anyone at a higher
15  level in the company than you that any particular
16  person should have been put in the job that April
17  was given?
18      A.  A particular person?
19      Q.  That's right.
20      A.  No.
21      Q.  Did you express to anyone higher than
22  you in the organization that any particular person

Page 77

1  should have been placed in the area manager job
2  that Kris was placed in instead of Kris?
3      A.  A particular individual?
4      Q.  Yes.
5      A.  No.
6      Q.  Do you have any reason to believe that
7  April was placed in the area manager position
8  because of her gender?
9      A.  No.
10      Q.  Do you have any reason to believe that
11  Kris was placed in the area manager position
12  because of her gender?
13      A.  No.
14      MR. ANDERSON:  Objection.
15  Speculation.
16      THE WITNESS:  I said no.
17      BY MR. WETCHLER:
18      Q.  Did anyone at LA Weight Loss ever
19  instruct you not to hire men?
20      A.  Yes.
21      Q.  Who did that?
22      A.  Eileen Stankunas.

Page 78

1    Q.  On one or more than one occasion?
2    A.  Once.
3    Q.  Do you recall when she instructed you
4  that?
5    A.  In a telephone conversation.
6    Q.  Do you remember whether the telephone
7  conversation was in 1998 or 1999?
8    A.  I do not remember.  Seven years.  I
9  don't remember.
10   Q.  Do you know whether anyone was on the
11 telephone line other than you and Miss Stankunas
12 during this conversation?
13   A.  Sitting here today, I do not know.
14   Q.  All right.  To the best of your
15 recollection, what did Miss Stankunas say to you
16 about the hiring of men during that phone
17 conversation?
18   A.  She said that it -- Vahan did not want
19 us to hire men out in the field.
20   Q.  Can you recall anything else that
21 Miss Stankunas said to you about the hiring of
22 men?

Page 79

1    A.  When I said, "Do you know that this is
2  illegal," she said yes, and that I was not to
3  share this with my area managers or anyone who
4  worked for me, because Vahan knew that this could
5  get him in a whole lot of trouble with the EEOC.
6    Q.  Did you say anything to Miss Stankunas
7  or did Miss Stankunas say anything else to you
8  about the hiring of men?
9    A.  I asked her -- I said:  If you really
10 wanted me to do this, which I'm not going to do,
11 how would I even go about it anyway?
12   Q.  Mm-hmm.
13   A.  And she said, when the resumes came
14 across, take all the ones that were men, put them
15 in a briefcase, and when I left the center,
16 destroy them.
17   Q.  Have you now described to me
18 everything you remember that you said to
19 Miss Stankunas and she said to you about the
20 subject of hiring men?
21   A.  As I am sitting here right now, that
22 is the best of my recollection.

Page 80

1    Q.  All right.  Why don't you take a look
2  at paragraph No. 2, Freathy Exhibit No. 2, and
3  please tell me when you've completed your review
4  of that paragraph.
5    A.  Okay.
6    Q.  Does your review of paragraph 2 of
7  Freathy Exhibit No. 2 refresh your recollection as
8  to anything else that Eileen Stankunas said to you
9  or you said to her --
10   A.  Yes.
11   Q.  -- about the hiring of men?
12   A.  I'm sorry.  Yes.
13   Q.  What else do you now recall was said
14 about that subject?
15   A.  That if a man was sent to me for a
16 second interview, I was supposed to find a reason
17 not to hire him.
18   Q.  Have you now described everything that
19 you can recall that you said to Eileen Stankunas
20 and she said to you on the subject of hiring men?
21   A.  To the best of my recollection.
22   Q.  Did you follow any of the instructions

Page 81

1  that Miss Stankunas gave to you during that
2  telephone conversation?
3    A.  No, I did not.
4    Q.  Did you discuss Miss Stankunas's
5  instructions with anyone who reported to you?
6    A.  Yes.
7    Q.  With whom did you discuss them?
8    A.  Debbie Brye.
9    Q.  Anyone else?
10   A.  No.
11   Q.  Did you tell Debbie Brye that she
12 should not hire men?
13   A.  I did not.
14   Q.  Okay.  Why did you share with Debbie
15 Brye your conversation with Miss Stankunas?
16   A.  Because I was so outraged.
17   Q.  Did you expect Debbie Brye to follow
18 Miss Stankunas's directive not to hire men after
19 you shared the conversation with her?
20   A.  No.
21   MR. KIYONAGA:  Objection.  Assumes she
22 gave that directive to Miss Brye.