# EXHIBIT GG

Case 1:02-cv-00648-WDQ   Document 177-30   Filed 03/09/2007   Page 1 of 11

STATE of Pennsylvania

CITY/COUNTY of Chester

CASE NAME Catagnus v. LA Weight Los[s]

CASE NUMBER 170A00534

## AFFIDAVIT

I, Eadie Day (Name), being first duly sworn upon my oath affirm and hereby say:

I reside at 123 Stetson Dr. (Number/Street)
City of Chalfont, County of Bucks,
State of PA, Zip Code 18914.

1) I, Eadie Day if called as a witness, can competently testify to the facts contained in this statement.

2) I was hired by LA Weight Loss Centers (Vera Catagnus) on September 21st 1999 as an Assistant Manager. In November of 1999 I was promoted to Manager of the Quakertown location.

3) My last day of work was 12/4/99.

4) While at LA Weight Loss one of my responsibilities would be interviewing people for jobs. I was asked on more than one occasion by Lisa Petrisis what "What nationality are they?" I was also told that

STATE OF _____     CASE NAME _____
CITY/COUNTY OF _____     CASE NUMBER _____

## AFFIDAVIT (cont.)

2

Lesia Petrasis would do the hiring because she did not want "undesirables" in her center.

5) Lesia Petrasis had referenced "Men" as undesirable employees in my presence

6) I was specifically told by Lesia Petrasis "I will never hire a man, so just don't try to"

7) While working at LA Weight Loss, Lesia Petrasis asked me about my age, I told her I was 52 My date of birth is July 2, 1947

8) On one occasion I expressed my concern to Lesia Petrasis about working 11 straight hours without a break.

I have read and had an opportunity to correct this Affidavit consisting of _10_ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_Eadis Day_

Subscribed and sworn to before me
this _____ day of _____.

_____

Case 1:02-cv-00648-WDQ   Document 177-30   Filed 03/09/2007   Page 4 of 11

STATE OF _____
CITY/COUNTY OF _____

CASE NAME _____
CASE NUMBER _____

AFFIDAVIT (cont.)                                             3

9) Lesia Petrisis responded to my concerns by saying "Can't you handle it!", or do I have to get someone to her younger to do this.

10) Lesia Petrisis would also ask me, "Can you handle your job, are you too tired"

11) While at LA Weightloss, I had an opportunity to work with Nuria Catagnus

12) Nuria Catagnus as an Area supervisor was excellent. She was informative, supportive and loyal to the company.

13) On one occasion, Lesia Petrisis asked me old I think Nuria Catagnus was.

I have read and had an opportunity to correct this Affidavit consisting of _10_ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____

Subscribed and sworn to before me
this _____ day of _____

_____

STATE OF _____
CITY/COUNTY OF _____

CASE NAME _____
CASE NUMBER _____

## AFFIDAVIT (cont.)

14) On a separate occasion, at the Quakertown Center, after Lisia Petrosio and Nixia Cataguus had finished a private conversation in the back of the Center, Lisia come out front and commented "She must be getting old, she's grouchy."

15) Lisia Petrosio would behind Nixia's back would roll her eyes, sigh loudly and make derogatory comments about her.

16) I was present the day Nixia Cataguus employee was terminated by Lisia Petrosio.

17) Lisia came into the Quakertown before Nixia Ca[taguus]

I have read and had an opportunity to correct this Affidavit consisting of __4__ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____
Eadie [signature]

Subscribed and sworn to before me
this _____ day of _____.

_____

STATE OF _____        CASE NAME _____
CITY/COUNTY OF _____        CASE NUMBER _____

## AFFIDAVIT (cont.)

5

18) When Nora came in that morning, she and Lisa immediately went in the back.

19) Approximately thirty (30) minutes later Nora came out with her coat on visibly upset.

20) Moments later Lisa came out and said "She no longer works, she gone she's not employed here anymore, that the end of it.

21) I asked her awhile later what really happened to she really gone? Lisa responded "it done, now its all taken care of we don't have to worry about anything now." I don't know maybe when you get older you get grouchier.

I have read and had an opportunity to correct this Affidavit consisting of __10__ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____
[signature]

Subscribed and sworn to before me
this _____ day of _____.

STATE OF _____    CASE NAME _____
CITY/COUNTY OF _____    CASE NUMBER _____

### AFFIDAVIT (cont.)

6

22) After Nixa Cataynus was fired, I learned that letter was written by Sonya and Lisa M DeJesus complaining about Nixa Cataynus.

23) Prior to Nixa being fired and prior to Sonya Cataynus repeatedly expressed the desire to manage the Allentown location which was close to her home.

24) After Sonya wrote the letter complaining about Nixa Cataynus and before Nixa Cataynus was fired Sonya was made assistant manager of the Allentown Center.

I have read and had an opportunity to correct this Affidavit consisting of __10__ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____
Eddie Day

Subscribed and sworn to before me
this _____ day of _____.

STATE OF _____    CASE NAME _____
CITY/COUNTY OF _____    CASE NUMBER _____

AFFIDAVIT (cont.)

7

26) After Lisa DeJesus wrote the letter complaining about Nera Catougas, Lisa DeJesus was reassigned to the Allentown location.

27) All managers at LA Weight Loss Centers are required to attend managers training in Las Vegas Nevada. Without this manager training, I was told there would be no opportunity for advancement. I was also told that manager training was mandatory.

28) The managers training course was to occur from December 2, 1999 through December 5, 1999.

29) Around November 2, 1999 I ask Losia Petrosio about my ticket to Las Vegas. Previously Sonya had her told me she was received her ticket to Las Vegas.

I have read and had an opportunity to correct this Affidavit consisting of __10__ handwritten [X] typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____
Eddie Ortiz

Subscribed and sworn to before me
this _____ day of _____

STATE OF _____
CITY/COUNTY OF _____

CASE NAME _____
CASE NUMBER _____

### AFFIDAVIT (cont.)

8

30) Later, when it was time for the managers to go to Las Vegas, I asked Lisa again about the status of my ticket.

31) Lisa told me that there was not enough time to get me a ticket. She told me it was impossible to get me a ticket and "I don't want to talk about it."

32) On December 3, 1999 my assistant manager Megan Seligman, quit.

33) With Megan having quit I was the only full time employee at the Quakertown Centre.

I have read and had an opportunity to correct this Affidavit consisting of __10__ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____
Eddie [signature]

Subscribed and sworn to before me
this _____ day of _____.

STATE OF _____
CITY/COUNTY OF _____

CASE NAME _____
CASE NUMBER _____

### AFFIDAVIT (cont.)

9

34) I had previously told Lisa Petrasic that the Quakertown Center had sufficient full time staff to operate properly.

35) My previous requests to hire additional full time staff at the Quakertown Center were rejected.

36) While manager at the Quakertown Center I was denied sufficient staffing and essential training necessary to grow the center and to advance in the company.

37) Without any support from Lisa Petrasic and no possibility of advancement working at LA Weight Loss Centers was no longer tenable. (continued)

I have read and had an opportunity to correct this Affidavit consisting of ___ handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____

Subscribed and sworn to before me this ____ day of _____.

_____

STATE OF _____
CITY/COUNTY OF _____

CASE NAME _____
CASE NUMBER _____

AFFIDAVIT (cont.)

10

So I quit on December 4, 1999

I have read and had an opportunity to correct this Affidavit consisting of 10 handwritten ☒ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

_____

Subscribed and sworn to before me
this _____ day of _____.

_____