# EXHIBIT JJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
    Plaintiff, )
 )
and )
 )
KATHY C. KOCH, )    Case No. WDQ-02-CV-648
 )
    Plaintiff-Intervenor, )
 )
v. )
 )
LA WEIGHT LOSS, )
 )
    Defendant. )
 )

### DECLARATION OF MADELEINE BARTEL

I, Madeleine Bartel, hereby state as follows:

1. I was employed by LA Weight Loss Centers, Inc. ("LA Weight Loss") as an Area Supervisor in Delaware from approximately March 1998 until the end of May or start of June 1998. As an Area Supervisor part of my duties included conducting hiring of new employees for LA Weight Loss's centers. My immediate supervisor with respect to hiring and my other duties during the aforementioned period was Lynne Portlock, Regional Supervisor, who was involved in hiring of new employees. During my employment at LA Weight Loss and at other times, I have been known by the first name "Maddie."

2. During my employment at LA Weight Loss Lynne Portlock instructed me to not hire any males as employees for the centers. Ms. Portlock's superior, Eileen Stankunas, also made such

Page 1 of 2


EXHIBIT
Bartel-6
DEBRA J. WEAVER
1-d-705

statements in my presence. Contrary to Ms. Portlock's instructions, I did hire a male, and Ms. Portlock instructed me to fire him. I did not fire the male employee. I do not recall this male employee's name, but I do recall that he was a good worker, better than some of the female employees.

3. In addition, during my employment with LA Weight Loss Lynne Portlock also told me that she thought the sales numbers were down in the centers that I supervised because, in her words, I was "spending too much fucking time interviewing dicks." I understood from our conversation, which was about taking the time to interview males, that Ms. Portlock's use of the term "dicks" referenced men.

4. During my employment at LA Weight Loss I attended a training at the Corporate offices in Horsham, Pennsylvania. During one of the presentations at that training, the female instructor, whose name I do not recall, told the trainees, including myself, that we should not hire males.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/03/03

Madeleine Bartel