# EXHIBIT MM

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------x
EQUAL EMPLOYMENT OPPORTUNITY   :   CASE NO.
COMMISSION,                    :
    Plaintiff,                 :   WDQ-02-CV-648
    AND                        :
KATHY C. KOCH,                 :
    Plaintiff-Intervenor,      :
                               :
    VS.                        :
                               :
LA WEIGHT LOSS,                :
    Defendant.                 :
---------------------------x

Videotaped deposition of MARCI B. GOLDSHLACK, held at the offices of the Equal Employment Opportunity Commission, Bourse Building, Suite 400, 111 South Independence Mall East, Philadelphia, Pennsylvania, on Tuesday, August 26, 2003, beginning at 1:11 p.m., before Debra J. Weaver, a Federally Approved Registered Professional Reporter, Certified Realtime Reporter and Certified Shorthand Reporter.

        ESQUIRE DEPOSITION SERVICES
     1880 John F. Kennedy Boulevard
              15th Floor
         Philadelphia, PA   19103
              (215) 988-9191

Page 10

1  Social Security number, please.
2     A.  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.
3     Q.  Okay. And your date of
4  birth?
5     A.  6/14/57.
6     Q.  Okay. Do you reside at any
7  address other than the home address you
8  stated for any part of the year?
9     A.  No.
10    Q.  Okay. You previously worked
11 for LA Weight Loss?
12    A.  Yes.
13    Q.  Okay. Where did you work
14 for LA Weight Loss?
15    A.  I worked primarily in the
16 corporate headquarters in Horsham.
17    Q.  Horsham, Pennsylvania?
18    A.  Yes.
19    Q.  Okay. Do you recall when
20 you started work at LA Weight Loss?
21    A.  Yes. October 1998.
22    Q.  Okay. And do you recall
23 when your employment ended at LA Weight
24 Loss?

Page 11

1     A.  Yes. October 1999.
2     Q.  So about one year?
3     A.  Exactly one year actually.
4     Q.  Okay. What was your
5  position at LA Weight Loss?
6     A.  I was a corporate trainer.
7     Q.  During your employment at LA
8  Weight Loss, did you hold any other
9  positions other than that?
10    A.  No.
11    Q.  Okay. Do you recall who
12 hired you?
13    A.  Yes. Eileen Stankunas.
14    Q.  What was her position at the
15 time?
16    A.  General manager.
17        I was interviewed by two
18 people. I don't know if you need to know
19 that.
20    Q.  Well, you can go ahead and
21 tell me.
22    A.  Okay. I was also
23 interviewed by Kristi O'Brien, I believe,
24 who did the second interview for me and

Page 12

1  probably then ultimately hired me.
2     Q.  Okay. What was her position
3  at the time?
4     A.  I think director of training
5  is the title.
6     Q.  You mentioned your title of
7  corporate trainer. Can you tell me what
8  duties that entailed.
9     A.  Yes. I was responsible
10 for -- I was the corporate trainer for
11 that region and I was responsible for
12 training all employees, new employees,
13 based on the LA Weight Loss standards and
14 procedures that were written, as well as
15 doing follow-up trainings, along with the
16 regional managers in all of the centers,
17 the corporate centers, in that particular
18 region.
19    Q.  Okay. You mentioned that
20 you had the responsibilities you just
21 talked about with respect to that region.
22 What region were you referring to?
23    A.  The Philadelphia region.
24    Q.  Okay. Do you recall what

Page 13

1  the geographic contours of that region
2  was?
3     A.  It was primarily Montgomery
4  County, Northeast Philadelphia, Delaware
5  County, Chester County. It was probably
6  about 20 centers in all by the time I
7  ended up -- by the end of that year, 18
8  to 20 centers.
9     Q.  Okay. And during your
10 employment, who -- did you have more than
11 one direct supervisor or was it just one?
12    A.  Well, my immediate
13 supervisor was my director. I was
14 directly responsible to my director,
15 which was Kristi O'Brien.
16    Q.  Okay.
17    A.  However, I was also
18 responsible to the regional and -- the
19 area regional and general managers as
20 well.
21    Q.  Okay. Who are the area
22 managers? Do you recall?
23    A.  I can recall some of them,
24 but I don't know if I could accurately

Page 22

1  A. Can I give a little back
2  history to answer that question or do you
3  want me just to answer the question?
4  Q. No. Please. Go ahead and
5  answer.
6  A. I worked for Eileen
7  Stankunas in another weight loss center
8  prior to me coming to LA Weight Loss, so
9  I've known Eileen for almost 20 years.
10 And so the behavior was consistent. So
11 it wasn't just with when I worked at
12 Nutri/System but also at LA Weight Loss,
13 where it was a constant message, very
14 clear message, that men should not be
15 hired, they're not successful, they don't
16 belong in the weight loss industry
17 because it's a women's industry. And
18 that message was also carried through
19 when I was part of these meetings at LA
20 Weight Loss. There were a few men that I
21 had interviewed, one or two that actually
22 got hired, where I was told, as well as
23 whoever made the final decision was told,
24 that they would be -- they were led to

Page 23

1  believe that they would be hired and move
2  into management positions but behind
3  closed doors were told that would just
4  never happen.
5  Q. Okay. So I want to get a --
6  make sure I have a clear understanding
7  here. So there were times when Eileen
8  Stankunas specifically told you men
9  should not be hired at the company?
10 A. Correct.
11 Q. That they did not work out?
12 A. Correct.
13 Q. Okay. Do you recall in your
14 year of employment how many times Ms.
15 Stankunas would have said that to you?
16 A. I couldn't really say. I
17 would say every time we were discussing
18 hiring in our team meetings. Maybe a
19 half a dozen times, six or seven times.
20 Q. Okay. Okay. Do you recall
21 who was present during comments that she
22 made like that?
23 A. Yes. Lesia was often
24 present. Sometimes it would just be the

Page 24

1  two of us. But in a meeting it was
2  always Lesia and the area managers. And,
3  again, I remember Gina and Nina. The
4  other names -- I can picture faces. I
5  can't remember the names.
6  Q. During these meetings when
7  Ms. Stankunas would make these
8  statements, did anyone disagree with her
9  or object or say that's wrong?
10 A. Well, I did, and I did that
11 personally. I also had a personal
12 relationship with her, so it was always a
13 battle between the two of us.
14 Q. Okay. Do you recall what
15 specifically you said regarding her
16 statements about that?
17 A. Other than you're out of
18 your mind, you better watch out because
19 one day it's going to come and bite you
20 in the butt. Yeah, we had conversations
21 like that frequently.
22 Q. And when you said it's going
23 to bite her in the butt, were you talking
24 about legal ramifications?

Page 25

1  A. Yes.
2  Q. Okay. So at the time you
3  were aware that making hiring decisions
4  on the basis of sex is illegal?
5  A. I have an extensive
6  background in HR, so I'm fully aware of
7  the ramifications.
8  Q. Okay. Now, with respect to
9  Lesia Petrizio, can you tell me the kinds
10 of statements she made about hiring or
11 not hiring men?
12 A. She would make similar
13 statements, a little bit more derogatory
14 and more sarcastic.
15 Q. Can you give us some
16 examples?
17 A. Not specific words, no.
18 Q. When you say derogatory, do
19 you mean derogatory about men?
20 A. About men in regards to them
21 being able to help women, being
22 insensitive to women's issues.
23 Q. Can you give me an estimate
24 of how many times Ms. Petrizio may have

7 (Pages 22 to 25)