# EXHIBIT NN

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

EQUAL EMPLOYMENT            : CIVIL ACTION
OPPORTUNITY COMMISSION:
and KATHY C. KOCH           :
     v.                     :
LA WEIGHT LOSS              : NO. WDQ-02-CV-648

- - -
August 1, 2003
- - -

Videotape deposition of SANDRA BROWN-TALAVERA, taken pursuant to notice, was held at the offices of Equal Employment Opportunity Commission, The Bourse Building, 21 South 5th Street, Suite 400, beginning at 1:00 p.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
15th Floor
1880 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
(215) 988-9191

Page 18

1  Q. Do you reside anywhere else
2  for any part of the year other than just
3  trips for vacation --
4  A. No.
5  Q. -- or whatever? Okay.
6      I already have your Social
7  Security number, but just to -- could you
8  verify that, please?
9  A. 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.
10 Q. Okay. Being the government,
11 we have the ability to get these Social
12 Security numbers.
13 A. I guess so.
14 Q. You're -- what is your date
15 of birth?
16 A. 2/18.
17 Q. 2/18?
18 A. 1960.
19 Q. 1960. Okay.
20     And where do you currently
21 work?
22 A. UPS in Edison, New Jersey.
23 Q. United Parcel Service?
24 A. Yes.

Page 19

1  Q. Do -- do you have the
2  address, offhand, of that facility?
3  A. 1 Clover Place, Edison -- I
4  believe the zip is 08827. I'm not 100
5  percent sure on the zip.
6  Q. Do you work anywhere else?
7  A. No. At home.
8  Q. Okay. Okay.
9      Are you married?
10 A. Yes, I am.
11 Q. What's your spouse's name?
12 A. Javier, J-A-V-I-E-R.
13 Q. Talavera?
14 A. Yes.
15 Q. Were you ever employed by LA
16 Weight Loss?
17 A. Yes, I was.
18 Q. In what position were you
19 employed at LA Weight Loss?
20 A. I was first hired as a
21 manager.
22 Q. Is that a center manager?
23 A. Center manager.
24 Q. And do you recall when you

Page 20

1  were hired?
2  A. Dates are going to be very
3  hard for me to be accurate on. I believe
4  it was the summer of '97, July.
5  Q. Okay. But --
6  A. But I'm not --
7  Q. -- you're not definite on
8  the date?
9  A. Absolutely not. It could
10 even be May. I know it was summertime.
11 I think July may be the month I was
12 promoted, come to think of it.
13 Q. Okay. And what position
14 were you promoted to?
15 A. I believe it was a senior
16 manager overseeing a few centers.
17 Q. Like an area supervisor,
18 does that ring a bell?
19 A. No.
20 Q. Okay.
21 A. There was a transitional
22 position prior to the area supervisor
23 position.
24 Q. Okay. How long did you hold

Page 21

1  the center manager position?
2  A. It could have been about six
3  weeks.
4      Again, initially when I did
5  my Complaint, everything was based on
6  a -- a Day Runner that I used to keep for
7  work. So those dates that were recorded
8  in my Complaint or whatever are very
9  accurate. But I can't say that I have
10 any of the dates on the top of my head.
11 Q. Okay. That -- that's okay.
12 A. So it was about six weeks I
13 had held the senior supervisor -- senior
14 manager position where I believe I
15 oversaw another location.
16     And then I believe it was
17 July that I was then given the position
18 of an area supervisor, which was formally
19 done with a salary change and title
20 change.
21 Q. Area supervisor, that was
22 July of 1997, you said?
23 A. Yeah, I believe so.
24 Q. Okay. How long did you hold

Page 22

```
1   that position?
2       A.   I believe it was until
3   January of the following year.
4       Q.   January 1998?
5       A.   '98.
6       Q.   And what was your next
7   position?
8       A.   I received a call in January
9   where I was offered a -- well, in -- I
10  think it was September or October I was
11  offered the position as a trainer. And I
12  declined taking it because I preferred
13  the area supervisor position for a
14  variety of reasons. And then the offer
15  came again in January, so I took it in
16  January.
17      Q.   Okay. And how long did you
18  hold the position of trainer?
19      A.   Five days, approximately. I
20  can't be 100 percent sure on that.
21      Q.   And what was your next
22  position?
23      A.   I think it was a little up
24  in the air for a while. I was told that
```

Page 23

```
1   the trainer position no longer existed
2   and I was going to become the manager
3   again for a period of time.
4       Q.   Did you become a center
5   manager?
6       A.   Yeah.
7       Q.   Did you become a center
8   manager?
9       A.   I think it was in title,
10  because they needed coverage and there
11  was some discussion back and forth
12  because of a letter I had written, and
13  all of a sudden I was summoned to a
14  meeting. And on my way back to the
15  center, I was told that I was going to be
16  a trainer starting the following Monday.
17      Q.   Okay.
18      A.   It was all very hairy. I'm
19  not clear.
20      Q.   In -- in your first job
21  at -- at LA Weight Loss, center manager,
22  you said that was the Edison -- which --
23  I'm sorry --
24      A.   East Brunswick.
```

Page 24

```
1       Q.   East Brunswick. Thank you.
2            Did you have any
3   participation in the process for hiring
4   new employees while you were the center
5   manager at East Brunswick?
6       A.   No.
7       Q.   Okay. When you were a
8   senior manager of -- of a couple of
9   centers, do you recall what centers those
10  were?
11      A.   The only center that comes
12  to mind was the Edison location. At this
13  point, I think it may have just been
14  overseeing one center. I don't remember
15  clearly. I only remember speaking with
16  one manager, but it could have been two.
17  It could have been the Edison and the
18  Union location, but I don't know why --
19  I'm not clear on that.
20      Q.   And this was back in 1997?
21      A.   Yeah.
22      Q.   Okay. In -- in that
23  capacity as a senior manager, were you
24  involved in the hiring process at all --
```

Page 25

```
1       A.   No.
2       Q.   -- for new employees? Okay.
3            I believe you testified that
4   in approximately July of 1997 you became
5   an area supervisor.
6       A.   Yeah.
7       Q.   How many centers did you
8   supervise?
9       A.   I now got six centers.
10      Q.   These are just the usual LA
11  Weight Loss centers that you would go to
12  if you were a client?
13      A.   Yes.
14      Q.   That's what we're talking
15  about?
16      A.   Yeah.
17      Q.   Okay. Do you recall what
18  those centers were?
19      A.   Yeah. I believe -- it was
20  the Edison, East Brunswick, Honedale --
21      Q.   Uh-huh.
22      A.   -- Marlboro, Wall and Union.
23  I believe that's six.
24      Q.   And these are all locations
```

Page 26

1  in the State of New Jersey?
2     A.   Yes, they are. Was that
3  six?
4     Q.   I believe it was.
5     A.   Okay.
6     Q.   I got them all.
7          As an area supervisor, did
8  you have any participation in the process
9  of hiring new employees at LA Weight
10 Loss?
11    A.   Yes. Now I did.
12    Q.   Can you describe for me what
13 the nature of that participation in the
14 hiring process was?
15    A.   It was actually contacting
16 the office to let them know that I needed
17 a new employee. They would make
18 arrangements for the actual ad to be
19 placed. I would schedule the
20 appointment -- well, yeah, I would
21 usually schedule the appointments, unless
22 I actually created an appointment
23 schedule and made the appointments and
24 then somebody called back to confirm and

Page 27

1  somebody would put the names in as
2  confirmation.
3          I would do the interviews.
4  There were times if -- if I wasn't quite
5  sure on somebody or I wanted a second
6  opinion, I would have Kristi do a second
7  interview for me, because she worked out
8  of the East Brunswick location.
9     Q.   Okay. I'm going to stop you
10 there.
11         Can you just tell me who --
12 who Kristi is?
13    A.   Kristi O'Brien, at the time,
14 was the trainer.
15    Q.   A corporate trainer, does
16 that title sound --
17    A.   At that time -- no. She
18 wasn't the corporate trainer at that
19 time. She was the trainer who, in fact,
20 trained me when I first came on board and
21 trained all the new employees that came
22 on board, the weight loss counselors,
23 management, whoever.
24    Q.   Okay. So -- I'm sorry I

Page 28

1  interrupted you, you said that you
2  conducted interviews, if you were unsure
3  about a candidate you -- you would ask or
4  consult with Kristi O'Brien?
5     A.   Well, what happens sometimes
6  is that we had people who were new --
7  totally new to the field of weight loss,
8  and let's say they came from the banking
9  industry or something very detached from
10 weight loss, sometimes you would think
11 that they will make a good candidate
12 so -- but yet you're not 100 percent
13 sure. So sometimes I would ask her to
14 just second interview someone.
15         She had a background similar
16 to mine in being in the weight loss
17 industry before, so we saw things really
18 alike. So she was always a good sounding
19 board.
20    Q.   Okay. And so after an
21 interview was conducted or as you say in
22 some cases, a second interview --
23    A.   That was usually just a
24 personal thing, it wasn't something that

Page 29

1  was the norm. But I would do that
2  because she was --
3     Q.   And then after all the
4  interviews were conducted, what was the
5  next step that you participated in?
6     A.   In what respect?
7     Q.   I -- I'm sorry, I'll
8  rephrase my question.
9          Did you make actual hiring
10 decisions?
11    A.   Yeah.
12    Q.   You did?
13    A.   Yeah.
14    Q.   Were your decisions subject
15 to any pre-clearance through another
16 manager or review by anyone?
17    A.   You know, now that you
18 mention that, I don't remember that. I
19 remember discussing it with Lesia. I
20 don't remember specifically that I had
21 too have any approval or she had to
22 oversee the decision. I don't remember
23 that at all.
24    Q.   You mentioned a name, Elicia

Page 62

1  happened, but you have to remember that
2  from October -- like November I was no
3  longer involved in any meetings.
4       But the change took place in
5  the summer, but there was a new diet
6  change, I didn't know until it was out.
7  I was never trained on it even though I
8  was an area supervisor. Things are hazy
9  during some of the time.
10      Q.  When you were working at LA
11 Weight Loss, was there -- and, again, I'm
12 referring to before the name change also,
13 when it was Quick Weight Loss, was -- was
14 there a position called a recruiter at
15 that time?
16      A.  Yeah. I don't know. I
17 think there was a recruiter. I think
18 June -- Jennifer June may have been the
19 recruiter at one point. I don't
20 remember, but it sounds familiar.
21      Q.  Okay. Were you ever
22 provided with any documents at LA Weight
23 Loss about the hiring process or how it
24 should be conducted?

Page 63

1       A.  No.
2       Q.  Like, This is our process,
3  this is what we expect of you, did you
4  get any documents like that?
5       A.  No.
6       Q.  Okay. Did you get any
7  documents regarding criteria for
8  selecting people for hire?
9       A.  No.
10      Q.  Okay. While you were
11 employed at LA Weight Loss, did any
12 manager or any other employee have a
13 discussion with you regarding whether or
14 not men should be hired by the company?
15      A.  Yeah.
16      Q.  Do you recall how many
17 people you had conversations with about
18 that?
19      A.  I had a situation come up
20 where I had interviewed a male and
21 thought he would be good. And I don't
22 remember how the conversation came up,
23 but I'm almost tempted to say I was going
24 to hire him, but I hadn't.

Page 64

1       Q.  Uh-huh.
2       A.  And I don't know how it came
3  about, but I had the discussion with
4  Kristi -- I don't know -- I think I had
5  hired -- I had actually interviewed him,
6  and I don't know why I didn't hire him,
7  but ended up having a discussion with
8  Kristi.
9       And I'm -- I'm saying that
10 because I remember having the
11 conversation with her more than once. So
12 I don't know if I saw the application --
13 I think I interviewed the person, spoke
14 to her and then had another application
15 come up and had the conversation again.
16      But I remember mentioning to
17 her that this guy was really good, and
18 she had brought it to my attention that I
19 shouldn't hire him. And she kind of said
20 it, you know, I don't think he would make
21 a good counselor.
22      And I said, He's good, he's
23 great. And I remember talking about some
24 of the things -- I don't even remember --

Page 65

1  all I remember is having the conversation
2  with her and trying to sell him. When I
3  say "sell him," his qualities. And I
4  think maybe I was getting on her nerves,
5  I don't know, but she said, You just
6  can't hire him.
7       And I just said, Well, I
8  don't see what the problem is, you know.
9  I think he'll be great. And she just
10 made the statement that I'm not supposed
11 to hire males. And I looked at her, I
12 said, You got to be kidding me.
13      And she said, No.
14      And I said, Why?
15      And she said, Well, we don't
16 feel they make the best counselors.
17      And I had reiterated to her
18 that when I worked at LA Weight Loss,
19 customers sometimes preferred having the
20 male, just the dynamics between the
21 male/female counseling session that the
22 patients would sometimes only want to see
23 the male counselor. And that while
24 working at Quick Weight Loss in the

17 (Pages 62 to 65)

Page 66

1  original time I worked, that the owner's
2  husband -- the owner's sons -- two sons
3  had worked with me, and they had trained
4  me and, you know, they have things that
5  we couldn't do. A compliment from them
6  meant more to a female client than me
7  complementing them.
8      And she eventually agreed,
9  and she just said that's Eileen's
10 position, so --
11     Q.  She said that's Eileen's --
12     A.  Position on the matter. As
13 if to say, you know -- she didn't say it,
14 but it was as if to say, Don't debate it
15 with me anymore.
16     But she did say, I know, I
17 worked with them at Nutrisystem and they
18 work out well, but that's just the way it
19 is.
20     Q.  When she said Eileen, who
21 did you understand her to be referring
22 to?
23     A.  Stankunas.
24     Q.  Did you discuss this issue

Page 67

1  with Alesia Petrizio?
2      A.  You know, I don't remember
3  having the discussion with Alesia, but I
4  can't say it didn't happen, because at
5  that time I was on good terms with
6  everybody, I was still new.
7      And I think I had the
8  discussion with Eileen, but I don't
9  really remember if I did. But I can't --
10 I think I did, I think I did. I can't --
11 you know, I believe I had the
12 conversation with her because -- I just
13 believe I had the conversation with her.
14     But she wasn't the kind of
15 person you argued with. You kind of made
16 the statement and she gave a statement
17 back, you kind of grumbled something and
18 that would kind of be the end of the
19 discussion. I believe I had the
20 discussion with her, but I can't remember
21 what the -- the words were that were
22 transpired.
23     And probably the reason I
24 believe I had the discussion with her is

Page 68

1  because I wouldn't have left it at that.
2  I'm not that kind of person. I would
3  have said to her, you know, Eileen, can't
4  we reconsider?
5      Q.  With respect to this
6  conversation or discussion that you had
7  with Kristi O'Brien, she -- she was a
8  trainer at that time?
9      A.  Yeah.
10     Q.  And was anyone else present
11 when you had that --
12     A.  No.
13     Q.  -- discussion with her?
14     A.  No. Because what happened
15 is, her training room was in the back and
16 she would usually be prepping and doing
17 things and I would usually go back to
18 shoot the breeze with her. And it was
19 like one of those kind of times.
20     And we did have the
21 conversation again on the phone when our
22 relationship was -- became -- no, it
23 wasn't more strained, but when my
24 relationship with the company became a

Page 69

1  little bit more strained.
2      Q.  Tell me about that
3  conversation. What happened?
4      A.  Let me see. I remember
5  speaking with her on the phone, having a
6  combination of problems, when I felt I
7  was having problems with Alesia, and I
8  don't know how the conversation came --
9  came up, I remember having the
10 conversation on the phone, because I
11 remember her getting very quiet. And it
12 was after that conversation that our
13 relationship -- or within that week, that
14 short period of time, our relationship
15 changed.
16     Q.  What -- what did you say to
17 Ms. O'Brien in that conversation?
18     A.  I remember recapping all the
19 problems I had had with Alesia and Eileen
20 not returning my calls, and rehashing to
21 her that, you know, I don't get a good
22 feeling, and throwing in the comment, you
23 know, that the mere fact that we are
24 difficult with who we -- were selective

18 (Pages 66 to 69)