# EXHIBIT QQ

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

- - - - - - - - - - - - - - - - - X

EQUAL EMPLOYMENT OPPORTUNITY     :

COMMISSION,                      :

    Plaintiff,               :

KATHY C. KOCH,                   :   Case No

    Intervenor/Plaintiff,    :   WDQ-02-CV-648

  v.                             :

LA WEIGHT LOSS CENTERS, INC.,    :

    Defendant.               :

- - - - - - - - - - - - - - - - - X   Pages 1-106


DEPOSITION OF MERCEDES GENERETTE
District of Columbia
Tuesday, September 6, 2005




Reported by: Marijane Simon, RDR, CLR

Job No. 174959

Page 50

1    A.  (The witness nodded).
2    Q.  So you don't have a specific
3  recollection of reading an EEO policy in that
4  book?
5    A.  No.
6      MS. KARETNICK:  Now, Ms. Generette,
7  you signed a declaration in this case --
8      THE WITNESS:  Mm-hmm.
9      MS. KARETNICK:  -- and I'm showing
10  that declaration to you.  That declaration is
11  marked as Exhibit 6.  Mr. Anderson.
12      Oh, wait a second.  Swap.  I'm giving
13  you my handwritten notes.
14      Ms. Generette, why don't you just take
15  a moment and review --
16      MR. ANDERSON:  What exhibit is this?
17      MS. KARETNICK:  -- the declaration.
18  It is Exhibit 6, as we went out of order, but
19  we've now, I think, come full circle.
20      THE WITNESS:  Okay.
21      BY MS. KARETNICK:
22    Q.  Ms. Generette, this declaration was

Page 51

1  signed on December 20, 2003; is that correct?
2    A.  Yes.
3    Q.  Did you write this declaration or type
4  it, as it were?
5    A.  I didn't type it.  I did not type it,
6  but I did sign this.
7    Q.  Looking at paragraph 1 of your
8  declaration, is it fair to characterize paragraph
9  1 as a brief synopsis of your employment at LA
10  Weight Loss?
11    A.  Yes.
12    Q.  Looking at paragraph 2, I'm going to
13  read portions of paragraph 2.  "During my
14  employment as manager of LA Weight Loss's Manassas
15  center, I told a friend who I thought would make
16  an excellent counselor, Antonio Conway, that the
17  Manassas center had counselor openings.  I
18  suggested that he apply, which he did.  I
19  personally gave his application to LA Weight Loss
20  area manager Kimberly Bellone, telling her that
21  the application was from a friend who would make
22  an excellent counselor.  Later, upon my inquiry,

Page 52

1  Ms. Bellone said she lost that application."
2      I'm going to stop there.
3    A.  Mm-hmm.
4    Q.  How do you know Mr. Conway?
5    A.  We attend the same church.  Very close
6  friends.
7    Q.  You suggested to Mr. Conway that he
8  apply to LA Weight Loss for a counselor position?
9    A.  Yes.
10    Q.  And you suggested that he do so while
11  you were manager?
12    A.  Yes.
13    Q.  Did you suggest that he apply to the
14  Manassas center?
15    A.  Yes.
16    Q.  Why did you make that suggestion?
17    A.  Because of his customer service
18  skills.  He's a people person, a motivator, and he
19  would have made an excellent counselor.
20    Q.  Were there openings in the Manassas
21  center at the time that Mr. Conway applied?
22    A.  Yes.

Page 53

1    Q.  My question assumes that Mr. Conway
2  did in fact apply.
3    A.  Yes, he did.
4    Q.  Did you provide Mr. Conway with an
5  application to complete?
6    A.  Yes, I did.
7    Q.  And he did so?
8    A.  Yes.
9    Q.  He gave that application to you?
10    A.  Yes.
11    Q.  And you passed that application on to
12  Ms. Bellone?
13    A.  Yes.
14    Q.  Did Ms. Bellone say anything to you
15  about Mr. Conway's application after you gave it
16  to her?
17    A.  No.  She never mentioned it until I
18  brought it up to her.
19    Q.  How long was it after you gave
20  Ms. Bellone the application that you brought up
21  Mr. Conway?
22    A.  A couple of weeks.

Page 54

1    Q. What did you say to Ms. Bellone?
2    A. I asked her about the application, had
3 she looked at it, was she going to call him for an
4 interview.
5    Q. And what did she say?
6    A. She had lost the application.
7    Q. Did she suggest to you that Mr. Conway
8 reapply?
9    A. No, she did not.
10   Q. Did you mention to Ms. Bellone that
11 you were going to ask Mr. Conway to reapply?
12   A. No, I did not.
13   Q. Did Mr. Conway reapply?
14   A. Yes, he did.
15   Q. I'm going to finish reading the
16 balance of paragraph 2.
17        "Mr. Conway re-applied, again through
18 me. Upon reviewing Mr. Conway's second
19 application, Ms. Bellone said to me, 'He's not
20 what we're looking for.'" I asked, 'Why?'
21 Ms. Bellone responded to me by saying, 'Because
22 women won't come.'"

Page 55

1    A. (The witness nodded).
2    Q. Is that what happened?
3    A. Yes.
4    Q. Was there any other conversation
5 between you and Ms. Bellone on the subject of
6 Mr. Conway's application?
7    A. No.
8    Q. What, if anything, did you say to
9 Ms. Bellone after she made her remark that "He's
10 not what we're looking for"?
11   A. I asked her what did she mean by that.
12   Q. And what did she say?
13   A. And that's when she told me that women
14 wouldn't come.
15   Q. And what did you understand the
16 comment, "Because women won't come," to mean?
17   A. For two reasons. He was black, and he
18 was a man.
19   Q. Now, during your time at the Manassas
20 and Falls Church centers --
21   A. Mm-hmm.
22   Q. -- did you know any other men who

Page 56

1 worked as counselors for LA Weight Loss?
2    A. When I was in Falls Church, they hired
3 some man in Burke.
4    Q. They hired someone to work as a
5 counselor in Burke?
6    A. Yes.
7    Q. And Burke is the name of a center?
8    A. A center, yes.
9    Q. And do you recall that gentleman's
10 name?
11   A. No, I do not.
12   Q. Do you know who hired him?
13   A. No, I do not.
14   Q. Was Kim Bellone --
15   A. Oh, I believe he was transferred.
16   Q. From Burke?
17   A. No. From Maryland to Burke. I
18 believe that's how it came out.
19   Q. But you don't recall his name?
20   A. No.
21   Q. Do you know who the supervisor was?
22   A. No. Let me take that back. Robin

Page 57

1 McPherson was one of his supervisors. And then
2 during that time -- I don't know who was over --
3 because the same person was over my center was
4 over that center, too, that was over Tamy.
5    Q. Other than the man that you've just
6 described --
7    A. Mm-hmm.
8    Q. -- were you aware of any other men
9 working for LA Weight Loss?
10   A. Other than the owner or --
11   Q. Other than the owner. I'm sorry. In
12 the capacity of counselor --
13   A. No.
14   Q. -- or assistant manager, med tech.
15   A. No.
16   Q. Did you ever visit any centers other
17 than Falls Church and Manassas?
18   A. Yes.
19   Q. Which other centers had you visited?
20   A. Alexandria, the Burke center, also
21 over in Maryland. I think it's Laurel, Maryland.
22   Q. Why had you gone to those centers?

15 (Pages 54 to 57)