# EXHIBIT SS

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CASE NO. WDQ-02-CV-648

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,
and
KATHY C. KOCH,
    Plaintiff
    Intervenor,
-vs-
LA WEIGHT LOSS,
    Defendant.
_____/


VIDEOTAPED DEPOSITION OF ODIA STEPHENSON
October 18, 2005


Equal Employment Opportunity Commission
100 Alabama Street, S.W., Suite 4R30
Atlanta, Georgia


Reported By:
Judith L. Leitz, RPR
Georgia CCR-B-2312
Esquire Deposition Services
Atlanta Office Job No. 419019
Phone - 404-872-7890


Job No. 175434a

Page 18

1  trained me how to deal with the clients, follow
2  programs, what plans to put them on, what food they
3  need to eat and how to measure them and everything
4  that entailed, you know, weight loss.
5      Q.  Were you trained on equal employment
6  opportunity laws?
7      A.  I couldn't answer that question because I
8  don't know the equal opportunity laws.
9      Q.  Were you trained on discrimination or
10 nondiscrimination?
11     A.  You know, as far as in reference to -- I
12 mean, you're saying was I trained on discrimination
13 or nondiscrimination, I mean --
14     Q.  When you were at the Union center --
15     A.  Uh-huh.
16     Q.  -- and were given training --
17     A.  Uh-huh.
18     Q.  -- was part of that training on
19 nondiscrimination?
20     A.  As far as nondiscrimination --
21     Q.  On the basis of -- of race, sex,
22 disability, age, or anything.
23     A.  Well, the only thing I can say is that I
24 know that when we were trained we were told then that
25 there could not be any men working at the center. I

Page 19

1  mean, there -- there was talk about it, they don't
2  hire men, there -- there was talk about it.
3      Q.  When you say that "there was talk about
4  it," can you give me a time frame, was it during your
5  training?
6      A.  During training -- you know, I can't -- I'm
7  not going to sit here and lie. I can't remember. I
8  mean, you know, it was discussed before, they don't
9  have any men working in the center, I mean, but it
10 wasn't an issue, whereas, you know, well, it was, you
11 know, like a big deal. You see what I'm saying?
12     Q.  You don't remember or do you remember the
13 general time frame during your employment?
14     A.  I don't remember the general time frame. I
15 mean, at the time we were training, I mean, well,
16 everybody sits around and talks, talks about the
17 clients, talks about the workers, talks about, you
18 know, the company. I mean, you're learning new
19 information about the company at that time, you're
20 learning about the different centers, so I don't
21 remember the time frame, I mean, too much of the time
22 frame. I mean, it -- you know, it was said.
23     Q.  So the -- the discussions about the company
24 not hiring men occurred during training?
25     A.  It -- but it wasn't said like that. They

Page 20

1  didn't say, "Well, we just don't hire men." You
2  know, I think it came across like, "You know what, do
3  you guys have any male counselors," you know, and
4  they were like, "No, we don't hire men," or I can't
5  remember who said it when, what date, I don't know.
6  I know it was said.
7      Q.  During training?
8      A.  No, at training, yeah, they used to talk
9  about it.
10     Q.  After you were trained when you were in the
11 West Caldwell center --
12     A.  Uh-huh.
13     Q.  -- either as a counselor or later as a
14 acting manager, did you engage in or hear any
15 discussions about the company not hiring men?
16         MR. LANDAU:  Object to the form of the
17 question, compound.
18 BY MR. ANDERSON:
19     Q.  Did you hear any questions or hear any
20 discussions about the company not hiring men?
21     A.  At West Caldwell, they -- I didn't hear any
22 -- I didn't hear any questions, but I personally
23 talked to Lesia in reference to at the time which was
24 my fiance about hiring men and one of the reasons I
25 asked her is because, first of all, he was looking

Page 21

1  for a job; second of all, we had a lot of -- we had a
2  lot of -- I'm not going to say more than one, but we
3  had a few male clients that I felt would have felt
4  more comfortable with another man. And at that time
5  Lesia did tell me we don't hire men because the
6  clients will not feel comfortable. And I stated to
7  her, I was like, "Well, we have men clients as well,
8  so, you know, what do you mean?  The clients --
9  there's not only women, you know, clients coming in."
10        "Because we just don't hire men," that's
11 what she told me.
12     Q.  At this time was Lesia Petrezio the area
13 manager?
14     A.  Yes, she was.
15     Q.  Do you remember when you were at the West
16 Caldwell center when this -- when this statement was
17 made who was responsible for hiring at the West
18 Caldwell center?
19     A.  Lesia was. She was responsible for hiring
20 for that center.
21     Q.  Your fiance was someone who you thought --
22 describe your fiance's interest in the job.
23     A.  Actually, he --
24     Q.  Was it your fiance, am I getting that
25 right?