# EXHIBIT TT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| and | ) ) |
| KATHY C. KOCH, | ) Case No. WDQ-02-CV-648. ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

## DECLARATION OF LISA YEARWOOD

I, Lisa Yearwood, hereby state as follows:

1. I was employed by LA Weight Loss Centers, Inc. ("LA Weight Loss") in several positions, such as Counselor, Assistant Manager and Center Manager. In 1997, I held the position of Center Manager at LA Weight Loss's Catonsville Center, as well as other positions.

2. While serving as Center Manager, my direct supervisor was Donna Furr, who held the position of Area Supervisor.

3. As a Center Manager, I possessed hiring authority. I would receive information about persons to be interviewed from Donna Furr. After receiving that information, my role in the hiring process included conducting interviews and making a decision whether or not to hire the applicant. My decision was then subject to approval by Ms. Furr.

1



EXHIBIT
2    3-16-06
YEARWOOD    SAW

4. While serving as Center Manager, I heard Donna Furr say, "No males are coming here." This was in the context of Ms. Furr talking about hiring of new employees.

5. At the Catonsville Center there was an employee named Keith Trempe, who was a male. Regarding Keith, I heard Ms. Furr say words to the effect that Keith was it as far as hiring a male would go. She would also make statements about how having a male employee would negatively affect the Center's income.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/25/03

_____
Lisa Yearwood