# EXHIBIT UU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

Case No. WDQ-02-CV-648

- - - - - - - - - - - - - - - - - - - - X

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, :

        Plaintiff, :

KATHY C. KOCH, :

        Intervenor/Plaintiff, :

    vs. :

L.A. WEIGHT LOSS CENTERS, INC., :

        Defendant. :

- - - - - - - - - - - - - - - - - - - - X


Videotaped Deposition of Antonio S. Conway

Washington, D.C.

Wednesday, November 24, 2004


Pages 1 - 99

Job No.: 164295

Reported by:  Deborah Larson Hommer, RPR

**Page 22**

1  so I'm just kind of going as I go along trying
2  to make sure I tell you the right things.
3        It was probably about a week in
4  between that. Maybe a couple days, four days.
5  The application did get to the right person.
6  I was told that I wouldn't be a good fit
7  because I was, you know, a male, that they
8  didn't want any males working with women at
9  that time.
10    Q.  Who told you that?
11    A.  Mercedes, an employee, Mercedes,
12  whichever.
13    Q.  What was your reaction to what
14  Mercedes told you?
15    A.  At that time it struck me as kind
16  of odd, but, you know, I figured that it was
17  policy. You know, given the situation of a
18  male working with females one on one, I could
19  understand at that time, but it just didn't --
20  it didn't really put any fire into me. I just
21  went, Okay, well, if that's their policy,
22  that's their policy.

**Page 23**

1    Q.  Do you know -- did you ever -- did
2  you have any discussions with Mercedes
3  Generett on that subject?
4    A.  No. I left it at that. I just
5  figured it was their policy, and, you know.
6    Q.  Did Mercedes say it was the
7  company's policy?
8    A.  At that time, yes, I would say,
9  because I don't know what she knew. I just
10  know what I was told. That's all.
11    Q.  But you don't know if Mercedes
12  Generett actually said to you, It is L.A.
13  Weight Loss' policy to hire women for the
14  position of counselor?
15    A.  Well, I mean, I can't speak for
16  what she knows as far as policy, but I was
17  told that it was their policy for males not to
18  work with females in that setting.
19    Q.  Do you know whether Mercedes
20  Generett spoke to Kim or anyone else about
21  your application?
22    A.  Yes. She spoke with Kim. She told

**Page 24**

1  me that she did speak with Kim, and Kim
2  relayed to her that the question about as far
3  as male working with female was told by -- Kim
4  told Mercedes to tell me that, to relay that
5  message to me.
6    Q.  Mr. Conway, do you have any
7  experience with weight loss?
8    A.  Only in the world of fitness.
9  That's it, as far as exercising.
10    Q.  At the time that you applied to
11  L.A. Weight Loss -- again, we're talking about
12  the first two applications, the one that was
13  lost and the one that was, apparently, not
14  lost -- had you had any experience with weight
15  loss at that time?
16    A.  No. Just basically dealing with
17  fitness, recreation, that type of thing, and
18  people skills.
19    Q.  What type of fitness and recreation
20  are you talking about?
21    A.  We're talking anywhere from working
22  out to fitness aerobics, basketball, leagues,

**Page 25**

1  anything recreation. Basically I set up --
2  set up leagues -- kids, adults -- and stuff
3  like that, and the sports. You name it.
4    Q.  Do you participate in sports
5  yourself?
6    A.  Yes.
7    Q.  So in addition to participating in
8  sports, I understand from your testimony that
9  you worked with others in sports-related
10  activities?
11    A.  Yes. Anything from coaching to
12  instructional.
13    Q.  Did you ever speak with anyone by
14  phone or in person other than Mercedes
15  Generett about your application?
16    A.  Nobody.
17    Q.  Now, I would like to jump to the
18  second application, which is technically the
19  third application, but the second time that
20  you applied for a job. You said you don't
21  recall the exact time that you applied?
22    A.  No.