IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

# EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT

## VOLUME II OF II (AA-XXX)

## INDEX OF EXHIBITS
## VOLUME II OF II (AA THROUGH XXX)

**Description of Exhibit**                                                                 **Tab**

1.  Expert Report of David P. Jones, Ph.D. .................................................AA

2.  Supplemental Report on the Hiring of Men by LA Weight Loss
    Centers, Inc., by Elvira Sisolak................................................................ BB

3.  Analysis of the Supplemental Report of Elvira Sisolak by
    Leonard A. Cupingood, Ph.D., February 14, 2007 ................................. CC

4.  Analysis of the Statistical Report of Elvira Sisolak by
    Leonard A. Cupingood, Ph.D. ................................................................DD

5.  Declaration of Joy Freathy................................................................EE

6.  Deposition of Joy Freathy................................................................FF

7.  Affidavit of Eadie Faye................................................................GG

8.  Deposition of Patricia Burroughs................................................................HH

9.  Written Statement of Patricia Burroughs................................................................II

10. Declaration of Madeleine Bartel................................................................JJ

11. Deposition of Madeleine Bartel................................................................KK

12. Deposition of Nina Catagnus................................................................LL

13. Deposition of Marci Goldschlak................................................................ MM

14. Deposition of Sandra Brown-Talavera................................................................NN

15. Deposition of Melinda Temple-Passin................................................................OO

16. Deposition of Kathy Koch................................................................PP

17. Deposition of Mercedes Generette................................................................QQ

18. Deposition of Lynda Wellington ................................................................RR

19. Deposition of Odia Stevenson ................................................................SS

20. Declaration of Lisa Yearwood................................................................TT

21. Deposition of Antonio Conway................................................................UU

| **Description of Exhibit** | **Tab** |
|---|---|
| 22. Deposition of James Gruber | VV |
| 23. Deposition of James Paul | WW |
| 24. Kathy Koch Charge of Discrimination | XX |
| 25. May 10, 2000, Document Request | YY |
| 26. Sample EEOC Interview Cover Pages | ZZ |
| 27. September 14, 2000 Reasonable Cause Determination | AAA |
| 28. EEOC's Complaint | BBB |
| 29. EEOC's Amended Complaint | CCC |
| 30. Stipulation and Order of Dismissal | DDD |
| 31. May 25, 2004 Order | EEE |
| 32. Deposition of Elvira Sisolak | FFF |
| 33. Deposition of Eileen Stankunas, Vol. II | GGG |
| 34. George F. Adkins Applicant Materials | HHH |
| 35. Stuart Aron Applicant Materials | III |
| 36. Timothy Baier Applicant Materials | JJJ |
| 37. James Clinton Todd Balthazar Applicant Materials | KKK |
| 38. Ronald Chalhon Applicant Materials | LLL |
| 39. Reginald Cooper Applicant Materials | MMM |
| 40. James F. Dean Applicant Materials | NNN |
| 41. Larry Allen Gor Applicant Materials | OOO |
| 42. Quinton Lee Applicant Materials | PPP |
| 43. Harvey Sitnick Applicant Materials | QQQ |
| 44. Matthew Turley Applicant Materials | RRR |

| **Description of Exhibit** | **Tab** |
| --- | --- |
| 45. Warren Walker Applicant Materials | SSS |
| 46. June 29, 2004 Hearing Transcript | TTT |
| 47. Deposition of Marissa Favara | UUU |
| 48. Coker v. Charleston County Sch. Dist., No. 92-1589, 1993 U.S. App. LEXIS 20836, at *17-18 (4th Cir. Aug. 16, 1993) | VVV |
| 49. EEOC v. Turtle Creek Mansion Corp., No. 3:93-CV-1649-H, 1995 U.S. Dist. LEXIS 12788, at * 28, aff'd, 82 F.3d 414 (5th Cir. 1996) | WWW |
| 50. Beniushis v. Apfel, No. 98 C 0395, 2001 U.S. Dist. LEXIS 3574, at *17-18 (N.D. Ill. Mar. 26, 2001) | XXX |