# EXHIBIT YY

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

May 10, 2000

Mr. David E. Landau, Esq.
Ms. Amy Anderson Miraglia, Esq.
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103-2097

Via Facsimile-Hard Copy to Follow

RE.: Request for information ▓▓▓▓▓

Dear Counsel:

As we discussed during the week of April 24, 2000, we are continuing our investigation into ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and the underlying allegations of Respondent's hiring practices. Accordingly, it is necessary for us to request additional documentation. The Commission is required by law to investigate these charges and this request for information does not necessarily represent the entire body of evidence which we need to obtain from your client in order that a proper determination as to the merits ▓▓▓▓▓▓▓ can be made. Please submit a response to the following no later than May 26, 2000:

1. As previously requested and discussed during our interviews of April 26, 27 and 28, 2000, please provide copies of all applications and/or resumes, applicant logs, lead/response tracking sheets and any interviews notes pertaining to counselor vacancies occurring during the period of January 1995 to the present. This includes, but is not limited to, all responsive documents maintained at the various company[1] centers, in the possession of/ or were in the possession of hiring officials, responsive documents maintained at the Respondent's corporate office and those responsive documents stored at the company's storage facility.[2]

---

[1] When responding to the EEOC's request for information, the term "company" refers to LA Weight Loss Centers and all of its affiliates, including, but not limited to, former entity Quick Weight Loss Centers.

[2] Respondent's response should include any and all documents which pertain to the identification, consideration and selection of applicants to the position of counselor.

**EEOC 00343**

EEOC-000343

Mr. Landau, Esq.
Ms. Anderson-Miraglia, Esq.
May 10, 2000
Page 2

2. Please provide a list of all hires, annotated by name, gender, job title, date of hire, employment status, and job location, who were hired by the "company" during the period of January 1995 to the present.

3. Please provide copies of the personnel files for ▮▮▮▮▮▮▮▮ (Ms. Koch, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Sincerely,

*[signature]*

Judy Navarro
Investigator

EEOC 00344

EEOC-000344

CONFIRMATION REPORT - MEMORY SEND

```
                                    Time        : MAY-10-00  14:05
                                    Fax number:
                                    Name        : EEOC BALTIMORE

Job            : 866
Date           : MAY-10  14:03
To             : 82154052913
Doc. pages     : 03
Start time     : MAY-10  14:03
End time       : MAY-10  14:05
Pages sent     : 03
Job:866              *** SEND SUCCESSFUL ***
```

# FAX TRANSMISSION
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
Phone: 410-962-3932
Fax: 410-962-4270 or 410-962-2817

To: Amy Anderson-Miraglia   Date: 5-10-2000
Fax #: (215) 405-2913   Pages: 3 (including this cover sheet)
From: Judy Navarro
Subject: LA Weight Loss request for information
COMMENTS:

Amy,
Please let me know - if you anticipate any problems in providing the requested information by the due date.
Thanks. Judy

EEOC 00345

EEOC-000345