# EXHIBIT AAA



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

Charge No. 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

Kathy C. Koch                                                        Charging Party
969 Darmouth Lane
Woodmere, NY 11598-1009

LA Weight Loss Centers, Inc.                               Respondent
255 Business Center Drive,
Suite 150
Horsham, PA 19044

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the above cited Charge of Discrimination filed under Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

All requirements for coverage have been met.

Charging Party alleged that Respondent disciplined and discharged her in retaliation for participating in activity protected under Title VII.

The evidence obtained during the investigation supports Charging Party's allegations of discriminatory discipline and discharge and that the Respondent retaliated against Charging Party for having engaged in protected activity. Therefore, the Commission finds reasonable cause to believe that Respondent discriminated against Charging Party with respect to discipline and discharge in violation of Title VII.

With respect to other issues like and related to, and which have grown out of the Commission's investigation of the allegations raised in the charge, the Commission has determined that there is reasonable cause to believe that, since at least 1997, Respondent has throughout its entire company discriminated against males as a class on the basis of gender, with respect to its selection and hiring in all positions throughout the company.

**EEOC 00032**

EEOC-000032

Determination (cont.)
Charge No. 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
Page 2

Having determined that there is reasonable cause to believe that Respondent has violated Title VII as described above, the Commission now invites Respondent to join with the Commission in a collective effort toward a just resolution of this matter through the process of conciliation. A representative of this office will contact you promptly to discuss conciliation further.

ON BEHALF OF THE COMMISSION:

SEP 14 2000
Date

James L. Lee
District Director

cc: Counsel for Respondent

  Ms. Amy Anderson Miraglia
  Mr. David E. Landau
  Wolf, Block, Schorr and Solis-Cohen LLP
  1650 Arch Street, 22nd Floor
  Philadelphia, PA 19103-2097

cc: Counsel for Charging Party

  Ms. Pamela J. White
  Mr. Barry L. Gogel
  Ober, Kaler, Grimes and Shriver
  120 East Baltimore Street
  Baltimore, MD 21202-1643

**EEOC 00033**