# EXHIBIT DDD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>        Plaintiff,<br><br>and<br><br>KATHY KOCH<br>        Intervenor/Plaintiff,<br><br>v.<br><br>LA WEIGHT LOSS CENTERS, INC.<br>        Defendant. | CASE NO.: WDQ 02-CV-648<br><br>JURY DEMANDED |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties have entered into a Settlement Agreement dated November 21, 2005, which provides for the filing of this Stipulation and Order of Dismissal;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Intervenor/Plaintiff, Kathy Koch and Defendant, LA Weight Loss Centers, Inc., that Kathy Koch voluntarily dismisses all her claims in this civil action, with prejudice and without costs to either party.

SO STIPULATED:
FOR KATHY KOCH

OBER, KALER, GRIMES & SHRIVER

By: _____
Pamela J. White, Esquire
120 East Baltimore Street
Baltimore, MD 21202-1643

SO STIPULATED:
FOR LA WEIGHT LOSS CENTERS, INC.

WOLF, BLOCK, SCHORR AND
SOLIS-COHEN, LLP

By: _____
David E. Landau, Esquire
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

SO ORDERED:

_____ U.S.D.J.
11/29/5

# OBER KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 443-263-7523
www.ober.com

Pamela J. White
pjwhite@ober.com
410-347-7323

Offices In
Maryland
Washington, D.C.
Virginia

November 29, 2005

**VIA HAND DELIVERY**

Honorable William D. Quarles, Jr.
United States District Court for the
 District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 3A
Baltimore, Maryland 21201

 Re: EEOC, et al. v. LA Weight Loss Centers, Inc.
  Civil No.: WDQ-02-cv-648

Dear Judge Quarles:

Kathy C. Koch and LA Weight Loss Centers, Inc. have agreed to confidential terms of settlement of all issues between those two parties. The EEOC is expected to proceed in the remaining litigation on its claims against LA Weight Loss, and is not a party to the confidential settlement agreement existing between Ms. Koch and LA Weight Loss.

The Court's consideration is appreciated to order the dismissal of Ms. Koch's claim, with prejudice, as indicated in the enclosed Stipulation. Please call me or Bruce Harrison with any questions.

 Respectfully,

 *Pamela J. White* (signature)

 Pamela J. White

PJW/cks
Enclosure
cc: David E. Landau, Esquire (via fax and U.S. mail)
 Bruce Harrison, Esquire (via fax and U.S. mail)
 Ronald L. Phillips, Esquire (via fax and U.S. mail)
 Tracy Hudson-Spicer, Esquire (via fax and U.S. mail)

776966