# EXHIBIT GGG

UNITED STATES DISTRICT COURT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO.  WDQ-02-CV-648


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

and
KATHY KOCH,

    Plaintiff-Intervenor,

    v.

LA WEIGHT LOSS,

      Defendant.

_____/


VIDEOTAPED DEPOSITION OF EILEEN STANKUNAS
VOLUME II


Monday December 6, 2004
10:30 a.m. - 5:35 p.m.

One Biscayne Boulevard
Miami, Florida


Reported By:
Judith M. Caputo, Shorthand Reporter
Notary Public, State of Florida
Esquire Deposition Services
Miami Office
Phone - 800.292.6952
       305.371.2713

Page 253

1 LA Weight Loss?
2    A.  Not the date or when.
3    Q.  But do you recall she was fired?
4    A.  She was let go, yes.
5    Q.  Do you know who made the decision to fire
6 her?
7    A.  It probably was -- and I don't remember it
8 all, but leaving her go would have entailed Vahan's
9 decision on that, also.
10    Q.  But you don't --
11    A.  No, I don't remember --
12    Q.  -- sitting here today --
13    A.  No.
14    Q.  -- you don't recall who made the decision to
15 fire her?
16    A.  No. I don't, no.
17    Q.  Since you started at LA Weight Loss, and I'm
18 talking about not just since the company was known as
19 LA Weight Loss, but starting when it was Quick Weight
20 Loss, also, the whole timeframe, did you hire any
21 males?
22    A.  Yes.
23    Q.  For what positions?
24    A.  Counselors.
25    Q.  When?

Page 254

1    A.  Various times.
2    Q.  Did you hire any males after January 1st, 1997?
3    A.  I don't remember.
4    Q.  How many males did you hire for counselor
5 position?
6    A.  Don't remember.
7    Q.  Do you recall any of their names?
8    A.  No.
9    Q.  Were these hires prior to becoming senior
10 vice-president?
11    A.  Yes.
12    Q.  Were these hires prior to becoming a general
13 manager?
14    A.  I'm not sure, but I would say, yes, due to
15 the fact that I was far removed as a general manager
16 hiring counselors.
17    Q.  Okay. Do you recall whether these hires were
18 prior to being a director of center operations?
19    A.  Say that again, please.
20    Q.  Do you recall whether these male hires
21 were -- any of them were prior to -- Well, let me
22 withdraw and rephrase.
23       Were any of these male hires for counselor
24 during the timeframe that you served as a director of
25 center operations?

Page 255

1    A.  I'm not sure.
2    Q.  Do you recall what centers they were hired
3 for?
4    A.  No.
5    Q.  Have you ever hired a male for any position
6 other than counselor at LA Weight Loss?
7    A.  No.
8    Q.  Do you recall whether these males who you
9 hired were ever promoted to higher positions?
10    A.  No.
11    Q.  You don't recall?
12    A.  I do not recall.
13    Q.  When you say you hired these males, do you
14 mean that you personally made the decision to hire
15 them?
16    A.  I didn't personally hire them, that I can
17 remember. So I don't want to say that I did, but I
18 know that when they -- as well -- now we're going back
19 in the beginning. I had a lot of input on everything,
20 but I was growing the company, so I gave a lot of
21 decisions, like I said before, that I had to trust
22 their decision and went along with it.
23    Q.  So these were hires by subordinates, but
24 within your territories?
25    A.  Yes.

Page 256

1    Q.  Did you ever have an opportunity to observe
2 the work of any of these male hires?
3    A.  Yes.
4    Q.  Did you form any impression as to the quality
5 of their work?
6    A.  Yes.
7    Q.  What was your impression?
8    A.  None of the women wanted to be weighed by the
9 men. Not only did they want -- and they refused to
10 have the male weigh them, nor would they sit and tell a
11 man that they ate three cherry pies and a pizza, and
12 they just wouldn't say that. They did not feel
13 comfortable.
14       And also has backfired on me quite a lot --
15 well, quite a lot, once, twice. I don't remember when,
16 I don't remember the person, but a male measured a
17 woman and measured her inappropriately. The woman
18 complained, and it could have turned into a case, but
19 the woman was nice enough.
20       Another male made an advance to a woman, and
21 she came to me crying. And I sat down with him, I told
22 him, he promised me that he wasn't inappropriate with
23 the behavior. She came back the next time, and he gave
24 her his phone number and stuck it in her hand.
25       So, it's -- it has, as far as I've been in