# EXHIBIT HHH

# APPLICATION FOR EMPLOYMENT
PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

## PERSONAL INFORMATION

DATE: 6-17-99

**NAME (LAST NAME FIRST):** Adkins George Fleming
**SOCIAL SECURITY NO.:** 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
**PRESENT ADDRESS:** 7511 Cimarron Ct
**CITY:** Chesterfield
**STATE:** VA
**ZIP CODE:** 23225
**PERMANENT ADDRESS:** 7511 Cimarron Ct
**CITY:** Chesterfield
**STATE:** VA
**ZIP CODE:** 23225
**PHONE NO.:** (104) 323-1338
**REFERRED BY:** Newspaper Ad

## EMPLOYMENT DESIRED

**POSITION:** Manager
**DATE YOU CAN START:** ASAP
**SALARY DESIRED:**
**ARE YOU EMPLOYED?** ☐ YES ☑ NO
**IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?** ☐ YES ☐ NO
**EVER APPLIED TO THIS COMPANY BEFORE?** ☐ YES ☑ NO
**WHERE?**
**WHEN?**

## EDUCATION HISTORY

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Huguenot | 4 | Yes | |
| HIGH SCHOOL | Norfolk State University / Huguenot | 4 / 8 | No / No | Biology / Finance |
| COLLEGE | Norfolk State University / VCU | 2 / 3 | No / No | Biology / Finance |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL INFORMATION

**SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS:**

**U.S. MILITARY OR NAVAL SERVICE:**
**RANK:**

## FORMER EMPLOYERS

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM / TO | See Resume | | | |
| FROM / TO | | | | |
| FROM / TO | | | | EEOC 7511 |
| FROM / TO | | | | |

Adams 9668
APR 1998

**APPLICATION FOR EMPLOYMENT**

CONTINUED ON OTHER SIDE

CONFIDENTIAL

## REFERENCES

| NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|
| Clyde Whitlock | Rich VA | | 18 |
| Mark Jordan | Fairfax VA | | 5 |
| John Charles | Sterling VA | | 7 |

## AUTHORIZATION

"I certify that the facts contained in this application are true and complete to the best of my knowledge and understand that, if employed, falsified statements on this application shall be grounds for dismissal.

I authorize investigation of all statements contained herein and the references and employers listed above to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release the company from all liability for any damage that may result from utilization of such information.

I also understand and agree that no representative of the company has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing, unless it is in writing and signed by an authorized company representative."

DATE 6-17-99   SIGNATURE [signed]

INTERVIEWED BY _____   DATE _____

— DO NOT WRITE BELOW THIS LINE —

## REMARKS

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| NEATNESS | CHARACTER | EEOC 7512 |
|---|---|---|
| PERSONALITY | ABILITY | |
| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |

APPROVED: 1. _____   2. _____   3. _____
            EMPLOYMENT MANAGER    DEPARTMENT HEAD    GENERAL MANAGER

This application for employment is sold only for general use throughout the United States. Adams assumes no responsibility and hereby disclaims any liability for the inclusion in this form of any questions or requests for information upon which a violation of local, state and/or federal law may be based. It is the user's responsibility to ensure that this form's use complies with applicable laws, which change from time to time.

CONFIDENTIAL