# EXHIBIT III

JAN-25-00 TUE 05:58 PM C GERETZ                732 985 2463            P.01

## STUART ARON, CLT(NCA)
107 Rosebank St.
Lakewood, NJ 08701
(732) 901-8647

NO

### Objective

Certified Medical Lab Technician/ Phlebotomist seeking a position

### Employment

| | |
|---|---|
| Phlebotomist | 7/98 - Present |
| New Lisbon Developmental Center - PT | New Lisbon, NJ |
| | |
| EMT/PAT | 7/97 - 11/97 |
| Medi-transport of NJ | Howell, NJ |

Transportation of patients via ambulance and wheelchair coaches.

| | |
|---|---|
| EMT/PAT | 8/96 - 7/97 |
| SAS/AMR | Lakewood, NJ |

Transportation of patients via ambulance and wheelchair coaches.

| | |
|---|---|
| Phlebotomist | 1993 - 1996 |
| Aculabs | Edison, NJ |

Collection of specimens from nursing home patients.

| | |
|---|---|
| MLT Intern | 1992 - 1993 |
| Maimonides Medical Center | Brooklyn, NY |

Internship in Clinical Chemistry, Hematology, Urinalysis, Arterial Blood Gases, Microbiology and Serology.

### Education

| | |
|---|---|
| Certificate - Emergency Medical Care - Paramedicine. | 1993 - 1994 |
| Borough of Manhattan Community College | New York, NY |

National Dean's List recognition.

| | |
|---|---|
| Certificate - Medical Laboratory Technology. | 1992 |
| SYRIT College | Brooklyn, NY |

Trained in all areas of the laboratory including phlebotomy

| | |
|---|---|
| Bachelor's RTS; Master's RTS | 1979 - 1991 |
| BMG College | Lakewood, NJ |
| | |
| Diploma | 1975 - 1979 |
| Milton Eisner Yeshiva High School | Scranton, PA |

Chamber of Commerce Award, Humanities.

EEOC 04501

CONFIDENTIAL