# EXHIBIT JJJ

# APPLICATION FOR EMPLOYMENT
PRE-EMPLOYMENT QUESTIONNAIRE
AN EQUAL OPPORTUNITY EMPLOYER

## PERSONAL INFORMATION

NAME (LAST NAME FIRST): BAIER, Timothy
SOCIAL SECURITY NO.: 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
PRESENT ADDRESS: 8391 Glen Highlands
CITY: Indy
STATE: IN
ZIP: 46236
PERMANENT ADDRESS: Same
ARE YOU 18 YEARS OR OLDER? YES
PHONE (317) 823-3938

Margin annotation: BAIER, Tim (LAST / FIRST / MIDDLE)

## DESIRED EMPLOYMENT

POSITION: Sales Manager
DATE YOU CAN START: 4/7/78
SALARY DESIRED: 30+ /base + %
ARE YOU EMPLOYED NOW? YES
IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? YES
EVER APPLIED TO THIS COMPANY BEFORE? NO
EVER WORKED FOR THIS COMPANY BEFORE? NO
REASON FOR LEAVING:
NAME OF LAST SUPERVISOR AT THIS COMPANY:
WHO REFERRED YOU TO THIS COMPANY? Newspaper advertising (checked)

## EDUCATION

| SCHOOL LEVEL | NAME AND LOCATION OF SCHOOL | NO. OF YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | |
| HIGH SCHOOL | See Resume | | | |
| COLLEGE | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL

SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK:
SPECIAL TRAINING:
SPECIAL SKILLS:

Adams 9288
(Jan. 1982)

EEOC 5421

CONFIDENTIAL

FORMER EMPLOYERS  *See Resume*
LIST BELOW LAST THREE EMPLOYERS, STARTING WITH THE MOST RECENT ONE FIRST.

| NAME OF PRESENT OR LAST EMPLOYER | | | | |
|---|---|---|---|---|
| ADDRESS | CITY | | STATE | ZIP |
| STARTING DATE | LEAVING DATE | | JOB TITLE | |
| WEEKLY STARTING SALARY | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | ☐ YES | ☐ NO |
| NAME OF SUPERVISOR | | TITLE | | PHONE |
| DECRIPTION OF WORK | | | | |
| REASON FOR LEAVING | | | | |

| NAME OF PREVIOUS EMPLOYER | | | | |
|---|---|---|---|---|
| ADDRESS | CITY | | STATE | ZIP |
| STARTING DATE | LEAVING DATE | | JOB TITLE | |
| WEEKLY STARTING SALARY | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | ☐ YES | ☐ NO |
| NAME OF SUPERVISOR | | TITLE | | PHONE |
| DECRIPTION OF WORK | | | | |
| REASON FOR LEAVING | | | | |

| NAME OF PREVIOUS EMPLOYER | | | | |
|---|---|---|---|---|
| ADDRESS | CITY | | STATE | ZIP |
| STARTING DATE | LEAVING DATE | | JOB TITLE | |
| WEEKLY STARTING SALARY | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | ☐ YES | ☐ NO |
| NAME OF SUPERVISOR | | TITLE | | PHONE |
| DECRIPTION OF WORK | | | | |
| REASON FOR LEAVING | | | | |

EEOC 5422

CONFIDENTIAL

## REFERENCES

BELOW, GIVE THE NAMES OF THREE PERSONS YOU ARE NOT RELATED TO, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| | NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

## SERVICE RECORD

| BRANCH OF SERVICE | DISCHARGE DATE | RANK |
|---|---|---|
| United States Navy | May 89 | E4 |

| HAVE YOU BEEN CONVICTED OF A FELONY WITHIN THE LAST 5 YEARS? | YES | ✓ NO |
|---|---|---|

IF YES, EXPLAIN. (WILL NOT NECESSARILY EXCLUDE YOU FROM CONSIDERATION)

## AUTHORIZATION

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.

I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

DATE _____   SIGNATURE _____

EEOC 5423

CONFIDENTIAL

## DO NOT WRITE ON THIS PAGE
## FOR INTERVIEWER'S USE ONLY

| INTERVIEWED BY | DATE |
|---|---|
| COMMENTS | |
| | |

| INTERVIEWED BY | DATE |
|---|---|
| COMMENTS | |
| | |

| INTERVIEWED BY | DATE |
|---|---|
| | |

| HIRED (DATE) FOR DEPT. | FOR POSITION |
|---|---|
| SALARY WAGES | WILL REPORT |

| | | | DATE |
|---|---|---|---|
| APPROVED 1 | EMPLOYMENT MANAGER | | |
| APPROVED 2 | DEPARTMENT MANAGER | | |
| APPROVED 3 | GENERAL MANAGER | | |

Interviewer: The additional information that may be necessary to complete an applicant's record can be obtained after hiring, during a POST HIRING INTERVIEW. Adams Form No. 8287 Employee's Record File contains a section for this purpose, while also serving as a means for up-to-date recording of employment status changes and for holding all employment forms.

This application for employment is sold only for general use throughout the United States. Adams assumes no responsibility and hereby disclaims any liability for the inclusion in this form of any questions or requests for information upon which a violation of local, state and/or federal law may be based. It is the user's responsibility to ensure that this form's use complies with applicable laws, which change from time to time.

Adams

EEOC 5424

CONFIDENTIAL