# EXHIBIT KKK

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
AN EQUAL OPPORTUNITY EMPLOYER

## PERSONAL INFORMATION

| NAME (LAST NAME FIRST) | | | SOCIAL SECURITY NO. |
|---|---|---|---|
| BALTHAZOR | JAMES | | 215-98-76P2 |

| PRESENT ADDRESS | APT. NO | CITY | STATE | ZIP |
|---|---|---|---|---|
| 215 HALL DR | | HANOVER | PA | 17331 |

| PERMANENT ADDRESS | APT. NO. | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

| ARE YOU 18 YEARS OR OLDER? | PHONE |
|---|---|
| [X] YES  [ ] NO | 717 630 F436 |

Side margin: BALTHAZOR (LAST) / JAMES (FIRST) / C.T. (MIDDLE)

## DESIRED EMPLOYMENT

| POSITION | DATE YOU CAN START | SALARY DESIRED |
|---|---|---|
| MANAGEMENT TRAINEE | | 350-400 WEEK |

| ARE YOU EMPLOYED NOW? | IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? |
|---|---|
| [X] YES [ ] NO | [ ] YES [ ] NO |

| EVER APPLIED TO THIS COMPANY BEFORE? | WHERE? | WHEN? |
|---|---|---|
| [ ] YES [X] NO | | |

| EVER WORKED FOR THIS COMPANY BEFORE? | WHERE? | WHEN? |
|---|---|---|
| [ ] YES [X] NO | | |

REASON FOR LEAVING

NAME OF LAST SUPERVISOR AT THIS COMPANY

WHO REFERRED YOU TO THIS COMPANY?
[ ] EMPLOYMENT AGENCY   [X] NEWSPAPER ADVERTISING   [ ] FRIEND
[ ] STATE EMPLOYMENT OFFICE   [ ] COLLEGE PLACEMENT SERVICE   [ ] WALK IN   [ ] OTHER

## EDUCATION

| SCHOOL LEVEL | NAME AND LOCATION OF SCHOOL | NO. OF YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Cockeysville JR High | 4 | YES | |
| HIGH SCHOOL | Dulaney High School, Timonium MD | 3 | YES | General Studies |
| COLLEGE | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL

SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK

SPECIAL TRAINING

SPECIAL SKILLS

Adams 9288    (Jan. 1992)

Application For Employment

CONFIDENTIAL

LA-0059941

**FORMER EMPLOYERS**
LIST BELOW LAST THREE EMPLOYERS, STARTING WITH THE MOST RECENT ONE FIRST.

| NAME OF PRESENT OR LAST EMPLOYER | SHEETZ | | | | |
|---|---|---|---|---|---|
| ADDRESS | 1191 CARLISLE ST | CITY HANOVER | STATE PA | ZIP 17331 | |
| STARTING DATE OCT 97 | LEAVING DATE | | JOB TITLE DEPT. MGR | | |
| WEEKLY STARTING SALARY 7.90 hR | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | YES | NO | |
| NAME OF SUPERVISOR HELEN SMITH | | TITLE GENERAL MANAGER | | PHONE | |
| DESCRIPTION OF WORK INVENTOR CONTROL, ORDERING RUNNING SHIFTS | | | | | |
| REASON FOR LEAVING | | | | | |

| NAME OF PREVIOUS EMPLOYER | APPLEBY PATIO ENCLOSURES | | | | |
|---|---|---|---|---|---|
| ADDRESS | | CITY YORK | STATE PA | ZIP | |
| STARTING DATE SEPT 97 | LEAVING DATE OCT. 97 | | JOB TITLE | | |
| WEEKLY STARTING SALARY $400 OR COMM. | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | YES | NO | |
| NAME OF SUPERVISOR MARK | | TITLE OFFICE MANAGER | | PHONE | |
| DESCRIPTION OF WORK SELL PATIO'S | | | | | |
| REASON FOR LEAVING NOT STEADY WORK | | | | | |

| NAME OF PREVIOUS EMPLOYER | COMBINED LIFE INSURANCE | | | | |
|---|---|---|---|---|---|
| ADDRESS 5050 N BROADWAY | | CITY CHICAGO | STATE IL | ZIP | |
| STARTING DATE MARCH 97 | LEAVING DATE AUG. 97 | | JOB TITLE SALES MAN | | |
| WEEKLY STARTING SALARY COMM- | WEEKLY FINAL SALARY | MAY WE CONTACT YOUR SUPERVISOR? | YES | NO | |
| NAME OF SUPERVISOR DENNIS SHAY JR | | TITLE | | PHONE | |
| DESCRIPTION OF WORK SELL AND SERVICE CUSTOMERS | | | | | |
| REASON FOR LEAVING | | | | | |

CONFIDENTIAL

LA-0059942

**REFERENCES**
BELOW, GIVE THE NAMES OF THREE PERSONS YOU ARE NOT RELATED TO, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| | NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|---|
| 1 | HARRY HANSFORD | 2123 GRANDVIEW RD  6373002 | | 1½ |
| 2 | JEFF NEWBERRY | 29 PICKBURN CT COCKEYSVILLE MD 21030  410 667 0271 | PHONE COMPANY | 17 |
| 3 | | | | |

**SERVICE RECORD**

| BRANCH OF SERVICE | DISCHARGE DATE | RANK |
|---|---|---|
| US COAST GUARD | | E-2 |

| HAVE YOU BEEN CONVICTED OF A FELONY WITHIN THE LAST 5 YEARS? | ☐ YES  ☒ NO |
|---|---|
| IF YES, EXPLAIN. (WILL NOT NECESSARILY EXCLUDE YOU FROM CONSIDERATION) | |

**AUTHORIZATION**

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.

I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

7/23/98
DATE

James Babbage
SIGNATURE

CONFIDENTIAL

LA-0059943