# EXHIBIT LLL

09/23/97  TUE 20:58 FAX 3517017          KINKO,S FT LAUD II                                    ☐001

36

Ron Chalhon
954-781-5165

To whom it may concern:

Before you throw this letter away, give me 30 seconds to tell you why you might like to meet me. I'm a highly motivated individual with excellent people and leadership skills, high business ethics, good management and business acumen and a verifiable track record of many successful business achievements.

My current goal is to explore new career options that fit in letter with my personality. Now I want to transfer those skills into a new industry. I am willing to work long and arduous hours to accomplish the desired results. I'm a go-getter never satisfied with, mediocrity!

Can you use a person who has:
* An imaginative way of handling problems?
* Personal confidence, especially in face to face contact?
* Organizing and planning ability?
* Adept at problem resolution, working cross functionally with others and prioritizing responsibilities.

Can you spare me a few minutes to have a short face to face meeting with you? I would like to discuss the possibility of employment with your firm. I'm sure you are very busy person but anytime you might afford me would be greatly appreciated.

Sincerely,

Ron Chalhon

EEOC 03227

CONFIDENTIAL

## RONALD S. CHALHON
## (954) 781-5165

**OBJECTIVE:** A career opportunity in the field of retail management/sales or related area which allows for growth and advancement according to performance and ability.

**EDUCATION:**
- KINGSBOROUGH COLLEGE, Brooklyn, N.Y.
  Associate in Liberal Arts Degree, 1983

- BROOKLYN COLLEGE, Brooklyn, N.Y.
  Coursework in Business Administration, 1983-1984

- NYU SCHOOL OF CONTINUING EDUCATION, NYC
  Coursework in Marketing/Business Techniques, 1988

- NYS REAL ESTATE LICENSE, 1989

**EMPLOYMENT HISTORY:**

3/88-Present
ADAM FOOTWEAR CO., New York, N.Y.
**Manager**
- Managed all aspects of retail store operations, including sales, customer service, inventory, etc.
- Supervise activities of 25 staff.
- Organized Financial Records for 3 stores.

9/83-12/87
FLORENCE'S HALLMARK CARD & GIFT STORE, Long Island, NY
**Manager/Owner**
- Responsible for all aspects of retail store operations, inventory and customer service.
- Prepared staff payroll.
- Hired/Terminated and trained personnel.
- Prepared and organized Financial Records/Statements for 2 stores.
- Supervising activities of 12 staff.

**PERSONAL:** Born: 12/25/59   Single   Excellent Health

EEOC 03228

CONFIDENTIAL