# EXHIBIT MMM

(ARI)
Sent

**REGINALD WILLIAM CHARLES COOPER III**
5937 KENNERLY
ST. LOUIS MO 63112

HOME: 314.382.1896
PAGER: 314.981.5683

---

Dear Sir or Madam:

I am a young, aggressive Manager/Assistant Manager in the market for a new, more challenging position in an encouraging, and fast pace environment that is conducive to career advancement and personal growth.

I have gained my experience over the years from Edison Brothers Company, Inc., and Productive Business Services. Throughout these years I have learned to manage and handle the accounting aspect from these companies. I have learned just how valuable Customer Relation Service is.

I have enclosed an expanded version of my resume to highlight some of the responsibilities of my work in the positions I have held. If you would like further details or clarification of my experience, I would be more than happy to supply anything further. I am anxious to meet with you to discuss possible career opportunities at your earliest convenience.

Thank you for taking the time to review my resume. I look forward to the possibility of discussing my professional career with you in the near future.

Cordially,

Reginald W. C. Cooper III

Enclosures

EEOC 4760

CONFIDENTIAL

REGINALD WILLIAM CHARLES COOPER III
5937 KENNERLY
ST. LOUIS MO 63112

HOME: 314.382.1896
PAGER: 314.981.5683

---

Dear Sir or Madam:

    I am a young, aggressive Manager/Assistant Manager in the market for a new, more challenging position in an encouraging, and fast pace environment that is conducive to career advancement and personal growth.

    I have gained my experience over the years from Edison Brothers Company, Inc., and Productive Business Services. Throughout these years I have learned to manage and handle the accounting aspect from these companies. I have learned just how valuable Customer Relation Service is.

    I have enclosed an expanded version of my resume to highlight some of the responsibilities of my work in the positions I have held. If you would like further details or clarification of my experience, I would be more than happy to supply anything further. I am anxious to meet with you to discuss possible career opportunities at your earliest convenience.

    Thank you for taking the time to review my resume. I look forward to the possibility of discussing my professional career with you in the near future.

                  Cordially,


                  Reginald W. C. Cooper III

Enclosures

EEOC 4761

CONFIDENTIAL

### REGINALD WILLIAM CHARLES COOPER III

5937 Kennerly  
St. Louis MO. 63112

HOME: 314-382-1896  
PAGER: 314-981-5683

---

**OBJECTIVE:** To obtain a position in which my skills and abilities will be utilized and enhanced within your organization. Seven years of Office and Managerial experience. The ability to oversee five or more employees, excellent customer service relations over the phone or in person. Knowledge of basic computer language, WordPerfect 6.0, Lotus 1-2-3, D-Base IV, Appleworks, Magic Window and Pascal. Excellent database / data entry, data processing, filling and proofing skills. Proficient in use of 10- key calculators.

**EXPERIENCE:**

**Executive Loan Manager**   ILLINOIS TITLE LOANS   November, 1997 to Present

Reviewed all loans and checks issued. Retrieved customers records from a personal computer. Often dealt with the Branch Manager about the results of goals and objectives. Made complex decisions that had a significant impact on the profitability and performance of the Branch.

**Administrative Assistant**   PRODUCTIVE BUSINESS SERVICE   July, 1987 to November, 1997

Handled inventory control, data entry, and loss prevention. Also dealt with payroll.

**Manager**   EDISON BROTHER'S STORES, INC.   July, 1987 to March, 1990

Managed a sales crew of 8 employees. Regulated available hours for scheduling. Disbursed incentives to help sales quotas, in order to reach weekly and monthly goals. Handled weekly window display computerized bookkeeping and accounting. Assured customer satisfaction.

**Administrative Assistant**   MISSOURI VETERAN HOME   December, 1994 to April, 1995

Entered data into the computer, handled payroll and part time patient care NA.

**Education:**

August, 1987 to January, 1990

UNIVERSITY OF ST. LOUIS MISSOURI  
Major: Business/ Accounting   Minor:   Marketing/ Administration

UNIVERSITY CITY HIGH SCHOOL  
General Studies- Diploma

1

EEOC 4762

07/17/1999  15:25   8685557   KIMBERLY BARNES   PAGE 02

CONFIDENTIAL

378 NORTH TAYLOR AVE
PHONE 314-531-9226 • PCS 314-265-1699

# REGINALD. WILLIAM CHARLES COOPER III

## OBJECTIVE

To obtain a position in which my skills and abilities will be utilized and enhanced within your organization. Ten years of Office and Managerial experience. The ability to oversee five or more employees excellent customer service relations over the phone or in person. Knowledge of basic computer language, WordPerect 6.0, Lotus 1-2-3, D-BaseIV, applework, Magic Window and Pascal. Excellent database/data entry, data processing, filing, proofing skills. Proficient in use of 10-key calculators.

## EMPLOYMENT

2001 - Present    Radio Shack                St. Louis, Missouri
*Assistant Manager*

- Inventory Management, merchandising, marketing, bookkeeping, cash handling, customer service, training and custodial task.
- High volume commission sales, cellular telephone sales specialist

2000 – 2001    Walgreens Pharmacy            St. Louis, Missouri
*Assistant Manager*

- Inventory Management, merchandising, marketing, bookkeeping, cash handling, customer service, training and custodial

1997 - 2000    Illinois Title Loans           Granite City Illinois
*Executive Loan Manager*

- Reviewed all loans and checks issued. Retrieved customer records from a personal computer. Periodic goals and objective reviews with the Branch Manager. Complex decision maker which impact the stores profitability and performance of the branch.

1987 – 1997    Productive Business Service    St. Louis, Missouri
*Administrative Assistant*

- Handled inventory control, data entry, and loss prevention. Also handled payroll.

1987 – 1990    Edison Brother's Store         St. Louis, Missouri
*Manager*

- Managed a sales crew of eight employees. Regulated available hours for scheduling. Disbursed incentives to help sales quotas in order to reach weekly and monthly goals. Created window displays on an bi-weekly basis. Computerized bookkeeping, accounting, and inventory duties. Assured customer service satisfaction.

## EDUCATION

1987 - 1990    University of St. Louis Missouri    St. Louis, Missouri
- Business Accounting (major)
- Marketing Administration (minor)

1984-1987    University City High School       St. Louis, Missouri
- General Studies (diploma)

## REFERENCES

Upon Request

00000'23