# EXHIBIT NNN

Case 1:02-cv-00648-WDQ    Document 177-64    Filed 03/09/2007    Page 1 of 3

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

Brandywine / Newark Dragon computers

DATE _____

## PERSONAL INFORMATION

| NAME (LAST NAME FIRST) | SOCIAL SECURITY NO. |
|---|---|
| Dean James | 221 - 62 - 2533 |

| PRESENT ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 56 Yale Ave | NC | De | 19720 |

| PERMANENT ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Same | | | |

| PHONE NO. | REFERRED BY |
|---|---|
| (302) 322-1689 | News Journal |

## EMPLOYMENT DESIRED

| POSITION | DATE YOU CAN START | SALARY DESIRED |
|---|---|---|
| Cansil | Present | Neg |

ARE YOU EMPLOYED? ☐ Yes ☒ No   IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? ☐ Yes ☐ No

EVER APPLIED TO THIS COMPANY BEFORE? ☐ Yes ☒ No   WHERE? _____   WHEN? _____

| | NAME AND LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | George Read | 3 | yes | Academic |
| HIGH SCHOOL | Wm Penn | 4 | yes | Academic |
| COLLEGE | De. Tech | 1 | | Business Mngmt |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS: 4 yrs Sales Exper   Computor skills

| U.S. MILITARY OR NAVAL SERVICE | RANK |
|---|---|
| N/A | |

## FORMER EMPLOYERS
(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 4/94 TO 10/97 | MBNA | 27k | Cust Serv, Direct promotion, Telemarketing | |
| FROM TO | | | | |
| FROM TO | | | | |
| FROM TO | | | | EEOC 7068 |

Adams   (CONTINUED ON OTHER SIDE)   LA218

CONFIDENTIAL

EEOC-007068

REFERENCES
GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| # | NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|---|
| 1 | John Dunnack | R+7 Bear De. | Reverend | 4 |
| 2 | Stephanie Hammond | 400 Christiana Rd | MBNA Mngr | 4 |
| 3 | Clint Wallin | 22 Notre dame Ave Nc. De | Self Employ | 4 |

AUTHORIZATION

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL. I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.
I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

DATE 1/23/98   SIGNATURE _____

INTERVIEWED BY _____   DATE _____

——— DO NOT WRITE BELOW THIS LINE ———

REMARKS

Worked MBA
Sales - card telemarketing

| NEATNESS | | CHARACTER | | EEOC 7069 |
|---|---|---|---|---|
| PERSONALITY | | ABILITY | | |
| HIRED | FOR DEPT | POSITION | WILL REPORT | SALARY WAGES |

APPROVED: 1. _____  2. _____  3. _____
             EMPLOYMENT MANAGER     DEPT. HEAD         GENERAL MANAGER

THIS APPLICATION FOR EMPLOYMENT IS SOLD ONLY FOR GENERAL USE THROUGHOUT THE UNITED STATES ADAMS ASSUMES NO RESPONSIBILITY AND HEREBY DISCLAIMS ANY LIABILITY FOR THE INCLUSION IN THIS FORM OF ANY QUESTIONS OR REQUESTS FOR INFORMATION UPON WHICH A VIOLATION OF LOCAL, STATE AND/OR FEDERAL LAW MAY BE BASED. IT IS THE USER'S RESPONSIBILITY TO ENSURE THAT THIS FORM'S USE COMPLIES WITH APPLICABLE LAWS WHICH CHANGE FROM TIME TO TIME.

LA219

CONFIDENTIAL

EEOC-007069