# EXHIBIT OOO

**Larry A. Gor**
7095 Brownstone Ct.
Middletown, Md. 21769
(301) 371-4741
FAX (301) 371-4741
E-MAIL larryagor@xecu.net

**SUMMARY**

Over twenty years of experience in sales, marketing and consulting various products and services pertaining to improved performance. Consistently team helped organizations attain sales goals while developing direct reports through coaching. Works well in both environment and one-on-one. Excellent presentation and motivational skills.

**TRAINING AND DEVELOPMENT**

- Marked and sold soft skill consulting services to various organizations.

- Developed and delivered effective rapport building program for sales training using neuro-linguistic programming (NLP) techniques. Resulted in out standing evaluations and additional clients for one-on-one coaching.

- Coached sales professionals individually which increased their sales performance by 45%.

- Trained numerous employees at former fortune 100 employer to consistent over quota performance.

- Designed and delivered professional image workshops to downsized population leading to more effective interviewing.

**MANAGEMENT/LEADERSHIP**

- Supervised sales professionals at Motorola to over quota performance four consecutive years, resulting in several promotions.

- Recruited and hired career-oriented sales team at Motorola, substantially reducing employee turnover within region.

- Successfully project managed large scale downsizing initiative, as a consultant, for fortune 100 organization. Resulted in 75% job placement within three months.

CONFIDENTIAL

LA-0015140
LA-0015140
LA-0015140

Larry A. Gor·

**WORK HISTORY**

    1992-Present    Human Performance Consultant

    1981-1989    Motorola Communications & Electronics

**EDUCATION**

    WEST CHESTER UNIVERSITY, West Chester, PA
    B.S. Secondary Education, Major: English

**PROFESSIONAL ASSOCIATIONS**

    Business Network International (BNI) Frederick, MD
    Frederick County Chamber of Commerce
    Entrepreneur Council of Frederick County, MD

**CERTIFICATIONS**

    Diversity Learning Experience-Texaco, Inc.
    Productive and Respectful Workplaces-Maryellen Lurie & Associates
    Managing Conflict in the Workplace-Coopers & Lybrand
    Coaching to Manage Performance-Coopers & Lybrand
    Group Dynamics-Coopers & Lybrand
    Neuro-linguistics Programming (NLP)-INDABA Sales Training
    Effective Customer Service-Creating Training Solutions
    Career Transition & Outplacement-Lee Hecht Harrison
    On the Level Communications-McLagen Learning Systems
    Customer Focused Goals-McLagen Learning Systems
    The Birkman Method Assessment

CONFIDENTIAL

LA-0015141
LA-0015141
LA-0015141