# EXHIBIT PPP

# APPLICATION FOR EMPLOYMENT
PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

*Fought with supervisor*

DATE: Febuary 5, 1998

## PERSONAL INFORMATION

| Field | Value |
|---|---|
| NAME (LAST NAME FIRST) | Lee Quinton I. |
| SOCIAL SECURITY NO. | 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 |
| PRESENT ADDRESS | 4103 Penhurst Ave. |
| CITY | Baltimore |
| STATE | MD |
| ZIP CODE | 21215 |
| PERMANENT ADDRESS | 4103 Penhurst Ave. |
| CITY | Baltimore |
| STATE | MD |
| ZIP CODE | 21215 |
| PHONE NO. | (410) 367-3493 |
| REFERRED BY | Internet |

## EMPLOYMENT DESIRED

- POSITION: Customer Service/Counselor
- DATE YOU CAN START: Febuary 6, 1998
- SALARY DESIRED: $8.50
- ARE YOU EMPLOYED? No
- IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?
- EVER APPLIED TO THIS COMPANY BEFORE? No

| NAME AND LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|
| GRAMMAR SCHOOL | | | |
| HIGH SCHOOL: Frederick Douglass, 2301 Gwynns Falls Pkwy | 4 | yes | Business/J.R.O.T.C |
| COLLEGE | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL: TESST Technology Insti. 1808 Edison Hwy | 6 months | yes | Office Computer Applications |

## GENERAL

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS: Computer Applications (MS Word, MS Excel, MS Access, MS Powerpoint, WordPerfect for Windows)

U.S. MILITARY OR NAVAL SERVICE:  RANK:

## FORMER EMPLOYERS
(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 6/96 TO 9/96 | Radio Shack, 2003 Mondawmin Mall | 4.50 + commission | Sales Representative | Went back to school |
| FROM 8/94 TO 8/96 | Burger King, 2103 Liberty Heights | 5.15 | Crew Leader | Bad Work Environment |
| FROM 8/95 TO 12/96 | America's Tele-Network, 703 Hembree St. | 9.50 | Sales/Marketing | Went back to School |
| FROM 6/94 TO 8/95 | Kidsline Call Center, 2 South St. | 5.10 | Telephone Counselor | Personal |

CONTINUED ON OTHER SIDE

Adams

EEOC 00570

CONFIDENTIAL

EEOC-000570