# EXHIBIT QQQ

09/22/97  14:38  FAX 1 407 274 7261      DELRAY                        ☒001/002

70

# FAX TRANSMITTAL

DATE: Sept 21 1997

ATTENTION: Karen

COMPANY FAX NUMBER: 215-328-9251

SUBJECT: Sales + Management

FROM: Harvey Sitnick

NUMBER OF PAGES (including cover sheet): 2

REMARKS: Dear Karen,
My Resume Is Enclosed For Your Consideration.
I Have The Experience, Sales, People And Marketing Skills To Achieve All Goals.
Please Inquire About My Ownership/Management of Beauty Salons.
I Look Forward To The Opportunity To Meet With You.

Sincerely,
Harvey Sitnick

Please note: If you do not receive all of the pages or if you have questions, please call the number above

EEOC 03179

CONFIDENTIAL

CONFIDENTIAL

EEOC-003179

09/22/97  14:39  FAX 1 407 274 7281        DELRAY                        ☒002/002

HARVEY SITNICK
478 FANSHAW L
BOCA RATON, FLORIDA 33434
561-482-6559

| | |
|---|---|
| 1989-Present | MERCHANT ACCOUNTS, BOCA RATON, FLORIDA |

Sales, leasing, rental of Visa, Mastercard processing and printing equipment to wholesale, retail and home based business.

| | |
|---|---|
| 1981-1989 | SALMARK CORPORATION, CHERRY HILL, NEW JERSEY<br>Manufacturing Representative |

Sales, marketing and merchandising of multiple lines of do-it-yourself hardware, paint, sundries and building materials to warehouse distributors, dealers and retail accounts.

| | |
|---|---|
| 1975-1981 | KEYES FIBER COMPANY, STAMFORD, CONNECTICUT<br>Eastern Region Sales Manager |

Planning, design, promotion, pricing, distribution and merchandising of new products. Direct sales and supervision of manufacturing representatives and distributor organizations in the Virginia to Maine sales territory. In six months, achieved significant sales increases and stopped the regression of the agriculture product line. In one year, increased sales 17.9% to $2.6 million. Established and increased market share of the retail peat moss line in New York and New England based retail firms.

Direct sales of molded wood pulp and foam (ESP) plastic packaging products to supermarket headquarters, food brokers, paper distributors, OEM's, specialty packaging firms, vegetable and egg packaging firms.

Direct sales of Keyes Tree Start peat moss products to tree growers and pulp manufacturers in the United States and Canada.

| | |
|---|---|
| 1965-1975 | YARDLEY ENTERPRISES INCORPORATED, JENKINTOWN, PENNSYLVANIA<br>Vice President, Sales and Marketing |

Location research, demographics, lease negotiations, franchise sales, commercial sales, store layout, installation, service of laundry and dry cleaning equipment to investors, hotels, nursing homes, motels, hospitals, laboratories, restaurants, car wash and textiles industries.

| | |
|---|---|
| EDUCATION | Central High School, Philadelphia, Pennsylvania<br>Arkansas State Teachers College<br>United States Air Force<br>Dale Carnegie Professional Selling Skills Program<br>Xerox Professional Selling Skills Program<br>Persuasive Communications Selling Skills Program |

EEOC 03180

CONFIDENTIAL

EEOC-003180