# EXHIBIT RRR

617 Cricklewood Drive
State College, PA 16803
February 7, 2000

LA Weight Loss Center
Human Resource Manager
540 Westerly Parkway
State College, PA 16801

Dear Sir or Madam:

I am writing to you in response to your ad published in the Centre Daily Times. I am looking to gain employment, beginning this May, working in a human service or health promotion related field.

Last May, I graduated from Penn State with a Bachelor of Science degree in BioBehavioral Health. I have enclosed a resume, briefly outlining some of my activities and accomplishments while in college. I am currently taking prerequisite classes for several graduate programs I have been considering for my future matriculation. I enjoy working with individuals of all ages and have gained a lot of experience in the area of nutritional assessment, both in and out of class.

I would like to meet with you and discuss possibilities for employment beginning this summer. I will contact you about setting up an interview. Thank you for your attention to my resume and for your consideration. I look forward to speaking to you in the near future.

Sincerely,

Matthew W. Turley
mwt4@psu.edu

EEOC 5878

EEOC-005878