# EXHIBIT SSS

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

DATE _10/8/92_

**PERSONAL INFORMATION**

| NAME (LAST NAME FIRST) Walker    Warren | SOCIAL SECURITY NO. 317 – 70 – 724 | |
| PRESENT ADDRESS 1153 S. Chester | CITY Indpls | STATE Ind | ZIP CODE 46203 |
| PERMANENT ADDRESS – Same – | CITY | STATE | ZIP CODE |
| PHONE NO. (317) 359-5127 | REFERRED BY Ad in Paper | | |

**EMPLOYMENT DESIRED**

| POSITION Sales | DATE YOU CAN START Immediately | SALARY DESIRED 9.00 |
| ARE YOU EMPLOYED? [X] Yes [ ] No | IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? [X] Yes [ ] No | |
| EVER APPLIED TO THIS COMPANY BEFORE? [ ] Yes [X] No | WHERE? – NA – | WHEN? |

| NAME AND LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|
| GRAMMAR SCHOOL | | | |
| HIGH SCHOOL | Baptist High School | 4 | Yes | Business |
| COLLEGE | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | FedEx – Sales<br>Ricky – FedEx Iron Sales | | |

**GENERAL**

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS

CPR / First Aid / Sign Language Interpreter

| U.S. MILITARY OR NAVAL SERVICE | RANK |

**FORMER EMPLOYERS**

(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 1992 TO Present | FedEx | $55,000 yr | Sales | Better income Same |
| FROM 1988 TO 1992 | Sharp Industries 820 S Post Rd | 12.00 hr | Accounting | |
| FROM 1984 TO 1990 | Piles Office iron Island PD | — | Paralegal | Didn't like it |
| FROM 1979 TO 1988 | St Francis Hospital Radiology | 800-800 mo | Radiologist Assistant | Went into Law Enforcement |

(CONTINUED ON OTHER SIDE)

**Application for Employment**

Adams    MAR 1994

LA-0106722

**REFERENCES**
GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| | NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|---|
| 1 | Sam Enew | 820 S Post Rd | Self Emp | 20 |
| 2 | Nick Sarow | 820 S Post Rd | Self Emp | 20 |
| 3 | Roger Barnett | ? | Judth FEDEX | 10 |

**AUTHORIZATION**

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.

I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

DATE 10/6/98    SIGNATURE _Dawnn Webb_

INTERVIEWED BY _____    DATE _____

———————— DO NOT WRITE BELOW THIS LINE ————————

**REMARKS**

| NEATNESS | | CHARACTER | |
|---|---|---|---|
| PERSONALITY | | ABILITY | |

| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |
|---|---|---|---|---|
| | | | | |

APPROVED: 1. _____    2. _____    _____
EMPLOYMENT MANAGER          DEPT. HEAD          GENERAL MANAGER

THIS APPLICATION FOR EMPLOYMENT IS SOLD ONLY FOR GENERAL USE THROUGHOUT THE UNITED STATES. ADAMS ASSUMES NO RESPONSIBILITY AND HEREBY DISCLAIMS ANY LIABILITY FOR THE INCLUSION IN THIS FORM OF ANY QUESTIONS OR REQUESTS FOR INFORMATION UPON WHICH A VIOLATION OF LOCAL, STATE AND/OR FEDERAL LAW MAY BE BASED. IT IS THE USER'S RESPONSIBILITY TO ENSURE THAT THIS FORM'S USE COMPLIES WITH APPLICABLE LAWS, WHICH CHANGE FROM TIME TO TIME.

LA-0106723