# EXHIBIT UUU

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

```
EQUAL EMPLOYMENT          : CASE NO.
OPPORTUNITY COMMISSION    : WDQ 02-CV-648
    Plaintiff             :
                          :
         v.               :
LA WEIGHT LOSS            :
CENTERS, INC.             :
    Defendant             :
```

- - -

February 22, 2006

- - -

Oral deposition of MARISSA FAVARA, taken pursuant to notice, was held at the offices of ESQUIRE DEPOSITION SERVICES, Four Penn Plaza, 1600 John F. Kennedy Boulevaard, Suite 1210, Philadelphia, PA, beginning at 11:00 a.m., on the above date, before Nancy D. Ronayne, a Professional Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard-12 Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

Page 46

1  Q. In any of those center
2  manager positions, Brooklyn Heights,
3  Upper East or Midtown, did you have any
4  job duties that related to recruiting or
5  hiring?
6  A. Not at all.
7  Q. Why did you transfer to
8  Upper East from Brooklyn Heights?
9  A. The manager that was in
10 Upper East was leaving and it was a -- it
11 was a top revenue location for us. My
12 assistant manager I had trained her
13 enough that she could take my management
14 position in Brooklyn Heights and move
15 over to the Upper East, being that we
16 were commissioned based it was more money
17 opportunity for me as well as the
18 supervisor.
19 Q. I assumed it was a higher
20 revenue center but I just wanted to
21 verify that. Why did you move to Midtown
22 from Upper East?
23 A. Same situation, the manager
24 was not doing what they needed to do at

Page 47

1  that point and they wanted somebody that
2  was going to be able to come in and
3  impact the revenue immediately and they
4  viewed me as that person.
5  Q. Do you recall who the
6  manager at Midtown was?
7  A. At that time Patrice Harris,
8  she was my assistant when I moved there
9  as a manager.
10 Q. How long total were you a
11 center manager at any location, how long?
12 A. Four months, I -- well
13 three, you know, within four months of
14 coming to the company I was in a
15 supervisor position.
16 Q. Company records show, appear
17 to show that you became a supervisor on
18 January 1st of '01, does that sound about
19 right?
20 A. That week of December 26th
21 sounds right to me.
22 Q. So we're in the ballpark
23 then at least?
24 A. Yes.

Page 48

1  Q. What was your territory as
2  area supervisor when you first started?
3  A. The Brooklyn area which was
4  Brooklyn Heights, Bay Ridge, Bensonhurst
5  and Sheeps Head Bay. I then later maybe
6  2 weeks or 3 weeks later got Staten
7  Island.
8  Q. And was that area known as
9  at the time as New York Metro South?
10 A. Yes.
11 Q. During your tenure as area
12 supervisor -- first of all, how long were
13 you an area supervisor before your next
14 position, I'm asking you that?
15 A. Approximately a year.
16 Q. Company records show that
17 you became a director of training on
18 October 15th of '01; does that sound
19 about right?
20 A. Yes.
21 Q. From the last week
22 approximately of December 2000 when you
23 first became an area supervisor to
24 October 15th of 2001 when you became a

Page 49

1  director of training, did you supervise
2  any centers other than the five that you
3  mentioned?
4  A. No.
5  Q. Did you have any duties or
6  responsibilities related to hiring and
7  recruiting when you were an area
8  supervisor for the Brooklyn Heights area?
9  A. Yes.
10 Q. What were those duties and
11 responsibilities?
12 A. Conducting the interviews,
13 hiring candidates.
14 Q. Did you, did you set up your
15 own interviews or were they set up for
16 you?
17 A. Both.
18 Q. How did that work, were
19 there particular positions that you, that
20 people set up interviews for you or was
21 it --
22 A. We kept organizational
23 charts that let our supervisors know who
24 we had in what positions within our

13 (Pages 46 to 49)

Page 246

1  Q. In any communication with
2  anyone at LA Weight Loss has that topic
3  ever come up?
4  A. No.
5  Q. Has anyone ever mentioned to
6  you specifically that you should not
7  discriminate against male candidates?
8  A. I haven't had an exact
9  conversation with anybody in regard to
10 that.
11 Q. Have you ever had any
12 training of any kind or workshop where
13 the issue of male candidates in
14 particular was discussed and specifically
15 non-discrimination against them in
16 particular?
17 A. No.
18 Q. Has anyone ever at any time
19 at LA Weight Loss, has anyone ever come
20 to you and asked you to explain your
21 rationale for hiring a particular
22 candidate?
23 A. No.
24 Q. Has anyone ever asked you to

Page 247

1  report to them the gender identification,
2  sex, of the people that you had offered
3  jobs to?
4  A. No.
5  Q. Have you ever received any
6  communication from human resources asking
7  you for more information about a
8  particular candidate?
9  A. No.
10 Q. Have you ever received any
11 information from any source at the
12 company regarding what should be done
13 with applications or resumes after you're
14 finished with them?
15 A. Yes.
16 Q. How many times have you
17 received such information?
18 A. I couldn't give you a
19 number.
20 Q. Who was the source?
21 A. It's been several people
22 over a period of time.
23 Q. When was the first time
24 someone communicated with you on that

Page 248

1  topic?
2  A. Laurie Brody as an area
3  supervisor.
4  Q. So this was back in '01 when
5  you were an area supervisor?
6  A. Yes.
7  Q. What did she tell you?
8  A. Any and all applications,
9  resumes, any notes that I take during any
10 interview need to go -- need to be
11 stapled together and sent to corporate.
12 Q. How long after you became an
13 area supervisor did she tell you that?
14 A. Within that first week of my
15 position in giving me my information.
16 Q. Before you started
17 interviewing?
18 A. Yes.
19 Q. And did you follow those
20 instructions?
21 A. Yes.
22 Q. How did you route the
23 information to corporate?
24 A. Send it via what we call a

Page 249

1  Monday mailer.
2  Q. Have you always followed
3  those instructions continuously since you
4  spoke to Laurie Brody about it the first
5  time?
6  A. Yes.
7  Q. So is it your testimony then
8  that all resumes and applications that
9  you have ever received from any source
10 you have routed those to corporate at
11 some point?
12 A. Yes.
13 Q. Who in corporate; do you
14 know?
15 A. I just make it attention to
16 human resources.
17 Q. Okay, whoever is in charge
18 of opening the mail does that?
19 A. Sure.
20 Q. But you don't know that?
21 A. I have no clue.
22 Q. Attention human resources
23 and whatever happens happens?
24 A. You're lucky if I'm in