# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| KATHY KOCH, | ) | |
| | ) | |
| **Plaintiff-Intervenor,** | ) | **Case No. WDQ 02-CV-648** |
| | ) | |
| **v.** | ) | |
| | ) | |
| LA WEIGHT LOSS CENTERS, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFF EEOC's MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR ADVERSE INFERENCE JURY INSTRUCTIONS AT TRIAL

In accordance with Federal Rule of Civil Procedure 56, and Local Rule 105 of the Local Rules of the U.S. District Court for the District of Maryland, the U.S. Equal Employment Opportunity Commission ("EEOC") files the instant Motion for Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial for the reasons stated in its Memorandum in Support thereof, seeking the relief stated therein.

The Memorandum in Support of this Motion and Appendices A-D containing lengthy exhibits will be paper-filed this day. EEOC has also electronically filed a Motion to Seal the Memorandum in Support of this Motion and Appendix D as required by Paragraph No. 6 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41).

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

TRACY HUDSON SPICER
Supervisory Trial Attorney

_____/S/_____
CORBETT ANDERSON
Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., 1st Floor
Washington, DC 20507
Office #: (202) 419-0724
Facsimile #: (202) 419-0701

_____/S/_____
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270/2817

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Motion for Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial, Memorandum in Support thereof, Index of Exhibits, and Appendices A-D will be sent via overnight express mail to Aliza R. Karetnick, Wolf, Block, Schorr & Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097, on the 9th day of March 2007.

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Telephone number: (410) 209-2737
\Facsimile number: (410)962-4270/2817