IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Case No. WDQ 02-CV-648** |
| **LA WEIGHT LOSS,** | ) ) ) | |
| **Defendant.** | ) ) | |

**PLAINTIFF EEOC'S MOTION TO SEAL MEMORANDUM AND APPENDIX SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with Local Rule 105(11) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court to seal (1) EEOC's Memorandum in Support of its Motion for Partial Summary Judgment and For Adverse Inference Jury Instructions at Trial ("Memorandum") and (2) Appendix D, which are filed this day along with the Motion for Partial Summary Judgment and evidentiary appendices A-C, which consist of lengthy exhibits. In support of this Motion, EEOC states that the Memorandum in Support of the Motion for Partial Summary Judgment contains various references to information set forth in Defendant LA Weight Loss's personnel records pertaining to particular employees. In addition, numerous exhibits to the Memorandum located in Appendix D are documents taken from Defendant's employee personnel files. Such documents, and the information therein, have been designated "Confidential" by Defendant under Paragraphs Nos. 2 and 4 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41). Therefore, pursuant to Paragraph No. 6 of the Order, EEOC is required to request that the Court permit filing under seal.

Plaintiff EEOC's Motion for Partial Summary Judgment, Memorandum in Support of that Motion, and Appendices A-D containing lengthy exhibits will be enclosed with a hard copy of this Motion and deposited in the After Hours Box at the U.S. Courthouse in Baltimore on March 9, 2007.

> Respectfully submitted,
>
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>
> TRACY HUDSON SPICER
> Supervisory Trial Attorney
>
>      /s/
> CORBETT ANDERSON
> Trial Attorney
> EEOC-Washington Field Office
> 1801 L Street, N.W., Suite 100
> Washington, DC 20507
> Office #: (202) 419-0724
> Facsimile #: (202) 419-0701
>
>     /s/
> RONALD L. PHILLIPS
> Trial Attorney
> EEOC-Baltimore Field Office
> City Crescent Building, 3rd Floor
> 10 South Howard Street
> Baltimore, MD 21201
> Office #: (410) 209-2737
> Facsimile #: (410) 962-4270/2817