IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **and** ) <br> ) <br> **KATHY KOCH,** ) <br> ) <br> **Plaintiff-Intervenor,** ) <br> ) <br> **v.** ) <br> ) <br> **LA WEIGHT LOSS CENTERS, INC.,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. WDQ 02-CV-648 |

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibit Appendices A, B, C, and D, which are attachments to Plaintiff Equal Employment Opportunity Commission's Memorandum in Support of Plaintiff EEOC's Motion for Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial, exist only in paper format and if scanned will be larger than 1.5 MB.  They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the exhibits identified above.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

     /s/
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street

Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270/2817