IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH, | : | |
| | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO MODIFY SCHEDULE

Pursuant to the Court's October 2, 2006, Letter Order, the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's May 25, 2004, Order Regarding Bifurcation and Scheduling (the "Order"), plaintiff EEOC and defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order adjusting the deadline for opposition to dispositive motions.

The issues giving rise to the Parties' request are: (1) the breadth and complexity of the Parties' motions for summary judgment; and (2) the vacation/holiday schedules and other obligations of counsel. Accordingly, the Parties request that the Order be modified to extend the

deadline for the Parties' opposition to summary judgment to May 4, 2007.

           /s/
Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Aliza Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2124
Fax: (215) 405-3724

           /s/
Tracy Hudson Spicer
Ronald L. Phillips
Corbett Anderson
United States Equal Employment Opportunity Commission
Baltimore District Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Tel: (410) 209-2737
Fax: (410) 962-4270/2817

Dated: March 16, 2007