IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAR 23  A 11: 05

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

**ORDER**

AND NOW, this 23rd day of March, 2007, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Motion to Modify Schedule is GRANTED and the Order Regarding Bifurcation and Scheduling is modified to allow the parties until May 4, 2007, to file their opposition to dispositive motions.

_____
U.S.D.J.