IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

**DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S
<u>CROSS MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56(c), defendant LA Weight Loss Centers, Inc. moves this Court for summary judgment on plaintiff Equal Employment Opportunity Commission's claim for retaliatory discharge. In support, LA Weight Loss Centers, Inc. hereby incorporates the accompanying Memorandum of Law in Opposition to Plaintiff EEOC's Motion

- 2 -

for Partial Summary Judgment and LA Weight Loss Centers, Inc.'s Cross Motion for Summary Judgment.

/s/
Elizabeth Torphy-Donzella (Bar #10809)
Shawe & Rosenthall LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Jonathan D. Wetchler
Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2000
Fax: (215) 405-3724

May 4, 2007

- 3 -

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of Defendant LA Weight Loss Centers, Inc.'s Cross Motion for Summary Judgment to be filed and served electronically on May 4, 2007. I further certify that a copy of the motion shall be served via first class mail upon:

> Ronald L. Phillips
> EEOC
> Baltimore District Office
> 10 South Howard Street, 3rd Floor
> Baltimore, MD  21201

/s/
Elizabeth Torphy-Donzella