IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : <br> : <br> Plaintiff, : <br> : <br> and : <br> : <br> **KATHY KOCH,** : <br> : <br> Intervenor/Plaintiff, : <br> : <br> v. : <br> : <br> **LA WEIGHT LOSS CENTERS, INC.,** : <br> : <br> Defendant. : <br> _____: | **CASE NO.: WDQ 02-CV-648** <br><br> **JURY DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant LA Weight Loss Centers, Inc.'s Cross Motion for Summary Judgment, accompanying memorandum of law and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____

PHL:5565598.1/LAW024-158357