# INDEX OF EXHIBITS
## VOLUME I OF I (A THROUGH AAA)

| | Description of Exhibit | Tab |
|---|---|---|
| 1. | Charge of Discrimination | A |
| 2. | Employee Warning Notice | B |
| 3. | March 8, 1998 Letter | C |
| 4. | Employee Change Form | D |
| 5. | April 21, 1998 Letter | E |
| 6. | Deposition of Karen Siegel, October 27, 2004 | F |
| 7. | November 3, 1998 Letter and Request for Information | G |
| 8. | May 10, 2000 Document Request | H |
| 9. | Deposition of Karen Karzen-Raybuck | I |
| 10. | Althea Diggs' Charge of Discrimination | J |
| 11. | May 25, 2000 Letter | K |
| 12. | Sample Interview Cover Pages | L |
| 13. | Reasonable Cause Determination | M |
| 14. | June 29, 2004 Hearing Transcript | N |
| 15. | Deposition of Karen Siegel, August 28, 2002 | O |
| 16. | Deposition of Karen Siegel, March 31, 2005 | P |
| 17. | Employee List | Q |
| 18. | Employee Change Form | R |
| 19. | Deposition of Scott Moyer | S |
| 20. | Deposition of Melinda Temple-Passin | T |
| 21. | New Hire and Employee Change Forms | U |
| 22. | Deposition of Mercedes Generette | V |
| 23. | Deposition of Jodi Walters | W |

**Description of Exhibit** **Tab**

24. Deposition of Karen Siegel, November 11, 2004 ........................................ X

25. Declaration of Aliza Karetnick ................................................................... Y

26. April 25, 2005 E-mail from Aliza Karetnick to Ronald Phillips ................ Z

27. May 24, 2005 Letter from Aliza Karetnick to Ronald Phillips ................ AA

28. June 9, 2005 E-mail chain between Ronald Phillips and
    Aliza Karetnick ......................................................................................... BB

29. September 12, 2005 E-mail from Ronald Phillips to Aliza Karetnick .... CC

30. September 27, 2005 E-mail chain between Ronald Phillips and
    Aliza Karetnick. ........................................................................................ DD

31. Expert Report of David P. Jones, Ph.D .................................................... EE

32. Declaration of Christopher Starr and attached Excel Spread Sheet ......... FF

33. Declaration of Nicola Fryer ..................................................................... GG

34. Excel Spreadsheet .................................................................................... HH

35. July 23, 2004 E-mail chain between David Fox and Elaine Bussoletti ...... II

36. Subpoena to Executive Search Group ....................................................... JJ

37. Deposition of Christine Moffit ................................................................. KK

38. Deposition of John Janthor ....................................................................... LL

39. Sample Zurich Documents ...................................................................... MM

40. List of ADP CD's ..................................................................................... NN

41. LACD 0283 Screen Print ........................................................................ OO

42. Koch's First Amended Complaint ............................................................ PP

43. EEOC's Amended Complaint .................................................................. QQ

44. Stipulation and Order of Dismissal .......................................................... RR

45. Deposition of Kathy Koch, November 30, 2005 ..................................... SS

46. May 25, 2004 Order ................................................................................. TT

**Description of Exhibit**     **Tab**

47. Deposition of Christine Stonecipher ...... UU

48. Analysis of Report on the Hiring of Men by LA Weight Loss Centers, Inc. by Seymour Adler ...... VV

49. Expert Report of Margaret S. Stockdale ...... WW

50. Deposition of Elvira Sisolak ...... XX

51. Segal v. L.C. Hohne Contractors, Inc., No. 2:02-1260, 2003 U.S. Dist. LEXIS 25145 (S.D.W.Va Sept. 11, 2003) ...... YY

52. Beniushis v. Apfel, No. 98 C 0395, 2001 U.S. Dist. LEXIS 3574, (N.D. Ill. Mar. 26,2001) ...... ZZ

53. EEOC v. Turtle Creek Mansion Corp., No. 3:93- CV-1649-H, 1995 U.S. Dist. LEXIS 12788 (N.D.Tex, May 18, 1995) ...... AAA