# EXHIBIT A

Case 1:02-cv-00648-WDQ    Document 183-5    Filed 05/04/2007    Page 1 of 3

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | *Amended* |
| ☒ EEOC | 120980900 |

MD. Commission on Human Relations _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mrs. Kathy C. Koch
**HOME TELEPHONE** (Include Area Code): (301) 596-1011
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 6172 Devon Drive, Columbia, MD 21044
**DATE OF BIRTH**: 04/18/47

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: L A Weight Loss Centers
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE** (Include Area Code): (215) 328-9250
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 255 Business Center Drive, Suite 150, Horsham, PA 19044
**COUNTY**: 091

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 03/06/98   LATEST: 03/12/98
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I was hired as an Area Corporate Trainer on October 17, 1997, and because I complained that about the employer's failure to hire qualified male applicants, I was disciplined (March 06, 1998) and discharged (March 12, 1998).

II. I was informed that I was disciplined because of ineffective training. No reason was given for the discharge.

III. I believe that I have been discriminated against, because of retaliation for opposing a protected activity, in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Kathy Koch*
Date: 6/22/99
Charging Party (Signature)

**NOTARY** - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*/s/ Kathy Koch*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Rev. 06/92)

**RESPONDENT'S COPY**

EEOC 00043

EEOC-000043

| CHARGE OF DISCRIMINATION | AGE: ☐ FEPA ☒ EEOC | CHARGE NUMBER 120980900 |
|---|---|---|

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

__MD. Commission on Human Relations__ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mrs. Kathy C. Koch | HOME TELEPHONE (Include Area Code) (301) 596-1011 |
|---|---|
| STREET ADDRESS 6172 Devon Drive, CITY, STATE AND ZIP CODE Columbia, MD 21044 | DATE OF BIRTH 04/18/47 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME L A Weight Loss Centers | NUMBER OF EMPLOYEES, MEMBERS Cat D (501 +) | TELEPHONE (Include Area Code) (215) 328-9250 |
|---|---|---|
| STREET ADDRESS 255 Business Center Drive, Suite 150, | CITY, STATE AND ZIP CODE Horsham, PA 19044 | COUNTY 091 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 10/24/97   LATEST 03/12/98
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I was hired as an Area Corporate Trainer on October 17, 1997, and because I complained that about the employer's failure to hire qualified male applicants, I was disciplined (March 06, 1998) and discharged (March 12, 1998).

II. I was informed that I was disciplined because of ineffective training. No reason was given for the discharge.

III. I believe that I have been discriminated against, because of retaliation for opposing a protected activity, in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED BALTO. DIST. OFFICE EEOC 1998 JUN -8 A 10 13

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Kathy C. Koch* 6/19/98
Date / Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Rev. 06/92)

RESPONDENT'S COPY

EEOC 00044

EEOC-000044