# EXHIBIT B

# EMPLOYEE WARNING NOTICE

EMPLOYEE: Kathy Koch
EMPLOYEE NO.:
DEPARTMENT:
WARNING DATE: 3/6/98
SHIFT:

## VIOLATIONS

- [ ] ATTENDANCE
- [ ] CARELESSNESS
- [ ] CONDUCT
- [ ] INSUBORDINATION
- [ ] PERSONAL WORK
- [ ] REFUSAL TO WORK OVERTIME
- [ ] SAFETY
- [ ] TARDINESS
- [ ] UNAUTHORIZED ABSENCE
- [x] WORK QUALITY
- [ ] WILLFUL DAMAGE TO COMPANY PROPERTY
- [ ] OTHER

## WARNINGS PREVIOUSLY

| WARNING # | DATE   | ORAL | WRITTEN | SIGNED |
|-----------|--------|------|---------|--------|
| 1         | 3/4/98 |      | X       |        |
| 2         |        |      |         |        |
| 3         |        |      |         |        |

## COMPANY STATEMENT

Ineffective training. Kathy employee training on 2/23/98 did not cover PE's with Roll play, Not enough time was spent on phone script, not enough time zones.

SIGNED: Lynne Sutliff
TITLE: Area supervisor
DATE: 3/6/98

## EMPLOYEE STATEMENT

- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.

REASONS: I respectfully disagree with this statement

SIGNED: Kathy C. Koch
DATE: 3/6/98

## ACTION TAKEN

On 3/6/98 - day was spent covering effective training with Kathy and will be followed on 3/9/98 training

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE: _____ DATE: _____
SUPERVISOR: Lynne C Sutliff                DATE: 3/6/98

- [ ] This form was refused by Employee

SUPERVISOR: _____ DATE: _____

If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, it must be maintained in a separate medical file and treated as confidential in accordance with applicable law and regulations.

Adams                    Employee Warning Notice

LA-0010330
LA-0010330

was spent - on homework of wk-up to where entire class had a full understaing of supplement prices and savings cost of healtn enhancers and wt. enhancers was not covered.

- Kathys training Left employee's confused. and not enough knowledge to place them in a center the following wk -

Therefor I had to spend an entire day covering material that hasn't properly covered

LA-0010331
LA-0010331