# EXHIBIT D

# EMPLOYEE CHANGE FORM

Employee: _Kathy Koch_

Center: _Balt-Travel_   Date effective: _3/12/98_

*********************************************************

Please check one of the following choices:

__ Demotion        From _____ To _____

__ Full Time Notice

__ Promotion       From _____ To _____

__ Raise      Rate From $ _____ To $ _____

_X_ Termination Notice    Quit _____    Discharged _X_

If employee quit, would you rehire?  Yes  No  (If no, please explain below)

__ Transfer        From _____ To _____
*********************************************************

Was a salary or rate change involved? Yes No  If Yes: From$ _____ To $ _____

Reason for above change:

1) didn't follow Co Training Agenda -
2) complaints from management that they had to take time from their sched to retrain employee after training
CTs were calling manager & complaining
Never to see Kathy again

Manager's Signature: _____   Date: _____

Supervisor's Signature: _Byron Intus_   Date: _3/12/98_

LA-0010344
LA-0010344