# EXHIBIT H



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**                 10 S. Howard Street, 3rd Floor
                                              Baltimore, MD 21201
                                              PH: (410) 962-3932
                                              TDD: (410) 962-6065
                                              FAX: (410) 962-4270
                                              EEOC Web Site: www.eeoc.gov

May 10, 2000

Mr. David E. Landau, Esq.
Ms. Amy Anderson Miraglia, Esq.
Wolf, Block, Schorr & Solis-Cohen LLP        Via Facsimile-Hard Copy to Follow
1650 Arch Street
22nd Floor
Philadelphia, PA 19103-2097

                                              RE.: Request for information in EEOC
                                              charges, 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, 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 & 120-
                                              99-0876.

Dear Counsel:

As we discussed during the week of April 24, 2000, we are continuing our investigation into the above-referenced charges of employment discrimination and the underlying allegations of Respondent's hiring practices. Accordingly, it is necessary for us to request additional documentation. The Commission is required by law to investigate these charges and this request for information does not necessarily represent the entire body of evidence which we need to obtain from your client in order that a proper determination as to the merits of the charges can be made. Please submit a response to the following no later than May 26, 2000:

1.   As previously requested and discussed during our interviews of April 26, 27 and 28, 2000, please provide copies of all applications and/or resumes, applicant logs, lead/response tracking sheets and any interviews notes pertaining to counselor vacancies occurring during the period of January 1995 to the present. This includes, but is not limited to, all responsive documents maintained at the various company' centers, in the possession of/ or were in the possession of hiring officials, responsive documents maintained at the Respondent's corporate office and those responsive documents stored at the company's storage facility.[2]

---

[1] When responding to the EEOC's request for information, the term "company" refers to LA Weight Loss Centers and all of its affiliates, including, but not limited to, former entity Quick Weight Loss Centers.

[2] Respondent's response should include any and all documents which pertain to the identification, consideration and selection of applicants to the position of counselor.

LA-0109459

LA-0109459

Mr. Landau, Esq.
Ms. Anderson-Miraglia, Esq.
May 10, 2000
Page 2

2. Please provide a list of all hires, annotated by name, gender, job title, date of hire, employment status, and job location, who were hired by the "company" during the period of January 1995 to the present.

3. Please provide copies of the personnel files for the Charging Parties (Ms. Koch, Ms. Diggs and Ms. Karzen-Raybuck.)

Sincerely,

Judy Navarro
Investigator

LA-0109460
LA-0109460