# EXHIBIT J

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **PERSON FILING CHARGE**<br>Diggs, Althea |
| Mr Vahan Karabajakian<br>Chairman<br>L A Weight Loss Center<br>255 Business Center Drive<br>Suite 150<br>Horsham, PA 19044 | THIS PERSON (check one)<br>[X] CLAIMS TO BE AGGRIEVED<br>[ ] IS FILING ON BEHALF OF ANOTHER |
| | **DATE OF ALLEGED VIOLATION**<br>Earliest: 02/12/1999    Most Recent: 02/22/1999 |
| | **PLACE OF ALLEGED VIOLATION**<br>Oxon Hill, MD |
| | **CHARGE NUMBER**<br>120990876 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See EEOC "Rules and Regulations" before completing this Form)

You are hereby notified that a charge of employment discrimination has been filed against your organization under:

[X] **TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

[ ] **THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967**

[ ] **THE AMERICANS WITH DISABILITIES ACT**

[ ] **THE EQUAL PAY ACT (29 U.S.C, SECT. 206(d))** investigation will be conducted concurrently with our investigation of this charge.

The boxes checked below apply to your organization:

1. [X] No action is required on your part at this time.

2. [ ] Please submit by _____ a statement of your position with respect to the allegation(s) contained in this charge, with copies of any supporting documentation. This material will be made a part of the file and will be considered at the time that we investigate this charge. Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

3. [ ] Please respond fully by _____ to the attached request for information which pertains to the allegations contained in this charge. Such information will be made a part of the file and will be considered by the Commission during the course of its investigation of the charge.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Baltimore District Office
10 South Howard Street
Third Floor
Baltimore, MD 21201

Wilma Scott, Supervisory Investiga
*(Commission Representative)*
(410) 962-0887
*(Telephone Number)*

[ ] Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NAT. ORIGIN   [ ] AGE   [ ] DISABILITY   [ ] RETALIATION   [ ] OTHER

**CIRCUMSTANCES OF ALLEGED VIOLATION**

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 04/06/1999 | Gerald Kiel (Acting Director) | G. Kiel /WDC |

EEOC FORM 131 (Rev. 06/92)

**RESPONDENT'S COPY**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☒ EEOC

AGENCY CHARGE NUMBER: 120 99 0876

MD. Commission on Human Relations and EEOC
*State or local Agency, if any*

| Field | Value |
|---|---|
| NAME | Ms. Althea Diggs |
| HOME TELEPHONE | (301) 292-2233 |
| STREET ADDRESS | 13004 Strathaven Circle |
| CITY, STATE AND ZIP CODE | Fort Washington, MD 20744 |
| DATE OF BIRTH | 01/26/1969 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| Field | Value |
|---|---|
| NAME | L A Weight Loss Center |
| NUMBER OF EMPLOYEES, MEMBERS | Cat D (501 +) |
| TELEPHONE | |
| STREET ADDRESS | 6243 Livingston Road |
| CITY, STATE AND ZIP CODE | Oxon Hill, MD 20745 |
| COUNTY | 033 |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 02/12/1999    LATEST: 02/22/1999
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I. I had been employed by the above-named employer since March 1, 1998. On February 9, 1999, I informed my employer that I was pregnant. On February 12, 1999, I was told that I could request a leave of absence or be demoted from my position as Center Manager to a counselor position. On February 22, 1999, I was disciplined and then discharged.

II. I was informed by the Area Manager that I could no longer be the Manager of my center because I was pregnant. I was informed by the Area Manager that I was being disciplined for a January 26, 1999, tardiness incident and for refusing to work at another center on February 4, 1999. No reason was given to me by the Area Manager for my discharge.

III. I believe that I was demoted, disciplined and discharged because of my pregnancy, in violation of Title VII of the Civil Rights Act of 1964, as amended.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/29/99
Charging Party *(Signature)*: Althea Scott-Diggs

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)*

EEOC FORM 5 (Rev. 06/92)

RECEIVED BALTO. DIST. OFC. EEOC 1999 APR -5

**RESPONDENT'S COPY**