# EXHIBIT K

## Wolf, Block, Schorr and Solis-Cohen LLP

1650 Arch Street
22nd Floor
Philadelphia, PA 19103-2097

T: 215 977 2000
F: 215 977 2334
www.wolfblock.com

AMY ANDERSON MIRAGLIA
DIRECT DIAL: (215) 977-2013
FACSIMILE: (215) 977-2740
E-MAIL: AMIRAGLIA@WOLFBLOCK.COM

May 25, 2000

**VIA TELECOPY &
FIRST CLASS MAIL**

Judy Navarro
Investigator
Equal Employment Opportunity Commission
Baltimore District Office
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201

RE:  EEOC Charge Nos. 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, 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
     & 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

Dear Ms. Navarro:

I am writing in response to our recent conversation regarding the request for additional information regarding the above-captioned charges.

First, LA Weight Loss will produce to you the personnel files of the Charging parties, Ms. Koch, Ms. Diggs and Ms. Kazen-Raybuck, as requested. They are currently being copied.

Second, we are determining whether we can, and if so whether we will, provide the requested list of all hires, annotated by name, gender, job title, date of hire, employment status and job location, who were hired by the "company" during the period of January 1995 to the present. As we have previously informed you, LA Weight Loss was not formed until February 1997. Any records prior to that date which might contain the information are not in the company's custody. Some of the information requested may be in the custody of a payroll company; we are currently working with them to determine what information has been maintained. With respect to 1998, the information is not readily accessible. Each personnel file would have to be reviewed. The Company does not have the personnel to do this. Perhaps we can arrange a time for the EEOC to extract this information.

Third, as we discussed, "copies of all applications and/or resumes, applicant logs, lead/response tracking sheets and any interview notes pertaining to counselor vacancies occurring during the period of January 1995 to the present" is potentially a voluminous and burdensome request. However, without agreeing at this point to provide the requested information since it is Respondent's position that such information is not relevant to any of the

DSB:708261.1
NEW YORK, NY  |  CAMDEN, NJ  |  HARRISBURG, PA  |  NORRISTOWN, PA  |  WILMINGTON, DE

LA-0109455

LA-0109455

Judy Navarro
Investigator
May 25, 2000
Page 2

above-captioned charges, we are attempting to determine exactly how many responsive documents are currently in the company's possession. I will contact you when I know.

Respondent has been most cooperative in this investigation although we believe this investigation has gone far beyond the specific charges at issue and well beyond any reasonable scope suggested by the evidence. We request your continued cooperation with regard to Respondent's production of the information requested in your May 10, 2000 letter.

                Very truly yours,

                Amy Anderson Miraglia
                For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:    David E. Landau, Esquire
       Karen Siegel

DSB:708261.1