# EXHIBIT L

# EXHIBIT L

In re: L.A. Weight Loss

CONFIDENTIAL Interview of Eileen Stankunas

April 26, 2000

COURT REPORTERS, ETCetera, INC.

(410) 653-1115   (202) 628-DEPO   1-800-947-DEPO (3376)

EEOC 8991

EEOC-008991

In re: L.A. Weight Loss

CONFIDENTIAL INTERVIEW OF KRISTI O'BRIEN

April 26, 2000

COURT REPORTERS, ETCetera, INC.

(410) 653-1115    (202) 628-DEPO    1-800-947-DEPO (3376)

EEOC 02244

EEOC-002243

In re: L.A. Weight Loss

## CONFIDENTIAL INTERVIEW OF LYNNE PORTLACK

April 27, 2000

**COURT REPORTERS, ETCetera, INC.**

(410) 653-1115    (202) 628-DEPO    1-800-947-DEPO (3376)

EEOC 01733

EEOC-001733

CONFIDENTIAL

1  In re: L.A. Weight Loss      *

2  *  *  *  *  *  *  *  *  *  *

3

4               CONFIDENTIAL

5               INTERVIEW OF

6         KAREN SIEGEL - VOLUME I

7             APRIL 27, 2000

**Court Reporters, ETCetera, Inc.**

Maryland: 410-653-1115
Washington: 202-628-DEPO (3376)
Fax: 410-653-9641
E-mail: credepo@gte.net
Website: courtreportersetc.com

Realtime Reporters • Videographers
Interpreters • Tape Transcriptionists
Process Servers • Depositions
Court Hearings • Arbitrations
Conferences • Video Conferencing

"We'll Cover Your Job ANYWHERE in the Country!"

1-800-947-DEPO (3376)

EEOC 01405

COURT REPORTERS, ETCetera, INC.
(202) 628-DEPO    (410) 653-1115    1-800-947-DEPO (3376)
"We'll cover your job ANYWHERE in the country!"

EEOC-001405

CONFIDENTIAL

1  In re L A Weight Loss        *

2  * * * * * * * * * *

3

4               CONFIDENTIAL

5               INTERVIEW OF

6       KAREN SIEGEL - VOLUME II

7            APRIL 28, 2000

8

9

10

11

12

13

14

15

16

17



18  Maryland 410-653-1115
    Washington 202-628 DEPO (3376)
19  Fax 410-653-9641
    E mail credepo@gte.net
    Website courtreportersetc com

20  Realtime Reporters   Videographers
    Interpreters   Tape Transcriptionists
    Process Servers   Depositions
21  Court Hearings   Arbitrations
    Conferences   Video Conferencing

COURT REPORTERS, ETCetera, INC
(202) 628-DEPO   (410) 653-1115   1-800-947-DEPO (3376)
"We'll cover your job ANYWHERE in the country!"

EEOC 01582

EEOC-001582

In re: L.A. Weight Loss

## CONFIDENTIAL INTERVIEW OF DEBRA BRYE & JOY FREATHY

September 28, 2000

COURT REPORTERS, ETCetera, INC.

(410) 653-1115    (202) 628-DEPO    1-800-947-DEPO (3376)

EEOC 02047

EEOC-002047