IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>  and<br><br>KATHY KOCH,<br><br>      Intervenor/Plaintiff,<br><br>  v.<br><br>LA WEIGHT LOSS CENTERS, INC.,<br><br>      Defendant. | CASE NO.: WDQ 02-CV-648<br><br>JURY DEMANDED |

## NOTICE OF LENGTHY FILING

Exhibits N, EE, NN, VV & WW, which are attached to Defendant LA Weight Loss Centers, Inc.'s Cross Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: May 4, 2007

Respectfully submitted,

___/s/_____
Elizabeth Torphy-Donzella, Bar No. 10809
SHAWE & ROSENTHAL LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861


David E. Landau
Jonathan D. Wetchler
Aliza R. Karetnick
WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2000
Fax: (215) 405-3724

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Lengthy Filing was served on May 4, 2007, by first class mail, postage prepaid, upon:

>Ronald L. Phillips
>United States Equal Employment Opportunity Commission
>Baltimore District Office
>City Crescent Building, 3rd Floor
>10 South Howard Street
>Baltimore, MD 21201

>_____/s/_____
>Elizabeth Torphy-Donzella

153903

3