# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
* * *

EQUAL EMPLOYMENT      : CIVIL ACTION
OPPORTUNITY COMMISSION :
       Plaintiff   :
   and            :
KATHY C. KOCH         :
Intervenor/Plaintiff  :
             :

   -vs-             :
             :
LA WEIGHT LOSS        :
      Defendant   :  NO. S-02-CV-648


* * *

     30(b)(6) deposition of LA

WEIGHT LOSS CENTERS, through its

designee, KAREN P. SIEGEL, held in the

offices of EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION, The Bourse Building, 111

South Independence Mall East, Suite 400,

Philadelphia, Pennsylvania 19106, on

Wednesday, August 28, 2002, beginning at

10:00 a.m., before Nancy D. Ronayne, a

Court Reporter and Notary Public in and

for the Commonwealth of Pennsylvania.

      ESQUIRE DEPOSITION SERVICES
    1880 John F. Kennedy Boulevard
          15th Floor
    Philadelphia, Pennsylvania  19103
          215-988-9191

Page 42

1      A.    No.
2      Q.    Moving on from when you were
3  director of franchising, what did you do
4  next?
5      A.    April of '98 I moved into
6  becoming HR manager or HR -- director of
7  HR I guess is the title.
8      Q.    And how long have you been
9  in that position when you were in that
10  position?
11      A.    I was -- the title changed.
12  Director of HR until April of '99, which
13  went to VP of HR in April of 2000, and
14  senior VP of HR in April 2001.
15      Q.    And that's what your title
16  is today?
17      A.    Yes.
18      Q.    Senior Vice President of
19  Human Resources.
20      A.    Yes.
21      Q.    Was there a Senior Vice
22  President of Human Resources when you
23  were the Vice President of Human
24  Resources?

Page 43

1      A.    No.
2      Q.    Was there Vice President of
3  Human Resources when you were director of
4  Human Resources?
5      A.    No.
6      Q.    How many people do you
7  supervise at present as Senior Vice
8  President of Human Resources?
9      A.    Twelve.
10      Q.    And can you go through the
11  staff positions that you supervise?
12      A.    I have an HR manager. I
13  have a benefits specialist. I have a
14  recruiting specialist. I have two
15  inhouse recruiters, two field recruiters,
16  I have a generalist. Did I give you a
17  generalist yet?
18      Q.    No, you did not.
19      A.    Okay, a generalist. I have
20  got an admin, I've got a payroll -- well,
21  I have three payroll clerks, payroll
22  processors. One payroll manager, two
23  payroll processors. And a like
24  payroll/HR assistant. I believe 13.

Page 44

1      Q.    Yes, 13 people.
2             Have the people you just
3  mentioned here that you supervise today,
4  has that list changed significantly or
5  actually has it changed at all during the
6  course of your time as Human Resources
7  Director?
8      A.    Okay. I'm trying to think.
9  I had the benefits specialist was hired
10  in like November '98, and then another HR
11  manager was hired in '99. Then just in
12  the last like year in 2001 is when the
13  majority of the other people were added.
14  The payroll people were all there, I had
15  them right from the start. And then
16  additional HR people from there.
17      Q.    So I'm sorry, since you said
18  April of 2000 or 2001?
19      A.    2001.
20      Q.    So since April 2001 you've
21  had a recruiting specialist?
22      A.    No. She's -- she's just
23  there a year, so like June of 2001.
24      Q.    And you didn't have a

Page 45

1  recruiting specialist prior to that?
2      A.    No.
3      Q.    Did you do those functions
4  before that yourself?
5      A.    Yes.
6      Q.    And you've had inhouse
7  recruiters since April of 2001?
8      A.    No. The two inhouse
9  recruiters started two months ago.
10      Q.    Two months ago?
11      A.    Yes.
12      Q.    And you did not have inhouse
13  recruiters prior to that time?
14      A.    That's correct.
15      Q.    Did you do those functions
16  or that responsibility yourself?
17      A.    Yes. We had field
18  recruiters, we had more field
19  recruiters. We had 10 field recruiters
20  at one point and now we're down to two.
21  And actually, they will also get phased
22  out, I'm going to be hiring additional
23  inhouse recruiters.
24      Q.    So when you first started

Page 46

1  out as human resource's director you had
2  approximately 10 field recruiters?
3       A.   No.  That was a -- that
4  happened all within the last year rather
5  and that's been transitioned out in the
6  last year so it's been just recent.
7       Q.   So since approximately the
8  spring of 2001 to recently you had
9  approximately 10 field house -- excuse
10 me, field recruiters?
11      A.   Increased -- the number
12 increased progressively.  I had one for
13 like months and then added another one
14 and so it wasn't all 10 people were not
15 hired at the same time.
16      Q.   And prior to last year in
17 2001, who was responsible for those, for
18 the responsibility of the field
19 recruiters?
20      A.   The management, field
21 management did their own recruiting.
22      MR. GOLSKI:  I hate to
23 interrupt, but I will, just to
24 clarify some dates.  You indicated

Page 47

1  you were from April '98 to April
2  '99 you were director of human
3  resources?
4       THE WITNESS:  Yes.
5       MR. GOLSKI:  April of '99
6  to April of 2000 you were Vice
7  President of Human Resources?
8       THE WITNESS:  Yes.
9       MR. GOLSKI:  And then you
10 went April of 2001 to Senior Vice
11 President of Human Resources?
12      THE WITNESS:  Yes.
13      MR. GOLSKI:  What happened
14 in between 2000 and 2001?
15      THE WITNESS:  Oh, okay.
16 Did we miss a year in there?
17      MR. GOLSKI:  Yes.  It jumps
18 from 2000 to --
19      THE WITNESS:  Sorry.
20 Sorry.  Okay, '98 to '99 then was
21 director; '99 to 2000 is VP.  So
22 then 2000 to current is Senior VP.
23      MR. GOLSKI:  Okay.  Thank
24 you.  That was it.

Page 48

1  BY MS. NYFELER:
2       Q.   And moving to the position
3  of generalist, how long have you had a
4  generalist?
5       A.   Close to three years.
6       Q.   And prior to when you
7  started having a generalist three years
8  ago who was responsible for the job
9  duties of a generalist?
10      A.   I was.
11      Q.   You were.
12      A.   We need to go back and
13 change, Villanova was '98, I think I told
14 you '99.  Sorry about that.
15      Q.   Okay, thank you.  And did
16 you have an administrative assistant and
17 payroll collection -- payroll assistant
18 prior to I guess 2001 when most of this
19 staff was hired?
20      A.   I did not have -- I had no
21 administrative assistant.  And payroll
22 started to report to me in sometime in
23 2000.
24      Q.   Were they reporting to

Page 49

1  someone else prior to you?
2       A.   Yes.  Controller.
3       Q.   What are your
4  responsibilities or job duties as the
5  human resources director, limiting it to
6  the period of April '98 to April of '99?
7       A.   I was working with counsel
8  to establish formalized policies and
9  procedures putting together a formalized
10 handbook.  We had certain policies that
11 were in place but I was undertaking the
12 task of really formalizing it and put
13 together a handbook.  Develop the
14 department and take on literally all the
15 responsibilities from an HR standpoint,
16 employee relations, anything relative to
17 employee, employee relations, that sort
18 of thing.
19      Q.   Who was responsible for
20 those job duties before you?
21      A.   We had a person, we have an
22 individual who process payroll.  We had
23 one person that processed payroll and she
24 handled some personnel issues.  I mean,

Page 50

1  we were very -- I mean at that point in
2  time we had like 22 stores or something.
3  We had gone through phenomenal growth in
4  that period but there was, really wasn't
5  anybody that was handling -- there wasn't
6  any true HR person.
7      Q.    So when you became the human
8  resources director you were responsible
9  for overseeing the policies and
10  procedures and handbook for the 22
11  stores?
12     A.    However many corporate
13  stores.  We were adding stores
14  constantly.
15     Q.    Are the corporate stores
16  different from the franchises or are they
17  the same?
18     A.    Totally -- well, different
19  how?
20     Q.    Well, are you talking about
21  the franchises when you're talking
22  about --
23     A.    No, I don't deal with the
24  franchises at all.

Page 51

1      Q.    The corporation handles its
2  own individual stores?
3      A.    Yes.
4      Q.    And the policies and
5  procedures in the handbooks that you're
6  referring to, were they seminated to the
7  franchises at all?
8      A.    No.
9      Q.    So they were strictly
10  limited to the stores that the
11  corporation owns?
12     A.    Yes.
13     Q.    Is there a document or
14  anything in writing that would contain a
15  list of the corporate stores that were
16  open and doing business back when you
17  started as Human Resources Director in
18  1998?
19     A.    Yes.
20     Q.    What would that document be
21  entitled?
22     A.    It's a center phone list.
23     Q.    I'm sorry, center phone
24  list?

Page 52

1      A.    Yes.  It indicates center
2  opening date.
3      Q.    Is that phone list still a
4  document that's relied on by the company
5  today?
6      A.    Yes.
7      Q.    And would it contain the
8  same centers -- are the centers that were
9  opened back in 1998, are they still open
10  today?
11     A.    Yes.
12     Q.    I'm talking about the
13  corporate stores now?
14     A.    Yes.  There is one store
15  that is closed.
16     Q.    Which store would that be?
17     A.    Catonsville, Maryland, but I
18  believe they did it as a relocation.  Or
19  -- hold on, that was a relocation.  It's
20  in borderline to -- Harrisonburg,
21  Virginia.
22     Q.    It was relocated from
23  Catonsville?
24     A.    No, Harrisonburg is the one

Page 53

1  that closed.  Catonsville was a relo so
2  that doesn't --
3      Q.    So we're talking about two
4  different places now?
5      A.    Yes, I'm sorry.
6  Harrisonburg, Virginia is a store that
7  was closed.
8      Q.    Is that the only store
9  that's closed since you became human
10  resources director in 1998?
11     A.    To the best of my memory at
12  this point, yes.  We've had a couple of
13  stores that have relocated.
14     Q.    And would they still be
15  listed in the corporate phone list?
16     A.    Yes.  It will show, it lists
17  the store, the original store and then
18  show it as a relo.
19     Q.    And is that what it's
20  called, the center phone list?
21     A.    Just corporate center phone
22  list.  We're very low tech.
23     Q.    Was that list in effect
24  prior to you becoming human resources

Page 70

1    Q.   For management, for field
2    management?
3    A.    For people that were doing
4    the interviewing in the field; that's
5    correct.  And that evolved as well.  I
6    mean, it's hard to explain but again,
7    very, very -- we're talking very small
8    company, a mom and pop if you will.  And
9    everyone out there was sort of a mom and
10   pop and trying to make that more
11   uniform.
12        Okay, so then what happened
13   from there was we were given the ability
14   to hire field recruiters because it was
15   too much responsibility in running
16   centers as well as trying to recruit
17   employees.  So we started hiring field
18   recruiters that would take the leads,
19   pre-screen the leads, set up interviews
20   for their, you know, the managers that
21   they worked for in the areas that they
22   worked for.
23        Some managers allowed the
24   field recruiters to actually do the

Page 71

1    interviews for them and then maybe they
2    would be second interviews.  Or they
3    themselves wanted to interview the
4    people, that would be potentially working
5    in their centers, okay.
6         That now has evolved into
7    where we decided that we're going to be
8    accountable and responsible for the
9    entire function from the recruiting
10   standpoint.  We are doing all the
11   pre-screening, we are taking in all the
12   leads.  I mean we're phasing it out only
13   because I don't have the people to be
14   able to handle it a hundred percent at
15   this point.  But that's why I still have
16   some field recruiters out there in areas
17   that I haven't hired somebody internally
18   to be able to handle.  But then we're
19   going to be responsible for getting all
20   the leads, pre-screening all the leads,
21   setting up the interviews for the people
22   out in the field.  They're still going to
23   be doing their own interviews, than
24   letting us know who it is that they want

Page 72

1    hire.  And then we take it from there
2    reference checking, you know, offers of
3    employment, declamation letters.  So we
4    finish the cycle if you will from that
5    standpoint.
6         Q.   Go ahead.
7         A.    And so as that process has
8    evolved my involvement at the field level
9    has become much greater where I now train
10   any supervisor, anyone who is involved in
11   the hiring process gets trained by me.
12   Literally, that's -- that's started,
13   again, pretty much towards the beginning
14   but is now, you know, just ingrained with
15   whatever we do.
16        Q.   What is a lead?  You
17   referred to lead several times, what is a
18   lead?
19        A.    Someone who applied for a
20   position.
21        Q.   Any position?
22        A.   In response to an ad.
23        Q.   Is it any job or is it any
24   job in particular?

Page 73

1    A.   Any job.
2         Q.   So would that be jobs that
3    go from the lowest person in the field
4    office to the manager to the highest
5    person in the field office?
6         A.   Yes.
7         Q.   And can you give me
8    approximately a time frame how the
9    evolution took place?  You started with
10   sounds like, and correct me if I'm wrong,
11   but that the office, the corporate
12   stores, field stores if you will were
13   responsible for handling all of these
14   things on their own at first.  All these
15   things being advertising, hiring, and
16   being responsible for recruiting any
17   leads which would be anybody who works in
18   your office when you first started as
19   human resources director; is that
20   correct?
21        A.   Yes.
22        Q.   And then at some point some
23   of these responsibilities were
24   disseminated back to the field -- excuse

1    the scope of this lawsuit, at
2    least as I understand it. Which
3    you can go ahead and go through
4    this.
5        THE WITNESS:  Okay.  So you
6    have a marketing manager, you've
7    got TV buyer and within those
8    positions -- for instance, within
9    the TV buyer position that
10   obviously as the company's grown
11   has expanded as well.  We've gone
12   from one to three.
13       The marketing department in
14   general, you know, there's an
15   admin now.  There's a
16   communications division of
17   marketing that handles all of our
18   -- our phone systems, AT&T, you
19   know, phone systems throughout our
20   centers.  There's two individuals
21   that work in that department.
22   That started in '98 with one
23   individual and has now since grown
24   to two people.

1    BY MS. NYFELER:
2        Q.   Okay.
3        A.   Let me think, what else.
4    We've added a graphic arts department,
5    that started in 1998 and again, that's
6    grown from one person to two people.
7    Within market additionally there's a
8    number of administrative positions that
9    have evolved.
10       Q.   I'm sorry, I don't mean to
11   cut you off.  Ms. Siegel, do you have
12   payroll records for each of these years?
13       A.   Yes, sure.
14       Q.   And are they maintained by
15   anybody in corporate?
16       A.   ADP is like -- we have --
17   what we have are the payroll journals
18   obviously that they go by quarter.  And
19   they are broken down by department.  What
20   we have access to we have access to all
21   of them.  One of the problems is
22   switching payroll companies from Zurich
23   to ADP.  Zurich has not responded to some
24   of the requests that I've made as far as

1    getting information.
2        Another issue that we have,
3    we've moved two times since.  You know,
4    like we were in Blue Bell in one
5    location, we were in Blue Bell in another
6    location.  We were in Horsham in one
7    location, we're in Horsham in another
8    location.
9        We've had -- we were up to
10   11 I believe even 12 storage facilities,
11   those like you pull in park and lock
12   storage facility places.  We've moved
13   from that -- well, we had a storage
14   facility up in Souderton, Pennsylvania as
15   well as these 11 to 12 like places in
16   Willow Grove.  We've just leased a
17   warehouse recently in the past like six
18   months which we've tried to catalogue and
19   move everything up to there.  Which
20   everything is on pallets right now in a
21   huge storage like a warehouse facility
22   that we also use for product distribution
23   so.
24       So there are records.  I

1    mean, whatever we can possibly find or
2    get we are going to make available to
3    you, so yes.
4        Q.   So you have --
5        A.   -- we have them.  It's a
6    question of if they're in a storage
7    facility in Willow Grove, if they're at
8    Allentown.  Souderton has been cleaned
9    out.  So it's a matter of what we have
10   maintained.  What's made it from one
11   location to another and just finding and
12   locating it.
13       So yes.  Could we try an
14   recreate this from the standpoint of
15   payroll records, yes.  I can do it from a
16   memory standpoint, I've been there the
17   whole time.  I can tell you.  I can't be
18   specific with a date but I can tell.  You
19   know what I mean, I can go through every
20   department and say yes, okay, now we have
21   a financial analyst, now we have this
22   person and that person.
23       Q.   So you have a storage
24   facility in Willow Grove and a storage in