# EXHIBIT Q

W021_Employees

1999

| Division | First Name | Last Name | Title | Hire Date | Term Dat | Status | Department |
|---|---|---|---|---|---|---|---|
| W021 | CHERIE | KILGOUR | 3RD CLOSER | 6/7/99 | 10/20/99 | T | |
| W021 | LATYWONIA | WARD | 3RD CLOSER COUNSELOR | 10/18/99 | 10/18/99 | T | |
| W021 | HELEN | HALOULOS | ACCOUNTANT | 8/26/98 | 2/24/99 | T | |
| W021 | KELLY | GRANT | ACCOUNTING | 12/21/98 | 1/15/99 | I | |
| W021 | WINSTON | CHARLES | ACCOUNTING | 8/17/98 | | A | |
| W021 | MARC | RACHILD | ACCOUNTING CLERK | 6/7/99 | 8/16/99 | T | |
| W021 | TREASURE | HOLMES | ACCOUNTING CLERK | 10/8/99 | 10/12/99 | T | |
| W021 | DEBORAH | NIEVES | ACCOUNTING MANAGER | 6/3/93 | 2/19/99 | T | PA-CORPORATE |
| W021 | EILEEN | ALDEN | ACCOUNTS PAYABLE | 2/18/98 | | A | |
| W021 | SARAN | MURRAY | ACCT CLERK SPECIALST | 8/26/99 | | A | PA-CORPORATE |
| W021 | MARIE | RUIZ | ADMIN ASST | 6/7/99 | | A | |
| W021 | ANDREA | MC CLURE | ADMINIST. ASSIST. | 9/2/97 | | A | PA-CORPORATE |
| W021 | JOANNE | GERHART | ADMINISTRATIVE | 12/23/98 | | A | |
| W021 | RAE ANN | CINQUANTO | ADMINSTRATIVE ASST. | 9/29/97 | | A | PA-CORPORATE |
| W021 | JOHN | BACHINSKY | ADVERTISING DIRECTOR | 9/14/98 | | A | |
| W021 | AMY | LEPRE | AP CLERK | 11/1/99 | | A | |
| W021 | MARY | MARSCHALL | AP/DATA ENTRY | 7/6/98 | | A | |
| W021 | LOREN | WOLF | AREA MANAGER | 1/19/98 | 3/12/99 | T | |
| W021 | MARIA | SANTISTEBAN | AREA MANAGER | 10/12/98 | 1/25/99 | T | |
| WC21 | KAREN | KARZEN-RAYBUCK | AREA MANAGER | 11/16/98 | 12/29/98 | T | |
| WC21 | PAMELA | KING | AREA MANAGER | 9/20/98 | 5/1/99 | T | |
| W021 | GINA | GRIFFIN | AREA MANAGER | 1/19/98 | 6/23/99 | T | |
| WC21 | HILDY | ROGERS | AREA MANAGER | 12/12/94 | | A | CPA-SUPERVISORS |
| WC21 | KIMBERLY | FABIE | AREA MANAGER | 3/19/96 | | A | CPA-TRAINERS |
| WC21 | AMY | WHITE | AREA MANAGER | 8/5/95 | | A | CPA-LEBANON, PA |
| WC21 | LORI | BARTLEY | AREA MANAGER | 3/30/98 | | A | |
| WC21 | GINGER | WALLACE | AREA MANAGER | 1/2/98 | | A | UPST.NY-CLAY |
| WC21 | ROSEANNE | GAGLIANO | AREA MANAGER | 2/3/97 | | A | PA-EAST NORRITON, PA |
| W021 | MARKITA | MINORS | AREA MANAGER | 6/22/98 | | A | |
| W021 | KRIS | VANRYSWYK | AREA MANAGER | 7/27/98 | | A | |
| WC21 | KELLY | MARTIN | AREA MANAGER | 7/6/98 | | A | |
| WC21 | MEREDITH | THOMAS | AREA MANAGER | 11/16/98 | 10/7/99 | T | |
| WC21 | SHERYL | REYNOLDS | AREA MANAGER | 12/12/96 | | A | EAST-HAMILTON, NJ |
| WC21 | MELINDA | WALTER | AREA MANAGER | 12/15/97 | | A | UPST.NY-CALLIMLS |
| WC21 | LUANN | GESSNER | AREA MANAGER | 1/19/98 | | A | |

LA-0008843

LA-0008843

W021_Employees

| | | | | | |
|---|---|---|---|---|---|
| W021 | MELINDA | TEMPLE | AREA MANAGER | 8/10/98 | A |
| W021 | TAMMY | HOWSARE | AREA MANAGER | 3/8/99 | A |
| W021 | NINA | CATAGNUS | AREA MANAGER | 3/16/98 | 11/11/99 T |
| W021 | THERESA | SCHEMBRI | AREA MANAGER | 6/7/99 | A |
| W021 | MICHELE | O'NEILL | AREA MANAGER | 11/4/99 | A |
| W021 | KIM | CAPOZZOLO | AREA MANAGER | 6/15/98 | 11/25/99 T |
| W021 | DIANE | HAUCK | AREA MANAGER | 4/5/99 | A |
| W021 | MARY | SISCO | AREA MANAGER | 7/19/99 | A |
| W021 | PAMELA | MARBURGER | AREA MANAGER | 8/17/98 | 12/13/99 T |
| W021 | BETSY | CONFER | AREA MANAGER | 2/1/99 | A |
| W021 | LEAH | LEVIN | AREA MANAGER | 6/7/99 | A |
| W021 | MAYETTA | HARVEY | AREA MANAGER | 12/13/99 | A |
| W021 | KIMBERLY | CURTIS | AREA MANAGER | 1/5/98 | A |
| W021 | DEBRA | SIMMONS | AREA MANAGER | 12/28/98 | A |
| W021 | SHERRI | ELMORE | AREA MANAGER | 3/15/99 | A |
| W021 | CAROLYN | TAYLOR | AREA MANAGER-FL | 11/4/98 | A |
| W021 | DEBORAH | PONTIUS | ASSISTANT MANAGER | 2/1/99 | 2/5/99 T |
| W021 | JENNIFER | CARDEN | ASSISTANT MANAGER | 1/4/99 | 5/1/99 T |
| W021 | MARCIA | SEELEY | ASSISTANT MANAGER | 1/18/99 | 1/21/99 T |
| W021 | ANDREA | KEENON | ASSISTANT MANAGER | 1/11/99 | 1/13/99 T |
| W021 | PAMELA | SCULLY | ASSISTANT MANAGER | 1/11/99 | 1/21/99 T |
| W021 | LYNNE | CUSHMAN | ASSISTANT MANAGER | 1/11/99 | 2/22/99 T |
| W021 | CHRIS | JOHNSON | ASSISTANT MANAGER | 1/18/99 | 1/30/99 T |
| W021 | PAM | SCHERER | ASSISTANT MANAGER | 2/1/99 | 2/4/99 T |
| W021 | FRANCESCA | DEGRAW | ASSISTANT MANAGER | 2/1/99 | 2/19/99 T |
| W021 | KIM | BRADFORD | ASSISTANT MANAGER | 2/1/99 | 5/1/99 T |
| W021 | DOLORES | ORTIZ | ASSISTANT MANAGER | 2/1/99 | 3/26/99 T |
| W021 | REBECCA | MYER | ASSISTANT MANAGER | 2/17/99 | 6/14/99 T |
| W021 | SHEILA | BURTON | ASSISTANT MANAGER | 2/15/99 | 2/16/99 T |
| W021 | LORETTA | GOODWIN | ASSISTANT MANAGER | 2/16/99 | 2/17/99 T |
| W021 | PATRICIA | URBANO | ASSISTANT MANAGER | 12/16/98 | 1/16/99 T |
| W021 | GLENNA | DAVIS | ASSISTANT MANAGER | 1/4/99 | 1/6/99 T |
| W021 | LINETTE | BESHURES | ASSISTANT MANAGER | 12/15/97 | 1/22/99 T |
| W021 | GINA | LONGOBARDI | ASSISTANT MANAGER | 2/16/98 | 4/20/99 T |
| W021 | CATHERINE | UNTERSTEIN | ASSISTANT MANAGER | 4/6/98 | 5/1/99 T |
| W021 | ROSALIND | MURPHY | ASSISTANT MANAGER | 5/18/98 | 2/22/99 I |

UPST.NY-CLAY

LA-0008844

LA-0008844