# EXHIBIT R

## EMPLOYEE CHANGE FORM

Employee: Joy Freathy

Center: Regional Supervisor          Date effective: 12/16/95

*******************************************************************

Please check one of the following choices:

__ Demotion          From_____          To_____

__ Full Time Notice          __ Part Time Notice

__ Promotion          From_____          To_____

__ Raise          Rate  From $_____          To $_____

_X_ Termination Notice          Quit_____          Discharged _X_

If employee quit, would you rehire? Yes   No   (If no, please explain below)

__ Transfer          From_____          To_____
*******************************************************************

Was a salary or rate change involved? Yes   No    If Yes: From$_____   To $_____

Reason for above change:_____

Employee was discharged from her position as Regional Supervisor due to the reason of not taking prompt measures to prevent performance and behavior problems from becoming irreversible. Also, ineffectively handles employee problems and discontent.

Manager's Signature:_____   Date:_____

Supervisor's Signature: Eileen Atanhamas          Date: 12/10/99

                    Virginia J. Pollens

CONFIDENTIAL                                          LAP-0098613