# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

- - -

```
EQUAL EMPLOYMENT                    : CIVIL ACTION
OPPORTUNITY COMMISSION,      :
        Plaintiff,                  :
        and                         :
KATHY C. KOCH,                      :
        Plaintiff-Intervenor:
                                    :
        v.                          :
                                    :
LA WEIGHT LOSS,                     : NO.
        Defendant                   :WDQ-02-CV-648
```

- - -

Wednesday, September 3, 2003

- - -

          Oral deposition of C. SCOTT
MOYER taken pursuant to notice, was held
at the offices of The Equal Employment
Opportunity Commission, The Bourse
Building, 21 S. Fifth Street, Suite 400,
Philadelphia, Pennsylvania, beginning at
10:00 a.m., on the above date, before Ann
Marie Mitchell, a Federally-Approved
Registered Merit Reporter and
Commissioner of Deeds in the Commonwealth
of Pennsylvania.

- - -

          ESQUIRE DEPOSITION SERVICES
                15th Floor
       1880 John F. Kennedy Boulevard
        Philadelphia, Pennsylvania 19103
                (215) 988-9191

Page 22

```
 1        THE WITNESS:  No.
 2  BY MR. PHILLIPS:
 3        Q.  Do you understand the
 4  question?
 5        A.  Yes.
 6        Q.  Okay.
 7        A.  No.
 8        Q.  By the way, did LA Weight
 9  Loss at any time during your employment
10  have an internal e-mail system?
11        A.  Yes.
12        Q.  When did that system first
13  go into operation?
14        A.  I think soon after the
15  company was established in -- sometime in
16  1997.
17        Q.  So soon after February of
18  '97?
19        A.  Yes.
20        Q.  Who was connected to that
21  system?  Was it all -- and I --
22        A.  Just headquarters people.
23        Q.  Just headquarters people.
24  Did that change at any point?
```

Page 23

```
 1        A.  Not that I'm aware of.  The
 2  last year I was at LA, I was only
 3  involved in running real estate and
 4  franchise sales, and I wasn't really
 5  involved in the internal workings of the
 6  company.
 7        Q.  But you always had internal
 8  e-mail at some point after February of
 9  '97?
10        A.  Yes.
11        Q.  Do you know who was in
12  charge of maintaining that system?
13        A.  I think the man in charge of
14  that was Mike Jenkins.
15        Q.  Had he always been in charge
16  of the internal e-mail?
17        A.  He was our second -- what do
18  you call it?  What's the name of the
19  computer guys?
20        Q.  MIS?
21        A.  Yes.  He was the second MIS
22  director.  I can't remember the first
23  guy's name.
24        Q.  When did Mr. Jenkins start,
```

Page 24

```
 1  do you remember?
 2        A.  I think around 2000.
 3        Q.  This internal e-mail system,
 4  is this like a GroupWise or something
 5  like that?
 6        A.  It was just a
 7  headquarters -- you know, managers
 8  connecting with other managers and things
 9  like that.
10        Q.  In your experience, did the
11  corporate office get e-mail from the
12  field?
13        A.  No.  That may have changed.
14  Not when I was there.
15        Q.  By the field, I'm referring
16  to -- do you understand what I'm
17  referring to?
18        A.  Yes.
19        Q.  Regional managers, area
20  managers, centers?
21        A.  I don't think there was a
22  formal -- I know that they didn't have
23  laptop -- some of the managers began to
24  acquire laptops after I formally left my
```

Page 25

```
 1  position as the senior vice-president of
 2  franchising and real estate.
 3        Q.  And I do want to talk about
 4  your titles for a minute.
 5        My understanding is that you
 6  started as the chief operating officer at
 7  LA Weight Loss.  Correct?
 8        A.  Yes.  And.
 9        Q.  And?
10        A.  Director of real estate or
11  whatever name you want to put in front of
12  real estate.
13        Q.  Basically you were a manager
14  in charge of real estate?
15        A.  Yes.
16        Q.  So that would have started
17  February 1997.
18        You held both positions at
19  the same time?
20        A.  Yes, I did.
21        Q.  And when did your title
22  change?
23        A.  Sometime in 1998, probably
24  the spring of 1998, between spring and
```

Page 26

```
 1  summer, sometime April, May, June.
 2       Q.   And what was your next
 3  title?
 4       A.   Senior vice-president of
 5  franchising and real estate.
 6       Q.   Did you hold any other
 7  titles other than what you've already
 8  testified to?
 9       A.   No.
10       Q.   So you would have been
11  senior vice-president, franchising and
12  real estate from spring or summer of '98
13  until you left the company?
14       A.   No.
15       Q.   Okay?
16       A.   That's not correct.  The
17  last year of my employment, I was
18  strictly in franchise sales and franchise
19  real estate.
20       Q.   Did you have a different
21  title in that last year?
22       A.   Yeah.  I think just director
23  of franchise sales and franchise real
24  estate.
```

Page 27

```
 1       Q.   Why did your title change at
 2  the start of that last year?
 3       A.   I had gone through heart
 4  surgery the previous year and had decided
 5  to start cutting back the last year of my
 6  employment.
 7       Q.   So that was a voluntary
 8  change?
 9       A.   Yes.  Discussed with my
10  partners, et cetera.
11       Q.   Discussed with Mr. Katz and
12  Mr. Karian?
13       A.   Yes.
14       Q.   And with respect to the
15  change in your title from COO and
16  director of real estate to senior
17  vice-president for franchising and real
18  estate, why that change?
19       A.   Basically, I had a lot of
20  franchise experience from my previous
21  NutriSystem experience.  And the
22  franchise sales -- I was bringing in most
23  of the leads anyway for franchise
24  purchases.  And it was determined that I
```

Page 28

```
 1  might -- the first two directors of
 2  franchising -- we just didn't think the
 3  company was moving as rapidly in that
 4  direction as it should.  We weren't being
 5  as successful as we should.  So I took
 6  over the whole franchise department, the
 7  sales and operations, real estate,
 8  everything.  And that's what -- we went
 9  in that direction because we felt I could
10  accelerate that whole process.
11       Q.   As the chief operating
12  officer, again, going back to February
13  '97 to spring or summer of '98, did you
14  have someone who you considered to be a
15  supervisor?
16       A.   Yeah.  We had field
17  supervisors.  We had -- you know, as the
18  company grew, it kept changing rapidly.
19  We had -- we had people in the field
20  that -- the head operators were called
21  the general managers.
22       Q.   And let me just stop you
23  there, because I may have put the
24  question badly.  You misunderstood my
```

Page 29

```
 1  question.
 2            Did you have someone above
 3  you that you considered your supervisor?
 4       A.   Well, Mr. Karian was the
 5  CEO, president and CEO.
 6       Q.   Okay.
 7       A.   And Mr. Katz was the
 8  co-chairman, so I reported to both of
 9  those gentlemen.
10       Q.   And again, during that
11  period when you were chief operating
12  officer, who were your direct
13  subordinates, the people just below you?
14       A.   Well, it would be Eileen
15  Stancunis was the person that reported
16  directly to me.
17       Q.   Anyone else?
18       A.   Everyone else reported to
19  her.
20       Q.   What was Ms. Stancunis's
21  title at that time?
22       A.   I think she was -- I think
23  she was the chief field operator,
24  operations director or general director.
```