# EXHIBIT U

# NEW HIRE FORM

All information must be completed to enter into payroll and for EEOC standards

First Name: Mercedes

Middle Initial:

Last Name: ~~Criego~~ Generette

Center: Manassas

Home Address: 10012 Portsmouth Rd

City: Manassas

State: Va

Zip: 20109

Home Phone #: (703) 392-1010

SS#: 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

Sex (circle one): (Female)   Male

Race: Black

Job Title: ~~Counselor~~ · Med tech

Birth Date: 1-3-99

Hire Date: 9-27-99

Training Rate: $ ~~8⁰⁰ hr~~ · 8.50/hr.

Status (circle one): (Full Time)   Part Time

Hired By: Dee

NOV-19-1999 05:18 AM                                                                P.01

# EMPLOYEE CHANGE FORM

Employee: Mercedes Generette

Center: MANASSAS            Date effective: 10/18/99

Please check one of the following choices:

__ Demotion          From_____ To_____

__ Full Time Notice

✓ Promotion          From Counselor    To Asst Manager

__ Raise      Rate   From $_____ To $_____

__ Termination Notice    Quit_____ Discharged_____

If employee quit, would you rehire? Yes  No  (If no, please explain below)

__ Transfer          From_____ To_____

Was a salary or rate change involved? Yes  No   If Yes: From $8 pm/h To $300 base a wk

Reason for above change: promotion to Asst. Mgr.

Manager's Signature: _____ Date: 11/18/99
Supervisor's Signature: _____ Date: 11-18-99

CONFIDENTIAL                                                           LAP-0038342

# Mercedes Generette

## EMPLOYEE CHANGE FORM

Employee: Mercedy Generetta

Center: Manassus    Date effective: 4/17/00

*********************************************************

Please check one of the following choices:

__ Demotion        From _____ To _____

__ Full Time Notice

X Promotion        From Ast Mgr    To Mgr

X Raise    Rate From $ Hourly    To $ 300 Per Week

__ Termination Notice    Quit _____    Discharged _____

If employee quit, would you rehire? Yes No (If no, please explain below)

__ Transfer    From _____ To _____
*********************************************************
Was a salary or rate change involved? (Yes) No   If Yes: From $10.00 per hour To $ 300 Per Week

Reason for above change: _____

Manager's Signature: Kim Curts    Date: 4/14/00
Supervisor's Signature: Kim Curts    Date: 4/18/00

CONFIDENTIAL    LAP-0038340

## EMPLOYEE CHANGE FORM

Employee: __Mercedes Gavanette__

Center: __Manassas__   Date effective: __6/6/01__

*******************************************

Please check one of the following choices:

__X__ Demotion   From __Manager__   To __Med Tech__

___ Full Time Notice

___ Promotion   From _____   To _____

___ Raise   Rate From $_____   To $_____

___ Termination Notice   Quit_____   Discharged_____

If employee quit, would you rehire? Yes  No  (If no, please explain below)

__X__ Transfer   From __Manassas__   To __Herndon__
*******************************************
Was a salary or rate change involved? (Yes) No   If Yes: From $__300.00__ To $__10.00__ per Hour
+ $2.00 per Blood Draw.

Reason for above change: __She wasn't able to perform as a manager and hit the company expectations__

Manager's Signature: _____   Date: _____
Supervisor's Signature: __Ki Balke__   Date: __6/7/01__

CONFIDENTIAL   LAP-0038339

10/09/2001 16:56  7032491018  BURKE  PAGE 01

# EMPLOYEE CHANGE FORM

Employee: Mercy Genuette

Center: Falls Church                    Date effective: 10-6-01

*********************************************************

Please check one of the following choices:

___ Demotion         From_____ To_____

___ Full Time Notice        ___ Part Time Notice

___ Promotion        From_____ To_____

___ Raise       Rate   From $_____ To $_____

___ Termination Notice    Quit ✓           Discharged_____

If employee quit, would you rehire? Yes  No  (If no, please explain below)

___ Transfer         From_____ To_____
*********************************************************
Was a salary or rate change involved? Yes  No   If Yes: From$_____ To $_____

Reason for above change: Employee came in - picked up her paycheck and turned in her key and left.

Manager's Signature: Tammy Dudley         Date: 10/6/01
Supervisor's Signature: [signature]        Date: 10/9/01

CONFIDENTIAL                                    LAP-0038338