# EXHIBIT Y

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : | |
| Plaintiff, : | |
| and : | |
| : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH, : | |
| Intervenor/Plaintiff, : | JURY DEMANDED |
| v. : | |
| LA WEIGHT LOSS CENTERS, INC., : | |
| Defendant. : | |

## DECLARATION OF ALIZA R. KARETNICK

I, Aliza R. Karetnick, declare:

1.  I am a lawyer with the law firm Wolf, Block, Schorr and Solis-Cohen LLP, and counsel to defendant, LA Weight Loss Centers, Inc. ("LAWL"), in this matter.

2.  The vast majority of applicants for employment post resumes online through one of three websites – Hotjobs.com, CareerBuilder.com or Monster.com. LAWL produced to EEOC all applicant submissions from CareerBuilder.com and Monster.com.

3.  LAWL made available for EEOC's inspection all applicant postings from Hotjobs.com. Specifically, LAWL offered EEOC a computer and password to view and print directly from the Company's Hotjobs.com account. EEOC rejected LAWL's offer.

4.  LAWL does not possess or maintain the computers containing the Hotjobs.com data EEOC seeks. Accordingly, LAWL worked with Hotjobs.com to convert the resume postings into a machine-readable format that could be produced to and accessed by EEOC. EEOC rejected the proposed format.

5.  EEOC then represented that it would subpoena the deposition of Hotjobs.com to elicit a desired format for production of electronic applicant information. EEOC never issued a subpoena and no deposition was held.

6.  Attached as Exhibits Z, AA, BB, CC and DD are true and correct copies of email correspondence by and between counsel to the parties.

- 2 -

      I certify under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2007.

                                                      Aliza R. Karetnick