# EXHIBIT Z

## Mazur, Lauren M.

**From:** Karetnick, Aliza R.
**Sent:** Monday, April 25, 2005 3:08 PM
**To:** 'RONALD PHILLIPS'; 'RONALD PHILLIPS'
**Subject:** EEOC v. LAWL -- Hotjobs

Ron:

Pursuant to our conversation last week in Florida, LAWL has spoken with Hotjobs about a sample CD containing resumes/applicant submissions. Hotjobs agreed to produce a sample CD for EEOC's review, but they were not able to give an exact production date. We hope to receive the sample CD by next week. We will let you know if the timeframe changes.