# EXHIBIT AA



650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

Aliza R. Karetnick
Direct Dial: (215) 977-2124
Direct Fax: (215) 405-3724
E-mail:  akaretnick@wolfblock.com

May 24, 2005

**VIA OVERNIGHT MAIL**

Ronald L. Phillips, Esquire
U.S. Equal Employment Opportunity
Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, MD  21201

    Re:    EEOC v. LA Weight Loss Centers, Inc.

Dear Ron:

    Enclosed is a CD containing a sample production of Hotjobs submissions. Please call me after you have reviewed the material.

Sincerely,

Aliza R. Karetnick
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
Cc:    Pamela J. White (w/o enclosure)

PHL:5158503.1/LAW024-158357

Cherry Hill, NJ  ■  Harrisburg, PA  ■  New York, NY  ■  Norristown, PA  ■  Philadelphia, PA  ■  Roseland, NJ  ■  Wilmington, DE
WolfBlock Government Relations: Harrisburg, PA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership