# EXHIBIT CC

**Mazur, Lauren M.**

| | |
|---|---|
| **From:** | RONALD PHILLIPS [RONALD.PHILLIPS@EEOC.GOV] |
| **Sent:** | Monday, September 12, 2005 2:11 PM |
| **To:** | Karetnick, Aliza R.; Karetnick, Aliza R. |
| **Cc:** | pjwhite@ober.com; pjwhite@ober.com |
| **Subject:** | EEOC & Koch v. LA Weight Loss, WDQW-02-CV-648 |

Aliza:

EEOC will depose Hotjobs.com in the near future. Please provide dates of availability in the second full week of October or the 20th-21st of October. Also, please provide the names, telephone numbers, and addresses of your contacts at Hotjobs regarding the applicant flow production issue we have been discussing in the above-referenced case.
Thanks.

Ron Phillips
EEOC
(410) 962-4628

1