# EXHIBIT DD

## Mazur, Lauren M.

**From:** RONALD PHILLIPS [RONALD.PHILLIPS@EEOC.GOV]
**Sent:** Tuesday, September 27, 2005 9:46 AM
**To:** Karetnick, Aliza R.; Karetnick, Aliza R.
**Subject:** Re: EEOC v. LAWL -- Hotjobs.com

Please provide the contact info. for the general counsel's office at Hotjobs and the name of your POC, as well as the names of the tech people your client has been dealing with.

>>> "Karetnick, Aliza R." <akaretnick@WOLFBLOCK.com> 9/26/2005 9:24:40 PM >>>
Ron:

A few weeks ago we discussed the possibility of scheduling the Hotjobs.com deposition for October 27 or 28. As we are holding those dates open, please provide an update on the progress of scheduling that deposition.

Thank you.

Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street -- 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2124
Fax: (215) 405-3724
akaretnick@wolfblock.com