# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| and | : | |
| KATHY KOCH, | : | CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| v. | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| Defendant. | : | |

## DECLARATION OF CHRISTOPHER STARR

I, Christopher Starr, declare:

1. I am the Director of Practice Technology with the law firm Wolf, Block, Schorr and Solis-Cohen LLP.

2. I am responsible for document production in this matter. In that capacity, I am the primary contact with Copy Secure, a third party vendor providing copying, printing, imaging and bates labeling services.

3. After counsel reviews documents for production, I arrange for the documents to be delivered to Copy Secure for electronic imaging and bates labeling. When they are ready for delivery via CD, Copy Secure notifies me and EEOC.

4. Over the course of this litigation, EEOC often failed to retrieve LAWL's document production for months and, in some instances, close to one year. Attached is a true and correct copy of a spreadsheet I received from Copy Secure showing, among other things, the dates on which EEOC was notified that documents were available and the dates on which the documents were shipped.

5. During expert discovery, I was given a list of approximately 2,300 applicant names generated from the Access Database by LAWL's consultants.

6. I provided the list to Copy Secure along with CD's containing applicant resumes and telephone pre-screening forms categorized by geographic market.

7. I instructed Copy Secure to search for and print resumes and telephone pre-screening forms corresponding to each of the 2,300 names on the list. Copy Secure located documents for all but 600 applicants.

8. Copy Secure printed the documents and made multiple copy sets. One copy set was sent via Federal Express to LAWL's expert, David Jones, Ph.D. I was provided with the master set.

9. Copy Secure also gave me a list of the applicants for whom no documents were found. I understand – and the Access Database confirms – that roughly 400 of the applicants sought positions in licensee markets or were speared.

10. Paralegals performed a quick search of the CD's to locate resumes for some of the remaining 200 names on the list. They were able to locate most of the resumes for which they searched. The paralegals found that the resumes were overlooked by Copy Secure because of miscoding, misspelling or inaccurate file type.

11. Attached as Exhibit GG is a true and correct copy of a spreadsheet showing, among other things, the applicant materials found and where or how they were located.

12. In or around March 2005, I coordinated the collection, imaging and recovery of data from an LAWL computer hard drive containing Zurich payroll data. Kroll Ontrack, a third party vendor engaged by both EEOC and LAWL, performed the data recovery. On or around April 5, 2005, Kroll Ontrack sent a copy of all active data in native format directly to EEOC.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2007.

*[signature]*
Christopher Starr

| Date Doc's Rec. from Wolf Block | Boxes | Box # in Collection | Invoice # | Bates Range | CD's | Date Notified EEOC | Date Received PO # | Date Received Payment | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|
| **LA Series** | | | | | | | | | |
| 10/11/2005 | 1 | 105 | PH05-3533A,B | LA-0250052 to LA-0252216 | 1 | 10/12/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 10/12/2005 | 17 | 106 to 123 | PH05-3545A,B | LA-0252217 to LA-0311212 | 8 | 10/13/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 11/14/2005 | 1 | 124 | PH05-3707A,B | LA-0311213 to LA-0312912 | 1 | 11/15/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 11/22/2005 | stack | 126 | PH05-3737A | LA-0312913 to LA-0312929 | 1 | 11/23/2005 | 3/7/2006 | Paid 4-21-06 | 4/3/2006 |
| 11/30/2005 | stack | 127 to 129 | PH05-3763A | LA-0312930 to LA-0313075 | 1 | 12/1/2005 | 3/7/2006 | Paid 4-21-06 | 4/3/2006 |
| 12/12/2005 | stack | 131 | PH05-3880A | LA-0313076 to LA-0313114 | 1 | 12/13/2005 | 3/7/2006 | Paid 4-21-06 | 4/3/2006 |
| 12/21/2005 | 2 | 132 and 133 | PH05-3868A | LA-0313115 to LA-0317934 | 2 | 12/27/2005 | 3/7/2006 | Paid 4-21-06 | 4/3/2006 |
| 2/1/2006 to 2/28/2006 | 12 | 134 to 145 | PH06-3996A | LA-0317935 to LA-0349431 | 7 | 2/28/2006 | 3/7/2006 | Paid 4-21-06 | 4/3/2006 |
| 3/1/2006 to 3/31/2006 | 20 | 146 to 168 | PH06-4212A | LA-0349432 to LA-0402093 | 8 | 4/20/2006 | | Paid 3-15-07 | 3/15/2007 |
| **LAP Series** | | | | | | | | | |
| 6/26/2005 | 1 | 93 | PH05-3445A,B | LAP-0109616 to LAP-0110126 | 1 | 6/28/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 11/1 and 11/8/2005 | 1 | 94 and 95 | PH05-3645A | LAP-0110127 to LAP-0111357 | 1 | 11/11/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 11/10/2005 | 1 | 96,97,98 | PH05-3694A | LAP-0111358 to LAP-0112174 | 1 | 11/14/2005 | 12/21/2005 | Paid 2-28-06 | 1/25/2006 |
| 11/18/2005 | stack | 99 | PH05-3730A | LAP-0112175 to LAP-0112221 | 1 | 11/19/2005 | 3/7/2006 | Paid 4-21-06 | 3/31/2006 |
| 11/30/2005 | stack | 100 and 101 | PH05-3762A | LAP-0112222 to LAP-0112541 | 2 | 12/1/2005 | 3/7/2006 | Paid 4-21-06 | 3/31/2006 |
| 12/8/2005 | 1 | 102 | PH05-3815A | LAP-0112542 to LAP-0113138 | 1 | 12/9/2005 | 3/7/2006 | Paid 4-21-06 | 3/31/2006 |
| 12/19/2005 | 2 | 103 to 106 | PH05-3853A | LAP-0113139 to LAP-0116516 | 2 | 12/21/2005 | 3/7/2006 | Paid 4-21-06 | 3/31/2006 |
| 1/3/2006 | Misc | 107 to 113 | PH05-3889A | LAP-0116517 to LAP-0118074 | 7 | 2/28/2006 | 3/7/2006 | Paid 4-21-06 | 3/30/2006 |
| 2/1/2006 to 2/28/2006 | Misc | 114 to 116 | PH06-4176A | LAP-0118075 to LAP-0118734 | 3 | 2/28/2006 | 3/7/2006 | Paid 4-21-06 | 3/30/2006 |
| 3/1/2006 to 3/31/2006 | 3 | 117 to 121 | PH06-4319A | LAP-0118735 to LAP-0124131 | 4 | 4/20/2006 | | Paid 3-15-07 | 3/15/2007 |