# EXHIBIT GG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

## DECLARATION OF NICOLA FRYER

I, Nicola Fryer, declare:

1. I am the Human Resources Manager with LA Weight Loss Centers, Inc. ("LAWL"). As Human Resources Manager, I am familiar with and responsible for supervising LAWL's recruiting function.

2. LAWL has in-house recruiters located at the Company's corporate office. Each recruiter is in charge of specific geographic markets and reviews resumes submitted through online job boards. Recruiters are also responsible for conducting telephone pre-screening interviews and arranging face-to-face interviews with Area Managers. Recruiters log all applicants in the Access Database – LAWL's system for tracking and managing the hiring process – and save all resumes electronically in files by market.

3. In addition to screening applicants for LAWL's store-front centers and field management, recruiters collect resumes for licensee markets – Michigan, Nebraska, Kansas and Tampa, Florida. Until July 2006, all applicants to licensee markets were entered in the Access Database, but their resumes were sent directly to the applicable licensees.

PHL:5613634.1/LAW024-158357

4. From time to time, LAWL invites people who did not apply for a position to be considered for employment. This process is called "spearing." People who are "speared" by LAWL's recruiters are entered in the Access Database. If a person "speared" does not accept LAWL's invitation to apply, that person is not considered an applicant and no resume is maintained in LAWL's resume bank.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2007.

*Nicola Fryer*