# EXHIBIT HH

| LastName | NAME | PHONE | EMAIL | ALTERNATE | MARKET | CENTER | Comments |
|---|---|---|---|---|---|---|---|
| MCCAULEY | ANDREW MCCAULEY | 4103912177 | | | BALTIMORE | | found; printed; no file extension; located on CD 162\Maryland...\Rejected |
| RAMLATCHAN | ANDY RAMLATCHAN | 7574639570 | | | VIRGINIA BEACH | | found; printed; no file extension; located on CD 163\Virginia...\Rejected |
| HANNAH | ANTONIO HANNAH | 5746122366 | | | SOUTH BEND | | found; not printed; no file extension; located on CD160\Indiana...\Rejected |
| WILLIAMS | BRAD WILLIAMS | 3176274021 | | | INDIANAPOLIS | | found; not printed; no file extension; located on CD160\Indiana...\Rejected |
| DOCKERY | BRETT DOCKERY | 7654577808 | | | INDIANAPOLIS | | found; printed; located on CD 157\Central |
| WILLIAMS | CAROLYN SMITH WILLIAMS | 248-552-0121 | | | CPA CENTRAL | | Pennsylvania...\Rejected found; not printed; no file extension; located on CD163\Virginia...\Rejected |
| RAND | CASSANDRA RAND | 7573440256 | | | VIRGINIA BEACH | | found; printed; located on CD 160\Indiana...\Rejected |
| PERKINS | CHARLENE PERKINS | 3178994328 | | | INDIANAPOLIS | | found; printed; located on CD 161\Pittsburgh-Cleveland...\Pre-Screen Good |
| SMITH | CHRISTAN SMITH | 4409885793 | CHRISTAN_21_02@YAHOO.COM | | CLEVELAND | ELYRIA | found; printed;no file extension; located on CD |
| RUTLEDGE | CHRISTINA RUTLEDGE | 8655219730 | | | INDIANAPOLIS | | found; not printed; no file extension; located on CD 162\Maryland-Baltimore...\Rejected |
| KING | CHRISTOPHER KING | 3014903704 | | | BALTIMORE | | found; printed; no file extension; located on CD |
| BANIEWICZ | CINDY BANIEWICZ | 6309103439 | | | SOUTH BEND | | 160\Indiana...\Rejected |

| Last Name | First Name | Phone | Email | City | Notes |
|---|---|---|---|---|---|
| SINGLETON | CLEVELAND SINGLETON | 425-691-7903 | | SEATTLE | Name of file on CD is Timothy; found; printed; located on CD162\Seattle…\Rejected |
| EMSWELLER | CRAIG EMSWELLER | 3178336297 | | INDIANAPOLIS | found; printed; no file extension; located on CD 160\Indiana…\Rejected |
| ZOOK | DANIEL ZOOK | 7034754087 | | WASHINGTON DC | found; printed; no file extension; located on CD 163\Virginia…\Rejected |
| SCOTT | DANIELLE SCOTT | 4105238458 | | BALTIMORE | found; not printed; located on CD162\Maryland-Baltimore…\Rejected |
| MGUYEN | DANNY MGUYEN | (281) 650-6016 | | HOUSTON | Name should be spelled Nguyen; found; printed; located on CD 159\Houston…\Rejected |
| MAXWELL | DARRYL MAXWELL | 4102867164 | | BALTIMORE | found; printed; located on CD 162\Maryland-Baltimore…\Rejected |
| CORREIA | DAVID CORREIA | 412-787-5313 | DAVIDALBERT1960@EARTHLINK.NET | PITTSBURGH GREENSBURG | Name of file on CD is Davis, should be David; found; printed; located on CD 161\Pittsburgh-Cleveland…\Rejected |
| LAFLEUR | ED LAFLEUR | 3178596621 | | INDIANAPOLIS | found; printed; no file extension; located on CD160\Indiana…\Rejected |
| MORA | EDUARDO GARZA-MORA-EDWIN | 781-727-3416 | | SEATTLE | found; printed; located on CD160\Miami…\Rejected |
| MACASERO | EDWIN MACASERO | 925-777-1868 | | SAN FRANCISCO  ANTIOCH | found; printed; located on CD158\SanFrancisco…\Rejected |
| MAZYCK | ELGIN MAZYCK | 3017021826 | | BALTIMORE | found; printed; located on CD162\Maryland-Baltimore…\Rejected |
| MALDONADO | ELISABETH MALDONADO | 6309321015 | 7089456049 | CHICAGO | found; printed; located on CD158\Chicago…\Rejected |

| Last | First | Phone | Email | City | Region | Notes |
|---|---|---|---|---|---|---|
| SAX | ERIC M. SAX | 315) 622-3390 | | SYRACUSE | | found; printed; located on CD161\NorthernNew York…\Rejected |
| BRYANT | ERNEST E. BRYANT | (773) 484-0939 | | CHICAGO | | found; printed;located on CD158\Chicago…\Rejected found; printed; no file extension; located on |
| FOX | GARRETT FOX | 7572246880 | | VIRGINIA BEACH | | CD163\Virginia…\Rejected found; printed; no file extension; located on CD163\Maryland-|
| KIMBER | GEORGE KIMBER | 7032965326 | | WASHINGTON DC | | Baltimore…\Rejected found; not printed; no extension; located on |
| GOODIN | HEATHER GOODIN | 3175471725 | | INDIANAPOLIS | | CD160\Indiana…\Rejected file name on CD is Catu; found; printed; located on |
| CANTU | HENRY CANTU | | | HOUSTON | | CD159\Houston…\Rejected found; printed; located on CD161\New York |
| COHEN | IRWIN COHEN | 201-766-3373 | | NEW YORK | MANHATTAN | Metro…\Rejected found; printed; located on |
| MARTIN | JAMES MARTIN JAMES | 3178859213X314 | | INDIANAPOLIS | | CD160\Indiana…\Rejected found; printed; located on |
| SAGARSEE | JAMES SAGARSEE | 5742921062 | | SOUTH BEND | | CD160\Indiana…\Rejected found; printed; located on |
| THOMAS | JASON THOMAS | 8045231547 | | RICHMOND | | CD163\Virginia…\Rejected found; printed; located on CD162\Maryland-|
| VALENCIA | JASON VALENCIA | 3015159026 | JASON_PAISA@HOTMAIL.COM | BALTIMORE | GAITHERSBURG | Baltimore…\Rejected file name on CD is Hendricks; found; printed; located on |
| HENDRICKSON | JENA HENDRICKSON | 6065841061 | JENAH@HOTMAIL.COM | CINCINNATI, OH | TRI-COUNTY | CD164\Western Ohion…\Good found; printed; located on |
| MATTHEW | JEREMY MATTHEW | 916-670-9922 | | SACRAMENTO | ARDEN HOWE | CD160\Sacromento…\Rejected found; printed; located on |
| MOSS | JEREMY MOSS | 8123204724 | | INDIANAPOLIS | | CD160\Indiana…\Rejected |

Additional phone column value for VALENCIA row: 3019840900

| Last | Name | Phone | Email | City | Notes |
|---|---|---|---|---|---|
| TOMASH | JILL TOMASH | 972-712-2421 | | DALLAS | file name on CD is Tomasch; found; printed; located on CD159\Dallas…\Rejected |
| NICOLOPOULOS | JIMMY NICOLOPOULOS | (847)414-6447 | SKN252000@YAHOO.COM | CHICAGO | found; printed; located on CD158\Chicago…\Rejected |
| | | (847)967-5712 | | SKOKIE | found; printed; no file extension; located on |
| LEAP | JOHN LEAP | 5742556621 | | SOUTH BEND | CD160\Indiana…\Rejected found; printed; located on |
| MONGOLD | JONATHAN MONGOLD | 8123225484 | | INDIANAPOLIS | CD160\Indiana…\Rejected found; printed; located on |
| CAMAMCHO | JOSE CAMAMCHO | 561-352-9200 | | MIAMI | file name on CD is Camacho; found; printed; located on CD160\Miami…\Rejected found; printed; located on |
| KAELIN | JOSEPH KAELIN | 7573204206 | | VIRGINIA BEACH | CD163\Virginia…\Rejected found; printed; located on |
| TRISLER | JOSH TRISLER | 3174181824 | | INDIANAPOLIS | CD160\Indiana…\Rejected found; printed; located on |
| KIRK | JOSHUA KIRK | 5747270180 | | INDIANAPOLIS | CD160\Indiana…\Rejected found; printed; located on |
| DIXON | JUDITH DIXON | 4102905966 | | BALTIMORE | CD162\Maryland-Baltimore…\Rejected found; printed; located on |
| STANG | KIM STANG | 6309648944 | | CHICAGO | CD158\Chicago…\Rejected found; printed; located on |
| HATCH | LARRY HATCH | 7576212753 | | VIRGINIA BEACH | CD163\Virginia…\Rejected found; not printed - no file extension; located on |
| HOSKINS | LATANYA HOSKINS | 2198842157 | | INDIANAPOLIS | CD160\Indiana…\Rejected found; printed; located on |
| MARCISZONEK | LAURIE MARCISZONEK | 2165330081 | | CLEVELAND | CD164\Western found; printed; located on |
| MORONE | LINDA MORONE | 214-824-5474 | | DALLAS | CD159\Dallas…\Rejected found; printed; located on |
| ANDERSON | LUCIA ANDERSON | 972-420-7152 | | DALLAS | CD159\Dallas…\Rejected found; printed; located on |
| MAES | LYNETTE MAES | 253-548-8893 | | SEATTLE | CD162\Seattle…\Rejected |

| Last Name | Name | Phone | Email | City | Notes |
|---|---|---|---|---|---|
| PHILLIPS | LYNETTE PHILLIPS | 7579252885 | | VIRGINIA BEACH | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| IBRAHIM | MANAL IBRAHIM | 7038450548 | | WASHINGTON DC | found; printed; located on CD163\Virginia...\Rejected |
| WOOD | MARIAH WOOD | (360) 446-1220 | MARIAHIONE@YAHOO.COM | SEATTLE OLYMPIA | found; printed; located on CD160\Indiana...\Rejected |
| HILL | MARK HILL | 7654537926 | | INDIANAPOLIS | found; printed; not printed; no file extension; located on CD160\Indiana...\Rejected found; not printed; no file extension; located on CD162\Maryland-Baltimore...\Rejected |
| VILLAVICENCIO | MARTHA VILLAVICENCIO | 3014450031 | | BALTIMORE | file spelled Serda on CD; found; printed; located on CD159\Houston...\Rejected |
| SEDA | MARTIN SEDA | 281-705-9198 | | HOUSTON | found; printed; no file extension; located on CD160\Indiana...\Rejected |
| SUTTON | MATTHEW SUTTON | 3176321505 | | INDIANAPOLIS | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| QUANSAH | MAUREEN QUANSAH | 2405474431 | | BALTIMORE | found; printed; located on CD157\Central Pennsylvania...\Good |
| SISK | MEGAN SISK | (607) 331-5203 | MSISK333@HOTMAIL.COM | CPA NORTH BINGHAMTON | file spelled Young on CD; found; printed; located on CD159\Dallas...\Rejected |
| YONG | MICHAEL YONG | 972-285-2528 | | DALLAS | found; printed; located on CD161\New York Metro...\Rejected |
| REDDIC | NATHAN REDDIC | 203-327-1126 | | NEW YORK STAMFORD | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| NDIHO | PAUL NDIHO | 7039447239 | | BALTIMORE | file name is Randy Leuty; found; printed; located on CD163\St. Louis...\Rejected |
| LEUTY | RANDALL LEUTY | 309-451-4649 | | ST LOUIS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIST | ROBERT E. LIST | 814-455-3936 | BEL808@AOL.COM | 814-881-7280 | BUFFALO | ERIE | found; printed; located on CD161\NorthernNew York...\Rejected |
| WALLACE | ROMETTE WALLACE | 417-483-8107 | | | HOUSTON | | file name is Ronnette Wallace; found; printed; located on CD159\Houston...\Rejected |
| HAMBY | RYAN HAMBY | 2165611216 | | | BALTIMORE | | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| ROGE | RYAN ROGE | 2403152550 | | | BALTIMORE | | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| MARIN | SAMUEL MARIN | 786-380-5476 | | | MIAMI | | found; printed; located on CD160\Miami...\Rejected |
| REAM | SARA REAM | 3177701118 | | | INDIANAPOLIS | | found; printed; located on CD160\Indiana...\Rejected |
| WADE | STACY WADE - MD | 4103565576 | DWADESWADE@AOL.COM | 4109848159 | BALTIMORE | | Good found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| FEUER | STEFFANIE FEUER | 7654915688 | | | INDIANAPOLIS | | found; printed; located on CD160\Indiana...\Rejected |
| RICHARDS | STEVEN RICHARDS | 3172716728 | | | INDIANAPOLIS | | found; printed; located on CD160\Indiana...\Rejected |
| COOK | TARA COOK | 7575950772 | | | VIRGINIA BEACH | | found; printed; located on CD163\Virginia...\Rejected |
| WYRICH | TAYLOR WYRICH | 425-246-7864 | TJDUB1@YAHOO.COM | | SEATTLE | BELLEVUE | file name on CD is Wyrick; found; printed; located on CD162\Seattle...\Rejected |
| MALHOTRA | TEENA MALHOTRA | 3125951310 | | | CHICAGO | | found; printed; located on CD158\Chicago...\Rejected |
| VARCO | TIFFANI LA VARCO | 718-763-1714 | | | NEW YORK | MANHATTAN | found; printed; located on CD161\New York Metro...\Rejected |
| ANDERSON | TONY ANDERSON | 3017437730 | | | BALTIMORE | | found; printed; located on CD162\Maryland-Baltimore...\Rejected |

| | | | | |
|---|---|---|---|---|
| CHANDLER | TRAVIS CHANDLER | 3175462159 | INDIANAPOLIS | found; printed; no file extension; located on CD160\Indiana...\Rejected |
| CORMIER | TROY CORMIER | 713-528-2489 | HOUSTON | found; printed; located on CD159\Houston...\Rejected |
| NEAL | VALERIE NEAL VANH | 5748751151 | SOUTH BEND | found; no file extension; not printed; located on CD160\Indiana...\Rejected |
| MATNIVONG | MATNIVONG | 8152100046 | CHICAGO | found; printed; located on CD158\Chicago...\Rejected |
| PIEBENGA | VICKI PIEBENGA | 2607236156 | SOUTH BEND | found; no file extension; not printed; located on CD160\Indiana...\Rejected |
| MATNEY | VICKIE MATNEY | 3177881481 | INDIANAPOLIS | found; printed; located on CD160\Indiana...\Rejected |
| SICKELS | WILLIAM SICKELS | 4102873061 | BALTIMORE | found; printed; located on CD162\Maryland-Baltimore...\Rejected |
| WIGGINS | WILLIAM WIGGINS | 7578383571 | VIRGINIA BEACH | found; printed; located on CD163\Virginia...\Rejected |