# EXHIBIT II

| | |
|---|---|
| **From:** | David Fox |
| **Sent:** | Friday, July 23, 2004 8:32 AM |
| **To:** | Elaine Bussoletti |
| **Cc:** | Karen Siegel |
| **Subject:** | Re: Internet Leads |

Elaine,

Will do. Until you give us the go-ahead to run newspaper ads again, you will automatically have access to the resumes of all applicants (through your hotjobs, careerbuilder and monster accounts). Thanks.

Regards,
David

----- Original Message -----
From: "Elaine Bussoletti"
To: "David Fox"
Cc: "Karen Siegel"
Sent: Friday, July 23, 2004 12:21 AM
Subject: RE: Internet Leads


> David,
>
> At no point did I ever tell you to discard any leads or resumes. Our company policy requires us to keep all resumes. When I asked you and Sandy for them you said you did not have the manpower to make all the copies at that time but that you would work on it.
>
> Going forward we need to have a copy of all applicant unless Karen directs otherwise.
>
> Thanks,
>
> Elaine
>
> -----Original Message-----
> From: David Fox
> Sent: Thu 7/22/2004 4:25 PM
> To: Lorie De Vuono
> Cc: Elaine Bussoletti; Vahan Karian
> Subject: Fw: Internet Leads
>
>
> Lorie,
>
> With everyone going paperless, we receive virtually no faxed resumes. 95% of candidates who reply to newspaper ads do so online (usually through careerbuilder, and LAWL already has access to those resumes). With regards to others, after evaluating and phone interviewing all qualified candidates,

**CONFIDENTIAL**

LAE 0035051

LAE 0035051

we refer all qualified candidates to LAWL.
>
> Last year, when Elaine and I discussed forwarding the unqualified
resumes to LAWL, I told Elaine that those resumes were totally unqualified
for any position at LAWL. Elaine told me that it was okay to discard them.
That's what we have been doing.
>
> As you know, it is our policy and practice to review and evaluate all
candidates regardless of race, sex, religion, age, national origin, color,
veteran status or disability, and then, after a phone interiew with all
qualified candidates, to refer all qualified candidates to LAWL.
>
> Regards,
> David
>
>
> ----- Original Message -----
> From: Lorie De Vuono
> To: David Fox
> Cc: Elaine Bussoletti ; Vahan
Karian
> Sent: Thursday, July 22, 2004 10:08 AM
> Subject: RE: Internet Leads
>
>
> David,
>
> Actually, we would also need the newspaper & faxed leads for the EEOC.
>
> Thanks,
>
> Lorie
>
>
>
>
>
> -----Original Message-----
> From: David Fox
> Sent: Wednesday, July 21, 2004 6:12 PM
> To: Lorie De Vuono
> Cc: Elaine Bussoletti; Vahan Karian
> Subject: Re: Internet Leads
>
>
>
> Lorie,
>
>
>
> LAWL already has access to all of the leads that ESG has received from
the LAWL internet job postings. They can be found on your hotjobs,
careerbuilder and monster accounts as follows:

**CONFIDENTIAL**                                     LAE 0035052

LAE 0035052

\> 
\> 
\> 
\> Hotjobs
\> 
\> 1. Sign into LAWL's hotjobs account and click on the "Job Manager" tab at the top of the page.
\> 
\> 2. The fifth column over at the top of the list of your job postings is the "Resumes" column.
\> 
\> 3. If you click on the word (either "New" or "View All") in the Resumes column next to each job posting, it will pull up all of the resumes of candidates that have responded to that particular job posting.
\> 
\> 
\> 
\> Careerbuilder
\> 
\> 1. Sign into LAWL's careerbuilder account and click on "View and Manage My Jobs." This will pull up your "Active Jobs."
\> 
\> 2. The fourth column over at the top of the list of your job postings is the "Apps Received" column.
\> 
\> 3. If you click on the number in the Apps Received column next to each job posting, it will pull up all of the "Current Applications" (resumes of the most recent candidates that have responded to that particular job posting). To view additional resumes received, under the "Active Apps" tab, click on "Past Applications."
\> 
\> 4. To view the resumes of candidates that responded to older job postings, click on "Archived Jobs" under "My Jobs" on the left of the page. This will pull up all of your older job postings and then you begin with Step 2 above.
\> 
\> 
\> 
\> Monster
\> 
\> 1. Sign into LAWL's monster account and click on "Manage Job Postings."
\> 
\> 2. Under "Manage Postings" change the "Date Range" to your desired date range and change "Priority" to "All" and hit "Filter." Scroll down and you will see a listing of your job postings.
\> 
\> 3. The fifth column over at the top of the list of your job postings is the "Pool" column.
\> 
\> 4. If you click on the number in the Pool column next to each job posting, it will pull up all of the resumes of candidates that have responded to that particular job posting.
\> 

**CONFIDENTIAL**

LAE 0035053

LAE 0035053

>
>
> Please call me with any questions.
>
>
>
> Regards,
>
> David
>
> ----- Original Message -----
>
> From: Lorie De Vuono
>
> To: David Fox
>
> Cc: Elaine Bussoletti ; Vahan Karian
>
> Sent: Wednesday, July 21, 2004 3:26 PM
>
> Subject: Internet Leads
>
>
>
> David,
>
> Elaine asked me to send you an email. Could you send to our office the internet leads you received since January 1, 2004?
>
> Both she and Vahan would like the leads sent to our office by next Friday.
>
>
>
> Thanks!
>
>
>
> Lorie DeVuono
>
> L A Weight Loss Centers, Inc.
>
> 215.346.4350
>
> 215.346.4381 fax
>
>
>
>

**CONFIDENTIAL**

LAE 0035054

LAE 0035054