# EXHIBIT KK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

\- - -

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
PLAINTIFF
AND
KATHY C. KOCH
INTERVENOR/PLAINTIFF
V
LA WEIGHT LOSS CENTERS, INC.
DEFENDANT

: CIVIL ACTION
: NO WDQ-02-CV-648

\- - -

OCTOBER 7, 2005

\- - -

CONTINUED 30(B)(6) ORAL DEPOSITION OF L.A. WEIGHT LOSS CENTERS, INC., TAKEN THROUGH ITS REPRESENTATIVE, CHRISTINE MOFFITT, WAS HELD AT THE OFFICES OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, THE BOURSE BUILDING, 111 SOUTH INDEPENDENCE MALL EAST, 21 SOUTH 5TH STREET, FOURTH FLOOR, BEGINNING AT 10:15 A.M., ON THE ABOVE DATE, BEFORE NANCY D. RONAYNE, A PROFESSIONAL COURT REPORTER AND NOTARY PUBLIC IN THE COMMONWEALTH OF PENNSYLVANIA.

\- - -

ESQUIRE DEPOSITION SERVICES
FOUR PENN CENTER
1600 JOHN F.KENNEDY BOULEVARD, 12TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
(215) 988-9191

THAT. I'M NOT EVEN SURE THAT I UNDERSTAND THE QUESTION AS A SUBSET OF THE LARGER QUESTION AND AGAIN, I'M CONCERNED ABOUT THERE BEING A WORK-PRODUCT OR PRIVILEGE VIOLATION. SO IF YOU COULD PERHAPS REPHRASE THE QUESTION TO BE MORE SPECIFIC THEN WE CAN OBJECT ON A QUESTION BY QUESTION BASIS AS NECESSARY.
MR. ANDERSON: OKAY.
BY MR. ANDERSON:
Q. I'M NOT ASKING YOU TO TELL ME, TO DISCLOSE TO ME ANYTHING THAT WAS CREATED BY YOUR LAWYER BUT IF THERE ARE DOCUMENTS THAT ARE LA WEIGHT LOSS'S DOCUMENTS THAT YOU REVIEWED IN PREPARATION FOR THE DEPOSITION I WOULD LIKE TO KNOW WHAT THEY ARE?
MS. KARETNICK: MR. ANDERSON, EVEN THE DOCUMENTS CHOSEN OR SELECTED OUT FOR REVIEW IN PREPARATION OF THIS DEPOSITION I BELIEVE WOULD FALL INTO THE

WORK-PRODUCT. TO THE EXTENT THAT YOU HAVE SPECIFICALLY --
MR. ANDERSON: LA WEIGHT LOSS PAYROLL DOCUMENTS ARE WORK-PRODUCT, IS WHAT YOU'RE SAYING?
MS. KARETNICK: WELL TO THE EXTENT THAT THEY WERE CULLED FROM A LARGER SET OF DOCUMENTS IN PREPARATION SPECIFICALLY FOR THIS DEPOSITION, THEY ARGUABLY ARE WORK-PRODUCT AND I WOULD CAUTION THE WITNESS NOT TO ANSWER. TO THE EXTENT THAT YOU HAVE DOCUMENTS YOU WOULD LIKE TO SHOW THE WITNESS AND ASK THE WITNESS IF SHE'S SEEN DOCUMENTS BEFORE, OR IF SHE REVIEWED THIS DOCUMENT OVER THE PAST FEW DAYS, I WOULD ALLOW THAT QUESTION TO BE ASKED AND I WOULD ALLOW MS. MOFFITT TO ANSWER.
MR. ANDERSON: LA WEIGHT LOSS HAS THROUGH THEIR ATTORNEY HAS STATED AN OBJECTION TO THE

QUESTION, WHAT PAYROLL DOCUMENTS THE WITNESS HAS REVIEWED IN PREPARATION FOR A DEPOSITION ABOUT PAYROLL DOCUMENTS. THE EEOC BELIEVES THE OBJECTION IS WITHOUT MERIT BUT WE WILL CONTINUE THE DEPOSITION.
BY MR. ANDERSON:
Q. WHAT ARE THE CATEGORIES OF DOCUMENTS THAT YOU REVIEWED IN PREPARATION FOR THIS DEPOSITION?
A. PAYROLL REPORTS, PAYROLL SYSTEMS INFORMATION, THAT'S IT.
Q. PAYROLL REPORTS, IS THERE ANYTHING MORE SPECIFIC ABOUT PAYROLL REPORTS THAT YOU CAN PROVIDE?
A. PAYROLL REPORTS THAT ARE RUN ROUTINELY IN OUR DEPARTMENT.
Q. HAVE YOU PRODUCED THOSE PAYROLL REPORTS THAT ARE RUN ROUTINELY?
A. YES.
Q. DID YOU SPEAK TO ANYONE BESIDES YOUR LAWYER, THE COMPANY'S LAWYER, IN PREPARATION FOR THIS

DEPOSITION?
A. NO.
Q. YOU SPOKE TO NO ONE?
MS. KARETNICK: LET'S GO OFF THE RECORD FOR A MOMENT.
(A DISCUSSION OFF THE RECORD OCCURRED.)
MS. KARETNICK: I BELIEVE MS. MOFFITT -- IF YOU COULD ASK THE QUESTION AGAIN MS. MOFFITT WOULD LIKE TO CLARIFY HER ANSWER.
BY MR. ANDERSON:
Q. DID YOU SPEAK TO ANYONE FOR THE PREPARATION FOR THIS DEPOSITION BESIDES YOUR LAWYER?
A. I SPOKE WITH THE PAYROLL DEPARTMENT, KAREN SIEGEL AND JOHN JANTHOR AND NICOLE FRYER.
Q. WHO IN THE PAYROLL DEPARTMENT DID YOU SPEAK TO?
A. THE OTHER EMPLOYEES THAT WORK WITH ME.
Q. IN 1997 ZURICH PAYROLL WAS THE PAYROLL ADMINISTRATOR FOR LA WEIGHT

LOSS; IS THAT RIGHT?
A. YES.
Q. AND IT WAS TESTIFIED TO BEFORE BY MR. JANTHOR THAT THE ONLY MACHINE READABLE FILES THAT CONTAINED PERSONNEL OR HIRING OR PERFORMANCE OR RECRUITMENT INFORMATION OR PAYROLL INFORMATION THAT EXISTED IN 1997 WERE MAINTAINED BY ZURICH; IS THAT RIGHT?
A. YES.
MS. KARETNICK: I'M GOING TO OBJECT TO YOUR QUESTION TO THE EXTENT THAT IT SUMMARIZES MR. JANTHOR'S TESTIMONY AND TO THE EXTENT THAT WITHOUT LOOKING DIRECTLY AT HIS TESTIMONY YOU ARE SIMPLY MAKING A RECOMMENDATION OF TO WHAT HE SAID.
MR. ANDERSON: THAT'S RIGHT. I'M MAKING A REPRESENTATION, MR. JANTHOR'S TESTIMONY WILL SPEAK FOR ITSELF.
MS. KARETNICK: OTHERWISE, MS. MOFFITT, YOU CAN GO AHEAD AND

ANSWER MR. CORBETT'S QUESTION.
BY MR. ANDERSON:
Q. IS THAT YOUR UNDERSTANDING, THAT IN 1997 THE ZURICH PAYROLL INFORMATION WAS THE ONLY PAYROLL DATA THAT EXISTED?
A. YES.
Q. AND ZURICH PAYROLL WAS THE PAYROLL ADMINISTRATOR FOR LA WEIGHT LOSS FROM '97 THROUGH 2000; IS THAT RIGHT?
A. YES.
Q. AND THE ZURICH PAYROLL DATA WAS HOUSED ON A COMPUTER THAT WAS EITHER SOLD OR LEASED TO LA WEIGHT LOSS?
MS. KARETNICK: OBJECTION TO FORM. YOU CAN GO AHEAD AND ANSWER THAT QUESTION.
THE WITNESS: FROM WHAT I UNDERSTAND IT WAS NOT A COMPUTER SOLD OR LEASED IT WAS A COMPUTER OWNED BY LA WEIGHT LOSS.
BY MR. ANDERSON:
Q. THE SOFTWARE THAT THAT COMPUTER RAN ON WAS CALLED PAYCHOICE; IS

THAT RIGHT?
A. YES. IN '99 AND 2000.
MS. KARETNICK: OBJECTION TO FORM. BELATED OBJECTION TO FORM.
BY MR. ANDERSON:
Q. AT SOME POINT IN 1999 WAS THERE AN UPGRADE TO THE ZURICH PAYROLL?
A. YES.
Q. DO YOU KNOW THE DATE?
A. FIRST QUARTER OF '99.
Q. YOU DON'T KNOW THE EXACT DATE?
A. NO.
Q. DOES ANYONE -- DO YOU KNOW WHO, IF ANYBODY, KNOWS THE EXACT DATE?
A. NO.
Q. IS IT YOUR UNDERSTANDING THAT THE UPGRADE THAT OCCURRED IN THE FIRST QUARTER OF 1999 RENDERED DATA ABOUT INACTIVE EMPLOYEES INACCESSIBLE?
MS. KARETNICK: OBJECTION TO FROM. GO AHEAD AND ANSWER.
THE WITNESS: NO.
BY MR. ANDERSON:

Q. DO YOU KNOW WHETHER IN 1999 WHEN ZURICH PAYROLL UPGRADED THE PAYROLL SYSTEM THAT ADMINISTERED FOR LA WEIGHT LOSS, THAT UPGRADE RENDERED ANY DATA INACCESSIBLE?
A. NO.
Q. YOU DON'T KNOW?
A. NO, IT DID NOT.
Q. IT DID NOT RENDER ANY DATA INACCESSIBLE?
A. NO.
MS. KARETNICK: AGAIN, WE NEED TO GO OFF THE RECORD FOR JUST A MINUTE.
(A DISCUSSION OFF THE RECORD OCCURRED.)
MR. ANDERSON: OFF THE RECORD THE EEOC AND LA WEIGHT LOSS'S ATTORNEY ALIZA KARETNICK DISCUSSED A PATTERN THAT HAS DEVELOPED DURING THIS DEPOSITION AND WHICH MS. KARETNICK HAS TAKEN THE DEPOSITION OFF THE RECORD FOR PURPOSE OF SPEAKING TO THE

Page 173

WITNESS. IT IS EEOC'S IMPRESSION THAT AT LEAST PART OF THOSE DISCUSSIONS ARE NON-PRIVILEGED, COUCHING OR AT LEAST APPEAR TO BE COUCHING. THE EEOC AND LA WEIGHT LOSS HAVE AGREED THAT IN CONTINUING THIS DEPOSITION ON THIS DAY, ANY SPEAKING TO THE WITNESS BY MS. KARETNICK THAT IS NOT PRIVILEGED WILL BE MADE ON THE RECORD.

MS. KARETNICK: ARE YOU THROUGH?

MR. ANDERSON: YES.

MS. KARETNICK: ACTUALLY, I BELIEVE WHAT WE AGREED TO AS TO THIS INSTANCE TO THE EXTENT WE CAN RESOLVE THE ISSUE WITHOUT AN OFF-THE-RECORD DISCUSSION WITH THE WITNESS WE WILL. AND ALSO THAT LA WEIGHT LOSS'S POSITION IF IT DOES HAVE AN OFF-THE-RECORD DISCUSSION WITH THE WITNESS IF EEOC IS CONCERNED WITH THE SUBSTANCE OF

Page 174

THAT CONVERSATION AND WOULD LIKE TO INQUIRE ABOUT THE SUBSTANCE OF THAT CONVERSATION THAT EEOC MAY DO SO. THAT BEING SAID, WHY DON'T WE GO AHEAD AND CONTINUE WITH THE EXAMINATION. MR. ANDERSON, IF YOU'D LIKE TO PICK UP WHERE YOU LEFT OFF WE CAN TRY TO CLARIFY WHAT I THINK WAS AN ISSUE IN THE LAST QUESTION OR TWO THAT YOU ASKED.

MR. ANDERSON: THE EEOC OBJECTS AND HAS A STANDING OBJECTION TO ANY COUCHING OF THE WITNESS BY MS. KARETNICK IN ANY WAY, SHAPE OR FORM.

BY MR. ANDERSON:

Q. MS. MOFFITT, IN 1999 FIRST QUARTER, YOU SAID THAT THERE WAS AN UPGRADE TO THIS ZURICH PAYROLL SYSTEM, RIGHT?

A. YES.

Q. WHEN THAT UPGRADE OCCURRED WAS THERE DATA ON THAT SYSTEM?

Page 175

A. ON THE NEW SYSTEM?

Q. ON THE OLD SYSTEM PRIOR TO THE UPGRADE WAS THERE DATA ON THAT SYSTEM THAT WAS UPGRADED?

A. YES.

Q. PAYROLL DATA?

A. YES.

Q. DID THAT PAYROLL DATA CONTAIN INFORMATION ABOUT ACTIVE AND INACTIVE EMPLOYEES?

A. YES.

Q. AFTER THE UPGRADE IN FIRST QUARTER 1999, DO YOU KNOW WHETHER THE ZURICH PAYROLL DATABASE CONTAINED DATA ABOUT BOTH ACTIVE AND INACTIVE EMPLOYEES?

A. AFTER THE -- IN THE NEW SYSTEM YOU'RE ASKING?

Q. YES.

A. IT CONTAINED DATA ABOUT ACTIVE EMPLOYEES.

Q. DID IT CONTAIN DATA ABOUT INACTIVE EMPLOYEES?

A. NO.

Q. SO THE DATA ABOUT INACTIVE

Page 176

EMPLOYEES WAS LOST IN THE UPGRADE; IS THAT RIGHT?

A. THE DATA ABOUT INACTIVE EMPLOYEES WAS CONTAINED ON THE OLD SYSTEM.

Q. AND WAS IT CARRIED -- IT WAS NOT CARRIED OVER TO THE NEW SYSTEM?

A. NO.

Q. WHO MADE THE UPGRADE?

A. ZURICH PAYROLL?

Q. DO YOU KNOW WHY ZURICH PAYROLL DID NOT CARRY THE INACTIVE EMPLOYEES FROM THE OLD SYSTEM TO THE NEW SYSTEM?

A. NO, I DON'T.

Q. DID YOU ASK?

A. NO, I DIDN'T.

Q. DO YOU KNOW WHETHER THE SUPERVISOR ASKED?

A. NO, I -- I DON'T.

Q. WHO WAS THAT PERSON AGAIN?

A. MY SUPERVISOR IN 2000?

Q. IN 1999, FIRST QUARTER. WHO WAS THE HEAD OF THE PAYROLL DEPARTMENT IN

Page 177

THE FIRST QUARTER 1999?
A. ACTUALLY THE CONTROLLER OF THE COMPANY WAS IN CHARGE OF THE PAYROLL DEPARTMENT AT THAT TIME.
Q. WHO WAS THAT?
A. JIM HORAN.
Q. CAN YOU SPELL THAT?
A. H-O-R-A-N.
Q. DO YOU KNOW WHETHER MR. HORAN ASKED ZURICH PAYROLL WHY INACTIVE EMPLOYEES WERE NOT CARRIED TO THE NEW SYSTEM?
A. NO.
Q. DO YOU KNOW OF ANYONE WHO WOULD KNOW THE ANSWER TO THAT QUESTION?
A. NO.
Q. BESIDES MR. HORAN OF COURSE.
DID MR. HORAN OR ANYONE ELSE AT LA WEIGHT LOSS TELL YOU ANYTHING ABOUT THE UPGRADE TO THE ZURICH PAYROLL SYSTEM IN THE FIRST QUARTER OF 1999, ANYTHING AT ALL?
A. ANYTHING?
Q. DID ANYBODY AT LA WEIGHT

Page 178

LOSS HAVE ANY CONVERSATIONS WITH YOU IN THE FIRST QUARTER OF 1999 ABOUT THE UPGRADE TO THE ZURICH PAYROLL SYSTEM?
A. OTHER THAN IT WAS -- WHEN IT WAS GOING TO BE DONE.
Q. SO --
A. OTHER THAN THEM SAYING WE'RE GETTING AN UPGRADE, NO.
Q. IN THE FIRST QUARTER OF 1999, WHAT WAS YOUR POSITION AGAIN?
A. PAYROLL CLERK.
Q. AND DID YOU HAVE -- DID YOU USE THE ZURICH PAYROLL DATA?
A. YES.
Q. HOW DID YOU USE IT?
A. TO PROCESS THE EMPLOYEES PAYCHECKS.
Q. DID YOU USE IT FOR ANY OTHER PURPOSE?
A. NO.
Q. DID YOU HAVE ANY REASON TO VIEW OR ACCESS DATA ABOUT INACTIVE EMPLOYEES IN THE FIRST QUARTER OF 1999?
A. IF I HAD TO FILL OUT A

Page 179

VACATION -- I MEAN A VERIFICATION OF EMPLOYMENT I WOULD HAVE USED IT, A TERMINATED EMPLOYEE.
Q. DO YOU REMEMBER EVER DOING THAT?
A. YES.
Q. WHEN YOU DID THAT DO YOU REMEMBER SEEING INACTIVE EMPLOYEES IN THE SYSTEM?
A. YES.
Q. AFTER THE UPGRADE TO THE ZURICH PAYROLL SYSTEM?
A. NO. IN -- IN THE OLD SYSTEM WHERE THE TERMINATED EMPLOYEES WERE KEPT.
Q. DO YOU REMEMBER SEEING INACTIVE EMPLOYEES IN THE SYSTEM AFTER THE UPGRADE?
A. NO.
Q. DID YOU EVER LOOK FOR ANY INACTIVE EMPLOYEES?
A. NO.
Q. SO WHAT YOU DESCRIBED ABOUT VERIFICATION OF EMPLOYMENT YOU DIDN'T DO THAT AT ALL IN 1999 AFTER THE UPGRADE; IS

Page 180

THAT RIGHT?
A. YES, I WOULD HAVE BUT I WOULD HAVE USED THE OLD PAYROLL SYSTEM NOT THE CURRENT PAYROLL SYSTEM.
Q. WHERE WAS THE OLD PAYROLL SYSTEM HOUSED AFTER THE UPGRADE?
A. IT WAS ON A COMPUTER.
Q. ON A DESKTOP COMPUTER?
A. YES.
Q. DID THAT COMPUTER THAT CONTAINED LA WEIGHT LOSS PAYROLL INFORMATION THAT WAS UPGRADED, DID IT CONTAINED INFORMATION ABOUT EMPLOYEES SEX?
A. YES.
Q. JOB TITLE?
A. YES.
Q. HIRE DATES?
A. YES.
Q. REHIRE DATES?
A. I DON'T REMEMBER.
Q. DID IT CONTAIN DATA ABOUT INFORMATION OR REASONS FOR TERMINATION?
A. YES.

Q. PROMOTIONS?
A. NO.
Q. OBVIOUSLY IT CONTAINED PAY INFORMATION, RIGHT?
A. YES.
Q. PAY CHANGES?
A. NO, CURRENT RATE OF PAY.
Q. BONUSES?
A. NO.
Q. COMMISSIONS?
A. ONLY IF YOU WERE LOOKING IN THEIR CHECKVIEW INFORMATION.
Q. SO IT WOULD HAVE CONTAINED BONUS -- COMMISSION INFORMATION BUT IN THE CHECKVIEW?
A. YES.
Q. PERFORMANCE RATINGS?
A. NO.
Q. DISCIPLINARY ACTIONS?
A. NO.
Q. THE INFORMATION ABOUT THE EMPLOYEES SEX AND HIRE DATES, THE DATA THAT YOU SAID ZURICH PAYROLL SYSTEM DID CONTAIN PRIOR TO THE UPGRADE AND AFTER

THE UPGRADE, WHAT WAS THE SOURCE OF THAT INFORMATION? BY SOURCE I MEAN, WHAT WAS THE ORIGINAL SOURCE OF THAT INFORMATION?
A. EMPLOYEES FILL OUT NEW HIRE PAPERWORK THAT'S FAXED TO THE PAYROLL DEPARTMENT.
Q. AND THEN WHAT DOES THE PAYROLL DEPARTMENT DO WITH THAT NEW PAPERWORK?
A. INPUTS IT INTO THE SYSTEM.
Q. IS IT A KEY ENTRY?
A. YES.
Q. THAT WAS THE SYSTEM IN 1999?
A. YES.
Q. PRIOR TO 1999?
A. YES.
Q. IS THAT THE CURRENT SYSTEM?
A. YES.
Q. DOES LA WEIGHT LOSS KEEP ALL THOSE NEW HIRE PAPERWORK?
A. YES.
Q. DO YOU HAVE THAT PAPERWORK GOING BACK TO 1997?
A. YES.

Q. DOES THE COMPUTER THAT HOUSED THE OLD ZURICH PAYROLL DATA, DOES IT STILL EXIST IN LA WEIGHT LOSS'S POSSESSION?
A. NO.
Q. DO YOU KNOW WHY IT DOESN'T?
A. NO.
Q. DO YOU KNOW WHO WOULD KNOW?
A. NO.
Q. DO YOU REMEMBER EVER ATTEMPTING TO ACCESS DATA IN THAT DATABASE AND REALIZING THAT IT NO LONGER EXISTED IN LA WEIGHT LOSS'S POSSESSION?
A. IN WHAT YEAR ARE YOU --
Q. ANY YEAR?
A. IN 2001, YES.
Q. YOU REMEMBER LOOKING FOR DATA THAT WOULD HAVE BEEN IN THE ZURICH PAYROLL SYSTEM PRIOR TO THE UPGRADE?
A. IN THE ZURICH PAYROLL SYSTEM FROM '97, THE OLD SYSTEM.
Q. WHAT HAPPENED WHEN YOU LOOKED FOR IT?
A. THE PROGRAM DIDN'T EXIST.

Q. DID THE COMPUTER ITSELF THAT THE DATA WAS HOUSED ON EXIST?
A. I DON'T KNOW.
Q. WHEN YOU LOOKED FOR THAT INFORMATION IN 2001 ABOUT 1997 DATA, WHERE DID YOU LOOK?
A. ON THE COMPUTER -- ON THE COMPUTER THAT I THOUGHT IT WOULD HAVE BEEN ON.
Q. WHY DID YOU THINK IT WOULD HAVE BEEN ON THAT COMPUTER?
A. IT WAS A COMPUTER I WAS USING AT THE TIME. THE COMPUTER -- WE UPGRADED OUR COMPUTERS, WE GET NEW COMPUTERS A LOT SO FROM WHAT I REMEMBER I WOULD HAVE THOUGHT IT WOULD HAVE STILL BEEN ON THE SAME COMPUTER. I DON'T KNOW EXACTLY IF THAT'S -- IF IT EXACTLY WAS THE SAME COMPUTER THAT I WAS USING AT THE TIME, BUT IT WASN'T, IT DIDN'T EXIST NO MORE WHEN I WENT TO CHECK IN 2001.
Q. WAS THERE ANY TIME PRIOR TO 2001 WHEN YOU LOOKED FOR DATA IN THE FORMER SYSTEM AFTER THE UPGRADE? BETWEEN

RECORD KEEPING AS RELATED TO PAYROLL INFORMATION?
A. WE WERE AWARE OF WHAT NEEDS TO BE DONE AS FAR AS RECORD KEEPING REGARDING EMPLOYEE FILES, WE KEEP ALL THE RECORDS IN THE EMPLOYEES' FILE. THERE'S NO SPECIFIC CONVERSATION THAT I REMEMBER ABOUT RECORD KEEPING.
Q. YOU'RE THE PAYROLL SUPERVISOR, IS THAT YOUR TITLE?
A. YES.
Q. AS PART OF YOUR JOB DUTIES ARE YOU RESPONSIBLE FOR MAKING SURE THAT THE DATA IN THE PAYROLL SYSTEM IS ACCURATE?
A. YES.
Q. DID ANYONE AT LA WEIGHT LOSS EVER SAY TO YOU TO MAKE SURE YOU -- TO MAKE SURE THAT THE PAYROLL DATA IS ACCURATE?
A. THE ONLY TIME THAT QUESTION WOULD COME UP IS IF AN EMPLOYEE WOULD NOTICE THAT SOMETHING WAS INACCURATE, LIKE THEIR SOCIAL SECURITY NUMBER WAS

INCORRECT ON THEIR PAYCHECK THE PAYROLL DEPARTMENT WILL BE TOLD THE SOCIAL SECURITY NUMBER IS INCORRECT AND THEN WE WOULD THEN CHANGE IT.
Q. WHAT ABOUT DATA BECOMING INACCESSIBLE, IF DATA WERE TO BECOME INACCESSIBLE FOR SOME REASON, WOULD THAT BE SOMETHING THAT YOU WOULD BE RESPONSIBLE FOR FIGURING OUT THE REASON?
MS. KARETNICK: OBJECTION TO FORM. YOU'RE ASKING HER TO SPECULATE, YOU'RE PROVIDING HER WITH A HYPOTHETICAL.
MR. ANDERSON: IT'S JUST A QUESTION.
MS. KARETNICK: GO AHEAD AND ANSWER THE QUESTION.
THE WITNESS: WHAT TYPE OF DATA WOULD BECOME INACCESSIBLE, THERE ISN'T ANYTHING THAT CURRENTLY WOULD BECOME --
BY MR. ANDERSON:
Q. WELL, LET'S SAY -- LET'S GO TO 2002, IN 2002 WERE YOU THE PAYROLL

SUPERVISOR THEN?
A. YES.
Q. WHO WAS THE PAYROLL ADMINISTRATOR THEN FOR LA WEIGHT LOSS?
A. ADP.
Q. DID ADP UPGRADE THE ADP SYSTEM IN 2002?
A. YES.
Q. WHEN ADP UPGRADED THE SYSTEM DID THAT RENDER SOME DATA INACCESSIBLE?
A. YES.
Q. IN CONNECTION WITH ADP UPGRADING THE SYSTEM BY WHICH DATA BECAME INACCESSIBLE, DID YOU GIVE ANY INSTRUCTIONS TO ADP?
A. TO MAKE THE DATA INACCESSIBLE?
Q. YES.
A. NO.
Q. DID YOU GIVE ANY INSTRUCTIONS TO ADP TO NOT MAKE THE DATA INACCESSIBLE?
A. NO.
Q. DID YOU GIVE ANY

INSTRUCTIONS TO ADP TO BE CAREFUL NOT TO MAKE THE DATA INACCESSIBLE?
A. NO.
Q. AFTER THE DATA BECAME INACCESSIBLE DO YOU REMEMBER WHEN YOU REALIZED THAT?
A. I DO NOT REMEMBER THE EXACT DAY BUT I DO REMEMBER THAT HAPPENING.
Q. DO YOU REMEMBER ROUGHLY THE TIME FRAME THAT -- THE TIME THAT HAD ELAPSED BETWEEN THE UPGRADE AND WHEN YOU REALIZED --
A. I WOULD SAY A MONTH.
Q. AFTER THE DATA BECAME INACCESSIBLE, WE'RE GOING TO GET TO WHAT DATA IT WAS IN JUST A LITTLE BIT, AFTER THE DATA BECAME INACCESSIBLE, DID YOU, YOU MEANING LA WEIGHT LOSS, DID LA WEIGHT LOSS CHANGE ANY POLICIES OR PROCEDURES WITH RESPECT TO PAYROLL DATA?
A. YES. ADP WAS TOLD NEVER TO PURGE OR SYSTEM OF TERMINATED EMPLOYEES.
Q. HOW WERE THEY TOLD THAT?
A. THROUGH A PHONE CALL.

Q. VERBALLY?
A. YES.
Q. ORALLY?
A. YES.
Q. WAS THE PHONE CALL CONFIRMED IN WRITING?
A. NOT THAT I'M AWARE OF.
Q. IS THERE ANY WRITTEN RECORD OF THAT INSTRUCTION?
A. NO.
Q. DID LA WEIGHT LOSS ASK ADP TO ATTEMPT THE RETRIEVAL OF THE DATA THAT BECAME INACCESSIBLE IN 2002?
A. FROM WHAT I REMEMBER, YES.
Q. WHEN YOU SAY FROM WHAT YOU REMEMBER, IS THAT YOUR PERSONAL MEMORY?
A. YES.
Q. SO YOU PERSONALLY ASKED THEM TO RETRIEVE THE DATA OR AT LEAST ATTEMPT TO?
A. YES.
Q. DO YOU REMEMBER WHO YOU SPOKE TO?
A. NO, I DON'T.

Q. DO YOU REMEMBER WHO YOU TOLD NEVER TO MAKE THE DATA INACCESSIBLE AGAIN?
A. NO, I DON'T REMEMBER.
Q. DO YOU HAVE A POINT OF CONTACT AT ADP OR AT LEAST DID YOU IN 2002?
A. YES.
Q. WHO WAS THAT PERSON?
A. I DON'T SPECIFICALLY REMEMBER WHO IT WAS THEN. WE HAVE CHANGED POINT CONTACTS A LOT.
Q. ARE THERE DOCUMENTS THAT WOULD INDICATE WHO THAT PERSON IS?
A. THERE MAY BE.
Q. CAN YOU LOOK FOR THOSE FOR US?
A. SURE.
Q. IS THERE A PERSON WHO MAY KNOW WHO THAT CONTACT IS?
A. THERE MAY BE A PERSON AT ADP.
Q. ANOTHER LA WEIGHT LOSS EMPLOYEE WHO MAY KNOW BETTER THAN YOU WHO

THAT PERSON IS?
A. NO.
MS. KARETNICK: MR. ANDERSON, I'M ASSUMING THAT YOU HAVE IN NOT SO MANY WORDS MADE A REQUEST FOR A DOCUMENT REFLECTING CONTACTS WITH ADP OVER THE YEARS?
MR. ANDERSON: NOT ANY -- NO, THE DOCUMENTS REFLECTING --
MS. KARETNICK: THE CONTACT PERSON.
MR. ANDERSON: -- CONVERSATIONS WITH ADP ABOUT ACCESSIBILITY OR INACCESSIBILITY OF THE DATA AT ANY TIME. SAME WITH ZURICH. AND DOCUMENTS THAT WE INDICATE WHO THE CONTACT PERSON IS OR AT LEAST WAS IN 2002 WHEN THE ADP SYSTEM WAS UPGRADED.
MS. KARETNICK: FIRST QUARTER OF 2002?
MR. ANDERSON: YES. AND WHO THE CONTACT PERSON WAS FOR ZURICH IN 1999 WHEN THAT SYSTEM WAS

UPGRADED.
MS. KARETNICK: TO THE EXTENT ANY OF THOSE DOCUMENTS EXIST WE'LL PRODUCE THEM. ALTHOUGH, I'M NOT GOING TO MAKE A REPRESENTATION THAT ANY SUCH DOCUMENTATION EXIST.
MR. ANDERSON: IF THE DOCUMENTS DON'T EXIST THEN THEY DON'T EXIST.
BY MR. ANDERSON:
Q. SO IN 2002 IT WAS YOUR RESPONSIBILITY YOU TESTIFIED THAT TO KEEP DATA ACCESSIBLE AND ADMONISH ADP TO NOT MAKE THE DATA INACCESSIBLE AGAIN. IN 1999, WHEN THE ZURICH PAYROLL SYSTEM WAS UPGRADED WHO WOULD HAVE HAD THAT RESPONSIBILITY AT LA WEIGHT LOSS? I THINK YOU COULDN'T REMEMBER.
A. WHO WOULD HAVE HAD THE RESPONSIBILITY --
Q. WHO WAS THE HEAD OF PAYROLL IN 1999?
A. THERE REALLY WASN'T A

WAS JUST FOR ONE TIME PERIOD, WAS IT PER PAY PERIOD OR --
A. PER PAY PERIOD.
Q. WOULD YOU LOOK AT IT TO DETERMINE WHAT A PERSON EARNED IN THAT YEAR --
A. YES.
Q. -- IN BONUSES?
WOULD THERE BE A FIELD FOR THAT OR WOULD YOU HAVE TO ADD UP ALL THE DIFFERENT --
A. THERE WOULD BE AN OPTION TO SELECT CUMULATIVE.
Q. CUMULATIVE BONUS?
A. YES.
Q. WOULD THERE BE A SIMILAR OPTION FOR COMMISSION?
A. YES.
Q. WOULD TERMINATION BE A FIELD IN THE SYSTEM, WHETHER A PERSON HAD BEEN TERMINATED?
A. YES.
Q. IF A PERSON HAD BEEN TRANSFERRED WOULD THAT SHOW IN THE SYSTEM

IN SOME WAY?
A. NO.
Q. HOW ABOUT PROMOTED?
A. NO.
Q. AND IN 2002 ADP UPGRADED ITS SYSTEM, THE PAYROLL SYSTEM THAT LA WEIGHT LOSS USED; IS THAT RIGHT?
A. IN --
Q. DO YOU REMEMBER WHEN ADP, IF AT ALL, UPGRADED ITS SYSTEM, THE SYSTEM?
A. THE LAST UPGRADE WAS IN MARCH OF 2005.
Q. WERE THERE ANY UPGRADES PRIOR TO 2005?
A. NOT THAT I CAN REMEMBER.
Q. THE DATA THAT WAS HOUSED IN THE ADP, LA WEIGHT LOSS'S ADP SYSTEM IN 2001, REFERRING TO THAT, IS THAT CURRENTLY ACCESSIBLE?
A. CHECKVIEW IS ACCESSIBLE FOR TERMINATED EMPLOYEES. IF THEY'RE STILL ACTIVE, YES, THEY'RE STILL IN THE SYSTEM.
Q. PERSONS WHO ARE INACTIVE CAN BE VIEWED ONLY THROUGH CHECKVIEW?

A. YES.
Q. FOR 2001?
A. YES.
Q. FOR 2002 COULD SOMEONE ACCESS THE DATA FOR INACTIVE EMPLOYEES?
A. YES.
Q. FOR 2002?
A. YES.
Q. WHY IS THE DATA FOR INACTIVE EMPLOYEES FOR 2001 NOT ACCESSIBLE EXCEPT FOR CHECKVIEW FORMAT?
A. ADP PURGED INACTIVE EMPLOYEES.
Q. DO YOU REMEMBER WHEN THAT WAS?
A. SOME -- SOMETIME IN 2002, FIRST QUARTER OF 2002.
Q. WAS THAT NOT AN UPGRADE, IN CONNECTION WITH AN UPGRADE TO THE SYSTEM?
A. (PAUSE.)
Q. I'M TRYING -- THE REASON I'M ASKING THE QUESTION IS I ASKED YOU ABOUT AN UPGRADE IN 2002, YOU SAID THAT THERE WASN'T?

A. WELL THERE WASN'T A PAYROLL UPGRADE THEY WERE OUT ADDING A FEATURE TO THE PAYROLL SYSTEM WHICH WAS NEVER USED.
Q. THEY WERE ADDING A FEATURE THAT WAS NEVER USED?
A. THEY WERE ADDING AN HR SYSTEM THAT WAS NEVER USED AFTER IT WAS PUT ON THE SYSTEM, SO IT WASN'T NECESSARILY AN UPGRADE TO MY SIDE OF THE PAYROLL. BUT THEY WERE DOING, I GUESS YOU COULD SAY THEY WERE DOING AN UPGRADE JUST NOT NECESSARILY THROUGH PAYROLL.
Q. I GOT YOU. AND IT WAS THROUGH THAT UPGRADE BROADLY DEFINED THAT THE INACTIVE EMPLOYEES DATA BECAME INACCESSIBLE EXCEPT BY CHECKVIEW FORMAT?
A. YES.
Q. I THINK YOU STATED EARLIER THAT YOU ASKED ADP TO TRY TO RETRIEVE THAT DATA?
A. YES.
Q. THEY TOLD YOU BECAUSE -- BECAUSE OF USING THE SYSTEM SINCE THEN YOU WOULDN'T BE ABLE TO DO IT, RIGHT?

Q. DOES EVERYONE'S CHECK HAVE QUARTERLY PAY INFORMATION ON IT?
A. NO.
Q. HOW WOULD CHECKVIEW DEPICT QUARTERLY PAY INFORMATION?
A. YOU WOULD HAVE TO SELECT CHECKS THAT FELL WITHIN THAT QUARTER, MANUALLY CLICK THE CUMULATIVE BUTTON AND IT WOULD GIVE YOU THE TOTAL FOR THE QUARTER.
Q. COULD YOU IN CHECKVIEW FORMAT CREATE REPORTS?
A. NO, JUST VIEW CHECKS.
Q. THE STATUS TAB THERE, DO YOU KNOW WHAT WAS BEHIND THAT TAB?
A. HIRE DATE, TERM DATE, REHIRE DATE.
Q. DO THE TABS AND FIELDS DEPICTED IN PLAINTIFF'S EXHIBIT 4 CORRESPOND TO THE FIELDS PRODUCED IN EXCEL FORMAT IN LACD 0155.A?
A. YES.
Q. THERE'S A DIRECT CORRELATION DIRECT ONE TO TWO?

A. YES.
Q. SO ANYTHING IN LACD 0155.A COULD BE VIEWED IN THE PAYROLL SYSTEM ITSELF USING THE SAME CODES IN THE SAME WORDS, IF I WANTED STATUS FOR MS. ABBOTT IT WOULD SAY -- I ASSUME SHE'S TERMINATE --
A. YES.
Q. -- IT WOULD SAY T IN BOTH --
A. YES.
Q. -- UNDER THE SAME HEADING, THAT WOULD BE STATUS?
A. YES. IT MAY SAY TERMINATED.
Q. DOES LACD 0155.A -- THE TAB POSITION, DO YOU KNOW WHAT'S BEHIND THAT?
A. THE EMPLOYEE'S POSITION, TITLE.
Q. THAT'S THE SAME AS JOB TITLE?
A. YES.
Q. SO YOU CHECK POSITION, WHAT DOES IT SHOW, JUST ONE WORD, WHAT THEIR TITLE IS?
A. IT WILL SHOW THE -- IT WILL

HAVE SIDE TABS, ONE WILL HAVE THE DEPARTMENT NUMBER AND THEN IT SAYS JOB, YOU CHOOSE THE JOB TITLE.
MR. ANDERSON: DID YOU BRING THESE, YOU DIDN'T BRING --
MS. KARETNICK: NO, I DIDN'T.
(A DISCUSSION OFF THE RECORD OCCURRED.)
MS. KARETNICK: DO YOU HAVE A COPY FOR THE WITNESS, I'LL LOOK ON.
MR. ANDERSON: I DIDN'T.
MS. KARETNICK: CORBETT, DID YOU BRING A COPY FOR THE WITNESS?
MR. ANDERSON: I DIDN'T. OFF THE RECORD FOR A SECOND.
(A DISCUSSION OFF THE RECORD OCCURRED AND A BRIEF BREAK WAS TAKEN.)
(PLAINTIFF'S-4A MARKED FOR IDENTIFICATION.)
BY MR. ANDERSON:
Q. MS. MOFFITT, I WAS ASKING

YOU A QUESTION ABOUT THE TAB THAT SAYS POSITION AND IN EXHIBIT, PLAINTIFF'S EXHIBIT 4A ON PAGE 2 THERE'S A TAB THAT SAYS POSITION. AND THEN I SEARCHED FOR A FOR -- NOT 4A -- THEN WHAT HAPPENED I SEARCHED FOR DOCUMENTS THAT I THOUGHT WERE DEPICTING THAT TAB. IF YOU COULD TURN TO PLAINTIFF'S EXHIBIT-4A PAGE 2 -- NO IT WAS PERSONAL -- OH, TAKE A LOOK AT ALL THE PAGES IN 4A AND TELL ME IF A PAGE DEPICTING POSITION IS THERE?
A. YES.
Q. WHERE IS IT?
A. THE TAB POSITION SIDE TAB JOB, IT'S ACTUALLY PAGE 3.
Q. PAGE 3, OKAY.
A. IT SHOWS TITLE.
Q. AND WHERE WOULD THE INDICATION OF TITLE APPEAR TO THE LEFT THERE?
A. TO THE RIGHT OF THE WORD TITLE.
Q. TO THE RIGHT. WHAT ARE THOSE BOXES TO THE LEFT?