# EXHIBIT LL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MARYLAND
- - -

| | |
|---|---|
| EQUAL EMPLOYMENT | : |
| OPPORTUNITY COMMISSION | : |
| Plaintiff, | : |
| and | : |
| KATHY C. KOCH, | : |
| Plaintiff-Intervenor | : |
| | : |
| vs. | : |
| | : |
| LA WEIGHT LOSS, | : NO. |
| Defendant. | : WDQ-02-CV-648 |

- - -

September 28, 2004

- - -

Oral deposition of JOHN

JANTHOR, taken pursuant to notice, was

held at the Offices of Esquire Deposition

Services, 1880 John F. Kennedy Boulevard,

11th Floor, Philadelphia, Pennsylvania

19103, beginning at 10:35 a.m., on the

above date, before Staci Ackerman, a

Professional Shorthand Reporter and

Notary Public in and for the

Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
15th Floor
1880 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
(215) 988-9191

JOHN JANTHOR

Page 42

1      A.   I believe the payroll
2  supervisor was there at that time.  Her
3  name is Christine Moffit.
4      Q.   And you stated that you
5  don't know what or do you know what
6  record types or fields were used by the
7  PayChoice program in 1997?
8      A.   No, I do not.
9      Q.   In 1997, did LA Weight Loss
10 maintain computer history files for
11 persons, job changes, salary changes, et
12 cetera?
13     A.   No, they did not.
14     Q.   Did anyone provide that
15 service for LA Weight Loss?
16     A.   No, they did not.
17     Q.   In 1997, were reports
18 generated by LA Weight Loss from the
19 Zurich Payroll system?
20     A.   I believe there were.
21     Q.   What reports?
22     A.   That would have been the
23 EEOC report.
24     Q.   When you say EEOC report, do

Page 43

1  you mean the EEO-1 report?
2      A.   Yes.
3      Q.   The information that was
4  contained on the Zurich Payroll system
5  within the machine and in the software
6  was maintained by LA Weight Loss until
7  1999?
8      A.   It was operated by LA Weight
9  Loss until 1999.
10     Q.   Was that information
11 accessible in 1997?
12     A.   Yes, it was.
13     Q.   Was it accessible in 1998?
14     A.   Yes, it was.
15     Q.   Was it accessible in 1999?
16     A.   In 1999 the information from
17 '97 and '98 was not accessible.
18     Q.   What was the cause of that
19 information not becoming accessible?
20     A.   The system was upgraded by
21 Zurich from a DOS based system to a
22 Windows based system, at which time all
23 non-active employees, meaning terminated
24 employees, were purged from the system.

Page 44

1      Q.   The 1997 Zurich Payroll
2  system operated using DOS?
3      A.   Yes, it did.
4      Q.   And the system was upgraded
5  to what other program, what other
6  operating system?
7      A.   Up to Windows system in
8  1999.
9      Q.   Prior to the data in the --
10 the 1997 data housed in the machine
11 becoming inaccessible, what did they
12 contain in 1999?
13          I can rephrase that if you
14 want.
15     A.   Please do.
16     Q.   You said that in 1999 the
17 Zurich Payroll system contained 1997
18 data?
19     A.   In 1999 the '97 data no
20 longer existed in the Zurich system
21 unless they were still an active
22 employee.  In other words, all non-active
23 employees from '97 to '99 were purged
24 from the system.

Page 45

1      Q.   Purged by who?
2      A.   By Zurich.
3      Q.   So, the only people who
4  would have been reflected in the system
5  after the purge would have been people
6  who -- the only 1997 people would have
7  been persons who remained active?
8      A.   That is correct.
9      Q.   Did LA Weight Loss give any
10 instructions to Zurich Payroll when
11 Zurich Payroll purged the system?
12     A.   No, they did not.
13     Q.   Did LA Weight Loss know that
14 Zurich Payroll was going to purge the
15 system?
16     A.   No, they did not.
17     Q.   Why didn't it know?
18     A.   They were -- the system was
19 maintained by Zurich and I think that
20 there was a lot of trust placed in Zurich
21 and Zurich was the owner of this
22 software.  They instructed LA Weight Loss
23 that the system required an upgrade.
24 Zurich scheduled the time, came out and

12  (Pages 42 to 45)

JOHN JANTHOR

Page 46

1   performed the upgrade and informed LA
2   Weight Loss the upgrade was complete.  So
3   there were no instructions given by
4   either party as to the contents of the
5   data.
6       Q.   Did LA Weight Loss ask
7   Zurich Payroll any questions about the
8   upgrade or the purging of the data?
9       A.   No, they did not.
10      Q.   Do you know why?
11      A.   I believe that there was a
12  great deal of professional trust placed
13  in Zurich, as they were the owners of
14  this software.
15      Q.   Did LA Weight Loss in 1999
16  not believe that it had any use for the
17  purged data?
18          MS. KARETNICK:  Objection to
19      form.
20          THE WITNESS:  I can't answer
21      that.
22  BY MR. ANDERSON:
23      Q.   Did any policies exist in
24  1999 to prevent destruction of data?

Page 47

1       A.   To my knowledge, no, there
2   was none.
3       Q.   When did LA Weight Loss
4   learn that the 1997 data had been purged?
5       A.   Not until at some point
6   after the purge when they probably went
7   to confirm some data from prior years.
8          MS. KARETNICK:  Mr. Janthor,
9      if you're speculating, I would ask
10     that you not speculate.  If you
11     don't know the answer to the
12     question, the answer should be, I
13     don't know.
14         THE WITNESS:  Yeah, I really
15     don't know.
16  BY MR. ANDERSON:
17      Q.   What policies and procedures
18  after the purge were put in place by LA
19  Weight Loss to learn of purges, be
20  consulted about purges --
21         MS. KARETNICK:  Objection.
22  BY MR. ANDERSON:
23      Q.   -- and to prevent purges?
24         MS. KARETNICK:  Objection to

Page 48

1   form.
2       You can answer.
3          THE WITNESS:  Up to this
4      point in time?
5   BY MR. ANDERSON:
6       Q.   When was the first time that
7   LA Weight Loss put policies in place to
8   prevent purges, be informed of purges, et
9   cetera?
10      A.   I can't answer that.  I
11  don't have that information.
12      Q.   The 1997 data is not
13  accessible currently?
14      A.   Correct.
15      Q.   Is there anything that would
16  make it accessible?
17      A.   Not to my knowledge.
18      Q.   Is it in anyone's
19  possession?
20      A.   No, it is not.
21      Q.   In the first quarter of 1997
22  you said that ADP maintained the payroll
23  system at LA Weight Loss?
24      A.   Correct.

Page 49

1       Q.   Is that data currently
2   accessible?
3       A.   No, it is not.
4       Q.   When did it become
5   inaccessible?
6       A.   I can't answer that.
7       Q.   Who made it inaccessible?
8          MS. KARETNICK:  Objection to
9      form.
10         THE WITNESS:  I would be
11     speculating.  I would imagine that
12     ADP removed the system, any active
13     employees were then moved to the
14     Zurich system, would be how it
15     would typically transfer.
16  BY MR. ANDERSON:
17      Q.   In 1998, did LA Weight Loss
18  continue to use Zurich Payroll systems as
19  its payroll administrator?
20      A.   Yes, they did.
21      Q.   Did it use the same machine
22  that it had used in 1997?
23      A.   Yes, it did.
24      Q.   Using the same PayChoice

13  (Pages 46 to 49)

JOHN JANTHOR

Page 78

1      Q.    Does it contain any
2  personnel information?
3      A.    Personnel information in the
4  form if somebody received an expense
5  check, it would be a payables check that
6  would be cut out of the system.  That
7  would be printed out of the system.
8      Q.    The fourth line down it says
9  Oracle?
10     A.    Yes.
11     Q.    Can you describe what that
12  is?
13     A.    We have a -- we are
14  currently in the process of converting
15  from the MAS 200 upgrading to the Oracle
16  financial system.  So, the Oracle
17  financial system is replacing the MAS 200
18  system.
19     Q.    What about Retailnet?
20     A.    Retailnet is a point of
21  sales software application used by our
22  locations, our outlets, the centers.
23     Q.    What does it do?
24     A.    It's a point of sales

Page 79

1  system.  It allows them to sell product,
2  to sell services to our clients.
3      Q.    Microsoft Office, what is
4  that software used for by LA Weight Loss?
5      A.    It's used by the office
6  staff for word processing, spreadsheets,
7  PowerPoint presentations.  So, that is
8  our desktop office automation
9  application.
10     Q.    The version currently in use
11  is 2000/2003 or are those two separate
12  versions?
13     A.    Those are two separate
14  versions.  We are in the process of
15  upgrading to 2003.
16     Q.    Has LA Weight Loss always
17  used Microsoft Office?
18     A.    Yes, they have.  They've
19  always used Microsoft Office.  They
20  haven't used any other products.  It was
21  installed in the 2000 time frame.
22     Q.    Prior to 2000, were there
23  any other software packages that
24  performed the functions that this

Page 80

1  Microsoft Office package performs?
2      A.    Nothing other than
3  Microsoft.
4      Q.    It was a Microsoft product?
5      A.    Yes.
6      Q.    In 2000, did LA Weight Loss
7  have any machine-readable files that
8  would fit under Paragraphs 1 through 3 of
9  the EEOC's Notice of Deposition other
10  than the Zurich Payroll information?
11     A.    No, they did not.
12     Q.    At the end of 2000 you said
13  that ADP took over --
14     A.    Correct.
15     Q.    -- for Zurich Payroll?
16     A.    At the beginning of 2001.
17     Q.    Did LA Weight Loss maintain
18  possession of the Zurich Payroll machine
19  and software at that time?
20     A.    Yes, they did.
21     Q.    Did ADP provide its own
22  machine and software?
23     A.    Yes, they did.
24     Q.    On site at LA Weight Loss?

Page 81

1      A.    Correct.
2      Q.    Did ADP analyze the Zurich
3  Payroll system and its contents prior to
4  becoming LA Weight Loss' payroll
5  administrator?
6      A.    I'm not sure what you mean
7  by analyze.
8      Q.    The data that was housed in
9  the Zurich Payroll system, how was it
10  transferred to ADP?
11     A.    The data, any active
12  employees would have been transferred
13  from the Zurich system over to the ADP
14  system.
15     Q.    Did the Zurich Payroll
16  system contain any information about
17  non-active employees?
18     A.    The Zurich system maintained
19  information about non-active employees
20  from 1999 until the end of 2000.
21     Q.    Prior to 1999, all
22  non-active employees had been purged?
23     A.    Correct.
24     Q.    What does ADP do for LA

ESQUIRE DEPOSITION SERVICES

JOHN JANTHOR

Page 86

1    Q.   Do you know who would know?
2    A.   Other than Zurich, there's
3  nobody at LA Weight Loss with that
4  knowledge.
5    Q.   Is there anyone who formerly
6  worked at LA Weight Loss who would have
7  that knowledge?
8    A.   No.
9    Q.   Going back to Plaintiff's
10 Exhibit 2, Page 4, do you know what
11 output formats the employee reports can
12 be generated to, for example, a printer
13 or some other file?
14   A.   It's my understanding from
15 what I've seen from these reports that it
16 allows you to specify an output, meaning
17 a file or a printer.  Specifying it to a
18 file, it could be saved as an ASCII file
19 comma separated, whatever preference that
20 you would have.
21   Q.   If your boss -- who is your
22 boss, again?
23   A.   I report directly to the
24 president, Vauhn Karian.

Page 87

1    Q.   If Vauhn Karian said to you,
2  John, I want you to give me a list of all
3  employees in the Zurich Payroll database
4  in an Excel format, what would you do?
5    A.   I would go to the system and
6  go under the Employee Reports, employee
7  list and attempt to print a master list
8  and save that to a -- whatever format
9  file, and open that in Excel.
10   Q.   And you would do the same if
11 he said I wanted an ASCII?
12   A.   Then I could just save it as
13 a flat file.
14   Q.   The EEO-1 reports, can you
15 explain again how those were generated in
16 1997?
17   A.   It's my understanding that
18 they were generated through the PayChoice
19 system.
20   Q.   Do you know how they were
21 generated?
22   A.   No, I do not.
23   Q.   Do you know who generated
24 them?

Page 88

1    A.   That would have been the
2  payroll department, Christine Moffit.
3    Q.   Do you know how EEO-1
4  reports are currently generated?
5    A.   Through the ADP system.
6    Q.   Do you know who generates
7  them?
8    A.   It would be Christine Moffit
9  again.
10   Q.   In early 2001 you said that
11 ADP became the payroll vendor for LA
12 Weight Loss?
13   A.   Correct.
14   Q.   And did you say that ADP
15 retrieved the information that it needed
16 to populate its database from the Zurich
17 Payroll machine and database --
18   A.   Yes.
19   Q.   -- itself?
20   A.   What they did was they
21 created the files from the Zurich system
22 of the active employees and then imported
23 them into the ADP system.
24   Q.   ADP did not import the

Page 89

1  inactive employees?
2    A.   No, they did not.  Those
3  were maintained through Zurich.
4    Q.   Do you know whether Zurich
5  and ADP coordinated that effort?
6    A.   No, I do not.  My sense was
7  that from speaking to Chris Moffit that
8  that was generated by ADP.  ADP
9  facilitated that conversion.
10   Q.   Would ADP have needed
11 Zurich's cooperation to --
12   A.   I don't believe so.
13   Q.   So, is it fair to say that
14 if ADP was able to access the information
15 in the Zurich Payroll database without
16 the help of Zurich, someone else could do
17 that?
18   A.   Yeah, through the report
19 screens here, as we mentioned, generate a
20 report, output it to a file and then
21 input it into another system.
22   Q.   In 2001, apart from the ADP
23 payroll database, did LA Weight Loss have
24 any machine-readable files that would fit

23  (Pages 86 to 89)

JOHN JANTHOR

Page 94

1          THE WITNESS:  I got it.
2          MS. KARETNICK:  I know
3   Mr. Anderson will do the same.
4          MR. ANDERSON:  Thank you,
5   Ms. Karetnick.
6   BY MR. ANDERSON:
7      Q.    In 2001, what was the name
8   of the software used by LA Weight Loss in
9   ADP to process payroll information?
10     A.    It was the PC Payroll.
11     Q.    A version prior to 3.2.2?
12     A.    Yes.
13     Q.    Do you know who was
14  responsible or is responsible for
15  programming PC Payroll?
16     A.    No, I do not.
17     Q.    Do you know who would know?
18     A.    ADP.
19     Q.    PC Payroll was also in 2001
20  the program used to access the data?
21     A.    Yes.
22     Q.    And ADP, in 2001 -- did ADP
23  in 2001 begin tracking employee
24  information and inactive employees as

Page 95

1   they became inactive starting 2001?
2      A.    Yes, they did.
3      Q.    How is the information in
4   ADP systems stored?  Was it stored
5   directly on the various machines that you
6   mentioned?
7      A.    No, it's actually stored on
8   our file server network now.
9      Q.    How was it stored in 2001?
10     A.    Most likely it would have
11  been on the network at that point in time
12  also.
13     Q.    Were backup copies made?
14     A.    Yes, there were.
15     Q.    When?
16     A.    We --
17     Q.    How often?
18     A.    We make backups on a nightly
19  basis.  We have a three-week rotation of
20  tapes.
21     Q.    Backed up to tapes?
22     A.    Yes.
23     Q.    In 2001, who was responsible
24  for the custody of the ADP payroll

Page 96

1   system, control of it?  Who was
2   responsible for that?
3      A.    Responsible for what end of
4   it?  I'm sorry.
5      Q.    If in 2001 someone were to
6   ask LA Weight Loss who knows -- who's
7   responsible for ADP system --
8      A.    That would be --
9      Q.    -- who would that be?
10     A.    I'm sorry.  I interrupted
11  you again.  That would be Christine
12  Moffit.
13         MR. ANDERSON:  Is there a
14  reason that Ms. Moffit wasn't
15  designated?
16         MS. KARETNICK:  Can we go
17  off the record for a second?
18             - - -
19         (Discussion held off the
20  record.)
21             - - -
22         MR. ANDERSON:  It appears to
23  EEOC that the deponent,
24  Mr. Janthor, does not have full

Page 97

1   knowledge of the matters contained
2   in the Notice of Deposition and
3   that EEOC will reserve the right
4   to -- in consultation with
5   opposing counsel, continue this
6   30(b)6 deposition and designate a
7   Ms. Moffit, who we believe, based
8   on Mr. Janthor's testimony today,
9   does have the information that
10  Mr. Janthor does not have
11  responsive to the Notice of
12  Deposition.
13         MS. QUINLAN:  Is that your
14  understanding?
15         MS. KARETNICK:  That's our
16  understanding.  I would only add
17  the caveat the after receiving
18  this transcript we will obviously
19  go back to Ms. Moffit and confirm
20  that she, in fact, is the person
21  who has this knowledge.  Should
22  she not be that person, we will
23  notify the EEOC as to who does
24  have this knowledge, if anyone at

25  (Pages 94 to 97)

## JOHN JANTHOR

Page 98

1    the company, and produce that
2    person either in addition to or
3    instead of Ms. Moffit.
4        MS. QUINLAN:  Okay.
5    BY MR. ANDERSON:
6        Q.   In 2001, did LA Weight Loss
7    maintain history files in computer form
8    for employees that would show job
9    changes, pay changes, what have you?
10       A.   Other than the ADP system?
11       Q.   Yes.
12       A.   No.
13       Q.   Would that information have
14   been on the ADP system as it existed in
15   2001?
16       A.   The information that exists
17   on the ADP system in 2001, I can't
18   necessarily speak to the data as it was
19   in 2001.  Again, that's -- the payroll
20   system, the actual use of it, would be
21   Ms. Moffit.
22       Q.   Would it have included
23   history files, to your knowledge?
24       A.   History in regards to prior

Page 99

1    2001?
2        Q.   The employment history of
3    persons at LA Weight Loss, job changes,
4    pay changes?
5        A.   No.  We don't track any
6    changes in the system.
7        Q.   Were reports generated in
8    2001 from the ADP system?
9        A.   The EEO-1 reports.
10       Q.   Who, again, generated those?
11       A.   It would have been the
12   payroll department.
13       Q.   Is there any data that
14   existed on LA Weight Loss slash ADP
15   payroll system in 2001 that is
16   inaccessible?
17       A.   Yes.
18       Q.   What data is inaccessible?
19       A.   After 2001 and 2002 there
20   was an upgrade to the ADP system as well,
21   to the current version of ADP.  And the
22   employees that were existing then, still
23   exist now, but the only way to view those
24   employees is through a Check View.  So,

Page 100

1    in other words, if I want to see your
2    information I've actually got to go into
3    a Check View to view the information in
4    the system.
5        Q.   What does Check View mean?
6        A.   It would be basically going
7    in to look at your check run at that
8    point in time.  So, it's going to show
9    the particular data at that point in
10   time.
11       Q.   What does check mean?  Do
12   you mean the payroll check?
13       A.   Yes, yes.
14       Q.   Did LA Weight Loss give any
15   instructions to ADP around the time of
16   the conversion?
17       A.   No, they didn't.
18       Q.   If the data that is
19   inaccessible because of the conversion
20   had remained accessible, apart from Check
21   View, how would it have been accessed?
22       A.   There could have been
23   employee master reports run against the
24   data that would have given a more

Page 101

1    detailed view of all the data.
2        Q.   Check View does not
3    completely capture all the data?
4        A.   That's correct.
5        Q.   Have there been any efforts
6    to recover the 2001, 2002 data that's now
7    only accessible in Check View format?
8        A.   Not to my knowledge.
9        Q.   Have there been any policies
10   or procedures put in place to prevent
11   inaccessibility?
12       A.   Yes, there has.  ADP has
13   been instructed, upon any further
14   upgrades, that no data is to be purged,
15   destroyed, removed or changed.
16       Q.   When was that instruction
17   made?
18       A.   After the 2001 upgrade.
19       Q.   Do you know when?
20       A.   No, I don't.
21       Q.   Was it in 2001?
22       A.   I believe it was in 2002.
23       Q.   I mean 2002?
24       A.   After the upgrade was

26  (Pages 98 to 101)