# EXHIBIT MM

Process Date - MAR 19,1999                    Local Tax Report - PHLN                                         Page - 1
                                          Community of - PHILADELPHIA CITY WAGE TAX
                                          Quarter Ending: DEC 31,1998

L.A WEIGHT LOSS CENTER
255 HORSHAM BUSINESS DRIVE
SUITE #150
HORSHAM, PA 19044

| Soc. Sec. # | Div. Dept Emp#<br>Sec. Employee Name | Address | | Tax Description | QTD Wages | QTD Tax | YTD Wages | YTD Tax |
|---|---|---|---|---|---|---|---|---|
| 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 | 01 0015 0142<br>BROMBERG, TERRI E | #2 MISTY MEADOW WAY<br>RICHBORO | PA 18954 | PENNA PHILA.- NR 4.0750% | 2,682.82 | 109.33 | 8,824.84 | 363.52 |
| 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 | 01 0003 2089<br>CAMLIN, MICHELE | 4 MEEHAN BOULEVARD<br>CLEMENTON | NJ 08021 | PENNA PHILA.- NR 4.0750% | 4,513.76 | 184.03 | 45,680.45 | 1,887.79 |
| 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 | 01 0003 2089<br>CLARK, MEGAN A | 619 BIRCH AVENUE<br>BENSALEM | PA 19020 | PENNA PHILA.- NR 4.0750% | 48.00 | 1.96 | 48.00 | 1.96 |
| 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 | 01 0003 2056<br>HANSEN, DAWN M | 437 TROWBRIDGE AVENUE<br>WOODBURYE | NJ 08096 | PENNA PHILA.- NR 4.0750% | 6,070.96 | 247.39 | 6,070.96 | 247.39 |
| 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 | 01 0015 2116<br>HOWARD, JAIME L | 707 SEABURY AVENUE<br>MILFORD | DE 19963 | PENNA PHILA.- NR 4.0750% | 384.13 | 15.65 | 384.13 | 15.65 |
| 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 | 01 0015 1932<br>QUARLES, MARQUIESA R | 6201 NORTH 10TH STREET<br>PHILADELPHIA | PA 19141 | PENNA PHILA.- NR 4.0750% | 4,211.54 | 171.62 | 4,211.54 | 171.62 |
| 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 | 01 0015 0864<br>WILSON, MARY T | 122 COUNTRY CLUB ROAD<br>PINE HILL | NJ 08021 | PENNA PHILA.- NR 4.0750% | 377.96 | 15.40 | 15,458.09 | 643.45 |
| 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 | 01 0003 2081<br>WYATT, NANCY L | 6 LEE ANN DRIVE<br>BLACKWOOD | NJ 08012 | PENNA PHILA.- NR 4.0750% | 4,149.31 | 169.09 | 4,149.31 | 169.09 |
| ** PAGE TOTALS | | | | Number of Employees - 8 | 22,438.48 | 914.47 | 84,827.32 | 3,500.47 |
| ** COMPANY TOTALS | | | | Number of Employees - 8 | 22,438.48 | 914.47 | 84,827.32 | 3,500.47 |

END OF QUARTER DATE - DEC 31,1998            B021 - LA WEIGHT LOSS CENTER              PROC - 057-1F    QTR - 4

LA-0234756

Process Date - MAR 19,1999                                                                                    Year End W-2 Prelist for DC                                                                                    Page - 1

| EMPLOYEE NAME | EMP.NO. | Box 1 WAGES, TIPS & OTH COMP | Box 2 FEDERAL WITHHOLD TAX | Box 3 SOCIAL SECURITY WAGES | Box 4 SOCIAL SECURITY TAX WITH | Box 5 MEDICARE WAGES and TIPS | Box 6 MEDICARE TAX WITHHELD | Box 7 SOCIAL SECURITY TIPS | Box 8 ALLOTIPS ADV.EIC BENEFITS | Box 10 DEP CARE Box 12 | Box 11 NONQUAL | Box 13 DEFERRED COMP. | Box 14 OTHER | Box 17 ST WAGES Box 20 LOCWAGES | Box 18 STATETAX Box 21 LOC.TAX | Box 15 ST NAME Box 19 LOC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOC.SEC.NO. | PENSION | | | | | | | | | | | | | | | |
| BORBASH, D BRITTNEY 1519 EAST CARSWELL CIRCLE WASHINGTON, DC 20336 | 2123 | 1392.42 | 97.23 | 1392.42 | 86.33 | 1392.42 | 20.19 | | | | | | | 1392.42 | 76.00 | DC |
| 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 | NO | | | | | | | | | | | | | | | |
| TIBBS, TEMICA D 3724B HAYES STREET NE #6 WASHINGTON, DC 20019 | 2059 | 2808.91 | 205.57 | 2808.91 | 174.15 | 2808.91 | 40.73 | | | | | | | 2808.91 | 126.82 | DC |
| 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 | NO | | | | | | | | | | | | | | | |
| WOOD, LAKAISHA D 2613 NAYLOR ROAD SE WASHINGTON, DC 20020 | 1900 | 1837.36 | 89.84 | 1837.36 | 113.92 | 1837.36 | 26.64 | | | | | | | 1837.36 | 69.13 | DC |
| 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 | NO | | | | | | | | | | | | | | | |
| ** STATE DC TOTALS ** ** | | 6038.69 | 392.64 | 6038.69 | 374.40 | 6038.69 | 87.56 | | | | | | | 6038.69 | 271.95 | |

END OF QUARTER DATE - DEC 31,1998                                    B021/09 - WASHINGTON MARKET                                    PROC - 057-1F     QTR - 4

LA-0234441

Process Date - MAR 19, 1999         Year End W-2 Prelist for DE         Page - 2

| EMPLOYEE NAME / ADDRESS / SOC.SEC.NO. | EMP.NO. / PENSION | Box 1 WAGES, TIPS & OTH COMP | Box 2 FEDERAL WITHHOLD TAX | Box 3 SOCIAL SECURITY WAGES | Box 4 SOCIAL SECURITY TAX WITH | Box 5 MEDICARE WAGES and TIPS | Box 6 MEDICARE TAX WITHHELD | Box 7 SOCIAL SECURITY TIPS | Box 8 ALLOTIPS | Box 9 ADV.EIC | Box 10 DEP CARE BENEFITS | Box 11 NONQUAL | Box 12 | Box 13 DEFERRED COMP | Box 14 OTHER | Box 17 ST WAGES / Box 20 LOCWAGES | Box 18 STATETAX / Box 21 LOC.TAX | Box 16 ST NAME / Box 19 LOC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARTEL, MADELENE F / 664 PORT PENN ROAD / MIDDLETOWN, DE 19709 / 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 | 179 / NO | 12311.74 | 1792.56 | 12311.74 | 763.33 | 12311.74 | 178.52 | | | | | | | | | 12311.74 | 681.59 | DE |
| BONSALL, GLORIA L / 2229 GRUBB ROAD / WILMINGTON, DE 19810 / 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 | 1223 / NO | 314.50 | | 314.50 | 19.50 | 314.50 | 4.56 | | | | | | | | | 314.50 | | DE |
| BROWN, BECKY / 1269 1/2 BAYVIEW ROAD / MIDDLETOWN, DE 19709 / 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 | 1220 / NO | 490.40 | 58.27 | 490.40 | 30.40 | 490.40 | 7.11 | | | | | | | | | 490.40 | 16.14 | DE |
| CARR, CRYSTAL M / 4648 LAUREL GROVE ROAD / FEDERALSBURG, MD 21632 / 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 | 1546 / NO | 8054.41 | 879.76 | 8054.41 | 499.37 | 8054.41 | 116.79 | | | | | | | | | 8054.41 | 298.77 | DE |
| CHRISTY, KAREN L / 2630 BITTERSWEET DRIVE / WILMINGTON, DE 19810 / 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 | 1220 / NO | 164.80 | | 164.80 | 10.22 | 164.80 | 2.39 | | | | | | | | | 164.80 | | DE |
| COLEMAN, ANN S / 1109 SANDBURG PLACE / NEWARK, DE 19702 / 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 | 0104 / NO | 7825.68 | 849.76 | 7825.68 | 485.19 | 7825.68 | 113.47 | | | | | | | | | 7825.68 | 290.41 | DE |
| CONAWAY, RACHEAL E / 54 SPRING LAKE DRIVE / NEWARK, DE 19711 / 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 | 0879 / NO | 17085.58 | 2180.64 | 17085.58 | 1059.31 | 17085.58 | 247.74 | | | | | | | | HEALTH 398.74 | 17085.58 | 685.39 | DE |
| FRANCESCHI, ALTHEA A / 3365 IRISH HILL ROAD / MAGNOLIA, DE 19962 / 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 | 1713 / NO | 7739.51 | 587.22 | 7739.51 | 479.85 | 7739.51 | 112.22 | | | | | | | | | 7739.51 | 271.86 | DE |
| FRIANT, CHASTITY R / 8 FOUR SEASONS PARKWAY / NEWARK, DE 19702 / 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 | 0881 / NO | 4004.09 | 478.31 | 4004.09 | 248.25 | 4004.09 | 58.06 | | | | | | | | | 4004.09 | 140.10 | DE |
| GIBBS, BRENDA K / 2408 CREEKSIDE DRIVE / NEWARK, DE 19711-6746 / 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 | 0117 / NO | 57579.31 | 11391.58 | 57579.31 | 3569.92 | 57579.31 | 834.90 | | | | | | | | | 57579.31 | 3219.85 | DE |
| GORDON, JUDY L / 403 WIEDEL AVENUE / NEW CASTLE, DE 19720 / 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 | 0731 / NO | 5838.83 | 148.51 | 5838.83 | 362.01 | 5838.83 | 84.66 | | | | | | | | | 5838.83 | 112.72 | DE |
| GRIFFIN, JOYCE L / 224 DENNY STREET / DOVER, DE 19901 / 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 | 0701 / NO | 17215.73 | 1366.99 | 17215.73 | 1067.38 | 17215.73 | 249.63 | | | | | | | | | 17215.73 | 662.30 | DE |
| HENDERSON, JANE / 8 CARLTON DRIVE / WILMINGTON, DE 19810 / 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 | 0865 / NO | 49076.92 | 9834.97 | 49076.92 | 3042.77 | 49076.92 | 711.62 | | | | | | | | | 48117.66 | 2727.70 | DE |
| HOAG, CHRISTINE M / 218 BIRCH AVENUE / ELSEMERE, DE 19805 / 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 | 1860 / NO | 21.00 | | 21.00 | 1.30 | 21.00 | 0.30 | | | | | | | | | 21.00 | | DE |

END OF QUARTER DATE - DEC 31, 1998         B021/08 - BALTIMORE MARKET         PROC - 057-1F   QTR - 4

LA-0234442

Case 1:02-cv-00648-WDQ    Document 183-42    Filed 05/04/2007    Page 5 of 6

Process Date - MAR 19, 1999

# Year End W-2 Prelist for DE

Page - 3

| EMPLOYEE NAME / SOC.SEC.NO. / EMP.NO. / PENSION | Box 1 WAGES, TIPS & OTH COMP | Box 2 FEDERAL WITHHOLD TAX | Box 3 SOCIAL SECURITY WAGES | Box 4 SOCIAL SECURITY TAX WITH and TIPS | Box 5 MEDICARE WAGES | Box 6 MEDICARE TAX WITHHELD | Box 7 SOCIAL SECURITY TIPS | Box 8 ALLOTIPS | Box 9 ADV.EIC | Box 10 DEP.CARE BENEFITS | Box 11 NONQUAL | Box 12 | Box 13 DEFERRED COMP | Box 14 OTHER | Box 17 ST WAGES / Box 20 LOC.WAGES | Box 18 STATE TAX / Box 21 LOC.TAX | Box 16 ST NAME / Box 19 LOC.NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLT, MELISSA D / 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 / 1147 / NO | 136.48 | | 136.48 | 8.46 | 136.48 | 1.98 | | | | | | | | | 136.48 | | DE |
| HOWARD, JAIME L / 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 / 2116 / NO 707 SEABURY AVENUE MILFORD, DE 19963 | 384.13 | 22.54 | 384.13 | 23.82 | 384.13 | 5.57 | | | | | | | | | 384.13 384.13 | 3.11 15.65 | DE PHLN |
| JOHNS, ROBIN S / 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 / 0061 / NO RD 2 LINCOLN, DE 19960 | 13675.66 | 278.64 | 13675.66 | 847.89 | 13675.66 | 198.30 | | | | | | | | | 13675.66 | 522.55 | DE |
| JONES, DANIELLE J / 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 / 0906 / NO 26TH TATNALL STREET WILMINGTON, DE 19802 | 3547.72 | 377.82 | 3547.72 | 219.96 | 3547.72 | 51.44 | | | | | | | | | 3547.72 | 126.21 | DE |
| LEWIS, MARGO / 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 / 1344 / NO 9 WEST 20TH STREET WILMINGTON, DE 19802 | 4623.95 | 586.57 | 4623.95 | 286.68 | 4623.95 | 67.05 | | | | | | | | | 4623.95 | 182.08 | DE |
| LYNCH, MARY E / 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 / 1229 / NO 700 BEATTY ROAD SPRINGFIELD, PA 19064 | | | | | | | | | | | | | | | | | |
| MC CALLUM, YVONNE J / 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 / 1993 / NO 2 PRESCOTT COURT NEW CASTLE, DE 19720 | 3612.64 | 124.22 | 3612.64 | 223.98 | 3612.64 | 52.38 | | | | | | | | | 3612.64 | 59.60 | DE |
| MCLAUGHLIN-BROWN, REBEC / 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 / 1090 / NO 1269 BAGVIEW ROAD MIDDLETOWN, DE 19709 | 198.00 | | 198.00 | 12.28 | 198.00 | 2.87 | | | | | | | | | 198.00 | 1.85 | DE |
| MEREDITH, DONNA J / 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 / 1550 / NO 8738 CANTERBURY ROAD FELTON, DE 19943 | 472.13 | | 472.13 | 29.27 | 472.13 | 6.85 | | | | | | | | | 472.13 | | DE |
| O'DONNELL, KIMBERLY A / 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 / 1089 / NO 22-D KINGS CIRCLE NEWARK, DE 19702 | 148.50 | | 148.50 | 9.21 | 148.50 | 2.15 | | | | | | | | | 148.50 | | DE |
| OWENS, GERALAN L / 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 / 1904 / NO 56-2A FAIRWAY ROAD NEWARK, DE 19711 | 3887.13 | 304.42 | 3887.13 | 241.00 | 3887.13 | 56.36 | | | | | | | | | 3887.13 | 105.48 | DE |
| PALMS, JULIA N / 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 / 1087 / NO 233 WEST LOOCKERMAN STR. DOVER, DE 19901 | 8678.08 | 1119.38 | 8678.08 | 538.04 | 8678.08 | 125.83 | | | | | | | | | 8678.08 | 363.25 | DE |
| PENNICK, MELISSA R / 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 / 1088 / NO 907 COWMARSH CREEK ROAD CAMDEN, DE 19934 | 4087.12 | 152.22 | 4087.12 | 253.40 | 4087.12 | 59.26 | | | | | | | | | 4087.12 | 68.84 | DE |
| PORTLOCK, LYNNE / 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 / 0158 / NO 1103 CHELMSFORD CIRCLE NEWARK, DE 19713 | 60394.87 | 8039.40 | 60394.87 | 3744.48 | 60394.87 | 875.73 | | | | | | | | | 60394.87 | 2999.48 | DE |

END OF QUARTER DATE - DEC 31, 1998    B021/08 - BALTIMORE MARKET    PROC - 057-1F  QTR - 4

LA-0234443

Process Date - MAR 19, 1999     Year End W-2 Prelist for DE     Page - 4

| EMPLOYEE NAME / SOC.SEC.NO. | EMP.NO. / PENSION | Box 1 WAGES, TIPS & OTH.COMP | Box 2 FEDERAL WITHHOLD TAX | Box 3 SOCIAL SECURITY WAGES | Box 4 SOCIAL SECURITY TAX WITH | Box 5 MEDICARE WAGES and TIPS | Box 6 MEDICARE TAX WITHHELD | Box 7 SOCIAL SECURITY TIPS | Box 8 ALLO.TIPS ADV.EIC | Box 9 EIC BENEFITS | Box 10 DEP.CARE | Box 11 NONQUAL | Box 12 | Box 13 DEFERRED COMP. | Box 14 OTHER | Box 17 ST.WAGES / Box 20 LOC.WAGES | Box 18 STATE TAX / Box 21 LOC.TAX | Box 16 ST.NAME / Box 19 LOC.NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUINN, SHANNON M / 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 23 PINEWOOD ACRES DOVER, DE 19901 | 0474 NO | 7614.62 | | 7614.62 | 472.11 | 7614.62 | 110.41 | | | | | | | | | 7614.62 | 118.21 | DE |
| ROGERS, SUSAN C / 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 7 MANDOLIN COURT NEWARK, DE 19702 | 1348 NO | 539.28 | 50.32 | 539.28 | 33.44 | 539.28 | 7.82 | | | | | | | | | 539.28 | 9.81 | DE |
| SANTAGO, MARGARITA / 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 235 NORTH FRANKLIN STREET WILMINGTON, DE 19805 | 1480 NO | 120.00 | 2.71 | 120.00 | 7.44 | 120.00 | 1.74 | | | | | | | | | 120.00 | | DE |
| SMITH, GWEN M / 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 24 C-3 BROOKEDGE COURT NEWARK, DE 19702 | 1905 NO | 4534.17 | 464.06 | 4534.17 | 281.12 | 4534.17 | 65.75 | | | | | | | | | 4534.17 | 149.93 | DE |
| SMITH, TONIA L / 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 107 WEST 25TH STREET WILMINGTON, DE 19802 | 1906 NO | 78.00 | | 78.00 | 4.84 | 78.00 | 1.13 | | | | | | | | | 78.00 | | DE |
| SPRIGGS, VERONICA J / 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 1301 NORTH HARRISON STR. WILMINGTON, DE 19806 | 2213 NO | 427.50 | | 427.50 | 26.51 | 427.50 | 6.20 | | | | | | | | | 427.50 | | DE |
| STAPLEFORD, JALEH M / 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 1304-4 CYNWYD CLUB DRIVE WILMINGTON, DE 19808 | 1479 NO | 776.00 | 85.82 | 776.00 | 48.11 | 776.00 | 11.25 | | | | | | | | | 776.00 | 23.59 | DE |
| TONTELLI, MIRANDA N / 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 19 HERON COURT NEWARK, DE 19702 | 0605 NO | 1814.01 | 20.12 | 1814.01 | 112.47 | 1814.01 | 26.30 | | | | | | | | | 1814.01 | 12.22 | DE |
| VELTRE, SHAN L / 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 1601 SHELDON DRIVE NEWARK, DE 19711 | 1075 NO | 2918.60 | 361.34 | 2918.60 | 180.95 | 2918.60 | 42.32 | | | | | | | | | 2918.60 | 107.76 | DE |
| WADE, MARLENE J / 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 1404 LINCOLN AVENUE WILMINGTON, DE 19808 | 1349 NO | 8111.60 | 976.32 | 8111.60 | 502.92 | 8111.60 | 117.62 | | | | | | | | | 8111.60 | 288.87 | DE |
| WHITTLE, NINA A / 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 304 WEST 22ND STREET WILMINGTON, DE 19802 | 1572 NO | 10445.01 | 192.06 | 10445.01 | 647.59 | 10445.01 | 151.45 | | | | | | | | | 10445.01 | 199.72 | DE |
| WICKEN, SONYA K / 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 1812 BLATTY PLACE NEWARK, DE 19702 | 0183 NO | 39583.52 | 6434.25 | 39583.52 | 2454.18 | 39583.52 | 573.96 | | | | | | | | | 39583.52 | 2014.98 | DE |
| ** STATE DE TOTALS | | 300 68531.22 | 49150.78 | 300 68531.22 | 22848.95 | 300 68531.22 | 5343.69 | | | | | | | | 398.74 | 300 67571.96 | 16464.37 | |
| *** | | | | | | | | | | | | | | | | 384.13 | 15.65 | |

END OF QUARTER DATE - DEC 31, 1998     B021/08 - BALTIMORE MARKET     PROC - 057-1F   QTR - 4

LA-0234444