# EXHIBIT OO

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Co Code | Dept # | Dept Name | File# | Status | Name | Job Title | Hire Date | Status | AGE | ANNUAL SALARY | Phone# | BIRTHDATE | CITY |
| 2 | KQ4 | 460003 | Hampton, VA | 72177 | Terminated | Aaron, Teneshia K | Medical Assistant | 01/27/2005 | T | 28 | 20800 | (757) 7222438 | 12/26/1977 | Hampton |
| 3 | KQ4 | 100001 | Camillus | 65284 | Terminated | Abbott, Jennifer H | Assistant Manager | 05/08/2002 | T | 45 | 18720 | (315) 6385459 | 11/12/1960 | Baldwinsville |
| 4 | KQ4 | 400011 | Olympia | 70767 | Terminated | Abbott, Michelle K. | Counselor | 06/24/2004 | T | 41 | 18720 | (253) 4755558 | 11/26/1964 | Tacoma |
| 5 | KQ4 | 330002 | North Columbus | 72893 | Terminated | Abdi, Ifrah | Medical Assistant | 05/23/2005 | T | 24 | 18720 | (614) 8999310 | 8/26/1981 | Columbus |
| 6 | KQ4 | 160006 | East Boca | 66093 | Terminated | Abdo, Michelle A | Counselor | 06/10/2002 | T | 26 | 16640 | (954) 7760122 | 2/27/1980 | Ft Lauderdale |
| 7 | KQ4 | 070059 | Stamford, CT | 73042 | Terminated | Abdul Basir, Mudhannibah | Counselor | 06/08/2005 | T | 21 | 20800 | (203) 5832289 | 6/21/1984 | Bridgeport |
| 8 | KQ4 | 070055 | Norwalk, CT | 73041 | Active | Abdul Basir, Mustaghfir | Counselor | 06/08/2005 | A | 23 | 20800 | (203) 3717219 | 9/20/1982 | Bridgeport |
| 9 | KQ4 | 090014 | Falls Church | 62107 | Terminated | Abdullah, Najwa A | Medical Assistant | 11/26/2001 | T | 31 | 20800 | (703) 9988288 | 2/28/1975 | Falls Church |
| 10 | KQ4 | 270020 | Government Plaza | 70737 | Terminated | Abel, Linda | Manager | 06/14/2004 | T | 26 | 0 | (617) 6967390 | 5/20/1979 | Milton |
| 11 | KQ4 | 370013 | Bloomingdale | 67642 | Terminated | Abell-Donald, Janice L | Counselor | 02/10/2003 | T | 51 | 20800 | (630) 8586174 | 4/15/1955 | Glen Ellyn |
| 12 | KQ4 | 270016 | Lawrence | 62610 | Terminated | Abenaim, Pamela A | Counselor | 02/11/2002 | T | 58 | 20800 | (781) 3346930 | 8/19/1947 | Lynnfield |
| 13 | KQ4 | 260011 | Mansfield | 74236 | Terminated | Abernathy, Tracy L. | Medical Assistant | 02/01/2006 | T | 35 | 18720 | (419) 5453201 | 5/6/1971 | Lexington |
| 14 | KQ4 | 030001 | Wilkes Barre | 66348 | Active | Abod, Dora E | Manager | 04/23/2001 | A | 54 | 0 | (570) 6395041 | 8/24/1951 | Harveys Lake |
| 15 | KQ4 | 030002 | Scranton | 60781 | Terminated | Abod, Dora E | Assistant Manager | 04/23/2001 | T | 54 | 18720 | (570) 6395041 | 8/24/1951 | Harveys Lake |
| 16 | KQ4 | 090009 | Gaithersburg | 61879 | Terminated | Abraham, Gaia | Medical Assistant | 10/15/2001 | T | 41 | 20800 | (301) 6012929 | 4/16/1965 | Germantown |
| 17 | KQ4 | 400005 | Northgate | 74422 | Active | Abraham, Michelle L. | Manager | 03/02/2006 | A | 35 | 0 | (425) 5850154 | 2/25/1971 | Everett |
| 18 | KQ4 | 090011 | Landover | 71920 | Terminated | Abraham, Teanna | Counselor | 12/02/2004 | T | 32 | 20800 | (301) 3452262 | 8/9/1973 | Silver Spring |
| 19 | KQ4 | 070032 | Mohegan Lake | 72412 | Active | Abrams, Brooke K. | Counselor | 03/03/2005 | A | 24 | 20800 | (914) 5822276 | 1/17/1982 | Peekskill |
| 20 | KQ4 | 370005 | Deerfield, IL | 70344 | Terminated | Abrams, Caryn L. | Manager | 04/19/2004 | T | 34 | 0 | (847) 2340712 | 10/13/1971 | Lake Bluff |
| 21 | KQ4 | 070060 | Bronx Central | 69238 | Terminated | Abramson, Karen | Counselor | 10/20/2003 | T | 26 | 20800 | (718) 2205626 | 3/10/1980 | Bronx |
| 22 | KQ4 | 070056 | Lower Manhattan | 72010 | Terminated | Abramson, Karen | Counselor | 01/10/2002 | T | 26 | 24960 | (718) 2205626 | 3/10/1980 | Bronx |
| 23 | KQ4 | 020001 | Harrisburg | 70693 | Terminated | Abramson, Tiffany Ann | Fitness Coordinator | 06/21/2004 | T | 25 | 16640 | (717) 3793250 | 7/25/1980 | Boiling Springs |
| 24 | KQ4 | 340005 | Fall River, MA | 70103 | Terminated | Abrantes, Susan A. | Assistant Manager | 03/16/2004 | T | 29 | 20800 | (508) 6765158 | 11/20/1976 | Fall River |
| 25 | KQ4 | 110003 | Henrietta | 73157 | Terminated | Abrantes, Tracie | Counselor | 07/05/2005 | T | 41 | 16640 | (585) 3474375 | 1/15/1965 | Webster |
| 26 | KQ4 | 070054 | Jersey City, NJ | 71053 | Terminated | Abreu, Jennifer | Counselor | 08/02/2004 | T | 20 | 20800 | (201) 9469632 | 6/7/1985 | Orlando |
| 27 | KQ4 | 090014 | Falls Church | 68519 | Terminated | Abruzzo, Natalie | Counselor | 06/30/2003 | T | 32 | 20800 | (703) 6700763 | 5/9/1974 | Woodbridge |
| 28 | KQ4 | 010001 | Hamilton, NJ | 70645 | Terminated | Abu-Moustafa, Sally A | Manager | 06/03/2004 | T | 40 | 0 | (215) 3213262 | 5/26/1965 | Yardley |
| 29 | KQ4 | 450002 | Sugarland, TX | 74578 | Active | Abundo, Eve E. | Medical Assistant | 04/03/2006 | A | 30 | 20800 | (281) 4894985 | 5/3/1976 | Pearland |
| 30 | KQ4 | 060011 | South Hills | 67039 | Terminated | Accamando, Breanne E. | Counselor | 10/21/2004 | T | 27 | 16640 | (724) 9410282 | 3/29/1979 | Pittsburgh |
| 31 | KQ4 | 070049 | Danbury, CT | 73045 | Terminated | Accetta, Angela | Counselor | 06/13/2005 | T | 27 | 20800 | (203) 4401468 | 7/22/1978 | Meriden |
| 32 | KQ4 | 300006 | Richmond, IN | 62795 | Terminated | Accocella, Josephine | Counselor | 03/18/2002 | T | 57 | 20800 | (937) 3906324 | 7/6/1948 | Springfield |
| 33 | KQ4 | 030003 | Stroudsburg | 74136 | Active | Ace, Janice | Counselor | 01/09/2006 | A | 38 | 18720 | (570) 4267119 | 8/23/1967 | E Stroudsburg |
| 34 | KQ4 | 370001 | Skokie | 71818 | Terminated | Aceron, Gerard C. | Counselor | 11/23/2004 | T | 24 | 20800 | (847) 3290113 | 5/22/1981 | Skokie |
| 35 | KQ4 | 270001 | Chelmsford | 71572 | Active | Aceto, Melissa | Assistant Manager | 10/25/2004 | A | 26 | 22880 | (603) 8818940 | 7/24/1979 | Nashua |
| 36 | KQ4 | 160000 | Field Operations | 60399 | Terminated | Acevedo, Carol | Area Supervisor | 09/07/1999 | T | 50 | 0 | (954) 3402888 | 1/4/1956 | Staten Island |
| 37 | KQ4 | 370010 | Naperville | 73310 | Terminated | Acevedo, Felicia A. | Assistant Manager | 07/25/2005 | T | 49 | 20800 | (630) 3050293 | 10/17/1956 | Naperville |
| 38 | KQ4 | 010025 | Grant Ave | 68392 | Terminated | Achey, Amy | Manager | 06/05/2003 | T | 34 | 0 | (215) 6375243 | 2/3/1972 | Philadelphia |

| EDUCATIONLEVEL | EDUCLEVELATHIRE | EEOCJOBCLASS | EEOCOCCCD | EEOCONJOBTRNGCD | EMPLOYEESTDHOURS | EE Type | ETHNICCODE | FEDEXEMPTIONS | FEDMARITALSTATUS | FIRSTNAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | F | 2 | 2 | S | Teneshia K |
| | | | | | | F | 1 | 2 | S | Jennifer H |
| | | | | | | F | 2 | 3 | M | Michelle K. |
| | | | | | | F | 1 | 0 | S | Ifrah |
| | | | | 4 | | P | 2 | 0 | S | Michelle A |
| | | | | | | P | 1 | 3 | M | Mudhannibah |
| | | | | | | P | 2 | 4 | S | Mustaghfir |
| | | | | | | F | 2 | 0 | M | Najwa A |
| | | | | 4 | | F | 2 | 0 | S | Linda |
| | | | | | | P | 1 | 0 | M | Janice L |
| | | | | | | P | 2 | 0 | M | Pamela A |
| | | | | 4 | | P | 1 | 2 | S | Tracy L. |
| | | | | | | F | 2 | 0 | M | Dora E |
| | | | | | | F | 1 | 0 | M | Dora E |
| | | | | | | F | 2 | 7 | S | Gala |
| | | | | | | F | 1 | 2 | S | Michelle L. |
| | | | | | | F | 2 | 2 | S | Teanna |
| | | | | | | F | 1 | 0 | S | Brooke K. |
| | | | | | | F | 3 | 1 | S | Caryn L. |
| | | | | | | F | 1 | 1 | M | Karen |
| | | | | | | F | 3 | 2 | M | Karen |
| | | | | 4 | | F | 1 | 1 | M | Tiffany Ann |
| | | | | | | F | 3 | 0 | S | Susan A |
| | | | | | | F | 1 | 0 | S | Tracie |
| | | | | | | F | 3 | 1 | S | Jennifer |
| | | | | | | F | 1 | 1 | S | Natalie |
| | | | | | F | F | 1 | 0 | M | Sally A |
| | | | | | | F | 4 | 3 | M | Eva E. |
| | | | | 4 | | F | 1 | 1 | S | Breanne E. |
| | | | | | | F | 2 | 0 | S | Angela |
| | | | | | | F | 1 | 0 | M | Josephine |
| | | | | | | F | 1 | 5 | S | Janice |
| | | | | | | F | 4 | 2 | S | Gerard C. |
| | | | | | | F | 1 | 0 | S | Melissa |
| | | | | | | F | 2 | 6 | S | Carol |
| | | | | | | F | 1 | 3 | S | Felicia A. |
| | | | | | | F | 1 | 1 | S | Amy |

Microsoft Excel - EEOC 5-3-2006.XLS [Read Only]

| | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FLSACODE | GENDER | HIRESOURCE | LASTNAME | LOARETURNDATE | LOASTARTDATE | LOCATIONCODE | MEDTAXCALCSTATUS | NEWHIRE | NEXTREVIEWDATE | NORMALRETIREDATE | NOSALHISTUPDATE |
| 2 | | F | CB | Aaron | | | | | | | | |
| 3 | | F | | Abbott | | | | | N | | | |
| 4 | | F | N | Abbott | | | | | | | | |
| 5 | | F | | Abdi | | | | | | | | |
| 6 | | F | E | Abdo | | | | | N | | | |
| 7 | | M | I | Abdul Basir | | | | | N | | | |
| 8 | | M | I | Abdul Basir | | | | | N | | | N |
| 9 | | F | | Abdullah | | | | | N | | | |
| 10 | | F | | Abel | | | | | N | | | |
| 11 | | F | | Abel-Donald | | | | | N | | | |
| 12 | | F | N | Abenaim | | | | | N | | | |
| 13 | | F | | Abernathy | | | | | N | | | |
| 14 | | F | | Abod | | | | | N | | | |
| 15 | | F | | Abod | | | | | N | | | |
| 16 | | F | | Abraham | | | | | N | | | |
| 17 | | F | EMP | Abraham | | | | | N | | | |
| 18 | | F | I | Abraham | | | | | N | | | |
| 19 | | F | W | Abrams | | | | | N | | | |
| 20 | | F | | Abrams | | | | | N | | | |
| 21 | | F | | Abramson | 7/3/2004 | 6/5/2004 | | | N | | | |
| 22 | | F | | Abramson | | | | | N | | | |
| 23 | | F | | Abramson | | | | | N | | | |
| 24 | | F | EMP | Abrantes | | 3/24/2005 | | | N | | | |
| 25 | | F | | Abrantes | | | | | N | | | |
| 26 | | F | | Abreu | | | | | N | | | |
| 27 | | F | | Abruzzo | | | | | N | | | |
| 28 | | F | W | Abu-Moustafa | | | | | N | | | |
| 29 | | F | I | Abundo | | | | | N | | | |
| 30 | | F | | Accamando | | | | | N | | | |
| 31 | | F | F/R | Accetta | | | | | N | | | |
| 32 | | F | | Accocella | | | | | N | | | |
| 33 | | F | | Ace | | | | | N | | | |
| 34 | | F | W | Aceron | | | | | N | | | |
| 35 | | F | | Aceto | | | | | N | | | |
| 36 | | F | | Acevedo | 4/5/2002 | 2/28/2002 | | | N | | | |
| 37 | | F | T | Acevedo | | | | | N | | | |
| 38 | | F | | Achey | | | | | N | | | |
| 39 | | F | | Ackladis | | | | | N | | | |

EEOC 5-3-2006

| | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ORGANIZATIONCODE | PAYFRQ | PHONE# | RATE1AMT | ATHIRE RATE3AMT | RATEEFFECTIVEDATE | RATEMULTIPLIER | RATETRANSDATE | REHIREDATE | REHIREDCURR&PERIOD | REHIREMID | REVIEWDATE |
| 2 | | B | 7222438 | 10 | | 1/27/2005 | 3 | 27-JAN-05 | | N | | |
| 3 | | B | 6385459 | 9 | | 5/8/2002 | 3 | 08-MAY-02 | | N | | |
| 4 | | B | 4755558 | 9 | | 6/24/2004 | 3 | 24-JUN-04 | | N | | |
| 5 | Abdi, Ifrah | B | 8999310 | 8 | | 5/24/2005 | 3 | 24-MAY-05 | | N | | |
| 6 | | B | 7760122 | 9 | | 1/11/2003 | 3 | 11-JAN-03 | | N | | |
| 7 | | B | 5832289 | 10 | | 7/4/2005 | 3 | 04-JUL-05 | | N | | |
| 8 | | B | 3717219 | 10 | | 5/1/2006 | 3 | 30-JUN-05 | | N | | |
| 9 | | B | 9988288 | 10 | | 11/26/2001 | 3 | 26-NOV-01 | | N | | |
| 10 | | B | 6967390 | 10 | | 6/14/2004 | 3 | 14-JUN-04 | | N | | |
| 11 | | B | 8586174 | 10 | | 2/10/2003 | 3 | 10-FEB-03 | | N | | |
| 12 | | B | 3346930 | 10 | | | 3 | | | N | | |
| 13 | | B | 5453201 | 9 | | 2/1/2006 | 3 | | | N | | |
| 14 | | B | 6395041 | 8 | | 8/15/2005 | 3 | 15-AUG-05 | | N | | |
| 15 | | B | 6395041 | 8 | | 2/11/2002 | 3 | 11-FEB-02 | | N | | |
| 16 | | B | 6012929 | 10 | | 10/15/2001 | 3 | 15-OCT-01 | | N | | |
| 17 | | B | 5850154 | 0 | | 3/2/2006 | 3 | | | N | | |
| 18 | | B | 3452262 | 10 | | 12/2/2004 | 3 | 02-DEC-04 | | N | | |
| 19 | | B | 5822276 | 10 | | 9/26/2005 | 3 | 18-JUN-05 | | N | | |
| 20 | | B | 2340712 | 10 | | 4/19/2004 | 3 | 19-APR-04 | | N | | |
| 21 | | B | 2205626 | 10 | | 10/20/2003 | 3 | 20-OCT-03 | | N | | |
| 22 | | B | 2205626 | 10 | | 5/9/2005 | 3 | 09-MAY-05 | | N | | |
| 23 | | B | 3793250 | 8 | | 6/21/2004 | 3 | 21-JUN-04 | | N | | |
| 24 | | B | 6765158 | 10 | | 3/15/2004 | 3 | 15-MAR-04 | | N | | |
| 25 | | B | 3474375 | 8 | | 7/18/2005 | 3 | 18-JUL-05 | | N | | |
| 26 | | B | 9469632 | 10 | | 8/2/2004 | 3 | 02-AUG-04 | | N | | |
| 27 | | B | 6700763 | 9 | | 6/30/2003 | 3 | 30-JUN-03 | | N | | |
| 28 | | B | 3213262 | | | 9/6/2004 | 3 | 06-SEP-04 | | N | | |
| 29 | | B | 4894985 | 10 | | 4/3/2006 | 3 | | | N | | |
| 30 | | B | 9410282 | 8 | | 10/21/2002 | 3 | 21-OCT-02 | | N | | |
| 31 | | B | 4401468 | 10 | | 6/13/2005 | 3 | 13-JUN-05 | | N | | |
| 32 | | B | 3906324 | 8 | | 7/13/2002 | 3 | 13-JUL-02 | | N | | |
| 33 | | B | 4267119 | 9 | | 1/9/2006 | 3 | | | N | | |
| 34 | | B | 3290113 | 10 | | 11/23/2004 | 3 | 23-NOV-04 | | N | | |
| 35 | | B | 8818940 | 10 | | 8/29/2005 | 3 | 29-AUG-05 | | N | | |
| 36 | | B | 3402888 | 600 | | 6/11/2001 | 3 | 11-JUN-01 | 12/26/2000 | N | | |
| 37 | | B | 3050293 | | | 10/17/2005 | 3 | 25-JUL-05 | | N | | |
| 38 | | B | 6375243 | | | 5/30/2003 | 3 | 30-MAY-03 | | N | | |
| 39 | | B | 9220813 | | | 1/25/2003 | | 25-JAN-03 | | N | | |

| | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SENIORITYDATE | STANDARDHOURS | STATELVDINCODE | STATERECIPRMETHOD | STATEWRKDINCODE | SUISDITAXCALCSTAT | SUISDITAXJURISCD | TERMINATIONDATE | TERMINATIONREASON | USEPERIODENDDATE |
| 2 | | 80 | | | VA | | 17 | 5/25/2005 | D | 2 |
| 3 | | 80 | | | NY | | 19 | 8/17/2002 | C | 2 |
| 4 | | 80 | | | WA | | 54 | 9/4/2004 | Q | 1 |
| 5 | | 80 | | | OH | | 30 | 7/28/2005 | Q | 2 |
| 6 | | 80 | | | FL | | 42 | 3/6/2003 | Q | 2 |
| 7 | | 80 | | | CT | | 27 | 11/8/2005 | D | 2 |
| 8 | | 80 | | | CT | | 27 | | | 2 |
| 9 | | 80 | | | VA | | 17 | 12/18/2001 | Q | 1 |
| 10 | | 80 | | | MA | | 02 | 9/11/2004 | Q | 2 |
| 11 | | 80 | | | IL | | 43 | 10/31/2003 | Q | 1 |
| 12 | | 80 | | | MA | | 02 | 8/23/2002 | Q | 2 |
| 13 | | 80 | | | OH | | 30 | 3/3/2006 | Q | 1 |
| 14 | | 80 | | | PA | | 59 | | | 2 |
| 15 | | 80 | | | PA | | 59 | 7/15/2002 | X | 1 |
| 16 | | 80 | | | MD | | 05 | 8/5/2002 | D | 1 |
| 17 | | 80 | | | WA | | 54 | | | 2 |
| 18 | | 80 | | | MD | | 05 | 12/24/2004 | Q | 2 |
| 19 | | 80 | | | NY | | 19 | | | 1 |
| 20 | | 80 | | | IL | | 43 | 7/6/2004 | Q | 2 |
| 21 | | 80 | | | NY | | 19 | 7/3/2004 | N | 1 |
| 22 | | 80 | | | NY | | 19 | 8/26/2005 | Q | 2 |
| 23 | | 80 | | | PA | | 59 | 9/11/2004 | Q | 2 |
| 24 | | 80 | | | MA | | 02 | 6/23/2005 | Q | 2 |
| 25 | | 80 | | | NY | | 19 | 8/8/2005 | Q | 2 |
| 26 | | 80 | | | NJ | | 21 | 9/15/2004 | Q | 2 |
| 27 | | 80 | | | VA | | 17 | 7/15/2003 | Q | 1 |
| 28 | | 80 | | | PA | | 59 | 12/4/2004 | Q | 2 |
| 29 | | 80 | | | TX | | 53 | | | 2 |
| 30 | | 80 | | | PA | | 59 | 3/21/2003 | Q | 2 |
| 31 | | 80 | | | CT | | 27 | 7/27/2005 | Q | 2 |
| 32 | | 80 | | | OH | | 30 | 3/7/2003 | Q | 1 |
| 33 | | 80 | | | PA | | 59 | | | 2 |
| 34 | | 80 | | | IL | | 43 | 11/30/2004 | Q | 1 |
| 35 | | 80 | | | NH | | 02 | | | 2 |
| 36 | | 80 | | | NY | | 19 | 4/5/2002 | D | 1 |
| 37 | | 80 | | | IL | | 43 | 10/21/2005 | Q | 2 |
| 38 | | 80 | | | PA | | 59 | 2/15/2005 | D | 1 |
| 39 | | 80 | | | OH | | | | C | |

| # | YEARSSERVICE | YRSEXPATHIRE | ZIPCODE | STATE | STREETLINE1 | STREETLINE2 |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | 0 | | 23661 | VA | 2305 Shell Rd | Lot # 11 |
| 3 | 0 | | 13027 | NY | 8506 Van Wie Dr West | |
| 4 | 0 | | 98408 | WA | 5515 So. Asotin St. | |
| 5 | 0 | | 43230 | OH | 5234 Columbine Ct | |
| 6 | 0 | | 33308 | FL | 4301 Ne 23 Ave | |
| 7 | 0 | | 06610 | CT | 51 Dupont Place | |
| 8 | 0 | | 06110 | CT | 49 Dupont Place | |
| 9 | 0 | | 22041 | VA | 6135 Leesburg Pike | Apt 603 |
| 10 | 0 | | 02186 | MA | 62 Brook Rd | |
| 11 | 0 | | 60137 | IL | 25137 Moyfield Lane | |
| 12 | 0 | | 01940 | MA | 4 Windsor Rd | |
| 13 | 0 | | 44904 | OH | 7 Lakewood Dr. | |
| 14 | 5 | | 18618 | PA | Rr1 Box 125 | |
| 15 | 1 | | 18618 | PA | Rr1 Box 125 | |
| 16 | 0 | | 20874 | MD | 19254 Circle Gate Dr | Apt 202 |
| 17 | 0 | | 98208 | WA | 12419 51st Ave SE | #B |
| 18 | 0 | | 20910 | MD | 807 Silver Spring Av | |
| 19 | 1 | | 10566 | NY | 31 Roma Orchard Rd. | |
| 20 | 0 | | 60014 | IL | 29549 N Waukegan Rd. | Apt. 306 |
| 21 | 0 | | 10458 | NY | 181 E. 206th St. | #1F |
| 22 | 0 | | 10458 | NY | 181 E. 206th St. | #1F |
| 23 | 0 | | 17007 | PA | 1417 Creek Road | |
| 24 | 1 | | 02721 | MA | 594 Tucker Street | |
| 25 | 0 | | 14580 | NY | 968 Emily Lane | |
| 26 | 0 | | 32835 | FL | 6224 Raleigh St. | Apt. 801 |
| 27 | 1 | | 22193 | VA | 15249 Barnabas Trail | |
| 28 | 0 | | 19067 | PA | 518 Southridge Circl | |
| 29 | 0 | | 77584 | TX | 6034 Terrell Dr. | |
| 30 | 0 | | 15241 | PA | 490 Hollydale Dr | |
| 31 | 0 | | 06450 | CT | 301 Wall Street | |
| 32 | 0 | | 45503 | OH | 1347 Ryan Court | |
| 33 | 0 | | 18301 | PA | 3290 Penn Estates | |
| 34 | 0 | | 60076 | IL | 3821 Brummel | |
| 35 | 1 | | 03060 | NH | 3 Euclid Avenue | |
| 36 | 1 | | 10307 | NY | 7190 Hylan Blvd | |
| 37 | 0 | | 60563 | IL | 627 Beaver Ct. | |
| 38 | 1 | | 19154 | PA | 10825 E Keswick Rd | Apt #16 |