# EXHIBIT RR

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY          :
COMMISSION
         Plaintiff,          :

    and          :

KATHY KOCH          :          CASE NO.: WDQ 02-CV-648
       Intervenor/Plaintiff,          :          JURY DEMANDED

    v.          :

LA WEIGHT LOSS CENTERS, INC.          :

       Defendant.          :
                        :

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties have entered into a Settlement Agreement dated November 21,

2005, which provides for the filing of this Stipulation and Order of Dismissal;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

the Intervenor/Plaintiff, Kathy Koch and Defendant, LA Weight Loss Centers, Inc., that Kathy

Koch voluntarily dismisses all her claims in this civil action, with prejudice and without costs to

either party.

SO STIPULATED:                          SO STIPULATED:
FOR KATHY KOCH                          FOR LA WEIGHT LOSS CENTERS, INC.

OBER, KALER, GRIMES & SHRIVER          WOLF, BLOCK, SCHORR AND
                                        SOLIS-COHEN LLP

By:                                     By:
Pamela J. White, Esquire   b00181       David E. Landau, Esquire
120 East Baltimore Street               1650 Arch Street, 22nd Floor
Baltimore, MD 21202-1643                Philadelphia, PA 19103

                                        SO ORDERED:

                                        _____  U.S.D.J.
                                                     11/29/5

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 NOV 29  P 4: 19

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# O B E R   K A L E R
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 443-263-7523
www.ober.com

Pamela J. White
pjwhite@ober.com
410-347-7323

Offices in
Maryland
Washington, D.C.
Virginia

November 29, 2005

## VIA HAND DELIVERY

Honorable William D. Quarles, Jr.
United States District Court for the
 District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 3A
Baltimore, Maryland  21201

        Re:    EEOC, et al. v. LA Weight Loss Centers, Inc.
               Civil No.: WDQ-02-cv-648

Dear Judge Quarles:

    Kathy C. Koch and LA Weight Loss Centers, Inc. have agreed to confidential terms of settlement of all issues between those two parties.  The EEOC is expected to proceed in the remaining litigation on its claims against LA Weight Loss, and is not a party to the confidential settlement agreement existing between Ms. Koch and LA Weight Loss.

    The Court's consideration is appreciated to order the dismissal of Ms. Koch's claim, with prejudice, as indicated in the enclosed Stipulation.  Please call me or Bruce Harrison with any questions.

               Respectfully,

               Pamela J. White

PJW/cks
Enclosure
cc:    David E. Landau, Esquire (via fax and U.S. mail)
       Bruce Harrison, Esquire (via fax and U.S. mail)
       Ronald L. Phillips, Esquire (via fax and U.S. mail)
       Tracy Hudson-Spicer, Esquire (via fax and U.S. mail)

776966