# EXHIBIT SS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

---------------------------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

            Plaintiff,

  -and-       Case No:

            DQ 02-CV-648

KATHY KOCH,

            Intervenor/Plaintiff,

  vs.

LA WEIGHT LOSS CENTER, INC.,

            Defendant.

---------------------------------------------------

      VIDEOTAPED DEPOSITION OF KATHY KOCH

          New York, New York

      Wednesday, November 30, 2005

Reported by:

CHARISSE KITT, CSR, RPR

JOB NO. 179730

Page 6

1
2     THE VIDEOGRAPHER: This is
3  videotape number one, of the
4  deposition of Kathy Koch, in the
5  matter of Equal Employment
6  Opportunity, Plaintiff and Kathy Koch,
7  intervening Plaintiff versus LA Weight
8  Loss Centers, Incorporated, Defendant,
9  pending in the United States District
10 Court, in the District of Maryland,
11 case number WDQ 02-CV-648.
12     This deposition is being taken at
13 the offices of Wolf Block at 160 --
14 excuse me, 250 Park Avenue, New York
15 City. It was made at the request of
16 David Landau of Wolf Block.
17     The videographer is Shelly Rusten,
18 here on behalf of Esquire Deposition
19 Services.
20     Would counsel and all present
21 please identify themselves for the
22 record.
23     MR. LANDAU: David Landau, for LA
24 Weight Loss Centers, Inc.
25     MS. WHITE: Pamela J. White, of

Page 7

1
2  Ober Kaler, for Kathy C. Koch, the
3  intervening Plaintiff.
4     MR. PHILLIPS: Ron Phillips, for
5  Plaintiff EEOC, appearing by
6  telephone.
7     THE VIDEOGRAPHER: We're going on
8  the record at approximately 3:10 p.m.
9     Will the court reporter please
10 swear in the witness.
11 K A T H Y  K O C H, called as a witness,
12 having been first duly sworn by a Notary
13 Public of the State of New York, was examined
14 and testified as follows:
15 EXAMINATION BY
16 MR. LANDAU:
17    Q  Good afternoon, Ms. Koch.
18    A  Hello, David.
19    Q  We're here to take a very brief
20 videotape deposition of you in this
21 matter. If at any time you don't hear my
22 question, particularly in light of the
23 sound effects today, I -- please stop me
24 and I'll repeat it.
25    A  Okay.

Page 8

1           Koch
2    Q  If you need a break, we'll take a
3  break. If you don't understand any of my
4  questions, please stop me and I'll
5  rephrase them.
6     Is that okay with you?
7    A  Yes.
8    Q  And Ms. Koch, you are the
9  Plaintiff, intervening Plaintiff in the
10 action EEOC versus LA Weight Loss?
11    A  Yes.
12    Q  And did you file a claim against
13 LA Weight Loss with EEOC in June of 1998?
14    A  Yes.
15    Q  And in your complaint in this
16 case, have you alleged that you lost your
17 job at LA Weight Loss after you complained
18 about a policy and practice against hiring
19 men?
20    A  Yes.
21    Q  And after you left LA Weight Loss
22 were you unemployed?
23    A  Yes.
24    Q  The end of 1998 -- and you left
25 LA Weight Loss in approximately March of

Page 9

1           Koch
2  1998, sometime around March 1998, if you
3  can recall?
4    A  I believe so.
5    Q  And after that -- at the end of
6  1998 did you move to New York?
7    A  Yes.
8    Q  Now, as part of your claim against
9  LA Weight Loss in this action, are you
10 seeking lost wages for the time you were
11 unemployed?
12    A  Yes.
13    Q  And are you also seeking any loss
14 benefits during the time you were
15 unemployed?
16    A  Yes.
17    Q  And have you also claimed in this
18 case that LA Weight Loss caused you
19 emotional distress, suffering and pain?
20    A  Yes.
21    Q  And are you seeking damages from
22 LA Weight Loss, for that emotional pain
23 and suffering you suffered because of
24 LA Weight Loss's conduct?
25    A  Yes.

Page 10

```
                    Koch
 1
 2      Q  And have you also alleged that
 3  LA Weight Loss's conduct towards you was
 4  malicious, willful, and reckless?
 5      A  Yes.
 6      Q  And are you seeking punitive
 7  damages against LA Weight Loss to punish
 8  them for their actions?
 9      A  Yes.
10      Q  Are you also seeking your
11  attorney's fees and cost in connection
12  with your case against LA Weight Loss?
13      A  Yes.
14      Q  Now, on November 21, 2005, did
15  LA Weight Loss enter into a settlement
16  agreement with you?
17      A  Yes.
18      Q  And are the terms of that
19  settlement confidential?
20      A  Yes.
21      Q  And is the confidentiality and the
22  terms of that settlement important to you
23  and material to you?
24      A  Yes.
25      Q  Are you fully satisfied with the
```

Page 11

```
                    Koch
 1
 2  settlement agreement you've entered into
 3  with LA Weight Loss Centers?
 4      A  Yes.
 5      Q  Did you voluntarily enter into
 6  that settlement agreement?
 7      A  Yes.
 8      Q  And do you understand and you read
 9  that settlement agreement?
10      A  Yes.
11      Q  And do you understand the terms of
12  that settlement agreement?
13      A  Yes, I do.
14      Q  And does that settlement agreement
15  resolve all of your claims against LA
16  Weight Loss Centers?
17      A  Yes.
18      Q  And does the settlement agreement
19  resolve all of your claims for loss wages?
20      A  Yes.
21      Q  And does the settlement agreement
22  resolve all -- currently all of your
23  claims for lost benefits?
24      A  Yes.
25      Q  Does the settlement agreement
```

Page 12

```
                    Koch
 1
 2  resolve all of your claims for
 3  compensatory damages for your pain and
 4  suffering and emotional distress?
 5      A  Yes.
 6      Q  Does the settlement agreement
 7  resolve all of your claims against
 8  LA Weight Loss for your claim of punitive
 9  damages?
10      A  Yes.
11      Q  And does the settlement agreement
12  resolve all of your claims against
13  LA Weight Loss for attorneys' fees and
14  cost?
15      A  Yes.
16      Q  Does the settlement agreement
17  resolve all of your claims with respect to
18  anything to do with your employment at
19  LA Weight Loss Centers?
20      A  Yes.
21      Q  And you're not seeking any further
22  relief from LA Weight Loss Centers with
23  respect to any of your claims that you've
24  raised in this lawsuit; is that right?
25      A  Can you repeat that.
```

Page 13

```
                    Koch
 1
 2      Q  Sure.  Let me rephrase that.
 3      Are you seeking any other relief,
 4  monetary or otherwise, from LA Weight Loss
 5  Centers for the claims you've raised in
 6  this lawsuit?
 7      A  No, I am not seeking other relief.
 8      Q  Are you seeking to ever be
 9  employed by LA Weight Loss again?
10      A  No, I am not.
11      Q  Will you ever seek from LA Weight
12  Loss, any further monetary award or any
13  other kind of relief from the court, with
14  respect to any of the claims you've raised
15  in this lawsuit?
16      A  No.
17         MR. PHILLIPS:  Objection as to
18      speculative.
19         MR. LANDAU:  I have nothing
20      further.
21         MS. WHITE:  I have nothing
22      further.
23         Mr. Phillips?
24         MR. PHILLIPS:  Let's go off the
25      record for a minute.
```