IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. WDQ 02-CV-648 |
| LA WEIGHT LOSS, ) ) ) | |
| Defendant. ) ) | |

### NOTICE OF FILING LENGTHY EXHIBIT

Exhibits 1-183, which are attachments to Plaintiff Equal Employment Opportunity Commission's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment, exist only in paper format and if scanned will be larger than 1.5 MB, or are required to be filed under seal. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice (not including the intervening weekend), I will file and serve paper copies of the exhibits identified above.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

_____/s/_____
TRACY HUDSON SPICER
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0711
Facsimile #: (202) 419-0701

_____/s/_____
CORBETT ANDERSON
Trial Attorney
EEOC-Washington Field Office

1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0724
Facsimile #: (202) 419-0701

_____/s/_____
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270/2817