IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) ) |

Case No. WDQ 02-CV-648

**PLAINTIFF EEOC'S MOTION TO SEAL MEMORANDUM IN OPPOSITION TO DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT AND APPENDIX**

In accordance with Local Rule 105(11) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court to seal (1) Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment ("Memorandum") and (2) the Appendix to that Memorandum, which are filed this day. In support of this Motion, EEOC states that the Memorandum contains various references to information set forth in Defendant LA Weight Loss's personnel records pertaining to particular employees. In addition, numerous exhibits to the Memorandum are documents taken from Defendant's employee personnel files, personnel data, and company personnel manuals. Such documents and data, and the information therein, have been designated "Confidential" by Defendant under Paragraphs Nos. 2 and 4 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41). Therefore, pursuant to Paragraph No. 6 of the Order, EEOC is required to request that the Court permit filing under seal.

Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment and Appendix contain lengthy exhibits which will be enclosed with a hard copy of this Motion and deposited in the After Hours Box at the U.S. Courthouse in Baltimore on May 4, 2007.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

_____/s/_____
TRACY HUDSON SPICER
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0711
Facsimile #: (202) 419-0701

_____/s/_____
CORBETT ANDERSON
Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0724
Facsimile #: (202) 419-0701

\_\_\_\_\_/s/_____
RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270/2817