IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) | MOTION "GRANTED" THIS 7th DAY OF May, 2007. |
| Plaintiff, ) | |
| v. ) | Case No. WDQ-02-CV-648 |
| LA WEIGHT LOSS, ) | WILLIAM D. QUARLES, UNITED STATES DISTRICT JUDGE |
| Defendant. ) | |

### PLAINTIFF EEOC'S MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF LOCAL RULE PAGE LIMITATION

In accordance with Local Rule 105(3) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court for leave to file Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment ("Memorandum"), which exceeds the 50-page limitation set forth in Rule 105(3). The Memorandum has been submitted this day for filing under seal as required by Paragraph No. 6 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41) and is therefore not included as an electronic attachment to this Motion. The Memorandum is 93 pages in length, not inclusive of the Table of Contents and cover page.

In support of this Motion, EEOC states that the length of its Memorandum was required by the scope of this case and the issues raised in Defendant's Motion for Summary Judgment. At issue in this action is EEOC's claim that Defendant has engaged in a pattern or practice of company-wide discrimination spanning ten years. Defendant has filed a 46-page Memorandum