IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Case No. WDQ 02-CV-648 ) |
| LA WEIGHT LOSS, | ) ) |
| Defendant. | ) ) |

MOTION "GRANTED" THIS 8th DAY OF May, 2007.

WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

### PLAINTIFF EEOC'S MOTION TO SEAL MEMORANDUM IN OPPOSITION TO DEFENDANT LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT AND APPENDIX

In accordance with Local Rule 105(11) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court to seal (1) Plaintiff EEOC's Memorandum in Opposition to Defendant LA Weight Loss Centers, Inc.'s Motion for Summary Judgment ("Memorandum") and (2) the Appendix to that Memorandum, which are filed this day. In support of this Motion, EEOC states that the Memorandum contains various references to information set forth in Defendant LA Weight Loss's personnel records pertaining to particular employees. In addition, numerous exhibits to the Memorandum are documents taken from Defendant's employee personnel files, personnel data, and company personnel manuals. Such documents and data, and the information therein, have been designated "Confidential" by Defendant under Paragraphs Nos. 2 and 4 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41). Therefore, pursuant to Paragraph No. 6 of the Order, EEOC is required to request that the Court permit filing under seal.