IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

## JOINT MOTION TO MODIFY SCHEDULE

Pursuant to the Court's October 2, 2006, Letter Order, the Federal Rules of Civil Procedure, Rule 105 of the Local Rules of the United States District Court for the District of Maryland and the Court's May 25, 2004, Order Regarding Bifurcation and Scheduling (the "Order"), plaintiff EEOC and defendant LA Weight Loss Centers, Inc. (the "Parties") respectfully request that the Court enter a limited order adjusting the deadline for replies to dispositive motions.

The issues giving rise to the Parties' request are: (1) the breadth and complexity of each Party's memoranda of law in opposition to summary judgment; and (2) the schedules and other obligations of counsel. Accordingly, the Parties request that the Order be modified to extend the

deadline for the Parties' replies to summary judgment to June 1, 2007.

/s/
Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2124
Fax: (215) 405-3724

/s/
Ronald L. Phillips
United States Equal Employment
Opportunity Commission
Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Tel: (410) 209-2737
Fax: (410) 962-4270/2817

/s/
Tracy Hudson Spicer
Corbett Anderson
United States Equal Employment
Opportunity Commission
Washington Field Office
Washington, DC 20507
Tel: (202) 419-0711
Fax: (202) 419-0701

Dated: May 15, 2007