IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>KATHY KOCH,<br><br>Intervenor/Plaintiff,<br><br>v.<br><br>LA WEIGHT LOSS CENTERS, INC.,<br><br>Defendant. | CASE NO.: WDQ 02-CV-648<br><br>JURY DEMANDED |

### ORDER

AND NOW, this _____ day of May, 2007, it is hereby ORDERED that plaintiff Equal Employment Opportunity Commission's and defendant LA Weight Loss Centers, Inc.'s Motion to Modify Schedule is GRANTED and the Order Regarding Bifurcation and Scheduling is modified to allow the parties until June 1, 2007, to file their replies to dispositive motions.

_____