**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | : | CASE NO.: WDQ 02-CV-648 |
| KATHY KOCH, | : | |
| | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

# EXHIBITS TO REPLY TO PLAINTIFF EEOC'S OPPOSITION TO LA WEIGHT LOSS CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT

## VOLUME I OF I (A-M)

**INDEX OF EXHIBITS**
**VOLUME I OF I (A THROUGH M)**

**Description of Exhibit**                                                      **Tab**

1.    Deposition of Lesia Petrizio.........................................................................A

2.    Deposition of Vahan Karian ........................................................................B

3.    Deposition of Karen Siegel, November 11, 2004 .......................................C

4.    Expert Report by Seymour Adler, containing Review of Recruitment
      and Selection Process..................................................................................D

5.    Coker v. Charleston County Sch. Dist., No. 92-1589, 1993 U.S.
      App. LEXIS 20836 (4th Cir. Aug. 16, 1993)..............................................E

6.    Reasonable Cause Determination ............................................................... F

7.    April 21, 1998 Letter...................................................................................G

8.    Kathy Koch's Charge of Discrimination .....................................................H

9.    November 3, 1998 Letter and Request for Information...............................I

10.   May 10, 2000 Document Request................................................................J

11.   Ledbetter v. Goodyear Tire & Rubber Co., Inc., No. 05-1074,
      slip op. (U.S. May 29, 2007)......................................................................K

12.   White v. BFI Waste Servs., LLC, 375 F.3d 288 (4th Cir. 2004),
      aff'd in part and rev'd in part on other grounds, Nos. 05-1804 and
      05-1837, 2006 U.S. App. LEXIS 12749 (4th Cir. May 23, 2006).............. L

13.   King v. McMillan, No. 06-1183, 2007 U.S. App. LEXIS 10635
      (D. Md. May 4, 2007) ................................................................................M