# EXHIBIT B

Page 1

```
     IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MARYLAND
          NORTHERN DIVISION
                 -  -  -
EQUAL EMPLOYMENT       :  CIVIL NO.
OPPORTUNITY COMMISSION :
       and             :
KATHY C. KOCH          :
   INTERVENOR/PLAINTIFF:
       v               :
L.A. WEIGHT LOSS       :
CENTERS, INC.          :
       Defendant       :  WDQ-02-CV-648


                 -  -  -
           NOVEMBER 16, 2004
                 -  -  -
```

Oral deposition of VAHAN KARIAN, taken pursuant to notice, was held at the offices of the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, The Bourse Building, 4th Floor, Philadelphia, PA, beginning at 9:35 a.m., on the above date, before Nancy D. Ronayne, a Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

                 -  -  -

```
        ESQUIRE DEPOSITION SERVICES
              15th Floor
        1880 John F. Kennedy Boulevard
         Philadelphia, Pennsylvania 19103
                (215) 988-9191
```

Page 54

1  specifically did there come a time where
2  you became more actively involved in the
3  operation side of the business?
4      A.  No, I wouldn't say that.  I
5  would say the level of involvement that
6  I've had on the operation side of the
7  business has decreased through time at
8  varying levels, but as the company got
9  larger and we depended more on layers of
10 management we needed more layers of
11 management, there weren't less layers of
12 management, I became less and less
13 directly involved with that function.
14     Q.  Have you ever since the
15 start of the company, have you ever been
16 involved in setting policies regarding
17 hiring at L.A. Weight Loss?
18         MR. LANDAU:  Object to the
19     form, vague.
20         THE WITNESS:  Since I
21     started?
22 BY MR. PHILLIPS:
23     Q.  Yes.
24     A.  Yes.

Page 55

1      Q.  What's the nature of your
2  involvement?
3      A.  Just describing the skill
4  set of the person that the skill that we
5  should look for when we're interviewing
6  and hiring people.
7      Q.  Is that a form of
8  involvement you've had since the start of
9  the company?
10     A.  Definitely at the beginning
11 parts.  And again, as time went on it
12 became less and less.
13     Q.  As time went on it became
14 less and less, less and less and
15 specifically referring to your describing
16 the skill set of the person that the
17 company wants to hire for whatever job,
18 who has assumed that responsibility as
19 you have scaled back your involvement?
20     A.  A collage of people.  We
21 took input from human resource
22 department, we took input from heads of
23 operations, regional managers, directors,
24 today VPs of operations, our COO.  It's a

Page 56

1  collaborate fluid description as to who
2  we're looking for.  And we're always
3  trying to figure out how do you find that
4  right person in that interview, what is
5  it that we're looking for, to the point
6  that we're considering hiring a
7  consulting firm to go out into our
8  stores, look at the people that are
9  successful, study their behaviors and
10 characteristics and be able to try to
11 identify that in the interview.
12         So it's a constantly
13 evolving process.  And all these people
14 are involved in that because they're
15 where the rubber meets the road, they're
16 the ones doing it.  So they're giving us
17 the feedback as to who is working out and
18 what it was that they had.
19     Q.  Has there been any one
20 particular person or set of persons who
21 has had sort of ultimate responsibility
22 for that, for deciding?
23     A.  No.  I wouldn't -- no.
24     Q.  Is there any one person

Page 57

1  whose had that predominant role in the
2  functions you just described?
3      A.  At varying times that would
4  change, so the answer is no, there's not
5  that one person to determine that.
6      Q.  So is it true that there has
7  been someone that had a predominant role
8  but it's just fluctuated over time?
9      A.  No.  It depended on the
10 market place, who was there.  If you had
11 a regional manager for instance that has
12 been with us for a long time or showed a
13 high skill set, she was left alone and
14 we'd let her hire who she thinks would be
15 right for the job.  Then if you had a
16 brand new regional manager who's never
17 done it maybe then maybe it would be the
18 divisional who'd go in and instruct her
19 based on her experiences what we're
20 looking for, what characteristics and
21 what features.
22         So it's always been a
23 collage of people that had different
24 levels of input as far as who it was we

Page 74

1  characteristics she's looking for and
2  then present that to the class. It was
3  done that way.
4     Q.  Is that the same for the
5  other businesses that eventually became
6  L.A. Weight Loss?
7     A.  Yes.
8     Q.  Have you ever been directly
9  involved in interviewing or selecting
10 employees at L.A. Weight Loss?
11    A.  Yes.
12    Q.  Has the nature of that
13 involvement changed over time?
14    A.  Yes.
15    Q.  Let's start in 1997, what
16 was the nature of your involvement in
17 interviewing or selecting employees?
18    A.  Less so than it is today.
19 My involvement had to do with building
20 the back office infrastructure that we
21 needed to support for the future growth,
22 so I was involved with the interviewing
23 and hiring of Hal Levine, the marketing
24 positions, the accounting positions, the

Page 75

1  support positions, that were non-existent
2  up until that point. So we had this
3  growth objective and people were involved
4  in building the center operations and
5  back at the home office my responsibility
6  shifted to getting people to fill the
7  infrastructure positions and I spent a
8  lot of time during '97, '98, '99
9  interviewing, training or working with
10 those people.
11    Q.  Corporate headquarters
12 folks?
13    A.  Correct, yes.
14    Q.  So when we talked about '97
15 just now, that's also true of '98, '99,
16 same type of activities?
17    A.  Yes.
18    Q.  But you also did some
19 interviewing and hiring out in the field,
20 correct?
21    A.  I'm sure I did some
22 interviewing, Ron, but I don't-- not a
23 specific responsibility where it was my
24 job to go and hire for a job. If I was

Page 76

1  in a market just visiting and somebody
2  wanted me to sit in on an interview or do
3  a second interview, I would do that. But
4  I think my interviewing would be limited
5  just to the upper management of the
6  company, the regional managers or higher
7  at that point.
8     Q.  Is it fair to say that this
9  activity was limited to start-up markets,
10 markets that were just opening?
11    A.  I would say it would be more
12 so and tilted way more in that direction,
13 yes.
14    Q.  And the management level
15 positions you're talking about are we
16 talking like area supervisors?
17    A.  More like regionals.
18    Q.  Regionals?
19    A.  Yes.
20    Q.  So you mentioned it changed
21 over time less previously more so --
22    A.  It came in waves. It was a
23 lot more in the earlier phases, early
24 '90s and then when the companies were

Page 77

1  merged and we had this master plan to go
2  convert from a mom and pop store to a
3  large type company then it decreased.
4  And then I would say more recently in the
5  last two, three years the focus has come
6  back to participating more in the
7  interview process for new markets.
8     Q.  And in the last two or three
9  years what type of positions have you
10 been involved in doing the hiring for?
11    A.  Regional managers or
12 divisional managers.
13       MS. WHITE:  Could you mark
14    the record please.
15 BY MR. PHILLIPS:
16    Q.  And again, these are new
17 markets that are opening?
18    A.  Yes.
19    Q.  Does the company look at
20 inside candidates first?
21    A.  Preferably, yes.
22    Q.  So would it be a correct
23 assumption that if the company is looking
24 at outside people that they've already,