IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
 COMMISSION, )
 )
       **Plaintiff,** )
 ) Case No. WDQ 02-CV-648
       v. )
 )
LA WEIGHT LOSS CENTERS, INC., )
 )
       **Defendant.** )
_____)

## INDEX OF EXHIBITS

Exhibit 1 - Declaration of Elvira Sisolak

Exhibit 2 - deposition of Karen Siegel

Exhibit 3 - Sample HotJobs application submitted via e-mail

Exhibit 4 - Declaration of Ronald Phillips

Exhibit 5 - first 24 pages of HotJobs converted data file

Exhibit 6 - E-mail from Aliza Karetnick to Ronald Phillips dated 6/13/2005

Exhibit 7 - Declaration of Corbett Anderson

Exhibit 8 - 30(b)(6) deposition of Defendant, designee of John Janthor

Exhibit 9 - continuation of Rule 30(b)(6) deposition of Defendant, designee Christine Moffit

Exhibit 10 - Defendant's 9/12/03 Opposition to EEOC Motion to Compel

Exhibit 11 - Declaration of Jeffrey Bannon

Exhibit 12 - Rothstein, Hedges, and Wiggins, *Managing Discovery of Electronic Information: A Pocket Guide for Judges*, at 13 (Federal Judicial Center 2007)

Exhibit 13 - table of contents to LACD 0002

Exhibit 14 - 2002 Week 32 ADP Master Control Report

2

Exhibit 15 - Q1 2001 ADP Wage and Tax Report

Exhibit 16 - <u>EEOC v. Continental Airlines, Inc.</u>, No. 04 C 3055, 2006 WL 3505485
(N.D. Ill., Dec. 4, 2006)

Exhibit 17 - 11/30/05 deposition of Kathy Koch