Patricia Moyer

**From:** pacher@bellsouth.net
**Sent:** Monday, February 03, 2003 1:50 PM
**To:** florida-careers
**Subject:** HotJobs submission for Palm Beach/Broward, Sales Counselor

**Rebecca Piche applied to the following job:** Job ID: Palm Beach/Broward, Sales Counselor on HotJobs.com.

To see this person's profile, click here!

****Cover Letter****

| Name: | Rebecca Piche |
|---|---|
| Address: | 5873 Tarragon Drive<br>West Palm Beach, FL 33415 |
| Job Title: | Inside Sales/Parts/Customer Service |
| Will Relocate? | N |
| Experience Level: | Mid- to Senior |
| Work Authorization: | United States |
| Primary Phone: | 561-304-3184 |
| Secondary Phone: | |
| Email Address: | pacher@bellsouth.net |
| Minimum Annual Salary Requirement: | $40000.00 |

****RESUME:****


```
Rebecca Piche


Permanent
    5873 Tarragon Drive

    West Palm Beach, FL 33415
    Home: 561-304-3184

    pacher@bellsouth.net
```

2/3/2003

LA-0158743

LA-0158743

EMPLOYMENT
OBJECTIVE


EDUCATION


       Immanual Lutheran High School
High School
            Stratford School
Other


EXPERIENCE


       7/2001 -
12/2002


       RGF Environmental Group
Inside Sales/Parts/Customer Service
Inside sales and customer service.  Also managed parts sales.


       9/1994 -
6/2001


       Earth Liquids
Sales Manager
Responsible for outside sales and customer base development.


       6/1991 -
9/1994


       EMCON Southeast
Customer Service Manager
Responsible for customer service, file setup, report preparation and marketing assistance.


2/3/2003

LA-0158744
LA-0158744

SKILLS

-MS Office
-Internet
-10 key by touch
-Typing 60+ WPM
-Power Point
-MS Access
-Outlook
-Quickbooks
-Quicken
-ACT

2/3/2003

LA-0158745
LA-0158745