```
                                laweight3.txt
NAME DETAILS   : KATHRYN BAILEY (P637893CK)
JOB  DETAILS   : SALES COUNSELOR (U045073IM <==> J173569RL)
APPLY DATE     : 10/20/2000 15:48:33
RESUME :
========
Kathryn Anne Bailey

530 S. Second Street

Philadelphia, PA 19147

215.629.0960


EXPERIENCE

La Salle University, Philadelphia, PA

Counseling Center Administrative Assistant (October 01    Present)

-Provide administrative assistance to the Director of Health Services as well as to
the Counseling Center staff while enrolled in the MA program.

-Responsible for organizing office systems and records management.

-Overseeing general office functions and supervising student employees.


USA Today, Arlington, VA

Advertising Assistant (November 00    October 01)

-Responsible for coordinating and ensuring the on-time and orderly flow of
advertising from job initiation to its release, customer service and account
maintenance.

-Compiled and analyzed market research for internal audiences and support management
and sales team with lead source development.

-Tracked competitor activity in marketplace, online and traditional product
offerings and rates.


Xerox Omnifax, McLean, VA

Account Executive (June 00- September 00)

-Responsible for establishing and maintaining client relationships with national
accounts by identifying prospective customers in a given territory.

-Designed and implemented sales strategies for individual accounts; prepared and
presented product demonstrations.

-Kept up to date with industry standards and trends to successfully identify
opportunities to increase specific vertical market applications.


Xerox Omnifax, Arlington, VA
```

laweight3.txt

Customer Support Representative (June 99- June 00)

-Provided on-sight training and off-sight telephone support to Omnifax clients on new and existing equipment.

-Assisted sales representatives with major account presentations and trade shows.

-Responsible for training government and commercial sales teams on all equipment featured in the current product lines for both the Virginia and Baltimore locations.


Danka Omnifax, Arlington, VA

Sales Support (July 98 - May 99)

-Provided primary support to government and commercial sales teams as well as service and sales managers; supervised administrative staff and all personnel issues.

-Created and maintained revenue bookings spreadsheets for individual representatives as well as conducted the regional audit and calculating quarterly gross profit.

-Processed all incoming equipment and maintenance contracts, resolving customer billing issues and coordinated special terms and conditions for major accounts.


The American Spectator, Arlington, VA

Summer Internship (May 95- August 95)

-Planned and compiled a reference catalogue for the magazine and made it accessible over the office computer system.

-Represented the magazine at the 51st Biennial College Republican National Convention.


EDUCATION

LaSalle University (2002 - Present), Philadelphia, PA

-Pursuing a Masters degree in counseling psychology.

Providence College (1994-1998), Providence, RI

Bachelor of Arts

-Studied Social Sciences with course work in Sociology and Anthropology.

Richmond College (1997), London, England

-Study abroad program combining courses in British culture and European history.


SOFTWARE SKILLS

-Familiar with Macintosh, IBM computers and office applications such as Excel, WordPerfect, MSWord, the Internet and Lotus notes.
>>>>>>>> End Of Record <<<<<<<<

laweight3.txt

October 1998 until June 1999

Tutor and Mentor, Civic Works, Webster-Kendrick Center

Provided tutoring and scholastic counseling for school aged at-risk children.

Mentored children in self esteem and character building.


May 1997 until June 1998

Receptionist and Secretary, Jermany and Associates, Psychiatric Group

Answered telephone (multi-line); arranged appointments; collected cash receipts;

typed correspondence; and assisted in preparing documents for billing.


Education


September 1997 until the present

Morgan State University, Cold Spring Road and Hillen Lane, Baltimore, Maryland

21251

Currently pursuing a B.S. Health Administration.

Current GPA 3.0


September 1993 to June 1997

Baltimore City College, 3220 The Alameda, Baltimore, Maryland 21218

Graduated with Liberal Arts Diploma


```
References available upon request
>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS  : NICHOLE CARTER (P216343NR)
JOB  DETAILS  : PHLEBOTOMIST/MEDICAL ASSISTANT (U045073IM <==> J143392RX)
APPLY DATE    : 10/25/2000 10:58:11
RESUME :
========
NICHOLE R. CARTER
```

9 Sulky Court apt 104

Baltimore, MD 21133

(410) 521-8215

laweight3.txt

OBJECTIVE

To obtain a challenging a diversified position with a progressive medical
related business or practice
focused on product quality, customer service, and employee development.


EMPLOYMENT HISTORY
HERTZ - Linthicum, MD  1999-1999
Position:  Customer Service/Rental Sales Agent
Provide customers rental cars


MCI - Hunt Valley, MD  1999-1999
Position:  Sales Associate/Long Distance Sales
Provide consumers with long distance service


CREDITRUST - Hunt Valley, MD  1999-2000
Position:  Account Officer/Collections
Assist customers with restoring delinquent debts.


EDUCATIONAL BACKGROUND


MEDIX SCHOOL - Towson, MD
Major: Medical Assistant
Dates: Present


TESST TECHNOLOGY INSTITUTE - Towson, MD
Major: Office Technology Applications
Graduation Date: January 1999


GLEN BURNIE SENIOR HIGH - Glen Burnie, MD
Major: General Studies
Graduation Date: June 3, 1997

Page 5

laweight3.txt

SKILLS

Clinical skills included vital signs, EKG□s veinpuncture, injections,
dosage calculations,

pharmacology, medication administration, urinalysis, culture techniques,
assisting in

minor surgery and examinations.  Administrative skills included law and ethics,
medical

terminology, billing and collections, accounts receivable/payable, WordPerfect
5.0,

computerized billing, medical transcription, typing (45wpm).


CERTIFICATIONS

American Heart Association Blood Pressure & CPR, Current
International Academy of Phlebotomy Sciences Certification Examination,
Pending
American Association of Medical Assistants Certification, Pending
Certified Phlebotomy Technician Examination, Pending


```
REFERENCES AVAILABLE UPON REQUEST
>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS  : AMANI ROKOSEBA (P046317RL)
JOB  DETAILS  : SALES COUNSELOR (U045073IM <==> J173569RL)
APPLY DATE    : 10/26/2000 00:22:13
RESUME :
========
```
Box 1885

Kolonia, Pohnpei

F.S.M 96941

Phone: 691-320-5899


To Whom It May Concern:

laweight3.txt

Subject:RESUME

1. Name:                              Amani Rokoseba (a.k.a. Roki)

2. Date of Birth:                     2nd November 1957

3. Sex:                               Male

4. Marital Status:                    Married

5. No of Children:                    6

6. No of children living with me: 3

7. Next of Kin:                       Sera Koni Rokoseba

8. Relationship:                      wife

9. Citizenship/Nationality:           Fijian

10.Post Applied:                      Teacher,Teacher Assistant, Security, Youth
worker, Community worker,Drugs councellor and Mental Health worker

11.Educational Background:

    A) Lower Primary:

        School- Naqia Primary School

        Grade - 1st grade to sth grade

        Government Examination Passed- Intermediate Entrance Examination

    B) Upper Primary:

        School- Navesau Central School

        Grade - 7th to 8th grade

        Government Examination Passed-Primary School Leaving Certificate

    C) Secondary School:

        School- Navesau Secondary School

        Grade- 9th to 10th grade

        Government Examination Passed- Fiji Junior Examination

    D) High School:

        Grade-11th to grade 12th

        School- Fulton College

        Government examination passed- Fiji School Leaving Certificate

                            - University Entrance

                            Page 7

```
                                  laweight3.txt
NAME DETAILS  : ZALIKA BRAXTON (P988830PB)
JOB  DETAILS  : PHLEBOTOMIST/MEDICAL ASSISTANT (U045073IM <==> J143392RX)
APPLY DATE    : 10/20/2000 16:59:50
RESUME :
========
Zalika A. Braxton
```

2609 Allendale Road                     Baltimore, Maryland 21216    (410)

542-9013


Objective


To obtain a position utilizing my clerical and communication skills.


Skills


Computer literate and proficient in word processing applications; excellent

phone communications skills; courteous to the public and co-workers; and

experienced in filing and billing.


Job Experience


October 1999 to Present

Retail Fashion Consultant and Salesperson, Casual Male Clothing Store, Mondawmin
Mall:

Sales; reconcile inventory and prove daily receipts at end of day


August 1999 to October 1999

Account Officer, Creditrust Corporation, Catonsville

Used telephone skills to recover past due accounts


June 1999 until August 1999

Asst. Summer Coordinator, Police Athletic League, Webster-Kendrick Center

Organized and arranged summer activities for children, aged 5 to 17 years.

laweight3.txt

E)College

    i) Fulton College

        year-    1977

        Courses- Theology/Teacher Trainee

    ii) College of Micronesia

        Year-    2000

        Course-   Education

  F) Trade Courses Taken:

| Year | courses | Institute |
|------|---------|-----------|
| 1978-1979 | Trade Certificate | Fiji Military Force Trade School |
| 1979 | Trade Certificate | Fiji National Training Council |
| 1980-1981 | Civil and Military engineering | Linton Military Academy (NZ) |
| 1983 | Carpentry and Joinery I | Fiji Institute of Technology |
| Feb 1985 | General Joinery and Portable Power Tools | Fiji National Training Council |
| April 1985 | Gent Robe Design | Fiji National Training Council |
| June 1985 | Side Board Design | Fiji National Training Council |
| July 1985 | Desk Design | Fiji National training council |
| Sept 1985 | Second Fixing | Fiji National Training Council |
| Nov 1985 | Trade Certificate (Carpentry and Joinery) | Fiji National Training Council |
| 1987 | Carpentry and Joinery II | Fiji Institute of Technology |
| 1988 | Carpentry and Joinery III | Fiji Institute of |

Page 8

laweight3.txt

Technology

1988        Carpentry and Joinery IV                Fiji Institute of
Technology

1989        Ordinary Diploma in Construction Studies Fiji Institute of
Technology


12. Work Experience:


| Year | Post Held | Company or Department |
|------|-----------|----------------------|
| 1980-1985 | Trade School Instructor | Fiji Military Force Trade School |
| 1986-1987 | Training Officer | Fiji Military Force Trade School |
| 1988-1989 | Builiding Site Supervisor | Fiji Military Force Trade school |
| 1990- | Administration officer | Fiji Military Force Trade School |
| 1990-1994 | Teacher(High School) | Education Department( Fiji Government) |
| 1995-2000 | Teacher(High School) | Phonpei SDA High School( Federated States of Micronesia) |


13. Tour of Duty:


| Year | Purpose of T.O.D | Country |
|------|------------------|---------|
| 1980-1981 | Education | New Zealand |
| 1982 | Military Duty ( Multinational Force Observers) | Sinai (Middle East) |
| 1984 | Military Duty ( United Nation Interim Force in Lebanon |  |

Page 9

laweight3.txt

Lebanon( Middle East)

1993                    Education    ( New Zealand )


14. Coutries Visited:

a) New Zealand           l) Alaska

b) Australia             m) Hawaii

c) Sinai                 n) Singapore

d) Egypt                 o) Nauru

e) Lebanon               p) Palau

f) Palestine             q) Norfolk

g) Cyprus                r) Tonga

h) Rome                  s) Philippines

i) Germany               t) Marshall Islands

j) Israel                u) Guam

k) Papua NuiGuinea       v) Federated States of Micronesia

                              i) Pohnpei

                              ii) Kosrae

                              iii) Chuk (Truk)

                              iv) Yap

15: Extra Currucilum Duties:


a)  Youth Diretor in Fiji and Pohnpei from 1987 to 2000

b)  Jail Consellor in Fiji and in Pohnpei for 7years

c)  Mental Health assistance in Pohnpei for 3years

d)  Community Director in pohnpei for 3years

e)  Hospital counsellor in Pohnpei for 3years


16. Hobbies:


a) Encourage and council people in need

b) Farming and Building

Page 10

laweight3.txt

17. Sports:

    a) Rugby

    b) Soccer

    c) Volley Ball

    d) Track events


18. Referee's:

The following individuals are willing to supportive documents that may needed by your office.

    a) DR Richard Womack-   Professor of the College of Micronesia

    b) Dr Catalino Cantero- Professor of the College of Micronesia

    c) The Govenor-  Pohnpei State Government

    d) Health Director- Pohnpei State

    e) Chief of Correction- Pohnpei Prison

    f) Mental and Substances Abuse- Federated States of Micronesia

    g) Senator Hausin Lambert

    h) Patt Biro- Missionary Volunteer Co-ordinator

    i) Bob Robbins- Missionary Co-ordinator


I am hoping to hear a positive and a timely response from your prominent office.
I am willing to work as a volunteer since that is my immigration status which is
a visitor on volunteer.


Yours faithfully,


```
Amani Rokoseba
>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS  : SUTCLIFFE JACK (P916562FR)
JOB  DETAILS  : SALES COUNSELOR (U045073IM <==> J064444CU)
APPLY DATE    : 06/01/2001 02:44:12
RESUME :
========
SUTCLIFFE E. JACK
```

laweight3.txt

601 East 19th St., Apt 6N, Brooklyn, NY 11226  (718) 859-5182, Email:
sjack747@msn.com


SUMMARY Highly skilled client services professional offers successful
record of working with diverse clients. Very experienced in researching and
solving complex problems. Increased quality of service and client satisfaction
at every position held. Particularly skilled in the area of follow-up
concerning satisfaction and retention of clients.


EDUCATION Brooklyn College, CUNY
  B.A. in Philosophy, February 1997


SKILLS Microsoft Office Suite 2000 (Word, Excel, PowerPoint, Outlook)


WORK EXPERIENCE


02/00 - Present Client Services Representative/ Sales Representative
  Shangri-La of New York, Brooklyn, NY.
* Increase company's profits by opening and servicing new accounts.
* Help to introduce company's brand of teas into the New York market.
* Meet with clients periodically to ensure satisfaction with the product and
with the service provided them.
* Cold call on potential clients and conduct sales presentations upon request.
* Organize and conduct promotional events with and for clients.


04/98 - 12/99 Substitute Teacher
  New York City Public Schools, Brooklyn, NY.
* Taught classes for absent regular teachers.
* Taught American History, Economics, and Global History classes.


07/97 - 2/98 Client Services Representative/ Sales Assistant

laweight3.txt
Ikon Legal Document Services, NY, NY.

* Worked closely with the top producing account manager, assisting in all aspects of the business.

* Regularly met with attorneys and paralegals to coordinate the preparation and reproduction of documents.

* Helped to increase sales by researching and assisting in the acquisition of new clients and accounts.

* Executed all sales follow-ups with regards to clients' questions and complaints about orders and deliveries.


01/93 - 6/97 Client Services Representative
   Brooklyn College Copy Center, Brooklyn, NY.

* Worked with professors creating course packets: researching and organizing style and order of packets.

* Responsible for trouble-shooting and maintaining copy, microfilm, and microfiche machines in the library.

* Assisted students with research, document reproduction, and all other related problems.


02/92 - 10/92 Customer Service Representative
   Lew Magram Co., Mail Order Catalog, NY, NY.

* Fielded customer complaints.

* Researched troubled orders (delayed, lost, wrong item, bad address, etc.).

* Processed orders, both by mail and over the phone.


08/89 - 11/91 Paying and Receiving Teller
   Chemical Bank, Branch #041, NY, NY.

* Processed deposits, withdrawals, payments and cash advances.

* Performed various teller duties (Head, Clearance, Commercial, and Select).

* Possessed perfect record of proofing branch transactions.


06/87 - 5/89 Customer Service Supervisor

laweight3.txt

   Sears Department Store, Brooklyn, NY.

* Interviewed and trained new employees.

* Coordinated schedules and shifts to ensure adequate staffing at all times.

* Worked with manager and other supervisors to reorganize the entire

department.

* Worked alongside employees to field customers' complaints in person and on

the phone.

* Worked with managers and supervisors to ensure proper service standards and

procedures to customers.

* Organized and conducted store openings and closings.

* Coordinated and supervised orders, deliveries, and merchandise record

keeping of all big-ticket items.


```
References furnished upon request.
>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS   : NADIA RIVERA (P013722YQ)
JOB  DETAILS   : SALES COUNSELOR (U045073IM <==> J064444CU)
APPLY DATE     : 06/01/2001 11:56:29
RESUME :
========
<table width="100%" border="0" cellspacing="0" cellpadding="0" bgcolor="#ffffff">
<tr>
<td width="100%" align="center"><font face="ARIAL" size="5" color="#000000"><b>
Nadia Rivera</b></td>
</tr>
<tr>
<td width="100%" align="left"><font face="ARIAL" color="#6b6b6b"
size="2"><b>Permanent</b><br>
    1672 Hutchinson Rv PKWY<br>

    BRONX, NY 10461<br>
    Home: (718)409-2827<br>
    Work: (646)235-6028<br>
    <a href="mailto:bellabxgrl@yahoo.com"><b>bellabxgrl@yahoo.com</b></a><br>
    <br></td>
</tr>
<tr>
<td><hr color="#000000" size="1" width="100%"></td>
</tr>
</table>
<table>
<tr>
<td width="30%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>EMPLOYMENT<br>OBJECTIVE</b><br><br></td>
<td width="70%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="2">To find a job that I can advance in.<br><Br></td>
</tr>
<tr>
```

```
                                laweight3.txt
<td width="30%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>EDUCATION</b></font><br><br></td>
<td width="70%" align="left" valign="top">
        <font face="ARIAL" color="#000000" size="3"><b>Lehman High
School</b></font><br><font face="ARIAL" color="#000000" size="3">High
School   </font><font face="ARIAL" color="#000000"
size="2"><i>12/1999</i></font>
                </td>
</tr>
<tr>
<td width="30%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>EXPERIENCE</b></font><br></td>
</tr>
        <tr>
        <td width="30%" align="left" valign="top"><i>6/2001 -<br>
7/2002</i><br><br></td>
        <td width="70%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>Chas. Freihofer's ( Independent Contractor Nick Vi</b><br></font><font
face="ARIAL" color="#000000" size="2"><b><i>Clerical</i></b><br></font><font
face="ARIAL" color="#000000" size="2">Organized the daily paper work for route,
odered for supermarket accounts. Maintained communication with institutional
accounts for their ordering needs.<br></font><br></td>
        </tr>
                <tr>
        <td width="30%" align="left" valign="top"><i>10/1999 -<br>
3/2001</i><br><br></td>
        <td width="70%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>Modern French Cleaners</b><br></font><font face="ARIAL" color="#000000"
size="2"><b><i>manager</i></b><br></font><font face="ARIAL" color="#000000"
size="2">Taking care of customers, putting orders together and managing store
business.<br></font><br></td>
        </tr>
                <tr>
        <td width="30%" align="left" valign="top"><i>4/1998 -<br>
9/1999</i><br><br></td>
        <td width="70%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>Zepperi & Sons Bakery</b><br></font><font face="ARIAL" color="#000000"
size="2"><b><i>salesgirl</i></b><br></font><font face="ARIAL" color="#000000"
size="2">helping customers with their orders and putting together outgoing pastry
and cookie trays.<br></font><br></td>
        </tr>
        <tr>
<td width="30%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="3"><b>SKILLS</b></font><br><br></td>
<td width="70%" align="left" valign="top"><font face="ARIAL" color="#000000"
size="2">Good with computers and good orginizational skills.</font><br><Br></td>
</tr>


</table>

>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS  : IVALUA AVRIL (P016732SG)
JOB DETAILS   : SALES COUNSELOR (U045073IM <==> J064444CU)
APPLY DATE    : 06/01/2001 13:12:37
RESUME :
========
 <TABLE WIDTH="100%" BORDER="0" CELLSPACING="0" CELLPADDING="0" BGCOLOR="#FFFFFF">

  <TR>

    <TD WIDTH="100%" ALIGN="CENTER"><FONT FACE="ARIAL" SIZE="5" COLOR="#000000"><B>
Ivalua Avril</B></TD>
```

laweight3.txt

```
</TR>

<TR>

<TD WIDTH=100% ALIGN=LEFT><FONT FACE="ARIAL" COLOR="#6B6B6B"
SIZE="2"><B>Permanent</B><BR>

1214 Avenue K (Apt 1A)<BR>


Brooklyn, NY 11230<BR>

home:718-677-1324<BR>


<A href="mailto:IAVRIL@AOL.COM"><B>IAVRIL@AOL.COM</B></A><BR>

<BR></TD>

</TR>

<TR>

<TD><HR COLOR=#000000 SIZE=1 WIDTH="100%"></TD>

</TR>

</TABLE>

<TABLE>

<TR><TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>EMPLOYMENT<BR>OBJECTIVE</B><BR><BR></TD><TD WIDTH="70%" ALIGN="LEFT"
VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">To help your company carry
out it's tradition of excellence during this millennium.<BR><BR></TD></TR>

<TR>

<TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>EDUCATION</B><BR><BR></TD>

<TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>New York City Technical Colleg</B>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="3">Associates   <FONT
FACE="ARIAL" COLOR="#000000" SIZE="2"><I>05/2003</I></FONT>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Major: Hospitality
Management<BR><BR>

</TD>

</TR>

<TR>

<TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>EXPERIENCE</B></font><BR>

<I>01/20/2000 -<BR> 04/12/2001
```

laweight3.txt

```
</I>

</TD>

<TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP"><BR>

<FONT FACE="ARIAL" COLOR="#000000" SIZE="3"><B>Empire Hotel</B></FONT>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2"><B><I>Assistant Front Office
Manager</I></B></FONT>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Train and direct front office
staff, coordinate reservations and room arrangements and responsible for various
activities. Duties include creating new ideas for monthly incentive programs,
prepare all documents for all arriving groups, balancing the house on sold out
nights, prepare Flash Report on the Overnight shift as well as ensuring that the
property provides 100% guest satisfaction. Maintain a cash bank of $4000.00 on a
daily basis.</FONT><BR><BR>

</TD>

</TR>


<TR>

<TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP">

<I>08/28/1998 -<BR> 12/31/1999

</I>

</TD>

<TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">

<FONT FACE="ARIAL" COLOR="#000000" SIZE="3"><B>Empire Hotel</B>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2"><B><I>Guest Service
Agent</I></B></FONT>

<BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Responsible for the registration
of guest  using (H.I.S)

Answering and taking accurate telephone messages

Reservations Assistant(promoting hotel to new and recurring guest along with
confirming reservations

PBX Switch Board Assistant , directing calls to our guest and various departments

Sales representative to walk in clients

Concierge: (responsibilites : inform guest with what's going on in the city , book
dinner reservations , theater and tour tickets and also helping guest book special
surprises )</FONT><BR><BR>

</TD>

</TR>
```

Page 17

laweight3.txt

```
<TR>
 <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP">
 <I>01/10/1998 -<BR> 08/20/1998
 </I>
 </TD>
 <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">
 <FONT FACE="ARIAL" COLOR="#000000" SIZE="3"><B>Nouvelle Frontiers</B>
 <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2"><B><I>Reservations
Agent</I></B></FONT>
 <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Booked Hotel and Car Reservations
Provide clients with information on Europe
Issue tickets for Charter Flights to Paris
Booked Airline tickets using Worldspan and In-House reservation System
Handle V.I.P clients such as French Connection Travel</FONT><BR><BR>
 </TD>
 </TR>
 <TR>
 <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>SKILLS</B></font></TD>
 <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">
 <FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Excellent Communications Skills
Team Player
Possess a serious commitment to excellence
Very Organize</font>
 </TD>
 </TR>
 </TABLE>
>>>>>>>> End Of Record <<<<<<<
NAME DETAILS  : HEATHER PETERSEN (P081954RH)
JOB  DETAILS  : SALES COUNSELOR (U045073IM <==> J064444CU)
APPLY DATE    : 06/01/2001 18:38:26
RESUME :
========
Education

Muhlenberg College, Allentown, PA
```

laweight3.txt
3.2 GPA, Expected BA in Communication, May 2001


Work Experience


McFadden Law Offices, Intern                January - May 2001

Composed and edited legal documents

Performed general clerical duties

Attended hearings and trials


BarnesandNoble.com, Customer Service Representative

December 2000 - April 2001

Responded to customer concerns via telephone and e-mail contact, assisted client purchases, conducted title searches for rare and out-of-print books, and insured prompt delivery and a high level of of customer satisfaction.


Muhlenberg College, Office of Public Relations, Administrative Aid


August 1998 &#8211; April 2001

&#61623; Answering phones

&#61623; Typing

&#61623; Coordinating mass mailings

&#61623; Managing office filing system


WFS Services, Inc., Assistant to the President

May-August 2000

&#61623; Prepared legal documents

&#61623; Screened calls

&#61623; Maintained schedule

&#61623; Performed general clerical duties

&#61623; Handled written and e-mail correspondence

laweight3.txt

WFS Services, Inc., Receptionist

May &#8211; September 1999

&#61623; Ran main switchboard

&#61623; Directing incoming calls

&#61623; Data entry

&#61623; Managed office supplies

UMDNJ, University Behavioral Health Care, Office of the VP

May&#8211; August 1998

&#61623; Secretary to the Vice President

&#61623; Performed typing, copying and filing

&#61623; Faxed documents, answered phones, opened and recorded mail, as well

as

managed the preparation of the Board of Trustees&#8217; monthly report.

Skills

Microsoft Word, Excel, Explorer, PowerPoint, and Outlook
>>>>>>>> End Of Record <<<<<<<
NAME DETAILS  : ASHLEY PETERS (P286013OG)
JOB  DETAILS  : SALES MANAGER (U045073IM <==> J817345LT)
APPLY DATE    : 06/01/2001 21:45:56
RESUME :
========
 <TABLE WIDTH="100%" BORDER="0" CELLSPACING="0" CELLPADDING="0" BGCOLOR="#FFFFFF">

  <TR>

    <TD WIDTH="100%" ALIGN="CENTER"><FONT FACE="ARIAL" SIZE="5" COLOR="#000000"><B>
Ashley Peters</B></TD>

  </TR>

  <TR>

    <TD WIDTH=100% ALIGN=LEFT><FONT FACE="ARIAL" COLOR="#6B6B6B"
SIZE="2"><B>Permanent</B><BR>

   1931 Sedona Loop<BR>

laweight3.txt

```
    Tallahassee, FL 32308<BR>

    home:(850) 216-2729<BR>


    <A href="mailto:hippyc711@yahoo.com"><B>hippyc711@yahoo.com</B></A><BR>

    <BR></TD>

  </TR>

 <TR>

  <TD><HR COLOR=#000000 SIZE=1 WIDTH="100%"></TD>

 </TR>

 </TABLE>

 <TABLE>


 <TR>

   <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>EDUCATION</B><BR><BR></TD>

   <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>FSU</B>

   <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="3">Bachelor of Business
Administration   <FONT FACE="ARIAL" COLOR="#000000"
SIZE="2"><I>05/1988</I></FONT>

   <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Major: Business<BR><BR>

   </TD>

  </TR>

  <TR>

   <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>EXPERIENCE</B></font><BR>

   <I> -<BR>

   </I>

   </TD>

   <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP"><BR>

   <FONT FACE="ARIAL" COLOR="#000000" SIZE="3"><B>All American womans spa</B></FONT>

   <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2"><B><I>manager</I></B></FONT>
```

Page 21

```
                                    laweight3.txt
   <BR><FONT FACE="ARIAL" COLOR="#000000" SIZE="2">Supervise staff of six. Hiring
and termentation of all employees. Sales of all spa programs!~!</FONT><BR><BR>

  </TD>

 </TR>


 <TR>
  <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP">
  <I>
  </I>
  </TD>
  <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">



  </TD>
 </TR>


 <TR>
  <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP">
  <I>
  </I>
  </TD>
  <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">



  </TD>
 </TR>
 <TR>
  <TD WIDTH="30%" ALIGN="LEFT" VALIGN="TOP"><FONT FACE="ARIAL" COLOR="#000000"
SIZE="3"><B>SKILLS</B></font></TD>
  <TD WIDTH="70%" ALIGN="LEFT" VALIGN="TOP">
```

laweight3.txt

```
   </TD>

  </TR>

 </TABLE>
>>>>>>>> End Of Record <<<<<<<<
NAME DETAILS  : STEPHANIE OAKES (P183290JP)
JOB  DETAILS  : SALES COUNSELOR (U045073IM <==> J658744KE)
APPLY DATE    : 06/02/2001 10:04:28
RESUME :
========
```
1004 Hays Street

Tallahassee, FL 32301  Phone (850) 577-6580

StephOakes@yahoo.com

Stephanie L. Oakes


Objective

 Seeking the opportunity to work in a challenging, and rewarding sales or

management position.  Skilled at communicating with people and building strong

relationships with customers and team members.


Experience

 January 2001    Present     Yellow Book USA Birmingham, AL

Account Executive

&#61623; Outside sales representative in the advertising industry

&#61623; Responsible for acquiring new accounts and managing existing accounts

within a 100 mile radius


 June 2000   Dec. 2000     FairPoint Communications Panama City, FL

Account Executive

&#61623; Outside sales representative in the telecommunications industry

&#61623; Responsible for acquiring new accounts and providing customer service

for existing accounts

&#61623; Consistently exceeded monthly sales goals, earning a position among

the

top 10% of Fairpoint sales executives

laweight3.txt

1988 - 1999 Air-Sea Travel, Inc          Panama City, FL

Manager / Travel Consultant

&#61623; Responsible for company forecasting, budgeting, and implementing all accounting procedures

&#61623; Streamlined company's operating procedures, increasing company's profitability

&#61623; Proficient with Microsoft Windows operating system and Microsoft Office software

&#61623; Upgraded reservation system that allowed for more efficient and accurate travel planning

&#61623; Exceptional knowledge of the tourism industry, promoting and scheduling travel packages, including coordinating special travel arrangements for the "Florida Bar Association Convention and MTV's Spring Break Send Off"

&#61623; Participated in special lobbying sessions in Washington, DC and Paris, France for education on international tourism and industry changes

&#61623; Conducted prosperous community "travel" education seminars by hosting luncheons, annual parties and year-end celebrations

&#61623; Responsible for company-wide training, managing, and re-education of all personnel

&#61623; Purchased 30% of the agency in 1995


Education

December 1999 Troy State University Pensacola, FL

&#61623; Bachelor of Science   Business Management

&#61623; Focus of study was all aspects of the business environment

&#61623; 100% self-financed education while managing a successful business