```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF MARYLAND
                          - - -
EQUAL EMPLOYMENT               :
OPPORTUNITY COMMISSION         :
       Plaintiff,              :
    and                        :
KATHY C. KOCH,                 :
       Plaintiff-Intervenor:
                               :
       vs.                     :
                               :
LA WEIGHT LOSS,                : NO.
       Defendant.              : WDQ-02-CV-648

                          - - -
                   September 28, 2004
                          - - -

           Oral deposition of JOHN JANTHOR, taken pursuant to notice, was held at the Offices of Esquire Deposition Services, 1880 John F. Kennedy Boulevard, 11th Floor, Philadelphia, Pennsylvania 19103, beginning at 10:35 a.m., on the above date, before Staci Ackerman, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

                          - - -

              ESQUIRE DEPOSITION SERVICES
                     15th Floor
         1880 John F. Kennedy Boulevard
         Philadelphia, Pennsylvania 19103
                   (215) 988-9191
```

Stamp: **ORIGINAL**

JOHN JANTHOR

```
 1  your payroll folks to input the data
 2  using codes.
 3         A.    The screens that they would
 4  have used would be similar to the screens
 5  that are in use right here.  So, to my
 6  knowledge, there wouldn't have been any
 7  coding that would have represented
 8  anything.
 9         Q.    Who would the file or
10  database have included in 1997?
11         A.    In 1997 it would have
12  included all active and non-active
13  employees.
14         Q.    All?
15         A.    Yes.
16         Q.    How was the information
17  stored once input by the payroll
18  department?
19         A.    The information would have
20  been stored on the Zurich PC itself.
21         Q.    Were backup copies made?
22         A.    I don't have that
23  information.
24         Q.    Why don't you have that
```

```
 1  information?
 2          A.      In 1997 there was no
 3  disciplines in place, so it wouldn't
 4  surprise me if there were no backups made
 5  on that system at that time, at all.
 6          Q.      Does LA Weight Loss still
 7  possess the machine and the program used
 8  in 1997?
 9          A.      We still possess a Zurich
10  PC, but it is not the same PC that was in
11  place in 1997.
12          Q.      When did LA Weight Loss stop
13  using the machine or when did LA Weight
14  Loss lose possession of the machine that
15  was used in 1997?
16          A.      That would have been in
17  1999.
18          Q.      How did LA Weight Loss lose
19  possession of it?
20          A.      It was replaced.  It was
21  upgraded by Zurich with a newer computer.
22          Q.      In 1999?
23          A.      Yes.
24          Q.      What happened to the
```

```
 1  computer?
 2        A.    The previous computer was
 3  removed by Zurich.
 4        Q.    Did LA Weight Loss own that
 5  computer?
 6        A.    To the best of my knowledge,
 7  I don't -- I can't answer.  I don't know
 8  whether that was leased at the time or
 9  whether that was purchased.  The fact
10  that Zurich removed it would probably
11  tell me that it was owned by Zurich.
12        Q.    When LA Weight Loss -- when
13  Zurich Payroll removed the machine that
14  was in use in 1997 in 1999, did LA Weight
15  Loss give any instructions to Zurich
16  Payroll?
17        A.    No, they did not.
18        Q.    Who was responsible for the
19  custody of the machine and the program
20  and the data within the machine in 1997,
21  which LA Weight Loss person?
22        A.    That would have been the
23  payroll department.
24        Q.    Is there a person?
```

```
 1         A.    I believe the payroll
 2   supervisor was there at that time.  Her
 3   name is Christine Moffit.
 4         Q.    And you stated that you
 5   don't know what or do you know what
 6   record types or fields were used by the
 7   PayChoice program in 1997?
 8         A.    No, I do not.
 9         Q.    In 1997, did LA Weight Loss
10   maintain computer history files for
11   persons, job changes, salary changes, et
12   cetera?
13         A.    No, they did not.
14         Q.    Did anyone provide that
15   service for LA Weight Loss?
16         A.    No, they did not.
17         Q.    In 1997, were reports
18   generated by LA Weight Loss from the
19   Zurich Payroll system?
20         A.    I believe there were.
21         Q.    What reports?
22         A.    That would have been the
23   EEOC report.
24         Q.    When you say EEOC report, do
```

1  you mean the EEO-1 report?
2       A.    Yes.
3       Q.    The information that was
4  contained on the Zurich Payroll system
5  within the machine and in the software
6  was maintained by LA Weight Loss until
7  1999?
8       A.    It was operated by LA Weight
9  Loss until 1999.
10      Q.    Was that information
11 accessible in 1997?
12      A.    Yes, it was.
13      Q.    Was it accessible in 1998?
14      A.    Yes, it was.
15      Q.    Was it accessible in 1999?
16      A.    In 1999 the information from
17 '97 and '98 was not accessible.
18      Q.    What was the cause of that
19 information not becoming accessible?
20      A.    The system was upgraded by
21 Zurich from a DOS based system to a
22 Windows based system, at which time all
23 non-active employees, meaning terminated
24 employees, were purged from the system.

JOHN JANTHOR

```
 1          Q.    The 1997 Zurich Payroll
 2   system operated using DOS?
 3          A.    Yes, it did.
 4          Q.    And the system was upgraded
 5   to what other program, what other
 6   operating system?
 7          A.    Up to Windows system in
 8   1999.
 9          Q.    Prior to the data in the --
10   the 1997 data housed in the machine
11   becoming inaccessible, what did they
12   contain in 1999?
13                I can rephrase that if you
14   want.
15          A.    Please do.
16          Q.    You said that in 1999 the
17   Zurich Payroll system contained 1997
18   data?
19          A.    In 1999 the '97 data no
20   longer existed in the Zurich system
21   unless they were still an active
22   employee.  In other words, all non-active
23   employees from '97 to '99 were purged
24   from the system.
```

JOHN JANTHOR

```
 1         Q.    Purged by who?
 2         A.    By Zurich.
 3         Q.    So, the only people who
 4  would have been reflected in the system
 5  after the purge would have been people
 6  who -- the only 1997 people would have
 7  been persons who remained active?
 8         A.    That is correct.
 9         Q.    Did LA Weight Loss give any
10  instructions to Zurich Payroll when
11  Zurich Payroll purged the system?
12         A.    No, they did not.
13         Q.    Did LA Weight Loss know that
14  Zurich Payroll was going to purge the
15  system?
16         A.    No, they did not.
17         Q.    Why didn't it know?
18         A.    They were -- the system was
19  maintained by Zurich and I think that
20  there was a lot of trust placed in Zurich
21  and Zurich was the owner of this
22  software.  They instructed LA Weight Loss
23  that the system required an upgrade.
24  Zurich scheduled the time, came out and
```

```
 1  performed the upgrade and informed LA
 2  Weight Loss the upgrade was complete.  So
 3  there were no instructions given by
 4  either party as to the contents of the
 5  data.
 6          Q.   Did LA Weight Loss ask
 7  Zurich Payroll any questions about the
 8  upgrade or the purging of the data?
 9          A.   No, they did not.
10          Q.   Do you know why?
11          A.   I believe that there was a
12  great deal of professional trust placed
13  in Zurich, as they were the owners of
14  this software.
15          Q.   Did LA Weight Loss in 1999
16  not believe that it had any use for the
17  purged data?
18               MS. KARETNICK:  Objection to
19          form.
20               THE WITNESS:  I can't answer
21          that.
22  BY MR. ANDERSON:
23          Q.   Did any policies exist in
24  1999 to prevent destruction of data?
```

JOHN JANTHOR

1    A.    To my knowledge, no, there
2 was none.
3    Q.    When did LA Weight Loss
4 learn that the 1997 data had been purged?
5    A.    Not until at some point
6 after the purge when they probably went
7 to confirm some data from prior years.
8         MS. KARETNICK:  Mr. Janthor,
9     if you're speculating, I would ask
10    that you not speculate.  If you
11    don't know the answer to the
12    question, the answer should be, I
13    don't know.
14        THE WITNESS:  Yeah, I really
15    don't know.
16 BY MR. ANDERSON:
17   Q.    What policies and procedures
18 after the purge were put in place by LA
19 Weight Loss to learn of purges, be
20 consulted about purges --
21        MS. KARETNICK:  Objection.
22 BY MR. ANDERSON:
23   Q.    -- and to prevent purges?
24        MS. KARETNICK:  Objection to

48

JOHN JANTHOR

1           form.
2                   You can answer.
3                   THE WITNESS: Up to this
4           point in time?
5    BY MR. ANDERSON:
6           Q.    When was the first time that
7    LA Weight Loss put policies in place to
8    prevent purges, be informed of purges, et
9    cetera?
10          A.    I can't answer that. I
11   don't have that information.
12          Q.    The 1997 data is not
13   accessible currently?
14          A.    Correct.
15          Q.    Is there anything that would
16   make it accessible?
17          A.    Not to my knowledge.
18          Q.    Is it in anyone's
19   possession?
20          A.    No, it is not.
21          Q.    In the first quarter of 1997
22   you said that ADP maintained the payroll
23   system at LA Weight Loss?
24          A.    Correct.

JOHN JANTHOR

```
 1           Q.    Is that data currently
 2   accessible?
 3           A.    No, it is not.
 4           Q.    When did it become
 5   inaccessible?
 6           A.    I can't answer that.
 7           Q.    Who made it inaccessible?
 8                 MS. KARETNICK:  Objection to
 9           form.
10                 THE WITNESS:  I would be
11           speculating.  I would imagine that
12           ADP removed the system, any active
13           employees were then moved to the
14           Zurich system, would be how it
15           would typically transfer.
16   BY MR. ANDERSON:
17           Q.    In 1998, did LA Weight Loss
18   continue to use Zurich Payroll systems as
19   its payroll administrator?
20           A.    Yes, they did.
21           Q.    Did it use the same machine
22   that it had used in 1997?
23           A.    Yes, it did.
24           Q.    Using the same PayChoice
```

```
 1   software?
 2        A.    Yes, it did.
 3        Q.    Did the 1997 data within
 4   that machine carry into 1998?
 5        A.    Yes, it did.
 6        Q.    So, in 1998 the machine
 7   would have housed 1998 data and 1997
 8   data?
 9        A.    Yes, it would have.
10        Q.    In 1998, did LA Weight Loss
11   have any history, computerized history
12   files for applicants or employees?
13        A.    No, they did not.
14        Q.    In 1998, did LA Weight Loss
15   generate any reports using the Zurich
16   Payroll system?
17        A.    Only the EEO-1 reports.
18        Q.    In 1998, did LA Weight Loss
19   have any machine-readable files that fit
20   within the first three paragraphs of the
21   EEOC's Notice other than the Zurich
22   Payroll system?
23        A.    No, they did not.
24        Q.    Is the 1998 Zurich Payroll
```

JOHN JANTHOR

```
 1  system data accessible?
 2       A.    No, it is not.
 3       Q.    When did it become
 4  inaccessible?
 5       A.    In 1999 when they performed
 6  the upgrade.
 7       Q.    When in 1999 was the upgrade
 8  done?
 9       A.    I don't have that
10  information. I believe it was done in
11  the early 1999, in the first quarter.
12       Q.    So, in the first quarter you
13  believe of 1999 the conversion took place
14  in which Zurich Payroll purged non-active
15  employees from the system?
16       A.    Correct.
17       Q.    And in 1999, first quarter,
18  you believe Zurich Payroll systems
19  upgraded the operating system used by
20  that machine to the Windows based
21  operating system?
22       A.    Correct.
23       Q.    Did it upgrade the machine
24  itself?
```

1  Microsoft Office package performs?
2       A.   Nothing other than
3  Microsoft.
4       Q.   It was a Microsoft product?
5       A.   Yes.
6       Q.   In 2000, did LA Weight Loss
7  have any machine-readable files that
8  would fit under Paragraphs 1 through 3 of
9  the EEOC's Notice of Deposition other
10 than the Zurich Payroll information?
11      A.   No, they did not.
12      Q.   At the end of 2000 you said
13 that ADP took over --
14      A.   Correct.
15      Q.   -- for Zurich Payroll?
16      A.   At the beginning of 2001.
17      Q.   Did LA Weight Loss maintain
18 possession of the Zurich Payroll machine
19 and software at that time?
20      A.   Yes, they did.
21      Q.   Did ADP provide its own
22 machine and software?
23      A.   Yes, they did.
24      Q.   On site at LA Weight Loss?

JOHN JANTHOR

1   A.   Correct.
2   Q.   Did ADP analyze the Zurich
3   Payroll system and its contents prior to
4   becoming LA Weight Loss' payroll
5   administrator?
6   A.   I'm not sure what you mean
7   by analyze.
8   Q.   The data that was housed in
9   the Zurich Payroll system, how was it
10  transferred to ADP?
11  A.   The data, any active
12  employees would have been transferred
13  from the Zurich system over to the ADP
14  system.
15  Q.   Did the Zurich Payroll
16  system contain any information about
17  non-active employees?
18  A.   The Zurich system maintained
19  information about non-active employees
20  from 1999 until the end of 2000.
21  Q.   Prior to 1999, all
22  non-active employees had been purged?
23  A.   Correct.
24  Q.   What does ADP do for LA

1           A.      That would have been the
2    payroll department, Christine Moffit.
3           Q.      Do you know how EEO-1
4    reports are currently generated?
5           A.      Through the ADP system.
6           Q.      Do you know who generates
7    them?
8           A.      It would be Christine Moffit
9    again.
10          Q.      In early 2001 you said that
11   ADP became the payroll vendor for LA
12   Weight Loss?
13          A.      Correct.
14          Q.      And did you say that ADP
15   retrieved the information that it needed
16   to populate its database from the Zurich
17   Payroll machine and database --
18          A.      Yes.
19          Q.      -- itself?
20          A.      What they did was they
21   created the files from the Zurich system
22   of the active employees and then imported
23   them into the ADP system.
24          Q.      ADP did not import the

JOHN JANTHOR

1  inactive employees?
2      A.    No, they did not. Those
3  were maintained through Zurich.
4      Q.    Do you know whether Zurich
5  and ADP coordinated that effort?
6      A.    No, I do not. My sense was
7  that from speaking to Chris Moffit that
8  that was generated by ADP. ADP
9  facilitated that conversion.
10     Q.    Would ADP have needed
11 Zurich's cooperation to --
12     A.    I don't believe so.
13     Q.    So, is it fair to say that
14 if ADP was able to access the information
15 in the Zurich Payroll database without
16 the help of Zurich, someone else could do
17 that?
18     A.    Yeah, through the report
19 screens here, as we mentioned, generate a
20 report, output it to a file and then
21 input it into another system.
22     Q.    In 2001, apart from the ADP
23 payroll database, did LA Weight Loss have
24 any machine-readable files that would fit