152

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                    NORTHERN DIVISION
                         - - -

EQUAL EMPLOYMENT              :
OPPORTUNITY COMMISSION        : CIVIL ACTION
    PLAINTIFF                 : NO WDQ-02-CV-648
    AND                       :
KATHY C. KOCH                 :
    INTERVENOR/PLAINTIFF      :
        V                     :
LA WEIGHT LOSS                :
CENTERS, INC.                 :
    DEFENDANT                 :

                         - - -
                  OCTOBER 7, 2005
                         - - -

              CONTINUED 30(B)(6) ORAL
DEPOSITION OF L.A. WEIGHT LOSS CENTERS,
INC., TAKEN THROUGH ITS REPRESENTATIVE,
CHRISTINE MOFFITT, WAS HELD AT THE
OFFICES OF EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, THE BOURSE BUILDING, 111
SOUTH INDEPENDENCE MALL EAST, 21 SOUTH
5TH STREET, FOURTH FLOOR, BEGINNING AT
10:15 A.M., ON THE ABOVE DATE, BEFORE
NANCY D. RONAYNE, A PROFESSIONAL COURT
REPORTER AND NOTARY PUBLIC IN THE
COMMONWEALTH OF PENNSYLVANIA.




                         - - -
            ESQUIRE DEPOSITION SERVICES
                  FOUR PENN CENTER
       1600 JOHN F. KENNEDY BOULEVARD, 12TH FLOOR
            PHILADELPHIA, PENNSYLVANIA 19103
                    (215) 988-9191
```

CHRISTINE MOFFITT

177

1  THE FIRST QUARTER 1999?
2      A.  ACTUALLY THE CONTROLLER OF
3  THE COMPANY WAS IN CHARGE OF THE PAYROLL
4  DEPARTMENT AT THAT TIME.
5      Q.  WHO WAS THAT?
6      A.  JIM HORAN.
7      Q.  CAN YOU SPELL THAT?
8      A.  H-O-R-A-N.
9      Q.  DO YOU KNOW WHETHER MR.
10 HORAN ASKED ZURICH PAYROLL WHY INACTIVE
11 EMPLOYEES WERE NOT CARRIED TO THE NEW
12 SYSTEM?
13     A.  NO.
14     Q.  DO YOU KNOW OF ANYONE WHO
15 WOULD KNOW THE ANSWER TO THAT QUESTION?
16     A.  NO.
17     Q.  BESIDES MR. HORAN OF COURSE.
18         DID MR. HORAN OR ANYONE ELSE
19 AT LA WEIGHT LOSS TELL YOU ANYTHING ABOUT
20 THE UPGRADE TO THE ZURICH PAYROLL SYSTEM
21 IN THE FIRST QUARTER OF 1999, ANYTHING AT
22 ALL?
23     A.  ANYTHING?
24     Q.  DID ANYBODY AT LA WEIGHT

178

1  LOSS HAVE ANY CONVERSATIONS WITH YOU IN
2  THE FIRST QUARTER OF 1999 ABOUT THE
3  UPGRADE TO THE ZURICH PAYROLL SYSTEM?
4      A.  OTHER THAN IT WAS -- WHEN IT
5  WAS GOING TO BE DONE.
6      Q.  SO --
7      A.  OTHER THAN THEM SAYING WE'RE
8  GETTING AN UPGRADE, NO.
9      Q.  IN THE FIRST QUARTER OF
10 1999, WHAT WAS YOUR POSITION AGAIN?
11     A.  PAYROLL CLERK.
12     Q.  AND DID YOU HAVE -- DID YOU
13 USE THE ZURICH PAYROLL DATA?
14     A.  YES.
15     Q.  HOW DID YOU USE IT?
16     A.  TO PROCESS THE EMPLOYEES
17 PAYCHECKS.
18     Q.  DID YOU USE IT FOR ANY OTHER
19 PURPOSE?
20     A.  NO.
21     Q.  DID YOU HAVE ANY REASON TO
22 VIEW OR ACCESS DATA ABOUT INACTIVE
23 EMPLOYEES IN THE FIRST QUARTER OF 1999?
24     A.  IF I HAD TO FILL OUT A

179

1  VACATION -- I MEAN A VERIFICATION OF
2  EMPLOYMENT I WOULD HAVE USED IT, A
3  TERMINATED EMPLOYEE.
4      Q.  DO YOU REMEMBER EVER DOING
5  THAT?
6      A.  YES.
7      Q.  WHEN YOU DID THAT DO YOU
8  REMEMBER SEEING INACTIVE EMPLOYEES IN THE
9  SYSTEM?
10     A.  YES.
11     Q.  AFTER THE UPGRADE TO THE
12 ZURICH PAYROLL SYSTEM?
13     A.  NO. IN -- IN THE OLD SYSTEM
14 WHERE THE TERMINATED EMPLOYEES WERE KEPT.
15     Q.  DO YOU REMEMBER SEEING
16 INACTIVE EMPLOYEES IN THE SYSTEM AFTER
17 THE UPGRADE?
18     A.  NO.
19     Q.  DID YOU EVER LOOK FOR ANY
20 INACTIVE EMPLOYEES?
21     A.  NO.
22     Q.  SO WHAT YOU DESCRIBED ABOUT
23 VERIFICATION OF EMPLOYMENT YOU DIDN'T DO
24 THAT AT ALL IN 1999 AFTER THE UPGRADE; IS

180

1  THAT RIGHT?
2      A.  YES, I WOULD HAVE BUT I
3  WOULD HAVE USED THE OLD PAYROLL SYSTEM
4  NOT THE CURRENT PAYROLL SYSTEM.
5      Q.  WHERE WAS THE OLD PAYROLL
6  SYSTEM HOUSED AFTER THE UPGRADE?
7      A.  IT WAS ON A COMPUTER.
8      Q.  ON A DESKTOP COMPUTER?
9      A.  YES.
10     Q.  DID THAT COMPUTER THAT
11 CONTAINED LA WEIGHT LOSS PAYROLL
12 INFORMATION THAT WAS UPGRADED, DID IT
13 CONTAINED INFORMATION ABOUT EMPLOYEES
14 SEX?
15     A.  YES.
16     Q.  JOB TITLE?
17     A.  YES.
18     Q.  HIRE DATES?
19     A.  YES.
20     Q.  REHIRE DATES?
21     A.  I DON'T REMEMBER.
22     Q.  DID IT CONTAIN DATA ABOUT
23 INFORMATION OR REASONS FOR TERMINATION?
24     A.  YES.

8 (Pages 177 to 180)

Esquire Deposition Services

### Page 181

1   Q. PROMOTIONS?
2   A. NO.
3   Q. OBVIOUSLY IT CONTAINED PAY
4   INFORMATION, RIGHT?
5   A. YES.
6   Q. PAY CHANGES?
7   A. NO, CURRENT RATE OF PAY.
8   Q. BONUSES?
9   A. NO.
10  Q. COMMISSIONS?
11  A. ONLY IF YOU WERE LOOKING IN
12  THEIR CHECKVIEW INFORMATION.
13  Q. SO IT WOULD HAVE CONTAINED
14  BONUS -- COMMISSION INFORMATION BUT IN
15  THE CHECKVIEW?
16  A. YES.
17  Q. PERFORMANCE RATINGS?
18  A. NO.
19  Q. DISCIPLINARY ACTIONS?
20  A. NO.
21  Q. THE INFORMATION ABOUT THE
22  EMPLOYEES SEX AND HIRE DATES, THE DATA
23  THAT YOU SAID ZURICH PAYROLL SYSTEM DID
24  CONTAIN PRIOR TO THE UPGRADE AND AFTER

### Page 182

1   THE UPGRADE, WHAT WAS THE SOURCE OF THAT
2   INFORMATION? BY SOURCE I MEAN, WHAT WAS
3   THE ORIGINAL SOURCE OF THAT INFORMATION?
4   A. EMPLOYEES FILL OUT NEW HIRE
5   PAPERWORK THAT'S FAXED TO THE PAYROLL
6   DEPARTMENT.
7   Q. AND THEN WHAT DOES THE
8   PAYROLL DEPARTMENT DO WITH THAT NEW
9   PAPERWORK?
10  A. INPUTS IT INTO THE SYSTEM.
11  Q. IS IT A KEY ENTRY?
12  A. YES.
13  Q. THAT WAS THE SYSTEM IN 1999?
14  A. YES.
15  Q. PRIOR TO 1999?
16  A. YES.
17  Q. IS THAT THE CURRENT SYSTEM?
18  A. YES.
19  Q. DOES LA WEIGHT LOSS KEEP ALL
20  THOSE NEW HIRE PAPERWORK?
21  A. YES.
22  Q. DO YOU HAVE THAT PAPERWORK
23  GOING BACK TO 1997?
24  A. YES.

### Page 183

1   Q. DOES THE COMPUTER THAT
2   HOUSED THE OLD ZURICH PAYROLL DATA, DOES
3   IT STILL EXIST IN LA WEIGHT LOSS'S
4   POSSESSION?
5   A. NO.
6   Q. DO YOU KNOW WHY IT DOESN'T?
7   A. NO.
8   Q. DO YOU KNOW WHO WOULD KNOW?
9   A. NO.
10  Q. DO YOU REMEMBER EVER
11  ATTEMPTING TO ACCESS DATA IN THAT
12  DATABASE AND REALIZING THAT IT NO LONGER
13  EXISTED IN LA WEIGHT LOSS'S POSSESSION?
14  A. IN WHAT YEAR ARE YOU --
15  Q. ANY YEAR?
16  A. IN 2001, YES.
17  Q. YOU REMEMBER LOOKING FOR
18  DATA THAT WOULD HAVE BEEN IN THE ZURICH
19  PAYROLL SYSTEM PRIOR TO THE UPGRADE?
20  A. IN THE ZURICH PAYROLL SYSTEM
21  FROM '97, THE OLD SYSTEM.
22  Q. WHAT HAPPENED WHEN YOU
23  LOOKED FOR IT?
24  A. THE PROGRAM DIDN'T EXIST.

### Page 184

1   Q. DID THE COMPUTER ITSELF THAT
2   THE DATA WAS HOUSED ON EXIST?
3   A. I DON'T KNOW.
4   Q. WHEN YOU LOOKED FOR THAT
5   INFORMATION IN 2001 ABOUT 1997 DATA,
6   WHERE DID YOU LOOK?
7   A. ON THE COMPUTER -- ON THE
8   COMPUTER THAT I THOUGHT IT WOULD HAVE
9   BEEN ON.
10  Q. WHY DID YOU THINK IT WOULD
11  HAVE BEEN ON THAT COMPUTER?
12  A. IT WAS A COMPUTER I WAS
13  USING AT THE TIME. THE COMPUTER -- WE
14  UPGRADED OUR COMPUTERS, WE GET NEW
15  COMPUTERS A LOT SO FROM WHAT I REMEMBER I
16  WOULD HAVE THOUGHT IT WOULD HAVE STILL
17  BEEN ON THE SAME COMPUTER. I DON'T KNOW
18  EXACTLY IF THAT'S -- IF IT EXACTLY WAS
19  THE SAME COMPUTER THAT I WAS USING AT THE
20  TIME, BUT IT WASN'T, IT DIDN'T EXIST NO
21  MORE WHEN I WENT TO CHECK IN 2001.
22  Q. WAS THERE ANY TIME PRIOR TO
23  2001 WHEN YOU LOOKED FOR DATA IN THE
24  FORMER SYSTEM AFTER THE UPGRADE? BETWEEN

CHRISTINE MOFFITT

189

1  THE RECORD THROUGH LA WEIGHT
2  LOSS'S ATTORNEY ALIZA KARETNICK IN
3  WHICH IT WAS REPRESENTED TO EEOC
4  THAT THE ZURICH PAYROLL DATA FROM
5  1999 POST UPGRADE THROUGH 2000
6  EXISTS, IT EXITS IN ITS NATIVE
7  FORMAT HOWEVER, IT IS MS.
8  KARETNICK'S UNDERSTANDING THAT
9  THAT DATA COULD NOT BE PRODUCED TO
10 EEOC IN ITS EXCEL FORMAT AND THUS
11 THE PARTIES HAD ARRANGED FOR LA
12 WEIGHT LOSS TO PRODUCE THE HARD
13 DRIVE OF THAT ZURICH PAYROLL
14 DATABASE TO EEOC FOR PURPOSES OF
15 DOING IT, WHATEVER THE EEOC COULD
16 AND THAT THE PARTIES HAVE
17 CONTRACTED WITH KROL ON TRACT TO
18 HELP IN THE EFFORT.  AND THAT MS.
19 KARETNICK DOES NOT BELIEVE THE
20 WITNESS KNOWS MUCH MORE THAN WHAT
21 WAS JUST STATED ABOUT THAT
22 PROCESS.  AND SO WE'RE NOT GOING
23 TO BEAT THAT HORSE; IS THAT
24 AGREED?

190

1       MS. KARETNICK:  AGREED.
2  BY MR. ANDERSON:
3       Q.  SO, MS. MOFFITT, I'M NOT
4  GOING TO ASK YOU ABOUT THE 1999 AND 2000
5  ZURICH DATABASE ON THE REPRESENTATIONS
6  THAT HAVE BEEN MADE.  I DO WANT TO
7  CONTINUE TO ASK YOU A LITTLE BIT MORE
8  ABOUT THE 1997, 1998 AND 1999 DATA THAT
9  EXISTED PRE-UPGRADE AND YOUR
10 UNDERSTANDING OF WHAT HAPPENED TO THAT
11 DATA.
12      MS. KARETNICK:  MR.
13 ANDERSON, BEFORE THE WITNESS
14 ANSWERS THE QUESTION LET ME JUST
15 SAY YOU'RE PERFECTLY FREE TO AND I
16 ASSUME THAT YOU WILL BE ASKING THE
17 WITNESS ABOUT SOME OF THE SCREEN
18 SHOTS OF OTHER DOCUMENTS THAT WERE
19 PROVIDED REGARDING THE ZURICH
20 SYSTEM, IT'S NOT -- SO THAT WE
21 UNDERSTAND, IT'S NOT THAT ZURICH
22 SYSTEM IS OFF LIMITS FOR QUESTIONS
23 OF '99 TO 2000.
24      MR. ANDERSON:  FOR THE

191

1  PROCESS -- WHAT I'M NOT GOING TO
2  ASK YOU ABOUT IS WHETHER THE DATA
3  IS ACCESSIBLE AND THINGS OF THAT
4  SORT.  I'LL ASK YOU ABOUT FIELDS
5  AND CODES AND THINGS OF THAT SORT,
6  OKAY?
7       THE WITNESS:  YES.
8  BY MR. ANDERSON:
9       Q.  SO THE 1997, 1998, 1999,
10 ZURICH DATA PRE-UPGRADE, IT EXISTED ON A
11 COMPUTER AND AT SOME POINT YOU REALIZED
12 THAT IT DIDN'T EXIST, YOU'RE NOT EXACTLY
13 SURE WHEN?
14      A.  '97 AND '98.
15      Q.  OKAY.
16      A.  YES.
17      Q.  OKAY.  AND WHATEVER DATA
18 ALSO EXISTED IN 1999 PRIOR TO THE
19 UPGRADE, THAT OCCURRED THE VERY FIRST DAY
20 OF THE FIRST QUARTER, RIGHT?
21      A.  YES.
22      Q.  YOU DON'T KNOW WHAT HAPPENED
23 TO THE SYSTEM?
24      A.  NO.

192

1       Q.  YOU ASKED MR LAPRE WHAT
2  HAPPENED TO THE SYSTEM, HE SAID HE
3  DOESN'T KNOW WHAT HAPPENED TO THE SYSTEM?
4       A.  CORRECT.
5       Q.  YOU DIDN'T ASK ANYONE ELSE
6  ABOUT WHAT HAPPENED TO THE SYSTEM?
7       A.  NO.
8       Q.  SO LA WEIGHT LOSS HAS NO
9  IDEA WHAT HAPPENED TO THE SYSTEM?
10      A.  CORRECT.
11      Q.  YOU DON'T KNOW WHY LA WEIGHT
12 LOSS DOESN'T KNOW THAT?
13      A.  SYSTEM WASN'T NECESSARY
14 ANYMORE.
15      Q.  THE SYSTEM WASN'T NECESSARY
16 FOR WHAT PURPOSE?
17      A.  FOR PROCESSING PAYROLL.
18      Q.  DID ANYBODY EVER SAY TO YOU
19 OR DID YOU HEAR ANYONE SAY THAT THE
20 SYSTEM WAS IMPORTANT FOR RECORD KEEPING
21 PURPOSES?
22      A.  NO.
23      Q.  DID ANYONE DISCUSS WITH YOU
24 IN '97 UP TO TODAY THE IMPORTANCE OF

11 (Pages 189 to 192)

245

1  MR. ANDERSON: THANKS.
2  BY MR. ANDERSON:
3  Q. SO IN 2001 ADP TOOK OVER AS
4  PAYROLL ADMINISTRATOR?
5  A. YES.
6  Q. YOU'RE NOT SURE IF ANY
7  DOCUMENTS EXISTS THAT PROVIDES THE BRIDGE
8  FOR CODES BETWEEN ADP AND ZURICH?
9  A. NO.
10  Q. RIGHT. WHAT AGAIN DID YOU
11  SAY TO, IF ANYTHING, TO ADP ABOUT
12  TRANSFERRING THE DATA?
13  A. SPECIFICALLY WHAT DO YOU
14  MEAN?
15  Q. ABOUT THE TRANSFER, DID YOU
16  TELL THEM TO DO ANYTHING IN PARTICULAR?
17  A. NO.
18  Q. IS YOUR UNDERSTANDING THAT
19  THERE WAS AN ELECTRONIC TRANSFER OF SOME
20  SORT, ELECTRONIC FILE TRANSFERRING THE
21  DATA FROM ZURICH TO ADP?
22  A. YES.
23  Q. LA WEIGHT LOSS DOES NOT
24  CURRENTLY HAVE THAT FILE?

246

1  A. NO.
2  MS. KARETNICK: OBJECTION TO
3  FORM.
4  BY MR. ANDERSON:
5  Q. DOES LA WEIGHT LOSS HAVE
6  THAT FILE?
7  A. NOT THAT I'M AWARE OF, NO.
8  Q. DO YOU KNOW WHETHER ADP HAS
9  THAT FILE?
10  A. NO, I DON'T.
11  Q. WHEN ADP TOOK OVER IN 2001
12  DID THE PAYROLL DATABASE CONTAIN
13  INFORMATION ON A PERSON'S SEX?
14  A. YES.
15  Q. WAS IT DEPICTED IN -- HOW
16  DID THAT SEX INFORMATION APPEAR IN THE
17  SYSTEM?
18  A. THROUGH AN IMPORT.
19  Q. WHAT'S AN IMPORT?
20  A. WELL, THROUGH AN ELECTRONIC
21  FILE.
22  Q. NO, I WASN'T -- I WASN'T
23  CLEAR. IF ONE WERE TO GO INTO THE ADP
24  SYSTEM IN 2001 --

247

1  A. YES.
2  Q. -- AND LOOK TO DETERMINE
3  WHAT A PERSON'S SEX WAS WITH YOU FOR
4  EXAMPLE, HOW WOULD YOU GO ABOUT LOOKING
5  FOR A PERSON'S SEX IN THE ADP SYSTEM IN
6  2001?
7  A. YOU WOULD HAVE TO OPEN UP
8  THEIR FILE AND LOOK IN THEIR FOLDER.
9  WHEN I SAY FOLDER I MEAN FOLDER IN THE
10  SYSTEM.
11  Q. WOULD THERE BE A DATA FIELD
12  THAT WOULD CONTAIN SEX?
13  A. YES.
14  Q. WOULD THERE BE A DATA FIELD
15  THAT CONTAINED SOCIAL SECURITY NUMBER?
16  A. YES.
17  Q. WOULD THERE BE A DATA FIELD
18  THAT CONTAINED FILE NUMBER?
19  A. YES.
20  Q. WOULD THE FILE NUMBER FOR A
21  PERSON WHO EXISTED IN THE ZURICH SYSTEM
22  BE THE SAME AS THE FILE NUMBER THEY HAD
23  IN THE ADP SYSTEM?
24  A. YES.

248

1  Q. WOULD DATE OF HIRE BE IN
2  THERE?
3  A. YES.
4  Q. JOB TITLE?
5  A. YES.
6  Q. WOULD CHANGES IN JOB TITLE
7  APPEAR?
8  A. NO.
9  Q. SALARY?
10  A. NO.
11  Q. PAY RATE?
12  A. YES. HOURLY RATE.
13  Q. HOURLY RATE. AMOUNTS PAID
14  IN A GIVEN PAY PERIOD FOR EXAMPLE?
15  A. YES, CHECKVIEW.
16  Q. IN CHECKVIEW?
17  A. YES.
18  Q. BONUSES, WOULD THAT SHOW?
19  A. YES.
20  Q. COULD YOU VIEW A PERSON'S
21  COMMISSION?
22  A. YES.
23  Q. COULD YOU VIEW BONUSES
24  RECEIVED FOR VARIOUS TIME PERIODS OR IT

### 249

1  WAS JUST FOR ONE TIME PERIOD, WAS IT PER
2  PAY PERIOD OR --
3     A.  PER PAY PERIOD.
4     Q.  WOULD YOU LOOK AT IT TO
5  DETERMINE WHAT A PERSON EARNED IN THAT
6  YEAR --
7     A.  YES.
8     Q.  -- IN BONUSES?
9         WOULD THERE BE A FIELD FOR
10 THAT OR WOULD YOU HAVE TO ADD UP ALL THE
11 DIFFERENT --
12    A.  THERE WOULD BE AN OPTION TO
13 SELECT CUMULATIVE.
14    Q.  CUMULATIVE BONUS?
15    A.  YES.
16    Q.  WOULD THERE BE A SIMILAR
17 OPTION FOR COMMISSION?
18    A.  YES.
19    Q.  WOULD TERMINATION BE A FIELD
20 IN THE SYSTEM, WHETHER A PERSON HAD BEEN
21 TERMINATED?
22    A.  YES.
23    Q.  IF A PERSON HAD BEEN
24 TRANSFERRED WOULD THAT SHOW IN THE SYSTEM

### 250

1  IN SOME WAY?
2     A.  NO.
3     Q.  HOW ABOUT PROMOTED?
4     A.  NO.
5     Q.  AND IN 2002 ADP UPGRADED ITS
6  SYSTEM, THE PAYROLL SYSTEM THAT LA WEIGHT
7  LOSS USED; IS THAT RIGHT?
8     A.  IN --
9     Q.  DO YOU REMEMBER WHEN ADP, IF
10 AT ALL, UPGRADED ITS SYSTEM, THE SYSTEM?
11    A.  THE LAST UPGRADE WAS IN
12 MARCH OF 2005.
13    Q.  WERE THERE ANY UPGRADES
14 PRIOR TO 2005?
15    A.  NOT THAT I CAN REMEMBER.
16    Q.  THE DATA THAT WAS HOUSED IN
17 THE ADP, LA WEIGHT LOSS'S ADP SYSTEM IN
18 2001, REFERRING TO THAT, IS THAT
19 CURRENTLY ACCESSIBLE?
20    A.  CHECKVIEW IS ACCESSIBLE FOR
21 TERMINATED EMPLOYEES.  IF THEY'RE STILL
22 ACTIVE, YES, THEY'RE STILL IN THE SYSTEM.
23    Q.  PERSONS WHO ARE INACTIVE CAN
24 BE VIEWED ONLY THROUGH CHECKVIEW?

### 251

1     A.  YES.
2     Q.  FOR 2001?
3     A.  YES.
4     Q.  FOR 2002 COULD SOMEONE
5  ACCESS THE DATA FOR INACTIVE EMPLOYEES?
6     A.  YES.
7     Q.  FOR 2002?
8     A.  YES.
9     Q.  WHY IS THE DATA FOR INACTIVE
10 EMPLOYEES FOR 2001 NOT ACCESSIBLE EXCEPT
11 FOR CHECKVIEW FORMAT?
12    A.  ADP PURGED INACTIVE
13 EMPLOYEES.
14    Q.  DO YOU REMEMBER WHEN THAT
15 WAS?
16    A.  SOME -- SOMETIME IN 2002,
17 FIRST QUARTER OF 2002.
18    Q.  WAS THAT NOT AN UPGRADE, IN
19 CONNECTION WITH AN UPGRADE TO THE SYSTEM
20    A.  (PAUSE.)
21    Q.  I'M TRYING -- THE REASON I'M
22 ASKING THE QUESTION IS I ASKED YOU ABOUT
23 AN UPGRADE IN 2002, YOU SAID THAT THERE
24 WASN'T?

### 252

1     A.  WELL THERE WASN'T A PAYROLL
2  UPGRADE THEY WERE OUT ADDING A FEATURE TO
3  THE PAYROLL SYSTEM WHICH WAS NEVER USED.
4     Q.  THEY WERE ADDING A FEATURE
5  THAT WAS NEVER USED?
6     A.  THEY WERE ADDING AN HR
7  SYSTEM THAT WAS NEVER USED AFTER IT WAS
8  PUT ON THE SYSTEM, SO IT WASN'T
9  NECESSARILY AN UPGRADE TO MY SIDE OF THE
10 PAYROLL.  BUT THEY WERE DOING, I GUESS
11 YOU COULD SAY THEY WERE DOING AN UPGRADE
12 JUST NOT NECESSARILY THROUGH PAYROLL.
13    Q.  I GOT YOU.  AND IT WAS
14 THROUGH THAT UPGRADE BROADLY DEFINED THA
15 THE INACTIVE EMPLOYEES DATA BECAME
16 INACCESSIBLE EXCEPT BY CHECKVIEW FORMAT?
17    A.  YES.
18    Q.  I THINK YOU STATED EARLIER
19 THAT YOU ASKED ADP TO TRY TO RETRIEVE
20 THAT DATA?
21    A.  YES.
22    Q.  THEY TOLD YOU BECAUSE --
23 BECAUSE OF USING THE SYSTEM SINCE THEN
24 YOU WOULDN'T BE ABLE TO DO IT, RIGHT?

CHRISTINE MOFFITT

253

1  MS. KARETNICK: OBJECTION TO
2  FORM.
3      THE WITNESS: YES.
4  BY MR. ANDERSON:
5      Q. AND SUBSEQUENT TO THAT PURGE
6  SLASH UPGRADE, YOU GAVE ORAL INSTRUCTIONS
7  TO ADP NOT TO DO ANY PURGES OR TO MAKE
8  ANY DATA INACCESSIBLE AGAIN, RIGHT?
9      A. CORRECT.
10     Q. AND THAT WAS ORAL?
11     A. YES.
12     Q. ARE YOU FAMILIAR WITH A SET
13 OF DATA THAT LA WEIGHT LOSS PRODUCED TO
14 EEOC THAT WAS TERMED AS PLAINTIFF'S
15 EXHIBIT 8 AS LACD0155.A?
16     A. YES.
17     Q. DOES THAT DATA SET COVER
18 2001? DOES IT HAVE INACTIVE EMPLOYEES
19 FOR 2001 THAT YOU TESTIFIED IS NOT
20 ACCESSIBLE EXCEPT BY CHECKVIEW FORMAT?
21     A. NO.
22     Q. WHAT PERIOD OF TIME DOES
23 LACD0155.A COVER?
24     A. 2002 THROUGH THE DATE IT WAS

254

1  RUN.
2      Q. DATA AS IT PERTAINS TO THE
3  TIME PRIOR TO 2002, IS THAT NOT
4  ACCESSIBLE OR IS IT ACCESSIBLE?
5      A. NO.
6      Q. IT IS NOT?
7      A. NO.
8      Q. EXCEPT BY CHECKVIEW FORMAT?
9      A. CHECKVIEW FORMAT.
10     Q. AT LEAST FOR INACTIVE
11 EMPLOYEES?
12     A. CORRECT.
13     Q. FOR ACTIVE EMPLOYEES YOU'RE
14 SAYING IT IS ACCESSIBLE?
15     A. CORRECT.
16     MR. ANDERSON: WE CAN TAKE A
17 SHORT BREAK NOW IF YOU WANT.
18     (A DISCUSSION OFF THE RECORD
19 OCCURRED AND A LUNCH BREAK WAS
20 TAKEN FROM 12:30 P.M. UNTIL 1:10
21 P.M.)
22     MR. ANDERSON: I'D LIKE TO
23 MARK THIS AS EXHIBIT-9.
24     (PLAINTIFF'S EXHIBIT-9

255

1  MARKED FOR IDENTIFICATION.)
2  BY MR. ANDERSON:
3      Q. MS. MOFFITT, I'VE JUST
4  HANDED YOU WHAT'S BEEN MARKED AS
5  PLAINTIFF'S EXHIBIT-9. THIS IS A SERIES
6  OF PAGES TAKEN FROM A DOCUMENT PRODUCTION
7  THAT ADVANTAGE PAYROLL SOLUTIONS PROVIDED
8  TO EEOC IN RESPONSE TO A SUBPOENA FOR LA
9  WEIGHT LOSS PAYROLL RECORDS. AND AS YOU
10 KNOW ADVANTAGE PAYROLL IS THE SUCCESSOR
11 TO ZURICH. WHAT I WANTED TO DO IS GO
12 OVER THIS DOCUMENT AND ASK YOU QUESTIONS
13 ABOUT IT.
14     DO YOU RECOGNIZE NOT
15 NECESSARILY THIS PARTICULAR SERIES OF
16 PAGES BUT DO YOU RECOGNIZE THIS TYPE OF
17 DOCUMENT?
18     A. YES.
19     Q. HOW DO YOU RECOGNIZE IT?
20     A. HOW DO I RECOGNIZE IT,
21 MEANING HAVE I EVER SEEN ONE OF THESE
22 BEFORE?
23     Q. YES. HAVE YOU EVER SEEN
24 SOMETHING LIKE THIS BEFORE?

256

1      A. YES.
2      Q. WHEN?
3      A. YES, IF I NEEDED A CHECK
4  HISTORY IN 2000.
5      Q. IN 2000?
6      A. OR ACTUALLY '97 THROUGH
7  2000.
8      Q. WHEN YOU NEEDED A CHECK
9  HISTORY MEANING WHAT?
10     A. MEANING A REPORT SHOWING A
11 CHECK, CHECKS FOR ANY EMPLOYEE FROM A
12 CERTAIN TIME FRAME.
13     Q. AND WHERE WAS THIS -- WHERE
14 WAS THIS HOUSED?
15     A. ZURICH WOULD PROVIDE US WITH
16 CHECK HISTORIES.
17     Q. HOW WOULD YOU ASK ZURICH FOR
18 THAT?
19     A. CALL THEM AND ASK THEM FOR
20 IT.
21     Q. SO YOU'D CALLED SAY HEY
22 ZURICH I THINK I NEED A CHECK HISTORY FOR
23 EMPLOYEE SO-AND-SO?
24     A. YES.

27 (Pages 253 to 256)

Esquire Deposition Services

CHRISTINE MOFFITT

269

1  A. YES.
2  Q. SO FOR MS. JENNIFER ABBOTT
3  HER FILE NUMBER WOULD BE 065284?
4  A. YES.
5  Q. AND THE DEPARTMENT NUMBER
6  WOULD BE 100001?
7  A. YES.
8  Q. BELOW FILE NUMBER IS A
9  NUMBER THAT BEGINS 075, IS THAT SOCIAL
10 SECURITY NUMBER?
11 A. YES.
12 Q. AND TO THE RIGHT OF THAT 01
13 IS THAT A STATE TAX CODE?
14 A. YES.
15 Q. TO THE RIGHT OF THAT 19, DO
16 YOU KNOW WHAT THAT IS?
17 A. SUI TAX CODE.
18 Q. TO THE RIGHT OF THAT SHADED
19 AREA THERE'S A BOX LABELED GENDER AS IT
20 PERTAINS TO JENNIFER ABBOTT THERE'S AN F
21 THERE, DOES THAT MEAN THE GENDER IS
22 FEMALE?
23 A. YES.
24 Q. IF THERE WERE AN M THERE --

270

1  HOW COULD AN M APPEAR THERE?
2  A. IF THE EMPLOYEE WAS A MALE.
3  Q. HOW COULD AN M APPEAR THERE
4  IF THE EMPLOYEE WERE A FEMALE, WOULD THAT
5  BE A MISTAKE?
6  A. YES.
7  Q. WHERE WOULD -- WHAT WAS THE
8  ORIGINAL SOURCE OF THE DATA THAT
9  PLAINTIFF'S EXHIBIT 5 DEPICTS?
10 A. THE ORIGINAL SOURCE MEANING
11 THE PAYROLL SYSTEM?
12 Q. THE DATA THAT IS HERE?
13 A. COMES FROM THE PAYROLL
14 SYSTEM.
15 Q. HOW DID THE PAYROLL SYSTEM
16 GET IT?
17 A. FROM THE EMPLOYEE FILLING
18 OUT THEIR NEW HIRE PAPERWORK.
19 Q. YOU DESCRIBED THAT EARLIER,
20 RIGHT?
21 A. YES.
22 Q. THERE'S A THIN COLUMN TO THE
23 RIGHT OF DEPARTMENT NUMBER QUAL PEN,
24 WITHHOLDING BLOCKS ET CETERA, QTD/YTD, DO

271

1  YOU KNOW WHAT THAT IS?
2  A. IT'S SHOWING YOU THAT
3  CERTAIN INFORMATION IS THE QUARTER TO
4  DATE AND CERTAIN INFORMATION IS THE YEAR
5  TO DATE.
6  Q. DO YOU KNOW WHAT QUAL PEN
7  STANDS FOR UNDER DEPARTMENT NUMBER?
8  A. NO, I DON'T.
9  Q. IS THAT SOMETHING THAT YOU
10 WOULD USE?
11 A. NO.
12 Q. TOP RIGHT HAND BOX THERE'S A
13 DATE THAT YOU SAID YOU DIDN'T KNOW WHAT
14 IT REPRESENTS, UNDER THAT DATE THERE ARE
15 NUMBERS; DO YOU KNOW WHAT THOSE NUMBERS
16 MEAN?
17 A. NO, I DON'T.
18 Q. IN THE MIDDLE OF THE PAGE
19 THERE'S A WHAT APPEARS TO BE A WATER MARK
20 THAT SAYS PREVIEW, IS THAT A WATER MARK
21 TO YOUR KNOWLEDGE?
22 A. (PAUSE.)
23 Q. YOU DON'T KNOW?
24 A. I DON'T KNOW IF IT'S A WATER

272

1  MARK.
2  Q. WHEN YOU REVIEWED AN ADP
3  PAYROLL REPORT WOULD IT SAY PREVIEW ON IT
4  NORMALLY?
5      MS. KARETNICK: OBJECTION TO
6      CHARACTERIZATION OF THE DOCUMENT
7      AS A PAYROLL REPORT. YOU CAN
8      ANSWER THE QUESTION.
9      THE WITNESS: NO. THIS WAS
10     A PREVIEW FOR THE YEAR END REPORT
11     WHICH IS WHY IT SAYS PREVIEW.
12 BY MR. ANDERSON:
13 Q. WHAT DOES PREVIEW MEAN AS IT
14 RELATES TO THE YEAR END REPORT?
15 A. IT'S THE PREVIEW BEFORE THEY
16 ACTUALLY SEND OUT W-2'S, THE COMPANY
17 PREVIEWS THIS AND MAKES SURE EVERYTHING
18 LOOKS CORRECT AND THEN SENDS OUT THE
19 W-2'S. IT ONLY SAYS PREVIEW DURING THE
20 END OF THE YEAR.
21 Q. IS THIS SOMETHING THAT ADP
22 WOULD PROVIDE TO LA WEIGHT LOSS?
23 A. YES.
24 Q. WHAT FORMAT WOULD LA WEIGHT

Esquire Deposition Services

**273**

1  LOSS RECEIVE IT?
2     A.  IN A PDF.
3     Q.  PDF FILE?
4     A.  YES.
5     Q.  HAS LA WEIGHT LOSS EVER
6  RECEIVED THESE IN SOMETHING OTHER THAN A
7  PDF FORMAT?
8     A.  NO.
9     Q.  PLAINTIFF'S EXHIBIT 5
10 RELATES TO 2002?
11    A.  YES.
12    Q.  THE DATA HOUSED IN AND
13 DEPICTED IN PLAINTIFF'S EXHIBIT 5, DID IT
14 EXIST IN A DIFFERENT FORMAT THAT WAS NOT
15 PDF?  THE PAYROLL DATA, WAS THERE A WAY
16 TO VIEW AN EMPLOYEE'S NAME AND THEIR
17 SOCIAL SECURITY NUMBER, THEIR FILE
18 NUMBER, THEIR PAY?
19    A.  YOU CAN VIEW IT IN THE
20 PAYROLL SYSTEM.
21    Q.  AND THAT WAS NOT -- AND WHEN
22 YOU REVIEW IT IN THE PAYROLL SYSTEM DID
23 YOU VIEW IT IN A PDF FORM?
24    A.  NO.

**274**

1     Q.  IT WAS SOME OTHER FORM?
2     A.  YOU BASICALLY JUST OPEN THE
3  PAYROLL SYSTEM AND YOU CAN VIEW THE
4  INFORMATION ON THE SCREEN, NOT A FILE.
5     Q.  THE INFORMATION IN
6  PLAINTIFF'S EXHIBIT 5, RELATING TO 2002,
7  IS THIS INFORMATION ALSO CONTAINED IN
8  LACD 0155.A?
9         MS. KARETNICK:  OBJECTION TO
10        FORM.
11        THE WITNESS:  PAY
12        INFORMATION IS NOT FIELDS, NAME,
13        SOCIAL SECURITY NUMBER,
14        DEPARTMENT, GENDER, STATUS, THAT
15        IS EXCLUDED.
16 BY MR. ANDERSON:
17    Q.  EVERYTHING BUT THE PAY
18 YOU'RE SAYING?
19    A.  CORRECT.
20    Q.  HOW WOULD LA WEIGHT LOSS --
21 HOW DID LA WEIGHT LOSS RECEIVE FROM ADP
22 THE WAGE AND TAX REGISTER?
23    A.  IT'S SENT THROUGH THE MAIL
24 ON A DISK TO ME.

**275**

1     Q.  HOW OFTEN?
2     A.  QUARTERLY.
3     Q.  LOOKING AT PAGE 7,
4  PLAINTIFF'S EXHIBIT 5, THERE'S A COLUMN
5  THAT STARTS GROSS EARNINGS, THEN UNDER
6  THAT THERE'S FEDERAL INCOME TAX WAGES,
7  FEDERAL INCOME TAX WITHHELD, EARNED
8  INCOME, CREDIT AND IN THAT COLUMN THE
9  FIRST NUMBER THAT APPEARS IS 7751 AND
10 THEN THERE'S A LINE 95, WHAT DOES THAT
11 NUMBER MEAN?
12    A.  HER YEAR TO DATE GROSS
13 EARNINGS.
14    Q.  WHEN YOU SAY HER WHAT DO YOU
15 MEAN?
16    A.  JENNIFER ABBOTT.
17    Q.  FOR MICHELLE ABDO BELOW
18 JENNIFER ABBOTT THERE APPEAR TO BE
19 QUARTERLY EARNINGS BUT FOR JENNIFER
20 ABBOTT THERE ARE NO QUARTERLY EARNINGS
21 LISTED, DO YOU KNOW WHY THAT WOULD BE?
22    A.  NO, I DON'T.
23    Q.  IN THIS COLUMN IN FRONT OF
24 THE COLUMN WHERE EMPLOYEE NAMES ARE

**276**

1  SHOWN, UNDERNEATH DORA ABOD IT SAYS
2  TRANSFER TO FILE NUMBER 066348, DO YOU
3  KNOW WHAT THAT MEANS?
4     A.  THAT MEANS SOMETHING CHANGED
5  IN HER FILE THAT NEEDED TO BE TRANSFERRED
6  TO A NEW FILE, TAXES.
7     Q.  WHAT DOES FILE MEAN?
8     A.  HER FILE NUMBER.
9     Q.  SO TRANSFER TO FILE NUMBER
10 066348 MEANS TRANSFER WHAT?
11    A.  TRANSFER HER -- ALL OF HER
12 INFORMATION NOT INCLUDING PAY
13 INFORMATION.
14    Q.  WHY WOULD THAT TRANSFER TAKE
15 PLACE?
16    A.  SHE CHANGED HER LOCAL TAX,
17 THE TAX CODE CHANGED SO HER -- YOU NEED A
18 NEW FILE NUMBER IF YOU'RE, ANYTHING WITH
19 YOUR TAXES CHANGES.  SO THAT SHE HAS TO
20 FILE UNDER ONE FILE NUMBER FOR THE FIRST
21 LOCAL TAX, THE OTHER FILE NUMBER FOR THE
22 SECOND LOCAL TAX.
23    Q.  SO AN EMPLOYEE IN THE ADP
24 SYSTEM WOULD HAVE MORE THAN ONE FILE

285
1  A. FOR 2002?
2  Q. YES.
3  A. YES.
4  Q. COULD YOU PROVIDE IT IN
5  EXCEL FORMAT?
6  A. YES.
7  Q. THIS HAS BEEN PREVIOUSLY
8  MARKED AS PLAINTIFF'S EXHIBIT 4. DO YOU
9  RECOGNIZE PLAINTIFF'S EXHIBIT 4?
10 A. YES.
11 Q. WHAT IS IT?
12 A. THE PAYROLL SYSTEM WE
13 CURRENTLY USE.
14 Q. THE SECOND HALF OF PAGE ONE
15 OF PLAINTIFF'S EXHIBIT 4 LOOKS LIKE IT
16 DEPICTS A SCREEN SHOT; DO YOU RECOGNIZE
17 THAT?
18 A. YES.
19 Q. WHAT DOES THIS SCREEN SHOT
20 DEPICT?
21 A. HOW YOU CAN SEARCH FOR AN
22 EMPLOYEE.
23 Q. GO TO PAGE 2. YOU SAID THAT
24 THIS IS WHAT YOU GUYS CURRENTLY USE, IS

286
1  PLAINTIFF'S EXHIBIT 4 DEPICTING THE
2  SYSTEM AS YOU CURRENTLY USE IT?
3  A. YES.
4  Q. DOES THAT MEAN IT'S NOT
5  NECESSARILY DEPICTING WHAT WAS IN USE
6  FROM 2001 OR WHEN -- IS THERE A YEAR AT
7  WHICH POINT GOING BACKWARDS THIS WOULD
8  NOT NECESSARILY BE ACCURATE?
9  A. YOU MEAN THAT WE DIDN'T USE
10 THIS SYSTEM?
11 Q. NO. NO. MY UNDERSTANDING
12 IS THAT YOU USED THE SYSTEM BASED ON
13 RECENT TIMES FROM 2001 TO THE PRESENT; IS
14 THAT RIGHT?
15 A. YES.
16 Q. AND THESE SCREENS, THIS SET
17 OF SCREEN SHOTS YOU SAID TO YOUR
18 KNOWLEDGE DEPICTS THE ADP SYSTEM AS YOU
19 CURRENTLY USE IT?
20 A. YES.
21 Q. I'M ASKING IF THERE'S A
22 POSSIBILITY THAT IT DOES NOT DEPICT
23 SCREEN SHOTS AS IT WAS USED IN 2001 OR
24 2002, 2003, 2004? DID IT CHANGE -- DID

287
1  ANYTHING CHANGE WITH RESPECT TO SCREEN
2  SHOTS IN THE ADP SYSTEM IN THE LAST
3  5 YEARS?
4  A. NO, NOT THAT I'M -- NOT THAT
5  I REMEMBER.
6  Q. IF YOU WERE TO GET TO -- TO
7  TAKE DATA FROM THE PAYROLL SYSTEM AND PUT
8  IT INTO THE EXCEL SPREADSHEET, IS THAT
9  SOMETHING THAT YOU PERSONALLY CAN DO?
10 A. YES.
11 Q. IF WE CAN GO TO PAGE 2.
12 THIS SCREEN SHOT IS ENTITLED ADP PC
13 FORWARD SLASH PAYROLL FOR WINDOWS WITH HA
14 PROFILE. THEN IN BRACKETS IT SAYS
15 EMPLOYEE DASH KQ465284 JENNIFER H.
16 ABBOTT; DO YOU KNOW WHAT THE NUMBER 65284
17 MEANS?
18 A. HER -- THAT'S HER FILE
19 NUMBER.
20 Q. IT APPEARS THAT THE PERSONAL
21 TAB IS SHOWING HERE; IS THAT RIGHT?
22 A. YES.
23 Q. DO YOU KNOW WHAT'S BEHIND
24 THE CUMULATIVE TAB?

288
1  A. THE CUMULATIVE PAY
2  INFORMATION FOR THE CURRENT YEAR.
3  Q. DO YOU KNOW WHAT IT WOULD
4  LOOK LIKE, IS IT YEAR TO DATE?
5  A. YES.
6  Q. WOULD IT ALSO SHOW
7  QUARTERLY?
8  A. NO.
9  Q. YOU STATED EARLIER THAT
10 QUARTERLY INFORMATION WOULD BE HOUSED IN
11 THE SYSTEM SOMEWHERE, IT WOULDN'T SHOW IN
12 THE CUMULATIVE?
13 A. NO, YOU CAN PULL QUARTERLY
14 INFORMATION THROUGH THE CHECKVIEW.
15 Q. OKAY. CAN THE INFORMATION
16 IN CHECKVIEW CURRENTLY BE PRODUCED IN
17 ELECTRONIC FORMAT EXCEL?
18 A. NO, IT'S PRODUCED IN THE
19 PDF.
20 Q. ONLY THE PDF?
21 A. YES.
22 Q. IS THIS AN IMAGE, PDF IMAGE
23 OF AN ACTUAL CHECK?
24 A. YES.

333

1  PERSON KALAY ABRAHAM, HER RACE IS LISTED
2  AS TWO AND IN PREVIOUS ADP SCREEN SHOTS
3  THERE WERE, YOU SAID THERE WAS W AND
4  THERE WAS H AND THERE WAS A, DOES TWO
5  CORRESPOND TO A W AND H WOULD BE AN A OR
6  A B?
7     A.  YES.
8     Q.  WHAT IS TWO?
9     A.  I'M NOT SURE WHAT TWO WOULD
10 STAND FOR.
11    Q.  WAS THERE A DOCUMENT OF SOME
12 SORT THAT EXPLAINED THAT?
13    A.  I BELIEVE THE VALIDATION
14 TABLE WOULD SHOW THE NUMBER.
15    Q.  I DON'T SEE IT HERE.
16        DO YOU KNOW THE WAY TO
17 DETERMINE WHAT A PERSON LISTED AS RACE
18 TWO IS LISTED AS IN LACD 0155.A, WOULD
19 YOU JUST LOOK AT THE PERSON, LOOK THAT
20 PERSON UP AND FIGURE IT OUT THAT WAY?  IS
21 THERE OTHER THAN THE VALIDATION TABLE
22 WHICH I DON'T SEE LISTING THIS
23 INFORMATION?
24    A.  WE WOULD HAVE TO GO INTO THE

334

1  FILE, YES.
2     Q.  DOES THE VALIDATION TABLE
3  PERTAIN TO THE ACTUAL SCREEN SHOTS OR
4  DOES IT PERTAIN TO SOMETHING ELSE,
5  BECAUSE IT APPEARS AS THOUGH THERE ARE
6  CODES IN THE MASTER CONTROL REPORT AND
7  THE WAGE AND TAX REGISTER THAT ARE
8  DIFFERENT THAN THE CODES IN HERE EVEN
9  THOUGH THEY HAVE THE SAME INFORMATION.
10        DO YOU KNOW, DO YOU KNOW
11 WHAT THE VALIDATION CODES OR VALIDATION
12 REPORT PERTAINS TO?
13    A.  THE VALIDATION TABLE SHOULD
14 GIVE ANYTHING THAT'S ABBREVIATED IN --
15    Q.  IN HERE?
16    A.  -- IN ADP.
17    Q.  NOT NECESSARILY IN THE
18 MASTER CONTROL OR THE WAGE AND TAX
19 REGISTER?
20    A.  RIGHT.
21        MS. KARETNICK:  LET THE
22    RECORD REFLECT THAT --
23        MR. ANDERSON:  THE FIRST
24    HERE.

335

1        MS. KARETNICK: -- MR.
2    ANDERSON'S FIRST HERE WAS I
3    BELIEVE WHAT WAS MARKED AS LA
4    EXHIBIT 4 -- OR I'M SORRY,
5    PLAINTIFF'S EXHIBIT 4A.
6        MR. ANDERSON:  YES 4A.
7        MS. KARETNICK:  THE SECOND
8    HERE BEING THE MASTER CONTROL
9    REPORT.
10 BY MR. ANDERSON:
11    Q.  IF YOU COULD GO TO PAGE 7,
12 PLAINTIFF'S EXHIBIT 6.  CAROL ACEVEDO,
13 THE FOURTH PERSON DOWN IN THE SECOND
14 COLUMN FOR PAY, IT SAYS HER CURRENT GROSS
15 IS 0.00 AND HER SALARY IS 0.00.  DO YOU
16 KNOW WHY THOSE TWO FIELDS WOULD LIST
17 ZERO?
18    A.  I DON'T KNOW WHY HER CURRENT
19 GROSS SAYS ZERO BUT SHE'S A SALARIED
20 EMPLOYEE AND WE DO NOT ENTER SALARIES
21 INTO THE SYSTEM, THAT'S WHY THAT WOULD
22 SHOW ZERO.
23        MR. ANDERSON:  IF I COULD
24    HAVE ABOUT A MINUTE.

336

1        (A DISCUSSION OFF THE RECORD
2    OCCURRED AND A BRIEF PAUSE WAS
3    TAKEN.)
4        (PLAINTIFF'S EXHIBIT-10
5    MARKED FOR IDENTIFICATION.)
6  BY MR. ANDERSON:
7     Q.  MS. MOFFITT, I'M SHOWING YOU
8  PLAINTIFF'S EXHIBIT 10 WHICH IS A RUN OF
9  DATA THAT EEOC DID USING LACD 01155.A,
10 THE PURPOSE OF WHICH IS TO FACILITATE
11 THIS EXAMINATION.  I'D LIKE TO ASK YOU
12 QUESTIONS AS IT RELATES TO VARIOUS FIELDS
13 AND CODES, DATA INPUTS, AND 0155.A; IS
14 THAT OKAY?
15    A.  YES.
16    Q.  THE 0155.A IS THAT COMPLETE
17 FOR 2001 THROUGH -- 2001 TO THE PRESENT?
18    A.  IF THE EMPLOYEE IS STILL
19 ACTIVE FROM 2001 THEY'LL STILL BE IN THE
20 FILE.  IF THEY WERE TERMINATED IN 2001,
21 THEY WILL NOT SHOW UP IT WOULD JUST HAVE
22 2002.
23    Q.  SO PERSONS WHO WERE ACTIVE
24 IN 2001 SHOW UP IN LACD 0155.A?

CHRISTINE MOFFITT

337

1  A. IF THEY WERE ACTIVE IN 2001
2  AND WERE ACTIVE AT THE TIME THE REPORT
3  WAS RUN.
4      Q. IF A PERSON WERE NOT ACTIVE
5  WHEN THE REPORT WAS RUN, WOULD THEY SHOW
6  UP ON THE LACD 0155.A?
7      A. IF THEY WERE TERMINATED IN
8  2001, NO.
9      Q. WHAT IF THEY TERMINATED IN
10 2004?
11     A. YES.
12     Q. HOW ABOUT 2003?
13     A. YES.
14     Q. 2002?
15     A. YES.
16     Q. BUT NOT 2001?
17     A. NO.
18     Q. SO ANY EMPLOYEES TERMINATED
19 IN 2001 AND WHO WAS NOT ACTIVE AS OF THE
20 DATE THAT LACD 0155.A WAS RUN, ISN'T IN
21 THAT FILE?
22     A. CORRECT.
23     Q. OKAY. SO FOR WHAT YEARS IS
24 LACD 0155.A INCOMPLETE?

338

1          MS. KARETNICK: OBJECTION TO
2  FORM.
3          THE WITNESS: THE 2001.
4  BY MR. ANDERSON:
5      Q. 2001.
6      A. WOULD NOT HAVE EMPLOYEES
7  THAT WERE TERMINATED IN 2001.
8      Q. WITH RESPECT TO GENDER, IF
9  YOU LOOK AT COLUMN Z ON THE LEFT HAND
10 SIDE THERE, HOW WAS GENDER ASSIGNED IN
11 THE SYSTEM?
12     A. IT WAS MANUALLY INPUTTED BY
13 THE PAYROLL DEPARTMENT.
14     Q. FROM A NEW HIRE SHEETS?
15     A. YES.
16     Q. WHY WOULD A PERSON BE CODED
17 AS MALE WHO WAS A FEMALE? IN FACT IF
18 SOMEONE INDICATED -- LET'S TURN TO PAGE 3
19 OF THIS EXHIBIT. IS THIS THE NEW HIRE
20 PERSONNEL INFORMATION THAT YOU'RE
21 SPEAKING OF?
22     A. YES.
23     Q. AND THIS PERTAINS TO MARIE
24 LADUCA?

339

1      A. YES.
2      Q. SHE'S PUT AN X MARK IN THE
3  BOX LABELED FEMALE AS GENDER, RIGHT?
4      A. YES, YES.
5      Q. AND LACD 0155.A COLUMN Z FOR
6  GENDER SHE'S LISTED AS A MALE; IS THE
7  REASON FOR THAT A KEY PUNCH ERROR?
8      A. YES.
9      Q. SOMEBODY JUST MADE A
10 MISTAKE?
11     A. YES.
12     Q. IF SOMEONE WERE A MALE BUT
13 WAS CODED AS FEMALE THEY WOULD HAVE --
14 THEIR MISTAKE WOULD ALSO BE THE REASON?
15     A. YES.
16     Q. IN LACD 0155.A SOME PEOPLE
17 HAVE MULTIPLE RECORDS, WHY WOULD THAT BE?
18     A. MULTIPLE FILE NUMBERS.
19     Q. THEY'RE LISTED MULTIPLE
20 TIMES AND THE VARIOUS PEOPLE ARE ON THE
21 SPREADSHEET MORE THAN ONCE; DO YOU KNOW
22 WHY THAT WOULD BE?
23     A. IF THEY HAD TO SWITCH THEIR
24 FILE NUMBER FOR TAX REASONS THEY COULD

340

1  HAVE MORE THAN ONE LINE, LINE OF
2  INFORMATION?
3      Q. ANY OTHER REASON WHY THAT
4  WOULD BE?
5      A. IF THERE WAS DUPLICATE
6  ENTRY, IF SOMEONE STARTED TO ENTER THE
7  PERSON AND THEY HAD ALREADY BEEN IN THE
8  SYSTEM.
9      Q. IF SOMEBODY IS IN THE SYSTEM
10 AND THEY HAVE, THEY'RE IN THE SYSTEM
11 TWICE AND THEY HAVE THE SAME HIRE DATE
12 BOTH TIMES WITH DIFFERENT TERMINATION
13 DATES, DO YOU KNOW WHAT THAT WOULD MEAN?
14     A. WELL IF WE TERMINATED THEM
15 THAT FILE NUMBER OUT FOR A TAX REASON WE
16 WOULD PUT THE DATE THAT WE -- THE
17 TERMINATION DATE WOULD MEAN THE DATE THAT
18 THE FILE WAS SWITCHED TO A NEW FILE
19 NUMBER BUT IT WOULD HAVE THE CODE TAX
20 CHANGE SO THAT YOU WOULD KNOW THE PERSON
21 DID NOT QUIT, WAS NOT DISCHARGED, IT
22 HAPPENED THE PERSON WAS TERMED IN THE
23 SYSTEM BECAUSE OF A TAX CHANGE.
24     Q. SO IS A TAX REASON THE ONLY

48 (Pages 337 to 340)