IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. WDQ-02-CV-648 |
| v. ) ) | |
| LA WEIGHT LOSS CENTERS, INC., ) ) | |
| Defendant. ) ) | |

## DECLARATION OF JEFFREY C. BANNON

I, Jeffrey C. Bannon, hereby state as follows:

1. From approximately August 1999 to the present, I have been employed as the Assistant General Counsel for Technology in the U.S. Equal Employment Opportunity Commission's ("EEOC") Office of General Counsel.

2. I received from EEOC counsel of record Ronald Phillips a DVD produced by Defendant via a data recovery by Kroll Ontrack.

3. I have personally reviewed the contents of this DVD.

4. The DVD contains 10,253 files copied from Defendant's hard disk. Most of these files are the operating system files for the server and contain no information concerning Defendant's employees.

5. The DVD does contain 45 Microsoft Access database files with an MDB extension. Of these 48 files, 31 are password protected. I was unable to open or read these files without the password. The Microsoft Access database software would display the message

"Enter database password:" and then prevent access to the data. See Exhibit 1 to this Declaration (page 3).

6. Of the remaining 17 Access files, none contain personnel data on Defendant's employees.

7. A listing of the Access database files found on the DVD is attached hereto as Exhibit 2 to this Declaration (page 4). Files that are password-protected are indicated by the notation "password" in the Content column; files that could be opened and determined not to contain personnel data are indicated by the notation "no personnel data" in the Content column.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/1/07

Jeffrey C. Bannon

Exhibit 1



Exhibit 2

| Filename | Content |
|---|---|
| ADDRBOOK.MDB | password |
| B021.MDB | password |
| B021_old.mdb | password |
| B0211.MDB | password |
| B0212.MDB | password |
| B021rep.mdb | password |
| B021rep1.mdb | password |
| B021rep2.mdb | password |
| BLANK.MDB | no personnel data |
| BLANK1.MDB | no personnel data |
| Common.mdb | password |
| Common1.mdb | password |
| Common2.mdb | password |
| Common3.mdb | password |
| Common4.mdb | password |
| CONTACT.MDB | no personnel data |
| DBUpdate.mdb | no personnel data |
| DBUPDATE1.MDB | no personnel data |
| DBUpdate2.mdb | no personnel data |
| DBUpdate3.mdb | no personnel data |
| DBUpdate4.mdb | no personnel data |
| Demo.MDB | password |
| Demo1.MDB | password |

| Filename | Content |
|---|---|
| Demo2.MDB | password |
| Demo3.MDB | password |
| DEMOrep.mdb | password |
| DEMOrep1.mdb | password |
| dnary.mdb | no personnel data |
| FPNWIND.MDB | no personnel data |
| ias.mdb | no personnel data |
| INVENTRY.MDB | no personnel data |
| Library.mdb | password |
| Library1.mdb | password |
| Library2.mdb | password |
| Northwind.mdb | no personnel data |
| system.mdb | password |
| System1.mdb | password |
| System2.mdb | password |
| W021.MDB | no personnel data |
| W0211.MDB | password |
| W021rep.mdb | password |
| W021rep1.mdb | password |
| WorkDB.mdb | no personnel data |
| WorkDB1.mdb | no personnel data |
| WorkDB2.mdb | no personnel data |
|  |  |
| B021.mdb in zipped file | password |
| Common.mdb in zipped file | password |

| Filename | Content |
|---|---|
| system.mdb in zipped file | password |