

ADP DocuMax

Please select report you would like to view

**Table of Contents for Job CD1090**
DocuMax Guide
KQ4 2001400514 W&T  Jurisdictional Recap (B318D600.pdf)
KQ4 2001400514 W&T  SIT Credit Report (B318D5FD.pdf)
KQ4 2001400514 W&T  STATE/SUI Credit Rep (B318B5FA.pdf)
KQ4 2001400514 W&T Cafeteria 125 Plan Ben (B318E603.pdf)
KQ4 2001400514 Wage And Tax Report (B31825F7.pdf)