1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-------------------------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

              Plaintiff,

  -and-         Case No:

                   DQ 02-CV-648

KATHY KOCH,

            Intervenor/Plaintiff,

  vs.

LA WEIGHT LOSS CENTER, INC.,

            Defendant.

-------------------------------------------------

    VIDEOTAPED DEPOSITION OF KATHY KOCH

           New York, New York

      Wednesday, November 30, 2005

Reported by:

CHARISSE KITT, CSR, RPR

JOB NO. 179730

Koch.Kathy

```
                                                           10
 1                      Koch

 2        Q    And have you also alleged that

 3   LA Weight Loss's conduct towards you was

 4   malicious, willful, and reckless?

 5        A    Yes.

 6        Q    And are you seeking punitive

 7   damages against LA Weight Loss to punish

 8   them for their actions?

 9        A    Yes.

10        Q    Are you also seeking your

11   attorney's fees and cost in connection

12   with your case against LA Weight Loss?

13        A    Yes.

14        Q    Now, on November 21, 2005, did

15   LA Weight Loss enter into a settlement

16   agreement with you?

17        A    Yes.

18        Q    And are the terms of that

19   settlement confidential?

20        A    Yes.

21        Q    And is the confidentiality and the

22   terms of that settlement important to you

23   and material to you?

24        A    Yes.

25        Q    Are you fully satisfied with the
```

14

1                    Koch

2       MS. WHITE: Hold on.

3       THE VIDEOGRAPHER: Going off the

4   record at 3:15 p.m.

5       (Thereupon, a recess was taken,

6   and then the proceedings continued as

7   follows:)

8       THE VIDEOGRAPHER: Going back on

9   the record at 3:18 p.m.

10  BY MR. PHILLIPS:

11      Q   I'm just going to be very brief,

12  Ms. Koch. I just have maybe three or four

13  questions.

14      First, I just want to ask you, is the

15  Equal Employment Opportunity Commission a

16  party to the settlement agreement that you

17  just testified to earlier?

18      A   No, sir.

19      Q   And to your knowledge has the

20  Equal Employment Opportunity Commission

21  ever agreed to be bound by the settlement

22  agreement that you've entered into with

23  LA Weight Loss?

24      A   Ron, I can't answer that. I don't

25  know what you agreed to; but to my

Koch.Kathy

15

1        Koch

2   knowledge you were not part of this

3   agreement.

4        Q    Okay.  Thank you.

5        And is your testimony today given as a

6   part of that settlement agreement?

7        A    Yes, it is.

8        Q    What are the terms of that

9   settlement agreement?

10       MS. WHITE:  Objection.

11       A    I'm sorry, Ron, I cannot tell you,

12  they are confidential.  Under advice of

13  counsel I cannot discuss it.

14       Q    And what relief are you seeking --

15  I'm sorry.  What relief -- strike that.

16       What relief are you receiving as a

17  part of that settlement agreement?

18       MS. WHITE:  Objection.

19       A    I'm sorry, Ron, under advice of

20  counsel I cannot answer that.  The

21  agreement is confidential.

22       MR. PHILLIPS:  No further

23  questions.

24       MR. LANDAU:  This is David.  I

25  neglected, and I want to put on the

Koch.Kathy