## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. WDQ 02-CV-648** |
| **LA WEIGHT LOSS,** | ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

### PLAINTIFF EEOC'S MOTION TO SEAL TWO EXHIBITS TO REPLY MEMORANDUM IN SUPPORT OF EEOC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR ADVERSE INFERENCE JURY INSTRUCTIONS AT TRIAL

In accordance with Local Rule 105(11) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court to seal Exhibit Nos. 14 and 15 ("Confidential Exhibits") that are submitted in support of, and referenced by, EEOC's Reply Memorandum in Support of EEOC's Motion for Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial, which is filed this day.  In support of this Motion, EEOC states that the Confidential Exhibits are LA Weight Loss payroll records designated "Confidential" by Defendant under Paragraphs Nos. 2 and 4 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41).  Therefore, pursuant to Paragraph No. 6 of the Order, EEOC is required to request that the Court permit filing under seal.

The two Confidential Exhibits will be enclosed with a hard copy of this Motion and deposited in the After Hours Box at the U.S. Courthouse in Baltimore on June 1, 2007.

Respectfully submitted,

EQUAL     EMPLOYMENT     OPPORTUNITY
COMMISSION

_____/s/_____

TRACY HUDSON SPICER
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0711
Facsimile #: (202) 419-0701


_____/s/_____

CORBETT ANDERSON
Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0724
Facsimile #: (202) 419-0701


____/s/_____

RONALD L. PHILLIPS
Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270/2817

2