**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY                :
COMMISSION,                                  :
                                             :
        Plaintiff,                   :
                                             :
     and                                :
                                             :       **CASE NO.: WDQ 02-CV-648**
KATHY KOCH,                                  :
                                             :
       Intervenor/Plaintiff,        :       **JURY DEMANDED**
                                             :
     v.                                 :
                                             :
LA WEIGHT LOSS CENTERS, INC.,                :
                                             :
       Defendant.                   :
_____ :

**LA WEIGHT LOSS CENTERS, INC.'S**
**MOTION FOR LEAVE TO FILE SURREPLY**
**TO THE REPLY MEMORANDUM IN SUPPORT**
**OF EEOC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 105(2)(a) of the United States District Court for the District of

Maryland, defendant LA Weight Loss Centers, Inc. ("LAWL") moves this Court for leave to file

the attached surreply to the Reply Memorandum in Support of EEOC's Motion for Partial

Summary Judgment and for Adverse Inference Jury Instructions at Trial ("Reply"). If granted,

LAWL requests that the surreply be deemed filed.

In support, LAWL states that EEOC's Reply relies on new declarations of counsel and

third party witnesses. Those declarations reveal facts not contained in EEOC's Motion for

Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial, and to which

LAWL has not had any opportunity to respond. The substance of the declarations was in no way

disclosed to LAWL during discovery or at any point before June 1, 2007, the date on which

EEOC's Reply was filed.  Further, the declarations contain inadmissible hearsay and, in one instance, consists of facts outside the declarant's personal knowledge.

Respectfully submitted,

_____/s/_____
Elizabeth Torphy-Donzella (Bar #10809)
Shawe & Rosenthall LLP
20 South Charles Street
Baltimore, MD  21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Jonathan D. Wetchler
Aliza R. Karetnick
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street - 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2000
Fax:  (215) 405-3724

June 12, 2007

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of LA Weight Loss Centers, Inc.'s Motion for Leave to File Surreply to the Reply Memorandum in Support of EEOC's Motion for Partial Summary Judgment to be filed and served electronically on June 12, 2007. I further certify that a copy of the motion shall be served via first class mail upon:

    Ronald L. Phillips
    EEOC
    Baltimore District Office
    10 South Howard Street, 3rd Floor
    Baltimore, MD 21201

                          /s/
                    Elizabeth Torphy-Donzella