IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : <br> : <br> **Plaintiff,** : <br> : <br> and : <br> : <br> **KATHY KOCH,** : <br> : <br> **Intervenor/Plaintiff,** : <br> : <br> v. : <br> : <br> **LA WEIGHT LOSS CENTERS, INC.,** : <br> : <br> **Defendant.** : | **CASE NO.: WDQ 02-CV-648** <br><br> **JURY DEMANDED** |

ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of LA Weight Loss Centers, Inc.'s Motion for Leave to File Surreply to the Reply Memorandum in Support of EEOC's Motion for Partial Summary Judgment, it is hereby **ORDERED** that the Motion is **GRANTED** and that LAWL's surreply is filed.

BY THE COURT:

_____