IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) LA WEIGHT LOSS, ) ) Defendant. ) ) | MOTION "GRANTED" THIS 19th DAY OF July, 2007. /s/ William D. Quarles, Jr. WILLIAM D. QUARLES, JR. UNITED STATES DISTRICT JUDGE Case No. WDQ 02-CV-648 |

**PLAINTIFF EEOC'S MOTION TO SEAL TWO EXHIBITS TO REPLY MEMORANDUM IN SUPPORT OF EEOC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR ADVERSE INFERENCE JURY INSTRUCTIONS AT TRIAL**

In accordance with Local Rule 105(11) of the Local Rules of the U.S. District Court for the District of Maryland, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), moves this Court to seal Exhibit Nos. 14 and 15 ("Confidential Exhibits") that are submitted in support of, and referenced by, EEOC's Reply Memorandum in Support of EEOC's Motion for Partial Summary Judgment and for Adverse Inference Jury Instructions at Trial, which is filed this day. In support of this Motion, EEOC states that the Confidential Exhibits are LA Weight Loss payroll records designated "Confidential" by Defendant under Paragraphs Nos. 2 and 4 of the Confidentiality Stipulation and Order entered by this Court on October 7, 2003 (Paper Nos. 39 and 41). Therefore, pursuant to Paragraph No. 6 of the Order, EEOC is required to request that the Court permit filing under seal.

The two Confidential Exhibits will be enclosed with a hard copy of this Motion and deposited in the After Hours Box at the U.S. Courthouse in Baltimore on June 1, 2007.