```
           IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                *
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                     *

     Plaintiff,                 *

v.                              *    CIVIL NO.: WDQ-02-0648

LA WEIGHT LOSS,                 *

     Defendant.                 *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum

Opinion, it is, this 31st day of August, 2007, ORDERED that:

1.  The Defendant's motion for summary judgment (Paper No. 177)

     BE, and HEREBY IS, DENIED;

2.  The Plaintiff's motion for partial summary judgment (Paper

     No. 178) BE, and HEREBY IS, GRANTED IN PART and DENIED IN

     PART;

3.  The Defendant's motion for partial summary judgment (Paper

     No. 183) BE, and HEREBY IS, DENIED as MOOT;

4.  The Plaintiff's motion for leave to file a surreply (Paper

     No. 194) BE, and HEREBY IS, DENIED;

5.  The Defendant's motion for leave to file a surreply (Paper

     No. 195) BE, and HEREBY IS, DENIED;  and

1

6.  The Clerk of the Court shall send copies of this Memorandum

   Opinion and Order to counsel for the parties.


                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge