# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 4, 2007

TO COUNSEL OF RECORD

    Re: *Equal Employment Opportunity Commission v. LA Weight Loss*
        Civil No. WDQ 02-648

Dear Counsel:

    A pretrial conference has been scheduled in this case for Friday, October 5, 2007 at 9:00 a.m. in my Chambers. Please bring your calendars with you to the conference.

    Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

                                            Very truly yours,

                                            /s/

                                            William D. Quarles, Jr.
                                            United States District Judge