IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. WDQ-02-CV-648 |
| LA WEIGHT LOSS CENTERS, INC. | ) ) ) | |
| Defendant. | ) ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Bruce S. Harrison as co-counsel for Defendant in the above referenced matter.

September 7, 2007

                                         Respectfully submitted,

                                         / s /

                                         Bruce S. Harrison, Bar No. 00887

                                         SHAWE & ROSENTHAL, LLP
                                         20 S. Charles Street
                                         Baltimore, Maryland 21201
                                         (410) 752-1040
                                         Attorneys for Defendant

164007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was electronically filed and thereby served this 7th day of September 2007 upon:

> Tracy Hudson Spicer, Esq.
> Ronald L. Phillips, Esq.
> EEOC-Baltimore Field Office
> City Crescent Building, 3rd Floor
> 10 South Howard Street
> Baltimore, Maryland 21201
>
> David E. Landau, Esq.
> Aliza R. Karetnick, Esq.
> Wolf, Block, Schorr and Solis-Cohen
> 1650 Arch Street, 22nd Fl.
> Philadelphia, PA  19103-2097

/ s /
_____
Bruce S. Harrison