# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 7, 2007

TO COUNSEL OF RECORD

    Re:  *Equal Employment Opportunity Commission v. LA Weight Loss Centers, Inc.*
         Civil No. WDQ 02-648

Dear Counsel:

    Having read and considered the joint motion for a continuance of the pretrial conference (Paper No. 202), the same is hereby granted. The pretrial conference in the above mentioned case will be held on Wednesday, December 5, 2007 at 9:00 a.m. in Chambers.

         Very truly yours,

         /s/

         William D. Quarles, Jr.
         United States District Judge