IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LA WEIGHT LOSS CENTERS, INC. ) <br> ) <br> Defendant. ) <br> ) | MOTION "GRANTED" THIS 30th DAY OF Oct, 2007. <br><br> /s/ <br> Case No. WDQ-02-CV-648 <br> WILLIAM D. QUARLES, JR. <br> UNITED STATES DISTRICT JUDGE <br><br> *Pretrial Conference rescheduled for Friday, January 11, 2008 at 9:00 a.m. |

**JOINT MOTION TO EXTEND PRETRIAL CONFERENCE
FOR PURPOSES OF CONTINUED SETTLEMENT NEGOTIATIONS**

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant LA Weight Loss Centers, Inc. ("LAWL"), by their undersigned counsel, respectfully jointly request that the Court extend the pretrial conference currently scheduled for December 5, 2007 (a date extended by the Court from October 5, 2007) by an additional five (5) weeks in order to permit the parties to continue settlement negotiations. In support of the Motion, undersigned counsel state as follows:

1. On September 19, 2007, Bruce Harrison, counsel for LAWL, and Marjorie Gordon, General Counsel of LAWL met with EEOC counsel Ronald Phillips and Tracy Hudson Spicer to discuss settlement. At that time, LAWL presented EEOC with the Company's proposed Consent Decree to resolve the case. The EEOC estimated it could provide its response to the proposed Consent Decree within two weeks. However, given the complexities of fashioning proposed relief in a case of this nature, the schedules of EEOC counsel and professional obligations, and the need for internal review of the proposal, EEOC was unable to provide its Consent Decree proposal within the two-week projected time frame.