## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| and | : | |
| | :CASE NO.: WDQ 02-CV-648 | |
| KATHY KOCH, | : | |
| | : | |
| Intervenor/Plaintiff, | : | JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| LA WEIGHT LOSS CENTERS, INC., | : | |
| | : | |
| Defendant. | : | |

## MOTION TO SEAL
## THE DECLARATION AND CERTIFICATION OF DAVID E. LANDAU

Pursuant to Local Rule 105(11), Wolf, Block, Schorr and Solis-Cohen LLP ("Wolf

Block") moves this Court to seal the Declaration and Certification of David E. Landau

("Declaration"). In support, Wolf Block states that the Declaration contains confidential client

information. The Declaration will be enclosed with a hard copy of Wolf, Block's motion to seal

and hand delivered to the courthouse.

Respectfully submitted,

_____/s/_____
Elizabeth Torphy-Donzella
Shawe & Rosenthall LLP
20 South Charles Street
Baltimore, MD  21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Jonathan D. Wetchler
Aliza R. Karetnick
Thomas McDonough
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA  19103
Tel:  (215) 977-2124
Fax:  (215) 405-3724

November 21, 2007

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the

Motion to Seal the Declaration and Certification of David E. Landau to be filed and served

electronically on November 21, 2007.  I further certify that a copy of the motion shall be served

via first class mail upon:

> Ronald L. Phillips
> EEOC
> Baltimore District Office
> 10 South Howard Street, 3rd Floor
> Baltimore, MD  21201
>
> Marjorie Gordon
> General Counsel
> Pure Weight Loss
> 747 Dresher Road, Suite 100
> Horsham, PA  19044

> _____/s/_____
> Elizabeth Torphy-Donzella