IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | :CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

## MOTION OF WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(b), Wolf, Block, Schorr and Solis-Cohen LLP ("Wolf Block"), David E. Landau, Esquire, Aliza R. Karetnick, Esquire, Jonathan D. Wetchler, Esquire and Thomas McDonough, Esquire (collectively "Movants"), hereby move this Court for an order permitting them to withdraw as counsel for defendant LA Weight Loss Centers, Inc. ("LAWL") in this action. In support, Movants rely on the Declaration of David E. Landau, which is simultaneously being filed under seal and is incorporated by reference.

WHEREFORE, Movants respectfully request that this Court grant their motion for leave to withdraw.

                                             /s/
Elizabeth Torphy-Donzella
Shawe & Rosenthall LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Jonathan D. Wetchler
Aliza R. Karetnick
Thomas McDonough
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2124
Fax: (215) 405-3724

November 21, 2007

2

## CERTIFICATE OF SERVICE

I, Elizabeth Torphy-Donzella, hereby certify that I caused a true and correct copy of the Motion of Wolf, Block, Schorr and Solis-Cohen LLP For Leave to Withdraw as Counsel to be filed and served electronically on November 21, 2007. I further certify that a copy of the motion shall be served via first class mail upon:

Ronald L. Phillips
EEOC
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, MD 21201

Marjorie Gordon
General Counsel
Pure Weight Loss
747 Dresher Road, Suite 100
Horsham, PA 19044

/s/
Elizabeth Torphy-Donzella