IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. WDQ-02-CV-648 |
| LA WEIGHT LOSS CENTERS, INC. | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

The Declaration and Certification of David E. Landau, which is an attachment to Wolf, Block, Schorr and Solis-Cohn LLP's Motion for Leave to Withdrawal as Counsel will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file paper copies of the document identified above.

November 21, 2007

      /s/
Elizabeth Torphy-Donzella
Bar No. 10809
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD 21201
Tel: (410) 752-1040
Fax: (410) 752-8861

David E. Landau
Jonathan D. Wetchler
Aliza Karetnick
Thomas McDonough
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street – 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2124
Fax: (215) 405-3724