IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LA WEIGHT LOSS CENTERS, INC. )<br>)<br>Defendant. )<br>) | Case No. WDQ-02-CV-648 |

## MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE

Defendant, LA Weight Loss, moves for a continuance of the pretrial conference currently scheduled for January 11, 2008. In support of this Motion, Defendant states:

1. On November 21, 2007, lead counsel for Defendant moved to withdraw its appearance in this matter.

2. This case has involved extensive discovery, including extensive depositions and numerous experts. Those matters were handled by Defendant's lead counsel. Defendant needs additional time to replace lead counsel and for lead counsel to become sufficiently familiar with the case to prepare Defendant's portion of the pretrial order.

3. The undersigned has served as local counsel, but does not have copies of the discovery materials or sufficient knowledge of such materials to adequately represent Defendant in connection with the pretrial order.

4. Defendant has reviewed this Motion with the EEOC, which has authorized the undersigned to state that it does not oppose either (1) Defendant's request for a status conference at the Court's earliest convenience or (2) a limited continuance of the pre-trial

conference and associated pre-trial order due dates for the purpose of holding a status conference.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Bruce S. Harrison (Bar No. 00887)
                                                  Elizabeth Torphy-Donzella (Bar No. 10809)
                                                  Shawe & Rosenthal LLP
                                                  20 South Charles Street
                                                  Baltimore, MD  21201
                                                  Tel: (410) 752-1040
                                                  Fax: (410) 752-8861

November 27, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Continuance of Pretrial Conference was electronically filed and thereby served this 27th day of November 2007 upon:

> Tracy Hudson Spicer, Esq.
> Ronald L. Phillips, Esq.
> EEOC-Baltimore Field Office
> City Crescent Building, 3rd Floor
> 10 South Howard Street
> Baltimore, Maryland 21201
>
> David E. Landau, Esq.
> Aliza R. Karetnick, Esq.
> Wolf, Block, Schorr and Solis-Cohen
> 1650 Arch Street, 22nd Fl.
> Philadelphia, PA  19103-2097

            /s/
        Bruce S. Harrison

#167737