IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LA WEIGHT LOSS CENTERS, INC. | ) ) ) |
| Defendant. | ) ) |

Case No. WDQ-02-CV-648

## ORDER

IT IS HEREBY ORDERED that the pre-trial conference and pre-trial order due dates are continued and the parties are directed to appear for a status conference on _____, 20\_\_\_ at _____ a.m./p.m.

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge