

**SHAWE**
**ROSENTHAL**LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

**VIA ELECTRONIC MAIL**

Bruce S. Harrison
harrison@shawe.com
410-843-3456

November 27, 2007

The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 W. Lombard Street, Suite 3A
Baltimore, MD 21201

**Re:    EEOC v. LA Weight Loss**
**Civil Action No.: WDQ-02-CV-648**

Dear Judge Quarles:

I am writing to request a status conference, at the Court's earliest convenience.

On November 21, 2007, lead counsel moved to withdraw its appearance on behalf of LA Weight Loss. The pretrial conference is scheduled for January 11, 2008. I have been serving as local counsel for LA Weight Loss and have also been involved in settlement discussions. Someone (possibly my firm) will have to take over as lead counsel for LA Weight Loss. Whoever it is (including my firm) will require additional time to prepare the Defendant's portion of the proposed pretrial order. As the Court is aware, this case has involved extensive discovery, including numerous depositions, and involves expert witnesses. Those files will not be available to new lead counsel until they are released by withdrawing counsel. My firm does not have those materials.

We are well aware of the EEOC's and the Court's desire to move this case to conclusion. In the long run, however, we believe the interests of all concerned would be best served by allowing LA Weight Loss to be represented by adequately prepared counsel. Contemporaneous with this letter, we have filed a motion for continuance of the pretrial conference.

I have reviewed this letter with counsel for the EEOC, who has authorized me to state that the EEOC does not oppose either (1) Defendant's request for a status conference at the Court's

The Honorable William D. Quarles, Jr.
November 27, 2007
Page 2



earliest convenience or (2) a limited continuance of the pre-trial conference and associated pre-trial order due dates for the purpose of holding a status conference.

Respectfully submitted,

SHAWE & ROSENTHAL, LLP

|S| *Bruce S. Harrison*


Bruce S. Harrison

BSH/ker

cc:     Tracy Hudson Spicer, Esq.
        Ronald L. Phillips, Esq.
        David E. Landau, Esq.
        Aliza R. Karetnick, Esq.

#167802