# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 30, 2007

Bruce S. Harrison, Esquire
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, Maryland 21201

Tracy Hudson Spicer, Esquire
Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201

David E. Landau, Esquire
Wolf, Block, Schorr and Solis-Cohen
1650 "Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103-2097

      Re: *EEOC v. LA Weight Loss Centers, Inc.*
          Civil No. WDQ 02-648

Dear Counsel:

      This letter will confirm the results of our November 30, 2007 status conference. The Motion for Continuance of Pretrial Conference (Paper No. 208) is granted. The pretrial conference, currently scheduled for January 11, 2008, is postponed until **March 25, 2008 at 9:00 a.m. in Chambers**. Counsel shall submit their joint pretrial order by March 21, 2008.

      Despite its informal nature, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                                          Very truly yours,

                                          /s/

                                          William D. Quarles, Jr.
                                          United States District Judge