IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : |
| Plaintiff, | : |
| and | : |
| KATHY KOCH, | : CASE NO.: WDQ 02-CV-648 |
| Intervenor/Plaintiff, | : JURY DEMANDED |
| v. | : |
| LA WEIGHT LOSS CENTERS, INC., | : |
| Defendant. | : |

MOTION "GRANTED" THIS 4th day of January, 2008.

WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

## MOTION TO SEAL
## THE DECLARATION AND CERTIFICATION OF DAVID E. LANDAU

Pursuant to Local Rule 105(11), Wolf, Block, Schorr and Solis-Cohen LLP ("Wolf Block") moves this Court to seal the Declaration and Certification of David E. Landau ("Declaration"). In support, Wolf Block states that the Declaration contains confidential client information. The Declaration will be enclosed with a hard copy of Wolf, Block's motion to seal

PHL:5738572.2/LAW024-158357