

# SHAWE ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

Bruce S. Harrison
bsh@shawe.com
410-843-3456

January 14, 2008

The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 W. Lombard Street, Suite 3A
Baltimore, MD  21201

Re:   EEOC v. LA Weight Loss
      Civil Action No.: WDQ-02-CV-648, USCA Case Number  04-1814

Dear Judge Quarles:

Following up on my letter of January 9, 2008, I am taking this opportunity to apprise the Court that I have learned that bankruptcy counsel for LA Weight Loss filed a Chapter 7 Petition for Bankruptcy with the Bankruptcy Court for the Eastern District of Pennsylvania this past Friday afternoon. The bankruptcy case number is 08-10315-JKF.

I requested that bankruptcy counsel advise the Equal Employment Opportunity Commission of the name and phone number of the interim trustee in bankruptcy and have been assured that the Commission will be provided that information forthwith.

Respectfully submitted,

SHAWE & ROSENTHAL, LLP

Bruce S. Harrison

BSH/ker

cc:  David E. Landau, Esq., Wolf, Block, Schorr and Solis-Cohen
     Gerald S. Kiel, Esquire, Equal Employment Opportunity Commission
     Tracy Hudson Spicer, Equal Employment Opportunity Commission

170418