IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Plaintiff | * | |
| | | Civil Action No.: WDQ 02-648 |
| vs. | * | |
| LA WEIGHT LOSS | * | |
| Defendant | | |

******

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 15th day of January 2008,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

_____
William D. Quarles, Jr.
United States District Judge