IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. WDQ-02-CV-648 |
| LA WEIGHT LOSS, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF EEOC'S MOTION TO RE-OPEN CASE

In accordance with Local Rule 105 and this Court's Order of January 15, 2008 (Paper No. 213), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully requests that the Court re-open the above-styled and numbered action for the reason that the automatic stay provision set forth in the United States Bankruptcy Code, 11 U.S.C. § 362, is inapplicable to this action. The EEOC is specifically exempted from the automatic stay provision under 11 U.S.C. § 362(b)(4). As such, the EEOC is entitled to proceed with its lawsuit against Defendant for violations of Title VII of the Civil Rights Act of 1964, as amended. The EEOC moves this Court for an order reopening this matter.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

_____/s/_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0711


Facsimile #: (202) 419-0701

_____/s/_____
RONALD L. PHILLIPS
Senior Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270

2