IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 FEB -4  P 2: 16
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)  Case No: WDQ-02-CV-648<br>) |
| LA WEIGHT LOSS, | )<br>) |
| Defendant. | )<br>) |

MOTION "GRANTED" THIS 4/4

_____feb_____, 20 0 8

/s/ William D. Quarles, Jr.
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

**PLAINTIFF EEOC'S MOTION TO RE-OPEN CASE**

In accordance with Local Rule 105 and this Court's Order of January 15, 2008 (Paper No. 213), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully requests that the Court re-open the above-styled and numbered action for the reason that the automatic stay provision set forth in the United States Bankruptcy Code, 11 U.S.C. § 362, is inapplicable to this action. The EEOC is specifically exempted from the automatic stay provision under 11 U.S.C. § 362(b)(4). As such, the EEOC is entitled to proceed with its lawsuit against Defendant for violations of Title VII of the Civil Rights Act of 1964, as amended. The EEOC moves this Court for an order reopening this matter.

Respectfully submitted,

EQUAL   EMPLOYMENT   OPPORTUNITY
COMMISSION

_____/s/_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507
Office #: (202) 419-0711