

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

TEL 215 851 8400
FAX 215 851 8383
www.eckertseamans.com

Barry D. Kleban, Esquire
Direct Dial: 215-851-8436
E-mail: bkleban@eckertseamans.com

January 14, 2008

**Via Facsimile (410-962-2817) and Regular Mail**
Ronald L. Phillips, Esquire
U.S. Equal Employment Opportunity Commission
City Crescent Building
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201

Re:  EEOC v. LA Weight Loss (Pure Weight Loss)
     Case No. WDQ-02-CV-648

     In re: Pure Weight Loss, Inc.
     Case No. 08-10315

Dear Mr. Phillips:

This firm represents Pure Weight Loss, Inc., which filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania on January 11, 2008. I enclose a copy of the Voluntary Petition for your records.

I have been forwarded a copy of your letter of January 11, 2008 addressed to Bruce Harrison and David Landau. Any decision concerning the request contained in your letter will have to be addressed by the Trustee appointed in the bankruptcy case. The Trustee is Arthur P. Liebersohn, Esquire whose address and phone number as follows: 924 Cherry Street, Fourth Floor, Philadelphia, PA 19107; (215) 922-7990. I am sending Mr. Liebersohn a copy of this letter, together with yours of January 11.

Please don't hesitate to contact me if I can be of further assistance.

Very truly yours,

BARRY D. KLEBAN

BDK:jcs
297501-2
Enclosures

cc:  Bruce S. Harrison, Esquire
     David E. Landau, Esquire
     Arthur P. Liebersohn, Esquire