IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
      Plaintiff, )
)
v. )   Case No. WDQ-02-CV-648
)
LA WEIGHT LOSS, )
)
      Defendant. )
_____)

### DECLARATION OF ELVIRA SISOLAK

I, Elvira Sisolak, hereby state as follows:

1. I am a Senior Economist in the Research and Analytic Services unit of the Office of General Counsel, EEOC. As a labor economist, I provide analytical support and expert testimony for charges and cases of employment discrimination. I graduated with a B.A. in economics from the University of Massachusetts and received a M.A. in economics from George Washington University.

2. During the 32 years I have worked for EEOC, I have prepared many analyses and reports on the economic aspects of employment discrimination including the calculation of back pay and front pay. I am responsible for developing techniques and approaches required for my analyses, and gathering, processing, and evaluating data needed to complete the task.

3. I conducted an analysis of the economic loss for the claimants who were denied hire to LA Weight Loss. In order to complete this analysis I relied upon the expert report I previously prepared in this case. In my previous report in this case, I

calculated the hiring shortfall or the number of males Defendant should have hired in each year. The shortfall is the difference between the number of men who were hired and the number of men who would be expected to be hired given the male applicant rate. In determining the shortfall I examined the actual hiring rates of men and women by Defendant and the rates at which men applied for work in the affected job categories, as determined in my prior Report in this case. I also reviewed the expert report prepared PriceWaterhouseCoopers ("PWC") for Defendant. The report prepared by PWC calculated average back pay wages by job category. PWC represented that the average earning figures for the sampling of the EEOC's claimants were calculated based upon the average earnings and tenure of incumbents in each job category. I multiplied the shortfall figure by the average earnings and benefits for each year in the affected job category. The calculations do not include pre-judgment interest. The calculations that I conducted are attached hereto to this declaration in the form of a spreadsheet.

4. It was reasonable to calculate the back pay based upon a missed opportunities (shortfall) analysis using male availability, availability being the percentage of males who applied for the affected jobs at LA Weight Loss. In my experience, this is an acceptable method of calculating back pay due to the large class of presently identified claimants and potential claimants yet to be identified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/13/08

Elvira Sisolak
Senior Economist
Research and Analytic Services
EEOC Office of General Counsel

|  | Hires | | | Applicant Flow | Expected # of Men | Missed Opps | Missed Opps per Year | Missed ops 1999-2007 Missed Opps |
|---|---|---|---|---|---|---|---|---|
|  | # | % of Total | Men | 1999-2004 | | | | |
| Counselors | 3,141 | 57.7 | 63 | 18.1 | 569 | 506 | 84 | 758 |
| Medical Assistants | 632 | 11.6 | 13 | 11.6 | 73 | 60 | 10 | 90 |
| Assistant Managers | 764 | 14.0 | 18 | 24.0 | 183 | 165 | 28 | 248 |
| Managers | 831 | 15.3 | 17 | 29.6 | 246 | 229 | 38 | 343 |
| Area Supervisors | 77 | 1.4 | 1 | 33.7 | 26 | 25 | 4 | 37 |
| Total | 5,445 | 100.0 | 112 | | 1,097 | 985 | 164 | 1,478 |

Counselors

| Year | | | Missed Opps | Back Pay | Lost Benefits | Total |
|---|---|---|---|---|---|---|
| 1999 | 892 | 10.9 | 83 | 351,316 | 29,810 | 381,125 |
| 2000 | 910 | 11.1 | 84 | 387,458 | 30,411 | 417,869 |
| 2001 | 1,241 | 15.2 | 115 | 538,703 | 45,786 | 584,489 |
| 2002 | 724 | 8.9 | 67 | 323,716 | 32,712 | 356,428 |
| 2003 | 1,015 | 12.4 | 94 | 472,167 | 48,845 | 521,012 |
| 2004 | 663 | 8.1 | 62 | 317,667 | 40,945 | 358,613 |
| 2005 | 908 | 11.1 | 84 | 447,877 | 57,986 | 505,863 |
| 2006 | 908 | 11.1 | 84 | 461,556 | 66,150 | 527,707 |
| 2007 | 908 | 11.1 | 84 | 475,414 | 75,395 | 550,809 |
| Total | 8,169 | 100.0 | 758 | 3,775,873 | 428,041 | 4,203,914 |

Medical Assistants

| Year | | | Missed Opps | Back Pay | Lost Benefits | Total |
|---|---|---|---|---|---|---|
| 1999 | 892 | 10.9 | 10 | 43,307 | 3,260 | 46,567 |
| 2000 | 910 | 11.1 | 10 | 45,547 | 3,326 | 48,873 |
| 2001 | 1,241 | 15.2 | 14 | 62,253 | 5,007 | 67,260 |
| 2002 | 724 | 8.9 | 8 | 38,834 | 3,578 | 42,412 |
| 2003 | 1,015 | 12.4 | 11 | 56,404 | 5,342 | 61,746 |
| 2004 | 663 | 8.1 | 7 | 38,184 | 4,478 | 42,662 |
| 2005 | 908 | 11.1 | 10 | 53,915 | 6,342 | 60,257 |
| 2006 | 908 | 11.1 | 10 | 55,564 | 7,235 | 62,799 |
| 2007 | 908 | 11.1 | 10 | 56,827 | 8,246 | 65,073 |
| Total | 8,169 | 100.0 | 90 | 450,836 | 46,812 | 497,648 |

| | | | Assistant Managers | | | |
|---|---|---|---|---|---|---|
| | | | Missed Opps | Back Pay | Lost Benefits | Total |
| 1999 | 892 | 10.9 | 27 | 237,475 | 17,877 | 255,351 |
| 2000 | 910 | 11.1 | 28 | 249,756 | 18,237 | 267,994 |
| 2001 | 1,241 | 15.2 | 38 | 341,364 | 27,458 | 368,822 |
| 2002 | 724 | 8.9 | 22 | 212,946 | 19,617 | 232,563 |
| 2003 | 1,015 | 12.4 | 31 | 309,290 | 29,292 | 338,582 |
| 2004 | 663 | 8.1 | 20 | 209,381 | 24,555 | 233,936 |
| 2005 | 908 | 11.1 | 28 | 295,642 | 34,774 | 330,416 |
| 2006 | 908 | 11.1 | 28 | 304,685 | 39,670 | 344,355 |
| 2007 | 908 | 11.1 | 28 | 311,612 | 45,214 | 356,827 |
| Total | 8,169 | 100.0 | 248 | 2,472,152 | 256,695 | 2,728,847 |
| | | | Managers | | | |
| | | | Missed Opps | Back Pay | Lost Benefits | Total |
| 1999 | 892 | 10.9 | 38 | 713,078 | 29,255 | 742,333 |
| 2000 | 910 | 11.1 | 38 | 749,971 | 29,845 | 779,816 |
| 2001 | 1,241 | 15.2 | 52 | 1,054,401 | 44,934 | 1,099,335 |
| 2002 | 724 | 8.9 | 30 | 619,269 | 32,103 | 651,373 |
| 2003 | 1,015 | 12.4 | 43 | 897,757 | 47,936 | 945,694 |
| 2004 | 663 | 8.1 | 28 | 604,552 | 40,184 | 644,735 |
| 2005 | 908 | 11.1 | 38 | 852,320 | 56,907 | 909,227 |
| 2006 | 908 | 11.1 | 38 | 878,380 | 64,920 | 943,300 |
| 2007 | 908 | 11.1 | 38 | 904,725 | 73,992 | 978,718 |
| Total | 8,169 | 100.0 | 343 | 7,274,453 | 420,076 | 7,694,530 |
| | | | Area Managers | | | |
| | | | Missed Opps | Back Pay | Lost Benefits | Total |
| 1999 | 892 | 10.9 | 4 | 168,568 | 4,597 | 173,165 |
| 2000 | 910 | 11.1 | 4 | 177,288 | 4,690 | 181,979 |
| 2001 | 1,241 | 15.2 | 6 | 249,254 | 7,061 | 256,315 |
| 2002 | 724 | 8.9 | 3 | 149,778 | 5,045 | 154,823 |
| 2003 | 1,015 | 12.4 | 5 | 210,161 | 7,533 | 217,694 |
| 2004 | 663 | 8.1 | 3 | 141,396 | 6,315 | 147,711 |
| 2005 | 908 | 11.1 | 4 | 138,213 | 8,943 | 147,156 |
| 2006 | 908 | 11.1 | 4 | 205,440 | 10,202 | 215,642 |
| 2007 | 908 | 11.1 | 4 | 211,602 | 11,628 | 223,230 |
| Total | 8,169 | 100.0 | 37 | 1,651,701 | 66,016 | 1,717,717 |

|  | Five Job Groups | |
|---|---|---|
|  | Missed Opps | Total |
| 1999 | 161 | 1,598,542 |
| 2000 | 165 | 1,696,530 |
| 2001 | 224 | 2,376,221 |
| 2002 | 131 | 1,437,599 |
| 2003 | 184 | 2,084,728 |
| 2004 | 120 | 1,427,658 |
| 2005 | 164 | 1,952,920 |
| 2006 | 164 | 2,093,803 |
| 2007 | 164 | 2,174,656 |
| Total | 1,478 | 16,842,656 |