IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>LA WEIGHT LOSS CENTERS, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. WDQ-02-CV-648<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE ON BEHALF OF
CHAPTER 7 TRUSTEE**

Please enter the appearance of Paul B. Maschmeyer and Frank S. Marinas, of the firm Maschmeyer Karalis, P.C., as lead counsel and Bruce S. Harrison and Eric Hemmendinger of the firm Shawe & Rosenthal, LLP, as local counsel for Arthur P. Liebersohn, Chapter 7 Trustee of the Estate of Pure Weight Loss, Inc., f/k/a L.A. Weight Loss Centers, Inc.

Date:  March 19, 2008

Respectfully submitted,

      /s/
Bruce S. Harrison (Bar No. 00887)
Eric Hemmendinger (Bar No 02050)
Shawe & Rosenthal LLP
20 South Charles Street
Baltimore, MD  21201
Tel: (410) 752-1040
Fax: (410) 752-8861

Paul B. Maschmeyer
Frank S. Marinas
Maschmeyer Karalis, P.C.
1900 Spruce Street
Philadelphia, PA 19103
Tel: 215-546-4500

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March, 2008, a copy of the foregoing was served on all parties by way of the Court's electronic filing system.

/s/
_____
Eric Hemmendinger

174366