# United States District Court
## District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 20, 2008

TO COUNSEL OF RECORD

    Re: *EEOC v. LA Weight Loss*
       WDQ 02-648

Dear Counsel:

    I have read and considered your letters dated March 19, 2008 requesting a status conference. Accordingly, in lieu of a pretrial conference, a telephone status conference will be held at 9:00 a.m. on Tuesday, March 25, 2008. Plaintiff's counsel is asked to initiate the conference call.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge