# UNITED STATES DISTRICT COURT
District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 25, 2008

TO COUNSEL OF RECORD

    Re: *EEOC v. LA Weight Loss*
       Civil No. WDQ 02-648

Dear Counsel:

    This will confirm that a telephone status conference has been scheduled for May 20, 2008 at 9:00 a.m. Plaintiff's counsel is asked to initiate the call.

                              Very truly yours,

                              /s/

                              William D. Quarles, Jr.
                              United States District Judge