**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. WDQ-02-CV-648** |
| ) | |
| **LA WEIGHT LOSS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## PLAINTIFF EEOC'S NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT JUDGMENT

Due to the pendency of the Court's resolution of the Chapter 7 Bankruptcy Trustee's Motion for Stay of Proceedings, and in anticipation of the Trustee's articulation of his intentions regarding future defense of this case at the May 20, 2008, Status Conference, Plaintiff U.S. Equal Employment Opportunity Commission's ("EEOC") Application for Default Judgment is no longer ripe for disposition. Accordingly, the EEOC hereby withdraws its Application for Default Judgment (Paper No. 216) in the above-styled and numbered action, subject to re-fling as appropriate circumstances warrant.

Respectfully submitted,

EQUAL  EMPLOYMENT  OPPORTUNITY COMMISSION

_____/s/_____
TRACY HUDSON SPICER (Bar No. 08671)
Supervisory Trial Attorney
EEOC-Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

Office #: (202) 419-0711
Facsimile #: (202) 419-0701


_____/s/_____

RONALD L. PHILLIPS
Senior Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, MD 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270