IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
    Plaintiff, )
 )
v. ) Case No. WDQ-02-CV-648
 )
LA WEIGHT LOSS, )
 )
    Defendant. )
_____)

**PLAINTIFF EEOC'S NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT JUDGMENT**

Due to the pendency of the Court's resolution of the Chapter 7 Bankruptcy Trustee's Motion for Stay of Proceedings, and in anticipation of the Trustee's articulation of his intentions regarding future defense of this case at the May 20, 2008, Status Conference, Plaintiff U.S. Equal Employment Opportunity Commission's ("EEOC") Application for Default Judgment is no longer ripe for disposition. Accordingly, the EEOC hereby withdraws its Application for Default Judgment (Paper No. 216) in the above-styled and numbered action, subject to re-fling as appropriate circumstances warrant.

    Respectfully submitted,

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

    _____/s/_____
    TRACY HUDSON SPICER (Bar No. 08671)
    Supervisory Trial Attorney
    EEOC-Washington Field Office
    1801 L Street, N.W., Suite 100
    Washington, DC 20507

1