4 (a) Suits and administrative proceedings

| Caption of Suit and Case Number | Nature of Proceeding | Court of Agency and Location | Status or Disposition |
|---|---|---|---|
| EEOC v. LA Weight Loss Centers, Inc.: Civil Action No. S-02-CV-648 (Judge Quarles) | Class action suit brought by Baltimore, MD office of the EEOC, (Ronald L. Phillips, Trial Attorney, EEOC-Baltimore District Office, City Crescent Building, 3rd Floor, 10 South Howard Street, Baltimore, MD. 21201) alleging discrimination against males based on gender. David E. Landau, Wolf Block, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103 (Philadelphia) trial counsel; Bruce Harrison, Shawe Rosenthal (Baltimore), local counsel, 20 S. Charles Street, 11th Floor, Baltimore, MD 21201. | U.S. District Court, D. MD | Open |
| LA Weight Loss Centers, Inc. v. Lexington Insurance Company | Appeal from verdict in favor of Lexington Insurance on coverage relating to above EEOC action. Alec Kerr, Joann Lytle, McCarter & English, LLP, Mellon Bank Center, 1735 Market Street, Suite 700, for appellant, LA Weight Loss. Warren Voter, Sweeney & Sheehan, P.C., 1515 Market Street, 19th Floor, Philadelphia, PA 19102. | Cm Pls Ct, Philadelphia Cnty, PA | Open |
| Kelly Packaging v. Pure Weight Loss, Inc, Civ. Action No. 07-26645: | Contract claim. Vendor claim for $38,732.40 in unpaid bills for custom-printed novelty bags. Plaintiff's attorney: Jeffrey Rudnick, Weir & Partners LLP, The Widener Building, Suite 500, 1339 Chestnut Street, Philadelphia, PA 19107. | Cm Pls Ct, Montgomery Cnty, PA | Open |

| | | | |
|---|---|---|---|
| Casey v. LA Weight Loss Centers, Inc., et al: Docket No. BUR-L-815-07: | Personal injury/ Products liability. Plaintiff claims mouth injury from foreign object in LA Lite bar. Manufacturer, Edner of Nevada, added by Third Party Complaint for indemnification/contribution. Plaintiff's counsel: Martin Pappaterra, Pelletieri, Rabstein and Altman, Tarnsfield Plaza, Suite 6, 790 Woodlane Road, Mount Holly, New Jersey 08060. Defense counsel, Stephen Schrier, Obermayer, Rebmann, Maxwell & Hippel, 20 Brace Road, Suite 300, Cherry Hill, NJ 08034. | Super Ct. New Jersey, Burlington Cnty | Open |
| Testino v. LA Weight Loss Centers, Inc, et al: Docket No. BER L-6281-07 | Personal injury/products liability. Plaintiff claims mouth injury from screw in nutritional bar. Manufacturer, Edner of Nevada named as co-defendant. Plaintiff's counsel Charles P. Ingenito, Festa & Ingenito, LLC, 356 Lafayette Avenue, Hawthorne, New Jersey 07506. Defense counsel, Stephen Schrier, Obermayer, Rebmann, Maxwell & Hippel, LLC, 20 Brace Road, Suite 300, Cherry Hill, NJ 08034. | Super Ct. New Jersey, Bergen Cnty | Open |
| Rodriquez v. LA Weight Loss Centers, Inc., et al: Docket No. OCN-L-436-06 | Personal injury/negligence. Plaintiff alleges injury from collapsing ceiling while at company center. Various landlord, property manager and contractor co-defendants. Plaintiff's counsel, Edward Ahearn, Ansell Zaro Grimm & Aaron, P.C., 1500 Lawrence Avenue CN 7807, Ocean, New Jersey 07712. Defense counsel, Wendy Kirby, Marshall, Dennehy, Warner, Coleman & Goggin, 200 Lake Drive East, Suite 300, Cherry Hill, New Jersey 08002. | Super Ct. New Jersey, Ocean Cnty | Open |
| Wahlstrom Group LLC v. LA Weight | Contract claim. Unpaid bills for Yellow Pages listing. Writ only filed to-date. Plaintiff's attorney: Joseph Blum, Frey | Cm Pls Ct. Montgomery Cnty, | Open |

| Case | Description | Court | Status |
|---|---|---|---|
| Loss Centers, Inc., Civ. Action No. 07-29620. | Petrakis Deeb Blum & Briggs, 1601 Market Street, Suite 2600, Philadelphia, PA 19103. | PA | |
| O'Dwyer v. Pure Weight Loss Centers, Civ. Action No. 007-02727 1 | Disability discrimination claim under California law. Prospective client claims denied access to program because of exposure to Hepatitis "C". Plaintiff's counsel: Christine Hopkins, Law Offices of John F. Martin, P.C., 3100 Oak Road, Suite 230, P.O. Box 5331, Walnut Creek, CA 94596. | Super. Ct. Contra Costa Cnty, CA | Open |
| Thomas v. LA Weight Loss Centers, Inc., et al, Case No. BC375840 | Former employee wage and hour claim for unpaid overtime, wrongful termination and tort claims. Plaintiff's counsel: Karl Gerber, Danz & Gerber,13418 Ventura Boulevard, Sherman Oaks, CA 91423 ; Defense counsel: Tracey Kennedy, Sheppard Mullin Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, CA 90071. | Super Ct, Los Angeles Cnty, CA, , removed to federal court. | Open |
| Gibson v. LA Weight Loss Centers, Inc., et al, Class action, Case No. 07CV088 | Tennessee client of franchisee claiming  deceptive sales practices. Pure Weight Loss improperly named in the action and seeking dismissal. Plaintiffs' counsel: Richard Talley, P. Richard Talley & Associates, Dandridge, Tennessee, Gary Mason, The Mason Law Firm, LLP Washington D.C., Everette Doffermyre, Doffermyre Shields, Canfield Knowles & Devine, LLC, Atlanta, Georgia, Joe Whatley, Whatley, Drake & Kallas LLC, Birmingham, AL  35203; Defense Counsel, Bill Walton, Miller & Martin PLLC, Nashville, Tennessee. | General Sessions Court, Hamblen Cnty, Tennessee, | Open |
| Kokwal v.  Doppel d/b/a LA Weight | Complaint for damages to leased property in Indiana. Plaintiff's attorney: Dennis J. Stilger, Louisville, KY; | Jefferson Circuit Ct, Jefferson Cny, IN | Open |

| | | | |
|---|---|---|---|
| Loss Centers, Case No. 07C108882, | Defense counsel: Bill Smith, Kightlinger & Gray, New Albany, Indiana. | | |
| 1-800 Adept, Inc. v. Enterprise Rent-A-Car et al, Civil Action No. 5:07cv57 | Patent infringement case relating to call outing technology. Having won a suit for infringement against Targus Information Corp and others in Florida, 1-800 Adept proceeded to sue users of the Targus routing system. Targus is indemnifying and defending the defendants. Plaintiff's counsel: Nicholas Patton, Patton, Tidwell & Schroeder, LLP, 4605 Texas Boulevard, P.O. Box 5398 Texarcana, TX, 75505. Defense counsel: Donald E. Knebel, Todd G. Vare, Jeff M. Barron, Barnes & Thornburg LLP, 11 South Meridian Street Indianapolis, IN. 46204. | U.S. Dist. Ct., E.D. TX, | Open |
| Gen3 Marketing, LLC v. Pure Weight Loss, Inc., Civil Action No. 07-31438 | Breach of contract. Plaintiff's counsel: Anthony Tabasso, Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 S. Broad Street, Philadelphia, PA  19102. | Cm. Pls. Ct., Montgomery Cnty., PA | Open |

| Case | Description | Court | Status |
|---|---|---|---|
| WKYC-TV, Inc. v. LA Weight Loss Centers, Inc., et al, Case No. CV07644865. | Breach of contract. Plaintiff's counsel: Michael Hazelwood, Hazelwood & Kasle, 1310 Ohio Savings Plaza, 1801 East Ninth Street, Cleveland, OH 44114. | Cm Pls. Ct., Cuyahoga Cnty, OH, | Open |
| Folsom v. NFL Lites et al, Case No. 16-2005-CA-304-MA. Class action. | Violation of state consumer protection laws. Amending complaint to add Pure Weight Loss. Plaintiff's attorney: William E. Cooper, George E. Ridge, Richard Lantinberg, Cooper, Ridge & Lantinberg, 136 East Bay Street, Suite 301, Jacksonville, Florida 32202. | Cir. Ct. Fourth Judicial Distr., Duval Cnty. Florida | Open |
| Diet Success Corp. v. LA Weight Loss Franchise Company, et al., Court File No. 07-CL-7325. | Claims by Canadian franchisee for violations of franchise disclosure law. Plaintiff's counsel: Paul Bates, Bates Barristers, 34 King Street East, 12th Floor, Toronto, ON M5C 2X8. | Super. Ct of justice, Commercial List, Ontario, Canada | Open |
| Schur v. LA Weight Loss Centers, Inc., et al. Civil Action No. 05-353-WDS | Wrongful death/negligence action, now on plaintiff's appeal from summary judgment in favor of LA Weight Loss. Plaintiff/Appellant's counsel: Eric J. Carlson, #90 Professional Park, P.O. Box 527, Edwardsville, IL 62025; Defense counsel: Pamela M. Triplett, Law Offices of Donald B. Balfour, 390 S. Woods Mill Road, Suite 270, Chesterfield, MO 63017. | U.S. Dist. Ct., S.D. Ill | Open |
| Randall House Properties DBA Inc. v. LA Weight Loss Centers, | Landlord action, forcible entry detainer, property located at 28873 Lorain Road, North Olmsted, Ohio; Plaintiff's counsel: Tim Grendell, 6640 Harris Road, Broadview Heights, OH 44147. | Rocky River Municipal Court, Rocky River, Ohio | Open |

| | | | |
|---|---|---|---|
| Inc..., Case No. 08 CVG 0016: | | | |
| S. Butler Clark, Ltd. V. Coastal Lites, LLC et al, Case No. 2007-CC-6618, Div. V: | Landlord action, eviction and damages, property located at 3916 SW Archer Road, Gainesville, Florida. Plaintiff's counsel: John G. Stinson, P.O. Box 23109, One SE First Avenue, Gainesville, Florida 32601. | Cnty Ct. of Florida, Alachua Cnty | Open |
| Ronald Marazzo v. LA Weight Loss Centers, Inc., Case No. 107CV101808: | Landlord action, unlawful detainer, property located at 225 San Antonio Road, Unit #2, Mountain View, CA. Plaintiff's counsel: Marcia E. Gerston, McGrane Greenfield LLP, 40 South Market Street, 7th Floor, San Jose, California 95113. | Super Ct. California, Santa Clara | Open |
| Carlmont Village Shopping Center, LP v. LA Weight Loss Centers, Inc., Case # CLJ196154: | Landlord action, unlawful detainer, property located at Carlmont Village Shopping Center, 1049 Alameda de las Pulgas, Belmont, California 94002. Plaintiff's counsel: Fred R. Brinkop, Branson, Brinkop, Griffith & Strong, 643 Bair Island Road, Suite 400, Redwood City, California 94063. | Super. Ct. California, San Mateo | Open |
| F-Mac Ross Plaza, LLC v. LA Weight Loss Centers, Inc., | Landlord action, unlawful detainer, property located at 14339 NE20th Street, Suite B, Bellevue, Washington 98007. Plaintiff's counsel: Evan L. Loeffler, Law Offices of Evan L. Loeffler PLLC, 2033 Sixth Avenue, Suite 1040, Seattle, Washington 98121. | Super. Ct., King Cnty, Washington | Open |
| Frankford Crossing Shopping Center, Dallas TX, L.P. v. Pure Weight Loss, | Landlord action, breach of lease. Plaintiff's counsel: Phillip Conley, Conley Rosenberg & Brenneise LLP, 5080 Spectrum Dive, Suite 850 E Addison, TX 75001. | Dist. Ct., 296 Judicial Circuit, Collin Cnty, TX | Open |

| | | | |
|---|---|---|---|
| Inc., Cause No. 296-04375-07 | | | |
| Beverley Williams v. LA Weight Loss Centers, Inc., EEOC Charge No. 520-2007-03462 | EEO claims, race and retaliation. Charging Party pro se, Beverley Williams, 235 Mayflower Avenue, New Rochelle, New York, 10801. | U.S. Equal Employment Opportunity Commission, New York District Office | Open |
| Ellen St. James v. LA Weight Loss Centers, Inc., EEOC Charge No. 440-2007-00708 | EEO claims, age discrimination. Charging party pro se; Ellen St. James, 18130 South 66th Court, #303, Tinely Park, IL 60477. | U.S. Equal Employment Opportunity Commission, Chicago District Office-440 | Open |
| Gianpaolo Dato v. LA Weight Loss Centers, Inc.,, EEOC Charge No. 520-2007-01046C. | EEO claims, sex, retaliation. Charging party pro se; Gianpaolo Dato, 6 Robin Lane, Kings Park, New York 11754. | U.S. Equal Employment Opportunity Commission, Baltimore Field Office | Open |
| Jennifer O'Reilly v. LA Weight Loss Centers, Inc., EEOC Charge No. 520-2007-01508. | EEO claims, unclear. Charging party pro se: Jennifer O'Reilly, 55-07 Van Horn Street, Elmhurst, New York 11373. | U.S. Equal Employment Opportunity Commission, New York District Office, | Open |
| Kari Saunders v. LA Weight Loss Centers, Inc., EEOC Charge No. 531-2007-02239. | EEO claims, race, sex.  Charging party pro se: Kari Saunders, 10706 Heather Glen Way, Bowie, MD 20720. | U.S. Equal Employment Opportunity Commission, Baltimore Field Office, | Open |
| Lydia Harris v. LA | EEO claims, sexual harassment, retaliation, constructive | Pennsylvania Human | Open |

| | | | |
|---|---|---|---|
| Weight Loss Centers, Inc., et al., PHRC Case No. 200607853, EEOC No. 17F200762305 | discharge. Complainant's counsel: Stephen G. Console, Console Law Offices LLC, 1525 Locust Street, Ninth Floor, Philadelphia, PA 19102. | Relations Commission | |
| Lorraine Ferkh v. LA Weight Loss Centers, Inc., et al., PHRC Case No. 200607851, EEOC No. 17F200762304 | EEO claims, sexual harassment, retaliation, constructive discharge. Complainant's counsel: Stephen G. Console, Console Law Offices LLC, 1525 Locust Street, Ninth Floor, Philadelphia, PA 19102. | Pennsylvania Human Relations Commission, | Open |
| Jacqueline Salcedo v. LA Weight Loss/Pure Weight Loss, | Wage and hour claim, alleged failure to provide rest periods. Claimant pro se: Jacqueline Salcedo Div. of Labor Standards 28 Civic Center Plaza, Room 625, Santa Ana, CA 92701: | State of California Department of Industrial Relations, Division of Labor Standards, | Open |
| Stephanie Lee Faircloth v. LA Weight Loss, Case No. E200708KO325-00-c. | EEO claim, sexual orientation. Claimant pro se: Stephanie Lee Faircloth, 1239 Florida Street, Long Beach, CA 90802. | State of California, Department of Fair Employment & Housing, | Open |
| Lebanon Plaza I, LLC v. LA Weight Loss Centers, Inc., Civil Action No. 2008-00042; | Landlord confession of judgment for unpaid rent and possession of premises at 1040 West Crestview Drive, Lebanon, PA; Plaintiff's counsel: Harry W. Fenton, 1601 Cornwall Road, Lebanon, PA. 17042. | Cm. Pls. Ct., Lebanon Cnty, PA | Open |
| The EGT Group, Inc. v. Pure | Claim for unpaid invoices for printing services. Plaintiff's counsel: Frederick D. Elias, Elias & Elias, P.C., 5777 | State of Michigan, Oakland Cnty Circuit | Open |

| | | | |
|---|---|---|---|
| Weight Loss, Inc., and Rain Skin Center LLC, Case No. 08-088313: | West Maple Road, Suite 120, West Bloomfield, MI 48322. | Ct., 6th Judicial District, | |
| Lang Naturals, Inc. v. Pure Weight Loss, Inc., Civil Action No. 07-6953. | Product vendor claim for unpaid invoices. Plaintiff's counsel: Robert Taylor, Partridge, Snow & Hahn LLP, 180 South Main Street, Providence, RI 02903. | State of Rhode Island, Super Ct., Providence Cnty | Open |