IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| | * |
| EQUAL EMPLOYMENT OPPORTUNITY | * |
| COMMISSION, | |
| | * |
| Plaintiff, | |
| | * |
| v. | *   CIVIL NO.: WDQ-02-0648 |
| | * |
| LA WEIGHT LOSS, | |
| | * |
| Defendant. | |
| | * |

*    *    *    *    *    *    *    *    *    *    *    *    *

ORDER

For the reasons discussed in the accompanying Memorandum
Opinion, it is, this 20th day of May, 2008, ORDERED that:

1.    The motion to stay by Arthur P. Liebersohn, LA Weight Loss's
      Chapter 7 Trustee (Paper No. 219) BE, and HEREBY IS, DENIED;
      and

2.    The Clerk of the Court shall send copies of this Memorandum
      Opinion and Order to counsel for the parties.


                    _____/s/_____
                    William D. Quarles, Jr.
                    United States District Judge