

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(Charge Status/Pending Business) 1-866-408-8075
(General Info/New Charge Filing) 1-800-669-4000
TTY (410) 962-6065
FAX (410) 962-2817/4270

June 9, 2008

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   <u>EEOC v. LA Weight Loss (Pure Weight Loss)</u>
           Case No. WDQ-02-CV-648

Dear Judge Quarles:

In accordance with the Court's Paperless Order of June 5, 2008 (Document No. 230), the U.S. Equal Employment Opportunity Commission ("EEOC") hereby informs the Court that it has reached an agreement in principle with the appointed Chapter 7 Trustee, Arthur P. Liebersohn ("Trustee"), to resolve this action by Consent Judgment to be entered by this Court. EEOC and the Trustee are in the process of finalizing the Consent Judgment and anticipate submitting it to the Court for approval within the next 30 days.

The undersigned EEOC counsel can be reached at (410) 209-2737. EEOC counsel Supervisory Trial Attorney Tracy Hudson Spicer can be reached at (202) 419-0711.

                                      Sincerely,
                                      /s/
                                      Ronald L. Phillips
                                      Senior Trial Attorney

cc:    Paul B. Maschmeyer, Esq.
       Counsel for Chapter 7 Trustee