

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore Field Office

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(Charge Status/Pending Business) 1-866-408-8075
(General Info/New Charge Filing) 1-800-669-4000
TTY (410) 962-6065
FAX (410) 962-2817/4270

August 5, 2008

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>EEOC v. LA Weight Loss (Pure Weight Loss)</u>
              Case No. WDQ-02-CV-648

Dear Judge Quarles:

In accordance with the Court's Paperless Order of July 31, 2008 (Document No. 232), the U.S. Equal Employment Opportunity Commission ("EEOC") informs the Court that EEOC and the appointed Chapter 7 Trustee, Arthur P. Liebersohn ("Trustee"), have been working diligently to finalize the terms of the Consent Decree settling this action and have nearly completed that process. Resolving certain complexities associated with the pending bankruptcy proceeding required more time than the parties originally anticipated; however, with the Court's permission EEOC and the Trustee anticipate submitting the final Decree for the Court's approval within the next two weeks.

The undersigned EEOC counsel can be reached at (410) 209-2737. EEOC counsel Supervisory Trial Attorney Tracy Hudson Spicer can be reached at (202) 419-0711.

                                                  Sincerely,
                                                  /s/
                                                  Ronald L. Phillips
                                                 Senior Trial Attorney

cc:    Paul B. Maschmeyer, Esq.
       Counsel for Chapter 7 Trustee