

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(Charge Status/Pending Business) 1-866-408-8075
(General Info/New Charge Filing) 1-800-669-4000
TTY (410) 962-6065
FAX (410) 962-2817/4270

August 20, 2008

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>EEOC v. LA Weight Loss (Pure Weight Loss)</u>
            Case No. WDQ-02-CV-648

Dear Judge Quarles:

As a follow-up to the U.S. Equal Employment Opportunity Commission's ("EEOC") status report of August 5, 2008, EEOC states that on August 12, 2008, it submitted the final version of the Consent Decree to the appointed Chapter 7 Trustee, Arthur P. Liebersohn ("Trustee"), through his counsel for his signature. It is EEOC's understanding that the parties have previously reached agreement regarding all terms contained therein. The undersigned was able to reach the Trustee's counsel today, who verified that the Trustee will be returning from vacation tomorrow and will then execute the final version of the Decree. The undersigned EEOC counsel can be reached at (410) 209-2737. EEOC counsel Supervisory Trial Attorney Tracy Hudson Spicer can be reached at (202) 419-0711.

                                                     Sincerely,
                                                     /s/
                                                     Ronald L. Phillips
                                                     Senior Trial Attorney

cc:    Paul B. Maschmeyer, Esq.
         Counsel for Chapter 7 Trustee