

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore Field Office

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(Charge Status/Pending Business) 1-866-408-8075
(General Info/New Charge Filing) 1-800-669-4000
TTY (410) 962-6065
FAX (410) 962-2817/4270

September 5, 2008

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>EEOC v. LA Weight Loss (Pure Weight Loss)</u>
            Case No. WDQ-02-CV-648

Dear Judge Quarles:

As a follow-up to the U.S. Equal Employment Opportunity Commission's ("EEOC") status report of August 20, 2008, EEOC states that after submission of its last status report, counsel for Chapter 7 Trustee Arthur P. Liebersohn ("Trustee") informed EEOC that before signing the Consent Decree for entry in this action, he was required to submit it to the U.S. Bankruptcy Court (E.D. Pa.), with notice to all interested parties, to obtain approval from that Court to bind the estate. The Trustee's counsel estimated that this approval process would require approximately 30 days. EEOC has attempted to contact the Trustee's counsel to confirm the date he intends to submit the Decree to the Bankruptcy Court, but EEOC has been unable to reach him. The undersigned EEOC counsel can be reached at (410) 209-2737. EEOC counsel Supervisory Trial Attorney Tracy Hudson Spicer can be reached at (202) 419-0711.

                                          Sincerely,
                                          /s/
                                          Ronald L. Phillips
                                          Senior Trial Attorney

cc:    Paul B. Maschmeyer, Esq.
       Counsel for Chapter 7 Trustee